Paul R. Kiesel, State Bar No. 119854
  *kiesel@kiesel.law*
Jeffrey A. Koncius, State Bar No. 189803
  *koncius@kiesel.law*
Nicole Ramirez, State Bar No. 279017
  *ramirez@kiesel.law*
**KIESEL LAW LLP**
8648 Wilshire Boulevard
Beverly Hills, California 90211-2910
Tel:   310-854-4444
Fax:   310-854-0812

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: FORD MOTOR CO. DPS6 POWERSHIFT TRANSMISSION PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>**ALL CASES** | **Case No. 2:18-ML-02814 AB (FFMx)**<br><br>**APPLICATION FOR APPOINTMENT OF KIESEL LAW LLP AS LEAD/LIAISON COUNSEL** |

# TABLE OF CONTENTS

**MEMORANDUM OF POINTS AND AUTHORITIES** ........................................... 1

I. INTRODUCTION ................................................................................. 1

II. BACKGROUND ................................................................................... 1

    A. The Pending Related Coordinated Matters in State Court in Which KL Has Been Appointed to Leadership ....................................... 1

    B. KL's Leadership in Other Actions ............................................. 3

III. KL MORE THAN SATISFIES THE CRITERIA FOR APPOINTMENT AS LEAD/LIAISON COUNSEL ....................................... 6

    A. Willingness and Ability to Commit to a Time-Consuming Process ....................................................................................... 6

    B. Ability to Work Cooperatively with Others .............................. 7

    C. Professional Experience in this Type of Litigation ................... 8

    D. Access to Sufficient Resources to Advance the Litigation in a Timely Manner ........................................................................... 9

IV. CONCLUSION ................................................................................... 10

# TABLE OF AUTHORITIES

**Code**

Cal. Civ. Code § 1750 .................................................................................................. 2

Cal. Civ. Code § 1790 .................................................................................................. 2

**Treatises**

Manual for Complex Litigation, Fourth, § 10.21 .................................................... 6, 7

Manual for Complex Litigation, Fourth, § 10.22 ....................................................... 6

Manual for Complex Litigation, Fourth, § 10.221 ..................................................... 6

Manual for Complex Litigation, Fourth, § 10.222 ..................................................... 8

Manual for Complex Litigation, Fourth, § 10.225 ..................................................... 9

# MEMORANDUM OF POINTS AND AUTHORITIES

## I. INTRODUCTION

Pursuant to the Court's March 9, 2018 Order No. 1: Order Setting Case Management Conference (ECF Dkt. 6; "Order No. 1"), Plaintiffs submit this Application to Appoint Kiesel Law LLP ("KL") as Plaintiffs' Lead/Liaison Counsel.[1]

This MDL can be well overseen by KL as it has served in similar appointments in not just other MDLs and JCCPs, but also in other pending, related litigation involving similar allegations and the Ford models at issue herein. As set forth below, it is respectfully submitted that KL easily meets the criteria required for its appointment as highlighted by this Court, namely "(1) willingness and ability to commit to a time-consuming process; (2) ability to work cooperatively with others; (3) professional experience in this type of litigation; and (4) access to sufficient resources to advance the litigation in a timely manner." Order No. 1 5:19-24. Accordingly, the instant Application should be granted especially in light of the fact that all plaintiffs' counsel in this MDL known to KL do not object to the firm acting in that capacity. Declaration of Jeffrey A. Koncius, dated April 3, 2018 ("Koncius Decl.") ¶ 3.

## II. BACKGROUND

### A. The Pending Related Coordinated Matters in State Court in Which KL Has Been Appointed to Leadership

This MDL has joined actions brought against Ford Motor Company ("Ford") by owners and lessees of 2011-16 Ford Fiesta and 2012-2016 Ford Focus vehicles arising from alleged transmission defects. The majority of the cases are California Plaintiffs who have pleaded causes of action generally including violation of the

---

[1] KL has been associated in as counsel of record for Plaintiffs in various cases filed by Knight Law Group.

Song-Beverly Consumer Warranty Act (Cal. Civ. Code §§ 1790, *et seq*.), violation of the Consumers Legal Remedies Act (Cal. Civ. Code §§ 1750, *et seq*.), and common law fraudulent misrepresentation and/or concealment. In many of these actions, Plaintiffs have also sued California-resident Ford dealerships for negligent repair of the same transmission issue. Non-California Plaintiffs have sued under their state's lemon law statute and also their own state specific consumer protection statutes.

This MDL is not the only aggregation of such cases against Ford for these model vehicles. In particular, there are two California State Judicial Council Coordinated Proceedings ("JCCPs") that have been established in which KL has been appointed to leadership:

1. *In re Ford Motor Warranty Cases*, JCCP No. 4856, is currently pending before the Honorable Kenneth R. Freeman in the Superior Court of California, County of Los Angeles. This "Southern California" JCCP covers the California counties of Los Angeles, Orange, Imperial, Kern, Riverside, San Bernardino, San Diego, Santa Barbara, and Ventura. There are approximately 172 active cases within this JCCP; and,

2. *In re Ford Motor Transmission Cases*, JCCP No. 4924, is currently pending before the Honorable Eugene L. Balonon in the Superior Court of California, County of Sacramento. This "Northern California" JCCP covers the California counties of Alameda, Butte, Contra Costa, Fresno, Lassen, Marin, Mendocino, Merced, Placer, Sacramento, San Francisco, San Joaquin, San Luis Obispo, San Mateo, Santa Clara, Santa Cruz, Solano, Sonoma, Stanislaus, Sutter, and Tehama. There are approximately 102 active cases within this JCCP.

Koncius Decl. ¶ 4. In both of the JCCPs, KL is serving as Liaison Counsel (with Knight Law Group and Strategic Legal Practices serving as co-leads in JCCP No.

4856, and Knight Law Group serving as lead in JCCP No. 4924). *Id.* ¶ 5.

Additionally, KL is counsel of record with Knight Law Group in the more than two dozen Ford 6.0 related matters pending before the Honorable Glenda Sanders in Superior Court of California, County of Orange (*Bird v. Ford Motor Co.*, LASC Case no. 30-2013-00639166-CU-BC-CXC (lead case)). *Id.* ¶ 6. And, KL is counsel of record with Knight Law Group in the twenty-eight related lemon law cases against Fiat Chrysler originally pending before the Honorable Philip S. Gutierrez and which, by consent of the parties, are now before the Honorable Michael R. Wilner (*Lee v FCA US LLC*, 16-cv-5190 MRW (lead case)). *Id.* ¶ 7.

### B. KL's Leadership in Other Actions

KL has been appointed to leadership positions in many other MDL, JCCP and class matters in Federal and State Courts across the country. *See* KL Firm Resume, Koncius Decl. Ex. "A." The following matters exemplify the types of mass and complex litigation that KL is, or has been, involved in:

- ***In re Facebook Internet Tracking Litig.***, MDL No. 2314 (N.D. Cal.): KL serves as Liaison Counsel for Plaintiffs in this proceeding alleging the interception of Facebook users' internet communications and activity after logging out of Facebook.

- ***Southern California Gas Leak Cases***, California JCCP No. 4861: The Porter Ranch gas leak has widely been reported as the single worst natural gas leak in U.S. history. KL was appointed by the Court as Liaison Counsel for the private plaintiffs, which include the business class action complaints filed by local businesses for economic losses, individual class action complaints, and more than 38,000 individual Plaintiffs' claims.

- ***In re: Wright Medical Tech., Inc., Conserve Hip Implant Prods. Liab. Litig.***, MDL No. 2329 (N.D. Ga.): KL was appointed Co-Lead Counsel in this MDL arising out of injuries sustained as a result of implantation

of defective metal-on-metal hip devices. KL was then part of the trial team that obtained an $11 million verdict in Atlanta, GA, in November 2015. The verdict included $10 million in punitive damages.

- *Clergy Cases I, II, & III*, California JCCPs 4286, 4297, and 4359: Litigated childhood sexual abuse cases against the Los Angeles Archdiocese with the total settlement exceeding $1.2 billion.

- *Echeverria v. Johnson & Johnson*, Case No. BC628228 (Los Angeles Superior Court): Working closely with a number of other highly regarded Plaintiffs' law firms, KL obtained a record-setting jury award of $417 million dollars against Johnson & Johnson and its subsidiary for the companies' failure to warn of the elevated risk of ovarian cancer associated with its Baby Powder and Shower to Shower talcum powder products. The award is the highest ever obtained against Johnson & Johnson in connection with their talc based products and included a punitive damage award of $347 million.

- *Chatsworth Metrolink Collision Cases*, Lead Case No. PC043703 (Los Angeles Superior Court): In addition to KL representing passengers and family members injured in the 2008 Metrolink Train crash in Chatsworth, KL was selected and appointed Plaintiffs' Liaison Counsel in the coordinated proceedings. Working closely with other members of the Plaintiffs' Steering Committee and counsel for defendants, KL successfully negotiated the recovery of $200 million for the plaintiffs, the maximum amount that defendants could be required to pay under federal law.

- *Federal Express Vehicle Collision Cases*, California JCCP No. 4788: KL appointed Interim Lead and Liaison Counsel for Plaintiffs in action stemming from head on collision between a Federal Express truck and bus.

4    APPLICATION FOR APPOINTMENT OF KIESEL LAW LLP AS LEAD/ LIAISON COUNSEL

- ***In re: Avandia Mktg., Sales Practices and Prod. Liab. Litig.***, MDL No. 1871 (E.D. Pa.): The Plaintiffs' Steering Committee for this MDL selected KL to serve as Lead Counsel for the PSC in the numerous lawsuits filed against defendant GlaxoSmithKline PLC, manufacturer of the onetime "blockbuster" type 2 diabetes drug Avandia. KL also represents the County of Santa Clara in a claim for the return of all moneys used to purchase this toxic drug.

- ***In re: Warner Music Group Corp. Digital Downloads Litig.***, United States District Court, Case No. 3:12-cv-00559-RS (N.D. Cal.): Appointed interim co-lead class counsel on a contested motion and litigated class case against major record label relating to the manner in which the label paid royalties to artists for digital downloads. Final approval granted of class settlement of more than $11 million.

- ***Skeen v. BMW***, United States District Court, Case No. 2:13-cv-1531-WHW-CLW (Dist. N.J.): Nationwide class action alleging defective timing chain tensioner in certain turbo model MINI Cooper automobiles which resulted in engine damage. Class settlement approved which provided for refunds to consumers, free repairs and an extended warranty.

- ***Nader v. Capital One Bank (U.S.A.), N.A.***, United States District Court, Case No. 2:12-cv-01265-DSF-RZ (C.D. Cal.); ***Stone v. Howard Johnson Int'l, Inc.***, United States District Court, Case No. 2:12-cv-01684-PSG-MAN (C.D. Cal.); ***Greenberg v. E-Trade Fin. Corp.***, Case No. BC360152 (Los Angeles Superior Court); ***Mount v. Wells Fargo Home Mortgage, Inc***., Case No. BC395959 (Los Angeles Superior Court); ***Raymond v. Carsdirect.com***, Case No. BC256282 (Los Angeles Superior Court). Businesses must provide the familiar admonition that telephone calls with consumers "may be recorded for

quality assurance and training purposes" in order to comply with California law, which requires the consent of all parties to a telephone conversation before it may be recorded. In these cases, KL represented classes of California individuals, in both federal and state court whose calls were recorded without their knowledge or permission.

### III. KL MORE THAN SATISFIES THE CRITERIA FOR APPOINTMENT AS LEAD/LIAISON COUNSEL

As observed in the Manual for Complex Litigation, Fourth ("MCL 4th"), "[c]omplex litigation often involves numerous parties with common or similar interests but separate counsel. . . . In some cases the attorneys coordinate their activities without the court's assistance, and such efforts should be encouraged." MCL 4th § 10.22. Here, KL is pleased to report that it reached out to plaintiffs' counsel involved with this MDL who have all agreed that KL should, with this Court's agreement, assume the role of Lead/Liaison Counsel. Koncius Decl. ¶ 3; *see also*, MCL 4th § 10.221 ("One attorney or several may serve as liaison, lead, and trial counsel."). KL through this Application should be found to be "qualified and responsible, that they will fairly and adequately represent all of the parties on their side, and that their charges will be reasonable." MCL 4th § 10.221. In that role, and as it has done in numerous other complex actions, KL will "assume a responsibility to the court and an obligation to act fairly, efficiently, and economically in the interests of all parties and parties' counsel." *Id.*

Each of the Court's criterion as set forth in Order No. 1 are addressed as follows:

### A. Willingness and Ability to Commit to a Time-Consuming Process

As noted in the MCL 4th, "complex litigation places greater demands on counsel in their dual roles as advocates and officers of the court." MCL 4th § 10.21. KL is willing and able to commit to a time-consuming process and this is demonstrated by its work to date in other, similar, cases. Koncius Decl. ¶ 9.

As noted above, KL is serving a prominent role in both of the pending Ford JCCPs. In the Southern California JCCP, KL has appeared in Court on behalf of plaintiffs approximately one dozen times, and spearheaded at least that many court filings, in addition to its arguing in the Court of Appeal on a writ filed by Ford. Koncius Decl. ¶ 10. As for the Northern California JCCP, KL attorneys recently appeared in person at the initial conference in Sacramento. *Id.* ¶ 11. Through its work on the other Ford coordinated proceedings involving the models at issue in this MDL, KL is uniquely situated to efficiently prosecute this case based on the information they have already received and reviewed and their familiarity with the claims thus making involvement here a time-efficient process. *Id.* ¶ 12. Also, KL currently serves in leadership in a number of complex proceedings around the country and have obtained some of the largest verdicts and settlements that have ever been reached on behalf of individuals. In short, their credentials are unmatched which shows a willingness and ability to commit to this litigation.

### B. Ability to Work Cooperatively with Others

To be sure, "[t]he added demands and burdens of complex litigation place a premium on attorney professionalism." MCL 4th § 10.21. Indeed, "[c]ounsel need to fulfill their obligations as advocates in a manner that will foster and sustain good working relations among fellow counsel and with the court. They need to communicate constructively and civilly with one another and attempt to resolve disputes informally as often as possible. Even where the stakes are high, counsel should avoid unnecessary contentiousness and limit the controversy to material issues genuinely in dispute." *Id.* KL has shown by its track record that it can work effectively with all sides.[2]

---

[2] In addition to working cooperatively with others in the litigation context, KL is actively involved in organizations within the legal community that serve all members of the Bar. For example, Paul Kiesel served as Co-Chair of the Open Courts Coalition, a bipartisan committee of attorneys throughout California advocating for full-funding of the civil justice system; Helen Zukin has chaired the Los Angeles County Bar Association, Litigation section, Executive Committee; and

This MDL is expected to grow and may eventually involve plaintiffs represented by several more firms. Therefore, it is important that lead/liaison counsel give voice to all interested parties and be capable of working cooperatively to forge consensus when necessary. KL is already functioning in that capacity in both JCCPs in which it is currently working with many of the same plaintiffs' counsel who have appeared, or will be appearing, in this action. Koncius Decl. ¶ 13. KL is mindful that "[c]ounsel in leadership positions should keep the other attorneys in the group advised of the progress of the litigation and consult them about decisions significantly affecting their clients." MCL 4th § 10.222. Further, KL has established a solid working relationship with Ford's proposed lead counsel having worked with them in both JCCPs. Koncius Decl. ¶ 14. Finally, KL's ability to work cooperatively with others is borne out by its working in a leadership capacity on countless statewide and nationwide cases involving a number of firms with demonstrated success.

Thus, by appointing KL, the Court will be assured that as Lead/Liaison Counsel it has the knowledge and understanding necessary to include any other potentially interested parties and act upon consensus views, thereby minimizing conflicts that can otherwise hamper complex, nationwide litigation such as this.

### C. Professional Experience in this Type of Litigation

Given KL's involvement in the currently pending JCCPs, it has the requisite professional experience in this type of litigation. Further, KL has associated in to a number of cases in this MDL brought by Knight Law Group which is one of the preeminent lemon law firms in the state and country that has a number of cases in both JCCPs in addition to the approximately 210 cases in this proceeding. Koncius Decl. ¶ 15. Of course, KL has a long track record as set forth above in MDL, JCCP,

---

Jeffrey Koncius, sits on the board of the Federal Bar Association of Los Angeles. *See* KL Firm Resume, Koncius Decl. Ex. "A." Associates at the firm are also encouraged to join organizations and serve in various leadership positions as well.

and class actions generally. Thus, not only is KL highly competent in complex actions, they have developed and demonstrated an ability to prosecute lemon law matters as well. Simply, KL has the experience to act as Lead/Liaison in this MDL.

  **D.** **Access to Sufficient Resources to Advance the Litigation in a Timely Manner**

KL has the resources to oversee this MDL in a Lead/Liaison capacity. First, the firm is comprised of ten attorneys who are all litigators that appear regularly in state and federal courts throughout the state and country. Koncius Decl. ¶ 16. In addition to KL's lawyer professionals who have developed national and international reputations for top quality work, the firm also maintains a staff with multiple paralegals, an investigator, an in house video producer, litigation support staff, and the technological know-how that results in the firm not only being accessible 24/7 but also able to deal with any issues that might arise. *Id.* ¶ 17.

Further, the MCL 4th notes that where multiple actions are pending, the Court should consider directing "counsel to coordinate with the attorneys in the other cases to reduce duplication and potential conflicts and to coordinate and share resources." MCL 4th § 10.225. As KL is already in leadership in both JCCPs it is able to reduce any duplication of effort and conserve resources. For example, in the Preliminary Joint Report submitted to the Court in advance of the initial conference, counsel have suggested that a protective order entered in other proceedings be utilized in this matter as should documents previously produced into the other actions. KL was directly involved in both of those occurring in the other cases Koncius Decl. ¶ 18. Finally, KL has the financial resources necessary to fulfill the function of Lead/Liaison and will commit the resources necessary to litigate this case effectively and vigorously to its conclusion as it has already been doing in the JCCPs. *Id.* ¶ 19.

## IV. CONCLUSION

KL has already expended significant time and effort on behalf of consumers in the related JCCPs while serving there in leadership capacities. As a result, it has the experience and resources necessary to serve as Lead/Liaison counsel here particularly given their service in leadership in a number of other MDLs and JCCPs. For these reasons, it is submitted that the Court should appoint KL as Lead/Liaison in this MDL.

DATED: April 3, 2018               Respectfully submitted,

**KIESEL LAW LLP**

By:     */s/ Jeffrey A. Koncius*
          Paul R. Kiesel
          Jeffrey A. Koncius
          Nicole Ramirez