1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| IN RE: FORD MOTOR CO. DPS6 POWERSHIFT TRANSMISSION PRODUCTS LIABILITY LITIGATION | Case No. 2:18-ML-02814 AB (FFMx) |
|---|---|
| THIS DOCUMENT RELATES TO: **ALL CASES** | [~~PROPOSED~~] ORDER REGARDING DOCUMENT REPOSITORIES TO BE USED IN THIS MDL |

At the Initial Case Management Conference, the parties agreed to use the Order Regarding Document Repositories to Be Used in this Coordinated Proceeding ("Document Repository Order"), as well as the already-existing document repositories, being used in the JCCP litigation *Ford Motor Warranty Cases*, JCCP No. 4856 and *Ford Motor Transmission Cases*, JCCP No. 4924 ("JCCP Litigation").[1] This Court, having considered the parties' proposal, and good cause appearing, hereby ORDERS the following:

1. There are two separate repositories: the Ford Motor Company Repository ("Ford Repository") and Plaintiffs' Repository, both of which have already been established for the purpose of document production in the JCCP Litigation, and will be used in this proceeding. The Ford Repository is hosted by the third party vendor, Conduent. The Plaintiffs' Repository is hosted by the third party vendor, International Litigation Services ("ILS").

   a. <u>The Ford Repository</u>: The Ford Repository shall contain all documents produced to Plaintiffs in this coordinated proceeding. Defendant has absolute control over the Ford Repository and Plaintiffs shall not have access to the Ford Repository. All documents in the Ford Repository shall be inventoried and subject to this Court's review.

   b. <u>The Plaintiffs' Repository</u>: The Plaintiffs' Repository will contain all documents produced to Plaintiffs by Ford and maintained in the Ford Repository. Plaintiffs have absolute control over the Plaintiffs' Repository and Defendant will not have access to Plaintiffs' Repository.

---

[1] The Document Repository Order has been conformed for use in this proceeding.

1

2. Documents housed in the Plaintiffs' Repository are deemed produced for purposes of this proceeding. Any additional production of documents shall be deposited into Plaintiffs' Repository.

3. Plaintiffs' Lead/Liaison Counsel will formulate the rules and procedures regarding individual plaintiffs' access to and use of the Plaintiffs' Repository.

4. The Protective Order entered in this coordinated proceeding governs both the Ford Repository and Plaintiffs' Repository.

5. Plaintiffs' Lead/Liaison Counsel shall provide Ford with a copy of ILS's acknowledgment of the Protective Order governing this proceeding as memorialized in Exhibit A, Certification Re Confidential Discovery Information, appended to the Protective Order.

6. The Parties will meet and confer regarding the manner in which future productions by Plaintiffs to Ford will take place, including the use of the Document Repository for such productions.

**IT IS SO ORDERED.**

DATED: June 27, 2018

HON. ANDRÉ BIROTTE JR.
Judge, United States District Court