GORDON REES SCULLY MANSUKHANI LLP
Spencer P. Hugret (SBN 240424)
shugret@grsm.com
Embarcadero Center West
275 Battery Street, Suite 2000
San Freancisco, CA 94111
Telephone: (415) 986-5900
Facsimile: (415) 986-8054

DYKEMA GOSSETT PLLC
John M. Thomas (SBN 266842)
jthomas@dykema.com
2723 South State Street, Suite 400
Ann Arbor, MI 48104
Telephone: (734) 214-7613
Facsimile: (734) 214-7696

Attorneys for Defendant
FORD MOTOR COMPANY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: FORD MOTOR CO. DPS6 POWERSHIFT TRANSMISSION PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES ONLY TO:<br><br>*DYANNA DAWN BECKER and PETER LEWIS STETINA v. FORD MOTOR COMPANY, et al.*, 2:18-cv-00942-AB-FFM | Case No. 2:18-ML-02814-AB (FFMx)<br><br>Assigned to Hon. Andre Birotte, Jr.<br>Courtroom:7B<br><br>**DECLARATION OF JOHN M. THOMAS IN SUPPORT OF OPPOSITION TO PLAINTIFFS' MOTION FOR REMAND AND AWARD OF COSTS AND EXPENSES**<br><br>Date:      August 29, 2018<br>Time:      10:00 a.m.<br>Courtroom: 7B<br><br>Complaint Filed: September 6, 2017<br>Complaint Served: September 7, 2017<br>Trial Date: None |

I, John M. Thomas, declare as follows:

1. My name is John M. Thomas. I am an attorney at law duly licensed to practice before this Court. I am a member of the law firm of Dykema Gossett LLP,

counsel of record for Defendant Ford Motor Company ("Ford") in this case. The following facts are within my personal knowledge, and if called as a witness, I could and would competently testify thereto.

2.  Attached as Exhibit A is a true and correct copy of the Complaint filed in *Cazares v. Ford Motor Company*, Case No. BC635153 (Los Angeles Superior Court).

3.  Attached as Exhibit B-1 is a true and correct copy of the Declaration of Steve Mikhov filed in support of Plaintiff's Motion for Attorney Fees, Costs and Expenses in *Venegas v. Ford Motor Company*, Case No. 37-2016-00041104-CU-BC-CTL (San Diego Superior Court). Exhibit B-2 is a summary of the fee awards referred to that Declaration and attached to that Declaration as Exhibits G through WW.

4.  Attached as Exhibit C is a true and correct copy of the Complaint filed in *Myers v. Ford Motor Company*, Case No. BC638302 (Los Angeles Superior Court).

5.  Attached as Exhibit D-1 is a true and correct copy of excerpts from the testimony of Barbara Luna in *Myers v. Ford Motor Company*, Case No. BC638302 (Los Angeles Superior Court). Attached as Exhibit D-2 is a true and correct copy of excerpts from Plaintiff's closing argument in *Myers v. Ford Motor Company*, Case No. BC638302 (Los Angeles Superior Court).

6.  Attached as Exhibit E is a true and correct copy of the verdict entered in *Myers v. Ford Motor Company*, Case No. BC638302 (Los Angeles Superior Court).

7.  I collected and reviewed all fee petitions and supporting briefs filed by the Knight Law Group ("KLG") within the last year in cases where (1) Plaintiffs alleged defects in DPS6 transmissions installed on Ford vehicles and (2) Ford was represented by one of the following law firms: Snell & Wilmer; Schnader; LeClairRyan; King & Spalding; Gates, O'Doherty, Gonter, & Guy; and Stradling. (I am not aware of any other fee petitions filed by KLG within the last year in DPS6 cases.) Supporting briefs for fee petitions in which KLG expressly argued that the

cases "appeared likely to go to trial" are attached as Exhibits F-2 through F-25. A summary of these fee petitions is attached as Exhibit F-1.

I declare under penalty of perjury under the laws of the United States that the above is true and correct. Executed in Brighton, Michigan, on July 19, 2018.

                /s/ John M. Thomas
                John M. Thomas