EXHIBIT B-2

SUMMARY OF EXHIBITS G-WW TO THE DECLARATION OF STEVE MIKHOV IN SUPPORT OF MOTION FOR ATTORNEY'S FEES, COSTS, AND EXPENSES IN *VENEGAS V FORD*

| Date of Award | Case Name | Fees awarded[1] |
|---|---|---|
| 1/8/2018 | Allem | $23,925 |
| 2/18/2009 | Jeske | $23,323 |
| 8/20/2008 | Kang | $31,355 |
| 9/17/2013 | Snell | $35,854 |
| 4/6/2010 | Gonzalez | $37,840 |
| 11/2/2016 | Carter | $39,160 |
| 7/24/2013 | Meuchel | $42,500 |
| 10/31/2017 | Montes | $43,527 |
| 2/28/2017 | Dorfman | $47,732 |
| 11/20/2017 | Yudinova | $49,825 |
| 6/6/2016 | Perez | $50,441 |
| 3/24/2017 | Herrera | $58,535 |
| 8/9/2017 | Murillo | $59,515 |
| 2/18/2011 | Watson | $63,020 |
| 2/19/2010 | Micu | $64,130 |
| 9/9/2015 | Helm | $66,172 |
| 8/22/2016 | Baca | $66,381 |
| 8/2/2016 | Lepe | $69,728 |
| 1/14/2008 | Root | $69,953 |
| 12/1/2015 | Yerble | $70,000 |
| 1/5/2015 | Valencia | $72,195 |
| 4/20/2015 | Shychko | $75,000 |
| 8/25/2016 | Mansur | $81,266 |
| 5/26/2017 | Punphrey | $87,499 |
| 6/3/2010 | Walker | $90,000 |
| 8/9/2017 | Bravo | $94,112 |
| 12/21/2015 | Wing | $102,381 |
| 10/11/2017 | Lopez | $108,750 |
| 11/4/2015 | Kran | $110,877 |
| 3/15/2017 | Andrino | $113,398 |
| 1/12/2015 | Thiessen | $114,411 |
| 6/19/2017 | Bellamy | $116,872 |
| 10/27/2015 | Wiessler | $128,640 |
| 10/31/2013 | Chiavassa | $136,701 |
| 12/5/2016 | Holzer | $137,193 |

---

[1] The amounts in two cases (Andrino and Kebodeaoux) include costs.

| Date | Name | Amount |
|---|---|---|
| 10/8/2014 | Sanders | $150,000 |
| 12/11/2017 | Teran | $151,780 |
| 5/24/2017 | Gomez | $168,000 |
| 11/21/2017 | West | $169,148 |
| 9/15/2017 | Harris | $199,248 |
| 8/22/2016 | Kebodeaoux | $203,247 |
| 9/8/2017 | Aspinall | $226,845 |
| 9/20/2017 | Longin | $227,228 |
| 3/17/2017 | Page | $236,111 |
| 5/9/2017 | Cofield | $296,055 |
| | Average Fee Award | $102,441.62 |