```
                SUPERIOR COURT OF THE STATE OF CALIFORNIA

                       FOR THE COUNTY OF LOS ANGELES

   DEPARTMENT 58                       HON. JOHN P. DOYLE, JUDGE

ARIEL MYERS,                          )
                                      )
              PLAINTIFF,              )
                                      )
   V.                                 )
                                      ) CASE NO. BC638302
FORD MOTOR COMPANY,                   )
                                      )
              DEFENDANT(S).           )
                                      )
_____ )




                    REPORTER'S TRANSCRIPT OF PROCEEDINGS

                         THURSDAY, APRIL 5, 2018

                             MORNING SESSION

   APPEARANCES:

   FOR PLAINTIFF:     THE ALTMAN LAW GROUP
                      BY:  BRYAN ALTMAN, ESQ.
                      6300 WILSHIRE BOULEVARD
                      LOS ANGELES, CALIFORNIA 90048
                      323.653.5581


   FOR PLAINTIFF:     WIRTZ LAW APC
                      BY: RICHARD M. WIRTZ, ESQ.
                          AMY SMITH, ESQ.
                      4370 LA JOLLA VILLAGE DRIVE
                      SUITE 800
                      SAN DIEGO, CALIFORNIA 92122
                      858.259.5009


   FOR DEFENDANTS:    SNELL & WILMER LLP
                      BY: WARREN E. PLATT, ESQ.
                          KATIE A. RICHARDSON, ESQ.
                      600 ANTON BOULEVARD
                      SUITE 1400
                      COSTA MESA, CALIFORNIA 92626
                      714.427.7000

   REPORTED BY        MARCO NEILLY, CSR NO. 13564, CLR
```

OFFICIAL REPORTER PRO TEMPORE

```
 1                    LET'S KEEP GOING.
 2                    OKAY.  SO HERE'S -- I TOLD YOU THIS IS MY
 3      BURDEN.  THIS LAYS IT OUT, 200.  AGAIN, IT'S CALLED THE
 4      PREPONDERANCE.  IT'S LITERALLY I HAVE TO TIP THE SCALE.
 5      I JUST HAVE TO TIP MORE OFTEN THAN NOT.  THAT'S MY
 6      BURDEN WITH EVERY QUESTION EXCEPT FOR I THINK THERE'S
 7      ONE AREA, LITERALLY ONE AREA, AND IT'S MUCH LOWER THAN
 8      THE BURDEN.  WE'VE SEEN THIS IN CRIMINAL TRIALS, OR SOME
 9      OF US THAT HAVE SERVED ON MULTIPLE JURIES.  IT'S JUST
10      MORE.  THAT'S ALL IT IS, PLAIN AND SIMPLE.
11                    LET'S GO TO THE NEXT.
12                    SO WE GO TO DAMAGES.  AND HERE ARE THE
13      DAMAGES -- HERE'S THE INFORMATION ON DAMAGES.
14      SO IF YOU ANSWERED YES TO 44 OR 9, WHETHER IT'S
15      CONCEALMENT, WHETHER IT'S INTENTIONAL REPRESENTATION,
16      WHETHER IT'S BOTH, EITHER ONE OF THOSE, WHAT ARE HIS
17      DAMAGES?
18                    SO THE AMOUNT THAT WE WENT THROUGH TO SAVE YOU
19      TIME BUT ALSO THE AMOUNT WE WENT THROUGH AND I'M GOING
20      TO GO -- THROUGH HOW WE DID THIS, THAT'S THE FIGURE.
21      IT'S CALLED THE BASE OR COMPENSATORY DAMAGES.   THAT'S
22      THE LOWEST ORDER OF DAMAGES.   THAT'S THE BASE DAMAGE.
23      SO THAT'S $54,364.
24      LET'S GO TO THE NEXT QUESTION.
25      SO HOW DID WE GET THERE?  SO YOU REMEMBER THE CONTRACT
26      PAYMENTS FOR THE VEHICLE; THAT'S EXHIBIT 48.   AND WE
27      LOOK AT THE COMPENSATORY DAMAGES.  AND YOU'LL RECALL
28      THAT DR. LUNA HAD PRESENTED HER SCHEDULES OF ALL THE
```

```
 1    INFORMATION THAT HER TEAM HAD COMPILED.  SO WE HAD THE
 2    BALANCE OWED.    MEANING HE DIDN'T GET TO FOREGO HIS
 3    LOAN PAYMENTS.  SO WE HAVE THE LOAN PAYMENTS ON TOP OF
 4    THAT.
 5    SO JUST FOR THE PURCHASE OF THE VEHICLE, IT'S 40,579.
 6    REMEMBER, WOULD HE HAVE BOUGHT THIS BUT FOR WHAT THEY
 7    TOLD HIM OR WHAT THEY DIDN'T TELL HIM.  AND THEN WE HAVE
 8    THOSE COVER DAMAGES.  YOU HEARD HIS TESTIMONY AND WHAT
 9    HE PAID FOR THE LANCER, AND YOU ALSO HEARD HIS
10    OUT-OF-POCKET.  DR. LUNA CAME UP WITH IT.  IT WAS HER
11    SCHEDULE 3.1.  HE HAD OUT-OF-POCKET EXPENSES THEY PUT
12    ON HIM.  YOU'LL REMEMBER HE PAID FOR AN EXTENDED
13    WARRANTY EVEN THOUGH THEY HAD ALREADY PROVIDED IT TO
14    OTHER PEOPLE.
15    IT WAS A RENTAL CAR THAT THEY SAID THEY WOULD PAY FOR,
16    FOR OVER $600.  THERE WAS THE INSURANCE REGISTRATION
17    AND DMV EXPENSES THAT WE WENT THROUGH, WHERE HE SAID:
18    LOOK, THIS IS WHAT I HAD TO PAY, THIS IS WHAT MY
19    INSURANCE WAS.  ALL OF THE THINGS HE WOULDN'T HAVE HAD
20    TO DO FOR THIS CAR, FOR THIS CAR; AND THE TOTAL COMES TO
21    THAT $54,364 FIGURE.
22    GO TO THE NEXT.
23    SO THERE'S ONLY ONE AREA WHERE MY BURDEN GOES UP, AND
24    IT'S WHERE I HAVE TO PROVE FACTS BY CLEAR AND CONVINCING
25    EVIDENCE.   IT IS A HIGHER BURDEN.   IT IS NOT THE
26    CRIMINAL JUSTICE, CRIMINAL STANDARD, BUT IT IS A HIGHER
27    BURDEN; IT MUST BE CLEAR AND CONVINCING.   THERE'S NO
28    MYSTERY TO IT.   JUST, IS IT CLEAR AND IS IT CONVINCING.
```

```
 1    ALLEN DRAPER, GLOBAL DIRECTOR OF POWERTRAIN INSTALLATION
 2    PURCHASING.  RAM KRISHNASWAMI, DIRECTOR OF TRANSMISSION
 3    AND DRIVETRAIN ENGINEERING.
 4         THESE ARE THE PEOPLE FROM FORD.  THIS IS
 5    LITERALLY THE ELITE GROUP.  THESE ARE THE PEOPLE FOR
 6    DPS6.  I THINK THE ONLY THING -- I DON'T KNOW WHAT FORD
 7    WOULD EXPECT FROM US: WE EXHUME THE BODY OF HENRY FORD
 8    AND REANIMATE HIM.
 9         THIS IS IT.  THIS IS IT.  WHAT DO THEY PROPOSE
10    TO YOU AS A CONTRADICTION OF THIS?
11         LET'S KEEP GOING.
12         IT KEEPS GOING.  FORD SOUTH AMERICA.  CHARLES
13    SPOON, GLOBAL TRAIN MANAGER, FORD SOUTH AMERICA;
14    HELNIT(PHONETIC) NEWTON, GLOBAL DIRECTOR.
15         LOOK AT THE E-MAILS, LOOK AT THE AUTHORS, LOOK
16    AT THE PERCIPIENTS.  LOOK AT WHO'S IN THE KNOW.  THE
17    EXECUTIVES ARE INVOLVED.  NO ISSUE THERE.  NOTHING
18    CONTRADICTING THAT.
19         LET'S KEEP GOING.
20         IT KEEPS GOING.  IT KEEPS GOING.  MANAGER OF
21    THEIR ASIA PACIFIC AND AFRICA FOR FORD.  FORD ASIA.
22    EVERYONE.  LITERALLY EVERYONE.  PLACES THAT THEY'RE
23    BEING INVESTIGATED FOR FRAUD AND PROSECUTED AND PLACES
24    WHERE THEY'RE IN OTHER AREAS OF THE WORLD.
25         KEEP GOING.
26         SO HERE'S WHAT I DID WITH DR. LUNA; I THINK MR.
27    PLATT BROUGHT IT UP.  HE SAID:  WELL, WHY DID YOU COME
28    UP WITH THAT NUMBER?  REMEMBER, I SAID "INDULGE ME" A
```

1  NINE-TIME FIGURE.  THAT'S WHAT COURTS HAVE UPHELD, AND
2  MR. PLATT ESTABLISHED THAT WITH DR. LUNA.
3        SO WE DID A NINE-TIME FIGURE.  AND I SAID TO
4  HER -- REMEMBER, I SAID TO DR. LUNA, "WELL HOW DO WE
5  MAKE SENSE OF THIS 34.9 BILLION?"  IF YOU HAD A $50,000
6  NET WORTH, LET'S BRING IT DOWN TO, KIND OF, EARTH WHAT
7  WOULD THAT AMOUNT TO FOR FORD?  BECAUSE REMEMBER,
8  PUNITIVE DAMAGES ARE DESIGNED TO PUNISH AND DISCOURAGE.
9        SO THE CHALLENGE POSED TO FORD IS:  FORD,
10 YOU'VE SOLD 28 -- $30 BILLION OF JUST THIS PRODUCT,
11 COMING ON THE HEELS OF ANOTHER PRODUCT, AND YOU'VE DONE
12 THIS, BUT IF YOU CONTINUE TO DO THAT YOU'RE GOING TO
13 HAVE TO PAY AND THIS AMOUNT, JUST THIS NINE-TIME FIGURE
14 UPHELD IN OTHER PLACES, AMOUNTS TO $7 FOR THEM.  SO,
15 FORD, IF YOU DO THIS, YOU'RE GOING TO HAVE TO PAY $7.
16       SO WE CAME UP WITH A NUMBER THAT WE THOUGHT,
17 OKAY, IS THERE SOME NUMBER THAT WILL REGISTER IN
18 MICHIGAN FROM HERE.
19       LET'S GO TO THE NEXT ONE.
20       SO THE JURY INSTRUCTION SAYS LOOK AT ALL THESE
21 FACTORS.  NOT ALL OF THE FACTORS HAVE TO APPLY.  IT'S
22 NOT LIKE THE ELEMENTS WHERE WE HAVE TO MEET EACH
23 ELEMENT.  LOOK AT ALL THESE FACTORS.  ANY ONE OF THEM
24 CAN SUPPORT PUNITIVE DAMAGES.  SO WHEN YOU LOOK AT
25 WHETHER FORD DISREGARDED THE HEALTH OR SAFETY OF OTHERS,
26 WE KNOW WHAT THEY KNOW AND WE KNOW WHEN THEY KNEW IT.
27       WHETHER FORD'S CONDUCT INVOLVED A PATTERN OR
28 PRACTICE:  LOOK AT THE THOUSANDS OF LAWSUITS.  LOOK AT

```
 1       THE INVESTIGATIONS THAT WE'VE ONLY HEARD ABOUT.   WAS
 2   THIS A ONE-OFF?  WAS MR. MYERS A ONE-OFF?  MAYBE IT WAS
 3   JUST HIS FOCUS THAT THEY DID THAT TO.   WAS IT A
 4   ONE-OFF?
 5            NOTHING WOULD INDICATE IT'S A ONE-OFF.   WHEN
 6   YOU LOOK AT E-MAILS, WE'RE SEEING THIS ACROSS THE BOARD.
 7   WE HAVE NO FIX.   WHAT'S THE CUSTOMER SUPPOSED TO DO?
 8   THIS IS NOT AN OUTLIER.    THIS IS NOT A ONE-OFF.    THIS
 9   IS A PATTERN AND PRACTICE OF FORD.   WHY:  BECAUSE IT
10   MAKES GOOD MONEY.
11            SO THE AMOUNT WE CAME UP WITH, AND IT'S A
12   SIGNIFICANT FIGURE.   AND BY THE WAY, YOU'RE NOT
13   RESTRICTED TO THAT.   SO, OKAY, IT WILL COST YOU $7.
14   WELL, DOUBLE THAT IT WILL COST THEM 14.   TRIPLE IT, IT
15   WILL COST THEM 1.5.
16            I DON'T KNOW WHETHER THIS WILL WORK.   I DON'T
17   KNOW WHETHER THEY'LL CHANGE.   I DON'T KNOW IF THEY'LL
18   CHANGE THEIR CONDUCT.   I CAN'T TELL YOU THAT.
19            LET'S KEEP GOING.
20            SO IN VIEW OF THEIR FINANCIAL CONDITION, WHAT
21   AMOUNT IS NECESSARY TO PUNISH AND DISCOURAGE?
22            SO WHAT IS THEIR NET ASSET PICTURE?   THAT'S WHY
23   WE BROUGHT THIS INFORMATION.   IT WASN'T JUST WHISTLE AND
24   DIXIE.   IT'S LIKE, WHAT IS THEIR NET ASSET?   WHAT ARE
25   THEY WORTH: $34.9 BILLION.   IT'S LIKE HOW DO YOU MOVE
26   AN AIRCRAFT CARRIER?  YOU CAN'T JUST TAKE A BOTTLE AND
27   BANG IT ON THE SIDE OF THE SHIP.   LIKE, WHAT WILL WORK
28   WITH FORD?
```

```
 1               IS THERE SOMETHING THAT YOU CAN DO THAT WILL
 2    WORK WITH THEM SO THAT THERE ARE NO MORE MR. MYERS.  SO
 3    EXHIBIT 66, THEIR NET WORTH, THIS IS AS OF THEIR LAST
 4    FINANCIAL CONDITION.
 5               SO THIS 34.8, THIS IS IN MILLIONS.  SO THAT'S
 6    BILLIONS.  34,000 MILLION IS 34.98.  SO THAT'S
 7    $35 BILLION.
 8               NOW, I DON'T KNOW.  I HAVE NOTHING -- I HAVE
 9    NO IDEA WHAT WILL WORK.   I CAME UP WITH AN AMOUNT THAT
10    I WAS INDULGED ON IN QUESTIONING HER AS FAR AS WHAT'S
11    BEEN UPHELD.  I DON'T KNOW.
12               $7 TO FORD.  I DON'T KNOW, MAYBE IT WILL WORK.
13               LET ME SHOW YOU WHAT THIS MEANS TO FORD IN
14    TERMS OF -- SO THIS IS WHAT THAT AWARD WOULD AMOUNT TO.
15    THAT'S OF ONE PERCENT.  ONE --
16               MR. WIRTZ:  1,000TH.
17               MR. ALTMAN:  1,000TH OF A PERCENT TO FORD OF
18    WHAT WE'RE ASKING, WHICH YOU'RE NOT RESTRICTED TO.  YOU
19    CAN GO ANYWHERE.  YOU CAN GO ANYWHERE.  MAYBE THEY'LL
20    FEEL IT.  MAYBE THEY'LL ACTUALLY FEEL IT.  I DON'T
21    KNOW.  WE KNOW THEY DIDN'T -- YOU KNOW, THEY'VE GOT
22    THEIR TEAM HERE BUT NOT THEM HERE.  I'D LIKE TO ASK
23    FORD.  I WISH WE COULD.  I WISH WE COULD PUT THEIR REP
24    ON AND SAY, "WE'VE HAD TO SIT THROUGH THIS TRIAL.  WHAT
25    DOES THIS MEAN TO YOU?"
26               THEY'RE NOT HERE.
27               WHAT WE MEAN TO THEM THERE.
28               LET'S KEEP GOING.
```