# SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES

| | |
|---|---|
| DATE: 04/06/18 | DEPT. 58 |
| HONORABLE JOHN P. DOYLE JUDGE | M. MORT DEPUTY CLERK |
| HONORABLE JUDGE PRO TEM | ELECTRONIC RECORDING MONITOR |
| JURY TRIAL R. LEE, C.A. Deputy Sheriff | I. SARACIONE, CSR 11960 Reporter |

| 9:00 am | BC638302 | Plaintiff Counsel | Richard M. Wirtz (X) Bryan C. Altman (X) |
|---|---|---|---|
| | ARIEL MYERS VS FORD MOTOR COMPANY | Defendant Counsel | Warren E. Platt (X) Alina Mooradian (X) |

**NATURE OF PROCEEDINGS:**

JURY TRIAL

The Stipulation and Order to Use Certified Shorthand Reporter appointing official Court reporter pro tempore in the current proceedings is signed and filed this date.

At 9:06 a.m., deliberations resume.

At 11:05 a.m., the jury returns into the courtroom with the following verdict.

TITLE OF COURT AND CAUSE

We answer the questions submitted to us as follows:

CONCEALMENT
1. Did FORD MOTOR COMPANY intentionally fail to disclose fact(s) that ARIEL MYERS did not know and could not reasonably have discovered?

Yes
If your answer to question 1 is Yes, then answer question 2. If you answered No, skip to question 5.

2. Did FORD MOTOR COMPANY intend to deceive ARIEL MYERS by concealing the fact(s)?

Yes

MINUTES ENTERED
04/06/18
COUNTY CLERK

Document received by the MI Wayne 3rd Circuit Court.

# SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES

| | | |
|---|---|---|
| DATE: 04/06/18 | | DEPT. 58 |
| HONORABLE JOHN P. DOYLE   JUDGE | M. MORT | DEPUTY CLERK |
| HONORABLE   JUDGE PRO TEM   JURY TRIAL | | ELECTRONIC RECORDING MONITOR |
| R. LEE, C.A.   Deputy Sheriff | I. SARACIONE, CSR 11960 | Reporter |

| | | | |
|---|---|---|---|
| 9:00 am | BC638302 | Plaintiff Counsel | Richard M. Wirtz (X)   Bryan C. Altman (X) |
| | ARIEL MYERS   VS   FORD MOTOR COMPANY | Defendant Counsel | Warren E. Platt (X)   Alina Mooradian (X) |

**NATURE OF PROCEEDINGS:**

If your answer to question 2 is Yes, then answer question 3. If you answered No, skip to question 5.

3 .Had the omitted information been disclosed, would ARIEL MYERS reasonably have behaved differently?

Yes
If your answer to question 3 is Yes, then answer question 4. If you answered No, skip to question 5.

4. Was FORD MOTOR COMPANY's concealment a substantial factor in causing harm to ARIEL MYERS?

Yes
Answer question 5.

INTENTIONAL MISREPRESENTATION
5. Did FORD MOTOR COMPANY make a false representation to ARIEL MYERS?

Yes
If your answer to question 5 is Yes, then answer question 6. If you answered No, skip to question 10.

6. Did FORD MOTOR COMPANY know that the representation was false, or did it make the representation recklessly and without regard for its truth?

# SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES

| | |
|---|---|
| DATE: 04/06/18 | DEPT. 58 |
| HONORABLE JOHN P. DOYLE   JUDGE | M. MORT   DEPUTY CLERK |
| HONORABLE   JUDGE PRO TEM | ELECTRONIC RECORDING MONITOR |
| JURY TRIAL | |
| R. LEE, C.A.   Deputy Sheriff | I. SARACIONE, CSR 11960   Reporter |

| | | | |
|---|---|---|---|
| 9:00 am | BC638302 | Plaintiff Counsel | Richard M. Wirtz (X) Bryan C. Altman (X) |
| | ARIEL MYERS VS FORD MOTOR COMPANY | Defendant Counsel | Warren E. Platt (X) Alina Mooradian (X) |

**NATURE OF PROCEEDINGS:**

Yes
If your answer to question 6 is yes, then answer question 7. If you answered No, skip to question 10.

7. Did FORD MOTOR COMPANY intend that ARIEL MYERS rely on the representation?

Yes
If your answer to question 7 is Yes, then answer question 8. If you answered No, skip to question 10.

8. Did ARIEL MYERS reasonably rely on the representation?

Yes
If your answer to question 8 is Yes, then answer question 9. If you answered No, skip to question 10.

9. Was ARIEL MYERS' reliance on FORD MOTOR COMPANY's representation a substantial factor in causing harm to ARIEL MYERS?

Yes
Answer question 10.

DAMAGES
10. If you answered Yes to either questions 4 or 9, answer the following question. If you answered No to questions 4 and 9, stop here, answer no further questions, and have the presiding juror sign and

MINUTES ENTERED
04/06/18
COUNTY CLERK

Document received by the MI Wayne 3rd Circuit Court.

# SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES

| | |
|---|---|
| DATE: 04/06/18 | DEPT. 58 |
| HONORABLE JOHN P. DOYLE          JUDGE | M. MORT                    DEPUTY CLERK |
| HONORABLE                   JUDGE PRO TEM | ELECTRONIC RECORDING MONITOR |
| JURY TRIAL | |
| R. LEE, C.A.             Deputy Sheriff | I. SARACIONE, CSR 11960        Reporter |

| 9:00 am | BC638302 | Plaintiff Counsel | Richard M. Wirtz (X)<br>Bryan C. Altman (X) |
|---|---|---|---|
| | ARIEL MYERS<br>VS<br>FORD MOTOR COMPANY | Defendant Counsel | Warren E. Platt (X)<br>Alina Mooradian (X) |

**NATURE OF PROCEEDINGS:**

date this form.

What are ARIEL MYERS' damages?
                    TOTAL DAMAGES:            $ 54,364
Answer question 11.

11. Did FORD MOTOR COMPANY engage in conduct with malice, oppression, or fraud?

Yes
If your answer to question 11 is Yes, then answer question 12. If you answered No, stop here, answer no further questions, and have the presiding juror sign and date this form.

12. Was the conduct constituting malice, oppression, or fraud committed by one or more officers, directors, or managing agents of FORD MOTOR COMPANY acting on behalf of FORD MOTOR COMPANY?

 Yes
If your answer to question 12 is Yes, then answer question 13. If you answered No, stop here, answer no further questions, and have the presiding juror sign and date this form.

13. What amount do you impose as punitive damages?
$ 500,000.00

Page    4 of    6    DEPT. 58

MINUTES ENTERED
04/06/18
COUNTY CLERK

# SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES

| | | |
|---|---|---|
| DATE: 04/06/18 | | DEPT. 58 |
| HONORABLE JOHN P. DOYLE  JUDGE | M. MORT | DEPUTY CLERK |
| HONORABLE  JUDGE PRO TEM | | ELECTRONIC RECORDING MONITOR |
| JURY TRIAL   R. LEE, C.A.  Deputy Sheriff | I. SARACIONE, CSR 11960 | Reporter |

| 9:00 am | BC638302<br><br>ARIEL MYERS<br>VS<br>FORD MOTOR COMPANY | Plaintiff Counsel | Richard M. Wirtz (X)<br>Bryan C. Altman (X) |
|---|---|---|---|
| | | Defendant Counsel | Warren E. Platt (X)<br>Alina Mooradian (X) |

**NATURE OF PROCEEDINGS:**

Signed:            /s/
Presiding Juror:

Dated:      4/6/18

The Verdict is read into the record. Reading of the Verdict as recorded is waived.

The jury is polled as follows:
Question 1:   11 jurors agree with the verdict and Juror No. 11 disagrees with the verdict;
Question 2:   10 jurors agree with the verdict and Juror Nos. 4 and 11 disagree with the verdict;
Question 3:   All jurors agree with the verdict;
Question 4:   All jurors agree with the verdict;
Question 5:   11 jurors agree with the verdict and Juror No. 11 disagrees with the verdict;
Question 6:   11 jurors agree with the verdict and Juror No. 11 disagrees with the verdict;
Question 7:   11 jurors agree with the verdict and Juror No. 11 disagrees with the verdict;
Question 8:    All jurors agree with the verdict;
Question 9:   All jurors agree with the verdict;
Question 10:   All jurors agree with the verdict;
Question 11:   10 jurors agree with the verdict and Juror Nos. 4 and 11 disagree with the verdict;
Question 12:   10 jurors agree with the verdict and Juror Nos. 4 and 11 disagree with the verdict; and
Question 13:   11 jurors agree with the verdict and Juror No. 11 disagrees with the verdict;

MINUTES ENTERED
04/06/18
COUNTY CLERK

Document received by the MI Wayne 3rd Circuit Court.

# SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES

| | |
|---|---|
| DATE: 04/06/18 | DEPT. 58 |
| HONORABLE JOHN P. DOYLE   JUDGE | M. MORT   DEPUTY CLERK |
| HONORABLE    JUDGE PRO TEM | ELECTRONIC RECORDING MONITOR |
| JURY TRIAL      R. LEE, C.A.   Deputy Sheriff | I. SARACIONE, CSR 11960   Reporter |

| 9:00 am | BC638302 | Plaintiff Counsel | Richard M. Wirtz (X) Bryan C. Altman (X) |
|---|---|---|---|
| | ARIEL MYERS VS FORD MOTOR COMPANY | Defendant Counsel | Warren E. Platt (X) Alina Mooradian (X) |

**NATURE OF PROCEEDINGS:**

The jury is thanked and excused.

Special Verdict Form and Jury Instructions are filed this date.

A proposed judgment shall be prepared and submitted by the prevailing party.

By order of the Court, all exhibits are returned to their respective parties who shall maintain them through the pendency of all post-trial proceedings. Receipts for Exhibits are signed and filed this date, copies of which are given to counsel in open court.

Document received by the MI Wayne 3rd Circuit Court.

MINUTES ENTERED
04/06/18
COUNTY CLERK