EXHIBIT F-1

KNIGHT LAW GROUP FEE PETITIONS

CASES THAT "APPEARED LIKELY TO GO TO TRIAL"

| Motion Date | Case Name | Total Fee request |
|---|---|---|
| 3/8/2018 | Murphy | $167,220 |
| 1/29/2018 | Castillo | $126,669 |
| 3/14/2018 | Suarez | $117,720 |
| 1/22/2018 | Jacquez | $112,153 |
| 3/14/2018 | Mendoza | $108,022 |
| 3/22/2018 | Fuller | $102,388 |
| 1/17/2018 | Tuomi | $96,813 |
| 2/8/2018 | Cortez | $94,912 |
| 1/5/2018 | Hitomi | $92,681 |
| 1/19/2018 | Flores, Raul | $91,553 |
| 3/23/2018 | Rader | $82,848 |
| 11/14/2017 | Katz | $82,541 |
| 4/10/2018 | Venegas | $81,045 |
| 1/3/2018 | Parnell | $70,440 |
| 3/23/2018 | Morales | $69,483 |
| 3/7/2018 | Encarnacion | $66,686 |
| 3/2/2018 | Sorbel | $63,562 |
| 1/31/2018 | Vazquez | $57,333 |
| 3/19/2018 | Chirinos | $50,483 |