1          SUPERIOR COURT OF THE STATE OF CALIFORNIA

2                FOR THE COUNTY OF LOS ANGELES

3     DEPARTMENT 58              HON. JOHN P. DOYLE, JUDGE

4

5     ARIEL MYERS,                    )
                                      )
6                        PLAINTIFF,   )
                                      )
7          VS.                        ) CASE NO. BC638302
                                      )
8     FORD MOTOR COMPANY, ET AL.,     )
                                      )
9                        DEFENDANTS.  )
      _____)

10

11          REPORTER'S TRANSCRIPT OF PROCEEDINGS

12                    MARCH 27, 2018

13    APPEARANCES:

14    FOR PLAINTIFF:          THE ALTMAN LAW GROUP
                              BY:  BRYAN ALTMAN, ESQ.
15                            6300 WILSHIRE BOULEVARD
                              SUITE 980
16                            LOS ANGELES, CALIFORNIA 90048
                              (323) 653-5581
17

18                            WIRTZ LAW, APC
                              BY:  RICHARD M. WIRTZ, ESQ.
19                            BY:  AMY SMITH, ESQ.
                              4370 LA JOLLA VILLAGE DRIVE
20                            SUITE 800
                              SAN DIEGO, CALIFORNIA 92122
21                            (858) 259-5009

22

23    FOR DEFENDANTS:         SNELL & WILMER, LLP
                              BY:  WARREN E. PLATT, ESQ.
24                            BY:  KATIE A. RICHARDSON, ESQ.
                              600 ANTON BOULEVARD, SUITE 1400
25                            COSTA MESA, CALIFORNIA 92626
                              (714) 427-7000
26

27
      REPORTED BY:            VIENNA NGUYEN, CSR NO. 13137
28                            OFFICIAL REPORTER PRO TEMPORE

```
 1                          I N D E X

 2   PLAINTFF'S
     WITNESSES           DIRECT    CROSS     REDIRECT    RECROSS
 3
     DARRELL BLASJO        9
 4

 5

 6

 7

 8

 9

10

11

12

13                       E X H I B I T S

14

15      (EXHIBITS PREVIOUSLY MARKED AND IDENTIFIED.)

16

17

18

19

20

21

22

23

24

25

26

27

28
```

```
 1   CASE NUMBER:              BC638302

 2   CASE NAME:                MYERS V. FMC

 3   LOS ANGELES, CALIFORNIA   MARCH 27, 2018

 4   DEPARTMENT 58             HON. JOHN P. DOYLE

 5   REPORTER:                 VIENNA NGUYEN, CSR NO. 13137

 6   TIME:                     10:22 A.M.

 7   APPEARANCES:              (AS HERETOFORE NOTED.)

 8

 9               (THE FOLLOWING PROCEEDINGS ARE HELD

10                IN OPEN COURT OUTSIDE THE PRESENCE

11               OF THE JURY:)

12

13       THE COURT:  WE'RE ON THE RECORD IN THE TRIAL

14   MATTER.  THIS IS MYERS V. FORD.  COUNSEL ARE

15   PRESIDENT -- PRESENT.  MS. SMITH, MR. WIRTZ, MR. ALTMAN,

16   MR. PLATT, AND MS. RICHARDSON.

17               WE JUST HAVE ONE OR TWO HOUSEKEEPING

18   MATTERS THAT I'D LIKE TO TURN OUR ATTENTION TO.  AT THE

19   END OF THE DAY YESTERDAY, COUNSEL, I PROVIDED A TWO-PAGE

20   LISTING OF THE DOCUMENTS THAT WERE IDENTIFIED AND

21   DISCUSSED BY MR. BLASJO DURING THE COURSE OF HIS

22   TESTIMONY YESTERDAY.

23               YOU KNOW, I CAN'T HEAP ENOUGH HIGH PRAISE

24   ON COUNSEL FOR THEIR EFFORTS OVER THE WEEKEND IN WORKING

25   THROUGH THE DIFFICULTIES THAT WE'VE HAD, NOT ONLY THE

26   DIFFICULTIES OR THE ISSUES THAT HAVE COME UP -- THAT

27   CAME UP IN CONNECTION WITH MR. BLASJO'S TESTIMONY, BUT

28   ALSO THE STIPULATION AS TO MR. FYIE AND THE DISCUSSION
```

1   THAT WE HAD AT THE END OF THE DAY YESTERDAY BRIEFLY,

2   WHICH I HOPE WILL MITIGATE ANY ISSUES THAT COME UP IN

3   CONNECTION WITH THE ACTUAL DOCUMENTS THAT FORD MIGHT

4   SEEK TO INTRODUCE IN CONNECTION WITH THEIR EXPERT'S

5   TESTIMONY.

6              SO WE'RE READY TO BRING THE JURY IN.  THE

7   COURTROOM ASSISTANT HAS JUST ADVISED ME THAT AS OF A

8   MINUTE AGO, THE JURY IS READY TO GO.

9              GETTING BACK TO THIS TWO-PAGE DOCUMENT,

10  WHICH IDENTIFIES THE EXHIBITS THAT WERE MADE THE SUBJECT

11  OF TESTIMONY YESTERDAY, MR. PLATT, AT MY REQUEST,

12  INDICATED THAT 235 AND 242 ARE OBJECTED TO BECAUSE THOSE

13  ARE 2016/2017 DOCUMENTS THAT POSTDATE THE PLAINTIFF'S

14  PURCHASE OF HIS VEHICLE IN 2014.

15             AGAIN, THE INDICATED, OVER THE DEFENDANTS'

16  OBJECTION, WILL BE TO ADMIT THOSE DOCUMENTS, BECAUSE --

17  SIMPLY BECAUSE THEY ARE -- AROSE AFTER THE DATE OF

18  PURCHASE DOES NOT NECESSARILY RENDER THEM IRRELEVANT, OR

19  NOT ADMISSIBLE FOR ALL PURPOSES.

20             BUT LET'S JUST TAKE THAT UP FOR A MINUTE,

21  CROSS EVERY T AND DOT EVERY I.

22             235 IS ONE OF A NUMBER OF DOCUMENTS

23  SOMEWHAT SIMILAR -- IN AN OVERSIMPLIFICATION, AND

24  CLUMSILY STATED, THESE ARE DOCUMENTS THAT, TO VARYING

25  DEGREES AND VARYING WAYS, THE OFFER OF PROOF IS THAT

26  FORD KNEW ABOUT SOME OF THE DIFFICULTIES THAT THE FORD

27  FOCUSES WERE ENCOUNTERING AT THE TIME THAT MR. MYERS

28  PURCHASED HIS FORD FOCUS IN 2014.

1          235, AGAIN, IS A MEMO FROM GARY NICHOLS

2    TO -- IT'S AN INTERNAL FORD DOCUMENT; RIGHT?

3          DO YOU HAVE 235?  I JUST WANT TO MAKE -- IF

4    IT'S WORTH HAVING A BRIEF DISCUSSION ABOUT THIS, I WANT

5    TO MAKE SURE THAT YOU'RE PROVIDED WITH AN OPPORTUNITY TO

6    DO THAT.

7          SOMETIMES EXHIBITS ARE WITHDRAWN AND

8    THERE'S A MOTION TO STRIKE, OR SOME KIND OF CURATIVE

9    INSTRUCTION.

10         FREQUENTLY -- IT DOESN'T MAKE A WHOLE LOT

11   OF DIFFERENCE IN THE CONTEXT OF MR. BLASJO'S TESTIMONY

12   YESTERDAY.

13         235.  ANYTHING FURTHER ON THAT, MR. ALTMAN

14   OR MR. WIRTZ?

15         AGAIN, THE INDICATED WOULD BE TO ADMIT IT

16   OVER DEFENDANTS' OBJECTION, ALONG WITH 242.

17         AGAIN, THESE ARE BOTH DOCUMENTS -- I

18   BELIEVE MR. BLASJO INDICATED THAT THEY AROSE AFTER THE

19   DATE ON WHICH MR. MYERS PURCHASED HIS CAR.

20         DO WE NEED TO DISCUSS THOSE DOCUMENTS

21   FURTHER?

22      MR. WIRTZ:  PLAINTIFFS DON'T.

23      MR. PLATT:  I THINK, FOR THE RECORD, TO REFLECT, I

24   THINK THEY'RE BOTH IRRELEVANT AND THEY'RE HIGHLY

25   PREJUDICIAL.

26      THE COURT:  OKAY.  NOW, JUST AS A MATTER OF

27   CURIOSITY, ARE THEY -- DO THEY RISE TO A LEVEL OF

28   PREJUDICE THAT EXCEEDS THE OTHER DOCUMENTS FROM

1    YESTERDAY?  WHICH, AGAIN, LIKE I SAID BEFORE, I'M NOT

2    IMMERSED IN THIS CASE LIKE YOU FOLKS ARE.

3              I'VE LISTENED VERY ATTENTIVELY, AND I

4    INTEND TO LISTEN ATTENTIVELY THROUGHOUT THE TRIAL, BUT

5    MANY OF THE DOCUMENTS THAT WERE PLACED BEFORE THE

6    WITNESS MR. BLASJO YESTERDAY WERE SOMEWHAT SIMILAR, IF

7    ONLY TO THE EXTENT THAT THEY WERE OFFERED, IN

8    SUBSTANTIAL MEASURE, TO SHOW THAT FORD HAD KNOWLEDGE OF

9    THE DIFFICULTIES THAT, ALLEGEDLY, WERE NOT DISCLOSED TO

10   MR. MYERS AT THE TIME HE PURCHASED THE VEHICLE.

11             SO, YOU KNOW, ANY TIME YOU HAVE A DOCUMENT

12   THAT OSTENSIBLY HURTS ONE SIDE OR THE OTHER, PERHAPS

13   PREJUDICIAL, BUT THAT DOESN'T RENDER IT INADMISSIBLE.

14             IS THERE SOMETHING IN PARTICULAR ABOUT 235

15   OR 242 THAT I NEED TO TAKE ANOTHER LOOK AT?

16        MR. PLATT:  I THINK YOU OUGHT TO LOOK CAREFULLY AT

17   242.  AND I THINK YOU WILL FIND, IF YOU LOOK AT IT, IT

18   IS HIGHLY PREJUDICIAL, AND IT HAS ABSOLUTELY NOTHING TO

19   DO WITH BACK AT THE TIME THIS VEHICLE WAS SOLD.

20             IT IS A RECAP OF THE STATUS GOING FORWARD

21   OF WHAT IT IS THAT FORD MOTOR COMPANY SEES AS ISSUES

22   THAT NEED TO BE DEALT WITH.  AND IT HAS NOTHING TO DO

23   WITH WHAT HAPPENED IN THE PAST.

24        THE COURT:  OKAY.  HERE'S WHAT I'D LIKE TO DO.

25   I'D LIKE TO GET GOING WITH THE TESTIMONY OF MR. BLASJO.

26   THIS IS WATER OVER THE DAM, OR UNDER THE BRIDGE, TO THIS

27   EXTENT.

28             OBVIOUSLY, IT WAS PLACED BEFORE MR. BLASJO

1    YESTERDAY.  HE DIDN'T SPEND A WHOLE LOT OF TIME WITH IT.

2    I DON'T RECALL THAT HE SPENT A WHOLE LOT OF TIME WITH

3    IT.

4              THIS IS THE DOCUMENT THAT TALKS ABOUT THE

5    SECRET EXECUTIVE SUMMARY; CORRECT?  AMONG OTHER THINGS?

6              SO IT'S ADMITTED OVER DEFENDANTS'

7    OBJECTION.  I'M GOING TO TAKE ANOTHER LOOK AT IT.  AND I

8    DON'T MEAN TO SUGGEST BY THAT, THAT I'M GOING TO CHANGE

9    MY MIND.

10             I'M PUTTING THIS ON MY LIST OF THINGS THAT

11   MAY COME BACK.  SOMETIMES, IN A TRIAL, ONE SIDE OR THE

12   OTHER SAYS, YOU KNOW, "I CHANGE MY MIND."  AND I'D LIKE

13   TO GO BACK TO THE DRAWING BOARD ON THAT, ONE WAY OR

14   ANOTHER.

15             ONE PART OF THAT DISCUSSION MIGHT BE IT WAS

16   TOO LATE.  WELL, NOT NECESSARILY.  THERE MIGHT BE

17   SOMETHING THAT WE CAN DO.

18             SO 235 AND 242 ARE ADMITTED OVER THE

19   DEFENDANTS' OBJECTION.  COURT FINDS THAT THESE DOCUMENTS

20   ARE RELEVANT.  THERE'S NO QUESTION ABOUT AUTHENTICITY,

21   NO CONFUSION, NO -- CERTAINLY NOT MISLEADING, DOESN'T

22   REQUIRE AN UNDUE CONSUMPTION OF TIME.

23             AND, AGAIN, I'M NOT ABLE TO PERCEIVE THIS

24   DOCUMENT AS SUBSTANTIALLY MORE PREJUDICIAL, FOR EXAMPLE,

25   THAN SOME OF THE OTHER ONES, TO USE THAT WORD LOOSELY,

26   MEANING, JUST LIKE THERE WILL BE SOME DOCUMENTS THE

27   COURT MAY ADMIT OVER MR. ALTMAN'S OBJECTION IN THE

28   DEFENSE CASE-IN-CHIEF -- TO THAT EXTENT, PREJUDICIAL TO

```
 1    THE PLAINTIFF, BUT ADMITTED NONETHELESS.

 2              NOW, 235 AND 242, MR. PLATT, AGAIN, THEY'RE

 3    ALSO POST-PURCHASE, IN ADDITION TO THE OTHER CONCERNS

 4    THAT YOU'VE EXPRESSED; CORRECT?

 5         MR. PLATT:  CORRECT.

 6         THE COURT:  OKAY.  NOW, MOVING ON TO -- ALL RIGHT.

 7    WELL, LIKE I SAID BEFORE, LET'S LEAVE IT AT THAT.  IF

 8    THERE'S ANY FURTHER DISCUSSION ABOUT THOSE EXHIBITS,

 9    WE'LL GET BACK TO IT.

10              235 AND 242 ARE THE ONES THAT ARE

11    POST-PURCHASE.  245 IS -- THE PRINCIPAL OBJECTION THERE

12    IS IT'S NOT A FORD DOCUMENT.  AND SO, TO THAT EXTENT,

13    IT'S HEARSAY; CORRECT?

14         MR. PLATT:  CORRECT.

15         THE COURT:  ALL RIGHT.  WELL, LIKE I SAID BEFORE,

16    I'M ALWAYS TRYING TO STAY ABREAST -- AND I REPEAT, I AM

17    NOT SUGGESTING THAT, NECESSARILY, THE LANDSCAPE WILL

18    CHANGE, BUT EVERY ONCE IN A WHILE, WE'LL GO BACK AND

19    REVISIT SOMETHING IF IT APPEARS TO THE COURT THAT, FOR

20    ONE REASON OR ANOTHER, THE COURT FAILED TO PERCEIVE OR

21    FAILED TO UNDERSTAND OR MADE A MISTAKE.

22              OKAY.  ALL RIGHT.  SO ARE WE READY TO BRING

23    THE JURY IN FOR DIRECT EXAMINATION OF MR. BLASJO?

24         MR. ALTMAN:  WE ARE, YOUR HONOR.

25

26              (THE FOLLOWING PROCEEDINGS ARE HELD

27               IN OPEN COURT IN THE PRESENCE OF

28               THE JURY:)
```

6

1

2           THE COURT:  GOOD MORNING, LADIES AND GENTLEMEN.

3  TAKE YOUR TIME SETTLING IN.  WE'RE GETTING A PRETTY GOOD

4  START.  MY GOAL IS BETWEEN 10:15 AND 10:30.  IT'S 10:30.

5                 WE'RE GOING TO CONTINUE WITH THE TESTIMONY

6  OF MR. BLASJO TODAY.  AND THEN AFTER THAT, I EXPECT WE

7  WILL CONTINUE WITH THE TESTIMONY OF MR. MYERS.  YOU'LL

8  REMEMBER WE BEGAN HIS TESTIMONY A FEW DAYS AGO.

9                 WE'LL WORK UNTIL NOON, PROBABLY, WITHOUT A

10  BREAK, UNLESS THE COURT REPORTER RAISES HER HAND,

11  BECAUSE IT'S NOT A TWO-HOUR STRETCH.  IT'S MORE LIKE A

12  90-MINUTE STRETCH, BUT LET US KNOW, PLEASE, IF YOU'RE

13  HAVING DIFFICULTY.

14                 FOLKS, I TOLD YOU AT LEAST ONCE A DAY, I'LL

15  GIVE YOU A GUESSTIMATION.  I MENTIONED YESTERDAY, I

16  GUESS I'D BE SURPRISED -- THIS IS NOT A KNOCK ON

17  ANYBODY.  AT THE END OF THE DAY, THE RESPONSIBILITY FOR

18  ESTIMATES IS MINE.

19                 WE ARE MOVING ALONG AT A GREAT CLIP.  IF

20  YOU SAW US WORKING BEHIND THE SCENES AS FLIES ON THE

21  WALL, YOU'D BE PROUD OF US.  WE'RE NOT LOAFING.  WE'RE

22  WORKING.

23                 SO -- BUT WE MIGHT NOT BE DONE ON MONDAY,

24  APRIL 2ND.  MIGHT TAKE ANOTHER DAY OR TWO OR THREE.

25  WE'LL JUST HAVE TO SEE WHERE WE FIND OURSELVES.  WE'RE

26  GOING TO MOVE THIS ALONG AS FAST AS WE CAN.

27                 WE CAN'T REALLY START BEFORE 10:15, 10:30.

28  THERE'S MORNING CALENDAR IN HERE, AND THERE'S ALWAYS A

1  FEW HOUSEKEEPING MATTERS THAT I NEED TO DISCUSS WITH

2  COUNSEL.

3              SO WE'RE GOING TO TRY TO WORK FOR AT LEAST

4  90 MINUTES IN THE MORNING, TWO AND A HALF HOURS IN THE

5  AFTERNOON EVERY DAY UNTIL WE'RE DONE.

6              AGAIN, I THINK THAT'S GOING TO BE THE

7  MIDDLE OF NEXT WEEK, BUT YOU'LL SEE THE DYNAMIC.  YOU

8  KNOW, YOU'LL BE ABLE TO SEE WHY WE'RE HERE.

9              LET US KNOW IF YOU HAVE ANY DIFFICULTY.  I

10  UNDERSTAND YOU HAVE PERSONAL LIVES.  YOU HAVE JOBS,

11  FAMILIES, THE WHOLE NINE YARDS.  I WILL CALL EMPLOYERS.

12  NOT THAT I HAVE ANY INFLUENCE, BUT, USUALLY, EMPLOYERS

13  ARE HAPPY TO GET A CALL FROM THE JUDGE.

14              YOU KNOW, YOUR EXCELLENT, OUTSTANDING

15  EMPLOYEE IS STUCK IN A TRIAL, SO TO SPEAK.  HE OR SHE

16  CAN'T BE BACK AT WORK ON APRIL 2ND OR WHATEVER YOU

17  INDICATED YOU MIGHT BE BACK AT WORK.

18              SO, FREQUENTLY, I'M HAPPY TO CALL AN

19  EMPLOYER.  JUST LET THE COURTROOM ASSISTANT KNOW.

20  SCRIBBLE DOWN THE NAME OF THE EMPLOYER OR MANAGER ON A

21  POST-IT.  IF THERE'S ANYTHING ELSE I CAN DO TO

22  FACILITATE, FAIR ENOUGH.

23              OBVIOUSLY, EVERYBODY HAS TO BE HERE

24  THROUGHOUT THE TRIAL.  SO WE CAN'T GET INTO A

25  SITUATION -- EVERY ONCE IN A WHILE, I MENTIONED DURING

26  JURY SELECTION, SOMEBODY SAYS, "JUDGE, CAN I MISS

27  TOMORROW AFTERNOON?"  NOPE.  EVERYBODY HAS TO BE HERE

28  THROUGHOUT THE TRIAL.

1          OKAY.  ALL RIGHT.  MR. BLASJO, WOULD YOU

2    TAKE THE WITNESS STAND, PLEASE?

3          THE CLERK:  AND YOU REMAIN UNDER OATH.

4          THE COURT:  OKAY.  MR. ALTMAN, WHENEVER YOU'RE

5    READY.

6          MR. ALTMAN:  SURE.

7

8                    DARRELL BLASJO,

9    CALLED BY THE PLAINTIFF AS A WITNESS, WAS PREVIOUSLY

10   SWORN AND TESTIFIED AS FOLLOWS:

11

12                    EXAMINATION

13   BY MR. ALTMAN:

14        Q     MR. BLASJO, ARE YOU SITUATED?

15        A     YES, I AM.

16        Q     GOOD MORNING, SIR.

17        A     GOOD MORNING.

18        Q     SIR, WE LEFT OFF YESTERDAY WHERE WE HAD

19   BEEN, KIND OF, REALLY DIVING DEEP INTO A TREMENDOUS

20   AMOUNT OF ISSUES AND A TREMENDOUS AMOUNT OF INTERNAL

21   FORD COMMUNICATIONS THAT DEALT WITH WHAT THEY KNEW AND

22   WHEN THEY KNEW IT.

23             I WANT TO CONTINUE IN THAT VEIN, AND I WANT

24   TO APPROACH NOW THE 2014 TIME FRAME, PARTICULARLY AS

25   WE'RE GETTING CLOSER TO THE DATE WHEN THEY SOLD THE

26   FOCUS TO MR. MYERS.

27             AND I'D LIKE TO TURN YOUR ATTENTION TO

28   EXHIBIT 289, WHICH IS ALSO AN INTERNAL FORD

1   COMMUNICATION, TURNING TO PAGE 3 IN PARTICULAR, JUST TO

2   KIND OF TRY TO STREAMLINE IT AND FOCUS.

3            SO HERE IS A LETTER ON FORD MOTOR COMPANY

4   STATIONARY.  YOU CAN SEE THAT.  IT'S TO THEIR

5   CO-JOINT-VENTURER OF THE -- THAT THEY DEVELOPED -- THAT

6   FORD DEVELOPED THE DPS6.

7            DO YOU SEE THAT, SIR?

8        A    YES, I DO.  IT'S TO THE GETRAG COMPANY.

9        Q    AND IT'S TO THE CHIEF EXECUTIVE OFFICER OF

10  THEIR COMPANY THAT THEY JOINT-VENTURED ON THE DPS6?

11       A    THAT'S CORRECT.

12       Q    HAVE YOU REVIEWED THIS LETTER IN

13  PARTICULAR?

14       A    YES, I HAVE.

15       Q    ARE THERE THINGS ABOUT THIS LETTER THAT YOU

16  FOUND PARTICULARLY INSIGHTFUL?  AND I'LL NOTE THE DATE

17  IS APRIL 17TH, 2014.

18            SO WE'RE NOW ABOUT A LITTLE LESS THAN, I

19  THINK -- WELL, ABOUT THREE MONTHS BEFORE MR. MYERS WAS

20  SOLD HIS FOCUS.

21       A    YES.  AND IT WAS BUILT SOMEWHERE IN

22  FEBRUARY OF '14, SO IT'S POST THE BUILD DATE OF THE --

23  MYERS'S FOCUS, BUT PRIOR TO HIS PURCHASE AT THE END OF

24  JULY.

25       Q    SURE.  SO ONE OF THE THINGS THAT FORD IS

26  RESPONDING TO, AMONG OTHER THINGS, IS SEAL LEAK CONCERNS

27  OF THE DPS6.

28            DO YOU SEE THAT?

1       A       YES, I DO.

2       Q       OKAY.  NOW, IF WE CAN GO FURTHER DOWN IN

3   THIS, CAN YOU TELL US WHAT -- FROM A TECHNICAL EXPERT

4   PERSPECTIVE, WHAT'S GOING ON HERE?

5       A       WELL, THERE'S A DISCUSSION GOING ON BETWEEN

6   FORD AND THE COMPANY THAT BUILT THE TRANSMISSION ABOUT

7   THE -- THEY'RE ACKNOWLEDGING THERE'S A SEAL LEAK.  AND

8   THAT'S THE PRIMARY DISCUSSION.

9               AND, AS YOU CAN SEE HERE, THEY'RE

10  DISCUSSING THE -- RESTRICTING GETRAG FROM THE WARRANTY

11  RESPONSIBILITY FOR THE SOFTWARE CALIBRATION.  THEY BUILT

12  THE UNIT, BUT FORD'S TALKING ABOUT THEY DO HAVE THE

13  WARRANTY RESPONSIBILITY FOR THE HARDWARE AND WHERE THE

14  CAUSE OF THE SEAL LEAK RESIDES.

15              SO THE SEAL LEAK IS NOT REALLY AFFECTED BY

16  THE SOFTWARE, WHICH FORD IS, AND THEY'RE SAYING THIS WAS

17  BUILT UNDER GETRAG AND THEY'RE THE ONES THAT ARE

18  RESPONSIBLE FOR RESOLVING THIS SEAL LEAK OR HOW TO

19  RESOLVE THE SEAL LEAK.

20      Q       SO OTHER THAN FORD SIMPLY POINTING THE

21  FINGER AT GETRAG, THE CONSENSUS APPEARS TO BE THAT

22  THERE'S A SIGNIFICANT SEAL LEAK ISSUE, WITH THE DPS6?

23      A       YES.

24      Q       AND EVEN AT THIS POINT IN TIME?

25      A       EVEN AT THIS POINT IN TIME, YES.

26      Q       NOW, IS THIS -- FIRST OF ALL, IS THERE ANY

27  INFORMATION THAT YOU'RE AWARE OF -- WELL, LET ME ASK YOU

28  FIRST FOR FOUNDATIONAL PURPOSES.

```
 1              HAVE YOU REVIEWED SALES LITERATURE THAT

 2    FORD PUT OUT FOR THE PUBLIC, RELATED TO THE FORD FOCUS?

 3         A      YES, I HAVE.

 4         Q      AND HAVE YOU REVIEWED THE SALES BROCHURES

 5    THAT ARE DISTRIBUTED TO THEIR AUTHORIZED DEALERSHIPS?

 6         A      YES, I HAVE.

 7         Q      IS THERE ANYWHERE IN ANY OF THESE MATERIALS

 8    OR IN ANY OF THE COMMERCIALS YOU'VE LISTENED TO, ANY

 9    INDICATION THAT THERE WAS A DISCLOSURE OF THE SEAL LEAK

10    ISSUES, JUST TO NAME ONE?

11         A      NO.  THERE WAS NO ISSUE THAT THEY --

12    DISCLOSURE OF ANY SORT OF A SEAL LEAK PROBLEM OR SEAL

13    LEAK ISSUE ON THE DPS6.

14         Q      AND FROM WHAT I UNDERSTAND -- AND CORRECT

15    ME IF I'M WRONG -- THE SEAL LEAK ISSUES THAT WERE

16    RAMPANT WITH THE DPS6, THAT HAD A SIGNIFICANT IMPACT ON

17    THE USABILITY, THE SAFETY OF THE VEHICLES THEMSELVES?

18         A      YES, AND ON A COUPLE OF DIFFERENT ASPECTS.

19              FIRST OFF, AS WE'VE DISCUSSED IN PREVIOUS

20    E-MAILS, AND AS I'VE TESTIFIED TO, WHEN THIS OIL FROM

21    THE FRONT SEAL OF THE TRANSMISSION ALLOWS THE

22    TRANSMISSION FLUID TO GET ON THE CLUTCH ASSEMBLY, IT CAN

23    CREATE THIS SHUTTERING EFFECT, WHICH HAS THIS DECREASED

24    ACCELERATION AND THE VIOLENT SHAKING WHEN YOU GO TO

25    ACCELERATE THE VEHICLE FORWARD.

26              SO IT AFFECTS ITS ABILITY TO BE DRIVEN, THE

27    WAY ITS USED.

28              IN ADDITION, IF WE HAVE THIS FLUID LEAK
```

1    THAT'S COMING DOWN AND LEAKING OUT OF THE TRANSMISSION

2    CLUTCH ASSEMBLY HOUSING AREA, IT LEAKS ONTO THE EXHAUST

3    SYSTEM.  AND THE EXHAUST SYSTEM HAS A CATALYTIC

4    CONVERTER IN IT, AND THAT IS -- THE SKIN TEMPERATURE OF

5    THE CATALYTIC CONVERTER IS 550 TO 700 DEGREES OR MORE.

6              AND SO USED MOTOR OIL HAS A FLASH POINT OF

7    450 DEGREES.  SO WE HAVE AN, ALWAYS, RISK OF FIRE WITH

8    OIL ON THE EXHAUST SYSTEM.

9              SO THIS IS A SAFETY HAZARD FROM THE ASPECT

10   OF A FIRE FROM THE LEAK.  IT ALSO IS A SAFETY HAZARD

11   FROM THE ASPECT OF THE PERFORMANCE OF THE VEHICLE, FROM

12   THE CLUTCH BEING SATURATED OR WET WITH TRANSMISSION

13   FLUID.

14        Q    WHAT'S THE PROXIMITY FOR THE -- WHERE THE

15   OIL -- WHERE THE SEAL LEAKS WERE PRESENT WITH THE DPS6,

16   IN RELATION TO THE CATALYTIC CONVERTER ON THE FORD

17   FOCUS?

18        A    WELL, IT'S RIGHT AT THE INPUT SHAFT.  YOU

19   REMEMBER, WE HAD THE VIDEO -- THE ANIMATION YESTERDAY

20   THAT -- IT SHOWED THE TWO SHAFTS, ONE GOING BEHIND THE

21   OTHER, THAT BOTH GO INTO THE CLUTCH ASSEMBLY.

22              THOSE SHAFTS ARE WHERE THAT SEAL -- WHERE

23   IT GOES INTO THE TRANSMISSION, THAT'S WHERE THE SEALING

24   HAPPENS AT THAT POINT.

25              SO IT'S RIGHT IN FRONT OF THE CLUTCH

26   ASSEMBLY, ON THE BACK SIDE, IF YOU WILL, OF THE CLUTCH,

27   AT THE FRONT END OF THE TRANSMISSION.

28              NOW, THIS CLUTCH ASSEMBLY IS ROTATING

1    BECAUSE IT'S ATTACHED TO THE ENGINE -- THE CRANK SHAFT

2    AT THE FLYWHEEL, AND SO IT'S CONSTANTLY SPINNING.

3              SO OIL IN THERE IS GOING TO GET FLUNG

4    AROUND EVERYWHERE IN THAT WHOLE HOUSING AREA WHEN IT

5    LEAKS OIL OR FLUID OR, YOU KNOW, TRANS OIL.

6         Q    WHAT'S THE APPROXIMATE DISTANCE BETWEEN

7    THAT LOCATION AND THE CATALYTIC CONVERTER?

8         A    WELL, IF IT WILL GO THROUGH THE BELL

9    HOUSING AND THE BOTTOM OF THE CATALYTIC CONVERTER, IT

10   SITS OFF BEHIND THAT IN THE EXHAUST SYSTEM.

11             SO IT'S PROBABLY WITHIN 12 TO 16 INCHES.

12        Q    NOW, THIS RISK OF -- THIS RISK OF WHERE

13   THE -- WHERE THE CATALYTIC CONVERTER TEMPERATURE IS

14   SIGNIFICANTLY HIGHER THAN THE FLASH POINT, I GUESS, OF

15   ENGINE OIL, HAVE YOU, IN YOUR -- IN YOUR EXPERT

16   EXPERIENCE, HAVE YOU DETERMINED THAT THERE HAVE BEEN

17   FIRE HAZARDS AND FIRES RELATED TO THE CATALYTIC

18   CONVERTER AND THE ENGINE OIL PROXIMITY?

19        MR. PLATT:  ARE WE TALKING ABOUT DPS6

20   TRANSMISSIONS OR SOME OTHER VEHICLE?

21        MR. ALTMAN:  WELL, ENGINES --

22        THE COURT:  FAIR ENOUGH.  WHY DON'T YOU TAKE A

23   STEP BACK?

24        MR. ALTMAN:  SURE.  I'M -- LET ME FIRST ASK A

25   LITTLE MORE GENERALLY.

26        THE COURT:  THANK YOU.

27        Q    BY MR. ALTMAN:  ARE YOU AWARE OF FIRE

28   HAZARDS AND FIRES THAT HAVE OCCURRED RELATED TO THE

```
 1   PROXIMITY OF THE TRANSMISSION?  TAKE ANY DUAL-CLUTCH
 2   SYSTEM AND THE CATALYTIC CONVERTER.
 3        MR. PLATT:  OBJECTION.  IT'S IRRELEVANT, UNLESS
 4    WE'RE TALKING ABOUT THIS SYSTEM.
 5        THE COURT:  WELL, OVERRULED.  I'LL PERMIT IT.
 6    IT'S A GENERIC QUESTION, SO TO SPEAK, BUT I HEAR YOU,
 7    MR. PLATT.  YOU'LL HAVE A CHANCE TO CROSS-EXAMINE THAT
 8    AND MAKE ARGUMENT, IF YOU FEEL THAT'S APPROPRIATE.
 9             THE JURY IS FOLLOWING THIS, BUT I
10    UNDERSTAND THE CONCERNS.
11             DO YOU HAVE THE QUESTION IN MIND,
12    MR. BLASJO.
13        THE WITNESS:  YES, I DO.
14        THE COURT:  OKAY.
15        THE WITNESS:  I BELIEVE IT WAS IN TWOFOLD.  ONE
16    WAS THE FIRE HAZARD, IN GENERAL, RELATING TO CATALYTIC
17    CONVERTERS.  SECONDARILY, FIRE HAZARDS SPECIFICALLY AS
18    IT RELATES TO A DPS6 SYSTEM.
19        Q    BY MR. ALTMAN:  SURE.
20        A    AND THE FIRST PART OF THAT IS I AM AWARE OF
21    THAT BEING A CONSTANT PROBLEM.  I HAVE SPOKEN WITH
22    MR. TOM LEPPER ON DIFFERENT OCCASIONS ABOUT -- HE DOES A
23    LOT OF FIRE INVESTIGATIONS, AND HE IS AN AUTOMOTIVE
24    EXPERT THAT -- ONE OF THE PEOPLE I INTERACT WITH.
25             AND I ASKED HIM HOW --
26        MR. PLATT:  THIS IS HEARSAY, YOUR HONOR.
27        MR. ALTMAN:  YOUR HONOR --
28        THE COURT:  WELL, WHY DON'T WE TAKE A PAUSE, AND
```

```
 1    MAYBE YOU CAN ASK A QUESTION.

 2         MR. ALTMAN:  SURE.

 3         THE COURT:  YOU KNOW, IT'S HARD -- IT MIGHT BE.

 4         MR. ALTMAN:  SURE.

 5         Q    BY MR. ALTMAN:  I DON'T NEED TO KNOW

 6    THE SPECIFIC CONVERSATION, BUT THE QUESTION TO YOU

 7    IS:  IN YOUR VAST EXPERIENCE AND YOUR EXPERTISE, THE

 8    ISSUE OF A CATALYTIC CONVERTER BEING PLACED IN THE

 9    PROXIMITY, OR THE PROXIMITY OF THE CATALYTIC

10    CONVERTER TO A DUAL-CLUTCH SYSTEM THAT'S SPINNING

11    OFF OIL, DOES THAT PRESENT A FIRE HAZARD?

12         A    WELL, YES, IT DOES.  I'VE ALREADY STATED

13     THAT.

14         Q    DO YOU HAVE ANY DOUBT IN YOUR MIND ABOUT

15     THAT?

16         A    NO, I DON'T.

17         Q    HAS ANYONE FROM FORD CONTRADICTED THAT WITH

18     YOU?

19         A    NO, THEY HAVE NOT.

20         Q    LET ME GO -- LET ME ASK YOU.

21              YOU TALK ABOUT THE CLUTCH ASSEMBLY WHERE

22     THERE COULD BE CONTAMINATION, WHICH, I GUESS, IS A

23     SIGNIFICANT ISSUE; IS THAT CORRECT?

24         A    THAT'S CORRECT.

25         Q    DO YOU ACTUALLY HAVE A CLUTCH ASSEMBLY THAT

26     YOU CAN SHOW US THE AREA THAT YOU'RE TALKING ABOUT?

27         A    YES, I DO.

28         MR. ALTMAN:  YOUR HONOR, WITH THE COURT'S
```

1    PERMISSION, I BROUGHT --

2         THE COURT:  SURE, SURE.

3         MR. ALTMAN:  -- MY COLLEAGUE HERE --

4         THE COURT:  SURE, SURE.

5         Q    BY MR. ALTMAN:  SO IF YOU COULD DIG

6    IN.

7         A    SURE.

8         Q    THIS IS MORE INVOLVED THAN I THOUGHT, BUT

9    KEEP GOING.

10        A    A BIB.  I GET IN BIG TROUBLE IF I GET MY

11   SUIT DIRTY.  YOUR HONOR, MAY I REMOVE MY JACKET?

12        THE COURT:  SURE.

13        THE WITNESS:  MAY I SET THIS OVER HERE?

14        THE COURT:  YEAH, WHATEVER PLACE FOR IT.

15        Q    BY MR. ALTMAN:  JUST AS LONG AS IT

16   DOESN'T FALL.

17             SO, MR. BLASJO, WHAT -- WELL, MAYBE YOU

18   SHOULD HOLD IT.

19             WHAT ARE WE LOOKING AT?

20        A    THIS ITSELF IS AN ACTUAL DPS6 CLUTCH

21   ASSEMBLY.

22        Q    OKAY.

23        A    ALL RIGHT.

24        Q    YOU HAVE A LOT OF PIECES GOING ON THERE,

25   SIR.

26        A    RIGHT.  IT'S BEEN PARTIALLY DISASSEMBLED

27   FOR EASE OF INSPECTION.

28        Q    I JUST WANT TO MAKE SURE EVERYONE CAN SEE

1    IT.

2         A     THIS IS AN ACTUAL UNIT THAT'S NOT BEEN

3    DISASSEMBLED.  THIS IS ALL ONE PIECE WHEN YOU BUY IT, OR

4    AS IT'S SUPPLIED.

5              NOW, WE TALK ABOUT THE CLUTCH DISCS.  AND

6    YOU CAN SEE ONE OF THEM IN HERE.  THAT'S THE PRIMARY

7    DISC.  AND, REMEMBER, THESE FINGER ASSEMBLIES THAT ARE

8    BEING PRESSED ON TO RELEASE THE SPRING, THAT SHOWS THIS

9    OUTER CLUTCH, THAT ATTACHES TO THE OUTER B SHAFT ON IT.

10   THEN, THE INNER ONE, WHICH GOES THROUGH AND ATTACHES TO

11   THIS AREA HERE, YOU CAN ACTUALLY SEE THIS SPINNING BACK

12   HERE.

13             SO YOU CAN UNDERSTAND, AS THIS SPINS, YOU

14   HAVE A SHAFT HERE.  IT WOULDN'T SPIN UNLESS YOU APPLIED

15   THE PRESSURE OF THE CLUTCH ON IT.  SO YOU HAVE ONE

16   CLUTCH ASSEMBLY HERE, AND ANOTHER CLUTCH ASSEMBLY BACK

17   HERE.

18             THEY'RE BOTH ADJUSTED FOR RELEASE BY

19   PLACING PRESSURE, SO THERE'S A BEARING AND A FORK.  AND

20   THE FORK IS ACTUALLY A SOLENOID.  AND IT SLOWLY PUSHES

21   FORWARD AND PUSHES ON THIS CLUTCH ASSEMBLY.  THERE'S AN

22   INNER ONE AND AN OUTER ONE, DEPENDING ON WHICH CLUTCH

23   THEY WANT TO APPLY.

24             THIS IS THE ASSEMBLY THAT WE'RE TALKING

25   ABOUT.  IT'S KIND OF COMPLEX, BUT, ESSENTIALLY, IT'S THE

26   SAME THING AS A STANDARD CLUTCH ON ANY CAR THAT WE WOULD

27   DISCUSS.

28             BUT THIS IS THE ACTUAL ASSEMBLY.  NOW, THE

1    SEAL IS, SIMPLY, FOR THE ENGINE, THIS BOLTS UP TO THE

2    FLYWHEEL OF THE ENGINE.  AND A REAR MAIN SEAL IS RIGHT

3    IN THIS AREA HERE, RIGHT THERE.

4              IF IT LEAKS, IT'S GETTING ON THIS AREA,

5    THIS CLUTCH ASSEMBLY, WHICH IS SPINNING.  THE INPUT

6    SHAFTS TO THE TRANSMISSION ARE HERE, AND THEY LINE UP

7    RIGHT HERE.

8              THERE'S NOT A LOT OF ROOM.  AND IF THIS

9    ACTUALLY LEAKS OIL HERE ON THE ASSEMBLY, IT'S GOING

10   RIGHT INTO THE CLUTCH, AND IT'S GOING TO SWING IT AROUND

11   AND GET IT ALL OVER THE INSIDE OF THE BELL HOUSING

12   ASSEMBLY OF THE CLUTCH COVER AREA.

13             THOSE ARE THE TWO AREAS THAT WE TALKED

14   ABOUT WITH THE SEALS.  THERE'S AXLE SEALS, WHERE THEY

15   COME OUT OF THE TRANSMISSION.  ALSO, JUST -- IF YOU SEE,

16   JUST ON THE RIGHT SIDE, WE'RE PROPOSING -- OR CAUSING A

17   LEAK, THAT IS NOT IN THE PROXIMITY OF THIS CLUTCH.  THIS

18   WOULD BE THE INPUT SHAFT SEAL.

19       Q    GOT IT.  BUT THE -- BUT WHEN WE TALK ABOUT

20   SEAL LEAKS, THERE'S MULTIPLE SEAL LEAKS THAT THE DPS6

21   EXPERIENCED OR EXHIBITED; IS THAT CORRECT?

22       A    THAT'S CORRECT.

23       Q    SO IT'S NOT JUST THE SEVERAL THAT YOU JUST

24   POINTED OUT.  THERE ARE ALSO THESE OTHERS THAT YOU

25   REFERRED TO THAT ARE, THANKFULLY, NOT CLOSE TO THE

26   CATALYTIC CONVERTER; IS THAT CORRECT?

27       A    THAT'S CORRECT.

28       Q    STILL DAMAGING THE VEHICLE FOR THE USER,

1    BUT NOT --

2         A      WELL --

3         Q      -- BUT NOT PUTTING THEM AT THE RISK OF

4    FIRE?

5         A      -- THERE'S ONE ON THE RIGHT SIDE AS IT GOES

6    OUT OF THE TRANSMISSION, TOWARDS THE PASSENGER -- THE

7    CENTER OF THE CAR, THE PASSENGER.  THAT WOULD BE IN

8    PROXIMITY TO THE CATALYTIC CONVERTER AND THE EXHAUST

9    SYSTEM.

10              THE ONE ON THE LEFT SIDE IS ON THE

11   UNDERSIDE, AND THAT WOULD NOT BE IN PROXIMITY.

12        Q      GOT IT.  GOT IT.  THANK YOU, MR. BLASJO.

13   I'LL WAIT UNTIL YOU'RE BACK IN YOUR ALTER EGO.

14              SO, MR. BLASJO, IN THE SAME EXHIBIT, 289,

15   UPON FURNISHING DOWN -- AND, AGAIN, THIS IS FROM FORD --

16   WE'RE GOING TO GET INTO THAT -- TO GETRAG, ITS

17   JOINT-VENTURE PARTNER.

18              AND SO WE HAVE THIS CLAIM MADE AT THE VERY

19   START OF THIS TRIAL THAT THE SEAL WAS FIXED, NO ISSUES,

20   AND THE VAST MAJORITY OF THE 1.4 MILLION VEHICLES,

21   PEOPLE WERE HAPPY WITH NO ISSUES.

22              WHAT'S GOING ON IN THIS PARAGRAPH THAT I'VE

23   HIGHLIGHTED?

24        A      WELL, HERE, THEY'RE REFERRING TO THE

25   ANALYSIS OF RETURN CLUTCHES, CLUTCHES THAT HAVE BEEN

26   DESIGNATED AS FAILING IN THE FIELD.  AND THEY BROUGHT

27   THEM BACK IN UNDER WARRANTY, REPLACED THEM, AND THEY'RE

28   INSPECTING THOSE WARRANTY-REPLACED PARTS.

1          AND THEY'RE FINDING IN THE NORTH AMERICA

2   MARKET THAT 55 PERCENT OF THESE CLUTCHES IS CONTAMINATED

3   WITH TRANSMISSION OIL DUE TO THE SEAL LEAKS.

4          SO THAT'S OVER HALF OF THESE TRANSMISSIONS

5   THAT HAVE THIS PROBLEM.  THIS IS A WIDESPREAD CONCERN.

6   AND AS WE'VE DISCUSSED, IT'S DEFINITELY A SAFETY

7   CONCERN, NOT ONLY FOR THE EFFECT OF THE TRANSMISSION

8   FLUID LEAK AND THE FIRE HAZARD, BUT THE SHUTTER HAZARD

9   AS WELL.

10      Q    NOW, IT ALSO GOES ON TO SAY THAT OUTSIDE OF

11  NORTH AMERICA, THE PERCENTAGES OF TRANSMISSION OIL

12  CONTAMINATED CLUTCHES IS EVEN HIGHER, AS MUCH AS

13  75 PERCENT IN CHINA.

14          DO YOU SEE THAT?

15      A    YES, I DID.

16      Q    NOW, IF I UNDERSTAND THIS CORRECTLY, WHEN

17  FORD LAUNCHED THE DPS6 MODELS, IT LAUNCHED THEM

18  BEFORE -- BEFORE IT LAUNCHED IN AMERICA, IT LAUNCHED

19  THEM IN CHINA; IS THAT CORRECT?

20      A    THAT'S MY UNDERSTANDING.  IT WAS LAUNCHED

21  IN THE MARKET IN CHINA PRE THE U.S. LAUNCH.

22      Q    SURE.  NOW, TO YOUR UNDERSTANDING, IS THERE

23  ANY DIFFERENCE BETWEEN THE MODELS THAT FORD SOLD IN FORD

24  OF CHINA, AS OPPOSED TO THE MODELS THAT FORD SOLD IN

25  FORD OF NORTH AMERICA?

26      A    NOT THAT I'M AWARE OF, ANY DIFFERENCE AT

27  ALL.

28      Q    SO IN CHINA, THE SAME ESSENTIAL VEHICLES,

1    THEY'RE GETTING CONTAMINATED -- TRANSMISSION OIL

2    CONTAMINATED CLUTCHES AT A RATE OF 75 PERCENT?

3         A     THAT'S CORRECT.

4         Q     LET GO TO THE BOTTOM OF THIS AS WELL.

5    WAIT, ACTUALLY.  I'M SORRY.

6               OKAY.  SO THIS DISCUSSION HERE ABOUT 55 TO

7    75 PERCENT IS A SIGNIFICANT LEVEL OF CLUTCHES

8    CONTAMINATED WITH TRANSMISSION OIL.  THIS IS FROM FORD.

9    AND IT'S ADDRESSING WHAT THEY'VE TERMED AS THE SEAL

10   FAILURE.

11              ANY INDICATION THAT THAT WAS SHARED WITH

12   ANY OF THE CONSUMERS OR WOULD-BE PURCHASERS OF FORD DPS6

13   MODELS?

14        A     NO, THERE'S NO INDICATION, AND I HAVE NOT

15   SEEN ANY INFORMATION TO THAT EFFECT AT ALL.

16        Q     HOW ABOUT FORD PROVIDING THAT INFORMATION

17   TO THE TECHS AT THE AUTHORIZED FORD FACILITIES THAT ARE

18   INTERACTING WITH FORD CUSTOMERS?

19        A     WELL, NO.  EVEN THROUGH THE TSB'S, THEY'RE

20   NOT DESCRIBING WHAT THEY KNOW ABOUT THIS AND GIVING THIS

21   INFORMATION TO THE TECHNICIANS.

22        Q     SURE.

23        A     SO, NO, THEY'RE OPERATING WITHOUT THIS

24   KNOWLEDGE AS WELL.

25        Q     SO THE PERSON AT FORD, IN TERMS OF, YOU

26   KNOW, THE ECHELON -- THE AUTHOR OF THIS IS ALAN DRAPER,

27   WHO IS THE GLOBAL DIRECTOR OF POWERTRAIN INSTALLATION

28   PURCHASING FOR FORD MOTOR COMPANY.

```
 1                    DO YOU SEE THAT?

 2        A      YES, I DID.

 3        Q      IS THIS ALSO A DOCUMENT THAT WAS -- THAT

 4   YOU HAD TO SIGN OFF ON, AS FAR AS A CONFIDENTIAL

 5   PROTECTIVE ORDER, SO THAT YOU COULD GET ACCESS TO IT?

 6        A      YES, IT IS.

 7        Q      I'D LIKE TO NEXT TURN YOUR ATTENTION TO

 8   EXHIBIT 290, AT PAGE 1, OF 290.

 9                    IN DEALING WITH THIS AGAIN, SAME ISSUES,

10   WITH FAILURES OF THE DPS6, THIS IS -- LET'S START AT THE

11   TOP.

12                    THIS IS FROM SHAWN MCCLAIN.  ONE MOMENT.

13   AND THE TITLE IS DPS6 HAZARD ANALYSIS.

14                    AND LET'S GO TO THE TOP.  SHAWN MCCLAIN IS

15   FOR FORD.  HE'S THE DPS6 CURRENT MODEL SUPERVISOR.  YOU

16   SEE HIS FORD E-MAIL ADDRESS, AND YOU SEE HIS DEARBORN

17   PHONE NUMBER.

18                    AND THEN LET ME GET TO THE SUBSTANCE OF THE

19   ACTUAL EXHIBIT.

20                    SO HE'S SOLICITING ASSISTANCE RELATED TO

21   THE FAILURES OF THE DPS6.

22                    AND ACCORDING TO THE PURCHASING SUPERVISOR

23   FOR DPS6, CHINA HAD REPORTED A 100 PERCENT FAILURE RATE

24   AT 70,000 MILES.

25                    CAN YOU BREAK THAT DOWN FOR US?

26        A      SURE.  THEY'RE LOOKING AT THE FAILURE RATE,

27   IN THE TOP SENTENCE, OF THE DPS6.

28                    NOW, THIS IS A -- GO TO THE TOP.  IT'S AN
```

23

1    AUGUST OF '13 --

2         Q      RIGHT.

3         A      -- DATE ON IT.

4                AND SO THIS IS THE -- ABOUT A MONTH AFTER

5    THE MYERS VEHICLE WAS PURCHASED.

6         Q      ACTUALLY, THIS IS THE YEAR BEFORE.

7         A      A YEAR BEFORE -- A YEAR AND A MONTH.

8         Q      IT'S SIX MONTHS -- FIVE OR SIX MONTHS

9    BEFORE THEY BUILD IT.

10        A      RIGHT.

11        Q      AND THEN SELLING IT TO HIM THE VERY NEXT

12   YEAR.

13        A      RIGHT, RIGHT.

14        Q      OKAY.  SO WHAT'S GOING ON AS FAR AS -- SO

15   FORD'S KNOWLEDGE LEADING INTO THIS, KIND OF, SALES

16   PERIOD AND BUILD PERIOD FOR MR. MYERS'S VEHICLE?

17        A      IS THAT THEY KNOW THERE'S A PROBLEM WITH

18   THIS -- WITH THESE SEALS LEAKING.  AND AT THIS

19   PARTICULAR POINT, THE CHINA MARKET IS RECORDED AT

20   100 PERCENT FAILURE RATE AT 70,000 MILES.

21               SO AS THE MORE MILES ACCRUE ON THIS,

22   VIRTUALLY, ALL OF THESE VEHICLES ARE EXPERIENCING THIS

23   LEAKAGE RATE.

24        Q      NO DIFFERENCE BETWEEN THE MODELS SOLD TO

25   CHINA AND THE MODELS SOLD TO US HERE; IS THAT CORRECT?

26        MR. PLATT:  OBJECTION.  THERE'S NO FOUNDATION.

27        THE COURT:  OVERRULED.  THAT'S HIS UNDERSTANDING,

28   AND WE'LL GET BACK TO IT ON CROSS-EXAMINATION, PERHAPS,

24

```
 1    IN CONNECTION WITH EXPERT WITNESSES.

 2              I'M GOING TO PERMIT IT, MR. PLATT, BUT I

 3    UNDERSTAND YOUR CONCERN.  THANK YOU, SIR.

 4         Q    BY MR. ALTMAN:  IN ALL THE TIME YOU'VE

 5    BEEN DEPOSED BY WHATEVER FORD FIRM -- WHATEVER FIRM

 6    THAT HAS DEPOSED YOU ON BEHALF OF FORD, HAS ANYONE

 7    SHOWN YOU ANY DIFFERENCES IN THE DPS6'S USED -- USED

 8    FOR THE CHINESE MARKET AND FOR OUR MARKET?

 9         MR. PLATT:  OBJECTION, YOUR HONOR.  THAT'S

10    IRRELEVANT.  WE DON'T SHOW HIM THINGS DURING

11    DEPOSITIONS.

12         THE COURT:  WELL, LIKE I'VE SAID BEFORE, I'M GOING

13    TO OVERRULE IT.  JURY'S FOLLOWING THIS.  YOU'LL BE ABLE

14    TO MAKE ARGUMENT.

15              SO, NEXT QUESTION, PLEASE.

16         MR. ALTMAN:  SURE.

17         Q    BY MR. ALTMAN:  SIR, AS FAR AS -- SO

18    THE DPS6-EQUIPPED VEHICLES, AT LEAST IN CHINA, BY

19    THE TIME THEY GET TO 70,000 MILES, THE RATE OF

20    FAILURE OF THE DPS6 IS 100 PERCENT?

21         A    THAT'S CORRECT.

22         Q    AND WAS ANY -- WAS THIS INFORMATION PUT IN

23    ANY SALES BROCHURE FOR FORD -- SO, FOR A WOULD-BE BUYER

24    OF A FOCUS, THEY WOULD BE ABLE TO MAKE AN INFORMED

25    DECISION AS TO WHAT THEY COULD EXPECT WITH THEIR FORD

26    FOCUS?

27         A    NO.  THAT WAS NEVER IN ANY OF THE

28    INFORMATION THAT I'VE SEEN OR REVIEWED RELATING TO THE
```

25

1    FOCUS.

2         Q    WAS THIS DOCUMENT ALSO PART OF THE

3    PROTECTIVE ORDER THAT YOU HAD TO SIGN OFF ON FOR FORD?

4         A    YES, IT IS.

5         Q    LET ME TURN YOUR ATTENTION TO -- I'M

6    SORRY -- TO PAGE -- I'M SORRY -- EXHIBIT 286.  THIS IS

7    AT PAGE 1.  THIS IS ABOUT DPS6 OIL AND GREASE LEAKS.

8    ONE SECOND.  ONE MOMENT, YOUR HONOR.

9              SO THIS IS AN E-MAIL EXCHANGE AMONG FORD

10   EMPLOYEES.  THIS IS THE INFORMATION AS OF JANUARY OF

11   2013.

12             "SEEMS A SHAME THAT LUK AND/OR GETRAG DO

13   NOT SEND OUT THEIR FIELD SERVICE ENGINEERS.  OIL LEAKS

14   ARE HARD TO DENY WHEN YOU ARE STANDING IN IT."

15             CAN YOU TELL THE JURY WHO LUK IS?

16        A    OKAY.  THEY REFERENCE LUK AND/OR GETRAG.

17   OKAY.  LUK SUPPLIED THE CLUTCH IN THIS CASE.  THEY'RE A

18   MAJOR MANUFACTURER, AND THEY DO SUPPLY CLUTCH COMPONENTS

19   FOR MANY, MANY VEHICLES, AS GETRAG DOES TRANSMISSIONS

20   FOR MANY VEHICLES.

21             AND SO THEY'RE TALKING -- WHEN THEY SEND

22   OUT THEIR FIELD SERVICE ENGINEERS TO VISIT DEALERS WHEN

23   THEY'RE DOING THE REPAIR ANALYSIS, WHAT CAUSED THE

24   FAILURE, TO LOOK AT THESE COMPONENTS.

25             THESE GENTLEMAN ARE PEOPLE REPRESENTED FROM

26   THE TWO COMPANIES ARE NOT THERE.  AND THEY'RE SAYING OIL

27   LEAKS ARE HARD TO DENY WHEN YOU'RE STANDING IN IT,

28   REFERENCING THAT THEY HAVE THEM, YOU'RE RIGHT THERE,

1    YOU'RE LOOKING AT IT, AND IT'S HARD TO DENY THAT IT'S

2    NOT HAPPENING.

3         Q    ALL RIGHT.  LET ME NOW TURN YOUR ATTENTION

4    TO A DIFFERENT AREA.  AND I WANT TO FIRST HAVE YOU TALK

5    ABOUT AND EXPLAIN WHAT THE MAM -- THE M-A-M IS IN

6    CONNECTION WITH THE DPS6.

7         A    CERTAINLY.  THE MAM -- THERE'S LIKE -- WE

8    TALK ABOUT THE COMPUTER THAT'S ON THE TRANSMISSION THAT

9    CONTROLS IT.  IT COMMUNICATES WITH THE MAIN COMPUTER ON

10   BOARD THE PCM, OR AN ECM.

11             THIS IS THE TRANSMISSION CONTROL MONITOR,

12   OR THE TCM.  AS YOU RECALL, WE'VE HAD NUMEROUS INSTANCES

13   WHERE THEY'VE DISCUSSED THE REPROGRAMMING OR THE

14   REFLASHING OF THE ECM AND THE PCM, AND THE TRANSMISSION

15   CONTROL MODULE AS WELL, THE TCM.

16             THE MAM IS THE MECHATRONIC ACTUATOR MODULE.

17   THIS IS THE MECHANICAL ARM OF THE TRANSMISSION.  IT'S

18   CONNECTED TO PART OF THE TRANSMISSION CONTROL MODULE,

19   AND WHERE IT MOUNTS ONTO THE TRANS ITSELF.

20             SO WHEN IT WANTS TO APPLY THE DIFFERENT

21   CLUTCHES OR SHIFT THE GEARS, THIS IS THE MECHANICAL

22   ACTUATING PART THAT ACTUALLY PUSHES IN -- WE SHOW YOU

23   HOW IT PUSHES ON THE SPRING-LOADED FINGERS ON THE

24   CLUTCH, ON THE INNER OR THE OUTER.

25             IT ALSO PUSHES ON SHIFTS -- THE SHIFT FORKS

26   THAT CREATE THE MOVEMENT TO CHANGE THE POWER TO THE

27   DIFFERENT GEARS OF THE CAR.

28             SO THIS WOULD BE THE MECHANICAL PORTION

1    THAT ACTUATES THE TRANSMISSION.  THIS WOULD BE -- YOUR

2    FOOT STEPS ON A CLUTCH ON A REGULAR TRANSMISSION, AND

3    YOUR HAND SHIFTS THE GEARS; RIGHT?

4              WELL, THESE ARE THOSE TWO MECHANICAL ARMS

5    THAT ARE DONE ELECTRONICALLY, CONTROLLED BY THE

6    COMPUTER.

7         Q    SO THIS IS LIKE THE HEART OF THE SYSTEM?

8    IT'S THE MAIN CONTROL FOR THE TRANSMISSION?

9         A    THAT'S CORRECT.

10        Q    OKAY.  NOW, YOU'VE MENTIONED A NUMBER OF

11   ACRONYMS, AND I KNOW WE'VE GONE THROUGH THIS, BUT I WANT

12   TO MAKE SURE I UNDERSTAND IT.

13             MODERN CARS SEEM TO HAVE, KIND OF, A

14   COMPUTER BRAIN SYSTEM.  IS THAT A BIT OF A METAPHOR?

15        A    WELL, YEAH.  THEY'LL HAVE A MAIN COMPUTER.

16   OKAY?

17        Q    WHAT IS THAT REFERRED TO AS?

18        A    IT'S USUALLY AS A PCM.

19        Q    POWER CONTROL MODULE?

20        A    POWERTRAIN CONTROL MODULE/POWER CONTROL

21   MODULE.  THEY'LL HAVE, SOMETIMES, AN ECM, ENGINE CONTROL

22   MODULE.  DEPENDING ON THE MANUFACTURER, SOMETIMES THOSE

23   ARE ONE AND THE SAME.

24        Q    OKAY.

25        A    BUT IT COMMUNICATES WITH DIFFERENT MODULES

26   THROUGHOUT THE CAR.  OKAY?  AND, USUALLY, THE PCM WILL

27   COMMUNICATE WITH THE ENGINE CONTROL MODULE, OR THE ECU,

28   THE ENGINE CONTROL UNIT.  AND THEN THAT WILL ALSO

```
 1    COMMUNICATE WITH THE TRANSMISSION CONTROL MODULE, OR THE
 2    TCM.
 3                 AND SO THESE ARE IN COMMUNICATION WITH EACH
 4    OTHER, SO THEY'RE TALKING.  SO THEY'RE SHARING
 5    INFORMATION SO THAT THE CAR CAN DELIVER THE PERFORMANCE
 6    YOU'RE ASKING IT TO DO.
 7                 IF YOU'RE ACCELERATING, YOU'RE CHANGING
 8    GEARS, IT'S APPLYING DIFFERENT GEARS TO GET IT TO MOVE
 9    FORWARD.
10                 IT'S CHANGING YOUR THROTTLE ANGLE,
11    INCREASING THE AIR-FUEL MIXTURE -- ALL OF THESE THINGS
12    HAPPEN -- ALL OF THESE THINGS HAPPEN SIMULTANEOUSLY.
13                 AND THEY -- THESE TWO -- ALL THESE UNITS
14    WORK IN CONCERT WITH EACH OTHER AND RELY ON EACH OTHER.
15         Q     AND SO IF THE PCM -- IF THE POWERTRAIN
16    CONTROL MODULE IS COMMUNICATING WITH THE TRANSMISSION
17    CONTROL MODULE, WHATEVER THE SIGNALS ARE GOING BACK AND
18    FORTH, THE MAM, OR THE MECHATRONIC --
19         A     ACTUATOR MODULE.
20         Q     -- ACTUATOR MODULE -- WE'RE GOING TO BE
21    ABLE TO BUILD A CAR AFTER THIS -- THAT IS ACTUALLY WHAT
22    IS CONTROLLING THE MECHANICS OF THE ACTUAL TRANSMISSION;
23    IS THAT CORRECT?
24         A     THAT'S CORRECT.
25         Q     SO THAT'S -- IF SOMETHING'S WRONG THERE,
26    END OF STORY?
27         A     YEAH.
28         Q     OKAY.
```

1        A      IT'S NOT GOING TO HAPPEN, BECAUSE IT

2   CAN'T -- IT CAN GET ALL THE SIGNALS AT ONCE, BUT IT'S

3   NOT GOING TO MOVE ANYTHING TO CHANGE ANYTHING.

4        Q      GOT IT.  AND THE MAM, OBVIOUSLY -- WELL,

5   CORRECT ME IF I'M WRONG.

6                THE MAM WAS IN THE DPS6 FROM THE INCEPTION

7   OF THE PROBLEM?  YOU CANNOT HAVE THIS WITHOUT A MAM; IS

8   THAT CORRECT?

9        A      ABSOLUTELY.

10       Q      OKAY.

11       A      IT'S INTEGRAL TO THE PART OF THE

12  TRANSMISSION, TO THE WORKING OF IT, AND IT WAS DESIGNED

13  INTO IT, BACK IN THE 2011 FOCUS, WHEN THEY STARTED THE

14  DPS6 -- 2000 FIESTAS.  EXCUSE ME.

15       Q      NOW, I WANT TO NOW GO TO WHAT FORD KNEW,

16  AND AS EARLY AS IT KNEW, ABOUT ANY ISSUES WITH THE MAM.

17                AND SO, FOR THAT, LET ME TURN YOUR

18  ATTENTION TO EXHIBIT 281.  AND THIS IS AROUND PAGES 3 OR

19  4.  FIRST OF ALL, LET'S GET TO THE -- SO -- ONE MOMENT.

20  ALL RIGHT.  SO LET ME GET YOU TO THAT ONE.

21                OKAY.  SO HERE IS -- HERE IS AN E-MAIL FROM

22  PIERO AVERSA.  AGAIN, YOU SEE HIS FORD E-MAIL ADDRESS.

23  AGAIN, THIS DOCUMENT IS SUBJECT TO THE HIGHLY

24  CONFIDENTIAL PROTECTIVE ORDER.  IT'S FROM AS EARLY AS

25  APRIL 2011.

26                DO YOU SEE THAT, SIR?

27       A      YES, I DO.

28       Q      OKAY.  NOW, IF WE CAN GO UP A LITTLE.

1    MR. AVERSA IS THE MANAGER OF DPS6 TRANSMISSION

2    ENGINEERING, FOR THE TRANSMISSION AND DRIVELINE

3    ENGINEERING -- FOR TDE AT FORD.

4              DO YOU SEE THAT, SIR?

5         A    YES, I SEE THAT.

6         Q    AGAIN, WE SEE HIS MOBILE -- DEARBORN CELL

7    PHONE NUMBER.

8              DO YOU SEE THAT, SIR?

9         A    YES, I SEE THAT.

10        Q    OKAY.  NOW, ACCORDING TO FORD -- AND THIS

11   IS NOW IN APRIL OF 2011.

12             FORD -- NOW LET'S GO -- FORD HAS BEEN

13   DEALING AND INVESTIGATING FAILED MAM'S FOR SEVERAL

14   MONTHS.

15             DO YOU SEE THAT?

16        A    YES, I DO.  YEAH.  HE'S DISCUSSING IN THE

17   MEMO THE PROBLEM WITH THE MAM'S.  AND THIS WAS ANOTHER

18   ONE OF THE CONCERNS THAT THEY HAD WHERE THESE ACTUATORS

19   WERE NOT DOING THEIR JOB CORRECTLY, AND THEY WERE

20   CAUSING FAILURE COMPONENTS.

21             AND THIS MEMO WAS SIMPLY TALKING ABOUT THAT

22   THEY'VE HAD TIME TO DEVELOP AN OFFICIAL ROOT CAUSE.  NO

23   ROOT CAUSE IS LISTED ON THE E-MAIL.  AND HE'S ASKING,

24   HEY, SHARE US YOUR FINDINGS.  TELL US WHAT YOU FOUND OUT

25   ON THIS.

26        Q    LET'S GO TO PAGE 4 ON THIS AS WELL.  IT

27   MIGHT HAVE BEEN -- ONE SECOND.

28             MS. SMITH:  THIS IS PAGE 4.  IT STARTED HERE.

1    MR. ALTMAN:  THERE'S SOMETHING ELSE.  THAT'S FINE.

2   THAT'S FINE.

3    Q    BY MR. ALTMAN:  LET ME TURN YOUR

4   ATTENTION NOW TO -- SO WE'VE BEEN ON THE FRONT END

5   OF THE PRODUCTION AND ISSUES WITH MAM'S IN DPS6

6   VEHICLES LIKE THE FOCUS.  LET'S GO TO THE TAIL END

7   TO SEE IF THEY EVER RESOLVED IT DURING THAT TIME

8   FRAME.

9    SO LET'S GO TO EXHIBIT 235, PAGE 1.  SO

10   THIS IS FROM GARY NICHOLS, WHO IS THE ENGINEERING

11   SUPERVISOR FOR DPS6 SYSTEMS AND QUALITY.  AND, AGAIN,

12   THERE'S A FORD E-MAIL, AND THERE IS HIS DEARBORN PHONE

13   NUMBER.

14    AND THEN, IF YOU COULD -- THIS IS FAIRLY

15   TECHNICAL, SO IF YOU COULD BREAK THIS DOWN FOR US.

16    WHAT'S THE B8080 CLUTCH AND THE OTHER ITEMS

17   THAT ARE IN THERE?

18    A    WELL, THIS IS REFERRING TO A SERIES OF THE

19   BUILDS OF THE CLUTCHES, AND THEY MAKE DIFFERENT CHANGES.

20   SOME ARE MAJOR, SOME ARE MINOR IN THE BUILD, AND THEY

21   GIVE IT A DIFFERENT DESIGNATION.  AND THAT'S WHAT WE'RE

22   TALKING ABOUT.

23    THEY'RE TALKING ABOUT THE ASSEMBLY PLANTS,

24   AND THEY WANT TO FLASH THE B8040 CALIBRATION THEY'RE

25   LOOKING AT -- AGAIN, THAT'S ANOTHER SERIES -- WHERE IT

26   TALKS TO THE COMPUTER AND GIVES IT UPDATED INFORMATION.

27    AND THEY'RE TALKING ABOUT THE TOUCH POINTS.

28   AND THAT'S, BASICALLY, WHERE THE COMPUTER IS TELLING IT

32

```
1    WHERE TO MAKE THESE ACTUATION -- MAKE CHANGES, WHERE TO

2    SHIFT IT, HOW TO CONTROL IT.

3                  ON -- THE MECHATRONIC ACTUATOR MODULE ARE

4    SO FAR OFF THAT THE UNIT FAILS -- AND FAILS ROLLS.  IT

5    HAS TO HAVE THE ADAPTIVE PROCEDURE RUN BEFORE IT PASSES

6    THE ROLLS, AND THAT'S A PRODUCTION RISK.

7                  SO IT'S NOT WORKING.  THE TWO -- THE POINTS

8    ARE TOO FAR OFF BASE TO ALLOW THE VEHICLE TO WORK

9    CORRECTLY, TO WHERE IT FAILS ITS OWN INTERNAL CHECKS ON

10   IT THAT IT'S RUNNING.  AND THAT'S THIS ROLLS TEST

11   THEY'RE TALKING ABOUT.

12                 AND THEY HAVE TO RUN THE ADAPTIVE LEARN

13   AGAIN.  AND WE TALKED ABOUT THAT, WHERE THE COMPUTER

14   LOOKS, AND YOU SET EVERYTHING BACK TO ZERO.  IT KIND OF

15   GETS EVERYTHING BACK TO THE BASELINE SO IT CAN MAKE THE

16   ADJUSTMENTS TO KEEP IT RUNNING.  AND THEY'RE SAYING THAT

17   IT'S HAVING PROBLEMS WITH THAT.

18                 SO THESE NUMBERS ARE OFF ON THE

19   CALIBRATION.  IT DOESN'T WORK WITH WHAT THEY'RE DOING

20   HERE.

21                 AND THEY'RE GOING TO SAY THAT THE POINTS

22   ARE OFF ENOUGH THAT IT COULD PASS THAT ROLLS TEST BUT

23   STILL CAUSE DRIVABILITY CONCERNS, WHICH IS, ULTIMATELY,

24   WHERE THE COMPLAINTS ARE GOING TO BE GENERATED FROM.

25        Q    SO FROM INCEPTION, ALL THE WAY THROUGH ALL

26   THESE CLUTCH CHANGES, NONETHELESS, FORD IS AWARE THAT

27   THE ISSUES WITH THE MAM ARE PRESENTING DRIVABILITY

28   CONCERNS FOR PEOPLE THAT PURCHASED THE FORD FOCUS?
```

33

1          A      CORRECT.  AND THE PREVIOUS E-MAIL -- WE

2    TALKED ABOUT IT GOING BACK INTO 2011.  AND HERE WE ARE

3    TOWARDS THE END OF THE PRODUCTION ROLL OF 2016, WHERE

4    WE'RE STILL HAVING PROBLEMS WITH THIS.

5          Q      WELL, IN TERMS OF THE MAGNITUDE OF THIS,

6    MAYBE IT'S A FEW MAM'S, OR, YOU KNOW, A FEW VEHICLE --

7    LET'S GO TO EXHIBIT 240, AT PAGE 1.  NOW LET'S GO TO THE

8    TOP.

9                MECHATRONIC ACTUATION MODULE ON THE DPS6.

10   SO WE HAVE -- WE'VE GOT THE FULL LINEUP PRODUCTION.  AND

11   HERE WE ARE.

12               "SO FCS" -- "THE FORD CUSTOMER SERVICE

13   DIVISION IS EXPERIENCING A SHORTFALL TO CUSTOMER DEMAND

14   FOR MAM'S, SUPPLIED BY CONTINENTAL, AND USED ON THE

15   DPS6."

16               IT TALKS ABOUT THE PART IS THE SUBJECT OF

17   TWO SEPARATE FIELD SERVICE ACTIONS.  AND THEN WE

18   CONCLUDE WITH "THE MAM'S FAIL 100 PERCENT."

19               DO YOU SEE THAT?

20         A      YES, I DO.

21         Q      OKAY.  SO TELL US, FIRST OF ALL, WHAT IS

22   CONTINENTAL?

23         A      CONTINENTAL IS ONE OF THE SUB-SYSTEMS OR

24   SUB-COMPANIES, JUST LIKE LUK OR GETRAG, THAT

25   MANUFACTURERS, INCLUDING FORD, RELY ON TO MAKE

26   COMPONENTS FOR THEIR SYSTEM.  PRIMARILY, THEY DO

27   ELECTRONIC COMPONENTS.  AND THEY ACTUALLY -- AT THIS

28   POINT, THEY CREATE THIS MECHATRONIC ACTUATION MODULE.

1    IT'S THEIR PRODUCT.

2              AND WHAT THEY'RE TALKING ABOUT HERE IS THEY

3    HAVE -- IT'S TWO SEPARATE FIELD ACTIONS, THIS 14MO2 AND

4    15B22, WHICH WE'LL BE DISCUSSING LATER.

5              THESE ARE SERVICE AND REPAIR PROCEDURES --

6    BASICALLY, THE REFLASHING AND THE ADAPTIVE LEARNING

7    PROCESS, WITH -- WITH OR WITHOUT THE REPLACEMENT OF THE

8    CLUTCH ASSEMBLY.

9              BUT THEY'RE LOOKING AT THIS, AND THEY'RE

10   ASKING -- THEY'RE DISCUSSING THIS.  THEY'RE SAYING THAT

11   100 PERCENT OF THE MAM'S -- ALL OF THEM ARE FAILING.

12             SO THAT'S A BIG STATEMENT, AND THAT IS NOT

13   SOME MINOR AMOUNT.  THAT'S NOT EVEN 50 PERCENT -- 55, 75

14   LIKE OUR CONTAMINATION.  THIS IS ALL OF THEM.

15        Q    AND IT'S NOT RESTRICTED TO CHINA OR NORTH

16   AMERICA; IS THAT CORRECT?

17        A    THAT'S CORRECT.

18        Q    ANY -- HAVE YOU SEEN ANY DOCUMENTATION THAT

19   WOULD EVEN REMOTELY SUGGEST THAT THE FAILURE RATES OF

20   THE MAM, A CENTRAL COMPONENT OF THE DPS6 TRANSMISSION

21   SYSTEM, WAS EVER PROVIDED TO SOMEONE LIKE MR. MYERS?

22        A    NO, THERE'S NO INDICATION OF THAT

23   WHATSOEVER.

24        Q    WAS THIS ALSO PART OF YOUR -- YOU HAVE A

25   SIGN-OFF ON THE HIGHLY CONFIDENTIAL PROTECTIVE ORDER IN

26   ORDER TO GET ACCESS TO THIS DOCUMENT?

27        A    YES.  THIS IS SUBJECT TO THE PROTECTIVE

28   ORDER.

1      Q      SIR, I WANT TO MOVE YOU INTO ANOTHER AREA

2   IN TERMS OF THE -- WHAT THE ISSUES OF THE DPS6

3   REPRESENTED TO FORD FROM A WARRANTY PERSPECTIVE -- A

4   WARRANT SPEND PERSPECTIVE.

5           SO LET ME HAVE YOU TURN TO EXHIBIT 239.

6   AND I THINK IT'S PAGES 2 AND 3.

7           SO, ACCORDING TO MR. NICHOLS -- AGAIN, OF

8   FORD, THE ENGINEERING SUPERVISOR OF THE DPS6 SYSTEMS AND

9   QUALITY -- FORD'S FORECASTING, AT THIS POINT, WOULD BE

10  ISSUES THAT THEY'VE EXPERIENCED THAT THEY WERE GOING TO

11  BE WARRANTY-SPENDING CLOSER TO $800,000,000, RELATED TO

12  THE DPS6 WARRANTY ITEMS.

13      A      THAT'S CORRECT.  SO THEY'RE LOOKING AT A

14  HUGE AMOUNT OF WARRANTY SPENDING.  AS WE'LL SEE IN OTHER

15  E-MAILS, THIS IS ACTUALLY AT THE TOP.  THE DPS6 IS AT

16  THE TOP OF THE WARRANTY SPENDING FOR FORD.

17          SO THEY DON'T HAVE ANOTHER ITEM UNDER

18  WARRANTY THAT COSTS THEM AS MUCH AS THIS.

19          AND THIS NUMBER IT'S PUTTING ON IT IS

20  800 MILLION.

21      Q      GOT IT.  AND CLEARLY NOT FIXED BY THIS

22  TIME?  THE PROBLEMS REMAIN THE SAME, AND RAMPANT?

23      A      AS WE'VE DISCUSSED, YES.  THEY'VE CONTINUED

24  ON AND CONTINUE TO BE PROBLEMATIC.

25      Q      LET'S LOOK AT EXHIBIT 277, JUST TO GIVE US

26  A SENSE OF EVEN GOING BACKWARDS IN TIME.  AND THIS IS

27  CLOSER TO THE PRODUCTION DATE OR BUILD DATE AND THE SALE

28  DATE TO MR. MYERS, OF HIS VEHICLE, AS WE CAN SEE AT THE

1    TOP HERE.

2              SO THIS IS FROM ANDREW LORD OF FORD ASIA

3    PACIFIC AND AFRICA.

4              DO YOU SEE THAT?

5        A    YES, I DO.

6        Q    OKAY.  AND THIS IS JULY OF 2013.

7              DO YOU SEE THAT?

8        A    YES, 2013, WHICH IS THE MONTH THAT THE --

9        Q    YES.  IT REFERENCES GLOBALLY FNA, FORD

10   NORTH AMERICA, AND FOE, FORD OF EUROPE.

11             DO YOU SEE THAT?

12       A    I SEE THAT, YES.

13       Q    SO THIS IS A GLOBAL ISSUE WITH THE DPS6

14   SYSTEM?

15       A    THAT IS CORRECT.

16       Q    AND THEY'RE SAYING SIGNIFICANT WARRANTY

17   FROM THE GETRAG DPS6 TRANSMISSIONS.

18             DO YOU SEE THAT?

19       A    YES, I SEE THAT.

20       Q    DID ANY OF THE MATERIALS THAT YOU'VE SEEN

21   OR THAT WERE PROVIDED BY FORD TO THE PUBLIC, EVEN TO

22   NHTSA -- HAVE YOU SEEN FORD DISCLOSE ANYWHERE THAT THE

23   DPS6 PRESENTED ONE OF THE HIGHEST WARRANTY COST ITEMS

24   FOR FORD?

25       A    YES, I DID -- NO, I'VE NEVER SEEN THAT.

26   I'VE SEEN THE DOCUMENTS THAT EXPLAIN THAT IT'S THE

27   HIGHEST-COST ISSUE, BUT I'VE NEVER SEEN THAT BEING

28   DISCLOSED TO THE PUBLIC OR ANY OTHER MANUFACTURER, OR

37

1    EVEN TO THE TECHNICIANS.

2         Q    GOT IT.  LET ME TURN YOUR ATTENTION -- I'M

3    SORRY.  ONE SECOND.  I ALSO WANT TO GO TO -- YES.

4              SO HERE, IN JULY OF 2013, ACCORDING TO

5    MR. FLACK -- WELL, LET ME JUST KEEP GOING.

6              IT IS A CONTRACT THAT IS -- THE GETRAG

7    JOINT VENTURE -- THE JOINT VENTURE WITH FORD AND GETRAG,

8    IT IS A CONTRACT THAT IS UNLIKELY TO BE REOPENED IN

9    LIGHT OF OUR STRATEGY TO MOVE AWAY FROM DPS6.  IT WAS A

10   BAD DECISION BY THE TOP OF THE HOUSE THAT CONTINUES TO

11   HAUNT THE COMPANY.

12             YOU'RE AWARE THAT MR. MYERS, WHEN HE WENT

13   INTO THE FORD DEALERSHIP, HE WAS TOLD THAT THEY HAD

14   CURED ALL THE PROBLEMS AND THAT THIS WAS A SUPERIOR

15   PRODUCT AT THIS POINT IN TIME?

16        A    YES, I'M AWARE OF THAT.

17        Q    IS THERE ANYTHING, FROM WHAT YOU'VE SEEN

18   FROM MR. MYERS'S DEPOSITION OR ANY INFORMATION THAT WHEN

19   THEY WERE SELLING HIM THE FORD FOCUS, THAT FORD HAD

20   DETERMINED THAT THEY WERE GOING TO MOVE AWAY FROM THE

21   DPS6 AT THAT POINT?

22        A    NO, THERE'S NO INDICATION OF THAT.

23        Q    LET ME TURN YOUR ATTENTION TO EXHIBIT 271

24   AND PAGE 4, AGAIN, LEADING INTO THE PERIOD JUST PRIOR TO

25   THE BUILD AND THE SALE.  SORRY.  LET'S GET THE DATE OF

26   THIS.  DATE IS OCTOBER 10TH, 2013.

27             DO YOU SEE THAT?

28        A    YES, I SEE THAT.

```
 1        Q      AND THEN LET'S KEEP GOING.  WHAT I WANT TO
 2   GET TO IS PAGE 4.  THIS IS JUST FOR THAT PERIOD OF TIME,
 3   THE LAST WARRANTY SPEND CHECK, THE AUGUST CUT-OFF FOR
 4   NORTH AMERICA, THEY SPENT 77.4 MILLION FOR ALL MODEL
 5   YEARS.
 6               DO YOU SEE THAT?
 7        A      YES, I SEE THAT.
 8        Q      MR. MCCLAIN, THERE'S HIS FORD E-MAIL
 9   ADDRESS, HIS DEARBORN PHONE NUMBER, AND HIS TITLE, DPS6
10   CURRENT MODEL SUPERVISOR.
11               DO YOU SEE THAT?
12        A      YES, I SEE THAT.
13        Q      AND THEY ALSO -- YOU TALKED A TOP WARRANTY
14   SPEND ITEM.  LET'S GO TO EXHIBIT 172.
15        THE COURT:  172?
16        MR. ALTMAN:  172, ON PAGE 1.
17        Q      BY MR. ALTMAN:  I THINK WE SAW THIS
18   BRIEFLY YESTERDAY, BUT I WANT TO VISIT IT IN
19   CONNECTION WITH THIS SUBJECT AREA, IN TERMS OF
20   WARRANTY SPENDS.
21               THIS IS FROM JEREMIAH CANNON.  HE'S THE
22   FORD AUTOMATIC TRANSMISSION SERVICE ENGINEERING PERSON
23   FOR FORD.  LET'S GO TO THE SUBSTANCE OF THE
24   COMMUNICATION.
25               HE IDENTIFIES THE DPS6 TRANSMISSION AT THE
26   TOP WARRANTY SPEND.
27               DO YOU SEE THAT?
28        A      YES.  AND THIS IS WHAT I HAD REFERENCED
```

1    EARLIER, THAT THE DPS6 WAS THEIR MOST EXPENSIVE ITEM.

2    THEIR HIGHEST EXPENDITURE ON WARRANTY ITEMS WERE FOR

3    THIS PARTICULAR TRANSMISSION.  AND THIS IS IN THE

4    JANUARY 13TH TIME FRAME.

5         Q     AND ACCORDING TO THIS PERSON AT FORD, THE

6    FEATURES THAT ARE BUILT INTO THE DESIGN, THEY DON'T HAVE

7    FIXES FOR?

8         A     THAT'S CORRECT.

9         Q     AT THIS POINT IN TIME?

10        A     THAT'S CORRECT.  AND THE THIRD -- THIRD

11   LINE DOWN AFTER THE RED, IT SAYS, "FEATURES THAT DO NOT

12   HAVE FIXES FOR AS WELL."

13        Q     AND FROM YOUR REVIEW OF ALL THE MATERIALS

14   THAT WERE PRODUCED BY FORD THAT WE COULD LOOK AT, IS

15   THERE ANY INDICATION THAT THEY EVER FIXED THESE ISSUES?

16        A     NO, THIS PROBLEM CONTINUED TO PLAGUE THIS

17   PARTICULAR SERIES OF TRANSMISSION.

18        Q     LET ME TURN TO EXHIBIT 183.  THIS IS, I

19   THINK, WITHIN WEEKS OF THE BUILD OF MR. MYERS'S VEHICLE

20   IN PARTICULAR.  THIS IS MARCH 10TH OF 2014.

21              SEE THAT?

22        A     YEAH.

23        Q     AND THEN, AGAIN, THIS IS THAT LETTER TO THE

24   JOINT-VENTURER CHIEF EXECUTIVE OFFICER AT GETRAG.

25              DO YOU SEE THAT?

26        A     YES, I SEE THAT.

27        Q     AT THIS POINT IN TIME, MONTHS BEFORE HE

28   SOLD HIS FOCUS, ACCORDING TO FORD, THEY'RE PROJECTING

```
 1   THAT THE ACTIONS TO ADDRESS THE SEAL REPAIRS ARE GOING

 2   TO COST THEM OVER $650,000,000.

 3              THAT IS IN ADDITION TO THEIR NORMAL

 4   WARRANTY COVERAGE ITEMS?

 5        A     THAT IS CORRECT.  AS IT STATES THERE,

 6   THEY'RE FORECASTING THIS TO BE OVER 650.  AND THAT'S

 7   BASED ON WHAT THEY'VE SEEN AND WHAT THEY'RE

 8   ANTICIPATING.  THEY'RE NOT ANTICIPATING IT NECESSARILY

 9   GETTING BETTER.  THEY'RE JUST LOOKING TO SEE WHAT ARE

10   THEIR ACTUAL COSTS GOING TO BE.  AND THAT'S WHAT THEY'RE

11   AFRAID THE GRAVITY IS GOING TO BE.  AND THAT GOES

12   THROUGH 2019.

13        Q     IF YOU CAN LOOK AT THE -- LET'S MOVE UP TO

14   THE SECOND ITEM.  SO THEY SEEK PROACTIVE SEAL REPAIR OF

15   865,000 [SIC] DPS6-EQUIPPED VEHICLES.

16              DO YOU SEE THAT?

17        A     YES, I DO.

18        Q     THEY ULTIMATELY END UP PRODUCING

19   1.4 MILLION.  THAT WAS THE SLATED PRODUCTION THAT WAS

20   PRODUCED.

21              DO YOU UNDERSTAND THAT?

22        A     I UNDERSTAND THAT.

23        Q     IT'S ALSO WHAT WE HEARD FROM FORD IN THEIR

24   OPENING?

25        A     1.4 MILLION TOTAL PRODUCED, YES.

26        Q     AND JUST WITH RESPECT TO ONE ITEM, SEAL

27   REPAIRS, THEY'RE ANTICIPATING TO FIX 865,000 [SIC] OF

28   THESE?
```

41

1          A       THAT'S CORRECT.

2          Q       NOW, IN TERMS OF WHAT FORD WAS FOCUSED ON,

3    AS FAR AS CONSUMER WELFARE OR WHAT -- LET ME TURN TO

4    EXHIBIT 164, AT PAGE 1.  THIS IS AGAIN FROM THE SAME

5    GENTLEMAN, JEREMIAH CANNON.

6                  NOW, ACCORDING TO MR. CANNON, EVEN AS EARLY

7    AS DECEMBER 2010, THERE'S A DEBATE ABOUT PUTTING OUT A

8    TECHNICAL SERVICE BULLETIN.

9                  DO YOU SEE THAT?

10         A       YES.

11         Q       AND ACCORDING TO MR. CANNON, WHO IS AN

12   EXECUTIVE AT FORD, HE'S DETERMINED THAT IT WOULD BE "TO

13   COSTLY."  I THINK HE MEANT "TOO COSTLY."

14                 DO YOU SEE THAT?

15         A       YES.

16         Q       ALL RIGHT.

17         A       BUT THAT'S ONE OF THE THINGS WHEN THEY'RE

18   LOOKING AT A TSB, AT THIS POINT, THEY'RE NOT NECESSARILY

19   REFERENCING WHAT WOULD BE GOOD TO RESOLVE THE SITUATION,

20   BUT WHETHER OR NOT IT WOULD BE TOO MUCH MONEY TO DO IT.

21         Q       AND, AGAIN, LET ME TURN YOUR ATTENTION --

22   JUST TO FINISH THIS ONE AREA OF EXHIBIT 236, PAGE 1.

23                 OKAY.  SO THIS IS TO -- ONE SECOND.  THIS

24   IS FROM THE CHIEF ENGINEER, FRONT WHEEL DRIVE, A/T & D/L

25   SYSTEMS TRANSMISSION AND DRIVELINE ENGINEERING FOR FORD

26   MOTOR COMPANY.

27                 DO YOU SEE THAT?

28         A       YES.

1      MR. PLATT:  WHAT'S THE EXHIBIT NUMBER ON THIS?

2      MR. ALTMAN:  236.

3      Q      BY MR. ALTMAN:  AND THIS IS TO ANOTHER

4  FORD EXECUTIVE -- LET'S GO TO THE TOP -- THE GLOBAL

5  DIRECTOR OF PARTS SUPPLY AND LOGISTICS FOR FORD

6  CUSTOMER SERVICE DIVISION

7             DO YOU SEE THAT?

8      A      YES, I SEE THAT.

9      Q      AND HE'S GOT HIS DEARBORN PHONE NUMBER.

10            OKAY.  CAN YOU TELL US THE SIGNIFICANCE OF

11  THE FIRST SENTENCE HERE?

12     A      SURE.  THEY'RE TALKING ABOUT THE HUGE

13  WARRANTY SPEND.  AGAIN, THIS IS NOT A MINIMAL -- MOST OF

14  THE -- THIS IS HUGE FOR THEM.  THIS IS THEIR TOP --

15  WE'VE SEEN THE PREVIOUS E-MAILS -- TOP WARRANTY SPEND.

16            HE WANTS TO MAKE SURE HIS TEAM IS DOING AS

17  MUCH AS POSSIBLE TO ENABLE PURCHASING, NEGOTIATE PRICE

18  REDUCTIONS FROM THE PEOPLE THAT THEY'RE PURCHASING IT

19  FROM, LIKE WE DISCUSSED, THE CLUTCH -- CONTINENTAL FOR

20  THE MAM, AND LUK FOR THE CLUTCH, AS WELL AS GETRAG FOR

21  THE UNIT ITSELF.

22     Q      EXCUSE ME.  LET ME NEXT TURN YOUR ATTENTION

23  TO EXHIBIT 238.

24            THIS IS -- ONE SECOND -- FROM THE SAME

25  INDIVIDUAL AT FORD MOTOR COMPANY, AND -- ONE SECOND.

26            ONE OF THE THINGS THEY'RE INDICATING IS

27  THAT THEY'RE TRYING TO REDUCE THE WARRANTY SPEND.  AND

28  HE'S PROVIDING ANECDOTAL INFORMATION ABOUT A FORD TECH

```
 1    WHO IS SWAPPING OUT DPS6 CLUTCHES DAILY.

 2               DO YOU SEE THAT?

 3        A     CORRECT.  IT'S REFERRING TO HIS SOLO DUTY.

 4    HIS ONLY DUTY, FOR EVERY DAY, WAS TO REPLACE THE

 5    CLUTCHES, THE DPS6 CLUTCHES.  AND THEY'RE TALKING ABOUT

 6    REDOING -- REDUCING THAT AMOUNT.

 7               SO THIS IS A GUY THAT DOES IT ALL OF THE

 8    TIME.  HE SAYS, I CAN GET IT DONE IN LESS TIME THAN WHAT

 9    YOU'RE ACTUALLY LISTING.  AND IF YOU DO SOMETHING

10    REPETITIVELY, YOU DO IT ALL DAY LONG, YOU'RE GOING TO

11    GET GOOD AT IT.  AND THAT'S WHAT'S HAPPENED HERE.  AND

12    THEY'RE SAYING, YES, THEY COULD DO IT IN LESS TIME, SO

13    THEY'RE JUSTIFYING PAYING THEIR TECHNICIANS LESS OR

14    FEWER HOURS.

15        Q     NOW, SIR, I THINK YOU BRIEFLY TOUCHED ON

16    THIS YESTERDAY.

17               BUT IN YOUR OWN EXPERIENCE, HAVING ATTENDED

18    VEHICLE INSPECTIONS THAT FORD HAS INSISTED ON, IN

19    CONNECTION WITH DPS6 CASES, WHERE OTHER CUSTOMERS HAVE

20    SUED FORD, YOU ACTUALLY HAVE SEEN DPS6 CLUTCHES, HAVE

21    YOU NOT?

22        A     YES, I HAVE.

23        Q     AND CAN YOU DESCRIBE TO THE JURY

24    ANECDOTALLY WHAT YOU HAVE SEEN?

25        A     WELL, THEY HAVE WHAT IS CALLED THE DEFENSE

26    INSPECTION.  THE VEHICLE WILL BE BROUGHT TO THE

27    DEALERSHIP.  AND THE DEFENSE, OR FORD MOTOR COMPANY, OR

28    WHOEVER, WILL WANT TO INSPECT IT.
```

1          AND IN THIS CASE, THEY HAVE BEEN BROUGHT TO

2    FORD DEALERSHIPS.  AND THEY BRING THE VEHICLE INTO THE

3    SERVICE DEPARTMENT.  TYPICALLY, I WILL ATTEND THE

4    INSPECTION, ALONG WITH AN EXPERT FROM FORD AND,

5    GENERALLY, ATTORNEYS FROM BOTH SIDES.

6          AND WHEN THIS HAS GONE ON AND OCCURRED, YOU

7    GO TO THE AREA WHERE THE TRANSMISSION SERVICES ARE GOING

8    ON -- OR THE RACKS ARE BEING, YOU KNOW, COMMONLY CHANGED

9    OUT.

10          AND YOU CAN SEE THESE DPS6 CLUTCHES STACKED

11   UP LIKE POKER CHIPS THROUGHOUT THE BAY AGAINST THE WALL,

12   INTO THE CORNERS, JUST BECAUSE OF THE VAST NUMBER OF

13   THESE THAT ARE BEING CHANGED OUT.

14        Q    HAS THIS BEEN ONE DEALERSHIP, OR HAVE YOU

15   SEEN THIS THROUGHOUT THE STATE AT FORD DEALERSHIPS WHERE

16   THE VEHICLE INSPECTIONS THAT FORD WANTS IS TAKING PLACE?

17        A    WELL, IT'S BEEN AT DEALERSHIPS ALL

18   THROUGHOUT THE STATE THAT I'VE BEEN IN.

19        Q    WHEN YOU ATTEND THESE VEHICLE INSPECTIONS,

20   THEY'RE TYPICALLY DONE AT A FORD AUTHORIZED FACILITY?

21        A    YES, THEY ARE.

22        Q    AND THE FORD ATTORNEY IS THERE, AND THE

23   FORD AUTOMOTIVE EXPERT IS THERE?

24        A    THAT'S CORRECT.

25        Q    AND YOU WERE THERE, AND YOU MONITOR THESE

26   INSPECTIONS THAT THEY CONDUCT?

27        A    YES, THAT IS CORRECT.

28        Q    AND THAT'S WHERE YOU HAD ACCESS TO THE BAYS

1     WHERE YOU'VE SEEN THESE DPS6 CLUTCHES PILED UP?

2          A     YES.

3          Q     GOT IT.  LET ME -- LET ME TURN YOUR

4     ATTENTION TO -- WELL, LET ME LOOK AT THE BROCHURE,

5     BECAUSE YOU'VE TALKED ABOUT WHAT YOU'VE SEEN IN THE

6     BROCHURE.  AND LET ME JUST SEE HOW FORD -- WHAT FORD

7     REPRESENTED.  AND I THINK THAT'S EXHIBIT 3, YOUR HONOR.

8                OKAY.  THIS IS THE BROCHURE FOR THE FOCUS.

9                DO YOU SEE THAT, SIR?

10         A     YES.

11         Q     THE '14 FOCUS.  DO YOU SEE THAT?

12         A     YES, I DO.

13         Q     OKAY.  LET'S GO TO PAGE -- I THINK IT'S

14    PAGE 4.

15                SO YOU SEE IT SAYS, "STANDARD POWER SHIFT

16    SIX-SPEED AUTOMATIC"?

17                DO YOU SEE THAT?

18         A     YES, I DID.

19         Q     FORD IS ESSENTIALLY TELLING WOULD-BE

20    PURCHASERS THAT IT'S GOT AN AUTOMATIC TRANSMISSION.

21                DO YOU SEE THAT?

22         A     YES, I SEE THAT.

23         Q     LET ME GO TO ANOTHER PAGE, JUST SO WE CAN

24    GET THIS.  PAGE 14 OF THE SAME SALES BROCHURE THAT FORD

25    WAS PUTTING OUT -- YOU SEE THAT?  "POWER SHIFT SIX-SPEED

26    AUTOMATIC TRANSMISSION WITH SELECT SHIFT."

27                DO YOU SEE THAT?

28         A     YES, I SEE THAT.

1      Q      NOW, LET'S GO TO EXHIBIT 170 FOR A MOMENT.

2   AND THIS IS FROM TOM HAMM, WHO IS IN THE ENGINEERING

3   PURCHASE TRANSMISSIONS DEPARTMENT FOR THE DPS6 SYSTEM,

4   TESTING ENGINEER AT FORD.  AND THIS IS FROM MAY 12TH OF

5   2011.

6      THE COURT:  WHAT'S THE EXHIBIT NUMBER?  SORRY,

7   COUNSEL.

8      MR. ALTMAN:  SURE.  EXHIBIT 170, 1-7-0.  CAN WE

9   BRING THAT UP A LITTLE?

10      Q      BY MR. ALTMAN:  SO, ACCORDING TO FORD,

11   THE DPS6 SYSTEM -- OTHER THAN THESE CLUTCH CHANGES

12   AND SOME OTHER MINOR CHANGES, WAS THE SYSTEM ALWAYS

13   THIS MANUAL TRANSMISSION WITH AN AUTOMATED GEAR --

14   WHAT DO YOU CALL IT?  GEAR...

15      A      CLUTCH AND GEAR ENGAGEMENT, YES.

16      Q      OKAY.  WAS IT ALWAYS A MANUAL TRANSMISSION,

17   SIR?

18      A      YES, IT WAS ALWAYS A MANUAL TRANSMISSION.

19      Q      FROM THE BEGINNING TO THE END?

20      A      FROM THE BEGINNING TO THE END.

21      Q      OKAY.  SO MR. HAMM IS TELLING ANOTHER FORD

22   PERSON, I DON'T KNOW THAT YOU WANT TO NOW TELL PEOPLE

23   IT'S A MANUAL TRANSMISSION, CONSIDERING FORD HAS SOLD IT

24   AS AN AUTOMATIC TRANSMISSION.

25      DO YOU SEE THAT?

26      A      YES, I SEE THAT.

27      Q      NOW, IN TERMS OF WHATEVER THE TRANSMISSION

28   SYSTEM IS, LET'S TURN TO WHAT FORD THOUGHT OF ITS OWN

1    TRANSMISSION SYSTEM.

2                    LET'S TURN TO EXHIBIT 288.  AND THIS IS

3    JUST A COUPLE MONTHS -- OR A FEW MONTHS BEFORE

4    MR. MYERS'S VEHICLE WAS BUILT.

5                    SO THIS IS FROM -- ONE SECOND.

6                    SO GREG GARDNER IS THE GLOBAL POWERTRAIN

7    QUALITY MANAGER -- GREGORY GARDNER.

8                    DO YOU SEE THAT?

9         A    YES, I SEE THAT.

10        Q    SEE HIS DEARBORN CELL NUMBER?

11        A    YES.

12        Q    OKAY.  SO LET'S GO TO THE SUBSTANCE OF

13   THIS.  THE DATE OF THIS IS OCTOBER 7TH, 2013.

14        THE COURT:  WHAT PAGE ARE WE ON?  I'M SORRY.  OR

15   IS IT JUST ONE PAGE?  OR TWO PAGES?

16        MR. ALTMAN:  YOUR HONOR, IT IS PAGE 1.

17        Q    BY MR. ALTMAN:  TO A RAFT OF OTHER

18   FORD PEOPLE, EXECUTIVES.

19                    HERE, "IN REGARD TO THE WARRANTY QUESTION,

20   THE SHORT ANSWER IS NO, DPS6 DOES NOT APPROACH THE

21   QUALITY LEVELS OF OUR AUTOMATIC TRANSMISSIONS."

22                    DO YOU SEE THAT?

23        A    YES, I DO.

24        Q    ANY INDICATION THAT MR. MYERS WAS EVER

25   INFORMED THAT FORD THOUGHT THAT THEIR TRANSMISSION

26   SYSTEM THAT THEY WERE SELLING WAS SUBSTANDARD IN

27   COMPARISON TO THEIR OTHER TRANSMISSIONS?

28        A    NO, THERE'S NO INFORMATION.

1    Q      IS THIS CONSISTENT WITH THIS REPRESENTATION

2    THAT WE'VE FIXED ALL OF THE PROBLEMS THAT YOU HAVE WITH

3    THE TRANSMISSION FROM YOUR 2013 FOCUS?  IS THAT

4    STATEMENT CONSISTENT WITH THAT?

5    A      NO.  IT STANDS IN DIRECT CONFLICT WITH

6    THAT.

7    Q      WAS THIS ALSO PART OF A HIGHLY PROTECTIVE

8    CONFIDENTIAL ORDER THAT YOU HAD TO SIGN OFF ON IN ORDER

9    GET ACCESS TO THIS DOCUMENT?

10   A      YES, IT IS.

11   Q      IF YOU GO TO ANOTHER AREA IN TERMS OF

12   WHETHER FORD HAD FIXED JUST YET ANOTHER ISSUE, BEFORE

13   THEY SOLD IT IN THIS VEHICLE.

14          LET'S GO TO EXHIBIT 2 -- I WANT TO SAY 254,

15   I BELIEVE.  PAGE 1.

16          SO THIS IS FROM MR. CRUZ.  IT'S RELATED TO

17   ALSO A FOCUS -- A DPS6-EQUIPPED VEHICLE; IS THAT

18   CORRECT?

19   A      THAT'S CORRECT.

20   Q      AND IT'S APRIL 25TH OF 2013.

21          DO YOU SEE THAT?

22   A      YES, I DO.

23   Q      AND THE ISSUE IS GRINDING NOISE.

24          DO YOU SEE THAT?

25   A      YES, I SEE THE GRINDING NOISE.

26   Q      AND THE STATEMENT ABOUT THIS INFORMATION IS

27   THESE KINDS OF CONCERNS ARE STILL COMING FROM OUR

28   CUSTOMERS.  WHEN WILL WE HAVE A FIX OR TSB FOR THIS

1     ISSUE?

2                THE TSB, AGAIN, REFERS TO TECHNICAL SERVICE

3     BULLETIN?

4           A     RIGHT.  THIS IS WHERE THEY'RE ASKING:

5     WE'RE STILL HAVING THESE CONCERNS.  PEOPLE ARE STILL

6     COMPLAINING ABOUT IT.  WHEN ARE YOU GOING TO PROVIDE US

7     WITH A FIX?

8           Q     JUST SO WE CAN SEE, IN TERMS OF THE

9     RECIPIENTS OF THIS E-MAIL -- WE SEE MR. HAMM.  WE'VE

10    ALREADY SEEN HIS TITLE.  WE'VE SEEN MR. MCCLAIN.  WE'VE

11    SEEN WILLIAM DRAPER, WHO'S THE GLOBAL DIRECTOR FOR FORD.

12                DO YOU SEE THAT?

13          A     YES.

14          Q     SO ALL OF THESE EXECUTIVES FOR FORD ARE IN

15    THE INFORMATION LOOP?

16          A     YES.  THEY'RE BEING GIVEN -- THEY KNOW THAT

17    THIS IS A CONCERN, AND THEY KNOW THAT THE -- THIS IS

18    WHAT THEY'RE TRYING TO RESOLVE AND WHAT THEY'RE BEING

19    ASKED FOR.

20          Q     LET ME ALSO TURN YOUR ATTENTION TO

21    EXHIBIT -- I DON'T KNOW IF WE COVERED THIS YET -- 182,

22    PAGE 3.  AND THIS IS THE ACTUAL SAME MONTH OF THE BUILD

23    OF MR. MYERS'S VEHICLE.  THIS IS FEBRUARY 5TH, 2014.

24                DO YOU SEE THAT, SIR?

25          A     YES, I DO.

26          Q     OKAY.  NOW, JUST SO WE CAN TALK -- JUST SO

27    YOU CAN MAKE SOME SENSE OUT OF THIS, CAN YOU TELL US,

28    FIRST OF ALL, WHAT -- WHAT ARE THESE ITEMS REFERRING TO?

1    A    THEY'RE TALKING ABOUT THE DIFFERENT FAILURE

2  STATES.  AND THE -- THEY'RE GIVING THE FAILURE

3  DIFFERENCES.  AND THEY'RE GIVING THE RPM LESS THAN 250

4  RPM ON A DRY CLUTCH, WHERE THE SEALS HAVE NOT LEAKED, OR

5  SEALS HAVE NOT LEAKED ON A DRY CLUTCH OF GREATER THAN

6  250.

7            THEY'RE SAYING IF IT'S LESS, SOFTWARE FLASH

8  ONLY.  IF IT'S GREATER THAN, FLASH, REPLACE THE CLUTCH

9  AND THE SEAL.

10            SO IT'S INTERESTING HERE THAT THIS IS

11  SAYING IT'S A DRY CLUTCH.  THE SEALS HAVE NOT LEAKED

12  YET, AND THEY'RE RECOMMENDING A REPLACEMENT SEAL

13  PROACTIVELY.

14            SO THEY'RE ANTICIPATING THE SEAL LEAKING,

15  AND THAT FURTHER SUPPORTS THIS 75 PERCENT AND 55 PERCENT

16  IN THE UNITED STATES FAILURE OF THESE SEALS.

17    Q    GOT IT.

18    A    WHEN THEY'RE REFERRING TO WET CLUTCH, WHEN

19  THE SEALS ARE LEAKING.  AGAIN, IF IT'S LESS THAN 350, A

20  FLASH, CLEAN THE CLUTCH, AND THE SEAL REPLACEMENT.

21            NOW, THIS CLEANING THE CLUTCH ISSUE, THIS

22  IS A PROCEDURE THAT FORD LISTS IN THE TSB.  REMEMBER I

23  SAID THEY HAD ALL THESE DIFFERENT NUMBERS THAT THEY HAD?

24  AND IF IT WAS OVER 250 OR 350, THEY ACTUALLY HAVE TO

25  PULL THE TRANSMISSION OUT TO DETERMINE IF IT'S LEAKING,

26  HOW WET IT IS, BECAUSE THE WHOLE THING IS GOING TO BE

27  SATURATED WHEN IT SPINS AROUND.  FIND OUT WHAT IT IS.

28  IF IT'S ENGINE OIL, IT HAS TO BE REPLACED, PERIOD.  IF

1    IT'S WET WITH TRANSMISSION FLUID, YOU CAN CLEAN IT, IF

2    THE VIBRATION OR THE RPM VARIATION IS LESS THAN 350.

3              IF IT'S WET AND IT'S ABOVE 350, THEN THEY

4    WANT YOU TO FLASH THE SOFTWARE, AND THEN THE CLUTCH AND

5    THE SEAL REPLACEMENT.

6              SO WHEN IT'S CLEANING IT AND WHEN IT'S

7    CLUTCH-REPLACING IT, DEPENDING ON ABOVE OR BELOW THIS

8    350 MARK.

9              NOW, YOU KNOW, WE TALKED ABOUT THE 250

10   MARK.  WE'RE TALKING NOW ABOUT THE 350 MARK WHEN THE

11   CLUTCH IS WET.

12             THEN THEY REFER TO OTHER CONCERNS ABOUT THE

13   SEAL REPLACEMENT AND THE PERCENTAGE OF TIME, AND ALL

14   THAT.  AND THEY'RE DISCUSSING HOW MANY WILL FAIL IN A

15   REPEAT REPAIR AT 350, AND HOW MANY WILL FAIL AT 550.  SO

16   THEY'RE SAYING, THIS IS A FURTHER-ON AS THE CLUTCH IS

17   SATURATED, WHAT THE FAILURE RATE IS GOING TO BE.

18             SO THEY'RE JUST GOING ON TO DISCUSS THESE

19   FAILURES, BUT THOSE WERE THE NUMBERS THAT WE WERE

20   TALKING ABOUT, ABOUT THE RPM FOR THE SHUTTER, AND WHERE

21   THEY LOOK AT AND WHERE THEY DRAW THESE NUMBERS AT.

22        Q    LET ME MOVE YOU FORWARD THROUGH THIS

23   DOCUMENT TO PAGE 6, I THINK, AS WELL.  JUST HANG ON FOR

24   A MOMENT.

25             OKAY.  SO HERE IN THE SAME E-MAIL

26   EXCHANGE -- THIS IS MICHAEL BERARDI.  I THINK YOU'VE

27   ENCOUNTERED THIS FORD EXECUTIVE WITH RESPECT TO ANOTHER

28   FORD PRODUCT; IS THAT CORRECT?

1        A       I'VE ENCOUNTERED E-MAILS FROM HIM.  I'M

2    FAMILIAR WITH THAT -- HIS TITLE.

3        Q       HE'S THE DIRECTOR OF SERVICE ENGINEERING

4    OPERATIONS FOR FORD CUSTOMER SERVICE DIVISION.

5                DO YOU SEE THAT?

6        A       YES, AT THIS POINT IN TIME.

7        Q       LET ME GO NOW TO HIS -- LET ME SEE THE

8    DATE.  ONE SECOND.

9                SO THE DATE IS FEBRUARY, SO THE SAME

10   MONTH -- THE SAME MONTH, AS FAR AS WHO'S INVOLVED AND

11   WHO'S IN THE INFORMATION LOOP.

12               SO WRITING TO ANOTHER FORD EXECUTIVE

13   CHARLES GRAY, "I KNOW THAT YOU'RE BURIED WITH THE DPS6,

14   AMONGST OTHER THINGS, BUT THERE ARE A LOT OF COOKS IN

15   THE KITCHEN ON THIS ONE.  AND WE ARE GETTING QUESTIONS

16   FROM DIFFERENT EXECUTIVES BECAUSE THEY ARE GETTING

17   DIFFERENT ANSWERS."

18               DO YOU SEE THAT?

19       A       YES.

20       MS. SMITH:  YOUR HONOR, YOUR HONOR --

21       JUROR NO. 12:  WATER.

22       THE COURT:  YES, WE'LL PROVIDE SOME WATER.

23               MR. AUSTIN, IF YOU NEED TO TAKE A BREAK,

24   JUST LET US KNOW.  WHY DON'T WE SEE HOW WE DO.  AND IF

25   YOU NEED A BREAK, WE'LL TAKE A BREAK.  FAIR ENOUGH?

26   OKAY.

27       JUROR NO. 12:  I'LL JUST GO OUTSIDE.

28       THE COURT:  OH, OKAY.  LET'S TAKE A SHORT BREAK.

1    LET'S TRY TO MAKE IT JUST ONE OF -- A LOOP OUT IN THE

2    HALLWAY SO WE CAN CATCH 20 MINUTES BEFORE LUNCH.

3              THANK YOU, FOLKS.

4

5              (THERE IS A BREAK IN THE

6               PROCEEDINGS.)

7              (THE FOLLOWING PROCEEDINGS ARE HELD

8               IN OPEN COURT IN THE PRESENCE OF

9               THE JURY:)

10

11        THE COURT:  OKAY.  FOLLOWING A SHORT BREAK, BACK

12   TO WORK IN THE JURY MATTER.  JURY IS PRESENT.

13              FOLKS, WHENEVER YOU NEED A BREAK, RAISE

14   YOUR HAND, AND WE'LL TAKE A BREAK, JUST LIKE WE DID.

15   TRY TO CATCH ANOTHER 15 MINUTES BEFORE THE NOON.

16              MR. ALTMAN, WHENEVER YOU'RE READY.

17              MR. BLASJO, TAKE THE WITNESS STAND.

18

19              DIRECT EXAMINATION (CONTINUED)

20   BY MR. ALTMAN:

21        Q    MR. BLASJO, THE INTERNAL COMMUNICATIONS

22   THAT YOU HAD TO SIGN OFF ON THIS HIGHLY CONFIDENTIAL

23   PROTECTIVE ORDER, HAVE YOU SEEN WHERE THE RECIPIENTS --

24   BOTH THE AUTHORS AND THE RECIPIENTS OF THESE INTERNAL

25   COMMUNICATIONS, ARE THEY -- IS IT WHAT WE'VE, KIND OF --

26   WHAT WE'RE SEEING HERE, WITH THESE ONES WE'VE LOOKED AT,

27   WITH VARIOUS EXECUTIVES OF FORD IN THE INFORMATION LOOP?

28        A    YES.  THERE'S GENERALLY SOME SORT OF

54

1    DEPARTMENT MANAGER OR EXECUTIVE WITHIN THE FORD MOTOR

2    CORPORATION, AND THEIR TITLES REFLECT THAT.

3         Q    NOW, LET ME -- I CALL THIS SUBJECT AREA

4    FINGER-POINTING.  I WANT TO TURN YOUR ATTENTION TO

5    EXHIBIT 292.

6         A    WELL, MR. ALTMAN, CAN WE STAY HERE FOR JUST

7    ONE SECOND?  I JUST WANTED TO DISCUSS SOMETHING ON A --

8         MR. PLATT:  YOUR HONOR, CAN WE PROCEED BY QUESTION

9    AND ANSWER?

10        MR. ALTMAN:  SURE.

11        THE COURT:  YEAH.  FAIR ENOUGH, COUNSEL ON BOTH

12   SIDES.

13             NEXT QUESTION, PLEASE.

14        MR. ALTMAN:  SURE.

15        Q    BY MR. ALTMAN:  IS THERE SOMETHING

16   SIGNIFICANT FROM EXHIBIT 182?

17        A    WELL, WE WERE DISCUSSING THE DIFFERENT

18   EXECUTIVES THAT WERE HAVING CONCERNS OR QUESTIONS, AND

19   THAT'S JUST BEING REFLECTED HERE, THAT THEY'RE

20   GETTING -- FIELDING CONCERNS FROM THE DIFFERENT

21   EXECUTIVES, LOOKING TO GET ANSWERS ON THE PARTS OF THE

22   SERVICE OR THE TIMING, ET CETERA.

23        Q    AND IT REFERENCES GLOBAL DIRECTORS.

24   THERE'S ALSO MANAGERS THAT HAVE BEEN LISTED.

25             DO YOU SEE THAT?

26        A    YES, I DO.

27        Q    OKAY.  LET ME NOW TURN YOUR ATTENTION TO

28   EXHIBIT 292, SIR.  AND I THINK IT'S PAGE 1 OR 2 -- I

1    THINK PAGE 2?

2         MS. SMITH:  IT STARTS ON PAGE 1.

3         Q    BY MR. ALTMAN:  SO THIS IS FROM THE

4    AUGUST 31ST, 2010, TIME FRAME.

5              DO YOU SEE THAT?

6         A    YES, I DO.

7         Q    OKAY.  NOW, IN TERMS OF ISSUES THAT FORD

8    WAS AWARE OF, AND IN TERMS OF WHERE IT WAS GOING WITH

9    THIS, CAN YOU KIND OF LEAD US THROUGH A DISCUSSION --

10   THIS IS FROM TOM LANGELAND, FORD MOTOR COMPANY,

11   TRANSMISSION AND DRIVELINE ENGINEERING.

12             DO YOU SEE THAT?

13        A    YES, I SEE THAT.

14        Q    AND THIS IS THE DPS6 SYSTEM SECTION.

15             OKAY.  SO, FIRST OF ALL, THERE'S DISCUSSION

16   ABOUT FRICTION COEFFICIENT AND 16 NEWTONS?

17        A    NEWTON METRES.

18        Q    THERE YOU GO.

19        A    AND ESTIMATED CLUTCH TORQUE.

20        Q    OKAY.

21        A    WHAT THEY'RE MAKING REFERENCE TO HERE IS

22   THE FRICTION COEFFICIENT IS MOVING AROUND, HOW HARD THE

23   CLUTCH IS GRABBING AT DIFFERENT TIMES.  AND THEY'RE

24   SAYING THAT IT'S MOVING AROUND, AND SOMETIMES WILDLY, SO

25   IT'S ALL OVER THE BOARD.  AND THAT WILL IMPACT THE

26   RESULTS.

27             THEY'RE GETTING A 35 ENGINE TORQUES FOR 16

28   OF CLUTCH TORQUES, AND THAT'S GOING TO RESULT IN A NASTY

1    LAUNCH AND JUDDER.

2            SO YOU'RE GETTING -- THE ENGINE IS GOING TO

3    MAKE OUT -- MAKE 35 NEWTON METRES OF TORQUE, THE

4    TWISTING FORCE OF THE ENGINE.  AND THAT'S GOING TO

5    TRANSLATE TO ROUGHLY HALF OF THAT, OF CLUTCH TORQUE.

6            AND THAT VAST VARIATION BETWEEN THOSE TWO

7    IS GOING TO CAUSE IT TO ENGAGE VERY HARSHLY, AND THAT'S

8    GOING TO LEAD TO THIS SHUTTER OR JUDDER.  AND THAT'S

9    WHAT THEY'RE MAKING REFERENCE TO.

10           NOW, THEY ALSO -- THERE'S SEVERAL

11   DOCUMENTS, AND THERE'S A DISCUSSION, GENERALLY, WHEN A

12   VEHICLE IS NEW OR, QUOTE, GREEN -- YOU KNOW, THE FIRST

13   THOUSAND MILES OR SO -- THAT IT HAS A BREAK-IN PERIOD.

14           AND THEY'RE DISCUSSING THAT THIS SITUATION

15   DIDN'T CLEAR UP AFTER MANY MILES OF DRIVING.  SO THIS

16   WAS NOT JUST A GREEN CONDITION, SOMETHING NEW OR A

17   DRIVER GETTING ACCUSTOMED TO THE WAY THAT THIS NEW

18   TECHNOLOGY DRIVES AND FEELS FOR IT.

19           THEY'RE ALSO TALKING ABOUT UNDER THIS

20   PRESENT STATE OF AFFAIRS, THIS PROBLEM WITH THEM MOVING

21   AROUND, THEY CAN'T GET A STABLE CALIBRATION FOR

22   CONDUCTING THEIR THREE-MONTH SIGN-OFF.

23           SO THEY NEED TO LEAD INTO IT AND VERIFY

24   THEY HAVE A STABLE TEST BED AND THAT WE'RE GETTING

25   CONTINUOUS CONSISTENT RESULTS, TO SIGN OFF ON IT, AND

26   THAT WE CANNOT ACHIEVE A DRIVABLE CALIBRATION THAT WILL

27   GET US INTO PRODUCTION.

28           SO WITHOUT DOING THEIR SIGN-OFF TESTING,

1    THEY CAN'T GET IT STABLE BECAUSE THEY'RE ALL OVER THE

2    BOARD, AND THEY CAN'T GET TO A DRIVABLE CALIBRATION THAT

3    THEY CAN ACTUALLY PUT ON THE VEHICLES THAT ARE GOING TO

4    BE IN PRODUCTION.

5                SO THIS IS REFERRING TO PRE-PRODUCTION OF

6    THE DPS6 IN THE RUN, AND WE'RE TALKING ABOUT A 2010

7    MEMO.  AND FIRST PRODUCTION WAS 2011 IN THE FIESTA

8    SERIES.

9         Q    YOU'RE AWARE THAT MR. MYERS WAS TOLD WHEN

10   HE HAD TO FIRST BRING HIS CAR IN AFTER A COUPLE DAYS OR

11   FEW DAYS, THAT, OH, HE JUST HAS TO LET THE CLUTCH LEARN

12   FROM HIM, THIS KIND OF GREEN PERIOD?  ARE YOU AWARE OF

13   THAT?

14        A    I'M AWARE OF THAT, YES.

15        Q    ANY INDICATION THAT THEY INFORMED HIM THAT

16   THE SITUATION WOULDN'T CLEAR UP AFTER MANY MILES OF

17   DRIVING?

18        A    NO.  THERE'S NO INDICATION OF THAT.

19        Q    LET ME TURN YOUR ATTENTION TO EXHIBIT 257.

20   AND THIS IS AT PAGE 1 AS WELL.

21                SO THIS IS FROM THE SAME INDIVIDUAL,

22   MR. LANGELAND OF FORD.

23                DO YOU SEE THAT?

24        A    YES, I DO.

25        Q    NOW, THEY'RE TALKING ABOUT AN ITEM THEY

26   SOURCE FROM THIS VENDOR, LUK?  YOU SEE THAT AS L-U,

27   CAPITAL K?

28        A    YES, I SEE THAT.  WE'VE REFERRED TO AS LUK

1    CLUTCH.

2         Q      AND THE CLUTCH OF THE TRANSMISSION SYSTEM,

3    THAT'S THE PART THAT LUK PROVIDED?

4         A      YES.

5         Q      ACCORDING TO FORD -- THEY'RE INDICATING

6    THAT LUK IS DELIVERING SOMETHING DIFFERENT THAN WHAT

7    THEY'RE ASKING FOR.

8                DO YOU SEE THAT?

9         A      YES.

10        Q      OKAY.  AND IT CONCLUDES WITH, "I'M SURE LUK

11   WOULD BLAME THE ENGINE CALIBRATION AT THIS POINT FOR ALL

12   THEIR PROBLEMS."

13               DO YOU SEE THAT?

14        A      RIGHT.

15        Q      SO WHO'S DOING THE ENGINE CALIBRATION

16   VERSUS WHO'S PROVIDING THE CLUTCH?

17        A      LUK IS PROVIDING THE CLUTCH.  FORD IS DOING

18   THE ENGINE CALIBRATION.

19        Q      GOT IT.  LET ME TURN YOUR ATTENTION TO

20   EXHIBIT 169.  AND LET'S START, I THINK, AROUND PAGE 5.

21   THERE'S A COUPLE OTHER AREAS THAT I WANT TO GO INTO.

22               SO THIS IS -- ONE SECOND.  THIS IS FROM

23   VINCE -- IT LOOKS LIKE IT SAYS LAJINESS, WHO IS THE --

24   WE SAW THAT TEAM LISTED BEFORE, OF FORD.  AND, AGAIN,

25   THERE'S HIS DEARBORN ADDRESS.

26               AND THIS IS "SHOP SHIP CLUTCH JUDDER."

27               DO YOU SEE THAT?

28        A      YES.

1      Q       AND AT THIS POINT IN TIME, THIS IS NOW

2   GOING INTO THE NEXT YEAR.

3              SO AFTER THEY'RE PRODUCING THESE, AFTER

4   THEY'RE SELLING THEM, WE KNOW WHO OWNS THE ISSUE.  IT'S

5   THE FORD GETRAG LUK DPS6 TEAM.  THIS SAME TEAM KNOWS

6   EXACTLY WHAT THE ESCAPE POINT WAS.  WE, FORD, GETRAG --

7   THAT'S THE JOINT VENTURE -- DIDN'T HAVE A SIMPLE

8   MEASURABLE SPEC DEFINED, AND OUR CLUTCH SUPPLIER

9   KNOWINGLY SHIPPED US JUNK.

10             DO YOU SEE THAT?

11     A       YES, I DO.

12     Q       SO FORD THINKS THAT THE CLUTCH THAT WAS

13  USED IN THE DPS6 SYSTEM IS JUNK.

14             SO THE REPRESENTATION THAT THE 2014 DPS6

15  TRANSMISSION WAS A SUPERIOR PRODUCT -- IS THAT

16  CONSISTENT OR INCONSISTENT WITH THE CHARACTERIZATION OF

17  THE CLUTCH IN IT AS JUNK?

18     A       THAT'S INCONSISTENT WITH THE

19  CHARACTERIZATION OF JUNK.

20     Q       AND, AGAIN, WAS THIS SOMETHING THAT YOU HAD

21  TO SIGN OFF ON IN ORDER TO GET ACCESS TO THIS DOCUMENT,

22  SIR, AS AN EXPERT IN THIS LAWSUIT?

23     A       YES, I DID.

24     Q       LET'S GO TO PAGE 2 OF THIS AS WELL.  I

25  THINK IT'S PAGE 2.  OKAY.

26             SO THEY'RE TALKING ABOUT THIS JUDDER

27  SITUATION.  AND WE'VE TALKED ABOUT WHAT CIRCUMSTANCES

28  JUDDER WOULD OCCUR, AND WHEN, IN TERMS OF FORD'S

1    KNOWLEDGE OF WHEN THESE WOULD HAPPEN.

2                 CAN YOU TELL US WHAT THESE REFER TO AS LOW

3    FREQUENCY SHUDDER, HIGH FREQUENCY SHUDDER, CREEP

4    SHUDDER, TAKE-OFF SHUDDER?

5        A    SURE.  FREQUENCY IS THE -- IF YOU LOOK AT

6    THE CHART OF WHERE THE VIBRATION IS ON A LOW BAND OR A

7    HIGH BAND.  AND THE CREEP SHUDDER IS REFERRING TO THE

8    SPEED, JUST BARELY ROLLING, WHICH IS THAT -- YOU KNOW,

9    WHEN THE CAR IS JUST BARELY CREEPING ALONG.  ALSO FOR

10   TAKE-OFF, FOR A LITTLE BIT MORE OF AN ACCELERATION

11   PERIOD, AND WHETHER OR NOT THE SHUDDER IS HAPPENING IN

12   ALL THE DIFFERENT COMPONENTS, AND HOW THEY LIST THEM,

13   AND, YOU KNOW, HOW THEY'RE DEFINING THEM ON IT.  TO THE

14   CUSTOMER, THIS IS, "STILL, MY TRANSMISSION IS SHAKING

15   WHEN I GO TO STEP ON THE GAS."

16       Q    NOW, ACCORDING TO FORD, AT THIS JUNCTURE,

17   BEFORE THEY SOLD THEM THE VEHICLE, THIS IS AN ISSUE THAT

18   REMAINED -- IT WASN'T CLOSED YET.

19                 SO THEY'RE STILL TRYING TO FIGURE OUT A

20   PRODUCT THAT THEY'RE SELLING TO THE AMERICAN PUBLIC --

21   THEY'RE TRYING TO FIGURE OUT HOW TO SOLVE THIS ISSUE.

22                 DO YOU SEE THAT?

23       A    YES, I DO.

24       Q    LET ME TURN YOUR ATTENTION ALSO TO PAGE 15

25   OF THIS EXHIBIT.  I THINK IT'S 15.

26                 OKAY.  SO THIS IS FROM BARRY MELHORN, WHO

27   IS FORD MOTOR COMPANY'S DPS6 POWER SHIFT PERSON.

28                 DO YOU SEE THAT?

1          A       YES, I DO.

2          Q       AND, AGAIN, THERE'S HIS DEARBORN E-MAIL

3    ADDRESS AND NUMBER.

4                  SO IT REFERENCES AGAIN THE 880 LUK CLUTCH

5    THAT VW HAS.  AND SO FORD, APPARENTLY, IS TRYING TO

6    PURCHASE ONE TO REVERSE ENGINEER WHAT VW HAS?

7          A       YES, THAT'S WHAT'S BEING DISCUSSED HERE.

8          Q       BECAUSE THE FORD CLUTCH -- THE FORD CLUTCH

9    HAS THE JUDDER PROBLEM?

10         A       CORRECT.  AND THE VW CLUTCH, THAT DOES NOT.

11                 JUST FOR EASE OF OPERATION, FOR PEOPLE, IF

12   YOU GET INTO A CAR, AND IT HAS A SHIFT PANEL -- I MEAN A

13   SHIFT INDICATOR -- PARK, REVERSE, AND DRIVE AND

14   NEUTRAL -- AND IT'S GOT PADDLES ON THE SHIFT WHEEL,

15   THAT'S A GENERAL INDICATION THAT IT'S A TYPE OF

16   DUAL-CLUTCH SYSTEM.  IT'S AN AUTOMATIC THAT'S

17   MECHANICALLY ACTUATED -- OR ELECTRONICALLY ACTUATED AND

18   SHIFTED.

19         Q       OKAY.

20         A       SO THERE ARE OTHER VEHICLES THAT HAVE THIS,

21   AND THEY DON'T THIS PROBLEM AS WELL.  AND THERE ARE MANY

22   VEHICLES THAT HAVE THIS SYSTEM OUT THERE.  THERE ARE

23   PERFORMANCE CARS, ECONOMY CARS -- ALL ACROSS THE BOARD.

24                 AND, YOU KNOW, BMW HAS THEM.  VOLKSWAGEN

25   HAS THEM.  KIA HAS ONE.  AND WE DON'T SEE THIS PROBLEM

26   BEING ATTRIBUTED TO THOSE SERIES OF CARS.  AND WE'RE

27   JUST LOOKING AT IT HERE.

28                 AND THEY'RE SAYING THAT THEY'RE LOOKING AT

1   THE VW ONE, AND SEE IF THEY CAN DO SOME REVERSE

2   ENGINEERING AND FIND OUT WHY THEIRS DOESN'T HAVE IT.

3       Q    LET ME TURN YOUR ATTENTION TO EXHIBIT 247,

4   PAGE 4.  THIS IS NOW GOING A YEAR FORWARD FROM EVEN

5   NOW -- EVEN WHERE WE JUST WERE AT.

6            SO HERE, THIS IS FOR -- I'M SORRY --

7   SHUDDER DUE TO SUPPLIER USING WRONG CLUTCH ENGAGEMENT

8   HARDWARE.

9            DO YOU SEE THAT?

10      A    YES, I DO.

11      Q    AGAIN, DO YOU KNOW WHETHER THAT INFORMATION

12  WAS EVER PUT OUT TO THE PUBLIC SO THEY COULD MAKE AN

13  INFORMED DECISION THAT THEY HAD A MALFUNCTIONING CLUTCH

14  SYSTEM WITH REGARD TO DPS6?

15      A    NO, I DON'T SEE THAT INFORMATION EVER BEING

16  PUT FORTH.

17      Q    WAS THAT INFORMATION, AS FAR AS YOU SEE --

18  AS FAR AS YOU'RE AWARE, EVER PROVIDED IN THE TECHNICAL

19  SERVICE BULLETINS THAT WAS DISTRIBUTED TO FORD TECHS AT

20  THE AUTHORIZED FACILITIES?

21      A    NO, I DON'T SEE THAT AS BEING DISCUSSED IN

22  THE TSB'S.

23      Q    LET ME NOW TURN YOUR ATTENTION TO

24  EXHIBIT 297.  I THINK IT'S PAGE 3.  SO HERE WE ARE.  SO

25  THIS IS JOE KUCHARSKI, WHO IS THEIR -- LIVONIA IS

26  WHERE -- IT'S STILL PART OF THE FORD EMPIRE, I'M GOING

27  TO CALL IT.  LET'S GO TO THE SUBSTANCE OF THIS.

28            OKAY.  SO CAN YOU TELL US WHAT'S GOING ON

```
 1    HERE, SIR?  WHAT'S THE DATE OF THIS, FIRST OF ALL?

 2         A    OKAY --

 3         Q    THE DATE IS MARCH 18, 2013.  SO THEY'RE

 4    STILL DEALING WITH THE SHUDDERING ISSUES THAT WE'VE SEEN

 5    FROM PRELAUNCH OF THE DPS6, ALL THE WAY THROUGH,

 6    INCLUDING 2016?

 7         A    THAT'S CORRECT.  AS I'VE TESTIFIED BEFORE,

 8    THIS STARTED PRELAUNCH AND DID NOT -- IT WAS --

 9    CONTINUED TO PLAGUE ALL THE WAY THROUGH THE SERIES OF

10    THIS CLUTCH.

11         Q    LET ME ASK YOU FIRST, BEFORE YOU GET INTO

12    THE EXPLANATION HERE:  DID YOU SEE ANY CHANGES IN ANY OF

13    THE FORD SALES LITERATURE SO THAT IT COULD INCORPORATE

14    THIS INFORMATION THAT IT WAS AWARE OF?

15         A    NO, I DIDN'T SEE ANY INFORMATION REFLECTING

16    CHANGES IN THE SALES LITERATURE.

17         Q    OKAY.  WHAT'S GOING ON HERE, SIR?

18         A    WELL, THEY'RE MAKING REFERENCE TO THE FACT

19    THAT SOMETIMES, WHEN MILEAGE IS ACCUMULATED ON A NEWER

20    CLUTCH, IT DOES DECREASE OR GO AWAY.  THAT'S TALKING

21    ABOUT THAT GREEN CLUTCH ISSUE WE DISCUSSED.

22              BUT HE SAYS HE'S NOT COMFORTABLE WITH THAT.

23    HE SAYS, "IF YOU MAKE A BAD CLUTCH ACCEPTABLE WITH

24    CALIBRATION CHANGES, THEN I SAY WE DO IT."

25              SO WE HAVE A BAD CLUTCH.  WE HAVE A JUNK

26    CLUTCH.  A CLUTCH IS -- THE TRANSMISSION IS NOT UP TO

27    FORD'S STANDARDS.  AND THEY'RE TRYING TO FIX IT WITH

28    CALIBRATION.
```

1          SO BY CHANGING THE SOFTWARE WITH WHICH THE

2    COMPUTER CONTROLS THE ACTUATION OF THE CLUTCH -- THAT'S

3    THE SOFTWARE OF IT.

4          BY CHANGING THAT INFORMATION, THEY'RE

5    TRYING TO MAKE IT ACCEPTABLE WITH THAT.  AND THIS IS

6    WHAT THEY'RE SAYING THAT THEY SHOULD DO THAT.  BUT THIS

7    DOESN'T CHANGE THE FACT THAT LUK SENT THEM A BAD CLUTCH,

8    OR THAT IT WAS A BAD CLUTCH, OR IT WAS A JUNK CLUTCH, OR

9    THAT IT WAS A SUBSTANDARD TRANSMISSION.

10      Q     AND EVEN WITH ALL THE TSB'S AND ALL THE

11   PURPORTED CHANGES, WAS THE RECALIBRATION EVER

12   SUCCESSFUL?

13      A     NO.  THEY NEVER ELIMINATED THE PROBLEM

14   COMPLETELY, NO.

15      Q     LET'S TURN TO -- ONE MOMENT, YOUR HONOR.

16      THE COURT:  TAKE YOUR TIME ON BOTH SIDES.

17      MR. ALTMAN:  MAYBE NOW IS A GOOD TIME TO TAKE A

18   BREAK.

19      THE COURT:  YEAH.  IT'S NOON, FOLKS.  WE'LL TAKE

20   OUR BREAK.  BE BACK AT 1:30, 1:35.  YOU'VE BEEN REALLY

21   GREAT ABOUT BEING ON TIME.  WE'VE DONE PRETTY WELL SO

22   FAR, GETTING OFF TO A GOOD START.

23          WE'LL GO FROM 1:30 TO 4:00, 4:15.  WE'LL

24   SEE HOW WE'RE DOING THIS AFTERNOON.

25          DO NOT DISCUSS THIS CASE IN AND AMONGST

26   YOURSELVES.  DO NOT DISCUSS THE CASE WITH FRIENDS OR

27   FAMILY MEMBERS.  THE RISKS INCREASE AS THE TRIAL GOES

28   ON.  WE'VE GOT ALL SORTS OF WITNESSES AND LAWYERS AROUND

1    AND ABOUT, SO PLEASE BE DISCREET DURING THE BREAK.   HAVE

2    A GREAT LUNCH.   THANK YOU.

3

4                (THE FOLLOWING PROCEEDINGS ARE HELD

5                 IN OPEN COURT OUTSIDE THE PRESENCE

6                 OF THE JURY:)

7

8         MR. PLATT:   YOUR HONOR, MAY WE HAVE ONE MOMENT?

9         THE COURT:   OKAY.   WE'RE STILL ON THE RECORD.

10   STILL ON THE RECORD IN THE TRIAL MATTER, OUTSIDE THE

11   PRESENCE OF THE JURY.

12              MR. PLATT.

13        MR. PLATT:   YOUR HONOR, I'D LIKE TO PUT AN

14   OBJECTION ON THE RECORD.

15              I REALLY FIND IT OBJECTIONABLE, AND I DON'T

16   APPRECIATE THE REPEATED OVER AND OVER AGAIN REFERENCES

17   TO "THIS IS ONE OF THE DOCUMENTS YOU HAD TO SIGN THAT

18   HIGHLY CONFIDENTIAL PROTECTIVE ORDER ON."

19        THE COURT:   YEAH.

20        MR. PLATT:   REALITY IS THAT COUNSEL KNOWS ALL OF

21   THE DOCUMENTS THAT HAVE BEEN PRODUCED IN THE FORD CASES

22   HAVE ALWAYS BEEN SUBJECT TO A CONFIDENTIALITY ORDER,

23   WHICH IS PRETTY STANDARD IN THE BUSINESS.

24              AND TO KEEP SAYING TO THE JURY, "THIS IS

25   SECRET.   YOU HAD TO SIGN THIS CONFIDENTIALITY ORDER," IS

26   IMPROPER.   AND THERE'S NO POINT IN IT.   IT'S JUST

27   INJECTED OVER AND OVER AGAIN TO TRY TO PREJUDICE

28   EVERYBODY TO THINK, OH, WE'RE NOT TELLING ANYBODY ELSE

```
 1    BECAUSE YOU'VE GOT TO SIGN THIS CONFIDENTIALITY ORDER.

 2              SO I OBJECT TO IT, AND I WOULD ASK THAT YOU

 3    INSTRUCT COUNSEL NOT TO DO IT ANYMORE.

 4         THE COURT:  I'M GOING TO TAKE IT UNDER SUBMISSION.

 5    WHAT I'VE FOUND, THIS KIND OF THING COMES UP ALL THE

 6    TIME AT TRIAL.  IT'S A PROBLEM ON THE PLAINTIFF SIDE,

 7    PROBLEM ON THE DEFENSE SIDE.

 8              EVERYTHING IS IMPORTANT.  I DON'T WANT TO

 9    MINIMIZE OR MAXIMIZE ANYTHING.  FREQUENTLY, WHEN THIS

10    KIND OF DISCUSSION COMES UP, WHATEVER THE ISSUE MAY BE,

11    FLOATS DOWNSTREAM AND GETS MITIGATED, IT'S NOT A

12    PROBLEM.

13              BUT I WILL PUT THAT ON THE AGENDA FIRST

14    THING AFTER LUNCH.  YOU KNOW, I COULD OVERRULE IT AND

15    CHANCES ARE, MR. ALTMAN WOULD STAY AWAY FROM THAT GOING

16    FORWARD, EXCEPT, PERHAPS, IN HIS CLOSING ARGUMENT.

17              OR I COULD SUSTAIN IT AND CREATE A PROBLEM,

18    PERHAPS, THAT WE DON'T NEED TO HAVE.  I HEAR YOU.

19              I THINK MR. ALTMAN MIGHT BE MAKING THE SAME

20    KIND OF STATEMENT IF THE SHOE WERE ON THE OTHER FOOT.

21    BUT, AGAIN, I THINK THIS -- MY PREDICTION IS THAT WE

22    DON'T HAVE THIS KIND OF ISSUE AGAIN, AND I DON'T WANT TO

23    SAY MORE THAN THAT.

24              I'VE HAD BETTER LUCK JUST HAVING THIS KIND

25    OF DISCUSSION.  AND, AGAIN, MR. ALTMAN, I WILL INVITE

26    YOU TO SAY A WORD NOW OR AFTER LUNCH, OR BOTH.

27         MR. ALTMAN:  LET ME JUST SAY SOMETHING NOW SO THAT

28    IF YOU'RE CONSIDERING -- EVEN CONSIDERING THIS --
```

```
 1          THE COURT:  YEAH.
 2          MR. ALTMAN:  FIRST OF ALL, IT IS NOT MY EXPERIENCE
 3   THAT IT IS STANDARD TO HAVE A HIGHLY CONFIDENTIAL
 4   PROTECTIVE ORDER.  THIS IS SOMETHING THAT FORD INSISTED
 5   ON.
 6          THE COURT:  YEAH.
 7          MR. ALTMAN:  IT'S CLEAR THAT NO ONE OUTSIDE OF
 8   PEOPLE THAT ARE TIED TO THE LITIGATION COULD EVER GET
 9   ACCESS TO THESE.
10          THE COURT:  YEAH.
11          MR. ALTMAN:  WE SEE IT REPLETE WITH SECRET
12   REFERENCES.  SO THE IDEA OF CONCEALMENT, WHICH IS WHAT
13   WE HAVE TO ESTABLISH, WHICH IS ONE OF THE ELEMENTS, ONE
14   OF OUR CAUSES OF ACTION -- THIS FALLS WITHIN THAT.
15              HE MAY NOT LIKE IT, BUT IT'S KIND OF --
16   IT'S THE LAY OF THE LAND.  IF THEY WANTED TO CHANGE IT,
17   YOUR HONOR -- STRATEGICALLY, IT'S BIZARRE THAT THEY
18   HAVEN'T.  THEY SHOULD OPEN THIS UP.
19              I UNDERSTAND WHY THEY DON'T -- THEY DON'T
20   WANT THE PUBLIC TO KNOW WHAT THEY KNEW, BUT, YOUR HONOR,
21   IT'S NOT IMPROPER AT ALL.
22              HE CAN TRY TO EXPLAIN IT IF HE HAS A
23   WITNESS TO COME TALK ABOUT, WELL, WE INSISTED ON THIS
24   FOR WHATEVER REASON.  WE'D HAVE TO GET FULL WARNING OF
25   THAT, BUT --
26          THE COURT:  I DON'T NECESSARILY DISAGREE WITH YOU.
27          MR. ALTMAN:  SURE.
28          THE COURT:  SOMETIMES IN TRIAL, IT'S A MATTER OF
```

```
 1    DEGREE.  IT'S A TWO-WAY STREET.  IT COMES UP ON ONE

 2    SIDE, OR THE OTHER, OR BOTH.

 3              A POINT IS MADE, AND, YOU KNOW, THE JUDGE,

 4    IN THE EXERCISE OF HIS OR HER DISCRETION, SAYS POINTS

 5    HAVE BEEN MADE.  LET'S RESERVE IT FOR CLOSING ARGUMENT.

 6              AND THAT'S WHAT I'M SUGGESTING, IS PERHAPS

 7    WHAT -- YOU KNOW, WHERE WE'LL FIND OURSELVES, BECAUSE

 8    IT'S NOT, NECESSARILY, A POINT THAT NEEDS TO BE MADE

 9    OVER AND OVER AGAIN.

10              AND, AGAIN, I REPEAT, I AM NOT SUSTAINING

11    THE OBJECTION RIGHT NOW.  I THINK IT WILL BE IMPROPER

12    FOR ME TO DEEM THAT KIND OF OFFER OF PROOF, IF IT IS --

13    SOMETIMES THERE'S AN OFFER OF PROOF INSIDE A DIRECT

14    EXAMINATION QUESTION.

15              SOMETIMES THERE'S AN OFFER OF PROOF, SO TO

16    SPEAK, INSIDE OF A CROSS-EXAMINATION QUESTION.

17              TO THE EXTENT IT'S AN OFFER OF PROOF -- TO

18    THE EXTENT THERE MIGHT BE SOME EVIDENCE ABOUT THAT LATER

19    OR SOME ARGUMENT ABOUT THAT LATER --

20         MR. ALTMAN:  WELL, HERE'S HOW --

21         THE COURT:  -- I'LL RESERVE THAT.

22              BUT, LIKE I SAID BEFORE, LOTS OF TIMES IN

23    TRIAL -- AND YOU KNOW THIS AS WELL AS I DO, OR EVEN

24    BETTER THAN I DO.  PERHAPS SOMETIMES A JUDGE WILL SAY,

25    THAT POINT'S BEEN MADE FOR PURPOSES OF THE CASE IN

26    CHIEF, OR --

27         MR. ALTMAN:  SURE.

28         THE COURT:  -- THIS OR THAT.
```

1          LET'S NOT CONTINUE TO GO BACK TO THAT.

2                  AND THAT WOULDN'T IMPAIR YOU EVEN A LITTLE

3     BIT, MR. ALTMAN.

4          MR. ALTMAN:  I HAVE A WAY TO --

5          THE COURT:  I'M NOT GOING TO SAY ANYTHING MORE

6     THAN THAT NOW, BECAUSE I'VE HAD BETTER LUCK -- LIKE I

7     SAID BEFORE, IT'S A LITTLE BIT LIKE MOTIONS IN LIMINE.

8          MR. ALTMAN:  WE CAN SOLVE IT THIS WAY, YOUR HONOR.

9          THE COURT:  YEAH.

10         MR. ALTMAN:  OR I DON'T THINK IT'S AN ISSUE, BUT I

11    COULD ESTABLISH WITH MR. BLASJO, "ALL OF THE DOCUMENTS

12    THAT WE'RE DISCUSSING, ALL OF THESE EXHIBITS, WERE ALL

13    OF THEM SUBJECT TO THIS, WHERE YOU COULDN'T GET ACCESS

14    TO IT UNTIL YOU SIGNED OFF ON THIS?"

15         THE COURT:  WELL --

16         MR. ALTMAN:  AND THEN I'M DONE WITH THAT.

17         MR. PLATT:  THAT'S ALL WE'VE HEARD, OVER AND OVER

18    AND OVER AGAIN.

19         THE COURT:  LIKE I SAID BEFORE, WE WILL TAKE STOCK

20    OF WHERE WE ARE AT THE END OF THE PLAINTIFF'S CASE IN

21    CHIEF, JUST AS WE'LL TAKE STOCK OF WHERE WE ARE AT THE

22    END OF THE DEFENSE'S CASE IN CHIEF.

23                 AND, OBVIOUSLY, YOU FOLKS ARE GOING TO

24    CHOOSE THE WORDS YOU CHOOSE IN YOUR CLOSING ARGUMENTS.

25    AND SOME OF THESE THINGS, INEVITABLY, MIGHT COME UP, BUT

26    THEY NEED NOT NECESSARILY COME UP IN A WAY THAT,

27    CONCEIVABLY, KICKS IN 352.

28                 AND SO, LIKE I SAID, WHETHER YOU WANT TO

```
 1    CALL IT SANITIZING OR TRIAL MANAGEMENT, I'M GOING TO

 2    SUGGEST THAT WE JUST KEEP THOSE SUGGESTIONS OR THOUGHTS

 3    IN MIND.  AND THEN, HOPEFULLY, WE'RE NOT GOING TO HAVE

 4    TO FACE THAT ISSUE AGAIN, BUT I'LL TAKE IT UP AFTER

 5    LUNCH, IF YOU LIKE.  I HAVE IT IN MIND.

 6              NOW, REAL QUICK, WHAT'S THE ESTIMATE?  I'M

 7    NOT GOING TO HOLD YOU TO IT.

 8        MR. ALTMAN:  SURE.

 9        THE COURT:  I DON'T HAVE AN HOURGLASS, BUT, YOU

10    KNOW, ARE WE -- THE REASON I SAY THIS IS I'D LOVE TO GET

11    MR. MYERS ON.

12              WE NEED TO CROSS THE BARBARA LUNA BRIDGE AT

13    SOME POINT.  AND I'VE BEEN TRYING TO FIGURE OUT HOW TO

14    BEST CROSS THAT BRIDGE.  AND I'VE LOOKED AT THE

15    DESIGNATION, AND I HAVEN'T HEARD HER TESTIFY BEFORE,

16    THAT I CAN RECALL.  AND I CERTAINLY HAVEN'T HEARD HER

17    TESTIFY BEFORE IN A CASE OF THIS TYPE.

18              WHAT I WOULD URGE COUNSEL TO CONSIDER --

19    AND WE NEED TO MAYBE HAVE A DISCUSSION AT THE SIDEBAR OR

20    OUTSIDE THE PRESENCE OF THE JURY AT THE END OF THE

21    DAY -- WHAT'S THE BEST WAY TO GET TO THE HEART OF THE

22    MATTER WITH RESPECT TO MS. LUNA?

23              WHAT I MEAN BY THAT IS YOU MIGHT SAY, YOU

24    KNOW WHAT?  WE'LL PUT HER ON AND ASK HER TO GIVE ME A

25    SUMMARY OF WHAT SHE HAS TO SAY.  MAYBE WE DON'T NEED TO

26    DO THAT.  IT'S IN THE DESIGNATION.

27              I'M NOT IN FAVOR OF TESTIMONIAL 402'S

28    BECAUSE THEY ALWAYS TAKE LONGER THAN YOU HOPE THEY WILL.
```

1    SOMETIMES IT'S THE FASTEST WAY TO FIGURE OUT WHAT WE

2    HAVE.  AND I DON'T MEAN TO TAKE HER THROUGH EVERYTHING

3    FROM A TO Z, BUT, HYPOTHETICALLY, SHE COULD SAY HERE'S

4    THE SUMMARY OF MY PROPOSED TESTIMONY, AND IT HAS TO DO

5    WITH CORPORATE CULTURE AND CUSTOMS AND PROCEDURES,

6    PROTOCOLS.

7              AND MR. PLATT COULD REITERATE HIS

8    OBJECTION.  I'M GOING TO TAKE A LOOK AGAIN AT THE MOTION

9    IN LIMINE.

10        MR. ALTMAN:  WE CAN HAVE AN ABBREVIATED 402, YOUR

11   HONOR.  I THINK WE CAN DO ALL OF THAT IN 10 OR 15

12   MINUTES OR SO.

13        THE COURT:  WELL, LIKE I SAID BEFORE, I DON'T KNOW

14   THAT I CAN -- I CAN'T RECALL A SITUATION IN WHICH MORE

15   DIFFICULT EVIDENTIARY ISSUES HAVE BEEN HANDLED BETTER BY

16   COUNSEL -- I MEAN THAT SINCERELY -- THAN WE'VE BEEN ABLE

17   TO DO THAT SO FAR.

18             SO, YOU KNOW, IT COULD BE THAT OUT IN THE

19   HALLWAY, ON THE WAY BACK FROM LUNCH, YOU HAVE A

20   DISCUSSION, AND -- ABOUT THE SCOPE AND THE TENOR OF

21   THINGS, AND THAT WOULD NOT GET US OUT FROM UNDER ALL THE

22   SIDEBARS AND ALL THE OBJECTIONS, BUT WE'VE MANAGED TO

23   GET THROUGH MR. BLASJO PRETTY MUCH UNSCATHED, EVEN

24   THOUGH MR. PLATT HAS MADE SOME OBJECTIONS ON THE RECORD.

25   THOSE WILL BE THERE DOWN THE ROAD, IF WE GET THAT FAR.

26             SAME THING ON THE DEFENSE EXPERTS.  ALL OF

27   THESE DEFENSE EXPERTS -- I'M JUST REPEATING MYSELF.  I

28   REPEAT MYSELF BECAUSE WE'RE SO BUSY -- YOU FOLKS ARE

1   BUSIER THAN I AM, OBVIOUSLY -- THEY'RE GOING TO BE IN

2   HERE THURSDAY -- OR THE FIRST ONE WILL BE HERE,

3   PROBABLY, I WOULD HOPE.

4               AND THAT MEANS WE'VE GOT TO STAY ONE STEP

5   AHEAD OF THE SHERIFF AND FIGURE OUT WHO'S FIRST.

6               WOULD THAT BE MR. HARRINGTON?

7        MR. PLATT:  YES, SIR.

8        THE COURT:  OKAY.  SO I'VE GOT THE DESIGNATION

9   HERE.  AND MR. HARRINGTON'S TESTIMONY MIGHT BE JUST

10  EXACTLY WHAT YOU EXPERT, MR. WIRTZ, MR. ALTMAN, OR YOU

11  MAY NEED TO MEET AND CONFER ABOUT THAT.

12              OBVIOUSLY, A MEET-AND-CONFER AND A SHORT

13  402, NOT TESTIMONIAL, IS THE WAY WE'RE GOING TO GET

14  THROUGH THIS TRIAL CLOSE TO OUR ESTIMATE, AND I'M STILL

15  CAUTIOUSLY OPTIMISTIC.

16              TRIALS ALWAYS TAKE LONGER -- I SAY THIS

17  WITH GREAT RESPECT -- THAN COUNSEL INDICATE.  AND I

18  HAVEN'T HAD ONE OF THESE TRIALS BEFORE.

19              AND, YOU KNOW, WITH THE BENEFIT OF

20  HINDSIGHT, I MIGHT HAVE ESTIMATED APRIL 3RD OR SOME SUCH

21  THING.  DOESN'T MAKE ANY DIFFERENCE.  WE'VE GOT A GREAT

22  GROUP.  WE'VE GOT TWO ALTERNATES, BUT WE NEED TO FIGURE

23  OUT WAYS TO GET THROUGH -- WE'RE NOT DONE WITH

24  MR. BLASJO YET.

25              WHAT WAS THE ESTIMATE?  I'M SORRY.

26       MR. ALTMAN:  I THINK ABOUT AN HOUR MORE, MAYBE, AT

27  MOST.

28       THE COURT:  OKAY.  HOPEFULLY, WE'LL PUT MR. MYERS

```
 1    ON.
 2                  AND IS THERE ONE CHANCE IN FIVE WE CAN
 3    FINISH HIM TODAY?  I'M NOT GOING TO HOLD YOU TO IT.
 4         MR. ALTMAN:  THERE IS.  I MEAN --
 5         THE COURT:  I MEAN, IT WOULD BE REALLY GREAT IF WE
 6    COULD SOMEHOW -- AND THEN WE HAVE TO NAVIGATE HOW MUCH
 7    TIME DO WE NEED TO GET READY TO PUT MS. BARBARA LUNA ON
 8    TOMORROW MORNING -- LATE MORNING, OR MAYBE FIRST THING
 9    IN THE AFTERNOON.
10                  IF MR. MYERS SPILLS OVER INTO AN HOUR
11    TOMORROW MORNING -- AND HE MIGHT -- WE MIGHT BE
12    WELL-ADVISED TO BRING THE JURY BACK AT 1:30 AND DEVOTE
13    THE LAST HOUR OF THE DAY TO TALKING ABOUT MS. LUNA.
14                  WE WOULD NEED TO TALK TODAY ABOUT WHETHER
15    OR NOT SHE'S GOING TO BE AVAILABLE, IF THE DECISION IS
16    MADE TO PUT HER ON FOR A FEW MINUTES.
17                  SO -- AND THEN THE ESTIMATE ON HER
18    TESTIMONY, WHO KNOWS, BECAUSE YOU DON'T KNOW HOW LONG
19    THE CROSS-EXAMINATION.  BUT THERE'S ONE CHANCE IN THREE
20    WE MIGHT FINISH HER IN THREE HOURS.
21                  AM I LOST ON THAT?
22         MR. ALTMAN:  NO, NOT AT ALL.
23         THE COURT:  OKAY.  WELL, IF LIGHTNING STRIKES, WE
24    COULD BE -- WE COULD CONCLUDE THE PLAINTIFF'S CASE IN
25    CHIEF TOMORROW AFTERNOON.  I'M NOT OPTIMISTIC.  I THINK
26    IT WILL PROBABLY SPILL OVER TO THURSDAY.  I DON'T MEAN
27    THAT AS A NEGATIVE, BUT I JUST THINK IT WILL PROBABLY
28    SPILL OVER TO THURSDAY MORNING.
```

```
 1              BUT IF WE FINISH TOMORROW, THEN WE CAN --

 2    YOU KNOW, IT WOULD BE GREAT TO FINISH THE DEFENSE CASE

 3    IN CHIEF ON THURSDAY AND MONDAY; RIGHT?  BECAUSE FRIDAY

 4    IS A COURT HOLIDAY.

 5              WELL, YOU SEE WHAT WE'RE UP AGAINST.

 6        MR. ALTMAN:  SURE.

 7        THE COURT:  AND, AGAIN, NOT TO MENTION, SOME

 8    AMOUNT OF REBUTTAL TESTIMONY OR SURREBUTTAL TESTIMONY.

 9    THERE'S A BIG QUESTION MARK.

10              OKAY.  SO 1:30, FIVE MINUTES BEFORE THE

11    JURY GETS BACK.  THANK YOU.

12        MR. ALTMAN:  THANK YOU.

13

14

15              (THE PROCEEDINGS ARE CONTINUED TO

16               1:30 P.M.)

17

18              (THE NEXT PAGE NUMBER IS 151.)

19

20

21

22

23

24

25

26

27

28
```

```
 1            SUPERIOR COURT OF THE STATE OF CALIFORNIA

 2                 FOR THE COUNTY OF LOS ANGELES

 3    DEPARTMENT 58           HON. JOHN P. DOYLE, JUDGE

 4

 5    ARIEL MYERS,                   )
                                     )
 6                    PLAINTIFF,     )
                                     )
 7         VS.                       ) CASE NO. BC638302
                                     )
 8    FORD MOTOR COMPANY, ET AL.,    )
                                     ) REPORTER'S CERTIFICATE
 9                    DEFENDANTS.    )
      _____)
10

11

12

13            I, VIENNA NGUYEN, OFFICIAL REPORTER PRO

14    TEMPORE OF THE SUPERIOR COURT OF THE STATE OF

15    CALIFORNIA, FOR THE COUNTY OF LOS ANGELES, DO HEREBY

16    CERTIFY THAT THE FOREGOING PAGES, 1 THROUGH 75/150,

17    COMPRISE A FULL, TRUE, AND CORRECT TRANSCRIPT OF THE

18    PROCEEDINGS AND TESTIMONY TAKEN IN THE ABOVE-ENTITLED

19    CAUSE ON MARCH 27, 2018.

20            DATED THIS 27TH DAY OF MARCH, 2018.

21

22

23

24

25    VIENNA NGUYEN, CSR NO. 13137

26    OFFICIAL REPORTER PRO TEMPORE

27

28
```