BAR #ARD139427  EPA #CAD981571821

4570 Mission Bay Drive l San Diego CA 92109

*By law you have the right to have emissions service done at the facility of your choosing.*

**858-273-7500**

| Owner/Driver Information: | | Billing Information: | | Service Invoice |
|---|---|---|---|---|
| **JUSTICE DUERKSEN** | 558978 | **FORD MOTOR CO** | 100000 | R020374853:01 |
| 8936 CAMINITO FRESCO | | | | |
| LA JOLLA  CA  92037 | | SAN DIEGO CA  92109 | | License Plate |
| *Home Phone:* | | *Reference:* | | **6USY887** |
| *Work Phone:* 9493633770 | | *Billing:* W | | Tag Number |
| *Alternate Phone:* | | *Terms:* NET30 | | **GONE** |

Please provide your primary Email address

| Date In | Mileage In | Date Out | Mileage Out | Service Advisor |
|---|---|---|---|---|
| 5/17/2017  11:52 a.m. | 52,960 | 5/20/2017  8:46 a.m. | 529,670 | **Joshua Kinghorn** |

| Year, Make, Model | V.I.N. | Unit Id | Exterior / Interior Color | In Service Date |
|---|---|---|---|---|
| 2013 FORD FIESTA | 3FADP4EJXDM129975 | 637733 | INGOT SILVER / | 10/12/2012 |

| Description / Item | Qty | Price | Extended |
|---|---|---|---|
| **ALL PARTS NEW UNLESS OTHERWISE SPECIFIED\*** | | | |

**Service Request #1**                                                      Completed by   6291
                                                                                          6291
                                                                                          6291

| *Condition* | Perform 99P Inspection [M] |
| *Cause* | 99P |
| *Correction* | COMPLETE |

- CUSTOMER PROVIDED WITH COPY OF MPI AS AN EXTENSION OF THE INVOICE
- DOCUMENT OUT MILEAGE___52970___
- BRAKES NOT INSPECTED UNLESS OTHERWISE SPECIFIED
- REFER TO SEPARATE  REPORT CARD ATTACHMENT
- CHECK AND SET TIRE PRESSURE LF__32___PSI RF__32___PSI LR__32__PSI RR_32___PSI

| | |
|---|---|
| PERFORM MULTIPOINT INSPECTION | 0.00 |
| TIRES ARE IN YELLOW ZONE, WILL NEED FUTURE ATTENTION | 0.00 |
| BRAKES ARE IN YELLOW ZONE, WILL NEED FUTURE ATTENTION | 0.00 |

\* Ford Remanufactured components are represented by a part number suffix containing "RM"

Form Ver: 071806-1101                             Service Order Originated on:  Wednesday, May 17, 2017






MOSSY 000001

Owner/Driver: **JUSTICE DUERKSEN**
Service Invoice: **\*R020374853:01\***
Page 2 of 7

| Description / Item | Qty | Price | Extended |
|---|---|---|---|

**Service Request #1**     Completed by  6291
    6291
    6291

*Condition*    Perform 99P Inspection [M]
*Cause*    99P
*Correction*    COMPLETE

| Labor: $0.00 | Parts: $0.00 | Sublet: $0.00 | Subtotal for Request #1 | **$0.00** |
|---|---|---|---|---|

Tech #     Start:     End:     Mins Elapsed:
   Total Minutes Recorded:     = hours

**Service Request #2**     Completed by  6291

*Condition*    CUSTOMER STATES STALLING FROM VEHICLE THEN SHUTTER WHEN ATTEMPTING TO ACCELERATE. JOB AID ATTACHED, CHECK AND ADVISE.

   Perform Warranty Repairs as Outlined

*Cause*    clutch
*Correction*    COMPLETE VERIFIED CUSTOMER CONCERN FOR TRANS SHUTTER PERFORMED TSB 16-0109 TEST DROVE VEHICLE WHILE MONITORING TRANS PIDS FOR DPS6 FOUND SHUTTER OVER MIN SPEC RETRIVE RVC RP1FXLFLNRY62  DIRECTED TO REMOVE AND REPLACE CLUTCH. INSTALL NEW CLUTCH PERFOREMD CLUTCH RE LEARN WHEN PERFORMING RE LEARN TCM STARTED CLIKING AND WOULD NOT RE LEARN. CHECK ALL CONNECTOR FOR PROPER INSTALLING ALL GORUNDS VERFIED NO CONECTROS GOT CAUGHT/SMASHED DURING TRANS INSTALLATON PERFORMED SELF TEST NO DTCS PERFORMED PIN POINT FOR TCM CIRCUIT GOOD REPLACED TCM AND PERFOMRED CLUTCH RE LEARN SESSION WAS SUCCESFULL AFTER TCM REPLACEMENT. PERFORMED TEST DRIVE VERFIED REPAIR TORQUE TIRES TO 100FTLBS

12650D  .20
160109B  .60
160109C  4.7
7001D30  1.0
12650D45  .30

\* Ford Remanufactured components are represented by a part number suffix containing "RM"

Form Ver: 071806-1101     Service Order Originated on:  Wednesday, May 17, 2017

Owner/Driver: **JUSTICE DUERKSEN**

Service Invoice: **\*R020374853:01\***

Page 3 of 7

| Description / Item | Qty | Price | Extended |
|---|---|---|---|

**Service Request #2**  Completed by  6291

| | |
|---|---|
| Condition | CUSTOMER STATES STALLING FROM VEHICLE THEN SHUTTER WHEN ATTEMPTING TO ACCELERATE. JOB AID ATTACHED, CHECK AND ADVISE. |
| | Perform Warranty Repairs as Outlined |
| Cause | clutch |
| Correction | COMPLETE VERIFIED CUSTOMER CONCERN FOR TRANS SHUTTER PERFORMED TSB 16-0109 TEST DROVE VEHICLE WHILE MONITORING TRANS PIDS FOR DPS6 FOUND SHUTTER OVER MIN SPEC RETRIVE RVC RP1FXLFLNRY62 DIRECTED TO REMOVE AND REPLACE CLUTCH. INSTALL NEW CLUTCH PERFOREMD CLUTCH RE LEARN WHEN PERFORMING RE LEARN TCM STARTED CLIKING AND WOULD NOT RE LEARN. CHECK ALL CONNECTOR FOR PROPER INSTALLING ALL GORUNDS VERFIED NO CONECTROS GOT CAUGHT/SMASHED DURING TRANS INSTALLATON PERFORMED SELF TEST NO DTCS PERFORMED PIN POINT FOR TCM CIRCUIT GOOD REPLACED TCM AND PERFOMRED CLUTCH RE LEARN SESSION WAS SUCCESFULL AFTER TCM REPLACEMENT. PERFORMED TEST DRIVE VERFIED REPAIR TORQUE TIRES TO 100FTLBS |

```
12650D    .20
160109B   .60
160109C  4.7
7001D30  1.0
12650D45  .30
```

- quality checked by tech
- Perform Warranty Repairs as Outlined

| | Qty | Price | Extended |
|---|---|---|---|
| PLUG  [020F/F1FZ7H183A] | 1 | 0.92 | 0.92 |
| KIT - ELEMENT & GASKET - OIL F  [020M/FL910SB12] | 1 | 4.58 | 4.58 |
| MOTORCRAFT SAE 5W-20 API GF-5  [020F/XO5W20QSP] | 1 | 5.32 | 5.32 |
| FLUID - TRANSMISSION  [020F/XT11QDC] | 2 | 28.48 | 56.96 |
| BRAKE CLEANER  [020F/PM4A] | 4 | 4.23 | 16.92 |
| CLUTCH ASY  [020F/FA6Z7B546A] | 1 | 384.82 | 384.82 |
| SEAL ASY - OIL  [020F/EV6Z7052D] | 1 | 28.36 | 28.36 |
| Labor to Perform Warranty Repairs | | | 567.58 |

| Labor: $567.58 | Parts: $497.88 | Sublet: $0.00 | Subtotal for Request #2 | **$1,065.46** |
|---|---|---|---|---|

\* Ford Remanufactured components are represented by a part number suffix containing "RM"

Owner/Driver: **JUSTICE DUERKSEN**

Service Invoice: ***R020374853:01***

Page 4 of 7

| Description / Item | Qty | Price | Extended |
|---|---|---|---|

**Service Request #2**      Completed by   6291

| | |
|---|---|
| *Condition* | CUSTOMER STATES STALLING FROM VEHICLE THEN SHUTTER WHEN ATTEMPTING TO ACCELERATE. JOB AID ATTACHED, CHECK AND ADVISE. |
| | Perform Warranty Repairs as Outlined |
| *Cause* | clutch |
| *Correction* | COMPLETE VERIFIED CUSTOMER CONCERN FOR TRANS SHUTTER PERFORMED TSB 16-0109 TEST DROVE VEHICLE WHILE MONITORING TRANS PIDS FOR DPS6 FOUND SHUTTER OVER MIN SPEC RETRIVE RVC RP1FXLFLNRY62 DIRECTED TO REMOVE AND REPLACE CLUTCH. INSTALL NEW CLUTCH PERFOREMD CLUTCH RE LEARN WHEN PERFORMING RE LEARN TCM STARTED CLIKING AND WOULD NOT RE LEARN. CHECK ALL CONNECTOR FOR PROPER INSTALLING ALL GORUNDS VERFIED NO CONECTROS GOT CAUGHT/SMASHED DURING TRANS INSTALLATON PERFORMED SELF TEST NO DTCS PERFORMED PIN POINT FOR TCM CIRCUIT GOOD REPLACED TCM AND PERFOMRED CLUTCH RE LEARN SESSION WAS SUCCESFULL AFTER TCM REPLACEMENT. PERFORMED TEST DRIVE VERFIED REPAIR TORQUE TIRES TO 100FTLBS |

12650D .20
160109B .60
160109C 4.7
7001D30 1.0
12650D45 .30

Tech # 6291    Start: 5/19/2017  7:59:33AM    End: 5/19/2017  2:59:33PM    Mins Elapsed: 420

Total Minutes Recorded: 420    = 7.00 hours

**Service Request #3**      Completed by   6291

\* Ford Remanufactured components are represented by a part number suffix containing "RM"

Owner/Driver: **JUSTICE DUERKSEN**
Service Invoice: ***R020374853:01***
Page 5 of 7

| Description / Item | Qty | Price | Extended |
|---|---|---|---|

**Service Request #3**    Completed by   6291

*Condition*    COOLANT LEAKING FROM WATER PUMP

Perform Warranty Repairs as Outlined

PART NUMBER: 8501 (PUMP ASY WATER)
REPAIR DATE: 05/20/2017
REPAIR DISTANCE 52960 Miles
COUNTRY: USA
STATE: CA
IS COVERED UNDER - POWERTRAIN WARRANTY

*Cause*    WATER PUMP
*Correction*    PRESSURIZED COOLING SYSTEM FOUND WATER PUMP LEAKING REMOVE TIMING COVER TIMING BELT  REPLACED WATER PUMP AND GASKET INTALLNEW WATER PUMP AND GASKET REPLACED SERPENTINE BELT  PERFORMED TEST DRIVE VERIFIED REPAIR NO OMRE COOLNAT LEAK S AT THIS TIME

   8005D   .40
   8501A   1.9

- quality checked by tech
- Perform Warranty Repairs as Outlined

| Description / Item | Qty | Price | Extended |
|---|---|---|---|
| PUMP ASY - WATER  [020F/7S7Z8501L] | 1 | 70.31 | 70.31 |
| GASKET - WATER PUMP  [020F/BE8Z8507A] | 1 | 1.83 | 1.83 |
| ANTI-FREEZE  [020M/VC3B] | 2 | 23.46 | 46.92 |
| KIT - DRIVE BELTS  [020M/JK6414A] | 1 | 68.11 | 68.11 |
| Labor to Perform Warranty Repairs | | | 246.31 |

Labor: $246.31    Parts: $187.17    Sublet: $0.00    Subtotal for Request #3    **$433.48**

Tech # 6291    Start: 5/20/2017  7:02:07AM    End: 5/20/2017  9:20:07AM    Mins Elapsed: 138
Total Minutes Recorded: **138** = 2.30 hours

**Service Request #4**    Completed by

*Condition*    Supply Customer with Rental Vehicle

* Ford Remanufactured components are represented by a part number suffix containing "RM"

Form Ver: 071806-1101      Service Order Originated on: Wednesday, May 17, 2017

Owner/Driver: **JUSTICE DUERKSEN**
Service Invoice: ***R020374853:01***

Page 6 of 7

| Description / Item | Qty | Price | Extended |
|---|---|---|---|
| **Service Request #4** | | | Completed by |
| **Condition** Supply Customer with Rental Vehicle | | | |
| **Cause** | | | |
| **Correction** | | | |
| • Supply Customer with Rental Vehicle | | | |
| MOSSY CAR RENTAL  [RENTAL] | 1 | 90.00 | 90.00 |
| Labor: $0.00   Parts: $0.00   Sublet: $90.00   Subtotal for Request #4 | | | **$90.00** |

Tech #      Start:           End:           Mins Elapsed:
                                   Total Minutes Recorded:      = hours

| Description / Item | Qty | Price | Extended |
|---|---|---|---|
| **Service Request #5** | | | Completed by  6291 |
| | | | 6291 |
| **Condition** TRANSMISSION WILL NOT RE LEARN AFTER CLUTCH REPAIR LINE 2 | | | |
| **Cause** | | | |
| **Correction** | | | |
| • quality checked by tech | | | |
| • Perform Warranty Repairs as Outlined | | | |
| MODULE - TRANSMISSION CONTROL  [020F/AE8Z7Z369F] | 1 | 342.54 | 342.54 |
| Labor to Perform Warranty Repairs | | | 192.76 |
| Labor To Diagnose: | | | 0.00 |
| Labor: $192.76   Parts: $342.54   Sublet: $0.00   Subtotal for Request #5 | | | **$535.30** |

Tech # 6291   Start: 5/24/2017  7:08:36AM   End: 5/24/2017  7:58:36AM   Mins Elapsed:  50
Tech # 6291   Start: 5/19/2017  3:06:46PM   End: 5/19/2017  4:51:09PM   Mins Elapsed:  105
                                   Total Minutes Recorded:   **155**   = 2.58 hours

Additional or Supplemental Authorizations:

* Ford Remanufactured components are represented by a part number suffix containing "RM"

Form Ver: 071806-1101                                  Service Order Originated on:  Wednesday, May 17, 2017

MOSSY 000006

Owner/Driver: **JUSTICE DUERKSEN**

Service Invoice: ***R020374853:01***

Page 7 of 7

| Description / Item | Qty | Price | Extended |
|---|---|---|---|

| | | |
|---|---|---|
| Original Estimate: **$N/A** | Revised Estimate: **N/A** | Subtotal: 2,124.24 |
| | | Supplies: 0.00 |
| **Acknowledgement:** I acknowledge notice and oral approval of an increase in the original estimated price. | Customer Initials | Taxes: 0.00 |
| **Acknowledgement:** I acknowledge receipt of the vehicle, and all services. parts, and labor described herin. | | |
| Customer Signature: _____ | Date: _____ | **Total:** **2,124.24** |

* Ford Remanufactured components are represented by a part number suffix containing "RM"

Form Ver: 071806-1101                                          Service Order Originated on: Wednesday, May 17, 2017

MOSSY 000007