Server Name : AWS New Prod AWSPPRDDG Claims loaded through 22-JUN-2018

*ANALYTICAL WARRANTY SYSTEM*

Home | Overview | Statistics | Documentation | Download | Online Reports | Utilities | Contact Us

# Standard Claims List For Model Year 2011

Note: All Costs are in US Dollars

| VIN | VEH LINE | MKT DERIV | BODY CAB | VER SERIES | DRIVE TYPE | PLT CD | TRS CD | ENG CD | PROD DATE | WARR DATE | SELLING DEALER | SELL CNT | TIS | WCC | CPSC_6 | PREF | BASE | SUFF | VRT | FUNCTION | VFG | CCC | CD | DIST(Miles) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 3FADP4EJ9BM233967 | C/CH | F | C/AD | C/QC | C/A | A2 | C/CQ | C/TS | 17-JUN-2011 | 19-JUL-2011 | 171084 | USA | 48 | 4A01 | 080101 | * | 7B546 | * | F04 | F4 | V48 | P68 | 14 | 37050 |

| AWS Claim Key: | 12317675 | FCC Auth: | 1 | Trx Code: | E95 | Labor Hrs: | 1.1 | Labor Cost: | 120.65 | Material Cost: | 0 | Total Cost: | 120.65 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Dlr Cd-Sub Cd: | 06501-* | Name: PENSKE FORD | | Ph: | 619-4647777 | St: CA Ctry Cd: | | USA Reg Cd: | NA | Repr Date:17-JUN-2015 | | Doc #:071879A | |

| Cust Comments: | CUSTOMER REPORTS THAT THE TRANSMISSION SHUTTERS ON TAKE OFFS, BOTH HOT AND COLD. |
|---|---|
| Tech Comments: | INSPECT FOR TRANS LEAK, NO LEAK FOU ND.ROADTEST,VERIFY EXCESSIVE CLUTCH SHUDDER.REPRO GRAM PCM AND TCM.PERFORM ADAPTIVE LEARN PROCEDURE.RETEST,SHUDDER IS EXCESSIVE. SAVE AND UPLOAD IDS SESSION DATA. SOP CLUTCH CONDITION CODE:14 CASUAL PART:7B546 LABOR OPERATION 150090L 1.1 |

| 3FADP4EJ9BM233967 | C/CH | | C/AD | C/QC | C/A | A2 | C/CQ | C/TS | 17-JUN-2011 | 19-JUL-2011 | 171084 | USA | 48 | * | * | * | * | * | F09 | F9 | V00 | * | * | 37050 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

| AWS Claim Key: | 12317674 | FCC Auth: | O | Trx Code: | 12C26 | Labor Hrs: | .2 | Labor Cost: | 21.94 | Material Cost: | 0 | Total Cost: | 21.94 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Dlr Cd-Sub Cd: | 06501-* | Name: PENSKE FORD | | Ph: | 619-4647777 | St: CA Ctry Cd: | | USA Reg Cd: | NA | Repr Date:17-JUN-2015 | | Doc #:071879A | |

| Cust Comments: | 12C26 REPROGRAM TESTRAINT CONTROL M ODULE. |
|---|---|
| Tech Comments: | REPROGRAM RCM PER RECALL 12C26B .2 FLAG .2 |

| 3FADP4EJ9BM233967 | C/CH | F | C/AD | C/QC | C/A | A2 | C/CQ | C/TS | 17-JUN-2011 | 19-JUL-2011 | 171084 | USA | 49 | 4B03 | 070101 | CA6Z | 7A508 | E | F04 | F4 | V48 | N16 | 42 | 37572 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

| AWS Claim Key: | 12416158 | FCC Auth: | 1 | Trx Code: | E95 | Labor Hrs: | 0 | Labor Cost: | 148.32 | Material Cost: | 0 | Total Cost: | 148.32 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Dlr Cd-Sub Cd: | 06501-* | Name: PENSKE FORD | | Ph: | 619-4647777 | St: CA Ctry Cd: | | USA Reg Cd: | NA | Repr Date:16-JUL-2015 | | Doc #:075097D | |

| Cust Comments: | TECH NOTES THAT UPON INSPECTION THE THE CLUTCHES THE RELEASE BEARING STICKS. |
|---|---|
| Tech Comments: | REPLACE WORN CLUTCH RELEASE BEARING FOUND DURING CLUTCH REPLACEMENT. |

| 3FADP4EJ9BM233967 | C/CH | F | C/AD | C/QC | C/A | A2 | C/CQ | C/TS | 17-JUN-2011 | 19-JUL-2011 | 171084 | USA | 49 | 4A01 | 070101 | BV6Z | 7B546 | F | F04 | F4 | V48 | P68 | 14 | 37572 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

| AWS Claim Key: | 12419722 | FCC Auth: | 1 | Trx Code: | E95 | Labor Hrs: | 4.9 | Labor Cost: | 540.13 | Material Cost: | 430.61 | Total Cost: | 970.74 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Dlr Cd-Sub Cd: | 06501-* | Name: PENSKE FORD | | Ph: | 619-4647777 | St: CA Ctry Cd: | | USA Reg Cd: | NA | Repr Date:16-JUL-2015 | | Doc #:075097A | |

| Cust Comments: | CUSTOMER REPORTS THAT THE TRANSMISSION SHUTTER ON TAKE OFFS (SOP PARTS ARE HERE) |
|---|---|
| Tech Comments: | ROADTEST AND VERIFY CONCERN.REPROGRAM THE PCM/TCM, VISUALLY INSPECT FOR TRANSMISSION FLUID LEAK,NO LEAK PRESENT. PERFORM TRANSMISSION IDS CLUTCH ADAPTIVE LEARN, ROAD TEST AND RECORD PIDS, REVIEW AND PERFORM CALCULATIONS, CLUTCH SLIP IS EXCESSIVE.SAVE AND UPLOSD.SESSION.REMOVE TRANS, REPLACE BOTH INNER AND OUTER INPUT SHAFT SEALS, REPLACE CLUTCH AND PERFORM IDS CLUTCH ADAPTIVE LEARN PER TSB 15-0090 |

| 3FADP4EJ9BM233967 | C/CH | F | C/AD | C/QC | C/A | A2 | C/CQ | C/TS | 17-JUN-2011 | 19-JUL-2011 | 171084 | USA | 71 | * | * | * | * | * | F09 | F9 | V00 | * | * | 51743 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

| AWS Claim Key: | 14378461 | FCC Auth: | O | Trx Code: | 15B22 | Labor Hrs: | .6 | Labor Cost: | 67.06 | Material Cost: | 0 | Total Cost: | 67.06 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Dlr Cd-Sub Cd: | 06501-* | Name: PENSKE FORD | | Ph: | 619-4647777 | St: CA Ctry Cd: | | USA Reg Cd: | NA | Repr Date:10-MAY-2017 | | Doc #:33582A | |

| Cust Comments: | TRANSMISSION CONTROL MODULE REPROGRAMMING FOR OVERT TCM FAILURE WARNING. RECALL 1 5B22 |
|---|---|
| Tech Comments: | REPROGRAM PCM/TCM AND PERFORM TCM ADAPTIVE LEARNING PER (RECALL 15B22) B06 |

| 3FADP4EJ9BM233967 | C/CH | F | C/AD | C/QC | C/A | A2 | C/CQ | C/TS | 17-JUN-2011 | 19-JUL-2011 | 171084 | USA | 71 | * | * | * | * | * | F09 | F9 | V00 | * | * | 51743 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

| AWS Claim Key: | 14378469 | FCC Auth: | S | Trx Code: | 15S16 | Labor Hrs: | 3.1 | Labor Cost: | 346.49 | Material Cost: | 75.64 | Total Cost: | 422.13 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Dlr Cd-Sub Cd: | 06501-* | Name: PENSKE FORD | | Ph: | 619-4647777 | St: CA Ctry Cd: | | USA Reg Cd: | NA | Repr Date:10-MAY-2017 | | Doc #:33582D | |

| Cust Comments: | DOOR LATCH REPLACEMENT. RECALL 15S1 6 |
|---|---|
| Tech Comments: | REPLACE ALL 4 DOOR LATCHES.... 15S16B 3.1 |

| 3FADP4EJ9BM233967 | C/CH | F | C/AD | C/QC | C/A | A2 | C/CQ | C/TS | 17-JUN-2011 | 19-JUL-2011 | 171084 | USA | 71 | * | * | * | * | * | F09 | F9 | V00 | * | * | 51743 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

| AWS Claim Key: | 14378470 | FCC Auth: | O | Trx Code: | 14M01 | Labor Hrs: | 5.3 | Labor Cost: | 592.38 | Material Cost: | 421.64 | Total Cost: | 1074.02 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|