Server: **AWS Prod**
Claims loaded through: **09-JAN-2018**

## STANDARD CLAIMS LIST

### AWS Online Report

*Run Date: 10-JAN-18*
*Note: All Costs are in US Dollars*

| VIN | AWS VL | WERS VL | MKT DER | BODY CAB | VER SERIES | DRIVE TYPE | PLANT CD | TRANS CD | ENG COD | PROD DATE | WARR DATE | SELLING DEALER | SELL CNT | TIS | WCC | PREF | BASE | SUFF | VRT | FUNCTION | VFG | CCC | CD |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 3FADP4EJXDM129975 | BB | C/CH | F | C/AD | C/QC | C/A | A2 | C/CQ | C/TS | 18-AUG-2012 | 12-OCT-2012 | 171093 | USA | 0 | * | * | * | * | F09 | F9 | V00 | * | * |

| | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **AWS Claim Key:** | 116077 | **Doc #:** 103993A | **FCC Auth:** | O | **Trx Code:** | | 12C26 | **Labor Hrs:** | .2 | **Labor Cost:** | 22.22 | **Material Cost:** | 0 | **Total Cost:** 22.22 |
| **Dlr Cd-Sub Cd:** | 05547-* | **Name:** HUNTINGTON BEACH FORD | **Ph:** | 714-8426611 | **St:** CA | **Ctry Cd:** USA | **Reg Cd:** | NA | **Repr Date:** 03-OCT-2012 | **RL Cmplt Date:** 06-OCT-2012 | **DIST (Mile):** 11 |
| **Cust Comments:** | PERFORM 12C26 REPROGRAM RESTRAINT CONTROL MODULE |
| **Tech Comments:** | PROGRAM MODULE AS PER RECALL.12C26B 0.2 |

| VIN | AWS VL | WERS VL | MKT DER | BODY CAB | VER SERIES | DRIVE TYPE | PLANT CD | TRANS CD | ENG COD | PROD DATE | WARR DATE | SELLING DEALER | SELL CNT | TIS | WCC | PREF | BASE | SUFF | VRT | FUNCTION | VFG | CCC | CD |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 3FADP4EJXDM129975 | BB | C/CH | F | C/AD | C/QC | C/A | A2 | C/CQ | C/TS | 18-AUG-2012 | 12-OCT-2012 | 171093 | USA | 28 | 6Y20 | * | RENTAL | * | F07 | F7 | V03 | S55 | D4 |

| | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **AWS Claim Key:** | 10921055 | **Doc #:** 425494B | **FCC Auth:** | B | **Trx Code:** | P18 | **Labor Hrs:** | 0 | **Labor Cost:** | 0 | **Material Cost:** | 0 | **Total Cost:** 60 |
| **Dlr Cd-Sub Cd:** | 08556-* | **Name:** AUTONATION FORD BELLEVUE | **Ph:** | 425-4542454 | **St:** WA | **Ctry Cd:** USA | **Reg Cd:** | NA | **Repr Date:** 27-JAN-2015 | **RL Cmplt Date:** 27-JAN-2015 | **DIST (Mile):** 25925 |
| **Cust Comments:** | TRANSPORTATION ASSISTANCE |
| **Tech Comments:** | PROVIDED TRANSPORTATION ASSISTANCE |

| VIN | AWS VL | WERS VL | MKT DER | BODY CAB | VER SERIES | DRIVE TYPE | PLANT CD | TRANS CD | ENG COD | PROD DATE | WARR DATE | SELLING DEALER | SELL CNT | TIS | WCC | PREF | BASE | SUFF | VRT | FUNCTION | VFG | CCC | CD |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 3FADP4EJXDM129975 | BB | C/CH | F | C/AD | C/QC | C/A | A2 | C/CQ | C/TS | 18-AUG-2012 | 12-OCT-2012 | 171093 | USA | 28 | 4A01 | * | 7B546 | * | F04 | F4 | V48 | P66 | 14 |

| | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **AWS Claim Key:** | 10908704 | **Doc #:** 425494A | **FCC Auth:** | 1 | **Trx Code:** | E84 | **Labor Hrs:** | 5.8 | **Labor Cost:** | 630.29 | **Material Cost:** | 661.55 | **Total Cost:** 1291.84 |
| **Dlr Cd-Sub Cd:** | 08556-* | **Name:** AUTONATION FORD BELLEVUE | **Ph:** | 425-4542454 | **St:** WA | **Ctry Cd:** USA | **Reg Cd:** | NA | **Repr Date:** 27-JAN-2015 | **RL Cmplt Date:** 27-JAN-2015 | **DIST (Mile):** 25925 |
| **Cust Comments:** | C/S THE VEHICLE SHUDDERS ON ACCEL |
| **Tech Comments:** | VERIF CRN.UPDATED PCM/TCM TO LATEST CALIBRATION.PERFORMED PINPOINT TEST FOUND SHUDDER AT 407RPM.REOVED TRANSPORTATION AND CLUTCH ASSEMBLY.NO FLUID LEAKS PRESENT.INSTLL UPDATED INPUT SHAFT SEALS.INSTLL NEW CLUTCH.REINSTLL TRANSPORTATION.PERF ADAPTIVE RELEARN.RD TEST ALL OK |