```
 1  SPENCER P. HUGRET (SBN: 240424)
    MOLLY J. MROWKA (SBN: 190133)
 2  GORDON REES SCULLY MANSUKHANI, LLP
 3  275 Battery Street, Suite 2000
    San Francisco, CA 94111
 4  Telephone: (415) 875-3193
    Facsimile: (415) 986-8054
 5  shugret@grsm.com
    mmrowka@grsm.com
 6
    Attorneys for Defendant
 7  FORD MOTOR COMPANY
```

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: FORD MOTOR CO. DPS6 POWERSHIFT TRANSMISSION PRODUCTS LIABILITY LITIGATION, | CASE NO. 2:18-ML-02814-AB (FFMx) |
| | Assigned to: Judge Andre Birotte, Jr. Courtroom 7B |
| | **DECLARATION OF SPENCER P. HUGRET IN SUPPORT OF DEFENDANT FORD MOTOR COMPANY'S OPPOSITION TO PLAINTIFFS' MOTION TO REMAND** |
| **THIS DOCUMENT RELATES ONLY TO:** | |
| *MICHAEL D. BELL v. FORD MOTOR COMPANY, ET AL.*, 2:18-cv-01752-AB-FFM; and | |
| *AARON K. DUERKSEN v. FORD MOTOR COMPANY, ET AL.*, 2:18-cv-01071-AB-FFM | Date: August 29, 2018<br>Time: 10:00 a.m.<br>Courtroom: 7B |

I, Spencer P. Hugret, declare:

1. I am an attorney admitted to practice before the United States District Court for the Central District of California and I am a partner with Gordon Rees Scully Mansukhani, LLP ("GRSM"), and counsel of record for Ford Motor Company ("Ford") in the above-referenced action, and in other member cases of MDL No. 2814. I have personal knowledge of the facts set forth herein and could testify competently if called upon to testify.

2. GRSM represents Ford in 35 DPS6 cases which are member cases of MDL No. 2814.

3. Ford made settlement offers to plaintiffs in thirteen (13) MDL No. 2814 member cases who are represented by Knight Law Group ("KLG") which are being handled by GRS&M. These settlement offers were made either on the same day as the filing of the Notice of Removal, or shortly thereafter.

4. To date, no plaintiff has accepted a settlement offer in a KLG case which is a member case of MDL No. 2814, which was served by GRS&M, on behalf of Ford.

5. KLG has filed hundreds of cases against Ford alleging defects in vehicles equipped with DPS6 transmissions. Attached as Exhibit A is a summary of the KLG DPS6 cases in the JCCP Northern and Southern litigation. In the vast majority of these cases, no dealer defendant is named.

6. Attached as Exhibit B is a summary of the KLG member cases of MDL No. 2814.

7. Before Ford began asserting its right to remove these DPS6 cases to federal court, KLG did not name dealers as defendants and did not allege that the vehicles at issue had been negligently stored, prepared, or repaired. (*See* Exhibit B.)

1

DECLARATION OF SPENCER P. HUGRET IN SUPPORT OF DEFENDANT FORD MOTOR COMPANY'S OPPOSITION TO PLS' MOTION TO REMAND

8. Before January 18, 2018, KLG filed 45 cases which were removed to federal court and became part of the MDL No. 2814. (*See* Exhibit B.) In none of these cases did KLG name a dealer as a defendant. (*Id.*)

9. Starting on January 18, 2018—after Ford began removing DPS6 cases to federal court and after it sought creation of an MDL—KLG for the first time began inserting the names of dealers in the caption of DPS6 cases that it filed in state court. (*See* Exhibit B.)

10. KLG filed 72 DPS6 cases after January 18, 2018 which are now member cases of MDL No. 2814. (*See* Exhibit B.) KLG inserted dealers in the caption of 65 of these cases. (*Id.*)

11. KLG has not amended, or filed motions to amend, DPS6 member cases of MDL No. 2814, filed before January 18, 2018, to add dealers as defendants. (*See* Exhibit B.)

12. In 33 cases out of the 65 where KLG inserted the names of dealers in the caption, no Negligent Repair cause of action was made against the dealers in the body of the complaints. (*See* Exhibit B.)

13. In 32 cases out of the 65 where KLG inserted the names of dealers in the caption, including *Bell* and *Duerksen*, KLG used identical language—including an identical typographical or grammatical error—to vaguely allege that all of these dealers "failed to properly store, prepare and repair of [sic] the Subject Vehicle in accordance with industry standards." (*See* Exhibit B.)

14. In none of the MDL No. 2814 member cases in which KLG has named a dealer as a defendant does a plaintiff pray for relief from, or demand judgment against, the dealers, with the exception of the *Nguyen v. Ford Motor Company, et al*, 5:18-cv-01203-AB-FFM, case, in which the allegations against the dealer includes the additional sentence: "Plaintiff also seeks attorneys fees and costs." (*See* Exhibit B.)

///

1       I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this declaration was executed this 20th day of July, in San Francisco, California.

/s/Spencer P. Hugret
Spencer P. Hugret