# EXHIBIT B

KLG MDL No. 2814 Cases

| Date of Removal | Date of Inclusion in MDL | Case Name | Central District Case No. | Original District | Plaintiff's Firm | Defense Firm | Any Additional Defendants? | Negligent Repair COA Alleged? | Language of Negligent Repair COA identical? | KLG Typo "of the" in the fourth paragraph of the Negligent Repair COA? |
|---|---|---|---|---|---|---|---|---|---|---|
| 9/8/2017 | 2/6/2018 | Alonso, Andrea v. Ford Motor Company | 2:17-cv-06622-AB-FFM | Central | Knight Law Group & Kiesel | Gordon Rees Scully Mansukhani | Does 1-10 | No. | | |
| 9/8/2017 | 2/6/2018 | Bagwell, Robert v. Ford Motor Company | 2:17-cv-06632-AB-FFM | Central | Knight Law Group & Kiesel | Gordon Rees Scully Mansukhani | Does 1-10 | No. | | |
| 9/8/2017 | 2/6/2018 | Barrales, Aristeo v. Ford Motor Company | 2:17-cv-06638-AB-FFM | Central | Knight Law Group & Kiesel | Gordon Rees Scully Mansukhani | Does 1-10 | No. | | |
| 9/8/2017 | 2/6/2018 | Fort, Sharon v. Ford Motor Company | 2:17-cv-06631-AB-FFM | Central | Knight Law Group & Kiesel | Gordon Rees Scully Mansukhani | Does 1-10 | No. | | |
| 9/8/2017 | 2/6/2018 | Gibson, Robert S. v. Ford Motor Company, et al. | 2:17-cv-06644-AB-FFM | Central | Knight Law Group & Kiesel | Gordon Rees Scully Mansukhani | Does 1-10 | No. | | |
| 9/8/2017 | 2/6/2018 | Hermosillo, George O. v. Ford Motor Company | 2:17-cv-06651-AB-FFM | Central | Knight Law Group & Kiesel | Gordon Rees Scully Mansukhani | Does 1-10 | No. | | |
| 9/8/2017 | 2/6/2018 | Magana, Christopher, et al. v. Ford Motor Company, et al. | 2:17-cv-06653-AB-FFM | Central | Knight Law Group & Kiesel | Gordon Rees Scully Mansukhani | Does 1-10 | No. | | |

1

KLG MDL No. 2814 Cases

| | | | | | | |
|---|---|---|---|---|---|---|
| 9/8/2017 | 2/6/2018 | Mejia, Rodolfo v. Ford Motor Company, et al. | 2:17-cv-06654-AB-FFM | Central | Knight Law Group & Kiesel | Gordon Rees Scully Mansukhani | Does 1-10 | No. |
| 9/8/2017 | 2/6/2018 | Pedante, Mark v. Ford Motor Company, et al. | 2:17-cv-06656-AB-FFM | Central | Knight Law Group & Kiesel | Gordon Rees Scully Mansukhani | Does 1-10 | No. |
| 9/27/2017 | 2/6/2018 | Rojas, Daniel et al. v. Ford Motor Company, et al. | 2:18-cv-00961-AB-FFM | Southern | Knight Law Group & Kiesel | Snell & Wilmer | Does 1-10 | No. |
| 9/29/2017 | 2/6/2018 | Papamichael, George v. Ford Motor Company, et al. | 5:17-cv-01986-AB-FFM | Central | Knight Law Group & Kiesel | Snell & Wilmer | Does 1-10 | No. |
| 9/29/2017 | 2/6/2018 | Rule, Suzanne v. Ford Motor Company, et al. | 2:17-cv-07204-AB-FFM | Central | Knight Law Group & Kiesel | Snell & Wilmer | Does 1-10 | No. |
| 9/29/2017 | 2/6/2018 | Theade, Michael E. v. Ford Motor Company | 2:18-cv-00974-AB-FFM | Northern | Knight Law Group & Kiesel | Snell & Wilmer | Does 1-10 | No. |
| 9/29/2017 | 2/6/2018 | Wright, Kenneth L., et al. v. Ford Motor Company, et al. | 5:17-cv-01982-AB-FFM | Central | Knight Law Group & Kiesel | Snell & Wilmer | Does 1-10 | No. |
| 10/2/2017 | 2/6/2018 | Crespo, Delia v. Ford Motor Company, et al. | 2:17-cv-07297-AB-FFM | Central | Knight Law Group & Kiesel | Snell & Wilmer | Does 1-10 | No. |
| 10/2/2017 | 2/6/2018 | Gomez, Jose L. v. Ford Motor Company | 2:17-cv-07262-AB-FFM | Central | Knight Law Group & Kiesel | Snell & Wilmer | Does 1-10 | No. |
| 10/2/2017 | 11/9/2017 | Hogge, Bradford v. Ford Motor Company, et al. | 2:17-cv-07256-AB-FFM | Central | Knight Law Group & Kiesel | Snell & Wilmer | Does 1-10 | No. |

2

KLG MDL No. 2814 Cases

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 10/2/2017 | 2/6/2018 | Padilla, Ana R. v. Ford Motor Company, et al. | 2:17-cv-07236-AB-FFM | Central | Knight Law Group & Kiesel | Snell & Wilmer | Does 1-10 | No. |
| 10/2/2017 | 2/6/2018 | Rangel, Fernando, et al v. Ford Motor Company, et al. | 5:17-cv-02007-AB-FFM | Central | Knight Law Group & Kiesel | Snell & Wilmer | Does 1-10 | No. |
| 10/2/2017 | 2/6/2018 | Schatzman, Beth E. v. Ford Motor Company | 2:18-cv-00975-AB-FFM | Northern | Knight Law Group & Kiesel | Snell & Wilmer | Does 1-10 | No. |
| 10/2/2017 | 2/6/2018 | Zimmerschied, John, et al. v. Ford Motor Company | 2:18-cv-00995-AB-FFM | Eastern | Knight Law Group & Kiesel | Snell & Wilmer | Does 1-10 | No. |
| 10/3/2017 | 2/6/2018 | Malagon, Jean Mejia v. Ford Motor Company | 2:18-cv-00998-AB-FFM | Eastern | Knight Law Group & Kiesel | Snell & Wilmer | Does 1-10 | No. |
| 10/3/2017 | 2/6/2018 | Padilla, Silvestre, et al. v. Ford Motor Company, et al. | 5:17-cv-02015-AB-FFM | Central | Knight Law Group & Kiesel | Snell & Wilmer | Does 1-10 | No. |
| 10/3/2017 | 2/6/2018 | Perez, Veronica Ballesteros v. Ford Motor Company, et al. | 5:17-cv-02042-AB-FFM | Central | Knight Law Group & Kiesel | Snell & Wilmer | Does 1-10 | No. |
| 10/3/2017 | 2/6/2018 | Villalovos, Felix v. Ford Motor Company | 2:18-cv-00999-AB-FFM | Eastern | Knight Law Group & Kiesel | Snell & Wilmer | Does 1-10 | No. |
| 10/3/2017 | 2/6/2018 | West, Nicholas v. Ford Motor Company, et al. | 5:17-cv-02018-AB-FFM | Central | Knight Law Group & Kiesel | Snell & Wilmer | Does 1-10 | No. |

KLG MDL No. 2814 Cases

| | | | | | | |
|---|---|---|---|---|---|---|
| 10/4/2017 | 2/6/2018 | Berry, Edison T., et al. v. Ford Motor Company, et al. | 5:17-cv-02034-AB-FFM | Central | Knight Law Group & Kiesel | Snell & Wilmer | Does 1-10 | No. |
| 10/4/2017 | 2/6/2018 | Henry, Kenneth, et al. v. Ford Motor Company, et al. | 5:17-cv-02036-AB-FFM | Central | Knight Law Group & Kiesel | Snell & Wilmer | Does 1-10 | No. |
| 10/4/2017 | 2/6/2018 | Hernandez, Jose M. et al v. Ford Motor Company, et al. | 5:17-cv-02045-AB-FFM | Central | Knight Law Group & Kiesel | Snell & Wilmer | Does 1-10 | No. |
| 10/4/2017 | 2/6/2018 | Keating, Steve S. v. Ford Motor Company, et al. | 5:17-cv-02044-AB-FFM | Central | Knight Law Group & Kiesel | Snell & Wilmer | Does 1-10 | No. |
| 10/4/2017 | 2/6/2018 | Kennedy, Daniel P. v. Ford Motor Company, et al. | 2:18-cv-00971-AB-FFM | Central | Knight Law Group & Kiesel | Snell & Wilmer | Does 1-10 | No. |
| 10/4/2017 | 2/6/2018 | Raleigh, Ryan v. Ford Motor Company, et al. | 2:18-cv-00963-AB-FFM | Southern | Knight Law Group & Kiesel | Snell & Wilmer | Does 1-10 | No. |
| 10/4/2017 | 2/6/2018 | Rose, Tonya Lee, et al. v. Ford Motor Company, et al. | 2:18-cv-00967-AB-FFM | Southern | Knight Law Group & Kiesel | Snell & Wilmer | Does 1-10 | No. |
| 10/5/2017 | 2/6/2018 | Hiatt, Jean v. Ford Motor Company | 2:17-cv-07321-AB-FFM | Central | Knight Law Group & Kiesel | Snell & Wilmer | Does 1-10 | No. |
| 10/5/2017 | 2/7/2018 | Kane, Valerie M., et al. v. Ford Motor Company | 2:18-cv-01047-AB-FFM | Northern | Knight Law Group & Kiesel | Snell & Wilmer | Does 1-10 | No. |

4

# KLG MDL No. 2814 Cases

| Date | Date 2 | Case Name | Case Number | District | Plaintiff Counsel | Defense Counsel | Does | Removed? |
|---|---|---|---|---|---|---|---|---|
| 10/5/2017 | 2/6/2018 | McGinnis, Leonard C. v. Ford Motor Company, et al. | 5:17-cv-02047-AB-FFM | Central | Knight Law Group & Kiesel | Snell & Wilmer | Does 1-10 | No. |
| 10/5/2017 | 2/6/2018 | Trujillo, Guillermo, et al. v. Ford Motor Company | 2:17-cv-07322-AB-FFM | Central | Knight Law Group & Kiesel | Snell & Wilmer | Does 1-10 | No. |
| 10/5/2017 | 2/6/2018 | Mendoza, Ana L. v. Ford Motor Company, et al. | 2:18-cv-00956-AB-FFM | Southern | Knight Law Group & Kiesel | Snell & Wilmer | Does 1-10 | No. |
| 10/6/2017 | 2/6/2018 | Altamirano-Torres, Lorenzo v. Ford Motor Company, et al. | 2:17-cv-07338-AB-FFM | Central | Knight Law Group & Kiesel | Snell & Wilmer | Does 1-10 | No. |
| 10/6/2017 | 2/6/2018 | Barrack, David Mark v. Ford Motor Company | 2:18-cv-01000-AB-FFM | Eastern | Knight Law Group & Kiesel | Snell & Wilmer | Does 1-10 | No. |
| 10/6/2017 | 2/6/2018 | Becker, Dyanne, et al. v. Ford Motor Company | 2:18-cv-00942-AB-FFM | Northern | Knight Law Group & Kiesel | Snell & Wilmer | Does 1-10 | No. |
| 10/6/2017 | 2/6/2018 | Briggs, Nancy v. Ford Motor Company | 2:18-cv-01009-AB-FFM | Northern | Knight Law Group & Kiesel | Snell & Wilmer | Does 1-10 | No. |
| 10/6/2017 | 2/6/2018 | Lovest, Angela v. Ford Motor Company | 2:18-cv-01001-AB-FFM | Eastern | Knight Law Group & Kiesel | Snell & Wilmer | Does 1-10 | No. |
| 10/9/2017 | 2/6/2018 | Dobias, Wayne v. Ford Motor Company, et al. | 2:17-cv-07370-AB-FFM | Central | Knight Law Group & Kiesel | Snell & Wilmer | Does 1-10 | No. |

KLG MDL No. 2814 Cases

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 10/10/2017 | 2/6/2018 | Camargo, Nelson v. Ford Motor Company | 2:18-cv-01002-AB-FFM | Eastern | Knight Law Group & Kiesel | Snell & Wilmer | Does 1-10 | No. | |
| 1/18/2018 | 3/1/2018 | Martin, Charles, et al. v. Ford Motor Company, et al. | 2:18-cv-01750-AB-FFM | Northern | Knight Law Group & Kiesel | Gordon Rees Scully Mansukhani | Mossy Ford, Inc. | Yes | Yes. *See* FAC at ¶¶ 156-160. | Yes at ¶ 159 |
| 1/19/2018 | 3/1/2018 | Bell, Michael D. v. Ford Motor Company, et al. | 2:18-cv-01752-AB-FFM | Southern | Knight Law Group & Kiesel | Gordon Rees Scully Mansukhani | P.F. Automotive, LLC, a California Limited Liability Company, dba Penske Ford La Mesa | Yes | Yes, with the exception of a typo in ¶ 156. *See* FAC at ¶¶ 155-159. | Yes at ¶ 158 |
| 1/19/2018 | 3/1/2018 | Ford, Angie L., et al. v. Ford Motor Company | 2:18-cv-01745-AB-FFM | Eastern | Knight Law Group & Kiesel | Gordon Rees Scully Mansukhani | Downtown Ford Sales | Yes | Yes. *See* FAC at ¶¶ 159-163. | Yes at ¶ 162 |
| 1/22/2018 | 3/1/2018 | Duke, Michelle v. Ford Motor Company, et al. | 2:18-cv-01747-AB-FFM | Eastern | Knight Law Group & Kiesel | Gordon Rees Scully Mansukhani | Will Tiesiera Ford Inc. | No. | | |
| 1/25/2018 | 3/2/2018 | Henderson, Philip, et al. v. Ford Motor Company | 2:18-cv-01748-AB-FFM | Northern | Knight Law Group & Kiesel | Gordon Rees Scully Mansukhani | Price-Simms, Inc. a California Corporation dba Ford Lincoln Fairfield | Yes | Yes. *See* Complaint at ¶¶ 156-160. | Yes at ¶ 159 |

KLG MDL No. 2814 Cases

| Date 1 | Date 2 | Case Name | Case No. | District | Plaintiff Firm | Defense Firm | Defendant | Col 1 | Col 2 | Col 3 |
|---|---|---|---|---|---|---|---|---|---|---|
| 2/7/2018 | 2/14/2018 | Duerksen, Aaron K. v. Ford Motor Company, et al. | 2:18-cv-01071-AB-FFM | Central | Knight Law Group & Kiesel | Snell & Wilmer | Mossy Ford, Inc. | Yes | Yes. *See* Complaint at ¶¶ 156-160, "on numerous occasions" replaced with "for substantial repair" at ¶ 157. | Yes at ¶ 160 |
| 2/7/2018 | 2/13/2018 | Rios-Flores, Teresa v. Ford Motor Company, et al. | 2:18-cv-01070-AB-FFM | Central | Knight Law Group & Kiesel | Snell & Wilmer | Central Ford, Inc. | Yes. | Yes. *See* Complaint at ¶¶ 127-131. | Yes at ¶ 130. |
| 2/16/2018 | 2/26/2018 | Lopez, Jasmine v. Ford Motor Company, et al. | 2:18-cv-01255-AB-FFM | Central | Knight Law Group & Kiesel | Gordon Rees Scully Mansukhani | Hysen-Johnson Ford, Inc., dba Perry Ford Lincoln | No. | | |
| 2/20/2018 | 3/13/2018 | Hughes, Frank v. Ford Motor Company, et al. | 2:18-cv-02068-AB-FFM | Southern | Knight Law Group & Kiesel | Gordon Rees Scully Mansukhani | Vince Dixon Ford, Inc., dba Ken Grody Ford Carlsbad | No. | | |
| 2/22/2018 | 3/13/2018 | Meza, Emilia L., et al. v. Ford Motor Company, et al. | 2:18-cv-02069-AB-FFM | Southern | Knight Law Group & Kiesel | Gordon Rees Scully Mansukhani | PFCV, LLC, dba Penske Ford | Yes | Yes. *See* Complaint at ¶¶ 160-164. | Yes at ¶ 163. |
| 2/22/2018 | 3/26/2018 | Ortiz, David et al. v. Ford Motor Company | 2:18-cv-01465-AB-FFM | Central | Knight Law Group & Kiesel | Gordon Rees Scully Mansukhani | Does 1-10 | No. | | |

7

KLG MDL No. 2814 Cases

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 2/22/2018 | 3/30/2018 | Sotello, Lorrie Lee v. Ford Motor Company, et al. | 2:18-cv-02591-AB-FFM | Eastern | Knight Law Group & Kiesel | Stradling Yocca Carlson and Rauth PC | Haberfelde Ford, dba Jim Burke Ford Lincoln | Yes. | Yes, , with the exception of a typo in ¶ 58. See Complaint at ¶¶ 57-61. | Yes at ¶ 60. |
| 3/2/2018 | 3/29/2018 | Zea, Carlos, et al. v. Ford Motor Company, et al. | 2:18-cv-01831-AB-FFM | Central | Knight Law Group | Snell & Wilmer | David Wilson s Ford of Orange | No. | | |
| 3/2/2018 | 7/5/2018 | Abramson, Donna B. v. Ford Motor Company | 2:18-cv-01791-AB-FFM | Central | Knight Law Group | Snell & Wilmer | DWWVF, Inc., dba David Wilson's Villa Ford | No. | | |
| 3/5/2018 | 3/27/2018 | Bustamante, Miguel Vinces v. Ford Motor Company, et al. | 2:18-cv-02476-AB-FFM | Northern | Knight Law Group & Kiesel | Gordon Rees Scully Mansukhani | DGDG 16, LLC, dba Capitol Ford | No. | | |
| 3/5/2018 | 3/27/2018 | Jweainat, Waleed N. v. Ford Motor Company, et al. | 2:18-cv-02477-AB-FFM | Northern | Knight Law Group & Kiesel | Gordon Rees Scully Mansukhani | Nicholas K Corporation dba Ford Store San Leandro | Yes. | Yes. See Complaint at ¶¶ 156-160. | Yes at ¶ 159 |
| 3/7/2018 | 3/28/2018 | Briars, Justin v. Ford Motor Company, et al. | 2:18-cv-01896-AB-FFM | Central | Knight Law Group | Snell & Wilmer | Vista Ford Inc. a California Corporation, dba, Vista Ford Lincoln | No. | | |

8

KLG MDL No. 2814 Cases

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 3/7/2018 | 3/28/2018 | Franklin, Morgan, et al. v. Ford Motor Company, et al. | 2:18-cv-01908-AB-FFM | Central | Knight Law Group | Snell & Wilmer | Galpin Motors, Inc. a California Corporation doing business as Galpin Ford | No. | | |
| 3/7/2018 | 3/28/2018 | Hobart, Jeff K. v. Ford Motor Company, et al. | 2:18-cv-01893-AB-FFM | Central | Knight Law Group | Gordon Rees Scully Mansukhani | Eagle Motors, Inc. a California Corporation doing business asPaso Robles Ford Lincoln | No. | | |
| 3/7/2018 | 3/28/2018 | Warren, Kamisha R. v. Ford Motor Company, et al. | 2:18-cv-01885-AB-FFM | Central | Knight Law Group | Snell & Wilmer | Fox Hills Auto, Inc. doing business as Airport Marina Ford | Yes. | Yes. See Complaint at ¶¶ 158-162. | Yes at ¶ 161. |
| 3/7/2018 | 3/28/2018 | Zelaya, Marina v. Ford Motor Company, et al. | 2:18-cv-01880-AB-FFM | Central | Knight Law Group | Snell & Wilmer | Central Ford Automotive, Inc. a California Corporation doing business as Central Ford Automotive | No. | | |
| 3/7/2018 | 3/30/2018 | Rogers, Allan B. v. Ford Motor Company, et al. | 2:18-cv-02598-AB-FFM | Southern | Knight Law Group & Kiesel | Snell & Wilmer | Karhay LLC, dba Lake Elsinore Ford | Yes. | Yes. See Complaint at ¶¶ 158-162. | |

KLG MDL No. 2814 Cases

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 3/7/2018 | 3/27/2018 | Silva, John A. v. Ford Motor Company, et al. | 2:18-cv-02478-AB-FFM | Northern | Knight Law Group & Kiesel | Gordon Rees Scully Mansukhani | Salinas Valley Ford Sales | Yes. | Yes. *See* Complaint at ¶¶ 161-165. | Yes at ¶ 164. |
| 3/7/2018 | 3/30/2018 | Stevens, James, H., et al. v. Ford Motor Company, et al. | 2:18-cv-02596-AB-FFM | Southern | Knight Law Group & Kiesel | Snell & Wilmer | Wayne Gossett Ford, Inc., dba Encinitas Ford | Yes. | Yes. *See* Complaint at ¶¶ 154-158. | Yes at ¶ 157. |
| 3/7/2018 | 4/3/2018 | Vanni, Christopher v. Ford Motor Company, et al. | 2:18-cv-02473-AB-FFM | Eastern | Knight Law Group & Kiesel | Gordon Rees Scully Mansukhani | Bluesky Auto Group, Inc., dba Porterville Ford | Yes. | Yes, with the exception of a typo in ¶ 159. *See* Complaint at ¶¶ 158-162. | Yes at ¶ 161 |
| 3/7/2018 | 3/26/2018 | Wirth, Darice, A. v. Ford Motor Company, et al. | 5:18-cv-00463-AB-FFM | Central | Knight Law Group & Kiesel | Snell & Wilmer | Fiesta Ford | Yes. | Yes. *See* Complaint at ¶¶ 157-161. | Yes at ¶ 160. |
| 3/8/2018 | 3/28/2018 | Aguero, Francisca v. Ford Motor Company, et al. | 2:18-cv-01934-AB-FFM | Central | Knight Law Group | Snell & Wilmer | Central Ford Automotive, Inc. | No. | | |
| 3/8/2018 | 4/5/2018 | Fernandez, Sandra I. v. Ford Motor Company, et al. | 5:18-cv-00472-AB-FFM | Central | Knight Law Group | Snell & Wilmer | Jack Gosch Ford, Inc., dba Gosch Ford | No. | | |
| 3/8/2018 | 3/28/2018 | Tikotzinski, Deetie C. v. Ford Motor Company, et al. | 2:18-cv-01927-AB-FFM | Central | Knight Law Group | Snell & Wilmer | Does 1-10 | No. | | |

KLG MDL No. 2814 Cases

| Date | Date 2 | Case Name | Case Number | District | Plaintiff Firm | Defense Firm | Dealer | Fraud | Fraud Detail |
|---|---|---|---|---|---|---|---|---|---|
| 3/8/2018 | 3/27/2018 | Bowles, Benay Maureen v. Ford Motor Company, et al. | 2:18-cv-02474-AB-FFM | Northern | Knight Law Group & Kiesel | Gordon Rees Scully Mansukhani | Harvey M. Harper Co. | No. | |
| 3/8/2018 | 3/27/2018 | Braum, Victoria v. Ford Motor Company, et al. | 2:18-cv-02475-AB-FFM | Northern | Knight Law Group & Kiesel | Gordon Rees Scully Mansukhani | Cappo Management XXVIII, Inc. | Yes. | Yes. See Complaint at ¶¶ 157-161. Yes at ¶ 160 |
| 3/8/2018 | 3/28/2018 | Joe, Curtis, T. v. Ford Motor Company, et al. | 2:18-cv-02594-AB-FFM | Northern | Knight Law Group & Kiesel | Gordon Rees Scully Mansukhani | Nicholas K Corporation, dba The Ford Store San Leandro | No. | |
| 3/8/2018 | 3/30/2018 | Mercer, Darla Louise v. Ford Motor Company, et al. | 2:18-cv-02600-AB-FFM | Southern | Knight Law Group & Kiesel | Snell & Wilmer | Mossy Ford Inc. | No. | |
| 3/8/2018 | 3/30/2018 | Needy, John MW v. Ford Motor Company, et al. | 2:18-cv-02599-AB-FFM | Southern | Knight Law Group & Kiesel | Snell & Wilmer | El Cajon Motors, dba El Cajon Ford | No. | Yes. See Complaint at ¶¶ 157-161. Yes at ¶ 160 |
| 3/9/2018 | 3/28/2018 | Arcega, Ricardo, D. v. Ford Motor Company, et al. | 2:18-cv-01988-AB-FFM | Central10 | Knight Law Group | Snell & Wilmer | Johnson Ford, dba, Antelope Valley Ford Lincoln | Yes | Yes. See Complaint at ¶¶ 159-163. Yes at ¶ 162. |
| 3/9/2018 | 3/28/2018 | Reyes, Liceth v. Ford Motor Company, et al. | 2:18-cv-01996-AB-FFM | Central | Knight Law Group | Snell & Wilmer | Galpin Motors, Inc. | No. | |
| 3/9/2018 | 3/28/2018 | Smith, Sonja v. Ford Motor Company, et al. | 2:18-cv-01990-AB-FFM | Central | Knight Law Group | Snell & Wilmer | Johnson Ford, dba, Antelope Valley Ford Lincoln | Yes. | Yes. See Complaint at ¶¶ 164-168. Yes at ¶ 167. |

11

KLG MDL No. 2814 Cases

| Date | Date | Case Name | Case Number | District | Plaintiff's Counsel | Defense Counsel | Dealer Defendant | Dealer? | Complaint Cite |
|---|---|---|---|---|---|---|---|---|---|
| 3/9/2018 | 3/30/2018 | Hayden, Lee, et al. v. Ford Motor Company, et al. | 2:18-cv-02595-AB-FFM | Northern | Knight Law Group & Kiesel | Gordon Rees Scully Mansukhani | Towne Motor Company dba Towne Ford Sales | Yes. | Yes. *See* Complaint at ¶¶ 154-158. Yes at ¶ 157 |
| 3/12/2018 | 3/28/2018 | Gray, Stephen D. v. Ford Motor Company, et al. | 5:18-cv-00510-AB-FFM | Central | Knight Law Group | Stradling Yocca Carlson and Rauth PC | Vista Ford Inc., dba Vista Ford Lincoln | Yes. | Yes. *See* Complaint at ¶¶ 157-161. Yes at ¶ 160. |
| 3/12/2018 | 3/28/2018 | Amavisca, Jeronimo v. Ford Motor Company, et al. | 2:18-cv-02592-AB-FFM | Central | Knight Law Group | Gordon Rees Scully Mansukhani | Lithia FMF, Inc., dba Lithia Ford Lincoln of Fresno | No. | |
| 3/12/2018 | 3/28/2018 | Narducci, Shawna Marie v. Ford Motor Company, et al. | 5:18-cv-00494-AB-FFM | Central | Knight Law Group & Kiesel | Stradling Yocca Carlson and Rauth PC | Sunrise Ford | No. | |
| 3/13/2018 | 3/30/2018 | Leutkenhoelter, Susan M. v. Ford Motor Company, et al. | 2:18-cv-02593-AB-FFM | Eastern | Knight Law Group & Kiesel | Gordon Rees Scully Mansukhani | Downtown Ford Sales, Inc. | Yes | Yes, with the exception of a typo in ¶ 160. *See* Complaint at ¶¶ 159-163. Yes at ¶ 162 |
| 3/23/2018 | 3/28/2018 | Austin, Letitia N. v. Ford Motor Company, et al. | 2:18-cv-02385-AB-FFM | Central | Knight Law Group | Snell & Wilmer | Vista Ford Oxnard, LLC | No. | |
| 3/23/2018 | 3/28/2018 | Inglese, Robert v. Ford Motor Company, et al. | 2:18-cv-02367-AB-FFM | Central | Knight Law Group | Snell & Wilmer | Galpin Motors, Inc. | Yes. | Yes. *See* Complaint at ¶¶ 159-163. Yes at ¶ 162 |
| 3/23/2018 | 3/28/2018 | Robertson, James, et al. v. Ford Motor Company, et al. | 2:18-cv-02378-AB-FFM | Central | Knight Law Group | Snell & Wilmer | Walnut Creek Ford, Inc. | Yes. | Yes. *See* Complaint at ¶¶ 159-163. Yes at ¶ 162 |

KLG MDL No. 2814 Cases

| Date | Date 2 | Case Name | Case Number | District | Plaintiff Firm | Co-Counsel | Dealer | Dealer Named |
|---|---|---|---|---|---|---|---|---|
| 3/23/2018 | 4/6/2018 | Wyatt, Joan L. v. Ford Motor Company, et al. | 2:18-cv-02848-AB-FFM | Eastern | Knight Law Group & Kiesel | Gordon Rees Scully Mansukhani | Suburban Motors Inc, dba Future Ford of Sacramento | No. |
| 3/26/2018 | 4/12/2018 | Rodriguez, Horacio, et al. v. Ford Motor Company, et al. | 2:18-cv-02424-AB-FFM | Central | Knight Law Group | Snell & Wilmer | McCoy and Mills, dba, McCoy Mills Ford | No. |
| 5/24/2018 | 6/15/2018 | Cross, Jeannie v. Ford Motor Company | 2:18-cv-05377-AB-FFM | Eastern | Knight Law Group | Gordon Rees Scully Mansukhani | Does 1-10 | No. |
| 5/25/2018 | 6/14/2018 | Hohm, Timothy J., et al. v. Ford Motor Company, et al. | 2:18-cv-05311-AB-FFM | Northern | Knight Law Group | Gordon Rees Scully Mansukhani | Hilltop Ford | No. |
| 5/29/2018 | 6/14/2018 | Fernandez et al. v. Ford Motor Company, et al. | 2:18-cv-05310-AB-FFM | Northern | Knight Law Group | Gordon Rees Scully Mansukhani | Price Simms Ford | No. |
| 5/29/2018 | 6/7/2018 | McCaffrey, Andrew J. v. Ford Motor Company, et al. | 2:18-cv-04755-AB-FFM | Central | Knight Law Group | Stradling Yocca Carlson and Rauth PC | Theodore Robins, Inc., dba,Theodore Robins Ford | Yes. |
| 5/29/2018 | 6/7/2018 | Uhamaka, Sinakilea, et al. v. Ford Motor Company, et al. | 2:18-cv-04748-AB-FFM | Central | Knight Law Group | Stradling Yocca Carlson and Rauth PC | South Bay Ford, Inc., dba South Bay Ford Lincoln | Yes |
| 5/29/2018 | 6/18/2018 | Violante, Michael v. Ford Motor Company, et al. | 2:18-cv-05309-AB-FFM | Eastern | Knight Law Group | Gordon Rees Scully Mansukhani | Oroville Ford | Yes. |
| 5/31/2018 | 6/5/2018 | Avila, Abraham v. Ford Motor Company, et al. | 5:18-cv-01183-AB-FFM | Central | Knight Law Group | Snell & Wilmer | McCoy and Mills, dba, McCoy Mills Ford | No. |

| Allegation | Paragraphs |
|---|---|
| Yes. See Complaint at ¶¶ 158-162. | Yes at ¶ 161. |
| Yes. See Complaint at ¶¶ 157-161. | Yes at ¶ 160. |
| Yes. See Complaint at ¶¶ 161-165. | Yes at ¶ 164. |

KLG MDL No. 2814 Cases

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 5/31/2018 | 6/14/2018 | King, Kymberly N. v. Ford Motor Company, et al. | 2:18-cv-05312-AB-FFM | Southern | Knight Law Group | Stradling Yocca Carlson & Rauth | Vince Dixon Ford, Inc., dba Ken Grody Ford | No. | |
| 5/31/2018 | 6/7/2018 | Menchaca, Jose L. v. Ford Motor Company, et al. | 2:18-cv-04829-AB-FFM | Central | Knight Law Group | Snell & Wilmer | Does 1-10 | No. | |
| 6/1/2018 | 6/7/2018 | Beltran, Juan P., et al. v. Ford Motor Company, et al. | 2:18-cv-04906-AB-FFM | Central | Knight Law Group | Stradling Yocca Carlson and Rauth PC | Central Ford Automotive, Inc. | No. | |
| 6/1/2018 | 6/7/2018 | Connor, Marta, et al. v. Ford Motor Company, et al. | 2:18-cv-04858-AB-FFM | Central | Knight Law Group | Snell & Wilmer | NGP Motors, Inc., dba Sunrise Ford of North Hollywood | No. | |
| 6/1/2018 | 6/7/2018 | Haro, Aurora v. Ford Motor Company, et al. | 2:18-cv-04914-AB-FFM | Central | Knight Law Group | Stradling Yocca Carlson and Rauth PC | South Bay Ford Inc., dba South Bay Ford Inc. | No. | |
| 6/1/2018 | 6/7/2018 | McCabe, Lauren J. v. Ford Motor Company, et al. | 2:18-cv-04896-AB-FFM | Central | Knight Law Group | Snell & Wilmer | Fox Hills Auto Inc., dba, Airport Marina Ford | Yes. | Yes. See Complaint at ¶¶ 156-160. | Yes at ¶ 159. |
| 6/1/2018 | 6/7/2018 | Nguyen, Tuan V. Ford Motor Company, et al. | 5:18-cv-01203-AB-FFM | Central | Knight Law Group | Stradling Yocca Carlson & Rauth | York Enterprises South, Inc., dba Huntington Beach Ford | Yes. | Same five paragraphs (Complaint at ¶¶ 163-167), plus an additional allegation "Plaintiff also seeks attorneys fees and costs." (Id. at ¶168) | Yes at ¶ 166. |

KLG MDL No. 2814 Cases

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 6/1/2018 | 6/7/2018 | Rubio, Norma, et al. v. Ford Motor Company, et al. | 2:18-cv-04878-AB-FFM | Central | Knight Law Group | Snell & Wilmer | Bluesky Diversified, Inc., dba Puente Hills Ford | Yes. | The allegations are identical to the others with the exception that ¶ 154 is missing the phrase, "on numerous occasions." See Complaint at ¶¶ 153-157. Yes at ¶ 156. |
| 6/1/2018 | 6/7/2018 | Sanchez, Catherine v. Ford Motor Company, et al. | 2:18-cv-04885-AB-FFM | Central | Knight Law Group | Snell & Wilmer | Autoland Sales and Leasing, Inc, a California Corporation | No. | |
| 6/1/2018 | 6/5/2018 | Stiff, Brandi L. v. Ford Motor Company, et al. | 5:18-cv-01186-AB-FFM | Central | Knight Law Group | Snell & Wilmer | Does 1-10 | No. | |
| 6/1/2018 | 6/7/2018 | Wright, Jonathan David v. Ford Motor Company, et al. | 2:18-cv-04869-AB-FFM | Central | Knight Law Group | Snell & Wilmer | Galpin Motors, Inc., dba Galpin Ford | No. | |
| 6/15/2018 | 6/21/2018 | Romero-Hernandez, Mariana v. Ford Motor Company, et al. | 5:18-cv-01305-AB-FFM | Central | Knight Law Group | Stradling Yocca Carlson & Rauth | Citris Motors Ontario | No. | |
| 6/21/2018 | 6/26/2018 | Hinostroza, Roberto v. Ford Motor Company | 5:18-cv-01334-AB-FFM | Central | Knight Law Group | Stradling Yocca Carlson & Rauth | Karhay, LLC, dba, Lake Elsinore Ford | No. | |

KLG MDL No. 2814 Cases

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 6/21/2018 | 6/27/2018 | Pizarro, Sergio J., et al. v. Ford Motor Company, et al. | 5:18-cv-01360-AB-FFM | Central | Knight Law Group | Snell and Wilmer, LLP | Theodore Robins Leasing Co., dba Theodore Robins Ford | Yes. | Yes. See Complaint at ¶¶ 158-162. | Yes at ¶ 161. |
| 6/22/2018 | 6/27/2018 | Chao, Ricardo A. v. Ford Motor Company, et al. | 2:18-cv-05557-AB-FFM | Central | Knight Law Group | Snell and Wilmer, LLP | Does 1-10 | No | | |
| 6/22/2018 | 6/28/2018 | Flores, Francisco et al. v. Ford Motor Company | 2:18-cv-05561-AB-FFM | Central | Knight Law Group | Snell and Wilmer, LLP | Does 1-10 | No | | |
| 6/25/2018 | 6/28/2018 | Daniel, Monique M., et al. v. Ford Motor Company, et al. | 2:18-cv-05617-AB-FFM | Central | Knight Law Group | Stradling Yocca Carlson & Rauth | Peyton Cramer Ford dba Autonation Ford Torrance | No | | |
| 6/25/2018 | 7/3/2018 | Shapiro, Raymond v. Ford Motor Co., et al. | 2:18-cv-05616-AB-FFM | Central | Knight Law Group | Stradling Yocca Carlson & Rauth | Galpin Motors, Inc. a California Corporation doing business as Galpin Ford | Yes. | Yes, with the exception of a typo in ¶ 159. See Complaint at ¶¶ 158-162. | Yes at ¶ 161. |

16