STEPHEN H. DYE (SBN 104385)
 E-mail: sdye@schnader.com
SCHNADER HARRISON SEGAL & LEWIS LLP
650 California Street, 19th Floor
San Francisco, California  94108-2736
Telephone:  (415) 364-6700
Facsimile: (415) 364-6785

Attorneys for Defendant
FORD MOTOR COMPANY

# IN THE UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **IN RE: FORD MOTOR CO. DPS6 POWERSHIFT TRANSMISSION PRODUCTS LIABILITY LITIGATION** | Case No. 2:18-ML-02814-AB (FFMx)_____ <br><br> Assigned to Hon. Andre Birotte, Jr. Courtroom:7B |
| **THIS DOCUMENT RELATES ONLY TO:** <br><br> *Crystal Vasquez v. Ford Motor Company, Raceway Ford, et al.*, 2:18-cv-02972-AB-FFM <br><br> *Ellen Eggers and Paul Eggers v. Ford Motor Company; Oroville Ford, et al.*, 2:18-cv-03493-AB-FFM <br><br> *Rigoberto Sumano v. Ford Motor Company; North County Ford, et al.*, 2:18-cv-04580-AB-FFM <br><br> *Connie Hall v. Ford Motor Company*, 2:18-cv-04409-AB-FFM | **DECLARATION OF STEPHEN H. DYE IN OPPOSITION TO CLR PLAINTIFFS' TEST MOTIONS** <br><br> Date:     August 29, 2018 <br> Time:    10:00 a.m. <br> Ctrm:    7B |

I, STEPHEN H. DYE, declare as follows:

1. I am a partner of the law firm of Schnader Harrison Segal & Lewis LLP ("Schnader"), one of the law firms representing Ford Motor Company in lawsuits filed by Consumer Legal Remedies, APC ("CLR") alleging claims based on alleged defects in Ford vehicles equipped with DPS6 PowerShift transmissions. I have personal knowledge of the facts stated in this declaration. If called as a witness, I could and would testify competently thereto.

2. Schnader was assigned to defend over 250 DPS6 lawsuits filed by CLR in California state courts. Upon receipt of the Complaints filed by CLR, my office reviewed them to evaluate potential removal to federal court. Upon review we observed that almost all of the Complaints appeared to be substantially identical. While we did not compare all 250 Complaints word for word, the only differences in the factual allegations appeared to be in three or four paragraphs alleging the names of the plaintiffs, their county of residence, and the model, model year and vehicle identification number of the vehicle purchased by the plaintiff.

3. In some cases, Ford dealers were added to the captions, and a paragraph was added to the Complaints repeating the name of the dealer and alleging that the dealer "is a business entity, form unknown, conducting business in the State of California" and that it was "a motor vehicle dealership certified and authorized by Ford to engage in the business of selling Ford automobiles and automobile components, and the servicing and repairing of Ford automobiles." We did not compare each Complaint joining dealers word for word, but the remainder of these Complaints appeared identical to most of the Complaints that did not include dealers.

4. I have reviewed a random sample of 10 Complaints filed by CLR in which Ford dealers were joined as defendants and compared them to the Complaint in *Ellen Eggers and Paul Eggers v. Ford Motor Company; Oroville Ford, et al.,*

*2:18-cv-03493-AB-FFM*. It appears that the Complaints are identical to the *Eggers Complaint* with the exception of paragraphs 2, 3, 6, and 11.

5. I have also reviewed a random sample of 10 Complaints filed by CLR in which Ford dealers were not named as defendants and compared them to the Complaint in *Eggers*. It appears that 9 of the 10 samples are identical to the *Eggers* Complaint except for the paragraphs that that allege the names of the plaintiffs, their county of residence, and the model, model year and vehicle identification number of the vehicle purchased by the plaintiff. The *Eggers* Complaint also includes one additional paragraph that identifies Oroville Ford as an authorized Ford dealer, which changes the numbering of the paragraphs. One of the 10 samples contains substantially the same factual allegations as the others, but drops some of the Song Beverly causes of action and adds a cause of action for violation of the Magnuson-Moss Warranty Act 15 U.S.C. Section 2301(3). This appears to be one of the 40 cases that CLR refers to in its Motion to Remand where the Complaints assert claims under the Magnuson-Moss Warranty Act because "the plaintiff could not bring claims under California's Lemon Law."

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on July 26, 2018 in San Francisco, California.

                                    /s/ *Stephen H. Dye*
                                    STEPHEN H. DYE


# CERTIFICATE OF SERVICE

IN RE: FORD MOTOR CO. DPS6 POWERSHIFT TRANSMISSION PRODUCTS LIABILITY LITIGATION

USDC Central District of California Case No.: 2:18-ml-02814 AB (FFMx)

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is: Gordon & Rees LLP 275 Battery Street, 20th Floor, San Francisco, CA 94111. On the below-mentioned date, I served the within documents:

**DECLARATION OF STEPHEN H. DYE IN OPPOSITION TO CLR PLAINTIFFS' TEST MOTIONS**

See attached service list

**BY CM/ECF NOTICE OF ELECTRONIC FILING:** I electronically filed the document(s) with the Clerk of the Court by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system. Participants in the case who are not registered CM/ECF users will be served by mail or by other means permitted by the court rules.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on July 27, 2018, at San Francisco, California.

/s/ Christine Nusser
Christine Nusser

CERTIFICATE OF SERVICE

| | **SERVICE LIST** | |
|---|---|---|
| | John M. Thomas<br>jthomas@dykema.com<br>DYKEMA GOSSETT PLLC<br>2723 South State Street, Suite 400<br>Ann Arbor, MI 48104<br>Tel: 734-214-7613 | Amir Nassihi<br>anassihi@shb.com<br>Andrew Chang<br>achang@shb.com<br>Samantha Burnett<br>sburnett@shb.com<br>SHOOK HARDY BACON<br>One Montgomery, Suite 2700<br>San Francisco, CA 94104-4505<br>Tel: 415-544-1900 |
| | Steve Mikhov<br>stevem@knightlaw.com<br>Amy Morse<br>amym@knightlaw.com<br>Russell Higgins<br>russellh@knightlaw.com<br>Mitch Rosensweig<br>mitchr@knightlaw.com<br>KNIGHT LAW GROUP LLP<br>10250 Constellation Blvd., Ste 2500<br>Los Angeles, California 90067<br>Tel: 310-552-2250 | Payam Shahian<br>pshahian@slpattorney.com<br>Rowena Santos<br>rsantos@slpattorney.com<br>STRATEGIC LEGAL PRACTICES<br>1840 Century Park East, Suite 430<br>Los Angeles, CA 90067<br>Tel: (310) 929-4900 |
| | Neil Gieleghem<br>neil@ngattorney.com<br>CONSUMER LEGAL REMEDIES,<br>APC<br>153 ½ North Arnaz Drive<br>Beverly Hills, CA 90211<br>Tel: (310) 213-1398 | James L. Weisman<br>aninjurylawyer@gmail.com<br>JAMES L. WEISMAN, ATTORNEY AT LAW, LLLC<br>PO Box 88106,<br>Honolulu, Hawaii<br>Tel: (808) 728-4143 |
| | Bruce F. Sherman<br>bfs@bfshermanlaw.com<br>Attorney at Law<br>1050 Bishop Street, No. 509<br>Honolulu, Hawaii 96813<br>Tel: (808) 221-0901 | Teigan N. Stones<br>tstones@forpurposelaw.com<br>FOR PURPOSE LAW GROUP<br>1435 30th St<br>San Diego, CA 92102-1712<br>Tel: (619) 780-3839 |

CERTIFICATE OF SERVICE

| | | |
|---|---|---|
| 1 | Tamara A. Bush<br>tbush@dykema.com<br>DYKEMA GOSSETT LLP<br>333 S Grand Ave Ste 2100<br>Los Angeles, CA 90071<br>Tel: (213) 457-1815 | Vincent F. Tremonti<br>vtremonti@kslaw.com<br>John R. Lawless<br>jlawless@kslaw.com<br>Steven Dean Park<br>SPark@kslaw.com<br>Alexander G Calfo<br>acalfo@kslaw.com<br>Paul R. Johnson<br>pjohnson@kslaw.com<br>KING & SPALDING LLP<br>633 W 5th St Ste 1700<br>Los Angeles, CA 90071-2073<br>Tel: (213) 443-4349 |
| 11 | Devan Jay McCarty<br>dmccarty@kslaw.com<br>Amy L O'Neill<br>aoneill@kslaw.com<br>KING & SPALDING<br>621 Capitol Mall Ste 1500<br>Sacramento, CA 95814<br>Tel: (916) 321-4806 | Hallen David Rosner<br>hal@rbblawgroup.com<br>Michael A. Klitzke<br>michael@rbblawgroup.com<br>David L. Herman<br>david@rbblawgroup.com<br>Jeffrey L Le Pere<br>jeff@rbblawgroup.com<br>ROSNER, BARRY & BABBITT, LLP<br>10085 Carroll Canyon Rd, Ste 100<br>San Diego, CA 92131-1100<br>Tel: (858) 348-1005 |
| 20 | William J. Goines<br>goinesw@gtlaw.com<br>GREENBERG TAURIG LLP<br>1900 University Ave 5FL<br>East Palo Alto, CA 94303<br>Tel: (650) 328-8500 | Richard C. Dalton<br>rick@rickdaltonlaw.com<br>Richard C. Dalton, LLC<br>1343 W Causeway Approach<br>Mandeville, LA 70471-3043<br>Tel: (985) 778-2215 |

CERTIFICATE OF SERVICE

| # | | |
|---|---|---|
| 1 | David N Barry<br>dbarry@mylemonrights.com<br>The Barry Law Firm<br>11835 Olympic Blvd Ste 440<br>Los Angeles, CA 90064<br>Tel: (310) 684-5859 | Lyle M Ishida<br>lishida@tpm-hawaii.com<br>Ashley R. Shibuya<br>ashibuya@tpm-hawaii.com<br>TOM PETRUS & MILLER LLLC<br>1164 Bishop Street Suite 650<br>Honolulu, Hawaii 96813<br>Tel: (808) 792-5800 |
| 7 | Steven E Swaney<br>sswaney@schiffhardin.com<br>Jacob Klein Danziger<br>jdanziger@schiffhardin.com<br>Jean-Paul P Cart<br>jcart@schiffhardin.com<br>SCHIFF HARDIN LLP<br>One Market, Spear Street Tower,<br>Suite 3100<br>San Francisco, CA 94105<br>Tel: (415) 901-8700 | Randolph T. Moore<br>rmoore@swlaw.com<br>Warren Earl Platt<br>wplatt@swlaw.com<br>Sarah M Ayad<br>sayad@swlaw.com<br>Sarah G Odegaard<br>sodegaard@swlaw.com<br>Daniel S. Rodman<br>drodman@swlaw.com<br>SNELL & WILMER LLP<br>600 Anton Blvd #1400<br>Costa Mesa, CA 92626-7689<br>Tel: (714) 427-7000 |
| 17 | Alina Mooradian<br>aamarkarian@swlaw.com<br>SNELL & WILMER LLP<br>350 S Grand Ave<br>Ste 2600<br>Los Angeles, CA 90071-3487<br>Tel: (213) 929-2500 | Cheryl Ann Sabnis<br>csabnis@kslaw.com<br>Bailey J Langner<br>blangner@kslaw.com<br>Katherine E. Merk<br>kmerk@kslaw.com<br>Ivana Dukanovic<br>idukanovic@kslaw.com<br>Kristine W Hanson<br>khanson@kslaw.com<br>KING & SPALDING LLP<br>101 2nd St Ste 2300<br>San Francisco, CA 94105<br>Tel: (415) 318-1200 |

CERTIFICATE OF SERVICE

| | | |
|---|---|---|
| 1 | Beth Ann Goodman<br>bgoodman@wilsonturnerkosmo.com<br>WILSON TURNER KOSMO LLP<br>550 W "C" St Ste 1050<br>San Diego, CA 92101-3532<br>Tel: (619) 236-9600 | Kevin W. Alexander<br>kalexander@gordonrees.com<br>Robert C Rodriguez<br>rrodriguez@grsm.com<br>GORDON & REES LLP<br>101 W Broadway #1600<br>San Diego, CA 92101-8217<br>Tel: (619) 696-6700 |
| 7 | Robert J Wierenga<br>rwierenga@schiffhardin.com<br>SCHIFF HARDIN LLP<br>350 S Main St Ste 210<br>Ann Arbor, MI 48104<br>Tel: (734) 222-1507 | Jason B. Cunningham<br>bcunningham@kslaw.com<br>KING & SPALDING LLP<br>500 W 2nd St Ste 1800<br>Austin, TX 78701-4684<br>Tel: (512) 457-2023 |
| 12 | Ronald D. Wamsted<br>rwamsted@thompsoncoe.com<br>Johnny W. Chambless<br>jchambless@thompsoncoe.com<br>THOMPSON COE<br>701 Brazos, Suite 1500<br>Austin, TX 78701<br>Tel: 512-703-5080 | Israel Flores<br>iflores@thompsoncoe.com<br>THOMPSON COE<br>700 North Pearl Street<br>Twenty-Fifth Floor - Plaza of the Americas<br>Dallas, TX 75201<br>Tel: 214-880-2579 |
| 17 | Matthew H. Dawson<br>mdawson@kslaw.com<br>KING & SPALDING LLP<br>601 S California Ave Ste 100<br>Palo Alto, CA 94304<br>Tel: (650) 422-6725 | Kevin Duck<br>krd@ducklawfirm.com<br>DUCK LAW FIRM, LLC<br>5040 Ambassador Caffery Pkwy<br>Suite #200<br>Lafayette, LA 70508<br>Tel: (337) 406-1144 |
| 23 | Brian T. Giles<br>Brian@GilesLenox.com<br>GILES LENOX<br>1018 Delta Ave., Suite 202<br>Cincinnati, OH 45208<br>Tel: (513) 815-3853 | Elizabeth B Wright<br>Elizabeth.Wright@ThompsonHine.com<br>Conor A McLaughlin<br>Conor.McLaughlin@ThompsonHine.com<br>THOMPSON HINE<br>3900 Key Center<br>127 Public Square<br>Cleveland, Ohio 44114-1291<br>Tel: 216.566.5500 |

CERTIFICATE OF SERVICE