GORDON REES SCULLY MANSUKHANI LLP
Spencer P. Hugret (SBN 240424)
shugret@grsm.com
Embarcadero Center West
275 Battery Street, Suite 2000
San Francisco, CA 94111
Telephone: (415) 986-5900
Facsimile: (415) 986-8054

DYKEMA GOSSETT PLLC
John M. Thomas (SBN 266842)
jthomas@dykema.com
2723 South State Street, Suite 400
Ann Arbor, MI 48104
Telephone: (734) 214-7613
Facsimile: (734) 214-7696

Attorneys for Defendant
FORD MOTOR COMPANY

DYKEMA GOSSETT LLP
2723 SOUTH STATE STREET
SUITE 400
ANN ARBOR, MI 48104

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **IN RE: FORD MOTOR CO. DPS6 POWERSHIFT TRANSMISSION PRODUCTS LIABILITY LITIGATION** | Case No. 2:18-ML-02814-AB (FFMx)_____ |
| | Assigned to Hon. Andre Birotte, Jr. Courtroom:7B |
| **THIS DOCUMENT RELATES ONLY TO:** | **DECLARATION OF KRISTA L. LENART IN OPPOSITION TO CLR PLAINTIFFS' TEST MOTIONS FOR REMAND** |
| *Crystal Vasquez v. Ford Motor Company, Raceway Ford, et al., 2:18-cv-02972-AB-FFM* | Date:       August 29, 2018<br>Time:       10:00 a.m.<br>Courtroom: 7B |
| *Ellen Eggers and Paul Eggers v. Ford Motor Company; Oroville Ford, et al., 2:18-cv-03493-AB-FFM* | |
| *Rigoberto Sumano v. Ford Motor Company; North County Ford, et al., 2-18-cv-04580-AB-FFM* | |
| *Connie Hall v. Ford Motor Company, 2-18-cv-04409-AB-FFM* | |

I, Krista L. Lenart, declare as follows:

1.     I am a member of the law firm of Dykema Gossett PLLC, and I work at

the office located at 2723 S. State St., Suite 400, Ann Arbor, MI 48104.  I am

licensed to practice law in the State of Michigan and am a member in good standing with the State Bar of Michigan. I have personal knowledge of the matters addressed and discussed in this declaration and if called to do so, could and would testify competently thereto.

2. Dykema Gossett is one of the law firms representing Ford Motor Company in 83 lawsuits filed by Stern Law, PLLC and The Liblang Law Firm, P.C. on behalf of more than 12,000 plaintiffs in Wayne County Circuit Court for the State of Michigan, alleging defects in DPS6 transmissions in Ford Fiesta and Focus vehicles (the "Michigan Mass Actions"). Neil Gieleghem and Michael Resnick of Consumer Legal Remedies, P.C., have been admitted *pro hac vice* as co-counsel for the Plaintiffs in the Michigan Mass Actions.

3. I am familiar with the Complaints filed in the Michigan Mass Actions, which were filed beginning in the spring of 2017. Most of the 12,000+ plaintiffs named in these in these 83 cases are from states other than Michigan, including California.

4. The Complaints filed in the 83 cases purported to provide Vehicle Identification Numbers ("VINs") for most of the vehicles owned or leased by the 12,000+ plaintiffs. However, some VINs were missing and hundreds of VINs were incorrect.

5. Crystal Vasquez is a named plaintiff in the action captioned *Christopher Emanuel et al. v. Ford Motor Company*, Case No. 17-015652-NZ, which was filed on October 27, 2017 and served on Ford on or about October 30, 2017.

6. Ellen and Paul Eggers are named plaintiffs in the action captioned *Charnetta Upshaw et al. v. Ford Motor Company*, Case No. 17-009886-NZ, which was filed on June 29, 2017 and served on Ford on or about July 3, 2017.

7. Rigoberto Sumano is a named plaintiff in the action captioned *Marilyn Never et al. v. Ford Motor Company*, Case No. 17-006230-NZ, which was filed on April 24, 2017 and served on Ford on or about May 4, 2017.

**DYKEMA GOSSETT LLP**
**2723 SOUTH STATE STREET**
**SUITE 400**
**ANN ARBOR, MI 48104**

8.   Connie Hill is a named plaintiff in the action captioned *Mary Jane Britten et al. v. Ford Motor Company*, Case No. 17-010293-NZ, which was filed on July 6, 2017 and served on Ford on or about July 7, 2017.

9.   No dealers are named as defendants in any of the Michigan Mass Actions.

10.   A copy of the complaint in one of the 83 cases, *Cyr v Ford Motor Co.*, Case No. 17-006058-NZ, is attached as Exhibit A.  The complaints in the remaining cases are substantially similar to the *Cyr* complaint.

11.   Attached as Exhibit B is a list prepared by Ford's co-counsel in the Mass Actions listing plaintiffs in the mass action known to be represented by lawyers other than CLR and its co-counsel, some of whom had settled their cases even before suit was filed in Michigan on their behalf.

12.   Attached as Exhibit C is a true and correct copy of an e-mail exchange between CLR's co-counsel and another lawyer representing one of the plaintiffs in the Mass Actions.

13.   Attached as Exhibit D is a copy of a phone message provided by CLR's co-counsel and an opt-in form reflecting a request by a plaintiff in the mass action that her Michigan action be dismissed so she could opt in to the *Vargas* settlement. Her claims were never dismissed.

14.   Attached as Exhibit E are examples of instances where plaintiffs in the Michigan Mass Action were not aware that they had retained lawyers to bring suit in Michigan.

15.   Ford has moved in Michigan to dismiss the claims of the non-Michigan plaintiffs, including the California plaintiffs, based on *forum non conveniens*. Plaintiffs' counsel are opposing this motion.

16.   Neither CLR nor its co-counsel in Michigan have attempted to dismiss the Michigan actions brought by plaintiffs who have also sued in California.

DYKEMA GOSSETT LLP
2723 SOUTH STATE STREET
SUITE 400
ANN ARBOR, MI 48104

---

**LENART DECLARATION IN OPPOSITION TO CLR PLAINTIFFS' TEST MOTIONS FOR REMAND**

1     I declare under penalty of perjury that the foregoing is true and correct.

2     Executed on July 27, 2018 in Ann Arbor, Michigan.

3

4                                          /s Krista L. Lenart

5                                          Krista L. Lenart

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**DYKEMA GOSSETT LLP**
2723 SOUTH STATE STREET
SUITE 400
ANN ARBOR, MI 48104

**LENART DECLARATION IN OPPOSITION TO CLR PLAINTIFFS' TEST MOTIONS FOR REMAND**

# EXHIBIT A

# STATE OF MICHIGAN

## IN THE CIRCUIT COURT FOR THE COUNTY OF WAYNE

Jordan Cyr, Adrienne Herbst, Aida Rivas, Alma
Martin, Alonso Cano, Amanda Miller, Amber
Phelps, Angela Miller, Anna Meader, Ashley
Nicholson, Betty Leasure, Brandi Snider, Brandon
Anderson, Brenda Limbrick-Sanders, Brian
Downing, Caleb Duda, Carmen Hernandez,
Carol Alsay, Christina Guerrero, Crystal Yoder,
Gary Michael, David Newland, Deborah Snow,
Debra Cheetham, Desiree Carey, Donna Wojcik,
Elise Rispoli, Elizabeth Gray, Erica Cooper, Frank
R Gutierrez, Gabrielle Powlowsky, Gabrille
Drayton, Hannah Ware, Heather Goggins, Heidi
Collison, Imeisha Washington, Jaavon Colbert,
Jackie Easterwood, James Pratt, Janai Stanberry,
Janis Aichinger, Japonica Waters, Jason Hamel,
Jenna Graham, Jenna Little, Jennifer Faircloth,
Jennifer Hobson, Jennifer Taylor, Jeremiah
Johnson, Jeremy Tessier, Jessica Bernier, Jessica
Evangeline Christie, Jessie Brown, Jillian
Hardman, Joanne Heady, Jonathan Sivert, Jordan
Truppner, Josafat Rendon, Jose Vazquez, Josh
Sentinella, Julie Castagno, Julieanna Morales,
Kathleen L Carman,  Kay King, KayCee Larson,
Kayla Coleman, Kee Claar, Kendra Peeler, Larry
Dennison, Lee Vines, Leslie Douglass, Lindsay
Gregory, Lisa Murphy, Mallory Smith, Mandi
Wright, Marissa Pettit, Maureen Clemon,
Melanie Russell, Melissa Gerkin, Michael Yates,
Richard Mcguire Jr., Nichole Cruz, Nichole Rom,
Nick LaPointe, Nicole Dorr, Nikki Simon, Olivia
Kellogg, Pam Norton, Pamela Nearing, Pamela
Enderle, Richard McCarthy, Robert Kalbaugh,
Robyn White, Rochelle King, Russell Chatwin,
Samantha Hill, Sara Tobias, Sarah Jacob, Sarah
Van Tassel, Shawn Robert Jolly, Sherryl Dodd,
Sonja Alvarez, Sue Wilson, Susie Olaughlin,
Sydney Drennan, Tarrah Ciarimboli,
Tawny Dmytriw, Teresa Gann, Teresa Spurger,
Thelma Warford, Tomeka Hurse, Tracey
Voeltner, Victoria Woods, Virginia Hamm,
Virginia Wheeler, Vitina White, Walter
Baranowski, William Wise

HON.
Case No. 2017-

17-006058-NZ

FILED IN MY OFFICE
WAYNE COUNTY CLERK
4/20/2017 1:48:35 PM
CATHY M. GARRETT

Plaintiffs,

-vs-

FORD MOTOR COMPANY, a Delaware
Corporation,

Defendant.

---

| THE LIBLANG LAW FIRM, P.C. | STERN LAW, PLLC |
|---|---|
| BY: DANI K. LIBLANG (P33713) | BY: KENNETH A. STERN (P30722) |
| SUSAN M. MARTIN (P47459) | Co-Counsel for Plaintiffs |
| Attorneys for Plaintiffs | 41850 W. Eleven Mile Road, Suite 121 |
| 346 Park Street, Suite 200 | Novi, MI 48375-1857 |
| Birmingham, MI 48009 | (248) 347-7315 |
| (248) 540-9270 | ken@sternlawonline.com |
| danil@lemonlawlawyers.com | |

---

## COMPLAINT AND JURY DEMAND

There is no other civil action between these parties arising out of the same transaction or occurrence
as alleged in this complaint pending in this court, nor has any such action been previously filed and
dismissed or transferred after having been assigned to a judge, nor do I know of any other civil action,
not between these parties, arising out of the same transaction or occurrence as alleged in this complaint
that is either pending or was previously filed and dismissed, transferred, or otherwise disposed of after
having been assigned to a judge in this court.

Plaintiffs, by their attorneys, The Liblang Law Firm, P.C., and the Stern Law Group, PLLC,
complain against the above named Defendants, as follows:

### GENERAL ALLEGATIONS

1.      Plaintiffs are purchasers or lessees of 2012 Ford Fiesta vehicles equipped with
PowerShift transmissions, which vehicles were manufactured, distributed and/or imported by
Defendant; an index of the named Plaintiffs, their addresses, vehicle VIN numbers and dates of
delivery are attached as Exhibit A. Upon information and belief, Defendant has access to each
vehicle's in-service date, applicable warranties, service contract information and warranty or service
contract repair history.

2.      Defendant, Ford Motor Company ("Ford"), is a Delaware corporation authorized to
do business in the State of Michigan and at all times relevant hereto, was engaged in the

2

manufacture, sale, distribution and/or importing of Ford motor vehicles and related equipment, with its principal offices located in the City of Dearborn, Wayne County, Michigan.

3. At the time of delivery, Plaintiffs' vehicles were covered by Ford's written express new vehicle warranty for a period of 36 month/36,000 mile bumper to bumper and 5-years/60,000 miles drivetrain and, in some cases, an additional extended warranty provided by Ford as part of its Customer Satisfaction Program(s) (copies of the applicable warranty documents are in the possession of Ford).

4. Plaintiffs bring this action as a consolidated action due to the fact that their allegations are all the defective PowerShift transmissions in their vehicles are causing the same symptoms, to-wit: shuddering, slipping, bucking, jerking, hesitation while changing gears, premature internal wear, delays in downshifting and, in some cases, sudden or delayed acceleration.

5. Within the time and mileage parameters of the aforesaid warranties, Plaintiffs presented the vehicle to Ford's authorized dealers-for-diagnosis and repair of the PowerShift transmission defects, which defects substantially impair the use, value and safety of the vehicles as hereinafter described but, as set forth, *infra*, there is currently no known fix for the defects.

6. Plaintiffs further allege that Ford knew about the defective transmissions as early as 2010 and failed to disclose the defects to Plaintiffs before they purchased or leased their vehicles.

7. Ford has never acknowledged publicly that the transmission defect even exists. To the contrary, Ford actively concealed, and continues to conceal, the transmission defect by, among other things, telling customers that the symptoms associated with the transmission defect were "normal driving conditions." Ford issued multiple Technical Service Bulletins ("TSBs") to its dealers but never directly notified consumers of known problems with the PowerShift Transmission. Ford further pepetuated its cover-up by ultimately issuing two "Customer Satisfaction Programs" that simply offered additional ineffectual repairs without disclosing the truth about the Transmission Defect. Customers whose vehicles were supposedly repaired pursuant to the Consumer Satisfaction Programs have nevertheless continued to experience the transmission defect. The transmission defect has no known repair.

3

8.     None of the of the information in the market that discussed the transmission defect disclosed, fully or at all, the material facts known only to Ford, including that the PowerShift Transmission had serious problems since its early development that Ford simply was unable to fix and that rendered the vehicles unsafe to drive. The PowerShift Transmission was a new technology to Ford that was rushed to the market without disclosing the problems described above so that Plaintiffs could not make informed purchasing decisions.

9.     In 2010, Ford knew of the transmission defect and began issuing TSBs to its dealerships in an effort to address it; however, Ford never communicated the TSBs, or the information they contained, directly to Plaintiffs. Instead, Ford prepared a separate series of intentionally sanitized documents for its customers to induce them into believing that their kicking, bucking, shuddering, suddenly accelerating and sling-shooting vehicles were exhibiting "normal driving characteristics."

10.     The problems plaguing the PowerShift Transmission cannot be chalked up to "normal driving characteristics." Such language is belied by the fact that, on information and belief, Ford has replaced thousands, if not tens of thousands, of PowerShift Transmissions, clutches, or both, due to early catastrophic transmission failure.

11.     The PowerShift transmission is an extra-cost option with respect to Plaintiffs' vehicles, which Ford designed and marketed as a more advanced and fuel efficient alternative to a traditional manual or automatic transmission and offered it as the sole "Automatic" option for the subject vehicles.

12.     Each Plaintiff acquired a Ford vehicle equipped with the defective transmission well after Ford knew about the defects in the transmission. The evidence to establish the transmission defect, Ford's knowledge of the defect, and non-disclosure of the defect to each Plaintiff is highly relevant to each Plaintiff's claims. Accordingly, each Plaintiff's case is interrelated and involves common evidence to a degree sufficient to necessitate the consolidation herein.

13.     Traditional manual transmissions use a driver-controlled clutch. To operate the transmission, the driver presses and releases a foot pedal, which engages and disengages the engine

4

from the transmission, allowing the vehicle to travel smoothly while the driver manually changes gears.

14. In contrast, the typical automatic transmission frees the driver from operating the clutch through the use of a fluid-filled device called a torque converter. The torque converter substitutes for the manual transmission's clutch, transmitting power from the engine to the transmission through a fluid medium.

15. While typical automatic transmissions offer increased convenience, they are generally less fuel efficient and slower shifting than their manual counterparts. This is because the torque converter transfers power less efficiently than a clutch. As a result, Ford marketed and sold its PowerShift transmissions as a "best of both worlds" alternative, offering a manual transmission's fuel economy with the automatic transmission's ease of operation and shift quality.

16. Ford's PowerShift transmission, while sometimes referred to as an "automatic," is actually a set of computerized manual transmissions. It lacks a torque converter, instead using two "dry" clutches to directly engage and disengage the engine with and from the transmission. Whereas, similar "automated manual" transmissions on the market use "wet" clutches bathed in oil. Ford's PowerShift transmission clutches lack the oil pumps and other components of a "wet" clutch system, and instead operate "dry."

17. Ford designed the vehicles' computerized "automated manual" transmission in an effort to meet heightened governmental and consumer expectations for fuel economy, performance, and efficiency. According to Ford's own press release, dated March 10, 2010, "PowerShift with dry-clutch facings and new energy saving electromechanical actuation for clutches and gear shifts saves weight, improves efficiency, increases smoothness, adds durability, and is sealed with law-friction gear lubricant for the life of the vehicle. This transmission requires no regular maintenance" (see, AutoGuide.Com, Exhibit B).

18. Theoretically, an "automated manual" transmission, i.e., the PowerShift Transmission, should have the convenience of an automatic transmission without sacrificing the fuel efficiency and shift speed of a manually-shifted vehicle. In practice, however, Ford's PowerShift

5

Transmissions are plagued by numerous problems and safety concerns, rendering the vehicles unreliable and unsafe to drive.

19. The transmission defect causes unsafe conditions including, but not limited to, the vehicles suddenly lurching forward, sudden accleration, delayed acceleration, and sudden loss of forward propulsion. These conditiosn present a safety hazard because they severely affect the driver's ability to control the car's speed, acceleration, and deceleration. These conditions make it difficult to safely merge into traffic. Even more troubling, the transmission defect can cause the vehicles to fail to downshift and decelerated when the brakes are depressed. As a result, Plaintiffs have experienced their cars lurching forward into intersections at red lights due to the failure of their braking efforts to stop the car.

20. On information and belief, the transmission defect also causes premature wear to the PowerShift Transmission's clutch plates and other components, which can result in premature transmission failure and requires expensive repairs, including replacement of the transmission and its related components.

21. Beginning as early as 2010, Ford knew or should have known that the vehicles and the PowerShift Transmissions were defective in design and/or manufacturer, which adversely affects the driveability of the vehicles, causing safety hazards.

22. Plaintiffs are informed and belief and based thereon allege that prior to the sale or lease of their vehicles, Ford knew or should have known about the transmission defect through its exclusive knowledge of non-public, internal data about the transmission defect, including but not limited to: pre-release testing data; early consumer complaints about the transmission defect to Ford's dealers who are their agents for vehicle repairs; warranty claim data related to the defect, aggregate data from Ford's dealers; consumer complaints to the National Highway Traffice Safety Administration ("NHTSA") and resulting notice from NHTSA; dealership repair orders; testing conducted in response to owner or lessee complaints; TSBs applicable to the vehicles; the existence of the defect in the substantially identical European and Austrailian model vehicles; and other internal sources of aggregate information about the problem. Nevertheless, Ford has actively

6

concealed and failed to disclose this defect to Plaintiffs and the time of purchase or lease and thereafter.

23.     Before offering the vehicles for sale in the United States, Ford offered the same vehicles, equipped with a similar dual-clutch transmission, in Europe and Australia. Although the American version utilizes "dry" clutches as opposed to the European and Australian versions' "wet" clutches, Ford acknowledged that the transmission offered for sale in the United States is "derivative" of the design from the European and Australian models.[1] European and Australian versions of the dual-clutch transmission suffered from similar defects known to Ford as alleged herein.

24.     On information and belief, despite developing and patenting the THF technology and spending approximately 6,000 man-hours of computer aided mathematical modeling, simulation and analysis of engine speeds, torque and clutch capacity, as well as spending over $550 million to build a new transmission manufacturing facility with Getrag in Mexico to produce the PowerShift Transmission, Ford is now canceling the PowerShift program many years prior to its estimated end date.

25.     As a result of the transmission defect, in 2010 and 2011, Ford issued several TSBs to its dealers in the United States, but not to its customers,[2] acknowledging problems in the PowerShift Transmission. For example, Ford's TSB from September 2010, covering the 2011 Ford Fiesta, informed dealers of "concerns such as no engagement or intermitten no engagement in Drive or Reverse when shifting from Park to Drive or Reverse, grinding noise during engagement, and/or a check engine light with transmission control module (TCM) diagnostic trouble code...."

---

[1] See, Autoblog.com, "Ford officially announces dual clutch PowerShift gearbox for 2010," http://www.autoblog.com/2009/01/21/ford-officially-announces-dual-clutch-powershift-gearbox-for-201/ (last visited March 26, 2017), copy attached as Exhibit C.

[2] Some, but not all, service bulletins are available through the website for the Office of Defect Investigations of the National Highway Traffic Safety Administration.

26.     Similarly, Ford's TSB released on January 1, 2011, covering the 2011 Ford Fiesta with the PowerShift Transmission, informs dealers of problems with the PowerShift Transmission causing "a loss of power, hesitation, surge, or lack of throttle response while driving."

27.     Throughout 2011, Ford continued to issue various TSBs covering the Ford Fiesta and Ford Focus vehicles which advised dealers of the continuing transmission problems. For example, a Ford TSB released in September of 2011 advised dealers to reprogram the transmission computer if 2011 Ford Fiesta owners complained about "hesitation when accelearting from a low speed after coast down, harsh or late 1-2 upshift, harsh shifting during low-speed tip-in or tip-out maneuvers and/or engine r.p.m. flare when coasting to a stop."

28.     Because Ford did not notify Plaintiffs that the PowerShift Transmission is defective, Plaintiffs are subjected to dangerous driving conditions that often occur without warning.

29.     The transmission defect was inherent in each Plaintiff's Fiesta's PowerShift Transmission and was present in each Fiesta's PowerShift Transmission at the time of sale or lease.

30.     Ford knew about and concealed the transmission defect present in the vehicles, along with the attendant dangerous safety and driveability problems from Plaintifffs at the time of sale, lease, and repair and thereafter. In fact, instead of repairing the defects in the PowerShift Transmission, Ford either refused to acknowledge the defects' existence or performed ineffective software upgrades or other repairs that simply masked the defect or, in some cases, simply provided the Plaintiffs with an extended warranty.

31.     If Plaintiffs had known about the transmission defects at the time of purchase or lease, Plaintiffs would not have purchased or leased the vehicles or would have paid substantially less for them.

32.     As a result of Defendant's inability to properly and timely diagnose and repair the aforesaid transmission defects and non-conformities, the use, value and safety of the vehicles have been substantially impaired to Plaintiffs and Plaintiffs have otherwise lost faith in their vehicles.

33.     As a result of their reliance on Defendant's omissions and/or misrepresentations, Plaintiffs suffered an ascertainable loss of money, property, and/or value of their vehicles, including but not limited to, the purchase or lease price of the vehicles, the cost of the optional PowerShift

Transmission, interest and finance charges, taxes, registration fees, out-of-pocket costs related to repairs to the PowerShift Transmission, the cost and inconvenience of obtaining alternative transportation, the cost of obtaining extended service contracts in an effort to mitigate damages, dimunition in the value of the vehicles, and loss of use of the vehicles. Additionally, as a result of the transmission defect, Plaintiffs were harmed and suffered actual damages in that the vehicles' transmissions and related components are substantially certain to fail before their expected useful life has run.

34.     Each Plaintiff seeks damages in excess of $25,000.00 and/or equitable relief, and this cause is otherwise within the jurisdiction and venue of this Court.

## COUNT I

## BREACH OF EXPRESS WARRANTIES

35.     Plaintiffs incorporate by reference all facts and allegations set forth in this Complaint.

36.     The subject vehicles constitute "goods" under the Uniform Commercial Code, Sections 2-105(1) and 2A-103(h).

37.     Plaintiffs' purchase or lease of the subject vehicles was accompanied by express warranties as defined in UCC Sections 2-313 and/or 2A-210, written and otherwise offered by Defendant, whereby said warranties were part of the basis of the bargain of upon which Plaintiffs relied.

38.     The vehicles were not as warranted and represented in that the vehicles have the transmission defects or conditions described above, as well as defects or conditions as reflected in the various repair orders, technical service bulletins, special service messages, recall documents and consumer complaints in possession of Defendant.

39.     As a result of its many defects, said vehicle cannot be reasonably relied on by Plaintiffs for the ordinary purpose of safe, reliable and efficient transportation.

40.     Plaintiffs have provided the Defendants with sufficient opportunities to repair or replace the subject vehicles.

41.     Plaintiffs have reasonably met all obligations and pre-conditions as provided in the express warranty.

9

42.    Defendant has breached the express warranties by failing to adequately repair the subject vehicles and/or have not repaired the subject vehicles in a timely fashion, and the vehicles remain in a defective condition.

43.    Even though the express warranty provided to Plaintiffs limited Plaintiffs' remedy to repair and/or adjust defective parts, the subject vehicle's defects have rendered the limited warranty ineffective to the extent that the limited repair and/or adjustment of defective parts failed of its essential purpose, pursuant to UCC Section 2-719(2) and/or the above remedy is not the exclusive remedy under UCC Section 2-719(1)(b).

44.    The subject vehicles continue to contain defects which substantially impair the use and value of the vehicles to Plaintiffs.

45.    These defects and non-conformities could not reasonably have been discovered by Plaintiffs prior to Plaintiffs' acceptance of the subject vehicle.

46.    Defendant induced Plaintiffs' acceptance of the subject vehicles by agreeing, by means of the express warranty, to remedy, within a reasonable time, those defects which had not been or could not have been discovered prior to acceptance and, further, by Defendant's failure to disclose the aforesaid transmission defects and/or Defendant's active concealment of same.

47.    As a result of the transmission defects, the Plaintiffs have lost faith and confidence in the subject vehicles and the Plaintiffs cannot reasonably rely upon the vehicle for the ordinary purpose of safe, reliable and efficient transportation.

48.    As a result of Defendant's breaches of express warranties, Plaintiffs have suffered the damages set forth above.

49.    To the extent that Plaintiffs' vehicles are covered by a lease or finance contract, Defendant has a duty to indemnify Plaintiffs and hold Plaintiffs harmless should Plaintiffs prevail on their claims for breach of express warranty.

WHEREFORE, Plaintiffs request that this Honorable Court enter a judgment against Defendant granting the following relief:

10

a.      Declare that acceptance has been properly revoked by Plaintiffs and for damages incurred in revoking acceptance or, alternatively, damages in whatever amount above $25,000 Plaintiffs are found to be entitled;

b.      A refund of the purchase or lease price paid by Plaintiffs for his or her vehicle;

c.      An Order requiring Defendant to indemnify Plaintiffs and hold Plaintiffs harmless with respect to any lease or finance contract covering the subject vehicles;

d.      Incidental, consequential and actual damages;

e.      Costs, interest, and actual attorney fees; and

f.      Such other relief this Court deems just and equitable.

## COUNT II

## BREACH OF IMPLIED WARRANTY OF MERCHANTABILITY

50.     Plaintiffs incorporate by reference all facts and allegations set forth in this Complaint.

51.     Defendant is a "merchant" with respect to motor vehicles under the Uniform Commercial Code Section 2-104(1).

52.     The subject vehicles were subject to implied warranties of merchantability under UCC Sections 2-314 and/or Section 2A-212.

53.     The subject vehicles were not fit for the ordinary purpose for which such goods are used and/or the vehicles would not pass without objection in the trade for the product description.

54.     The transmission defects and problems hereinbefore described rendered the subject vehicle unmerchantable.

55.     Defendant failed to adequately remedy the transmission defects in the subject vehicles within a reasonable time, and the vehicles continue to be in unmerchantable condition at the time of filing this Complaint.

56.     As a result of Defendant's breaches of implied warranties, Plaintiffs have suffered the damages set forth above.

57.     To the extent that Plaintiffs' vehicles are covered by a lease or finance contract, Defendant has a duty to indemnify Plaintiffs and hold Plaintiffs harmless should Plaintiffs prevail on their claims for breach of implied warranty.

11

WHEREFORE, Plaintiffs request that this Honorable Court enter a judgment against Defendant granting the following relief:

a.  Declare that acceptance has been properly revoked by Plaintiffs and for damages incurred in revoking acceptance or, alternatively, damages in whatever amount above $25,000 Plaintiffs are found to be entitled;

b.  A refund of the purchase or lease price paid by Plaintiffs for his or her vehicle;

c.  An Order requiring Defendant to indemnify Plaintiffs and hold Plaintiffs harmless with respect to any lease or finance contract covering the subject vehicles;

d.  Incidental, consequential and actual damages;

e.  Costs, interest, and actual attorney fees; and

f.  Such other relief this Court deems just and equitable.

## COUNT III

### REVOCATION OF ACCEPTANCE PURSUANT TO
### MCL 440.2608 AND/OR DAMAGES PURSUANT TO MCL 440.2714(2)

58.  Plaintiffs incorporate by reference all facts and allegations set forth in this Complaint.

59.  The non-conformities described above were latent and not readily discoverable by Plaintiffs upon reasonable inspection and Defendant represented that the aforesaid defects and non-conformities would be cured within a reasonable time; further Defendant failed to disclose and in fact actively concealed the defects and non-conformities as set forth above.

60.  Defendant has failed and/or refused to cure the aforesaid non-conformities within a reasonable time.

61.  The non-conformities substantially impair the value of the vehicle to Plaintiffs in that the defects or conditions with the vehicles have rendered the vehicles dangerous and unpredictable to operate and have caused Plaintiffs to lose faith in their vehicles.

62.  As a result of Defendant's breaches of express and implied warranties, Plaintiffs are entitled to revoke acceptance pursuant to Uniform Commercial Code Sections 2-608 and/or 2A-508 or to damages sufficient to put each Plaintiff in as good a position as he or she would have been had Defendant fully performed.

12

63. ~~Plaintiffs offer to tender the subject vehicles in exchange for a refund of the purchase~~ or lease price, together with such incidental and consequential damages allowed by law.

64. To the extent that Plaintiffs' vehicles are covered by a lease or finance contract, Defendant has a duty to indemnify Plaintiffs and hold Plaintiffs harmless should Plaintiffs prevail on their claims for revocation.

WHEREFORE, Plaintiffs request that this Honorable Court enter a judgment against Defendant granting the following relief:

a. Declare that acceptance has been properly revoked by Plaintiffs and for damages incurred in revoking acceptance or, alternatively, damages in whatever amount above $25,000 Plaintiffs are found to be entitled;

b. A refund of the purchase or lease price paid by Plaintiffs for his or her vehicle;

c. An Order requiring Defendant to indemnify Plaintiffs and hold Plaintiffs harmless with respect to any lease or finance contract covering the subject vehicles;

d. Incidental, consequential and actual damages;

e. Costs, interest, and actual attorney fees; and

f. Such other relief this Court deems just and equitable.

## COUNT IV

### LIABILITY UNDER MAGNUSON-MOSS WARRANTY ACT (15 USC §2301 ET SEQ)

65. Plaintiffs incorporate by reference all facts and allegations set forth in this Complaint.

66. This Court has jurisdiction to decide claims brought under 15 USC §2301 et seq, by virtue of 15 USC §2310(d)(1)(A).

67. Plaintiffs are consumers as defined in 15 USC §2301(3).

68. Defendant is a supplier and warrantor as defined in 15 USC §2301(4)(5).

69. The subject vehicles are consumer products as defined in 15 USC §2301(6).

70. The subject vehicles were delivered subject to a written warranty and/or a service contract as those terms are defined in 15 USC 2301(6) and 2301(8), respectively.

13

71.     15 USC §2301(a)(1), requires Defendant, as warrantor, to remedy any defect, malfunction or nonconformance of the subject vehicle within a reasonable time and without charge to Plaintiffs, as defined in 15 USC §2304(d).

72.     In connection with the aforesaid transmission defects, which occurred during the time and mileage parameters of Defendant's written express warranty, Defendant failed to adequately repair same under the warranty within a reasonable time.

73.     15 USC §2310(d)(1) permits Plaintiffs to bring an action against Defendant for any breach of express or implied warranty arising under state law, as well as any violation of the Act.

74.     15 USC §2308(a) prohibits Defendant from disclaiming the implied warranty of merchantability and 15 USC §2308(c) renders any attempted disclaimer invalid.

75.     Despite the fact that Plaintiffs have complied with all conditions precedent, Defendant has failed and/or refused to remedy within a reasonable time and without charge, the defects or non-conformities heretofore set forth in this Complaint.

76.     As a result of Defendant's breaches of express and implied warranties, Defendant's failure to remedy same within a reasonable time and without charge to Plaintiff, and Defendant's other violations of the Act as set forth in this Complaint, Plaintiffs have suffered the damages set forth in this Complaint.

77.     To the extent that Plaintiffs' vehicles are covered by a lease or finance contract, Defendant has a duty to indemnify Plaintiffs and hold Plaintiffs harmless should Plaintiffs prevail on their claims for violation of the Magnuson-Moss Warranty Act.

WHEREFORE, Plaintiffs pray that this Honorable Court enter its Order requiring Defendant to accept return of the subject vehicles and refund Plaintiffs' purchase or lease price, together with taxes, insurance premiums, interest, costs and actual attorney fees as provided by 15 USC §2310(d)(2) or in the alternative, that Plaintiffs be awarded damages in whatever amount above $25,000 Plaintiffs are found to be entitled, plus interest, costs and actual attorney fees.

## COUNT V

### VIOLATION OF MCL 445.901, ET. SEQ.
### (MICHIGAN CONSUMER PROTECTION ACT)

14

78. Plaintiffs incorporate by reference all facts and allegations set forth in this Complaint.

79. Plaintiffs are "persons" as defined in the Michigan Consumer Protection Act, MCL 445.902(d).

80. The transactions complained of herein constitute "trade or commerce" as defined in the Michigan Consumer Protection Act, MCL 445.902(g).

81. Defendant engaged in the following unfair, unconscionable, or deceptive methods, acts, or practices in the conduct of trade or commerce:

    a. Representing through its advertising, warranties, and other express representations that the subject vehicles' transmissions had benefits or characteristics that they did not actually have;

    b. Representing that the vehicles' transmissions were of a particular standard or quality when they were not;

    c. Advertising the vehicles and in particular the vehicles' transmissions with the intent not to sell them as advertised and, when so doing, concealing and suppressing facts material to the true characteristics, standards and qualities of the vehicles and transmissions;

    d. At the time of the aforesaid sales and leases, Defendant knew or had reason to know that the vehicle had the defects or non-conformities described above but, failed to disclose this material information to Plaintiffs;

    e. Failing to reveal material facts which tended to mislead Plaintiffs and which facts could not reasonably have been known by Plaintiffs;

    f. Failing to adequately and properly inform Plaintiff of his rights and remedies with respect to the transactions which are the subject of this Complaint;

    g. Misrepresenting Plaintiffs' rights and/or failing to advise Plaintiffs of remedies with respect to the transactions which are the subject of this Complaint, as hereinbefore alleged;

    h. Attempting to disclaim or limit the implied warranty of merchantability and fitness for use without clearly and conspicuously disclosing same;

    i. Failing to provide promised benefits, both as hereinbefore set forth and as promised or implied by operation of law;

    j. Causing a probability of confusion or of misunderstanding as to Plaintiffs' legal rights, obligations, and/or remedies with respect to the subject transaction;

    k. Entering into a consumer transaction in which the Plaintiffs purportedly waived a right, benefit, or immunity provided by law, without clearly stating the waiver and obtaining Plaintiffs' specific consent to the waiver

15

82.     Defendant's deceptive practices were specifically designed to induce Plaintiffs to buy their vehicles with the "upgraded" PowerShift transmission.

83.     The above described conduct violated the Michigan Consumer Protection Act, specifically but not limited to MCLA 445.903 and sub-paragraphs thereunder.

84.     Upon information and belief, the aforesaid violations were not due to a bona fide error, inasmuch as Defendant failed to have any procedures in place designed to prevent the aforesaid violations and, further, engaged in the same unfair and deceptive acts or practices in connection with the sale or lease of numerous other vehicles. Further, to this day, Defendant continues to engage in the unlawful practices set forth above.

85.     As a result of Defendant's violations as set forth above, Plaintiffs have suffered a loss within the meaning of the Act, including both monetary and non-monetary and, also, are entitled to statutory damages, equitable relief and attorney fees as provided in the Michigan Consumer Protection Act, specifically, MCL 445.911.

WHEREFORE, Plaintiffs pray for Judgment against Defendant in whatever amount above $25,000 Plaintiffs are found to be entitled, together with equitable relief, actual and/or statutory damages, interest, costs, and reasonable attorney fees as provided by statute.

## COUNT VI

## UNIFORM COMMERCIAL CODE - UNCONSCIONABILITY

86.     Plaintiffs incorporate by reference all facts and allegations set forth in this Complaint.

87.     At all times relevant hereto, Defendant has had superior knowledge concerning the above described transmission defect and which defect was known to Defendant prior to the time of Plaintiffs' purchases or leases.

88.     Despite Defendant's superior knowledge, Defendant failed to disclose the defect to Plaintiffs and, further, actively concealed the defect from Plaintiffs.

89.     As a result of Defendant's intentional misconduct, any limitation on Plaintiffs' remedies for breach of express or implied warranties would be unconscionable under Uniform Commercial Code Sections 2-302 and/or 2A-108.

16

WHEREFORE, Plaintiffs pray that this Honorable Court strike any contractual limitations on Plaintiffs' remedies as unconscionable and that Plaintiffs be granted such other and further relief as this Court deems appropriate.

## COUNT VII

### FRAUD AND/OR MISREPRESENTATION, INCLUDING FRAUDULENT CONCEALMENT

90.     Plaintiffs incorporate by reference all facts and allegations set forth in this Complaint.

91.     Defendant repeatedly and publicly represented that its PowerShift Transmissions provide superior function, utility, reliability and other benefits and characteristics, to-wit: "PowerShift with dry-clutch facings and new energy saving electromechanical actuation for clutches and gear shifts saves weight, improves efficiency, increases smoothness, adds durability, and is sealed with law-friction gear lubricant for the life of the vehicle. This transmission requires no regular maintenance."

92.     Defendant further represented that its PowerShift Transmission was an "option" that was worth paying upwards of $1,000 per vehicle over and above the equivalent vehicles equipped with manual transmissions and/or automatic transmissions without PowerShift technology.

93.     Defendant's representations were expected and intended to induce Plaintiffs to purchase the subject vehicles equipped with PowerShift Transmissions and to pay the increased price for same.

94.     Defendant further withheld and continues to withhold information concerning the defects set forth herein, and affirmatively misrepresented and continues to misrepresent the above described symptoms as being "normal," when Defendant knew and continue to know that its representations and omissions are misleading and, in fact, Defendant intended its representations and omissions to mislead Plaintiffs concerning the nature and existence of the above described transmission defects.

95.     Plaintiffs, reasonably relying on Defendant's representations and omissions were deceived into purchasing the subject vehicles at prices far in excess of the values which would have been assigned to such vehicles had these transmission defects and dangers been disclosed; further,

17

Defendant's representations and omissions deceived Plaintiffs concerning the existence of the defects and Plaintiffs' rights and remedies with respect to the transmission defects.

96.     Had Plaintiffs known of the true nature of the transmission defects described herein, Plaintiffs would not have purchased or leased the vehicles or, alternatively, would not have paid the contract price therefore.

97.     Defendant's representations and omissions as herein alleged were undertaken as an affirmative scheme designed to prevent Plaintiffs from obtaining information about the nature and existence of their claims involving their vehicles' defective PowerShift Transmissions. In furtherance of this scheme, Defendant also represented to Plaintiffs that the symptoms described above were "normal," or were somehow the fault of the Plaintiffs, or that the problems had been repaired. All of these statements were false and made with the intent to deceive and mislead Plaintiffs who relied on the statements to their detriment by failing to submit claims earlier. Furthermore, Defendant actively discouraged Plaintiffs from discovering the nature and existence of their claims by charging "inspection fees" for warranty work in order to deter Plaintiffs from submitting claims timely.

98.     Plaintiffs did not discover, and should not have discovered, that the symptoms they were experiencing with the PowerShift Transmissions were not "normal driving characteristics" as represented by Defendant but, rather, indicia of a defect entitling Plaintiffs to bring claims for relief; Plaintiffs have filed this Complaint within 2 years of when they discovered or should have discovered the existence of their claims.

WHEREFORE, Plaintiffs pray that this Honorable Court enter Judgment against Defendant in whatever amount above $25,000.00 Plaintiffs are found to be entitled, together with interest, costs and attorney fees, plus such other and further relief as this Court deems appropriate.

## COUNT VIII
## UNJUST ENRICHMENT

99.     Plaintiffs incorporate by reference all facts and allegations set forth in this Complaint.

100.    As the intended and expected result of its conscious wrongdoing, Defendant has profited and benefitted from the purchase and leasing of the subject vehicles by Plaintiffs, in that Defendant sold Plaintiffs defective products for the price of non-defective products.

101.    Defendant has voluntarily accepted and retained these profits and benefits, derived from Plaintiffs, with full knowledge and awareness that, as a result of Defendant's fraud and other conscious and intentional wrongdoing, Plaintiffs were not receiving products of the quality, nature, fitness, or value that had been represented by Defendant or that Plaintiffs, as reasonable consumers, expected.

102.    By virtue of the conscious wrongdoing alleged in this Complaint, Defendant has been unjustly enriched at the expense of the Plaintiffs, who are entitled to in equity, and hereby seek, the disgorgement and restitution of Defendant's wrongful profits, revenue, benefits, to the extent, and in the amount, deemed appropriate by the Court, and such other relief as this Court deems just and proper to remedy Defendant's unjust enrichment.

WHEREFORE, Plaintiffs pray that this Honorable Court enter Judgment against Defendant for equitable relief, including but not limited to, disgorgement and restitution of Defendant's wrongful profits, revenue, benefits, to the extent, and in the amount, deemed appropriate by the Court, and such other relief as this Court deems just and proper to remedy Defendant's unjust enrichment.

19

## ~~DEMAND FOR JURY TRIAL~~

Plaintiffs hereby demand a jury trial in the above entitled cause.

Respectfully submitted,
THE LIBLANG LAW FIRM, P.C.,
BY:/s/ Dani K. Liblang
    DANI K. LIBLANG (P33713)
SUSAN M. MARTIN (P47459)
Attorneys for Plaintiff
346 Park Street, Suite 200
Birmingham, MI 48009
(248) 540-9270
danil@lemonlawlawyers.com

STERN LAW GROUP, PLLC
BY:/s/ Kenneth A. Stern
    KENNETH A. STERN (P30722)
Co-Counsel for Plaintiffs
41850 W. Eleven Mile Road, Suite 121
Novi, MI 48375-1857
(248) 347-7315
ken@mychildwithcp.com

DATED: April 20, 2017

| Name | Last Name, First Name | Address | Type of Vehicle | VIN | Date of Purchase |
|---|---|---|---|---|---|
| Jordan Cyr | Cyr, Jordan | 3111 W E Ave , Kalamazoo, MI 49009 | 2012 Ford Fiesta | 3FADP4CJ7CM208165 | 07-11-2016 |
| Adrienne Herbst | Herbst, Adrienne | 3449 BirchdaleWay , Antelope, Ca 95843 | 2012 Ford Fiesta | 3FADP4BJ0CM219235 | 07-19-2013 |
| Aida Rivas | Rivas, Aida | 555 E. Johnston Ave. Apt. #6 , Hemet, CA 92583 | 2012 Ford Fiesta | 3FADP4AJ8CM154331 | 03-15-2016 |
| Alma Martin | Martin, Alma | 556 High Hope Road , Sulphur, LOUISIANA 70663 | 2012 Ford Fiesta | 3FADP4EJ2CM145960 | 11-01-2013 |
| Alonso Cano | Cano, Alonso | 8610 carmen avila rd. , Edinburg, TX Texas 78542 | 2012 Ford Fiesta | 3fadp4ej5cm157312 | 12-20-2015 |
| Amanda Miller | Miller, Amanda | 9691 N Ahlgrim Street , Demotte, Indiana 46310 | 2012 Ford Fiesta | 3fadp4bj1cm128443 | 01-16-2016 |
| Amber Phelps | Phelps, Amber | 798 Odell rd , Mansfield, Pa 16933 | 2012 Ford Fiesta | 3FADP4BJ8CM169605 | 07-29-2016 |
| Angela Miller | Miller, Angela | 530 High Street Apt 21, Bethlehem, PA 18018 | 2012 Ford Fiesta | 3FADP4BJ2CM155859 | 01-15-2012 |
| Anna Meader | Meader, Anna | 4709 N Kewanee Ave , Chicago, Illinois 60630 | 2012 Ford Fiesta | 3FADP4EJ4CM157057 | 06-15-2012 |
| Ashley Nicholson | Nicholson, Ashley | 1327 Old Pine Court , Annapolis, Maryland 21409 | 2012 Ford Fiesta | 3FADP4BJ4CM117811 | 10-22-2011 |
| Betty Leasure | Leasure, Betty | 426 north chestnut st , New Cumberland, Wv 26047 | 2012 Ford Fiesta | 3FADP4EJ4CM186879 | 09-01-2012 |
| Brandi Snider | Snider, Brandi | 309 s 7th st , Wyoming, IL 61491 | 2012 Ford Fiesta | 3fadp4ej4cm150092 | 04-04-2014 |
| Brandon Anderson | Anderson, Brandon | 4521 Archmere Ave, Cleveland, OHIO 44109 | 2012 Ford Fiesta | 3FABP4EJ0CM194154 | 03-21-2015 |
| Brenda Limbrick-Sanders | Limbrick-Sanders, Brenda | 529 Barker Clodine Rd #18302 , Houston, Texas 77094 | 2012 Ford Fiesta | 3FADP4BJ7CM170129 | 02-13-2017 |
| Brian Downing | Downing, Brian | 125 Rainbow Drive 2573, Livingston, TX 77399 | 2012 Ford Fiesta | 3FADP4BJXCM170934 | 08-25-2012 |
| Caleb Duda | Duda, Caleb | 5483 Loughborough Ave Apt 2E, Saint Louis, MO 6310 | 2012 Ford Fiesta | 3FADP4AJ3CM131765 | 03-09-2015 |
| Carmen Hernandez | Hernandez, Carmen | 8601 Roberts Dr. 14-7 , Atlanta, Georgia 30350 | 2012 Ford Fiesta | 3FADP4EJ1CM220857 | 02-06-2016 |
| Carol Alsay | Alsay, Carol | 5713  N.68th Ave. , Glendale, Arizona 85303 | 2012 Ford Fiesta | 3FADP4EJ8CM219429 | 08-08-2016 |
| Christina Guerrero | Guerrero, Christina | 1100 farmington drive apt 118, Vacaville, CA 95687 | 2012 Ford Fiesta | 3FADP4BJ7CM173335 | 04-13-2012 |
| Crystal Yoder & Gary Michael | Yoder, Chrystal | 909 West Mulberry Street , Coal Township, PA 17866 | 2012 Ford Fiesta | 3FADP4BJ1CM184396 | 11-28-2014 |
| David Newland | Newland, David | 4405 Eastwood Court , Fairfax, VA 22032 | 2012 Ford Fiesta | 3FADP4ajxcm152306 | 02-09-2012 |
| David Newland | Newland, David | 4405 Eastwood Court , Fairfax, VA 22032 | 2012 Ford Fiesta | 3FADP4BJ2CM180423 | 04-28-2012 |
| Deborah Snow | Snow, Deborah | 9 E. Berry St. , Greencastle, IN 46135 | 2012 Ford Fiesta | 3FADP4BJ3CM123440 | 10-28-2011 |
| Debra Cheetham | Cheetham, Debra | 53 Old Barn Rd , West Springfield, Massachusetts 01089-1955 | 2012 Ford Fiesta | 3FADP4BJ2CM110159 | 10-22-2011 |
| Desiree Carey | Carey, Desiree | 560 Ulster Heights Rd. Ellenville, NY 12428 | 2012 Ford Fiesta | 3FADP4CJ0CM208234 | 12/7/2013 |
| Donna Wojcik | Wojcik, Donna | 36986 Greenbush Road , Wayne, MI 48184 | 2012 Ford Fiesta | 3FADP4BJ9CM128724 | 01-07-2012 |
| Elise Rispoli | Rispoli, Elise | 1331 West 103rd Street , Cleveland, Ohio (OH) 44102 | 2012 Ford Fiesta | 3FADP4BJ0CM105221 | 08-26-2011 |
| Elizabeth Gray | Gray, Elizabeth | 660 McNair Rd , Havana, Florida 32333 | 2012 Ford Fiesta | 3FADP4BJ0CM170053 | 02-28-2015 |
| Erica Cooper | Cooper, Erica | 1918 Gandy Dr Nw , Roanoke, Virginia 24012 | 2012 Ford Fiesta | 3FADP4EJ1CM117468 | 02-02-2016 |
| Frank R Gutierrez | Gutierrez, Frank R. | 2538 Cherokee Cir , Las Cruces, NM 88011 | 2012 Ford Fiesta | 3FADP4EJXCM218945 | 08-12-2014 |
| Gabrielle Powlowsky | Powlowsky, Gabrielle | 6700 Royal Palm BLVD 112, Margate, FL 33063 | 2012 Ford Fiesta | 3FADP4EJ5CM134287 | 11-06-2015 |
| Gabrille Drayton | Drayton, Gabrille | 6047 Mill Branch Road , Columbus, Ga 31907 | 2012 Ford Fiesta | 3FADP4BJ7CM149572 | 05-16-2014 |
| Hannah Ware | Ware, Hannah | 110 N 7TH ST , OAKDALE, LA 71463-2525 | 2012 Ford Fiesta | 3fadp4ej7cm187184 | 05-22-2014 |
| Heather Goggins | Goggins, Heather | 7809 Jones Hastings Rd , Parsonsburg, Md 21849 | 2012 Ford Fiesta | 3FADP4EJ4CM152473 | 03-28-2012 |
| Heidi Collison | Collison, Heidi | 910 Mark Ct ap th , elizabethtown, KY 42701 | 2012 Ford Fiesta | 3fadp4ej9cm150346 | 06-06-2015 |
| Imeisha Washington | Washington, Imeisha | 2172 silk wood ct , charlottesville, VA 22911 | 2012 Ford Fiesta | 3fadp4bj3cm175764 | 06-23-2012 |
| Jaavon Colbert | Colbert, Jaavon | 2800 esquire cir nw , Kennesaw, GA 30144 | 2012 Ford Fiesta | 3FADP4BJ4CM110678 | 05-24-2014 |
| Jackie Easterwood | Easterwood, Jackie | 3228 Bright Star Road , Douglasville, GA 30135 | 2014 Ford Fiesta | 3FADP4BJXCM152854 | 03-04-2016 |
| James Pratt | Pratt, James | 405 W 5th Street , North Little Rock, AR 72114 | 2012 Ford Fiesta | 3FADP4FJ4CM137681 | 03-29-2012 |
| Janai Stanberry | Stanberry, Janai | 4304 W. 58th Pl. , Los Angeles, California 90043 | 2012 Ford Fiesta | 3fadp4bj0cm207621 | 03-21-2015 |
| Janis Aichinger | Aichinger, Janis | 2494 Turf Way , Shelbyville, IN 46176 | 2012 Ford Fiesta | 3FADP4BJ2CM161368 | 03-22-2012 |
| Japonica Waters | Waters, Japonica | 3837 california dr , jackson, ms 39213 | 2012 Ford Fiesta | 3FADP4CJ8CM171644 | 05-22-2015 |
| Jason Hamel | Hamel, Jason | 177 Canterbury , Pendleton, IN 46064 | 2012 Ford Fiesta | 3FADB4BJ5CM118109 | 03-15-2012 |
| Jenna Graham | Graham, Jenna | 4880-1 Reed Ave , Jacksonville, FL 32257 | 2012 Ford Fiesta | 3FADP4BJ3CM170063 | 11-15-2013 |
| Jenna Little | Little, Jenna | 1905 N Cunningham Ave Apt 107C, Urbana, IL 61802 | 2012 Ford Fiesta | 3FADP4EJ6CM221518 | 04-06-2015 |
| Jennifer Faircloth | Faircloth, Jennifer | 4961 high branch ct , Stedman, NC 28391-9050 | 2012 Ford Fiesta | 3FADP4EJXCM215334 | 09-12-2012 |
| Jennifer Hobson | Hobson, Jennifer | 508 s. 12th st. , Salina, Kansas 67401 | 2012 Ford Fiesta | 3FADP4BJ2CM150791 | 10-20-2013 |
| Jennifer Taylor | Taylor, Jennifer | 4767 East Charwood Lane , Wasilla, Alaska 99654 | 2012 Ford Fiesta | 3FADP4EJ1CM140958 | 03-08-2012 |

| Jeremiah Johnson | Johnson, Jeremiah | 202 N 8th st , Coshocton, OH 43812 | 2012 Ford Fiesta | 3fadp4ajxcm131780 | 12-01-2011 |
|---|---|---|---|---|---|
| Jeremy Tessier | Tessier, Jeremy | 3274 Duffy Hill Rd , Enosburg, Vermont 05450 | 2012 Ford Fiesta | 3FADP4CJ4CM110310 | 03-17-2015 |
| Jessica Bernier | Bernier, Jessica | 38 offshore ln , Berlin, Maryland 21811 | 2012 Ford Fiesta | 3FADP4BJOCM170148 | 04-30-2015 |
| Jessica Evangeline Christie | Christie, Jessica | 210 Amos Avenue , Portage, MI 49002 | 2012 Ford Fiesta | 3fadp4fj8cm176967 | 08-08-2014 |
| Jessie Brown | Brown, Jessie | 3054 belden st , Sacramento, California 95815 | 2011 Ford Fiesta | 3fadp4ajxcm132315 | 07-16-2016 |
| Jillian Hardman | Hardman, Jillian | 201 Hilbish Ave , Akron, OH 44312 | 2012 Ford Fiesta | 3FADP4FJ3CM123593 | 12-13-2014 |
| Joanne Heady | Heady, Joanne | 15722 Dodson Branch Hwy , cookeville, tennessee 38501 | 2012 Ford Fiesta | 3faop4bj1cm157831 | 08-05-2015 |
| Jonathan Sivert | Sivert, Jonathan | PSC 2 Box 13127 , APO, AE 09012 | 2012 Ford Fiesta | 3FADP4BJ1CM220443 | 05-21-2014 |
| Jordan Truppner | Truppner, Jordan | 5306 south 3rd ave apt a, everett, WA 98203 | 2012 Ford Fiesta | 3fadp4fj4cm118180 | 08-30-2014 |
| Josafat Rendon | Rendon, Josafat | 14550 Springdale circle , Adelanto, Ca 92301 | 2012 Ford Fiesta | 3FADP4CJXCM216566 | 11-14-2015 |
| Jose Vazquez | Vazquez, Jose | 934 Geronne dr , El Paso, TX 79907 | 2012 Ford Fiesta | 3FADP4EJ1CM137638 | 05-24-2013 |
| Josh Sentinella | Sentinella, Joshua | 16071 Hwy 36 , Covington, GA 30014 | 2012 Ford Fiesta | 3FADP4BJXCM170867 | 10-21-2013 |
| Julie Castagno | Castagno, Juile | 587 e main st , grantsville, utah 84029 | 2013 Ford Fiesta | 3fadp4ej6cm171283 | 08-21-2014 |
| Julieanna Morales | Morales, Julieanna | 32 Abbey Lane A206, Delray Beach, FL 33446 | 2012 Ford Fiesta | 3FADP4EJ9CM156518 | 05-17-2014 |
| Kathleen L Carman | Carman, Kathleen | 22 Old Lilly Pond Road, Parksville, NY 12768 | 2012 Ford Focus | 1FAHP3F26CL276300 | 5/15/2012 |
| Kay King (3) | King, Kay | 546 Craig Lane , Georgetown, KY 40324 | 2012 Ford Fiesta | 3FADP4FJ8CM131740 | 04-19-2012 |
| KayCee Larson | Larson, Kaycee | 902 Stahlman , Bullhead City, az 86442 | 2012 Ford Fiesta | 3FADP4BJ9CM173355 | 07-20-2015 |
| Kayla Coleman | Coleman, Kayla | 21206 Charter Oaks Dr , Davison, MI 48423-3255 | 2012 Ford Fiesta | 3FADP4CJ7CM128669 | 04-13-2016 |
| Kee Claar | Claar, Kee | 701 e 103rd st so , Peck, Kansas 67120 | 2012 Ford Fiesta | 3fadp4ej2cm139933 | 09-15-2012 |
| Kendra Peeler | Peeler, Kendra | 203 Heritage DR NW , Valdese, NC 28690 | 2012 Ford Fiesta | 3FADP4EJOCM149652 | 08-01-2012 |
| Larry Dennison | Dennison, Lawrence | 14800 Livingston Rd , Accokeek, MD 20607 | 2012 Ford Fiesta | 3fadp4cjocm131591 | 06-22-2013 |
| Lee Vines | Vines, Lee | 55 Franklin Place , Hattiesburg, Mississippi 39402 | 2012 Ford Fiesta | 3FADP4CJ3CM123615 | 05-29-2015 |
| Leslie Douglass | Douglass, Leslie | 1815-c county road 107 , Prattville, Al 36066 | 2012 Ford Fiesta | 3FADP4BJ6CM156576 | 09-14-2015 |
| Lindsay Gregory | Gregory, Lindsay | 5455 richmond ave 4080, Houston, TX 77056 | 2012 Ford Fiesta | 3FADP4EJ4CM174465 | 06-13-2016 |
| Lisa Murphy | Murphy, Lisa | 1454 west 13th street , Davenport, IA 52804 | 2012 Ford Fiesta | 3FADP4EJ2CM157204 | 11-18-2015 |
| Mallory Smith | Smith, Mallory | 3804 old middlesboro hwy , speedwell, tn 37870 | 2012 Ford Fiesta | 3fadp4fj8cm110631 | 01-01-2012 |
| Mandi Wright | Wright, Mandi | 335 Summerset Dr , Berne, IN 46711 | 2012 Ford Fiesta | 3FADP4CJ1CM134578 | 04-02-2015 |
| Marissa Pettit | Pettit, Marissa | 15 Marigold Lane , Washington, PA 15301 | 2012 Ford Fiesta | 3FADP4BJ3CM120960 | 07-10-2013 |
| Maureen Clemon | FAFAI | 214 Jackson Street P.O. Box 591, Sioux City, IA 51102 | 2012 Ford Fiesta | 3FADP4EJOCM154334 | 03-14-2016 |
| Melanie Russell | Russell, Melanie | 225 Pennsylvania Ave , Reading, PA 19606 | 2012 Ford Fiesta | 3FADP4BJ6CM110472 | 07-15-2015 |
| Melissa Gerkin | Gerkin, Melissa | 3332 harbor circle d , Pass robles, Ca 93446 | 2012 Ford Fiesta | 3fadp4fj5cm173637 | 03-31-2016 |
| Michael Yates | Yates, Michael | 1812 N Sumner , Pampa, TX 79065 | 2012 Ford Fiesta | 3FADP4EJ5CM170609 | 04-07-2014 |
| Mr.& Mrs. Richard Mcguire Jr. | Mcguire, Richard | 1776 browning fork road , Gilbert, West Virginia 25621 | 2012 Ford Fiesta | 3fadp4bj4cm215690 | 06-03-2012 |
| Nichole Cruz | Cruz, Nichole | 714 Avenue A Apt. 2, Snohomish, WA 98290 | 2012 Ford Fiesta | 3FADP4BJ6CM183230 | 09-14-2013 |
| Nichole Rom | Rom, Nichole | 800 Foxridge Trail , Chesapeake, VA 23322 | 2012 Ford Fiesta | 3FADP4BJXCM165197 | 07-20-2012 |
| Nick LaPointe | Lapointe, Nick | 52 French Road , Epping, New Hampshire 03042 | 2012 Ford Fiesta | 3FADP4EJ2CM220544 | 04-08-2013 |
| Nicole Dorr | Dorr, Nicole | 440 Benton avenue , Winslow, Me 04901 | 2012 Ford Fiesta | 3FADP4FJ6CM104407 | 10-20-2011 |
| Nikki Simon | Simon, Nikki | 487 Park Ave , West Milton, Ohio 45383 | 2012 Ford Fiesta | 3FADP4CJXCM123837 | 09-01-2013 |
| Olivia Kellogg | Kellogg, Olivia | 5477 Sir Monahan St , Las Vegas, NV 89119 | 2012 Ford Fiesta | 3fadp4ejxcm146175 | 03-17-2015 |
| Pam Norton | Norton, Pam | 830 County Road 771 , Ider, Alabama 35981 | 2012 Ford Fiesta | 3FADP4EJ3CM218124 | 06-03-2016 |
| Pamela (Jeffrey) Nearing | Nearing, Jeffrey | 34754 Rocky Point Rd , Polson, Mt 59860 | 2012 Ford Fiesta | 3 FADP4EJ7CM161975 | 05-21-2016 |
| Pamela Enderle | Enderle, Pamela | 717 Ellwood Ave , Dekalb, Illinois 60115 | 2012 Ford Fiesta | 3FADP4BJ3CM125804 | 10-29-2011 |
| Richard McCarthy (Melissa) | Mccarthy, Melissa | 5S43 MEAMEADOWDGLEN DRIVE , CLARENCE CENTER, NY 14032 | 2012 Ford Fiesta | 3FADP4AJ3CM106820 | 08-25-2011 |
| Robert Kalbaugh | Kalbaugh, Robert | 101 fish pot road , Fredericktown, Pennsylvania 15333 | 2012 Ford Fiesta | 3fadp4bj0cm161241 | 07-20-2015 |
| Robyn White | White, Robyn | 219 Parkview Dr , Hominy, Oklahoma 74035 | 2012 Ford Fiesta | 3fadp4ej3cm129587 | 12-28-2012 |
| Rochelle King | King, Rochelle | 231 Hessar St , Grants Pass, Oregon 97527 | 2012 Ford Fiesta | 3FADP4CJ6CM159881 | 03-21-2015 |
| Russell Chatwin | Chatwin, Russell | 1135 Partridge Dr , Aubrey, TX 76227 | 2012 Ford Fiesta | 3FADP4BJ7CM150544 | 04-26-2013 |
| Samantha Hill | Hill, Samantha | 1055 Billy Cy Rd , Grayson, Louisiana 71435 | 2012 Ford Fiesta | 3FADP4BJ1CM155917 | 11-07-2015 |
| Sara Tobias | Tobias, Sara | 61 Lester Lane , Weymouth, MA 02188 | 2012 Ford Fiesta | 3FADP4BJ0CM149218 | 09-15-2012 |

| | | | | | |
|---|---|---|---|---|---|
| Sarah Jacob | Jacob, Sarah | 2218 eagle point rd ---, Crosby, Texas 77532 | | 2012 Ford Fiesta | 3FADP4EJXCM170556 | 09-23-2013 |
| Sarah Van Tassel | Van Tassel, Sarah | 3201 Stream Side Rd APT 4-36, Raleigh, NC 27613-8903 | | 2012 Ford Fiesta | 3FADP4FJ1CM126587 | 01-02-2014 |
| Shawn Robert Jolly | Jolly, Shawn | 7338 Loncki St Box 276, Hill AFB, UT 84056 | | 2012 Ford Fiesta | 3FADP4BJXCM110623 | 10-11-2011 |
| Sherryl Dodd | Dodd, Sherryl | 2359 Badger Rd , North Pole, Alaska 99705 | | 2012 Ford Fiesta | 3FADP4BJXCM1544345 | 03-16-2014 |
| Sonja Alvarez | Alvarez, Sonja | 1553 W. Colegrove Ave. , Montebello, Ca. 90640 | | 2012 Ford Fiesta | 3FADP4EJ5CM102973 | 02-24-2014 |
| Sue Wilson | Wilson, Sue | 6658 Robbie Lane , Semmes, Alabama 36575 | | 2012 Ford Fiesta | 3FADP4EJ1CM194261 | 04-25-2012 |
| Susie Olaughlin | Olaughlin, Susan J | 214 Jericho hlll rd , Waltham, Massachusetts 02451 | | 2012 Ford Fiesta | 3FADP4EJ4CM155308 | 04-10-2014 |
| Sydney Drennan | Drennan, Sydney | 24043 Cuyler Lane PO box 112, Deerwood, Mn 56444 | | 2012 Ford Fiesta | 3fadp4cjxcm181219 | 03-13-2015 |
| Tarrah Ciarimboli (Pritts) | Ciarimboli Pritts, Tarrah | 1382 west Pittsburgh street , Scottdale, Pennsylvania 15683 | | 2012 Ford Fiesta | 3FADP4BJ2CM114891 | 12-07-2014 |
| Tawny Dmytriw | Dmytriw, Tawny | 1141 mount doble dr , big bear city, ca 92314 | | 2012 Ford Fiesta | 3fadp4ej9cm221478 | 05-30-2014 |
| Teresa Gann | Gann, Teresa | 1001 Fuller Ln , Searcy, AR 72143 | | 2012 Ford Fiesta | 3FADP4EJ7CM194281 | 02-01-2016 |
| Teresa Spurger | Spurger, Teresa | 109 Lighhouse Landing , Kemp, TX 75143 | | 2012 Ford Fiesta | 3FADP4BJ8CM158460 | 01-31-2012 |
| Thelma Warford | Warford, Thelma | 444 Westmoreland Drive , Dunbar, West Virginia 25064-2712 | | 2012 Ford Fiesta | 3FADP4FJ3CM103421 | 12-10-2015 |
| Tomeka Hurse | Hurse, Tomeka | 4415 Oakwood Blvd. Apt. 3, Melvindale, Michigan 48122 | | 2012 Ford Fiesta | 3FADP4BJ1CM153438 | 12-01-2011 |
| Tracey Voeltner | Voeltner, Tracey | 1600 S. San Jacinto st #146, San Jacinto, Ca 92583 | | 2012 Ford Fiesta | 3FADP4BJ6CM146405 | 12-27-2016 |
| Victoria Woods | Woods, Victoria | 182 Spaulding Ave , Syracuse, New York 13205 | | 2012 Ford Fiesta | 3FADP4EJXCM175423 | 04-17-2015 |
| Virginia Hamm | Hamm, Vermilion | 437 Erie Road , Vermilion, Ohio 44089-2130 | | 2012 Ford Fiesta | 3FAD4EJ6CM176354 | 08-15-2012 |
| Virginia Wheeler | Wheeler, Virginia | 406 myrtle street , Uvalda, GA 30473 | | 2012 Ford Fiesta | 3FADP4CJXCM149550 | 09-18-2015 |
| Vitina White | White, Vitina | 5100 white horse pike , egg harbor, NJ 08215 | | 2012 Ford Fiesta | 3FADP4BJ1CM134110 | 07-28-2014 |
| Walter Baranowski | Baranowski, Walter | 43 Mill St. , Lakeville, Massachusetts 02347 | | 2012 Ford Fiesta | 3FADP4BJ7CM149233 | 03-17-2012 |
| William (Larry) Wise | Wise, Larry | 20354 County Rd 13 , Fairhope, Alabama 36532 | | 2012 Ford Fiesta | 3FADP4FJ4CM158160 | 06-11-2016 |

**STATE OF MICHIGAN**
**IN THE CIRCUIT COURT FOR THE COUNTY OF WAYNE**

JORDAN CYR, ET AL.,

      Plaintiffs,                        Case No. 2017-006058-NZ

vs.                                  HON. ANNETTE J. BERRY

FORD MOTOR COMPANY, a Delaware Corporation,

      Defendant.                            17-006058-NZ

| | |
|---|---|
| THE LIBLANG LAW FIRM, P.C.<br>BY: DANI K. LIBLANG (P33713)<br>    SUSAN M. MARTIN (P47459)<br>Attorneys for Plaintiffs<br>346 Park Street, Suite 200<br>Birmingham, MI 48009<br>(248) 540-9270 | FILED IN MY OFFICE<br>WAYNE COUNTY CLERK<br>6/16/2017 9:59:40 AM<br>CATHY M. GARRETT |

**EXHIBITS B AND C OF COMPLAINT**

                    Respectfully submitted,

                    THE LIBLANG LAW FIRM, P.C.

                    BY:    /s/ Dani K. Liblang
                      DANI K. LIBLANG (P33713)
                    Attorneys for Plaintiff
                    346 Park Street, Suite 200
                    Birmingham, MI 48009
DATED:  June 16, 2017        (248) 540-9270

17-006058-NZ

FILED IN MY OFFICE
WAYNE COUNTY CLERK
6/16/2017 9:59:40 AM
CATHY M. GARRETT

# EXHIBIT B

Case 2:18-ml-02814-AB-FFM   Document 90-5   Filed 07/27/18   Page 31 of 90   Page ID
#:2809
3/26/2017                   Ford Begins Production of Dual-Clutch Six-Speed PowerShift Transmission for Fiesta » AutoGuide.com News


Supra Close-Up Spy Photos


VW Atlas Review and video


Customer Satisfaction Losers


F-150 10-Speed Tested


Auto Insurance

# AutoGuide.com

Search AutoGuide.com          SEARCH

New Cars    Used Cars    Car Reviews    Tips and Advice    Auto Shows    Auto News    Forums

Future Cars    Video    Auto Insurance    Compare Cars    Spy Photos    Top 10    Car Loans


TOYOTA

Explore    Shop + Buy    New + Shopping Tools

Auto News / Ford Begins Production of Dual-Clutch Six-Speed PowerShift Transmission for Fiesta

Chevy Cruze Eco to Debut at NY Auto...          Cadillac CTS-V Sport Wagon Confirmed...

Know something we don't?
Send us your Tips!

# Ford Begins Production of Dual-Speed PowerShift Transmission for Fiesta

Share (2)                    Tweet



Subscribe

## Get AutoGuide.com in your Inbox

Your Email Address                    SIGN-UP

## Like AutoGuide.com on Facebook

Like 71K

**By Colum Wood  |  Mar 29, 2010  |**


Kroger Milk $1.99

**Vehicle Spotlight**


**2017 Toyota Prius Prime**
Find out more about the all-new
Toyota Prius Prime.

Like us on Facebook

Follow Us on Twitter

Get AutoGuide.com News Fast

                    SIGN-UP

ns



2017 Audi A4 2.0TFSI          2017 Mercedes-Benz
quattro                       C300 4Matic

2017 Kia Sedona vs 2017 Hyundai Santa Fe

2017 Hyundai Elantra Sport vs 2017 Honda
Civic Touring

Quick Comparison: BMW M2 vs. Ford
Mustang Shelby GT350

2017 Audi R8 V10 Plus vs McLaren 570S

Midsize Three-Row Crossover Comparison
Test




2012 Ford Fiesta S



**Ford is excited to announce the start of production for its new six-speed PowerShift dual clutch transmission, set to appear in the new Fiesta, is now underway. "Who cares," you're most likely thinking. Well, this little transmission is actually quite a big deal for several reasons, like fuel economy and performance.**

The dual clutch system Ford is using allows for shifts that are far quicker than a typical automatic while also optimizing fuel economy. In fact, Ford estimates this new transmission, when paired with the Fiesta's 1.6-liter 4-cylinder will help deliver 40 mpg on the highway  —which will likely give the Fiesta

3/26/2017                 Ford Begins Production of Dual-Clutch Six-Speed PowerShift Transmission for Fiesta » AutoGuide.com News

best-in-class fuel economy. This isn't really surprising as the Fiesta will be the first vehicle in the sub-compact segment with a dual-clutch setup, as well as the first sub-compact with a six-speed automatic.

The advantages of the high-tech tranny are summarized by PowerShift development team leader Piero Aversa, who says that, "We believe this new automatic transmission for the Fiesta will be the most advanced in the segment, offering far better performance than our competitors. It's an advanced gearbox that reduces complexity, saves weight, increases responsiveness and performance – all while helping keep the engine in its peak efficiency mode – resulting in class-leading fuel economy."



5 REASONS
SONATA

----------------- ADVERTISEMENT -----------------

## Most Fuel Efficient Compact SUVs



1. Honda HR-V
2. Mazda CX-3
3. Nissan Juke

Sonata

# 5 REASONS

# SONATA



In an effort to be a fuel economy leader, Ford is committed to offering six-speed transmissions in 85 percent of its vehicles by the end of the year, with 100 percent of Ford vehicles offered with a six-speed by 2013.

"Ford's advanced new six-speed automatic transmissions will really surprise our customers, and our competitors," said Barb Samardzich, VP of Powertrain Development. "They provide the convenience of traditional automatics with fuel economy leadership, as well as responsive performance and driving dynamics that make these cars fun to drive. And we're adding six-speed transmissions to our most accessible vehicles, not just our luxury offerings and high-performance models."

Transmission production at Ford's facility in Irapuato, Mexico has just begun and is slated to get much busier later this year when the team there also starts production of a new PowerShift six-speed transmission for the new Ford Focus.

## GALLERY: 2011 Ford Fiesta



Official release after the jump:

## PRESS RELEASE

IMMEDIATE RELEASE

POWERSHIFT TRANSMISSION PRODUCTION BEGINS, DRIVING FORD SMALL CAR FUEL ECONOMY LEADERSHIP

•   Production of new PowerShift dual-clutch automatic transmission for new 2011 Ford Fiesta begins today, helping Ford deliver on its plan for offering fuel-saving six-speed transmissions across its product portfolio

•   Fiesta with PowerShift joins the 2011 Mustang Coupe V-6 as the second recent Ford vehicle to offer better fuel economy with an automatic transmission than a manual

•   PowerShift characteristics are particularly well-suited to smaller car applications, making the transmission a perfect fit for Fiesta and the upcoming Ford Focus

•   Advanced technology with energy-saving electromechanical actuation system minimizes friction helping PowerShift deliver an expected class-leading fuel economy

DEARBORN, Mich., March 29, 2010 – Helping deliver on Ford Motor Company's commitment to class-leading fuel economy and exceptional driving quality, production is launching today of the PowerShift dual-clutch automatic transmission for the 2011 Ford Fiesta.

## Car Buying Tools

Find a Dealer near your area

Free dealer Price Quote

Vehicle History Report

## Most Popular


Production Honda Civic Type R Finally Debuts With 306 HP 66 comments


2018 Toyota Tundra Spied Again Showing New Front End 32 comments


Toyota Supra Spied Up Close Revealing More Details 32 comments

The new dual-clutch automatic – the first six-speed transmission in the segment – will help the stylish Fiesta to deliver an expected best-in-class fuel economy rating of at least 40 mpg on the highway with the convenience of fully automatic shifting.

The PowerShift automatic is produced for Ford by GETRAG Americas, a joint venture between the GETRAG Group and GETRAG FORD Transmissions. The transmission is built at a new facility in Irapuato, Mexico. The assembly plant was designed and constructed specifically for Ford transmission needs in North America and will also supply PowerShift units for the new Ford Focus. When Focus transmission production begins later this year, the plant will have 400 workers, double the amount that it has now. Next-generation Focus production begins later this year at Ford's Michigan Assembly Plant in Wayne, Mich.

"We believe this new automatic transmission for the Fiesta will be the most advanced in the segment, offering far better performance than our competitors," said Piero Aversa, team leader for PowerShift development. "It's an advanced gearbox that reduces complexity, saves weight, increases responsiveness and performance – all while helping keep the engine in its peak efficiency mode – resulting in class-leading fuel economy."

Ford eliminating automatic transmission tradeoffs The Fiesta is the second new Ford vehicle to deliver better fuel economy using an automatic transmission rather than a manual. The new six-speed automatic in the 2011 Mustang Coupe betters the highway fuel economy of the standard six-speed manual by 2 mpg.

Traditionally, manual transmissions have delivered higher fuel economy. But Ford's latest automatic transmission advancements have reversed the decades-old scenario, using advanced technology to provide customers with exceptional efficiency and the convenience of an automatic transmission.

With an array of new automatic transmission technologies, Ford is out to challenge the status quo by delivering segment-leading fuel economy without compromise to convenience, and accessibility to a much broader segment of the driving public. Fewer drivers possess stick-shift skills, as manual transmission market acceptance continues to drop, falling 22 percent over the last decade.

"Ford's advanced new six-speed automatic transmissions will really surprise our customers, and our competitors," said Barb Samardzich, vice president of Powertrain Development. "They provide the convenience of traditional automatics with fuel economy leadership, as well as responsive performance and driving dynamics that make these cars fun to drive. And we're adding six-speed transmissions to our most accessible vehicles, not just our luxury offerings and high-performance models."

Ford is committed to six-speed transmissions, with availability across 85 percent of its nameplates for 2010. By 2013, these fuel-saving, performance-enhancing six-speed transmissions will be offered in 100 percent of Ford vehicles.

About PowerShift The dual dry-clutch PowerShift automatic transmission is based on efficient manual transmission technology, eliminating the additional weight and complexity of a torque converter, planetary gears and the fluid pumps employed in traditional automatics. Electronically controlled, twin internal clutches shift gears quickly and smoothly, providing a seamless flow of torque with the refinement and ease customers expect from a premium automatic transmission.

On sale this summer, the Ford Fiesta with PowerShift, in combination with an advanced 1.6-liter I-4 engine, is expected to deliver fuel efficiency of at least 40 mpg on the highway. Fiesta will be the only vehicle in the segment to offer the efficiency and the fun of a sophisticated six-speed automatic transmission.

Coming to market early in 2011, the new Ford Focus will combine an innovative, direct-injection 2.0-liter four-cylinder engine with PowerShift to deliver better overall performance and projected fuel economy gains of up to 10 percent over the current Focus 2.0-liter powertrain.

"A dual dry-clutch transmission provides some real dividends on small car applications," said Aversa. "PowerShift with dry-clutch facings and new energy-saving electromechanical actuation for clutches and gear shifts saves weight, improves efficiency, increases smoothness, adds durability and is sealed with low-friction gear lubricant for the life of the vehicle. This transmission requires no regular maintenance."

Filed under: American Featured Articles Ford

Tags: 2011 ford fiesta, Barb Samardzich, Ford, PowerShift, powershift transmission


**Top 10 Worst Automakers in Customer Satisfaction for 2017:** J.D. Power 25 comments


**2018 Subaru Crosstrek Debuts With Better Off-Road Capability** 26 comments

## Find Your Next Car

* New     Used     Price Quote

[Select a Make ▾]          FIND
[Select Make First ▾]

## Latest Videos


**Lincoln's New Head-Up Display Uses Movie Theater Technology**


**Watch How Fast the Bugati Chiron Accelerates**


**2018 Corvette Rumors, Shelby GT350 Owners Suing Ford, Civic Type R Exhaust Note: Weekly News Roundup**


**Curling Looks Like Way More Fun with Cars**


**There's a New Batmobile Heading to the Big Screen**

## Concept Cars

**Top 5 Best Porsche Concept Cars, According to Porsche**



  

  

  

## Categories

Share           Tweet

Subscribe

17-006058-NZ

FILED IN MY OFFICE
WAYNE COUNTY CLERK
6/16/2017 9:59:40 AM
CATHY M. GARRETT

# EXHIBIT C

This page is for personal, non-commercial use. You may order presentation ready copies to distribute to your colleagues, customers, or clients, by visiting
http://www.autobloglicensing.com

🏠 (/)

Jan 21st 2009 at 12:01AM (/archive/2009/01/21/)                                              🔔 SUBSCRIBE

# Ford officially announces dual clutch PowerShift gearbox for 2010

Case 2:18-ml-02814-AB-FFM   Document 90-5   Filed 07/27/18   Page 36 of 90   Page ID
3/26/2017                                    #:2814
Ford officially announces dual-clutch PowerShift gearbox for 2010 - Autoblog





(/bloggers/sam-
abuelsamid/)Sam Abuelsamid (/bloggers/sam-abuelsamid/)

The dual clutch gearbox installed in the Lincoln Concept C (http://www.autoblog.com/2009/01/12/detroit-2009-little-
bigtime-concept-c-takes-lincoln-in-brand/) and Volvo S60 Concept (http://www.autoblog.com/2009/01/11/detroit-
2009-volvo-s60-debuts-sexy-scandinavian-design/) that debuted at the Detroit Auto Show
(http://www.autoblog.com/category/detroit-auto-show/) is now officially coming to Ford's
(http://www.autoblog.com/ford/) lineup. The Getrag-supplied PowerShift gearbox was hinted at on the Fiesta
(http://www.autoblog.com/ford/fiesta/) micro-site that Ford recently launched and will be available in the new sub-
compact when it launches at the end of the year. Like the DSG units used in a number of Volkswagens
(http://www.autoblog.com/volkswagen/), the PowerShift allows full automatic control or clutchless manual shifting.
Ford's first PowerShift is already available in the current European Focus with a 2.0L diesel
(http://www.autoblog.com/diesel/) engine. That unit is a wet-clutch system like most of the current VW
(http://www.autoblog.com/volkswagen/) DSG boxes. The new unit set to debut in the Fiesta is a dry-clutch system
that's both lighter and more efficient. The 6-speed PowerShift weighs 30 lbs less than the 4-speed automatic

Case 2:18-ml-02814-AB-FFM  Document 90-5  Filed 07/27/18  Page 37 of 90  Page ID
#:2315
3/26/2017                    Ford officially announces dual-clutch PowerShift gearbox for 2010 - Autoblog

currently offered in the U.S.-market Focus and should deliver 9-percent better fuel economy (http://www.autoblog.com/tag/fuel+economy/). The official press release is pasted after the jump.

Gallery: Ford PowerShift Gearbox (http://www.autobloggreen.com/photos/ford-powershift-gearbox/)

(http://www.autobloggreen.com/photos/ford-powershift-gearbox/1307588/)

(http://www.autobloggreen.com/photos/ford-powershift-gearbox/1307587/)

(http://www.autobloggreen.com/photos/ford-powershift-gearbox/1307586/)

(http://www.autobloggreen.com/photos/ford-powershift-gearbox/1307585/)

[Source: Ford]

**PRESS RELEASE:**

*FORD TO INTRODUCE FUEL-EFFICIENT DUAL-CLUTCH POWERSHIFT TRANSMISSION IN NORTH AMERICA IN 2010*

*DETROIT, Jan. 21, 2009 – Ford Motor Company announced today it will introduce an advanced dual-clutch PowerShift six-speed transmission in North America in 2010 for the small-car segment.*

*PowerShift will deliver the fuel efficiency of a manual gearbox with the convenience and ease of a premium automatic transmission – making it a key enabling technology as Ford targets best-in-class or among-the-best fuel economy with every new vehicle it introduces in North America.*

*"PowerShift represents a true competitive advantage for Ford and is one of the many technologies that will help our global small-car platforms set a new world standard for efficiency and drive quality," said Barb Samardzich, vice president, Global Powertrain Engineering, who announced PowerShift's production timing at the 2009 Automotive News World Congress. "This advanced six-speed is an improvement over today's automatic transmissions in terms of fuel economy, while providing customers an even more fun-to-drive experience."*

*Overall, Ford has committed that almost 100 percent of its transmissions will be advanced six-speed gearboxes by*

2013. Six-speed transmissions already have helped vehicles such as the 2010 Ford Fusion achieve best-in-class fuel economy, while at the same time allowing the Ford Flex and Ford Escape to achieve unsurpassed fuel economy in their respective segments.

Ford is leveraging six-speed transmissions, advanced internal combustion engines such as EcoBoost, hybrids, full electric vehicles, vehicle weight reduction and electric power-assisted steering to improve fuel economy and reduce greenhouse gas emissions fleet-wide by 30 percent by 2020.

**Automatic Comfort**
Compared to traditional automatic four-speed transmissions, PowerShift can help reduce fuel consumption by up to 9 percent depending on the application.

PowerShift provides the full comfort of an automatic with a more sophisticated driving dynamic, thanks to uninterrupted torque from the dual-clutch technology, which consists essentially of two manual transmissions working in parallel, each with its own independent clutch unit. One clutch carries the uneven gears – 1, 3 and 5 – while the other the even gears – 2, 4 and 6. Subsequent gear changes are coordinated between both clutches as they engage and disengage for a seamless delivery of torque to the wheels.

In Europe, Ford currently offers a PowerShift transmission in the Ford Focus. This PowerShift uses a twin wet-clutch system to handle the higher torque levels of the 2.0-liter TDCI engine available in the Focus.

In North America, a dry-clutch derivative of Ford's PowerShift transmission will be used for added efficiency and durability. A dry clutch transmits power and torque through manual transmission clutch facings, while most automatic transmissions utilize wet clutch plates submerged in oil. As a result, the dry-clutch PowerShift transmission does not require an oil pump or torque converter, providing superior mechanical efficiency.

"A dry clutch is a real sweet spot for lighter vehicle applications," said Piero Aversa, manager, Ford Automatic Transmission Engineering. "PowerShift is more efficient, it saves weight, is more durable, more efficient and the unit is sealed for life, requiring no regular maintenance."

PowerShift, unlike conventional automatic transmissions, does not need the heavier torque converter or planetary gears. In addition, the dry-clutch derivative eliminates the need for the weighty pumps, hydraulic fluids, cooling lines and external coolers that wet clutch transmissions require. As a result, the dry-clutch PowerShift transmission can weigh nearly 30 pounds less than, for example, the four-speed automatic transmission featured on today's Ford Focus.

Differentiating PowerShift even further in terms of its customer appeal is its shift quality, launch feel and overall drive

dynamic, which are all facilitated by an expert blend of Ford-exclusive electro-mechanical systems, software features, calibrations and controls. These unique driving features include:

• Neutral coast down – The clutches will disengage when the brakes are applied, improving coasting downshifts and clutch robustness as well as reducing parasitic losses for increased fuel economy.

• Precise clutch control in the form of a clutch slip to provide torsional damping of the engine vibration – This function improves noise, vibration and harshness (NVH) at low engine speeds and enables lower lugging limits for improved fuel economy.

• Low-speed driving or creep mode with integrated brake pressure – This function simulates the low-speed control drivers are accustomed to from an automatic transmission. The amount of rolling torque in Drive and Reverse is precisely controlled, gradually building as brake pressure is released.

• Hill mode or launch assist – Prevents a vehicle from rolling back on a grade by maintaining brake pressure until the engine delivers enough torque to move the vehicle up the hill, providing improved driver confidence, comfort, safety and clutch robustness.

🔔 SUBSCRIBE

Ford (/ford/news/)      Technology (/category/tech/)      2010 (/tag/2010/)      breaking (/tag/breaking/)

dual clutch (/tag/dual+clutch/)      DualClutch (/tag/dualclutch/)      powershift (/tag/powershift/)

## You Might Also Like

# EXHIBIT B

**MASS ACTION PLAINTIFFS REPRESENTED BY OTHER COUNSEL**

| Last Name | First Name | Other Action Counsel | Settlement Date, if Settled Before Mass Action Filed |
|-----------|-----------|---------------------|------------------------------------------------------|
| Allen | Jordan | Steven Veinger | |
| Bailey | Thomas | Lemberg Law Firm | |
| Barnett | Mikala | Alex White, PLLC | |
| Brock | Corinia | Patrick Law Firm | |
| Campbell | Jason | Richard Jackson | |
| Carter | Jerry | Simanovsky | |
| Chambers | John | Gorberg | |
| Cooper | Karen | Gorberg | |
| Cruts Dijanni | Laura | Kimmel | 4/8/2014 |
| Davis | Susan | Gorberg | |
| Deberardinis | James | Simanovsky | 8/5/2016 |
| Doll | John | Krohn & Moss | |
| Embree | Anthony | Krohn & Moss | |
| Ferrato | Sheree | Kahn & Associates | |
| Hamilton | Curtis | Consumer Legal Services | |
| Hernandez | Louie | Consumer Law Experts | |
| Herren | Dean | Kahn & Associates | |
| Klippel | Adam | Ronald Bolz | |
| Leak | Thomas | Kimmel | 3/9/2017 |
| Marrone | Dina | Gorberg | 2/19/2014 |
| Martinez II | Jose | Krohn & Moss | |
| McNeal | Bessie | Lemberg | |
| Meadows | Jeff | Lemon Law Group | |
| Melrath | Beverly | Kimmel | 10/15/2015 |
| Monceaux | Trevor | Lemon Law Partners | |
| Montgomery | Rebekah | Simanovsky | 5/5/2017 |
| Oliver | Ashley | Lemberg | |

17-006058-NZ   FILED IN MY OFFICE   Cathy M. Garrett   WAYNE COUNTY CLERK   2/14/2018 4:27 PM   Tashia Marshall

RECEIVED by MCOA 6/15/2018 2:42:26 PM

17-006058-NZ   FILED IN MY OFFICE   WAYNE COUNTY CLERK   2/14/2018 4:27 PM   Cathy M. Garrett   Tashia Marshall

| Last Name | First Name | Other Action Counsel | Settlement Date, if Settled Before Mass Action Filed |
|-----------|-----------|---------------------|---------------------|
| O'Mary | Betty | Consumer Legal Services | |
| Parsons | Laura | Krohn & Moss | |
| Randall | Angela | Steven Stancroff | |
| Rapsin | Karen | Simanovsky | |
| Richards | Kelly | Romano | 12/16/2016 |
| Rollins | Jennifer | Steven Veinger | |
| Rose | Deanna | Weisberg & Meyers | |
| Scagliotti | Chris | Krohn & Moss | |
| Tackett | Amanda | Susan Van Zant | |
| Townson | Eric | Lemon Law Group | |
| Williams | Rebecca | Lemon Law Partners | 7/31/2015 |

RECEIVED by MCOA 6/15/2018 2:42:26 PM

# EXHIBIT C

**Tracey Porter**

| | |
|---|---|
| **From:** | Eric Kaczander <ekaczander@consumerlawcenter.com> |
| **Sent:** | Wednesday, February 14, 2018 10:39 AM |
| **To:** | 'Tracey Porter'; 'Dani K. Liblang' |
| **Cc:** | 'Kenneth Stern'; 'Emily Straight'; 'Scott Erskine'; Gregory Moss |
| **Subject:** | RE: Embree v. Ford |

Dani and Ken,

I still have not even received a response from either of you regarding my emails below, dating back 4 months now. I'm not trying to be a pain, but this is getting a little ridiculous now. He has instructed you months ago that he no longer wants to be a part of your Michigan action, but you have not followed his instructions and dismissed him. Will you please dismiss Mr. Embree from the Michigan case ASAP? And I would appreciate the professional courtesy of a response. Thanks.

Eric

**Eric Kaczander**
**Attorney at Law**
**Krohn & Moss, Ltd.**
**10 N. Dearborn St.**
**3rd Floor**
**Chicago, IL 60602**
**(312) 578-9428 x274 (direct)**
**fax: (866) 289-0898**
**email: ekaczander@consumerlawcenter.com**
**web: www.krohnandmoss.com**
**\*Licensed to practice in Illinois, Kentucky, Michigan, Minnesota and Missouri**

**Connect With Us**   

**From:** Eric Kaczander
**Sent:** Wednesday, February 07, 2018 2:06 PM
**To:** 'Tracey Porter' <tporter@erskinelaw.com>; 'Dani K. Liblang' <danil@liblanglaw.com>
**Cc:** 'Kenneth Stern' <ken@mychildwithcp.com>; 'Emily Straight' <estraight@erskinelaw.com>; 'Scott Erskine'
<serskine@erskinelaw.com>; Gregory Moss <gmoss@consumerlawcenter.com>
**Subject:** RE: Embree v. Ford

Dani,

I'm following up on the email below. Please let me know the status and send me the order dismissing Mr. Embree ASAP. Thanks.

Eric

**Eric Kaczander**
**Attorney at Law**
**Krohn & Moss, Ltd.**
**10 N. Dearborn St.**

**3rd Floor**
**Chicago, IL 60602**
**(312) 578-9428 x274 (direct)**
**fax: (866) 289-0898**
**email:** ekaczander@consumerlawcenter.com
**web:** www.krohnandmoss.com
**\*Licensed to practice in Illinois, Kentucky, Michigan, Minnesota and Missouri**

**Connect With Us**   

**From:** Eric Kaczander
**Sent:** Monday, February 05, 2018 12:51 PM
**To:** 'Tracey Porter' <tporter@erskinelaw.com>; 'Dani K. Liblang' <danil@liblanglaw.com>
**Cc:** Kenneth Stern <ken@mychildwithcp.com>; Emily Straight <estraight@erskinelaw.com>; Scott Erskine <serskine@erskinelaw.com>; Gregory Moss <gmoss@consumerlawcenter.com>
**Subject:** RE: Embree v. Ford

Dani,

I was informed that Mr. Embree still has not been dismissed from the Michigan Mass Action claim.  His Missouri case settled for a buyback, but he needs to be dismissed from the Michigan case to complete the settlement.  Tracey agreed to the stip to dismiss in back in November.  Was it ever filed?  Please let me know the status.  Thanks.

Eric

**Eric Kaczander**
**Attorney at Law**
**Krohn & Moss, Ltd.**
**10 N. Dearborn St.**
**3rd Floor**
**Chicago, IL 60602**
**(312) 578-9428 x274 (direct)**
**fax: (866) 289-0898**
**email:** ekaczander@consumerlawcenter.com
**web:** www.krohnandmoss.com
**\*Licensed to practice in Illinois, Kentucky, Michigan, Minnesota and Missouri**

**Connect With Us**   

**From:** Tracey Porter [mailto:tporter@erskinelaw.com]
**Sent:** Wednesday, November 22, 2017 12:15 PM
**To:** Eric Kaczander <ekaczander@consumerlawcenter.com>
**Cc:** Dani K. Liblang <danil@liblanglaw.com>; Kenneth Stern <ken@mychildwithcp.com>; Emily Straight <estraight@erskinelaw.com>; Scott Erskine <serskine@erskinelaw.com>
**Subject:** Re: Embree v. Ford

Dani and Eric,
You have my permission to sign a stipulation dismissing this Plaintiff from the mass action case pending in Wayne County.

Tracey

Sent from my iPhone

On Nov 22, 2017, at 6:49 AM, Eric Kaczander <ekaczander@consumerlawcenter.com> wrote:

>Dani,

>Please let me know the status on this.  Yesterday, the Court in Missouri dismissed my client's case as it has not yet seen a dismissal from the Michigan case.  Please dismiss Mr. Embree from the Michigan case ASAP.  Thanks.

>Eric

>**Eric Kaczander**
>**Attorney at Law**
>**Krohn & Moss, Ltd.**
>**10 N. Dearborn St.**
>**3rd Floor**
>**Chicago, IL 60602**
>**(312) 578-9428 x274 (direct)**
>**fax:  (866) 289-0898**
>**email:** ekaczander@consumerlawcenter.com
>**web:** www.krohnandmoss.com
>***Licensed to practice in Illinois, Kentucky, Michigan, Minnesota and Missouri**
>**Connect With Us**  <image001.gif>   <image002.gif>   <image003.gif>

>**From:** Eric Kaczander
>**Sent:** Tuesday, November 21, 2017 7:12 AM
>**To:** 'Tracey Porter' <tporter@erskinelaw.com>; 'Dani K. Liblang' <danil@liblanglaw.com>
>**Cc:** 'Kenneth Stern' <ken@mychildwithcp.com>; 'Emily Straight' <estraight@erskinelaw.com>
>**Subject:** RE: Embree v. Ford

>Dani,

>Any update on this?  Thanks and Happy Thanksgiving.

>Eric

>**Eric Kaczander**
>**Attorney at Law**
>**Krohn & Moss, Ltd.**
>**10 N. Dearborn St.**
>**3rd Floor**
>**Chicago, IL 60602**
>**(312) 578-9428 x274 (direct)**
>**fax:  (866) 289-0898**
>**email:** ekaczander@consumerlawcenter.com
>**web:** www.krohnandmoss.com
>***Licensed to practice in Illinois, Kentucky, Michigan, Minnesota and Missouri**
>**Connect With Us**  <image001.gif>   <image002.gif>   <image003.gif>

17-006058-NZ   FILED IN MY OFFICE   WAYNE COUNTY CLERK   2/14/2018 4:27 PM   Cathy M. Garrett   Tashia Marshall

RECEIVED by MCOA 6/15/2018 2:42:26 PM

**From:** Tracey Porter [mailto:tporter@erskinelaw.com]
**Sent:** Wednesday, November 15, 2017 8:23 AM
**To:** 'Dani K. Liblang' <danil@liblanglaw.com>; Eric Kaczander <ekaczander@consumerlawcenter.com>
**Cc:** 'Kenneth Stern' <ken@mychildwithcp.com>; 'Emily Straight' <estraight@erskinelaw.com>
**Subject:** RE: Embree v. Ford

The issue is that the order says the action is continuing in IL.  It is my understanding that is the wrong State, which is not really an issue with me, but I thought that it should be accurate and protect Mr. Embree.  Dani, can your office send me a word version of the order? You sent over a pdf version. I really don't think I should have to redraft the entire order to change IL to MO.

Thanks,
Tracey

**From:** Dani K. Liblang [mailto:danil@liblanglaw.com]
**Sent:** Tuesday, November 14, 2017 6:37 PM
**To:** Eric Kaczander <ekaczander@consumerlawcenter.com>; 'tporter@erskinelaw.com' <tporter@erskinelaw.com>
**Cc:** Kenneth Stern <ken@mychildwithcp.com>
**Subject:** RE: Embree v. Ford

Tracey,
I'm out of the office until Monday but, if you want to redraft the order to address whatever the issue is, I can read it on my iPad and let you know if I see any problem with it.
Thanks,
Dani

**From:** Eric Kaczander [mailto:ekaczander@consumerlawcenter.com]
**Sent:** Tuesday, November 14, 2017 4:49 PM
**To:** 'tporter@erskinelaw.com' <tporter@erskinelaw.com>
**Cc:** Dani K. Liblang <danil@liblanglaw.com>; Kenneth Stern <ken@mychildwithcp.com>
**Subject:** Embree v. Ford

Tracey,

Dani informed me that she was working with you in dismissing Mr. Embree from the mass action filed in Michigan.  She said you had some issues with her proposed order.  Can you get in touch with Dani to finalize the order dismissing Mr. Embree?  Thanks.

Eric

**Eric Kaczander**
**Attorney at Law**
**Krohn & Moss, Ltd.**
**10 N. Dearborn St.**
**3rd Floor**
**Chicago, IL 60602**
**(312) 578-9428 x274 (direct)**
**fax:  (866) 289-0898**
**email:** ekaczander@consumerlawcenter.com
**web:** www.krohnandmoss.com

*Licensed to practice in Illinois, Kentucky, Michigan, Minnesota and Missouri

**Connect With Us**  <image001.gif>    <image002.gif>   <image003.gif>

17-006058-NZ    FILED IN MY OFFICE    Cathy M. Garrett    WAYNE COUNTY CLERK    2/14/2018 4:27 PM    Tashia Marshall

RECEIVED by MCOA 6/15/2018 2:42:26 PM

Tashia Marshall    2/14/2018 4:27 PM    WAYNE COUNTY CLERK    Cathy M. Garrett    FILED IN MY OFFICE    17-006058-NZ

RECEIVED by MCOA 6/15/2018 2:42:26 PM

## Tracey Porter

| | |
|---|---|
| **From:** | Eric Kaczander <ekaczander@consumerlawcenter.com> |
| **Sent:** | Wednesday, January 31, 2018 10:00 AM |
| **To:** | 'Tracey Porter' |
| **Subject:** | RE: Embree v. Ford |

We represent him.

**Eric Kaczander**
**Attorney at Law**
**Krohn & Moss, Ltd.**
**10 N. Dearborn St.**
**3rd Floor**
**Chicago, IL 60602**
**(312) 578-9428 x274 (direct)**
**fax:  (866) 289-0898**
**email: ekaczander@consumerlawcenter.com**
**web: www.krohnandmoss.com**
***Licensed to practice in Illinois, Kentucky, Michigan, Minnesota and Missouri**

**Connect With Us**   

**From:** Tracey Porter [mailto:tporter@erskinelaw.com]
**Sent:** Wednesday, January 31, 2018 8:56 AM
**To:** Eric Kaczander <ekaczander@consumerlawcenter.com>
**Subject:** RE: Embree v. Ford

Eric –
Is your firm still representing Embree?  Or is that client back with Dani?

Tracey

**From:** Eric Kaczander [mailto:ekaczander@consumerlawcenter.com]
**Sent:** Tuesday, December 12, 2017 11:03 AM
**To:** 'Tracey Porter' <tporter@erskinelaw.com>
**Subject:** RE: Embree v. Ford

Thank you for the update and thank you for following up.

Eric

**Eric Kaczander**
**Attorney at Law**
**Krohn & Moss, Ltd.**
**10 N. Dearborn St.**
**3rd Floor**
**Chicago, IL 60602**
**(312) 578-9428 x274 (direct)**
**fax:  (866) 289-0898**

Tashia Marshall    2/14/2018 4:27 PM    WAYNE COUNTY CLERK    Cathy M. Garrett    FILED IN MY OFFICE    17-006058-NZ

email: ekaczander@consumerlawcenter.com
web: www.krohnandmoss.com
*Licensed to practice in Illinois, Kentucky, Michigan, Minnesota and Missouri

**Connect With Us**      

---

**From:** Tracey Porter [mailto:tporter@erskinelaw.com]
**Sent:** Tuesday, December 12, 2017 10:03 AM
**To:** Eric Kaczander <ekaczander@consumerlawcenter.com>
**Subject:** RE: Embree v. Ford

Eric –
I haven't seen anything come through the e-filing system dismissing Mr. Embree from the mass actions.  I've sent yet another request to Dani.

Tracey

---

**From:** Eric Kaczander [mailto:ekaczander@consumerlawcenter.com]
**Sent:** Thursday, November 30, 2017 6:52 AM
**To:** 'Tracey Porter' <tporter@erskinelaw.com>; 'Dani K. Liblang' <danil@liblanglaw.com>
**Cc:** Kenneth Stern <ken@mychildwithcp.com>; Emily Straight <estraight@erskinelaw.com>; Scott Erskine <serskine@erskinelaw.com>
**Subject:** RE: Embree v. Ford

Dani,

Has Mr. Embree been dismissed from the MI case?  Please let me know.  Thanks.

Eric

**Eric Kaczander**
**Attorney at Law**
**Krohn & Moss, Ltd.**
**10 N. Dearborn St.**
**3rd Floor**
**Chicago, IL 60602**
**(312) 578-9428 x274 (direct)**
**fax:  (866) 289-0898**
email: ekaczander@consumerlawcenter.com
web: www.krohnandmoss.com
*Licensed to practice in Illinois, Kentucky, Michigan, Minnesota and Missouri

**Connect With Us**      

---

**From:** Tracey Porter [mailto:tporter@erskinelaw.com]
**Sent:** Wednesday, November 22, 2017 12:15 PM
**To:** Eric Kaczander <ekaczander@consumerlawcenter.com>
**Cc:** Dani K. Liblang <danil@liblanglaw.com>; Kenneth Stern <ken@mychildwithcp.com>; Emily Straight <estraight@erskinelaw.com>; Scott Erskine <serskine@erskinelaw.com>
**Subject:** Re: Embree v. Ford

Dani and Eric,

RECEIVED by MCOA 6/15/2018 2:42:26 PM

2

You have my permission to sign a stipulation dismissing this Plaintiff from the mass action case pending in Wayne County.

Tracey

Sent from my iPhone

On Nov 22, 2017, at 6:49 AM, Eric Kaczander <ekaczander@consumerlawcenter.com> wrote:

> Dani,
>
> Please let me know the status on this.  Yesterday, the Court in Missouri dismissed my client's case as it has not yet seen a dismissal from the Michigan case.  Please dismiss Mr. Embree from the Michigan case ASAP.  Thanks.
>
> Eric
>
> **Eric Kaczander**
> **Attorney at Law**
> **Krohn & Moss, Ltd.**
> **10 N. Dearborn St.**
> **3rd Floor**
> **Chicago, IL 60602**
> **(312) 578-9428 x274 (direct)**
> **fax:  (866) 289-0898**
> **email: ekaczander@consumerlawcenter.com**
> **web: www.krohnandmoss.com**
> **\*Licensed to practice in Illinois, Kentucky, Michigan, Minnesota and Missouri**
> **Connect With Us**   <image001.gif>   <image002.gif>   <image003.gif>
>
> **From:** Eric Kaczander
> **Sent:** Tuesday, November 21, 2017 7:12 AM
> **To:** 'Tracey Porter' <tporter@erskinelaw.com>; 'Dani K. Liblang' <danil@liblanglaw.com>
> **Cc:** 'Kenneth Stern' <ken@mychildwithcp.com>; 'Emily Straight' <estraight@erskinelaw.com>
> **Subject:** RE: Embree v. Ford
>
> Dani,
>
> Any update on this?  Thanks and Happy Thanksgiving.
>
> Eric
>
> **Eric Kaczander**
> **Attorney at Law**
> **Krohn & Moss, Ltd.**
> **10 N. Dearborn St.**
> **3rd Floor**
> **Chicago, IL 60602**
> **(312) 578-9428 x274 (direct)**
> **fax:  (866) 289-0898**
> **email: ekaczander@consumerlawcenter.com**

17-006058-NZ   FILED IN MY OFFICE   WAYNE COUNTY CLERK   2/14/2018 4:27 PM   Cathy M. Garrett   Tashia Marshall

RECEIVED by MCOA 6/15/2018 2:42:26 PM

web: www.krohnandmoss.com
*Licensed to practice in Illinois, Kentucky, Michigan, Minnesota and Missouri
Connect With Us  <image001.gif>   <image002.gif>   <image003.gif>

From: Tracey Porter [mailto:tporter@erskinelaw.com]
Sent: Wednesday, November 15, 2017 8:23 AM
To: 'Dani K. Liblang' <danil@liblanglaw.com>; Eric Kaczander <ekaczander@consumerlawcenter.com>
Cc: 'Kenneth Stern' <ken@mychildwithcp.com>; 'Emily Straight' <estraight@erskinelaw.com>
Subject: RE: Embree v. Ford

The issue is that the order says the action is continuing in IL.  It is my understanding that is the wrong State, which is not really an issue with me, but I thought that it should be accurate and protect Mr. Embree.  Dani, can your office send me a word version of the order? You sent over a pdf version.  I really don't think I should have to redraft the entire order to change IL to MO.


Thanks,
Tracey

From: Dani K. Liblang [mailto:danil@liblanglaw.com]
Sent: Tuesday, November 14, 2017 6:37 PM
To: Eric Kaczander <ekaczander@consumerlawcenter.com>; 'tporter@erskinelaw.com' <tporter@erskinelaw.com>
Cc: Kenneth Stern <ken@mychildwithcp.com>
Subject: RE: Embree v. Ford

Tracey,
I'm out of the office until Monday but, if you want to redraft the order to address whatever the issue is, I can read it on my iPad and let you know if I see any problem with it.
Thanks,
Dani

From: Eric Kaczander [mailto:ekaczander@consumerlawcenter.com]
Sent: Tuesday, November 14, 2017 4:49 PM
To: 'tporter@erskinelaw.com' <tporter@erskinelaw.com>
Cc: Dani K. Liblang <danil@liblanglaw.com>; Kenneth Stern <ken@mychildwithcp.com>
Subject: Embree v. Ford

Tracey,

Dani informed me that she was working with you in dismissing Mr. Embree from the mass action filed in Michigan.  She said you had some issues with her proposed order.  Can you get in touch with Dani to finalize the order dismissing Mr. Embree?  Thanks.

Eric

Eric Kaczander
Attorney at Law
Krohn & Moss, Ltd.
10 N. Dearborn St.
3rd Floor
Chicago, IL 60602

**(312) 578-9428 x274 (direct)**
**fax: (866) 289-0898**
**email: ekaczander@consumerlawcenter.com**
**web: www.krohnandmoss.com**
**\*Licensed to practice in Illinois, Kentucky, Michigan, Minnesota and Missouri**
**Connect With Us** <image001.gif>   <image002.gif>   <image003.gif>

17-006058-NZ   FILED IN MY OFFICE   Cathy M. Garrett   WAYNE COUNTY CLERK   2/14/2018 4:27 PM   Tashia Marshall

RECEIVED by MCOA 6/15/2018 2:42:26 PM

**Tracey Porter**

| | |
|---|---|
| **From:** | Scott Erskine <serskine@erskinelaw.com> |
| **Sent:** | Monday, November 13, 2017 3:02 PM |
| **To:** | Tracey Porter |
| **Cc:** | Dani K. Liblang |
| **Subject:** | Re: Wible et al v Ford - Stipulated Order to Dismiss Plaintiff Anthony Embree |

Hi Dani,

I am just following up on Tracey's request below.  Can you or did you make the change as to where the case is pending?  Please let us know.  Thank you.

Regards,

Scott Erskine



342 South Main Street
Rochester | Michigan | 48307
(248) 601.4499
(248) 601.4497
serskine@erskinelaw.com

The information transmitted is intended only for the person or entity to which it is addressed and may contain confidential and/or privileged material.  Any review, retransmission, dissemination, or other use of, or taking of any action in reliance upon, this information by persons or entities other than the intended recipient is prohibited.  If you received this transmission in error, please contact the sender and delete the material from any computer.

On Nov 6, 2017, at 10:56 AM, Tracey Porter <tporter@erskinelaw.com> wrote:

Dani –
The case is actually pending in Missouri.  Can you make that change?  Once that change is made, you can file it with the Court for entry.

Thanks,
Tracey

**From:** Dani K. Liblang [mailto:danil@liblanglaw.com]
**Sent:** Thursday, November 2, 2017 12:10 PM
**To:** serskine@erskinelaw.com; Tracey Porter <tporter@erskinelaw.com>
**Subject:** Wible et al v Ford - Stipulated Order to Dismiss Plaintiff Anthony Embree

Hi Scott and Tracey,
Please see attached and let me know if we have your permission to file?
Thanks!
Dani

17-006058-NZ    FILED IN MY OFFICE    Cathy M. Garrett    WAYNE COUNTY CLERK    2/14/2018 4:27 PM    Tashia Marshall

RECEIVED by MCOA 6/15/2018 2:42:26 PM

*Dani K. Liblang*

**Dani K. Liblang**
**The Liblang Law Firm, P.C.**
346 Park Street, Suite 200
Birmingham, MI 48009
Phone: (248) 540-9270
Fax: (248) 433-1989
E-mail: danil@ liblanglaw.com
Web: www.lemonlawlawyers.com

<image001.jpg>**Find us and "like" us on Facebook!**   <image002.jpg>

<image003.png>

DO NOT ASSUME THAT YOUR E-MAIL HAS BEEN RECEIVED.
If your E-mail is urgent or time sensitive or if you have not received a response from me, call me. Please also note that unless and until we have entered into a written retainer agreement signed by you and by The Liblang Law Firm, we do not represent you and we do not have an attorney-client relationship.

This email is covered by the Electronic Communications Privacy Act, 18 U.S.C. §§2510-2521 and is legally privileged. This e-mail message and any files transmitted with it are also subject to the attorney-client privilege and attorney work-product doctrine, and contain confidential information intended only for the person(s) to whom this email message is addressed. If you have received this e-mail message in error, please notify the sender immediately by telephone (888)536-6622 or e-mail and destroy the original message without making a copy.

**Tracey Porter**

| | |
|---|---|
| **From:** | Tracey Porter <tporter@erskinelaw.com> |
| **Sent:** | Monday, November 13, 2017 10:02 AM |
| **To:** | 'Dani K. Liblang'; 'serskine@erskinelaw.com' |
| **Subject:** | RE: Wible et al v Ford - Stipulated Order to Dismiss Plaintiff Anthony Embree |

Dani –
Any luck on updating the stipulation??  We need to get this entered.

Thanks,
Tracey

**From:** Tracey Porter [mailto:tporter@erskinelaw.com]
**Sent:** Monday, November 6, 2017 10:56 AM
**To:** 'Dani K. Liblang' <danil@liblanglaw.com>; 'serskine@erskinelaw.com' <serskine@erskinelaw.com>
**Subject:** RE: Wible et al v Ford - Stipulated Order to Dismiss Plaintiff Anthony Embree

Dani –
The case is actually pending in Missouri.  Can you make that change?  Once that change is made, you can file it with the Court for entry.

Thanks,
Tracey

**From:** Dani K. Liblang [mailto:danil@liblanglaw.com]
**Sent:** Thursday, November 2, 2017 12:10 PM
**To:** serskine@erskinelaw.com; Tracey Porter <tporter@erskinelaw.com>
**Subject:** Wible et al v Ford - Stipulated Order to Dismiss Plaintiff Anthony Embree

Hi Scott and Tracey,
Please see attached and let me know if we have your permission to file?
Thanks!
Dani

*Dani K. Liblang*

**Dani K. Liblang**
**The Liblang Law Firm, P.C.**
346 Park Street, Suite 200
Birmingham, MI 48009
Phone: (248) 540-9270
Fax: (248) 433-1989
E-mail: danil@ liblanglaw.com
Web: www.lemonlawlawyers.com


**Find us and "like" us on Facebook!**



Tashia Marshall   2/14/2018 4:27 PM   WAYNE COUNTY CLERK   Cathy M. Garrett   FILED IN MY OFFICE   17-006058-NZ

RECEIVED by MCOA 6/15/2018 2:42:26 PM



DO NOT ASSUME THAT YOUR E-MAIL HAS BEEN RECEIVED.
If your E-mail is urgent or time sensitive or if you have not received a response from me, call me. Please also note that unless and until we have entered into a written retainer agreement signed by you and by The Liblang Law Firm, we do not represent you and we do not have an attorney-client relationship.

This email is covered by the Electronic Communications Privacy Act, 18 U.S.C. §§2510-2521 and is legally privileged. This e-mail message and any files transmitted with it are also subject to the attorney-client privilege and attorney work-product doctrine, and contain confidential information intended only for the person(s) to whom this email message is addressed. If you have received this e-mail message in error, please notify the sender immediately by telephone (888)536-6622 or e-mail and destroy the original message without making a copy.

17-006058-NZ   FILED IN MY OFFICE   Cathy M. Garrett   WAYNE COUNTY CLERK   2/14/2018 4:27 PM   Tashia Marshall

RECEIVED by MCOA 6/15/2018 2:42:26 PM

# EXHIBIT D

**Sent:** Tuesday, August 29, 2017 4:06 PM
**To:** Brandon Harig
**Subject:** *YOUR LEGAL JUSTICE AND STERN LAW*

```
(1) IN: 2017-08-29 04:03PM HMD


C-ID     (716) 652-0357
*M-For   OFFICE - NN
From     JAMIE BOTSFORD
Tel      716 225 9896
Email    JAMIEBOTSFORD@AOL.COM
Type of  Case your call is Regarding
FORD
What is the best time to reach you
ANYTIME
Are you calling from within the U.S
YES
What Country are you calling from

State    NEW YORK
Msg      I NEED TO APPLY FOR DISMISSAL. I
         OPTED IN A DEAL WITH FORD. PLS
         CALL


******  ACTIVITIES  ******
No Activities

********** END OF MESSAGES **********
```



Ford Transmission Settlement
P.O. Box 404000
Louisville, KY 40233-4000

**Must Be Postmarked
No Later Than
September 5, 2017**

**FVS**

*Vargas v. Ford Motor Co.*

Case No. 2:12-cv-08388-AB-FFM

Official
Office
Use
Only



# OPT-IN FORM

This form is to be used by owners/lessees of Class Vehicles who filed and served a **separate lawsuit** on or before July 14, 2017 (i.e., cases that are not *Vargas v. Ford Motor Co.*, *Cusick v. Ford Motor Co.*, or *Anderson v. Ford Motor Co.*) against Ford for problems related to the PowerShift transmission. If you did not file your own lawsuit against Ford, **you do not need to complete this form to participate in the Settlement.**

**NOTICE TO** all individuals and entities with separate pending litigation against Ford based on problems with PowerShift Transmissions installed in 2012-2016 Ford Focus and 2011-2016 Ford Fiesta vehicles ("Litigants"). By default, **Litigants** are excluded from participating in the settlement. However, if you are a **Litigant** and would nevertheless like to participate in the settlement, you can do so by filing a request to dismiss your lawsuit before final judgment and completing and returning this form to the address below by **September 5, 2017.** Please consult your attorney before filling out this form, as Plaintiffs and Class Counsel are not responsible for any adverse consequences resulting from your voluntary dismissal of your action.

### Complete This Form If You Want To Opt In To The Settlement

| J | A | M | I | E | | | | | | L | | B | O | T | S | F | O | R | D | | | | |
First Name ... M.I. ... Last Name

W I B L E , D O U G L A S , e t a l . v . F O R D  M O T O R  C O M P A N Y
Case Name

1 7 - 0 0 9 9 3 9 - N Z
Case Number

D E T R O I T
City Where Case Is Pending ... M I ... State

0 6 / 3 0 / 2 0 1 7
Case Filing Date

0 9 / 0 1 / 2 0 1 7
Date of Filing of Request For Dismissal
(or Date When Case Was Dismissed, If Applicable)

F O C U S
Vehicle Model ... 2 0 1 7 ... Year

1 F A D P 3 F 2 9 G L 2 6 5 6 6 6
Vehicle Identification Number (VIN)

I understand that, by consenting to join the action, if the Court grants final approval of the settlement, I will fully release Ford from any and all claims, demands, actions, causes of action, and suits based in whole or in part on alleged defects in the PowerShift Transmission, including express and implied warranty, consumer protection, unjust enrichment, and lemon law claims, excluding personal injury and wrongful death claims, and claims for damage to property other than Class Vehicles.

Signature: *Jamie Botsford*  Dated: 9/1/17

**Please return this form to:**

Ford Transmission Settlement
P.O. Box 404000
Louisville, KY 40233-4000

Remember, your form must be postmarked by **September 5, 2017.**

| FOR CLAIMS PROCESSING ONLY | OB | | CB | | ○ DOC ○ LC ○ REV | ○ RED ○ A ○ B |



Left margin (top to bottom): Tashia Marshall    2/14/2018 4:27 PM    WAYNE COUNTY CLERK    Cathy M. Garrett    FILED IN MY OFFICE    17-006058-NZ

Right margin: RECEIVED by MCOA 6/15/2018 2:42:26 PM

# EXHIBIT E

## Case

# CAS-13565340-Q7Y3P4

## General Info

### Overview

| | | | |
|---|---|---|---|
| Case Number | CAS-13565340-Q7Y3P4 | Status | Active |
| Priority | | Owner | 🐾 DPS6 Class Action Settlement |
| Expected Resolution Date | | Status Reason | Active | In Progress |
| Input Channel | Email | | |

17-006058-NZ
FILED IN MY OFFICE
WAYNE COUNTY CLERK
1/10/2018 3:31:25 PM
CATHY M. GARRETT

## Close Case

### Close Case Info

| | | |
|---|---|---|
| Resolution Type | | Comments - Close Case |
| Closure Type | | |

## Customer Info

### Advanced Search

| | | | |
|---|---|---|---|
| Search On | Contact | Search By | |

| | | | |
|---|---|---|---|
| Customer Name | 📇 COURTNEY DAVIS | Caller Type | |
| Best Contact Method | Email | Use for Reply-To | |
| Best Daytime Phone | Mobile Phone | Customer Delegate | |
| Customer Home Phone | | Customer Delegate Phone | |
| Customer Business Phone | | Relationship | |
| Customer Mobile Phone | 3042902853 | | |
| Vehicle Purchase Status | | | |

Left margin (vertical): Tashia Marshall  2/14/2018 4:27 PM  WAYNE COUNTY CLERK  Cathy M. Garrett  FILED IN MY OFFICE  17-006058-NZ

Right margin (vertical): RECEIVED by MCOA 6/15/2018 2:42:26 PM

| Current LTV Score | N/S | | |
|---|---|---|---|

### Customer Scores

| Loyalty Score | | Defector Score | |
|---|---|---|---|
| LTV Score | N/S | Dissat Score | |
| In-Market | | ESP Score | |
| Likelihood to Service | | Service Segments | |
| Loyalty Segment - Mexico | | | |

## Dealer Info

### Dealer Info

| Dealer Name | Freedom Ford Lincoln of Morgantown | | |
|---|---|---|---|
| Dealer PA Code | 04204 | Dealer Service Manager | CHRIS METHENY |
| Dealer Phone Number | (304) 296-4477 | More than one Service Manager | No |
| Dealer Contact | | Service Mgr Phone | |
| Ford CSM | Jennifer Sawyer | Portal Status | No New Message |
| FMCC Branch Code | | | |

## Vehicle Info

### Vehicle Info

| VIN | 1FAHP3J28CL248845 | Mileage | 104,397 |
|---|---|---|---|
| Warranty Start Date | 2/25/2012 | Mileage Units | Miles |
| Vehicle Modifications | No | Hours in Service | |
| Original Selling Dealer | Superior Ford Lincoln | Converted Mileage | |
| Original Selling PA | 05909 | Days Out of Service | |
| | | Number of Repairs | |
| Unit Down | No | Customer in Loaner | No |

Tashia Marshall    2/14/2018 4:27 PM    WAYNE COUNTY CLERK    Cathy M. Garrett    FILED IN MY OFFICE    17-006058-NZ

RECEIVED by MCOA 6/15/2018 2:42:26 PM

**Unit Down Date (at Dealership)**

**Primary Reason for Unit Down**

**Unit On-Road Date**

---

### Vehicle Specification

| | | | |
|---|---|---|---|
| **Vehicle Specification Full Path** | 2012 > FORD > FOCUS > P3J - TITANIUM 4-DR SEDAN | | |
| **Model Year** | 2012 | **Engines Specification** | 2.0L I4 16V DI GAS 160 PS |
| **Make** | FORD | **Transmissions Specification** | 6 SPD AUTO TRANS DCPS |
| **Model / Vehicle Line** | FOCUS | | |
| **Body Style** | P3J - TITANIUM 4-DR SEDAN | | |

### Equipment and Software

| | | | |
|---|---|---|---|
| **SYNC Version** | SYNCGeneration 2 | | |
| **Modem / TCU?** | No | | |
| **Installed SYNC Software Version** | | **Installed Date** | |
| **WiFi Capable** | | | |
| **WiFi Enabled** | | **Date Retrieved** | |

## Case Classification

### Classification

| | |
|---|---|
| **Responsible Team** | DPS6 Class Action Settlement |
| **Case Classification Full Path** | Class Action Settlement > DPS6 > Arbitration > Buyback Request |
| **Case Classification Level 1** | Class Action Settlement |
| **Case Classification Level 2** | DPS6 |
| **Case Classification Level 3** | Arbitration |
| **Case Classification Level 4** | Buyback Request |

### Classification

Tashia Marshall   2/14/2018 4:27 PM   WAYNE COUNTY CLERK   Cathy M. Garrett   FILED IN MY OFFICE   17-006058-NZ

RECEIVED by MCOA 6/15/2018 2:42:26 PM

| Initial Contact Target | | Initial Contacted | Yes |
|---|---|---|---|
| Case Closure Target | | Initial Contact Date | 11/27/2017 8:42 AM |

## Symptom Code

| Symptom Code | Driving Performance > Hesitates/Stumble > Acceleration > Intermittent |
|---|---|
| Level 1 | Driving Performance |
| Level 2 | Hesitates/Stumble |
| Level 3 | Acceleration |
| Level 4 | Intermittent |

## Miscellaneous Info

### Miscellaneous Info

Master Case

| Caller Authorization Code | 0011741095 |
|---|---|

Stars ID

| Tech Hotline | No |
|---|---|

FSA Number

Campaign Number

Repair Order Number

Chat UID

Vendor Supplied Case Id

### Contract Info

| Ford Credit Contract # | | Form Letter Code | |
|---|---|---|---|
| ESP Contract # | | Non-Ford ESP | No |

## Activities

## All Activities

| | Subject | Activity Type | Activity Status | Priority | Date Created |
|---|---|---|---|---|---|
| | Close Case | Close Case | Open | Normal | 12/20/2017 1:54... |
| | CALL From - T929#1 | Phone Call | Completed | Normal | 12/18/2017 5:06... |
| | Document Customer Re-C... | Document Customer Re-... | Open | Normal | 12/13/2017 3:46... |
| | CALL From - T929#1 | Phone Call | Completed | Normal | 12/18/2017 3:39... |
| | OBC consumer @ 3042902853. CALA used arbitration documents to confirm consumer's identity. CALA to request assistance from FOM. | Appointment | Completed | Normal | 12/7/2017 4:01 P... |
| | WV DPS followup Review | Schedule Follow-Up | Completed | Normal | 12/7/2017 4:01 P... |
| | Note created on 12/20/2017 5:25 PM by Daniel Keevy, Default Team: Tier 3 ... | | Completed | Normal | 12/7/2017 12:32... |

OBC to consumer @ 3042902853. CALA confirms opt-out. Consumer advises she has not attorney, and no idea what's happening. CALA to request more information from FOM.

Daniel Keevy  **12/20/2017 5:25 PM**

1 - 7 of 7 (0 selected)                                                                  Page 1

**Title: Note created on 12/20/2017 5:23 PM by Daniel Keevy, Default Team: Tier 3 DRP, Default Team: Tier 3 DRP**
OBC to consumer @ 3042902853. CALA confirms opt-out

Daniel Keevy  **12/20/2017 5:23 PM**

**Title: Note created on 12/20/2017 1:46 PM by Scott Johnson, Default Team: Tier 3 Consumer Affairs, Default Team: Tier 3 Consumer Affairs**

Opt Out Case – do not proceed – see Scott Johnson PLT: Courtney Davis VIN: 1FAHP3J28CL248845 Master: Christopher Emanuel New/Used: Used

Scott Johnson  **12/20/2017 1:47 PM**

**Title: Note created on 12/18/2017 05:15 PM by Richard Mulberry, Default Team: Tier 1 Inbound, Default Team: Tier 1 Inbound**

CUST SAYS: The Customer is calling because she has not heard from the Ford "arbitrator" and says if she does not hear from him by 5:30 today she is going to drive the veh through the wall at Ford. PER CUST, DLR SAYS: N/A CRC ADVISED: Advised that there are no arbitrators at Ford & I needed a few minute to read through the notes & advised that I would get the Cust on the right track. The call disconnected while on hold.

Richard Mulberry  **12/18/2017 5:15 PM**

**Title: Note created on 12/13/2017 3:48 PM by Martin Madredia, Default Team: Tier 1 Inbound, Default Team: Tier 1 Inbound**

Customer says : asking update for CAS-13565340 Dealer says : NA CRC advised : educ that on the case last update is After review it appears this vehicle may not meet the requirement for repurchase or replacement under the California Lemon Law. create document recontact.

Martin Madredia  **12/13/2017 3:48 PM**

**Title: File Attachment, Default Team: Tier 3 DRP, Default Team: Tier 3 DRP**

12/08/17: MSO attached for review. After review it appears this vehicle may not meet the requirement for repurchase or replacement under the California Lemon Law. After review the consumer does not appear to meet the requirement for relief under the Class Action Settlement for a repurchase or a replacement.

CALA RAV Review. DPS6. Davis. 12.07.17.doc

Daniel Keevy  **12/8/2017 4:47 PM**

**Title: Note created on 12/7/2017 3:31 PM by Daniel Keevy, Default Team: Tier 3 DRP, Default Team: Tier 3 DRP**

12/07/17: As of 12/07/17, there is no acceptance letter for this matter, and no case number.

Daniel Keevy  **12/7/2017 3:33 PM**

**Title: Note created on 11/21/2017 5:20 PM by Daniel Keevy, Default Team: Tier 3 DRP, Default Team: Tier 3 DRP**

11/21/17: OBC to consumer @ (702) 979-9335 I advise that FMC received the notice requesting a vehicle repurchase / replacement. I advise that I will be gathering the information needed for our review and I will contact consumer within 10 business days from receipt of the notice (11/21/17). Consumer wants to submit a receipt for a solenoid. CALA advises consumer can submit and explain receipt in the case documents.

Daniel Keevy  **11/21/2017 5:22 PM**

**Title: Note created on 11/21/2017 5:18 PM by Daniel Keevy, Default Team: Tier 3 DRP, Default Team: Tier 3 DRP**

11/21/17: OBC to Consumer @ (702) 979-9335 I advise that FMC received the notice requesting a vehicle repurchase / replacement. I advise that I will be gathering the information needed for our review and I will contact consumer within 10 business days from receipt of the notice (11/21/17).

Daniel Keevy  **11/21/2017 5:19 PM**

**Title: Note created on 11/21/2017 5:17 PM by Daniel Keevy, Default Team: Tier 3 DRP, Default Team: Tier 3 DRP**

11/21/17: OBC to Consumer @ (702) 979-9335 / (304) 290-2853 I advise that FMC received the notice requesting a vehicle repurchase / replacement. I advise that I will be gathering the information needed for our review and I will contact consumer within 10 business days from receipt of the notice (11/21/17).

17-006058-NZ    FILED IN MY OFFICE    Cathy M. Garrett    WAYNE COUNTY CLERK    2/14/2018 4:27 PM    Tashia Marshall

RECEIVED by MCOA 6/15/2018 2:42:26 PM

Daniel Keevy **11/21/2017 5:19 PM**
**Title: Note created on 11/21/2017 5:17 PM by Daniel Keevy, Default Team: Tier 3 DRP, Default Team: Tier 3 DRP**
11/21/17: Consumer submitting repurchase/replacement request under DPS 6 class action settlement. Consumer seeks: Final Resolution under class action settlement - Buyback. Consumer Affairs: Scanning information for handling.
Daniel Keevy **11/21/2017 5:18 PM**

---

**Article**

Article

## Admin Info

**Admin Info**

---

| | | | |
|---|---|---|---|
| **Created By** | CRM01 CRM (Prod) User | **Modified By** | Daniel Keevy |
| **Created On** | 11/17/2017 12:32 PM | **Modified On** | 12/20/2017 5:25 PM |
| **Begin Date** | 11/17/2017 | **Case Type** | |
| **Title** | CAS-13565340-Q7Y3P4 | **Source Created By** | |

Tashia Marshall    2/14/2018 4:27 PM    WAYNE COUNTY CLERK    Cathy M. Garrett    FILED IN MY OFFICE    17-006058-NZ

RECEIVED by MCOA 6/15/2018 2:42:26 PM

1/4/2018

| Title | Note created on 12/20/2017 5:25 PM by Daniel Keevy, Default Team: Tier 3 DRP, Default Team: Tier 3 DRP |

**OBC to consumer @ 3042902853.**
**CALA used arbitration documents to confirm consumer's identity. CALA to request assistance from FOM.**

| **Regarding** | CAS-13565340-Q7Y3P4 |

**File Attachment**

**File name:**

Tashia Marshall    2/14/2018 4:27 PM    WAYNE COUNTY CLERK    Cathy M. Garrett    FILED IN MY OFFICE    17-006058-NZ

RECEIVED by MCOA 6/15/2018 2:42:26 PM

File    Print...    ☒ Close    ⓘHelp

**Title**            Note created on 12/20/2017 5:25 PM by Daniel Keevy, Default Team: Tier 3 DRP, Default Team: Tier 3 DRP

**OBC to consumer @ 3042902853.**

**CALA confirms opt-out. Consumer advises she has not attorney, and no idea what's happening. CALA to request more information from FOM.**

**Regarding**        CAS-13565340-Q7Y3P4

**File Attachment**

**File name:**

RECEIVED by MCOA 6/15/2018 2:42:26 PM

17-006058-NZ    FILED IN MY OFFICE    Cathy M. Garrett    WAYNE COUNTY CLERK    2/14/2018 4:27 PM    Tashia Marshall

1/4/2018

**Title**                    Note created on 12/20/2017 5:23 PM by Daniel Keevy, Default Team: Tier 3 DRP, Default Team: Tier 3 DRP

**OBC to consumer @ 3042902853.**
**CALA confirms opt-out**

**Regarding**        CAS-13565340-Q7Y3P4

**File Attachment**

**File name:**

Tashia Marshall    2/14/2018 4:27 PM    WAYNE COUNTY CLERK    Cathy M. Garrett    FILED IN MY OFFICE    17-006058-NZ

RECEIVED by MCOA 6/15/2018 2:42:26 PM

1/4/2018

File    Print...    ☒ Close                                    ⊙Help

**Title**          Note created on 12/20/2017 1:46 PM by Scott Johnson, Default Team: Tier 3 Consumer Affairs, Default Team:
                   Tier 3 Consumer Affairs

**Opt Out Case – do not proceed – see Scott Johnson**

**PLT: Courtney Davis VIN: 1FAHP3J28CL248845 Master: Christopher Emanuel New/Used: Used**

**Regarding**        CAS-13565340-Q7Y3P4
**File Attachment**
**File name:**

17-006058-NZ    FILED IN MY OFFICE    Cathy M. Garrett    WAYNE COUNTY CLERK    2/14/2018 4:27 PM    Tashia Marshall

RECEIVED by MCOA 6/15/2018 2:42:26 PM

**Title**                     Note created on 12/18/2017 05:15 PM by Richard Mulberry, Default Team: Tier 1 Inbound, Default Team: Tier 1 Inbound

**CUST SAYS:**
**The Customer is calling because she has not heard from the Ford "arbitrator" and says if she does not hear from him by 5:30 today she is going to drive the veh through the wall at Ford.**

**PER CUST, DLR SAYS:**
**N/A**

**CRC ADVISED:**
**Advised that there are no arbitrators at Ford & I needed a few minute to read through the notes & advised that I would get the Cust on the right track. The call disconnected while on hold.**

**Regarding**                CAS-13565340-Q7Y3P4
**File Attachment**
**File name:**

17-006058-NZ   FILED IN MY OFFICE   Cathy M. Garrett   WAYNE COUNTY CLERK   2/14/2018 4:27 PM   Tashia Marshall

RECEIVED by MCOA 6/15/2018 2:42:26 PM

1/4/2018

**Title**          Note created on 12/13/2017 3:48 PM by Martin Madredia, Default Team: Tier 1 Inbound, Default Team: Tier 1 Inbound

**Customer says : asking update for CAS-13565340**
**Dealer says : NA**
**CRC advised : educ that on the case last update is After review it appears this vehicle may not meet the requirement for repurchase or replacement under the California Lemon Law. create document recontact.**

**Regarding**          CAS-13565340-Q7Y3P4

**File Attachment**

**File name:**

17-006058-NZ    FILED IN MY OFFICE    Cathy M. Garrett    WAYNE COUNTY CLERK    2/14/2018 4:27 PM    Tashia Marshall

RECEIVED by MCOA 6/15/2018 2:42:26 PM

**Title**                     File Attachment, Default Team: Tier 3 DRP, Default Team: Tier 3 DRP

**12/08/17: MSO attached for review.**
**After review it appears this vehicle may not meet the requirement for repurchase or replacement under the California Lemon**
**Law. After review the consumer does not appear to meet the requirement for relief under the Class Action Settlement for a**
**repurchase or a replacement.**

**Regarding**          CAS-13565340-Q7Y3P4

**File Attachment**

**File name:**          CALA RAV Review. DPS6. Davis. 12.07.17.doc

Case 2:18-ml-02814-AB-FFM    Document 90-5    Filed 07/27/18    Page 75 of 90    Page ID #:2853

**Title**                Note created on 12/7/2017 3:31 PM by Daniel Keevy, Default Team: Tier 3 DRP, Default Team: Tier 3 DRP

**12/07/17: As of 12/07/17, there is no acceptance letter for this matter, and no case number.**

**Regarding**        CAS-13565340-Q7Y3P4

**File Attachment**

**File name:**

17-006058-NZ    FILED IN MY OFFICE    Cathy M. Garrett    WAYNE COUNTY CLERK    2/14/2018 4:27 PM    Tashia Marshall

RECEIVED by MCOA 6/15/2018 2:42:26 PM

**Title**          Note created on 11/21/2017 5:20 PM by Daniel Keevy, Default Team: Tier 3 DRP, Default Team: Tier 3 DRP

**11/21/17: OBC to Consumer @ (702) 979-9335**
**I advise that FMC received the notice requesting a vehicle repurchase / replacement.**
**I advise that I will be gathering the information needed for our review and I will contact consumer within 10 business days**
**from receipt of the notice (11/21/17).**
**Consumer wants to submit a receipt for a solenoid. CALA advises consumer can submit and explain receipt in the case**
**documents.**

**Regarding**          CAS-13565340-Q7Y3P4

**File Attachment**

**File name:**

| Title | Note created on 11/21/2017 5:18 PM by Daniel Keevy, Default Team: Tier 3 DRP, Default Team: Tier 3 DRP |
|---|---|

**11/21/17: OBC to Consumer @ (702) 979-9335**
**I advise that FMC received the notice requesting a vehicle repurchase / replacement.**
**I advise that I will be gathering the information needed for our review and I will contact**

**consumer within 10 business days from receipt of the notice (11/21/17).**

| Regarding | CAS-13565340-Q7Y3P4 |
|---|---|
| **File Attachment** | |
| **File name:** | |

17-006058-NZ   FILED IN MY OFFICE   Cathy M. Garrett   WAYNE COUNTY CLERK   2/14/2018 4:27 PM   Tashia Marshall

RECEIVED by MCOA 6/15/2018 2:42:26 PM

1/4/2018

File          Print...    ☒ Close                                                    ❓Help

**Title**                    Note created on 11/21/2017 5:17 PM by Daniel Keevy, Default Team: Tier 3 DRP, Default Team: Tier 3 DRP

**11/21/17: OBC to Consumer @ (702) 979-9335 / (304) 290-2853**
**I advise that FMC received the notice requesting a vehicle repurchase / replacement.**
**I advise that I will be gathering the information needed for our review and I will contact consumer within 10 business days**
**from receipt of the notice (11/21/17).**

**Regarding**              CAS-13565340-Q7Y3P4
**File Attachment**
**File name:**

Tashia Marshall    2/14/2018 4:27 PM    WAYNE COUNTY CLERK    Cathy M. Garrett    FILED IN MY OFFICE    17-006058-NZ

RECEIVED by MCOA 6/15/2018 2:42:26 PM

1/4/2018

**Title**          Note created on 11/21/2017 5:17 PM by Daniel Keevy, Default Team: Tier 3 DRP, Default Team: Tier 3 DRP

**11/21/17: Consumer submitting repurchase/replacement request under DPS 6 class action settlement.**

**Consumer seeks: Final Resolution under class action settlement - Buyback.**

**Consumer Affairs: Scanning information for handling.**

**Regarding**          CAS-13565340-Q7Y3P4

**File Attachment**

**File name:**

## Lenart, Krista

| | |
|---|---|
| **From:** | Ken Stern <ken@sternlawonline.com> |
| **Sent:** | Friday, June 1, 2018 4:54 PM |
| **To:** | Tracey Porter; 'Dani K. Liblang' |
| **Cc:** | 'Emily Straight' |
| **Subject:** | RE: Carter, Jasmin & Jerry v Ford - Settlement |

With prejudice?



Kenneth A. Stern, Esq.
Chief Executive Officer

Stern Law, PLLC

41850 W. Eleven Mile Rd., Suite 121
Novi, MI 48375
Direct Line:  (248)347-7315
Mobile: (248)982-4788
Main Office:  (248)347-7300
Toll-Free:  (800)692-4453
Fax: (248)305-3250
Website: http://www.yourlegaljustice.com | http://www.thecplawyer.com



P Think green - please don't unnecessarily print this e-mail

Confidential:  This electronic message and all contents contain information from the Stern Law, PLLC which may be privileged, confidential or otherwise protected from disclosure. The information is intended to be for the addressee only. If you are not the addressee, any disclosure, copy, distribution or use of the contents of this message is prohibited. If you have received this electronic message in error, please notify us immediately at (248)347-7300 and destroy the original message and all copies. Neither this information block, the typed name of the sender, nor anything else in this message is intended to constitute an electronic signature unless a specific statement to the contrary is included in this message.

-----Original Message-----
From: Tracey Porter [mailto:tporter@erskinelaw.com]
Sent: Friday, June 01, 2018 4:52 PM
To: 'Dani K. Liblang'; Ken Stern
Cc: 'Emily Straight'
Subject: RE: Carter, Jasmin & Jerry v Ford - Settlement

Dani and Ken -
Attached is the dismissal order for Jason and Jasmine Carter.  Please review and let me know if I can upload it with the Court for entry.

Thanks,

Tracey

-----Original Message-----
From: Dani K. Liblang <danil@liblanglaw.com>
Sent: Friday, June 1, 2018 2:31 PM
To: alex@filelemonlaw.com; ken@sternlawonline.com; Tracey Porter <tporter@erskinelaw.com>;
bmuma@erskinelawgroup.com; rkalinowski@ersklinelaw.com
Subject: RE: Carter, Jasmin & Jerry v Ford - Settlement

Hi Tracey, Beth and Robin,
Could you please prepare and circulate a Stipulated Order for Dismissal Without Prejudice with whatever language Ford requires so that the Carters are dismissed from the mass action in Michigan and can proceed with the settlement you've worked out with Alex? We've reached an agreement with Alex concerning our lien so that the settlement can proceed as planned.
Thank you.
Dani

Dani K. Liblang
Dani K. Liblang
The Liblang Law Firm, P.C.
346 Park Street, Suite 200
Birmingham, MI 48009
Phone: (248) 540-9270
Fax: (248) 433-1989
E-mail: danil@ liblanglaw.com
Web: www.lemonlawyers.com
Find us and "like" us on Facebook!

DO NOT ASSUME THAT YOUR E-MAIL HAS BEEN RECEIVED.
If your E-mail is urgent or time sensitive or if you have not received a response from me, call me. Please also note that unless and until we have entered into a written retainer agreement signed by you and by The Liblang Law Firm, we do not represent you and we do not have an attorney-client relationship.

This email is covered by the Electronic Communications Privacy Act, 18 U.S.C. §§2510-2521 and is legally privileged. This e-mail message and any files transmitted with it are also subject to the attorney-client privilege and attorney work-product doctrine, and contain confidential information intended only for the person(s) to whom this email message is addressed. If you have received this e-mail message in error, please notify the sender immediately by telephone (888)536-6622 or e-mail and destroy the original message without making a copy.

-----Original Message-----
From: Alex Simanovsky [mailto:Alex@FileLemonLaw.com]
Sent: Friday, June 01, 2018 12:47 PM
To: Dani K. Liblang <danil@liblanglaw.com>; ken@sternlawonline.com
Subject: RE: Carter, Jasmin & Jerry v Ford - Settlement

Thanks Dani.

I have been working with Beth Muma & Robin Kalinowski at Erskine on this claim.
If you can email Tracey Porter and also CC Beth (bmuma@erskinelawgroup.com) and Robin Kalinowski (rkalinowski@erskinelaw.com) to have them prep the
dismissal, I would greatly appreciate it.   Please also CC me.
Thanks and have a great weekend!
//Alex

Alex Simanovsky, Esq.
Managing Partner

Alex Simanovsky & Associates, LLC
Consumer Protection Attorneys
www.FileLemonLaw.com
Phone:  855-781-1012
Fax:  877-570-5413
Email:  Alex@FileLemonLaw.com

-----Original Message-----
From: Dani K. Liblang <danil@liblanglaw.com>
Sent: Friday, June 1, 2018 12:39 PM
To: alex@filelemonlaw.com; ken@sternlawonline.com
Subject: RE: Carter, Jasmin & Jerry v Ford - Settlement

Hi Alex,
We would be willing to accept 1/3 of your fee in satisfaction of our lien.
Tracey Porter of Erskine's office has been preparing the dismissals, which we do "without prejudice," so as not to jeopardize the clients' pending case/settlement which, when finalized, can then be subject to a dismissal "with prejudice" in your jurisdiction. Do you want us to contact Tracey or is that who you have been working with?
Thanks,
Dani

-----Original Message-----
From: Alex Simanovsky [mailto:Alex@FileLemonLaw.com]
Sent: Friday, June 01, 2018 12:27 PM
To: Dani K. Liblang <danil@liblanglaw.com>; ken@sternlawonline.com
Subject: RE: Carter, Jasmin & Jerry v Ford - Settlement

Thanks Dani.
I spoke with Mr. and Mrs. Carter and they are adamant that they did not sign anything.  Jasmin believes that it was her mother had access to the email account and it was her that contacted your firm and esigned the documents. Also, they claim that they have never spoken with anyone at your firm about this matter at any time ever.
Regardless, the case settled for cash compensation to the client, plus $2000
in fees.   I'd be willing to share 1/3 of the fee out of professional
courtesy.
Let me know if we have a deal.  If so, please dismiss the Carters ASAP so as to not further delay their settlement.
If you want to discuss, I can be reached on my cell:  404-824-0010.
Thanks,
Alex

Alex Simanovsky, Esq.
Managing Partner

Alex Simanovsky & Associates, LLC
Consumer Protection Attorneys
www.FileLemonLaw.com
Phone:  855-781-1012
Fax:  877-570-5413
Email:  Alex@FileLemonLaw.com

-----Original Message-----
From: Dani K. Liblang <danil@liblanglaw.com>
Sent: Friday, June 1, 2018 12:19 PM
To: alex@filelemonlaw.com; ken@sternlawonline.com
Subject: RE: Carter, Jasmin & Jerry v Ford - Settlement

Hi Alex,
Per our records, the clients contacted us on September 1, 2017, and signed the retainer/opt out on September 5, 2017.
Copy attached.
Thanks,
Dani

-----Original Message-----
From: Alex Simanovsky [mailto:Alex@FileLemonLaw.com]
Sent: Friday, June 01, 2018 11:54 AM
To: Dani K. Liblang <danil@liblanglaw.com>; ken@sternlawonline.com
Subject: FW: Carter, Jasmin & Jerry v Ford - Settlement
Importance: High

Please see below.   If you have a retainer signed by Mr. and Mrs. Carter,
can you please email me a copy so we can try to get to the bottom of this.

Thanks!
//Alex

Alex Simanovsky, Esq.
Managing Partner

Alex Simanovsky & Associates, LLC
Consumer Protection Attorneys
www.FileLemonLaw.com
Phone:  855-781-1012
Fax:  877-570-5413
Email:  Alex@FileLemonLaw.com

-----Original Message-----
From: toxendine8@nc.rr.com <toxendine8@nc.rr.com>
Sent: Friday, June 1, 2018 11:37 AM
To: alex@filelemonlaw.com; Dani K. Liblang <danil@liblanglaw.com>
Cc: ken@sternlawonline.com
Subject: RE: Carter, Jasmin & Jerry v Ford - Settlement

This is Jerry Carter contacting you regarding this matter. I have not signed any paperwork with your law firm only with
Mr Simanovsky so if you have something signed it is not with me. I have not retained you for an attorney.

4

Please advise.

---- "Dani K. Liblang" <danil@liblanglaw.com> wrote:
> Mr. Simanovsky,
> Since Mr. and Mrs. Carter have a valid retainer with our law firms, we
will not agree to dismiss them from the mass action without confirmation of our lien.
> Please feel free to contact me if to discuss.
> Thank you.
>
> Dani K. Liblang
> Dani K. Liblang
> The Liblang Law Firm, P.C.
> 346 Park Street, Suite 200
> Birmingham, MI 48009
> Phone: (248) 540-9270
> Fax: (248) 433-1989
> E-mail: danil@ liblanglaw.com
> Web: www.lemonlawlawyers.com
> [facebook icon]Find us and "like" us on Facebook!
[Small-Badge-Grey-Logo]
>
> [cid:image003.png@01CD603D.852B4750]
>
>
>
> DO NOT ASSUME THAT YOUR E-MAIL HAS BEEN RECEIVED.
> If your E-mail is urgent or time sensitive or if you have not received
> a
response from me, call me. Please also note that unless and until we have entered into a written retainer agreement signed by you and by The Liblang Law Firm, we do not represent you and we do not have an attorney-client relationship.
>
> This email is covered by the Electronic Communications Privacy Act, 18
U.S.C. §§2510-2521 and is legally privileged. This e-mail message and any files transmitted with it are also subject to the attorney-client privilege and attorney work-product doctrine, and contain confidential information intended only for the person(s) to whom this email message is addressed. If you have received this e-mail message in error, please notify the sender immediately by telephone (888)536-6622 or e-mail and destroy the original message without making a copy.
>
>
>
> From: Alex Simanovsky [mailto:Alex@FileLemonLaw.com]
> Sent: Thursday, May 31, 2018 2:02 PM
> To: toxendine8@nc.rr.com
> Cc: Dani K. Liblang <danil@liblanglaw.com>; ken@sternlawonline.com
> Subject: Carter, Jasmin & Jerry v Ford - Settlement
>
> Mr. and Mrs. Carter,
> Per my conversation with you this afternoon, please reply all to this
email to confirm the following:
>
> 1.  You have settled your case against Ford Motor Co. regarding your
2013 Ford Fiesta, VIN # 3FADP4BJ8DM142129.
> 2.  You request that you be dismissed immediately from any pending

lawsuit in your name against Ford Motor Co filed by The Liblang Firm and/or Stern Law.
> Best regards,
> Alex
>
> Alex Simanovsky, Esq.
> Managing Partner
>
> Alex Simanovsky & Associates, LLC
> Consumer Protection Attorneys
> www.FileLemonLaw.com<http://www.filelemonlaw.com/>
> Phone:  855-781-1012
> Fax:  877-570-5413
> Email:  Alex@FileLemonLaw.com<mailto:Alex@FileLemonLaw.com>
>
> THIS MESSAGE IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL OR ENTITY
> TO
WHICH IT IS ADDRESSED AND MAY CONTAIN INFORMATION THAT IS PRIVILEGED, CONFIDENTIAL AND EXEMPT FROM DISCLOSURE UNDER APPLICABLE LAW. If the reader of this message is not the intended recipient or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination or copying of this communication is strictly prohibited. If you have received this electronic transmission in error, please delete it from your system without copying it, and notify the sender by reply e-mail or by calling 770-414-1002 so that our address record can be corrected. Thank you. DISCLAIMER: This email correspondence does not create an attorney-client relationship between the sender and receiver. This is merely a request for information. No attorney-client relationship is formed without a written terms of representation.   IRS Circular 230 disclosure: A
U.S. Treasury regulation requires us to inform you that any U.S. tax advice contained in this communication (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code, or (ii) promoting, marketing or recommending to any party, who is not the original and intended recipient of this communication, any transaction or matter addressed herein.
>
>

_____
This email has been scanned by the Symantec Email Security.cloud service.
For more information please visit http://www.symanteccloud.com
_____

# CERTIFICATE OF SERVICE

### IN RE: FORD MOTOR CO. DPS6 POWERSHIFT TRANSMISSION PRODUCTS LIABILITY LITIGATION
### USDC Central District of California Case No.: 2:18-ml-02814 AB (FFMx)

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action.  My business address is: Gordon & Rees LLP 275 Battery Street, 20th Floor, San Francisco, CA  94111.  On the below-mentioned date, I served the within documents:

### DECLARATION OF KRISTA L. LENART IN OPPOSITION TO CLR PLAINTIFFS' TEST MOTIONS FOR REMAND

See attached service list

**BY CM/ECF NOTICE OF ELECTRONIC FILING:** I electronically filed the document(s) with the Clerk of the Court by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system. Participants in the case who are not registered CM/ECF users will be served by mail or by other means permitted by the court rules.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on July 27, 2018, at San Francisco, California.

/s/ Christine Nusser
Christine Nusser

---
CERTIFICATE OF SERVICE

1

## SERVICE LIST

| | |
|---|---|
| 2<br>3<br>4<br>5<br>6<br>7<br>8<br>9 | John M. Thomas<br>jthomas@dykema.com<br>DYKEMA GOSSETT PLLC<br>2723 South State Street, Suite 400<br>Ann Arbor, MI 48104<br>Tel: 734-214-7613 | Amir Nassihi<br>anassihi@shb.com<br>Andrew Chang<br>achang@shb.com<br>Samantha Burnett<br>sburnett@shb.com<br>SHOOK HARDY BACON<br>One Montgomery, Suite 2700<br>San Francisco, CA 94104-4505<br>Tel: 415-544-1900 |
| 10<br>11<br>12<br>13<br>14<br>15<br>16<br>17<br>18 | Steve Mikhov<br>stevem@knightlaw.com<br>Amy Morse<br>amym@knightlaw.com<br>Russell Higgins<br>russellh@knightlaw.com<br>Mitch Rosensweig<br>mitchr@knightlaw.com<br>KNIGHT LAW GROUP LLP<br>10250 Constellation Blvd., Ste 2500<br>Los Angeles, California 90067<br>Tel: 310-552-2250 | Payam Shahian<br>pshahian@slpattorney.com<br>Rowena Santos<br>rsantos@slpattorney.com<br>STRATEGIC LEGAL PRACTICES<br>1840 Century Park East, Suite 430<br>Los Angeles, CA 90067<br>Tel: (310) 929-4900 |
| 19<br>20<br>21<br>22<br>23<br>24 | Neil Gieleghem<br>neil@ngattorney.com<br>CONSUMER LEGAL REMEDIES, APC<br>153 ½ North Arnaz Drive<br>Beverly Hills, CA 90211<br>Tel: (310) 213-1398 | James L. Weisman<br>aninjurylawyer@gmail.com<br>JAMES L. WEISMAN, ATTORNEY AT LAW, LLLC<br>PO Box 88106,<br>Honolulu, Hawaii<br>Tel: (808) 728-4143 |
| 25<br>26<br>27<br>28 | Bruce F. Sherman<br>bfs@bfshermanlaw.com<br>Attorney at Law<br>1050 Bishop Street, No. 509<br>Honolulu, Hawaii 96813<br>Tel: (808) 221-0901 | Teigan N. Stones<br>tstones@forpurposelaw.com<br>FOR PURPOSE LAW GROUP<br>1435 30th St<br>San Diego, CA 92102-1712<br>Tel: (619) 780-3839 |

CERTIFICATE OF SERVICE

| | | |
|---|---|---|
| 1 | Tamara A. Bush | Vincent F. Tremonti |
| 2 | tbush@dykema.com | vtremonti@kslaw.com |
| | DYKEMA GOSSETT LLP | John R. Lawless |
| 3 | 333 S Grand Ave Ste 2100 | jlawless@kslaw.com |
| 4 | Los Angeles, CA 90071 | Steven Dean Park |
| | Tel: (213) 457-1815 | SPark@kslaw.com |
| 5 | | Alexander G Calfo |
| | | acalfo@kslaw.com |
| 6 | | Paul R. Johnson |
| 7 | | pjohnson@kslaw.com |
| | | KING & SPALDING LLP |
| 8 | | 633 W 5th St Ste 1700 |
| 9 | | Los Angeles, CA 90071-2073 |
| | | Tel: (213) 443-4349 |
| 10 | | |
| 11 | Devan Jay McCarty | Hallen David Rosner |
| 12 | dmccarty@kslaw.com | hal@rbblawgroup.com |
| | Amy L O'Neill | Michael A. Klitzke |
| 13 | aoneill@kslaw.com | michael@rbblawgroup.com |
| 14 | KING & SPALDING | David L. Herman |
| | 621 Capitol Mall Ste 1500 | david@rbblawgroup.com |
| 15 | Sacramento, CA 95814 | Jeffrey L Le Pere |
| 16 | Tel: (916) 321-4806 | jeff@rbblawgroup.com |
| | | ROSNER, BARRY & BABBITT, LLP |
| 17 | | 10085 Carroll Canyon Rd, Ste 100 |
| 18 | | San Diego, CA 92131-1100 |
| | | Tel: (858) 348-1005 |
| 19 | | |
| 20 | William J. Goines | Richard C. Dalton |
| | goinesw@gtlaw.com | rick@rickdaltonlaw.com |
| 21 | GREENBERG TRAURIG LLP | Richard C. Dalton, LLC |
| 22 | 1900 University Ave 5FL | 1343 W Causeway Approach |
| | East Palo Alto, CA 94303 | Mandeville, LA 70471-3043 |
| 23 | Tel: (650) 328-8500 | Tel: (985) 778-2215 |
| 24 | | |
| 25 | | |
| 26 | | |
| 27 | | |
| 28 | | |

CERTIFICATE OF SERVICE

| | | |
|---|---|---|
| 1 | David N Barry<br>dbarry@mylemonrights.com<br>The Barry Law Firm<br>11835 Olympic Blvd Ste 440<br>Los Angeles, CA 90064<br>Tel: (310) 684-5859 | Lyle M Ishida<br>lishida@tpm-hawaii.com<br>Ashley R. Shibuya<br>ashibuya@tpm-hawaii.com<br>TOM PETRUS & MILLER LLLC<br>1164 Bishop Street Suite 650<br>Honolulu, Hawaii 96813<br>Tel: (808) 792-5800 |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |
| 6 | | |
| 7 | Steven E Swaney<br>sswaney@schiffhardin.com<br>Jacob Klein Danziger<br>jdanziger@schiffhardin.com<br>Jean-Paul P Cart<br>jcart@schiffhardin.com<br>SCHIFF HARDIN LLP<br>One Market, Spear Street Tower,<br>Suite 3100<br>San Francisco, CA 94105<br>Tel: (415) 901-8700 | Randolph T. Moore<br>rmoore@swlaw.com<br>Warren Earl Platt<br>wplatt@swlaw.com<br>Sarah M Ayad<br>sayad@swlaw.com<br>Sarah G Odegaard<br>sodegaard@swlaw.com<br>Daniel S. Rodman<br>drodman@swlaw.com<br>SNELL & WILMER LLP<br>600 Anton Blvd #1400<br>Costa Mesa, CA 92626-7689<br>Tel: (714) 427-7000 |
| 8 | | |
| 9 | | |
| 10 | | |
| 11 | | |
| 12 | | |
| 13 | | |
| 14 | | |
| 15 | | |
| 16 | | |
| 17 | Alina Mooradian<br>aamarkarian@swlaw.com<br>SNELL & WILMER LLP<br>350 S Grand Ave<br>Ste 2600<br>Los Angeles, CA 90071-3487<br>Tel: (213) 929-2500 | Cheryl Ann Sabnis<br>csabnis@kslaw.com<br>Bailey J Langner<br>blangner@kslaw.com<br>Katherine E. Merk<br>kmerk@kslaw.com<br>Ivana Dukanovic<br>idukanovic@kslaw.com<br>Kristine W Hanson<br>khanson@kslaw.com<br>KING & SPALDING LLP<br>101 2nd St Ste 2300<br>San Francisco, CA 94105<br>Tel: (415) 318-1200 |
| 18 | | |
| 19 | | |
| 20 | | |
| 21 | | |
| 22 | | |
| 23 | | |
| 24 | | |
| 25 | | |
| 26 | | |
| 27 | | |
| 28 | | |

CERTIFICATE OF SERVICE

| | |
|---|---|
| Beth Ann Goodman<br>bgoodman@wilsonturnerkosmo.com<br>WILSON TURNER KOSMO LLP<br>550 W "C" St Ste 1050<br>San Diego, CA 92101-3532<br>Tel: (619) 236-9600 | Kevin W. Alexander<br>kalexander@gordonrees.com<br>Robert C Rodriguez<br>rrodriguez@grsm.com<br>GORDON & REES LLP<br>101 W Broadway #1600<br>San Diego, CA 92101-8217<br>Tel: (619) 696-6700 |
| Robert J Wierenga<br>rwierenga@schiffhardin.com<br>SCHIFF HARDIN LLP<br>350 S Main St Ste 210<br>Ann Arbor, MI 48104<br>Tel: (734) 222-1507 | Jason B. Cunningham<br>bcunningham@kslaw.com<br>KING & SPALDING LLP<br>500 W 2nd St Ste 1800<br>Austin, TX 78701-4684<br>Tel: (512) 457-2023 |
| Ronald D. Wamsted<br>rwamsted@thompsoncoe.com<br>Johnny W. Chambless<br>jchambless@thompsoncoe.com<br>THOMPSON COE<br>701 Brazos, Suite 1500<br>Austin, TX 78701<br>Tel: 512-703-5080 | Israel Flores<br>iflores@thompsoncoe.com<br>THOMPSON COE<br>700 North Pearl Street<br>Twenty-Fifth Floor - Plaza of the Americas<br>Dallas, TX 75201<br>Tel: 214-880-2579 |
| Matthew H. Dawson<br>mdawson@kslaw.com<br>KING & SPALDING LLP<br>601 S California Ave Ste 100<br>Palo Alto, CA 94304<br>Tel: (650) 422-6725 | Kevin Duck<br>krd@ducklawfirm.com<br>DUCK LAW FIRM, LLC<br>5040 Ambassador Caffery Pkwy<br>Suite #200<br>Lafayette, LA 70508<br>Tel: (337) 406-1144 |
| Brian T. Giles<br>Brian@GilesLenox.com<br>GILES LENOX<br>1018 Delta Ave., Suite 202<br>Cincinnati, OH 45208<br>Tel: (513) 815-3853 | Elizabeth B Wright<br>Elizabeth.Wright@ThompsonHine.com<br>Conor A McLaughlin<br>Conor.McLaughlin@ThompsonHine.com<br>THOMPSON HINE<br>3900 Key Center<br>127 Public Square<br>Cleveland, Ohio 44114-1291<br>Tel: 216.566.5500 |

CERTIFICATE OF SERVICE