H. Paul Efstratis, Esq. SBN 242373
Kristina O. Lambert, Esq. SBN 290403
Taylor F. Sullivan, Esq. SBN 297014
LECLAIRRYAN, LLP
44 Montgomery Street
Suite 3100
San Francisco, CA 94104
TELEPHONE: 415.391.7111
FAX: 415.391.8766

Attorneys for Defendants
Ford Motor Company and North County Ford

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: FORD MOTOR CO. DPS6 POWERSHIFT TRANSMISSION PRODUCTS LIABILITY LITIGATION, | Case No. 2:18-cv-4580 AB(FFMx) <br><br> Assigned to The Honorable Andre Birotte, Jr., Ctrm. 7B <br><br> **DECLARATION OF JOHN W. MORSHAD IN SUPPORT OF DEFENDANT FORD MOTOR COMPANY'S OPPOSITION TO PLAINTIFF'S MOTION TO REMAND** <br><br> Date: August 29, 2018 <br> Time: 10:00 a.m. <br> Ctrm: 7B <br><br> Complaint Filed: April 13, 2018 <br> Trial Date: None Set |
| **THIS DOCUMENT RELATES ONLY TO:** <br><br> RIGOBERTO SUMANO *v. Ford Motor Company, et al.*, 2:18-cv-4580 AB(FFMx) | |

1

DECLARATION OF JOHN W. MORSHAD IN SUPPORT OF DEFENDANT FORD MOTOR COMPANY'S OPPOSITION TO PLAINTIFF'S MOTION TO REMAND

I, JOHN W. MORSHAD, declare as follows:

1. I am the Commercial Fleet Manager and RAV Manager of North County Ford. I have personal knowledge of the facts stated in this declaration. If called as a witness, I could and would testify competently thereto.

2. North County Ford is an independently owned and authorized Ford dealership which sells and services motor vehicles manufactured by Ford Motor Company. In the ordinary course of business, North County Ford prepares and maintains sales records of all of the dealership's sales of new and used motor vehicles as well as service records on repairs performed by the dealership's service department.

3. I have searched the records databases used by North County Ford to determine whether it ever sold the subject vehicle, a 2011 Ford Fiesta VIN 3FADP4BJ6BM138013 to the Plaintiff Rigoberto Sumano. If the dealership had sold the subject vehicle, my search of the databases would have found records of the sale.

4. The dealership's records databases do not contain any information regarding Plaintiff or the Subject Vehicle.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and that this Declaration was executed in ____VISTA____, California, on this 25TH day of July, 2018.

_____
JOHN W. MORSHAD

2
DECLARATION OF JOHN W. MORSHAD IN SUPPORT OF DEFENDANT FORD MOTOR COMPANY'S OPPOSITION TO PLAINTIFF'S MOTION TO REMAND

# CERTIFICATE OF SERVICE

IN RE: FORD MOTOR CO. DPS6 POWERSHIFT TRANSMISSION PRODUCTS LIABILITY LITIGATION
USDC Central District of California Case No.: 2:18-ml-02814 AB (FFMx)

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is: Gordon & Rees LLP 275 Battery Street, 20th Floor, San Francisco, CA 94111. On the below-mentioned date, I served the within documents:

**DECLARATION OF JOHN W. MORSHAD IN SUPPORT OF DEFENDANT FORD MOTOR COMPANYS' OPPOSITION TO PLAINTIFF'S MOTION TO REMAND**

See attached service list

**BY CM/ECF NOTICE OF ELECTRONIC FILING:** I electronically filed the document(s) with the Clerk of the Court by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system. Participants in the case who are not registered CM/ECF users will be served by mail or by other means permitted by the court rules.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on July 27, 2018, at San Francisco, California.

/s/ Christine Nusser
Christine Nusser

| | **SERVICE LIST** | |
|---|---|---|
| 1 | | |
| 2 | John M. Thomas<br>jthomas@dykema.com<br>DYKEMA GOSSETT PLLC<br>2723 South State Street, Suite 400<br>Ann Arbor, MI 48104<br>Tel: 734-214-7613 | Amir Nassihi<br>anassihi@shb.com<br>Andrew Chang<br>achang@shb.com<br>Samantha Burnett<br>sburnett@shb.com<br>SHOOK HARDY BACON<br>One Montgomery, Suite 2700<br>San Francisco, CA 94104-4505<br>Tel: 415-544-1900 |
| 3 | Steve Mikhov<br>stevem@knightlaw.com<br>Amy Morse<br>amym@knightlaw.com<br>Russell Higgins<br>russellh@knightlaw.com<br>Mitch Rosensweig<br>mitchr@knightlaw.com<br>KNIGHT LAW GROUP LLP<br>10250 Constellation Blvd., Ste 2500<br>Los Angeles, California 90067<br>Tel: 310-552-2250 | Payam Shahian<br>pshahian@slpattorney.com<br>Rowena Santos<br>rsantos@slpattorney.com<br>STRATEGIC LEGAL PRACTICES<br>1840 Century Park East, Suite 430<br>Los Angeles, CA 90067<br>Tel: (310) 929-4900 |
| 4 | Neil Gieleghem<br>neil@ngattorney.com<br>CONSUMER LEGAL REMEDIES, APC<br>153 ½ North Arnaz Drive<br>Beverly Hills, CA 90211<br>Tel: (310) 213-1398 | James L. Weisman<br>aninjurylawyer@gmail.com<br>JAMES L. WEISMAN, ATTORNEY AT LAW, LLLC<br>PO Box 88106,<br>Honolulu, Hawaii<br>Tel: (808) 728-4143 |
| 5 | Bruce F. Sherman<br>bfs@bfshermanlaw.com<br>Attorney at Law<br>1050 Bishop Street, No. 509<br>Honolulu, Hawaii 96813<br>Tel: (808) 221-0901 | Teigan N. Stones<br>tstones@forpurposelaw.com<br>FOR PURPOSE LAW GROUP<br>1435 30th St<br>San Diego, CA 92102-1712<br>Tel: (619) 780-3839 |

CERTIFICATE OF SERVICE

| | | |
|---|---|---|
| 1 | Tamara A. Bush | Vincent F. Tremonti |
| 2 | tbush@dykema.com | vtremonti@kslaw.com |
|   | DYKEMA GOSSETT LLP | John R. Lawless |
| 3 | 333 S Grand Ave Ste 2100 | jlawless@kslaw.com |
|   | Los Angeles, CA 90071 | Steven Dean Park |
| 4 | Tel: (213) 457-1815 | SPark@kslaw.com |
| 5 | | Alexander G Calfo |
|   | | acalfo@kslaw.com |
| 6 | | Paul R. Johnson |
| 7 | | pjohnson@kslaw.com |
|   | | KING & SPALDING LLP |
| 8 | | 633 W 5th St Ste 1700 |
| 9 | | Los Angeles, CA 90071-2073 |
|   | | Tel: (213) 443-4349 |
| 10 | | |
| 11 | Devan Jay McCarty | Hallen David Rosner |
| 12 | dmccarty@kslaw.com | hal@rbblawgroup.com |
|    | Amy L O'Neill | Michael A. Klitzke |
| 13 | aoneill@kslaw.com | michael@rbblawgroup.com |
| 14 | KING & SPALDING | David L. Herman |
|    | 621 Capitol Mall Ste 1500 | david@rbblawgroup.com |
| 15 | Sacramento, CA 95814 | Jeffrey L Le Pere |
| 16 | Tel: (916) 321-4806 | jeff@rbblawgroup.com |
|    | | ROSNER, BARRY & BABBITT, LLP |
| 17 | | 10085 Carroll Canyon Rd, Ste 100 |
| 18 | | San Diego, CA 92131-1100 |
|    | | Tel: (858) 348-1005 |
| 19 | | |
| 20 | William J. Goines | Richard C. Dalton |
|    | goinesw@gtlaw.com | rick@rickdaltonlaw.com |
| 21 | GREENBERG TRAURIG LLP | Richard C. Dalton, LLC |
|    | 1900 University Ave 5FL | 1343 W Causeway Approach |
| 22 | East Palo Alto, CA 94303 | Mandeville, LA 70471-3043 |
| 23 | Tel: (650) 328-8500 | Tel: (985) 778-2215 |
| 24 | | |
| 25 | | |
| 26 | | |
| 27 | | |
| 28 | | |

CERTIFICATE OF SERVICE

| | | |
|---|---|---|
| 1<br>2<br>3<br>4<br>5<br>6 | David N Barry<br>dbarry@mylemonrights.com<br>The Barry Law Firm<br>11835 Olympic Blvd Ste 440<br>Los Angeles, CA 90064<br>Tel: (310) 684-5859 | Lyle M Ishida<br>lishida@tpm-hawaii.com<br>Ashley R. Shibuya<br>ashibuya@tpm-hawaii.com<br>TOM PETRUS & MILLER LLLC<br>1164 Bishop Street Suite 650<br>Honolulu, Hawaii 96813<br>Tel: (808) 792-5800 |
| 7<br>8<br>9<br>10<br>11<br>12<br>13<br>14<br>15<br>16 | Steven E Swaney<br>sswaney@schiffhardin.com<br>Jacob Klein Danziger<br>jdanziger@schiffhardin.com<br>Jean-Paul P Cart<br>jcart@schiffhardin.com<br>SCHIFF HARDIN LLP<br>One Market, Spear Street Tower,<br>Suite 3100<br>San Francisco, CA 94105<br>Tel: (415) 901-8700 | Randolph T. Moore<br>rmoore@swlaw.com<br>Warren Earl Platt<br>wplatt@swlaw.com<br>Sarah M Ayad<br>sayad@swlaw.com<br>Sarah G Odegaard<br>sodegaard@swlaw.com<br>Daniel S. Rodman<br>drodman@swlaw.com<br>SNELL & WILMER LLP<br>600 Anton Blvd #1400<br>Costa Mesa, CA 92626-7689<br>Tel: (714) 427-7000 |
| 17<br>18<br>19<br>20<br>21<br>22<br>23<br>24<br>25<br>26<br>27<br>28 | Alina Mooradian<br>aamarkarian@swlaw.com<br>SNELL & WILMER LLP<br>350 S Grand Ave<br>Ste 2600<br>Los Angeles, CA 90071-3487<br>Tel: (213) 929-2500 | Cheryl Ann Sabnis<br>csabnis@kslaw.com<br>Bailey J Langner<br>blangner@kslaw.com<br>Katherine E. Merk<br>kmerk@kslaw.com<br>Ivana Dukanovic<br>idukanovic@kslaw.com<br>Kristine W Hanson<br>khanson@kslaw.com<br>KING & SPALDING LLP<br>101 2nd St Ste 2300<br>San Francisco, CA 94105<br>Tel: (415) 318-1200 |

CERTIFICATE OF SERVICE

| | | |
|---|---|---|
| 1 | Beth Ann Goodman<br>bgoodman@wilsonturnerkosmo.com<br>WILSON TURNER KOSMO LLP<br>550 W "C" St Ste 1050<br>San Diego, CA 92101-3532<br>Tel: (619) 236-9600 | Kevin W. Alexander<br>kalexander@gordonrees.com<br>Robert C Rodriguez<br>rrodriguez@grsm.com<br>GORDON & REES LLP<br>101 W Broadway #1600<br>San Diego, CA 92101-8217<br>Tel: (619) 696-6700 |
| 7 | Robert J Wierenga<br>rwierenga@schiffhardin.com<br>SCHIFF HARDIN LLP<br>350 S Main St Ste 210<br>Ann Arbor, MI 48104<br>Tel: (734) 222-1507 | Jason B. Cunningham<br>bcunningham@kslaw.com<br>KING & SPALDING LLP<br>500 W 2nd St Ste 1800<br>Austin, TX 78701-4684<br>Tel: (512) 457-2023 |
| 12 | Ronald D. Wamsted<br>rwamsted@thompsoncoe.com<br>Johnny W. Chambless<br>jchambless@thompsoncoe.com<br>THOMPSON COE<br>701 Brazos, Suite 1500<br>Austin, TX 78701<br>Tel: 512-703-5080 | Israel Flores<br>iflores@thompsoncoe.com<br>THOMPSON COE<br>700 North Pearl Street<br>Twenty-Fifth Floor - Plaza of the Americas<br>Dallas, TX 75201<br>Tel: 214-880-2579 |
| 17 | Matthew H. Dawson<br>mdawson@kslaw.com<br>KING & SPALDING LLP<br>601 S California Ave Ste 100<br>Palo Alto, CA 94304<br>Tel: (650) 422-6725 | Kevin Duck<br>krd@ducklawfirm.com<br>DUCK LAW FIRM, LLC<br>5040 Ambassador Caffery Pkwy<br>Suite #200<br>Lafayette, LA 70508<br>Tel: (337) 406-1144 |
| 23 | Brian T. Giles<br>Brian@GilesLenox.com<br>GILES LENOX<br>1018 Delta Ave., Suite 202<br>Cincinnati, OH 45208<br>Tel: (513) 815-3853 | Elizabeth B Wright<br>Elizabeth.Wright@ThompsonHine.com<br>Conor A McLaughlin<br>Conor.McLaughlin@ThompsonHine.com<br>THOMPSON HINE<br>3900 Key Center<br>127 Public Square<br>Cleveland, Ohio 44114-1291<br>Tel: 216.566.5500 |

CERTIFICATE OF SERVICE