SPENCER P. HUGRET (SBN 240424)
shugret@grsm.com
ROBERT C. RODRIGUEZ (SBN 224254)
rrodriguez@grsm.com
GORDON REES SCULLY MANSUKHANI LLP
Embarcadero Center West
275 Battery Street, Suite 2000
San Francisco, CA 94111
Telephone: (415) 986-5900
Facsimile: (415) 986-8054

Attorneys for Defendant
FORD MOTOR COMPANY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| ANTONIUS A. NIEUWENHUIS, <br><br> Plaintiff, <br><br> vs. <br><br> FORD MOTOR COMPANY, a Delaware Corporation, and DOES 1 through 10, inclusive, <br><br> Defendant. | Case No. 2:18-cv-03942 R (ASx) <br><br> **DECLARATION OF ROBERT C. RODRIGUEZ IN SUPPORT OF DEFENDANT FORD MOTOR COMPANY'S OPPOSITION TO PLAINTIFF'S MOTION FOR REMAND TO STATE COURT** <br><br> Date: July 16, 2018 <br> Time: 10:00 a.m. <br> Ctrm: 880 <br> Judge: Hon. Manuel L. Real |

I, Robert C. Rodriguez declare as follows:

1. I am an attorney licensed to practice law before all courts of the State of California, and I am an attorney with the law firm of Gordon & Rees LLP, attorneys for Defendant Ford Motor Company ("Ford") in the above-entitled lawsuit. I have personal knowledge of the following facts, and if called upon to testify, I could and would competently testify to their truth and accuracy.

2. Within thirty (30) days of its May 11, 2018 removal, Ford ascertained that the case was removable on diversity grounds. Specifically, a review of vehicle records obtained during that time from third parties indicated that Ford is *not* entitled to a substantial mileage off-set in this case. Mileage off-sets have the potential to drastically reduce the amount plaintiffs can recover in Song-Beverly cases.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed this 25th day of June, 2018 at San Diego, California.

_Robt C. Rodri_____

**DECLARATION OF ROBERT C. RODRIGUEZ IN SUPPORT OF DEFENDANT FORD MOTOR COMPANY'S OPPOSITION TO PLAINTIFF'S MOTION FOR REMAND TO STATE COURT**

# CERTIFICATE OF SERVICE

Nieuwenhuis v. Ford Motor Company
USDC Central District of California Case No. 2:18-cv-03942 R (ASx

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is: Gordon & Rees LLP 275 Battery Street, Suite 2000, San Francisco, CA 94111. On the date below, I served the within documents:

**DECLARATION OF ROBERT C. RODRIGUEZ IN SUPPORT OF DEFENDANT FORD MOTOR COMPANY'S OPPOSITION TO PLAINTIFF'S MOTION FOR REMAND TO STATE COURT**

Steve Mikhov, Esq.
Lauren Ungs, Esq.
**KNIGHT LAW GROUP, LLP**
1801 Century Park East, Suite 2300
Los Angeles, CA 90067-2325
Tel: (310) 552-2250
Fax: (310) 552-7973

*Attorneys for Plaintiff*

**BY CM/ECF NOTICE OF ELECTRONIC FILING:** I electronically filed the document(s) with the Clerk of the Court by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system. Participants in the case who are not registered CM/ECF users will be served by mail or by other means permitted by the court rules.

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after the date of deposit for mailing in affidavit.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on June 25, 2018, at San Francisco, California.

Christine Nusser

**DECLARATION OF ROBERT C. RODRIGUEZ IN SUPPORT OF DEFENDANT FORD MOTOR COMPANY'S OPPOSITION TO PLAINTIFF'S MOTION FOR REMAND TO STATE COURT**