Michael D. Resnick (SBN 245215)
mresnick@clrattorney.com
Neil Gieleghem (SBN 107389)
ng@clrattorney.com
**CONSUMER LEGAL REMEDIES, APC**
153 ½ North Arnaz Drive
Beverly Hills, CA 90211
Telephone: (310) 213-1398
Facsimile: (213) 210-2196

Attorneys for Plaintiffs
CRYSTAL VASQUEZ; ELLEN EGGERS AND PAUL EGGERS; RIGOBERTO SUMANO; and CONNIE HILL

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **IN RE: FORD MOTOR CO. DPS6 POWERSHIFT TRANSMISSION PRODUCTS LIABLITY LITGATION**<br><br>**THIS DOCUMENT RELATES TO:**<br><br>*Crystal Vasquez v. Ford Motor Company; Raceway Ford, et al.*, 2:18-cv-02972-AB-FFM<br><br>*Ellen Eggers and Paul Eggers v. Ford Motor Company; Oroville Ford, et al.*, 2:18-cv-03493-AB-FFM<br><br>*Rigoberto Sumano v. Ford Motor Company; North County Ford, et al.*, 2:18-cv-04580-AB-FFM<br><br>*Connie Hill v. Ford Motor Company; Raceway Ford; et al.*, 2:18-cv-04409-AB-FFM | **Case No. 2:18-ML-02814 AB (FFMx)**<br><br>*Assigned to: Hon. Andre Birotte, Jr. Courtroom 7B*<br><br>**SUPPLEMENTAL DECLARATION OF NEIL GIELEGHEM IN SUPPORT OF CLR PLAINTIFFS' "TEST" MOTIONS FOR REMAND**<br><br>Date:        August 29, 2018<br>Time:       10:00 a.m.<br>Courtroom: 7B |

I, Neil Gieleghem, declare as follows:

1. I am an attorney admitted to practice before the United States District Court for the Central District of California, and am Of Counsel to Consumer Legal Remedies, APC ("CLR"), counsel of record for Plaintiffs CRYSTAL VASQUEZ; ELLEN EGGERS AND PAUL EGGERS; RIGOBERTO SUMANO; and CONNIE HILL in the above-captioned matters.

2. I have personal knowledge of the facts set forth herein and could testify competently if called upon to do so.  This personal knowledge includes, but is not limited to, my personal involvement, beginning in 2013 and following, as counsel of record in literally thousands of lawsuits against Ford Motor Company arising out of the Ford Focus/Fiesta DPS6 PowerShift Transmission Fraud; and my involvement as counsel of record for the "Opt Out" plaintiffs in *Omar Vargas, et al. v. Ford Motor Company,* 2:12-cv-008388-AB-FFMx (hereinafter the *"Vargas* Class Action").

3. In its Opposition, Ford asserts that the CLR Plaintiffs in the four "test" cases at issue "all remain plaintiffs in the Michigan cases."  See Opp., p. 6, lns. 5-6. The CLR Plaintiffs repeatedly have told Ford, and the Michigan courts involved, that they are pursuing their claims against Ford by way of the "*Re-Filed*" California Ford Focus/Fiesta DP6 PowerShift Transmission Fraud cases.

4. Attached hereto as EXHIBIT G is a true and correct copy of the May 25, 2018 Opinion by which the Michigan court rejected Ford's *forum non conveniens* arguments in a detailed, 11-page ruling.  In candor to this Court, the CLR Plaintiffs

note that this Opinion is not yet final, but only because, after it was issued, Ford belatedly requested oral argument. The CLR Plaintiffs do not wish to speculate here as to whether any such oral argument has any reasonable chance of causing the Michigan Court to make any material change in its Opinion, particularly given that the Michigan Court found against Ford on every applicable factor under the *forum non conveniens* analysis.

5. I hereby represent to this Court that, based on my own personal knowledge, the CLR Plaintiffs recently have discovered, due to their continuing review of the over two million pages of documents that Ford "dumped" on the plaintiffs in these MDL 2814 cases, substantial documentary evidence of the involvement of Ford's dealers in the Ford Focus/Fiesta DPS6 PowerShift Transmission Fraud alleged in the Complaints at issue in these remand motions. These documents, however, are subject to the Protective Order entered in this MDL 2814, such that the CLR Plaintiffs cannot cite them to the Court at this time. If necessary, however, the CLR Plaintiffs will apply to this Court to make this damning documentary evidence part of the record in this MDL 2814.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this Declaration was executed this 3nd day of August, 2018, in Los Angeles, California.

*/s/ Neil Gieleghem*
NEIL GIELEGHEM

3
SUPPLEMENTAL DECLARATION OF NEIL GIELEGHEM IN SUPPORT OF CLR PLAINTIFFS' TEST MOTIONS FOR REMAND

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

ATTESTATION PURSUANT TO LOCAL RULE 5-4.3.4(a)(2)(i)

I, Neil Gieleghem, am the ECF User whose identification and password are being used to file this document. In compliance with Civil Local Rule 5-4.3.4(a)(2)(i), I hereby attest that all signatories have concurred in this filing.

Executed on August 3, 2018.

By: */s/ Neil Gieleghem*
NEIL GIELEGHEM

# PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

At the time of service, I was over 18 years of age and not a party to this action. I am employed in the County of Los Angeles, State of California. My business address is 153 ½ North Arnaz Drive, Beverly Hills, CA 90211.

On August 3, 2018, I served true copies of the following document(s) described as

**SUPPLEMENTAL DECLARATION OF NEIL GIELEGHEM IN SUPPORT OF CLR PLAINTIFFS' "TEST" MOTIONS FOR REMAND**

on the interested parties in this action as follows:

SERVICE LIST
MDL #2814
Case No. 2:18-ML-02814 AB (FFMx)

Paul R. Kiesel, State Bar No. 119854
kiesel@kiesel.law
Jeffrey A. Koncius, State Bar No. 189803
koncius@kiesel.law
Nicole Ramirez, State Bar No. 279017
ramirez@kiesel.law
KIESEL LAW LLP
8648 Wilshire Boulevard
Beverly Hills, California 90211-2910
Tel:   310-854-4444
Fax:   310-854-0812
Lead/Liaison Counsel for Plaintiffs

Steve Mikhov, State Bar No. 224676
stevenm@knightlaw.com
Russell Higgins, State Bar No. 226124
russellh@knightlaw.com
KNIGHT LAW GROUP LLP
1801 Century Park East, Suite 2300
Los Angeles, CA  90067
Tel: 310-552-4444
Fax: 310-552-7973

00459012-1

| | |
|---|---|
| 1 | Attorneys for Knight Law Group Plaintiffs |
| 2 | Payam Shahian, State Bar No. 228406 |
| | pshahian@slpattorney.com |
| 3 | Rowena Santos, State Bar No. 210185 |
| 4 | rsantos@slapattorney.com |
| | STRATEGIC LEGAL PRACTICES, APC |
| 5 | 1840 Century Park East, Suite 430 |
| 6 | Los Angeles, CA 90067 |
| | Tel: 310-929-4900 |
| 7 | Fax: 310-943-3838 |
| 8 | Attorneys for SLP Plaintiffs |
| 9 | Stephen H. Dye, State Bar No. 104385 |
| 10 | sdye@schnader.com |
| | Richard J. May, State Bar No. 234684 |
| 11 | rmay@schnader.com |
| 12 | SCHNADER HARRISON SEGAL & LEWIS LLP |
| | 650 California Street, 19th Floor |
| 13 | San Francisco, CA  94108-2736 |
| 14 | Tel: 415-365-6700 |
| | Fax: 415-364-6785 |
| 15 | Attorneys for Ford Motor Company |
| 16 | |
| 17 | H. Paul Efstratis, Esq., State Bar No. 242373 |
| | Paul.efstratis@leclairryan.com |
| 18 | Kristina O. Lambert, Esq., State Bar No. 290403 |
| | kristina.lambert@leclairryan.com |
| 19 | Taylor F. Sullivan, Esq., State Bar No. 297014 |
| 20 | Taylor.sullivan@leclairryan.com |
| | LECLAIRRYAN, LLP |
| 21 | 44 Montgomery Street Suite 3100 |
| 22 | San Francisco, CA 94104 |
| | TELEPHONE: 415.391.7111 |
| 23 | FAX: 415.391.8766 |
| 24 | Attorneys for Defendant Ford Motor Company |
| 25 | John M. Thomas, State Bar No. 266842 |
| 26 | jthomas@dykema.com |
| | DYKEMA GOSSETT PLLC |
| 27 | 2723 South State Street, Suite 400 |
| 28 | Ann Arbor, MI  48104 |

00459012-1

1

PROOF OF SERVICE

1  Tel:   734-214-7613
2  Fax:  734-214-7696
   Attorneys for Ford Motor Company in MDL #2814 Cases
3
4  Amir Nassihi, State Bar No. 235936
   anassihi@shb.com
5  SHOOK HARDY BACON
   One Montgomery, Suite 2700
6  San Francisco, CA  94104-4505
7  Tel:   415-544-1900
   Fax:  415-391-0281
8  Attorneys for Ford Motor Company in MDL #2814 Cases
9
10 Spencer P. Hugret, State Bar No. 240424
   shugret@gordonrees.com
11 Molly J. Mrowka (SBN 190133)
   mmrowka@grsm.com
12 GORDON REES SCULLY MANSUKHANI LLP
13 Embarcadero Center West
   275 Batter Street, Suite 2000
14 San Francisco, CA 94111
15 Tel:   415-986-5900
   Fax:  415-986-8054
16 Attorneys for Ford Motor Company in MDL #2814 Cases
17

18 [X]   (BY E-FILE) The above document was served on the interested party named above by electronic means via E-file.
19
20 [ ]   (BY MAIL) The envelope was mailed with postage thereon fully prepaid. As follows: I am "readily familiar" with this office's practice of collecting and processing correspondence for mailing. Under that practice it would be deposited with U.S. Postal Service on that same day with postage thereon fully prepaid at Los Angeles, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.
21
22
23
24 [ ]   (BY PERSONAL SERVICE) I caused to be delivered such envelope by hand to the addressee.

25 [X]   (FEDERAL) I declare that I am a member of the Bar of this Court.

26 Executed on August 3, 2018, at Los Angeles, CA.

27
28                                            /s/ Neil Gieleghem

00459012-1
                                    2
                             PROOF OF SERVICE