Michael D. Resnick (SBN 245215)
mresnick@clrattorney.com
Neil Gieleghem (SBN 107389)
ng@clrattorney.com
**CONSUMER LEGAL REMEDIES, APC**
153 ½ North Arnaz Drive
Beverly Hills, CA 90211
Telephone: (310) 213-1398
Facsimile: (213) 210-2196

Attorneys for Plaintiffs
MARY CANNON & CHRISTI BROWN

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| **IN RE: FORD MOTOR CO. DPS6 POWERSHIFT TRANSMISSION PRODUCTS LIABILITY LITIGATION** | **Case No. 2:18-ML-02814 AB (FFMx)** *Assigned to: Hon. André Birotte, Jr. Courtroom 7B* |
| **THIS DOCUMENT RELATES ONLY TO:** | *Magistrate Fredrick F. Mumm Courtroom 580* |
| *MARY CANNON V. FORD MOTOR COMPANY, ET AL.*, No. 2:18-cv-04817-AB-FFM  *CHRISTI BROWN V. FORD MOTOR COMPANY, ET AL.*, No. 2:18-cv-04190 | **CLR PLAINTIFFS MARY CANNON & CHRISTI BROWN'S JOINT APPLICATION FOR LEAVE TO FILE UNDER SEAL** [Filed concurrently with: Declaration of Michael D. Resnick; Unredacted Version of Documents Proposed to be Filed Under Seal; and [Proposed] Order re Application for Leave to File Under Seal] HEARING DATE: March 6, 2019 Time: 9:30 a.m. Courtroom: 7B |

CLR PLAINTIFFS MARY CANNON & CHRISTI BROWN'S JOINT APPLICATION FOR
LEAVE TO FILE UNDER SEAL

**TO THIS HONORABLE COURT, AND TO ALL PARTIES AND COUNSEL OF RECORD:**

Plaintiffs Mary Cannon and Christi Brown, who are represented by Consumer Legal Remedies, APC (collectively the "CLR Plaintiffs"), hereby jointly move this Court, pursuant to Federal Rule of Civil Procedure 26(c), Civil Local Rule 79-5.2.2(b) and paragraph 19 of the Amended Protective Order – Confidential Designation Only (*Dkt. No. 24*) ("Protective Order"), for an Order permitting the CLR Plaintiffs to file Exhibits 1-73 (the "Exhibits") to the CLR Plaintiffs' soon-to-be filed (on January 28, 2019) Opposition To Defendant Ford Motor Company's Motions For Judgment On The Pleadings Pursuant To Fed. R. Civ. P. 12(C) (*DKT # 161*).

Exhibits 1-72 to the CLR Plaintiffs' Opposition are internal documentation produced by Ford in discovery in this MDL 2814 proceeding, pursuant to the Protective Order. These Exhibits are relevant to, and evidence, the Issue Categories raised by Ford's pending Motions for Judgment on the Pleadings against these CLR Plaintiffs.[1]

As detailed in the accompany Declaration of Michael D. Resnick, these Issue Categories are:

- ■ The existence of various defects in the DPS6 PowerShift transmission at

---

[1]. Exhibit 73 is the meet-and-confer documentation between the parties prefatory to the filing of this Application. As this meet-and-confer documentation references the contents of the Exhibits, Plaintiffs are filing it under seal as well.

issue in this proceeding (the "Defects"),

- Ford's knowledge of the Defects,

- Ford's attempts to repair the Defects,

- Whether the Defects posed safety issues and/or concerns for consumers and third parties,

- Ford's inability to repair the Defects to conform Defects to applicable warranties, *and*

- Ford's fraudulent concealment of these matters from consumers, the general public, and state and federal regulatory agencies, including but not limited to the National Highway Traffic Safety Administration ("NHTSA").

Again, all these Issue Categories are raised by, and relevant to, Ford's Motions For Judgment On The Pleadings; and are necessary to Plaintiffs' Opposition to said Motions and for a full and fair adjudication of the issues raised given the manner in which Ford chose to present such Motions.

As documented in Exhibit 73 to this Application, the CLR Plaintiffs have meet and conferred extensively with counsel for Defendant Ford regarding their intent to seek leave to file the Exhibits under seal. Despite this extensive meet-and-confer effort, Ford does not agree that a single one of the Exhibits need not be filed under seal, or that any portion of the Exhibits can be redacted so as to avoid filing under seal.

Accordingly, the CLR Plaintiffs respectfully request that the Exhibits be filed

under seal in their entirety because (1) Ford does not agree to redact any portion of the Exhibits, and (2) the Exhibits are documents that Ford has designated "Confidential" pursuant to the Protective Order.

Accordingly, the CLR Plaintiffs respectfully submit this Application for an Order permitting them to file under seal Exhibits 1-72 to the Opposition.

A proposed Order is attached hereto.

DATED: January 25, 2019                    CONSUMER LEGAL REMEDIES, APC

                                                                             /s/ Michael D. Resnick
                                           Michael D. Resnick
                                           Neil Gieleghem
                                           Attorneys for Plaintiffs
                                           MARY CANNON & CHRISTI BROWN

ATTESTATION PURSUANT TO LOCAL RULE 5-4.3.4(a)(2)(i)

I, Michael D. Resnick, am the ECF User whose identification and password are being used to file this document. In compliance with Civil Local Rule 5-4.3.4(a)(2)(i), I hereby attest that all signatories have concurred in this filing.

Executed on January 25, 2019.

By: /s/ Michael D. Resnick

Michael D. Resnick

<u>PROOF OF SERVICE</u>

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

At the time of service, I was over 18 years of age and not a party to this action. I am employed in the County of Los Angeles, State of California. My business address is 153 ½ North Arnaz Drive, Beverly Hills, CA 90211.

On January 25, 2019, I served true copies of the following document(s) described as

**CLR PLAINTIFFS MARY CANNON & CHRISTI BROWN'S JOINT APPLICATION FOR LEAVE TO FILE UNDER SEAL**

on the interested parties in this action as follows:

SERVICE LIST
MDL #2814
Case No. 2:18-ML-02814 AB (FFMx)

Paul R. Kiesel, State Bar No. 119854
kiesel@kiesel.law
Jeffrey A. Koncius, State Bar No. 189803
koncius@kiesel.law
Nicole Ramirez, State Bar No. 279017
ramirez@kiesel.law
KIESEL LAW LLP
8648 Wilshire Boulevard
Beverly Hills, California 90211-2910
Tel:	310-854-4444
Fax:	310-854-0812
Lead/Liaison Counsel for Plaintiffs

Steve Mikhov, State Bar No. 224676
stevenm@knightlaw.com
Russell Higgins, State Bar No. 226124
russellh@knightlaw.com
KNIGHT LAW GROUP LLP
1801 Century Park East, Suite 2300
Los Angeles, CA  90067
Tel: 310-552-4444
Fax: 310-552-7973
Attorneys for Knight Law Group Plaintiffs

00459012-1

Payam Shahian, State Bar No. 228406
pshahian@slpattorney.com
Rowena Santos, State Bar No. 210185
rsantos@slapattorney.com
STRATEGIC LEGAL PRACTICES, APC
1840 Century Park East, Suite 430
Los Angeles, CA 90067
Tel: 310-929-4900
Fax: 310-943-3838
Attorneys for SLP Plaintiffs

Stephen H. Dye, State Bar No. 104385
sdye@schnader.com
Richard J. May, State Bar No. 234684
rmay@schnader.com
SCHNADER HARRISON SEGAL & LEWIS LLP
650 California Street, 19th Floor
San Francisco, CA  94108-2736
Tel: 415-365-6700
Fax: 415-364-6785
Attorneys for Ford Motor Company

H. Paul Efstratis, Esq., State Bar No. 242373
Paul.efstratis@leclairryan.com
Kristina O. Lambert, Esq., State Bar No. 290403
kristina.lambert@leclairryan.com
Taylor F. Sullivan, Esq., State Bar No. 297014
Taylor.sullivan@leclairryan.com
LECLAIRRYAN, LLP
44 Montgomery Street Suite 3100
San Francisco, CA 94104
TELEPHONE: 415.391.7111
FAX: 415.391.8766
Attorneys for Defendant Ford Motor Company

John M. Thomas, State Bar No. 266842
jthomas@dykema.com
DYKEMA GOSSETT PLLC
2723 South State Street, Suite 400
Ann Arbor, MI  48104
Tel:     734-214-7613

Fax: 734-214-7696

Attorneys for Ford Motor Company in MDL #2814 Cases

Amir Nassihi, State Bar No. 235936
anassihi@shb.com
SHOOK HARDY BACON
One Montgomery, Suite 2700
San Francisco, CA 94104-4505
Tel: 415-544-1900
Fax: 415-391-0281
Attorneys for Ford Motor Company in MDL #2814 Cases

Spencer P. Hugret, State Bar No. 240424
shugret@gordonrees.com
Molly J. Mrowka (SBN 190133)
mmrowka@grsm.com
GORDON REES SCULLY MANSUKHANI LLP
Embarcadero Center West
275 Batter Street, Suite 2000
San Francisco, CA 94111
Tel: 415-986-5900
Fax: 415-986-8054
Attorneys for Ford Motor Company in MDL #2814 Cases

[X]   (BY E-FILE) The above document was served on the interested party named above by electronic means via E-file.

[ ]   (BY MAIL) The envelope was mailed with postage thereon fully prepaid. As follows: I am "readily familiar" with this office's practice of collecting and processing correspondence for mailing. Under that practice it would be deposited with U.S. Postal Service on that same day with postage thereon fully prepaid at Los Angeles, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

[ ]   (BY PERSONAL SERVICE) I caused to be delivered such envelope by hand to the addressee.

[X]   (FEDERAL) I declare that I am a member of the Bar of this Court.

　　　Executed on January 25, 2019, at Los Angeles, CA.


　　　　　　　　　　　　　　　　　　　/s/ Michael D. Resnick

00459012-1

2

PROOF OF SERVICE