Michael D. Resnick (SBN 245215)
mresnick@clrattorney.com
Neil Gieleghem (SBN 107389)
ng@clrattorney.com
**CONSUMER LEGAL REMEDIES, APC**
153 ½ North Arnaz Drive
Beverly Hills, CA 90211
Telephone: (310) 213-1398
Facsimile: (213) 210-2196

Attorneys for Plaintiffs
MARY CANNON & CHRISTI BROWN

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| **IN RE: FORD MOTOR CO. DPS6 POWERSHIFT TRANSMISSION PRODUCTS LIABILITY LITIGATION** | **Case No. 2:18-ML-02814 AB (FFMx)** |
| | *Assigned to: Hon. André Birotte, Jr. Courtroom 7B* |
| **THIS DOCUMENT RELATES ONLY TO:** | *Magistrate Fredrick F. Mumm Courtroom 580* |
| *MARY CANNON V. FORD MOTOR COMPANY, ET AL., No. 2:18-cv-04817-AB-FFM* | **CLR PLAINTIFFS' NOTICE OF FILING "NON-CONFIDENTIAL" EXHIBITS IN SUPPORT OF OPPOSITION TO DEFENDANT FORD'S MOTIONS FOR JUDGMENT ON THE PLEADINGS** |
| *CHRISTI BROWN V. FORD MOTOR COMPANY, ET AL., No. 2:18-cv-04190* | [Filed concurrently with the Declaration of Michael D. Resnick ISO] |
| | HEARING DATE: March 6, 2019 <br> Time: 10:00 a.m. <br> Courtroom: 7B |

**TO THIS HONORABLE COURT, AND TO ALL PARTIES AND COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE** the CLR Plaintiffs[1] hereby file the following Exhibits in Support of their Opposition (DKT # 182) to Defendant Ford Motor Company's pending Motions for Judgment on the Pleadings as to the two (2) CLR Plaintiff IDP "test cases," which Motions are scheduled to be heard by this Court on March 6, 2019.

## I.     FACTUAL AND PROCEDURAL BACKGROUND

As this Court's files evidence, the CLR Plaintiffs' filed, in connection with their Opposition to Ford's Motion for Judgment on the Pleadings, a Joint Application to File Under Seal (DKT # 178) 72 (seventy two) of the documents that Ford previously produced in this MDL 2814 pursuant to the "Amended Protective Order – Confidential Designation Only" (DKT # 24) entered in this MDL 2814 on May 7, 2019.[2]

As of the filing of this Notice, this Court has not yet ruled on this Application.

On January 29, 2019, however, Ford filed a Defendant's Response to CLR Plaintiffs' Joint Application For Leave to File Under Seal (DKT # 184) to the Application in which Ford suddenly conceded, without explanation, that fully 41 (forty-one) of those documents are <u>not</u> "confidential," despite Ford's prior representations to the contrary.  <u>See</u> DKT # 184, p. 12 et seq., fn. 2 (Ford lists the 31

---

[1] The two cases at issue are *Mary Cannon v. Ford Motor Company,* USDC Case No. 2:18-cv004817, and *Christi Brown v. Ford Motor Company,* USDC Case No. 2:18-cv-04190.

[2] As detailed in the Application, a 73rd document consists of meet-and-confer emails exchanged between counsel that make reference to the contents of the allegedly "confidential" documents; which emails the CLR Plaintiffs included in the Application to prevent any claim by Ford that Plaintiffs had violated the Amended Protective Order.

CLR PLAINTIFFS' NOTICE OF FILING "NON-CONFIDENTIAL" EXHIBITS IN SUPPORT OF OPPOSITION TO DEFENDANT FORD'S MOTIONS FOR JUDGMENT ON THE PLEADINGS

allegedly "confidential" documents that it contends should be filed under seal).[3]

Further, in a February 12, 2019 email, Ford confirmed that it was withdrawing any claim that the 41 documents were <u>not</u> "confidential":

> Dear Neil [Gieleghem, counsel for CLR Plaintiffs]:
>
> I understand that you have expressed some questions about the 72 documents which you have threatened to use in the JCCP, despite some of them being subject to protective orders.  You should know from the MDL proceedings that **Ford is not making a claim of confidentiality <u>regarding 41 of the 72 documents to which you have been referring</u>**.
>
> Frank [Kelly, counsel for Ford]

<u>See</u> Exhibit A (February 12, 2019 email) to the Declaration of Michael D. Resnick filed concurrently hereto, at ¶ 45 (bold and underlining added).

Accordingly, the CLR Plaintiffs' Application as to these 41 "non-confidential" documents is now moot; and there is no impediment, under the Amended Protective Order or otherwise, to their filing in this case in support of the CLR Plaintiffs' Opposition to Ford's pending Motion for Judgment on the Pleadings.

[The CLR Plaintiffs' Application remains pending as to the 31 documents that Ford contends are still "confidential."]

Copies of said "non-confidential" documents are attached hereto, and are incorporated by reference into the CLR Plaintiffs' Opposition.  In an effort to avoid confusion, this filing uses the Exhibit numbers used in the Application.

Finally, and without intending to argue the point further here: As detailed in the CLR Plaintiffs' Application, the proffer of these 41 "non-confidential" documents means that there is evidence in the record as to each of the six (1) "Issue Areas"

---

[3] Under the Exhibit numbering used in the CLR Plaintiffs' Application, the remaining allegedly still "confidential" documents are Exhibits 1-2, 4-5, 7, 10, 13, 20, 23-25, 28, 30, 31-32, 35, 36, 41-43, 47-48, 52, 54, 58, 63-65, 67, 69, and 70.  <i>See</i> Ford's Response (DKT # 184), p. 12, fn. 2.

identified in the CLR Plaintiffs' Opposition to Ford's Motions for Judgement on the Pleadings:

/ / /

Issue Area 1:  Whether the DPS6 PowerShift Transmissions at issue were defective (for various reasons); and whether Ford Focus and Fiesta cars incorporating those Transmissions did not comply with Ford's express and implied warranties, and Ford's other obligations under law.

Issue Area 2:  Whether Ford knew that the Transmissions were defective, and could not be made to comply with Ford's warranty obligations and with Plaintiffs' reasonable expectations as consumers.

Issue Area 3:  Whether Ford told Getrag, the supplier of the Transmissions, that the Transmissions were defective and could not be fixed; and whether Ford demanded that Getrag pay Ford hundreds of millions of dollars in compensation for increased warranty costs.

Issue Area 4:  Whether Ford and Getrag entered into an agreement, via the highest levels of management of both companies, whereby Getrag paid Ford hundreds of millions of dollars in compensation for Ford's increased warranty costs, on Ford's express guarantee that the deal would be kept secret, and that Ford would affirmatively misrepresent to any third parties (e.g., consumers, governmental regulators such as NHTSA) that there was nothing wrong with the Transmissions.

Issue Area 5:  Whether Ford deliberately and fraudulently concealed from Plaintiffs, other consumers, and regulators (e.g., NHTSA) that the Transmissions' defects and resulting "failure modes" (e.g., "unintended neutral" / "loss of motive power") resulted in dangerous conditions that could – and did – cause accidents, injuries, and even fatalities.

Issue Area 6:  Whether Ford affirmatively misrepresented to Plaintiffs, other consumers, and regulators that there was nothing wrong with the Transmission (consistent with Ford's "Secret Deal" with Getrag).

3

CLR PLAINTIFFS' NOTICE OF FILING "NON-CONFIDENTIAL" EXHIBITS IN SUPPORT OF OPPOSITION TO DEFENDANT FORD'S MOTIONS FOR JUDGMENT ON THE PLEADINGS

1  *See* CLR Plaintiffs' Opposition, DKT # 182.

2       Further, and again not wishing to debate the point here, the only rationale that

3  the CLR Plaintiffs can see for Ford's withdrawal of any claim of confidential as to

4  the 41 documents proffered as Exhibits, and the remaining 31 documents that Ford

5  still claims are "confidential," is that the 31 documents are the more "damning" of the

6  72 documents that are the subject of the CLR Plaintiffs' Application.

7       Accordingly, if Ford's Motion for Judgment on the Pleadings is treated as an

8  FRCP 56 summary judgment motion – and it should be, for the reasons stated in the

9  CLR Plaintiffs' Opposition – there are material issues of fact that require said motion

10 be denied.  To the extent that Ford's Motion is treated as an FRCP 12(c) motion, it

11 must also be denied, for the reasons stated in the CLR Plaintiffs' Opposition.

12      Respectfully submitted,

13                            CONSUMER LEGAL REMEDIES, APC

14 DATED: February 26, 2019

15

16                              /s/ Neil Gieleghem

17                            Michael D. Resnick
                              Neil Gieleghem

18                            Attorneys for Plaintiffs
                              MARY CANNON & CHRISTI BROWN

19

20

21

22

23

24

25

26

27

28

CLR PLAINTIFFS' NOTICE OF FILING "NON-CONFIDENTIAL" EXHIBITS
IN SUPPORT OF OPPOSITION TO DEFENDANT FORD'S MOTIONS FOR
JUDGMENT ON THE PLEADINGS

ATTESTATION PURSUANT TO LOCAL RULE 5-4.3.4(a)(2)(i)

I, Michael D. Resnick, am the ECF User whose identification and password are being used to file this document. In compliance with Civil Local Rule 5-4.3.4(a)(2)(i), I hereby attest that all signatories have concurred in this filing.

Executed on February 26, 2019.

By: /s/ Michael D. Resnick

Michael D. Resnick

CLR PLAINTIFFS' NOTICE OF FILING "NON-CONFIDENTIAL" EXHIBITS IN SUPPORT OF OPPOSITION TO DEFENDANT FORD'S MOTIONS FOR JUDGMENT ON THE PLEADINGS

1                            <u>PROOF OF SERVICE</u>

2

3   STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

4   At the time of service, I was over 18 years of age and not a party to this action. I am employed

5   in the County of Los Angeles, State of California. My business address is 153 ½ North Arnaz Drive, Beverly Hills, CA 90211.

6          On February 26, 2019, I served true copies of the following document(s) described as

7   **CLR PLAINTIFFS' NOTICE OF FILING "NON-CONFIDENTIAL" EXHIBITS IN SUPPORT OF OPPOSITION TO DEFENDANT FORD'S MOTIONS FOR**

8   **JUDGMENT ON THE PLEADINGS**

9

10   on the interested parties in this action as follows:

11                         SERVICE LIST

                             MDL #2814

12             Case No. 2:18-ML-02814 AB (FFMx)

13

14   Paul R. Kiesel, State Bar No. 119854

     kiesel@kiesel.law

15   Jeffrey A. Koncius, State Bar No. 189803

     koncius@kiesel.law

16   Nicole Ramirez, State Bar No. 279017

17   ramirez@kiesel.law

     KIESEL LAW LLP

18   8648 Wilshire Boulevard

19   Beverly Hills, California 90211-2910

     Tel:   310-854-4444

20   Fax:   310-854-0812

21   Lead/Liaison Counsel for Plaintiffs

22   Steve Mikhov, State Bar No. 224676

23   stevenm@knightlaw.com

     Russell Higgins, State Bar No. 226124

24   russellh@knightlaw.com

25   KNIGHT LAW GROUP LLP

     1801 Century Park East, Suite 2300

26   Los Angeles, CA  90067

27   Tel: 310-552-4444

     Fax: 310-552-7973

28

---

Attorneys for Knight Law Group Plaintiffs
Payam Shahian, State Bar No. 228406
pshahian@slpattorney.com
Rowena Santos, State Bar No. 210185
rsantos@slapattorney.com
STRATEGIC LEGAL PRACTICES, APC
1840 Century Park East, Suite 430
Los Angeles, CA 90067
Tel: 310-929-4900
Fax: 310-943-3838
Attorneys for SLP Plaintiffs

Stephen H. Dye, State Bar No. 104385
sdye@schnader.com
Richard J. May, State Bar No. 234684
rmay@schnader.com
SCHNADER HARRISON SEGAL & LEWIS LLP
650 California Street, 19th Floor
San Francisco, CA  94108-2736
Tel: 415-365-6700
Fax: 415-364-6785
Attorneys for Ford Motor Company

H. Paul Efstratis, Esq., State Bar No. 242373
Paul.efstratis@leclairryan.com
Kristina O. Lambert, Esq., State Bar No. 290403
kristina.lambert@leclairryan.com
Taylor F. Sullivan, Esq., State Bar No. 297014
Taylor.sullivan@leclairryan.com
LECLAIRRYAN, LLP
44 Montgomery Street Suite 3100
San Francisco, CA 94104
TELEPHONE: 415.391.7111
FAX: 415.391.8766
Attorneys for Defendant Ford Motor Company

John M. Thomas, State Bar No. 266842
jthomas@dykema.com
DYKEMA GOSSETT PLLC
2723 South State Street, Suite 400
Ann Arbor, MI  48104

---

PROOF OF SERVICE

Tel:    734-214-7613
Fax:    734-214-7696
Attorneys for Ford Motor Company in MDL #2814 Cases

Amir Nassihi, State Bar No. 235936
anassihi@shb.com
SHOOK HARDY BACON
One Montgomery, Suite 2700
San Francisco, CA  94104-4505
Tel:    415-544-1900
Fax:    415-391-0281
Attorneys for Ford Motor Company in MDL #2814 Cases

Spencer P. Hugret, State Bar No. 240424
shugret@gordonrees.com
Molly J. Mrowka (SBN 190133)
mmrowka@grsm.com
GORDON REES SCULLY MANSUKHANI LLP
Embarcadero Center West
275 Batter Street, Suite 2000
San Francisco, CA 94111
Tel:    415-986-5900
Fax:    415-986-8054
Attorneys for Ford Motor Company in MDL #2814 Cases

[X]    (BY E-FILE) The above document was served on the interested party named above by electronic means via E-file.

[ ]    (BY MAIL) The envelope was mailed with postage thereon fully prepaid. As follows: I am "readily familiar" with this office's practice of collecting and processing correspondence for mailing. Under that practice it would be deposited with U.S. Postal Service on that same day with postage thereon fully prepaid at Los Angeles, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

[ ]    (BY PERSONAL SERVICE) I caused to be delivered such envelope by hand to the addressee.

[X]    (FEDERAL) I declare that I am a member of the Bar of this Court.

Executed on February 26, 2019, at Los Angeles, CA.


/s/ Michael D. Resnick

PROOF OF SERVICE