Michael D. Resnick (SBN 245215)
mresnick@clrattorney.com
Neil Gieleghem (SBN 107389)
ng@clrattorney.com
**CONSUMER LEGAL REMEDIES, APC**
153 ½ North Arnaz Drive
Beverly Hills, CA 90211
Telephone: (310) 213-1398
Facsimile: (213) 210-2196

Attorneys for Plaintiffs
MARY CANNON & CHRISTI BROWN

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| **IN RE: FORD MOTOR CO. DPS6 POWERSHIFT TRANSMISSION PRODUCTS LIABILITY LITIGATION** | **Case No. 2:18-ML-02814 AB (FFMx)** |
| | *Assigned to: Hon. André Birotte, Jr. Courtroom 7B* |
| **THIS DOCUMENT RELATES ONLY TO:** | *Magistrate Fredrick F. Mumm Courtroom 580* |
| *MARY CANNON V. FORD MOTOR COMPANY, ET AL., No. 2:18-cv-04817-AB-FFM* | **DECLARATION OF MICHAEL D. RESNICK** |
| *CHRISTI BROWN V. FORD MOTOR COMPANY, ET AL., No. 2:18-cv-04190* | [Filed concurrently with the CLR Plaintiffs' Notice of Filing "Non-Confidential" Exhibits ISO Opposition to Defendant Ford's Motions for Judgment on the Pleadings] |
| | HEARING DATE: March 6, 2019<br>Time:               10:00 a.m.<br>Courtroom:        7B |

DECLARATION OF MICHAEL D. RESNICK

# DECLARATION OF MICHAEL D. RESNICK

I, Michael D. Resnick, declare as follows:

1.     I am an attorney, admitted to the Bar of the State of California, and am the Chief Executive Officer and President of Consumer Legal Remedies, APC ("CLR"), counsel of record for Plaintiffs Mary Cannon and Christi Brown (the "CLR Plaintiffs") in the above-entitled action. Unless the context indicates otherwise, I have personal knowledge of the following facts, and if called as a witness, I could and would testify competently to them.

2.     I make this Declaration in support of the CLR Plaintiffs' Notice Of Filing "Non-Confidential" Exhibits In Support Of Opposition To Defendant Ford's Motions For Judgment On The Pleadings.

3.     The Exhibits attached hereto are internal documentation produced by Ford in discovery in this MDL 2814, pursuant to the Protective Order entered in this case, which Exhibits are relevant to the following Issue Categories raised by Ford's Motions for Judgment on the Pleadings as to the CLR Plaintiffs in *Cannon v. Ford*, 2:18-ml-04817-AB-FFM, and *Brown v. Ford*, 2:18-ml-04910-AB-FFM:

- **Category 1**: Whether the DPS6 PowerShift Transmissions at issue were defective (for various reasons), and whether the Focus and Fiesta cars incorporating those Transmissions did not comply with Ford's express and implied warranties, and other obligations under law;

- **Category 2**: Whether Ford knew that the Transmissions were defective, and could not be made to comply with Ford's warranty obligations and Plaintiffs' reasonable expectations as consumers;

- **Category 3**: Whether Ford told Getrag, the German supplier of the Transmissions, that the Transmission was defective and could not be "fixed," and demanded that Getrag pay Ford hundreds of millions of dollars in compensation for increased warranty costs;

- **Category 4**: Whether Ford and Getrag entered into an agreement, via the

highest levels of management of both companies, whereby Getrag paid Ford for the increased warranty costs, on Ford's express condition that the deal would be kept secret, and that Ford would affirmative misrepresent to any third parties (e.g., consumers, governmental regulators, and the media) that there was nothing wrong with the Transmission;

- **Category 5**: Whether Ford deliberately and fraudulently concealed from regulators, and consumers, that the Transmission's defects and resulting "failure modes" (e.g., "unintended neutral" / "loss of motive power") resulted in dangerous conditions that could – and did – cause accidents, injuries, and even fatalities; and

- **Category 6**: Whether Ford concealed such information from consumers and regulators, including but not limited to the National Highway Traffic Safety Administration ("NHTSA"), and actually deliberately mislead consumers and regulators, including NHTSA, to the contrary.

4.     Ford produced in this MDL 2814 proceeding a March 22, 2016 letter from Ford of Australia to the Australian Department of Infrastructure and Regional Development, with bates numbering designation DPS6-SAC 00021949-DPS6-SAC 00021958. This document states: "our assessment is that the PowerShift transmission has not demonstrated a pattern of safety-related failures. The vast majority of reports relate to shudder that will not progress to more significant symptoms." This document relates to categories 5 & 6 outlined in ¶2 to this Declaration, supra. A true and correct copy of DPS6-SAC 00021949-DPS6-SAC 00021958 is attached hereto as **Exhibit 3**.

5.     Ford produced in this MDL 2814 proceeding a September 2016 internal email string, with bates numbering designation DPS6-SAC 00038320-DPS6-SAC 00038322. This document shows Craig Renneker, the Chief Engineer for Front-wheel-drive A/T & D/l Systems Transmission & Driveline Engineering, discussing fixing the clutch of a Detroit school teacher who had complained to a former Ford employee, now a reporter with Crain Communications, about the problems with his

DECLARATION OF MICHAEL D. RESNICK

new Focus. Renneker warns that the company protocol must be followed to avoid a TREAD Act violation: "Yes - this is a concern (TREAD Act), which is why we need to follow the FCSD "VIP Ticket" process. Please call Paul S. directly to coordinate." This document relates to categories 1, 2, 5 & 6 outlined in ¶2 to this Declaration, supra. A true and correct copy of DPS6-SAC 00038320-DPS6-SAC 00038322 is attached hereto as **Exhibit 6.**

6.     Ford produced in this MDL 2814 proceeding a November 2016 internal email string, with bates numbering designation DPS6-SAC 00045387-DPS6-SAC 00045393. This document explains that in 2016, Ford identified the delayed crank failure defect with the DPS6 that was due to the "clutch actuator lever component inside the transmission." This document relates to categories 1, 2, 5 & 6 outlined in ¶2 to this Declaration, supra. A true and correct copy of DPS6-SAC 00045387-DPS6-SAC 00045393 is attached hereto as **Exhibit 8**.

7.     Ford produced in this MDL 2814 proceeding a May 2017 internal email string, with bates numbering designation DPS6-SAC 00054061-DPS6-SAC 00054063. This document states: "[i]f the warranty does NOT cover her, do we have an approved procedure for an engineering investigation to replace her clutch/trans with engineering? I'm mindful of TREAD act." "I want to take care of this, but need to do it EXACTLY the right way. I hope to be able to give clear direction yet today. They have another funding mechanism that may be a better path as this has senior executive attention." This document relates to categories 1, 2, 5 & 6 outlined in ¶2 to this Declaration, supra. A true and correct copy of DPS6-SAC 00054061-DPS6-SAC 00054063 is attached hereto as **Exhibit 9**.

8.     Ford produced in this MDL 2814 proceeding a March 2017 internal email string, with bates numbering designation DSP6-SAC 00050546-DSP6-SAC 00050548. This document shows that Mariusz Czubek, a specialist with the Ford AP Warranty Spend Reduction Group, contacted Engineer Jonathan Graves of the DPS6 Transmission group for information to aid his analysis the effectiveness of the new

software re-flash under Customer Satisfaction Campaign 15B221 which caused a warning light "to come up and hopefully prevent them 'getting stuck.'" In reply, Graves noted: "15B22 was released to satisfy NHTSA recall requirements and updates each vehicle to Overt Software for early detection of solder cracks." This document relates to categories 1, 2, 5 & 6 outlined in ¶2 to this Declaration, supra. A true and correct copy of DSP6-SAC 00050546-DSP6-SAC 00050548 is attached hereto as **Exhibit 11**.

9. Ford produced in this MDL 2814 proceeding a series of Ford Motor Company Customer Relationship Narratives regarding Safety/Accidents, with bates numbering designation VGS000190, VGS000199, VGS000293, VGS000435, VGS000510, VGS000517, VGS000592, VGS000603, VGS000630, VGS000666, VGS000725, VGS000750, VGS000881, VGS000913, VGS001010, VGS001092, VGS001102, VGS001180, VGS001190, VGS001462, VGS001475, VGS001575, VGS001608, VG. This document contains but a mere sampling of the thousands of safety-related complaints Ford has received in respect of the DPS6 Transmission, for example: "OTHER DAY TRANSMISSION DIDN'T CATCH AS PULLING OUT into traffic AND ALMOST GOT INTO AN ACCIDENT"; "DLR SAID HAS NOT [sic] PROBLEMS EVERY TIME IT 15 CHECKED .. -ONE INCIDENT ALMOST CAUSED AN ACCIDENT"; "CUST STATES SHE HAD TAKEN HER VEH IN FOR A CONCERN WITH VEH ACCELERATING HARD FROM A STOP .. -CUST STATES WHEN SHE WAS AT A COMPLETE STOP THE VEH WOULD HESITATE TO ACCELERATE AND THEN JERK FORWARD .. -CUST STATES SHE WENT TO THE DLRSHP FOR THIS CONCERN AND WHEN SHE GOT THERE THE DLR ADVISED HER SHE WAS DUE FOR A FREE OIL CHANGE .. -CUST STATES SHE LEFT THE DLRSHP AND WAS STILL HAVING THE SAME CONCNERN .. -CUST STATES ON THE MORNING OF 7/7/2013 ABOUT 6AM IN THE MORNING THE VEH CONCERN CAUSED HER TO HIT 2 PARKED CARS"; "***CUST SAYS*** .. •DLR TOLD HER THE PROBLEM HE

15 HAVING WITH HIS VEH 15 NORMAL..-NEARLY CAUSED AN ACCIDENT AFTER LEAVING DLRSHIP .. -THE CAUSE WAS A SHIFTING DOWN WHEN CHANGING LANES ON THE FREEWAY ...”; “CUST HAS NOT BEEN TO DLR FEELS LIKE SHE 15 WASTING HER TIME. FEELS LIKE SHE 15 ALWAYS ALMOST IN AN ACCIDENT”; “VEH HESITATES AT ACCELERATION .. AND WHEN YOU DO ACCELERATE AND PUT SOME FORCE INTO THE ENGINE IT WOULD SURGE..THIS HAS CAUSE ME TO ALMOST HAVE AT LEAST ONE MAJOR ACCIDENT .. THERE 15 ALSO A GRINDING NOISE FROM THE DRIVERS FRONT END .. ALSO THE VEH WILL ROLL BACK WHEN YOUR AT A STOP WHEN ON AN INCLINE..”; “•••cust says•• .. I was sitting in a parking lot with the engine running but the car was in park. my sister was getting out of the car and it lurched forward and the door broke her finger.”; “when I was putting it in park and it jerked and I hit a concrete barricade and it got damaged and ford turned it down because it is considered an accident, this is my first new car and my first ford”; “WHEN PULLED INTO PARKING SPACE, PUT VEH IN REVERSE (FOOT STILL ON BRAKE), VEH JUMPED FORWARD OVER THE BUMPER STOP TWICE .. -CUST US NOW SCARED TO DRIVE VEH .. -WILL TAKE TO DLR TO CHECK AGAIN .. -FEL T THAT THE TRANS 15 AN ACCIDENT WAITING TO HAPPEN”; “TRANS ENGAGED THEN DISENGAGED AND ABOUT TO CAUSE AN ACCIDENT”; “.. CUSTOMER SAYS: . VEH ROLLS BACK ON HILLS .. - FIRST NEW CAR .. - BEEN A NIGHTMARE SINCE PURCHASE .. - ACCIDENT PRONE .. • DISABLED AND CAN NOT DEAL WITH VEH ..”; “FORD FOCUS 2012 .. *BROUGHT THE CAR MORE THAN 5 TIMES ALREADY .. *TRANSMISSION ISSUE . .*HAVE BEEN ABOUT TO HAVE A CAR ACCIDENT SEVERAL TIMES”;”Customer has had several visits at this dealer for a trans concern. Vehicle revs and does not move when pulling into traffic and rolls back on a hill. Last customer complaint was that she was making a left turn at stop light and when going to accelerate in front of an oncoming car the vehicle would not

DECLARATION OF MICHAEL D. RESNICK

move for a second or two. Customer is afraid of an accident ... We have recently done the latest update on July 29 2013. Replaced clutch and reprogramed as per hotline. The problem was verified on road test with customer prior to the last repair. What can we do? .. Customer does not want vehicle! Customer feels vehicle is dangerous for her driving habits in city driving environment."; "VEH STUMBLED, HESITATEDAND THEN SENT THE VEH FLYING WHICH CAUSE THE TIRE TO RUN INTO THE CURB AND POP"; "CUST WANTS TO MAKE COMPLAINT ON VEH· STATES MANY PAST CONCERNS PAST 2012 FOCUS .. CUST GOT RID OF 2012 FOR THIS 2013· .. CUST STATES THERE 15 SAME ISSUE WITH TRANS ON THIS VEH .. THE RPMS REV UP BUT VEH WONT MOVE FOR A WHILE .. THE ENGINE LIGHT CAME ON• TOOK TO DLR· THEY SAID THEY DID A SOFTWARE UPDATE .. CUST STATES VEH 15 STILL HESITATING-.. CUST STATES SHE WANTS SOMEONE TO KNOW THERE IS SOMETHING WRONG WITH ALL THESE TRANSMISSIONS .. CUST STATES SHE FEELS SHE 15 GOING TO BE IN AN ACCIDENT WITH THIS VEH .. CUST DOESNT WANT THIS VEH ANYMORE"; "VEH SURGED AND VEHICLE FAILED TO BRAKE, IMPACTING A WALL"; "RECENLTY WHEN PULLING INTO AN 8 LANE HIGHWAY, THE CAR JUST STOPPED AND HE HAD TO CUT THE IGNITION AND RESTART WITH TRAFFIC COMING UP ON HIM .. CUSTOMER WAS ATTEMPTING TO PASS A TRUCK ON A 2 LANE HIGHWAY AND THE CAR FELL ON ITS FACE AND COULD HAVE BEEN A BAD ACCIDENT"; "SHE DOESN'T WANT VEH BACK SINCE SHE CANNOT TRUST VEH ANYMORE B/C THERE WAS A NEAR MISS ACCIDENT WHILE DRIVING VEH LAST NIGHT"; "**just got in may2013 TOO MANY ISSUES .. ***problem with vehicle not getting enough gas and hesitates .. ***keep taking into dlr .. (3-4 times) .. ***almost got into accident twice already .. ***"; "TRANS SHIFT ENGAGEMENT .. DOWN SHIFTING WITHOUT BEING MANUALLY ENGAGED .. CALLED DLR .. TOLD TO BRING IN BEFORE 6 ..

LAST THURS WAS IN ACCIDENT AND CAR WAS TOTALED .... FILED COMPLAINT WITH NTHSA ....”; “MAJOR SAFETY ISSUE WITH VEH .. VEH 15 AT DLRSHIP .. TRYING TO FIX VEH .. 3 TIMES .. WEEK AGO 13 FOCUS .. PULLING OUT AND THE CAR WOULDN'T ENGAGE CORRECTL Y .. LUNGES .. SLIPS .. REV .. ALMOST IN ACCIDENT BECAUSE COULDN'T GET OUTTHE WAY IN TIME .. KNOWN ISSUE .. ATTEMPT TO REPAIR VEH .. REPLACING CLUTCHES AND TRANSMISSION ..”; “CUSTOMER WANTS HER VEHICLE INSPECTED FOR A MECHANICAL PROBLEM .. THAT CAUSED THIS ACCIDENT. SHE FELTTHE CAR PULLING TOO HARD TOO FAST, THEN HITTHE CAR IN FRONT OF HER”; “VEH STALLS WHILE ACCELERATION AND ALMOST HAD ACCIDENT..-VEH WILL RED LINE ON THE RPM AND VEH 15 NOT MOVING; IT'S NOT ACCELERATING .. -VEH HAS BEEN TO DLR 4 TIMES AND CANNNOT DUPLICATE VEH; THE DLRSHP 15 SAYING IT'S NORMAL”; “HIGHWAY TRAFFIC WHILE WAITING TAKE OFF IN VEHICLE AND IT SHAKES INTO GEARS AND HESITATING .. -CUST SAYS THIS IS VERY DANGEROUS COULD CAUSE AN ACCIDENT .. -CUSTOMER IS CRYING BECAUSE OF ALL THE ISSUES WITH VEHICLE”; “-BOUGHT THIS VEH IN JANUARY 2013 NEW COLLEGE GRADUATE VEH WAS THE FIRST NEW VEH THAT HAVE PURCHASED .. -THOUGHT BY CHOOSING FORD WAS MAKING A GOOD DECISION .. -CURRENTLY REGRET DECISION VEH CURRENTLY IS A SAFETY ISSUE .. -WAS ALMOST IN AN ACCIDENT BECAUSE VEH HAD STALLED .. -VEH DOES NOT OPERATE PROPERLY HAVE HAD THE VEH TO THE DLRSHP MULTIPLE TIMES .. REFUSE TO FURTHER INSPECT VEH STATING THAT IT IS RUNNING APPROPRIATELY ACCORDING TO FORD”; “WHILE PRESSING ON GAS TO SPEED UP FROM A STOP, VEH WOULD HESITATE TO SPEED UP .. -SOMETIMES THE CAR ROLLS BACK 3 OR 4 FEET WHEN FIRST PRESSING ON GAS PEDAL FROM A STOP .. -ALSO, VEH WOULD ALSO

LUNGE FORWARD ABOUT 4 OR 5 FEET ON ITS OWN WHILE FOOT 15 ON BRAKE .. -HAS HAD SEVERAL REPAIR ATTEMPTS W/ DLR...ISSUES ARE STILL ON GOING AND YESTERDAY VEH HAD AN ACCIDENT B/C OF IT LUNGING FORWARD ON ITS OWN... WHILE STOPPED AT THE LIGHT AND WHILE HAVING HER FOOT APPLIED ON THE BRAKE, THE VEH LUNGED FORWARD ON ITS OWN 4 OR 5 FEET WHILE NOT PRESSING ON THE GAS AND HER VEH HIT THE VEH IN FRONT OF HER"; "LEAVING WORK LAST SATURDY .. PUTVEH IN DRIVE AND IT WENT INTO REVERSE .. BECAUSE OF THIS VEH HIT A DECK AND DID DAMAGE TO THE VEH IN TERMS OF $4400 .. TRANSMISSION HAS BEEN A PROBLEM SINCE PURCHASE AND HAS BEEN REPLACED ONCE ALREADY .. HAVE HAD THIS ISSUE BEFORE WHEN VEH HAS BEEN PUT INTO DRIVE AND IT WOULD GO IN REVERSE INSTEAD .. DOESN'T SEEM LIKE ANYTHING DONE TO VEH WILL CORRECT THE PROBLEM .. WHAT I'M MORE WORRIED ABOUT 15 HITTING SOMEONE NOT SOMETHING LIKE THIS TIME." This document relates to categories 1, 2, 5 & 6 outlined in ¶2 to this Declaration, supra. A true and correct copy of VGS000190, VGS000199, VGS000293, VGS000435, VGS000510, VGS000517, VGS000592, VGS000603, VGS000630, VGS000666, VGS000725, VGS000750, VGS000881, VGS000913, VGS001010, VGS001092, VGS001102, VGS001180, VGS001190, VGS001462, VGS001475, VGS001575, VGS001608, VGS001610, VGS001660, VGS001689, VGS001727, VGS001763, VGS002067 are collectively attached hereto as **Exhibit 12**.

10.   Ford produced in this MDL 2814 proceeding A March 2012 internal email string, with bates numbering designation VGS20001606-VGS20001621. This document states: "SINCE THIS TRANSMISSION IS A MANUAL TRANSMISSION THAT IS SIMPLY SHIFTED ELECTRONICALLY, ELECTRICAL SYSTEM PERFORMANCE IS CRITICAL TO THE OPERATION OF THE TRANSMISSION." This document relates to categories 1, 2, 5 & 6 outlined

in ¶2 to this Declaration, supra. A true and correct copy of VGS20001606-VGS20001621 is attached hereto as **Exhibit 14**.

11.    Ford produced in this MDL 2814 proceeding a May 2011 internal email string, with bates numbering designation VGS20039682-VGS20039684. This document explains that a 2011 Fiesta was brought into service for a condition in which the vehicle went forward in reverse. An email exchange between Ford engineers David Lemke and Tom Hamm noted: "Tom…make the call down there ASAP.. find out more details.. Ford Safety Office wants to get involved." This document relates to categories 1, 2, 5 & 6 outlined in ¶2 to this Declaration, supra. A true and correct copy of VGS20039682-VGS20039684 is attached hereto as **Exhibit 15**.

12.    Ford produced in this MDL 2814 proceeding a May 2011 internal email string, with bates numbering designation VGS20039744-VGS20039745. This document relates to the 2011 Fiesta referenced in Exhibit 15 above. In this document, DPS6 System Testing Engineer, Tom Hamm, asks a colleague to prevent the dealer from swapping out the vehicle's transmission before they can take a closer look: "I wouldn't be asking if it wasn't a safety issue." This document relates to categories 1, 2, 5 & 6 outlined in ¶2 to this Declaration, supra. A true and correct copy of VGS20039744-VGS20039745 is attached hereto as **Exhibit 16**.

13.    Ford produced in this MDL 2814 proceeding a May 2011 internal email string, with bates numbering designation VGS20039860. This document shows that Mr. Hamm wrote to other top-level Ford engineers: "I'm not sure you now want to tell people that this is a manual transmissions considering Ford sold it as a auto transmission, I've got to believe this could be used against Ford in a lawsuit. (False Advertising)" This document relates to categories 1, 2, 5 & 6 outlined in ¶2 to this Declaration, supra. A true and correct copy of VGS20039860 is attached hereto as **Exhibit 17**.

14.    Ford produced in this MDL 2814 proceeding a September 2011 email string, with bates numbering designation VGS20044739. This document shows that

Charles Baldree, a Ford sales manager for 30 years, contacted a Ford employee to share his own experiences in which the transmission simply stopped working in third gear – a dangerous condition in certain driving scenarios. "I think if Ford doesn't do something quick there will be a revolt. Owners are so mad they are bad mouthing the product something furious. Also, some of them think there is a serious safety issue with the transmission and plan to contact the appropriate government authority to demand a recall." This document relates to categories 1, 2, 5 & 6 outlined in ¶2 to this Declaration, supra. A true and correct copy of VGS20044739 is attached hereto as **Exhibit 18**.

15.     Ford produced in this MDL 2814 proceeding a July 18, 2013 6-Sigma Center Survey Request Form, with bates numbering designation VGS20130916-VGS20130918. This document shows that Ford's internal process documents remind employees of the obligations under the Safety Act. Here, Ford employees Joe Borneo and Robin Buseck requested that Ford's 6-Sigma Center initiate a Things Gone Wrong (TGW) Task Force to conduct a consumer survey on the problems with the Focus and Fiesta DPS6 to determine how drivers experienced the transmission defect. As part of this process, the form used to make the request emphasized that the Ford Automotive Safety Office or the Office of General Counsel may ask for the results to satisfy a NHTSA inquiry. It also noted that any Transportation Recall Enhancement, Accountability and Documentation (TREAD) Act-reportable information obtained by the survey must be included in Ford's quarterly TREAD submission. (This knowledge is evident in Ford's internal communications regarding the defects in the DPS6, in which they discuss scenarios that could prompt a recall, and ways to avoid triggering a TREAD reportable incident or the attention of the regulators.) This document relates to categories 1, 2, 5 & 6 outlined in ¶2 to this Declaration, supra. A true and correct copy of VGS20130916-VGS20130918 is attached hereto as **Exhibit 19**.

16.     Ford produced in this MDL 2814 proceeding an August 13, 2012 email from Jay Richardson of Ford's Powertrain Strategy Office, with bates numbering

designation VGS20149430. This document states: "[t]his being said, Roger has passed on that this [MAM Defect] is a Safety issue. If that is true then this is a must do regardless of business case. The paper needs to clearly point out this issue." This document relates to categories 1, 2, 5 & 6 outlined in ¶2 to this Declaration, supra. A true and correct copy of VGS20149430 is attached hereto as **Exhibit 21**.

17.     Ford produced in this MDL 2814 proceeding a 2014 Ford "White Alert", with bates numbering designation VGS20207472-VGS20207476. This document shows that in 2014, Ford issued a "White Alert," defined as a "report of possible safety or regulatory concern," for a customer concern described as "an engine stall while driving, hard to start." This document relates to categories 1, 2, 5 & 6 outlined in ¶2 to this Declaration, supra. A true and correct copy of VGS20207472-VGS20207476 is attached hereto as **Exhibit 22**.

18.     Ford produced in this MDL 2814 proceeding a October 3, 2008 "Severity 10 TCU Connector Not Error Proofed" report by Ford's Greg Goodall, with bates numbering designation VGS20346048-VGS20346059. This document states: "[s]everity 10 rating is supported by OCG [Office of General Counsel], Vehicle Safety Office, and Quality Technical Specialists." Despite this, Mr. Goodall explains the "[c]oncurrence from TOE Chief Engineer that general loss of function is reduced from SEV 10 to SEV 8." This document relates to categories 1, 2, 3, 4, 5 & 6 outlined in ¶2 to this Declaration, supra. A true and correct copy of VGS20346048-VGS20346059 is attached hereto as **Exhibit 26**.

19.     Ford produced in this MDL 2814 proceeding a February 20, 2008 email from then Ford Powershift Fwd Model Quality Supervisor,  Johann Kirchhoffer, with bates numbering designation VGS20386981-VGS20386983. This document explains that in February 2008, Kirchoffer and Joe Wickenheiser, a Small Car External Investigations and TREAD Reporting Manager shared an Audi recall involving a "competitive Electro-hydraulic clutch actuator" in which a small number of 2004 Audi TT models with the 3.2L engine had a safety defect related to an out of

specification weld at the seam of the clutch that could lead to degraded clutch performance: "The clutch could lose its ability to provide torque to the transmission without a prior warning, which could allow the vehicle to roll, increasing the risk of a crash." Kirchhoffer noted in response: "This info is very helpful with respect to 'Unintended Neutral.' This is exactly the same event we are trying to avoid occurring to the customer. As a benchmark to be cascaded to the team – very helpful. It reinforced the effort to keep SEV=10 and drive the detection on manufacturing to level =1 to avoid this happening – much appreciated." This document relates to categories 1, 2, 3, 4, 5 & 6 outlined in ¶2 to this Declaration, supra. A true and correct copy of VGS20386981-VGS20386983 is attached hereto as **Exhibit 27**.

20. Ford produced in this MDL 2814 proceeding a March 2014 letter to Getrag from Ford's Global Director of Powertrain Installation Purchasing, Alan Draper, with bates numbering designation VGS20415045. This document shows that Mr. Draper noted that fixing the leaking input shaft seals alone would cost Ford $650M. "Ford has a considerable amount of technical data that points to full Getrag responsibility based on the robustness of the design to inherent noise factors." "In consideration of these extraordinary actions and the resulting costs, I would like to schedule a face-to-face meeting within the next week to discuss the next steps to both implementing the actions and the plan for Getrag to reimburse Ford." This document relates to categories 1, 2, 3, 4, 5 & 6 outlined in ¶2 to this Declaration, supra. A true and correct copy of VGS20415045 is attached hereto as **Exhibit 29**.

21. Ford produced in this MDL 2814 proceeding a March 2014 email string, with bates numbering designation VGS21355122-VGS21355125. This document explains that Ford casts the DPS6 transmission's myriad failures as a design problem, 100% owned by Getrag. "As Ford believe strongly this is a design failure, Getrag should reimburse Ford for 100%." "The reality of the settlement may reflect something different, but we need to be clear where the responsibility for hte conern lies." This document relates to categories 1, 2, 3, 4, 5 & 6 outlined in ¶2 to this

DECLARATION OF MICHAEL D. RESNICK

Declaration, supra. A true and correct copy of VGS21355122-VGS21355125 is attached hereto as **Exhibit 33**.

22. Ford produced in this MDL 2814 proceeding an April 17, 2014 letter from Alan Draper to Mihir Kotecha (CEO of Getrag), with bates numbering designation VGS21355204-VGS21355207. This document states: "[c]onsistent with the MYA requirement that the DPS6 transmission meet specification and be "free from defects in design to the extent furnished by the Supplier ... and ... be suitable for intended use by the Buyer," Ford does not believe that transmissions with an increasing rate of seal failures over time meet our specifications, are free from defects, or are suitable for their intended use." "As we have discussed previously, it is time for Getrag to provide a settlement offer to Ford. In consideration of financial constraints you have Identified in our previous conversations, Getrag needs to reimburse Ford commensurate with your clear responsibility in this matter." This document relates to categories 1, 2, 3, 4, 5 & 6 outlined in ¶2 to this Declaration, supra. A true and correct copy of VGS21355204-VGS21355207 is attached hereto as **Exhibit 34**.

23. Ford produced in this MDL 2814 proceeding a March 2013 email string, with bates numbering designation VGS21533438-VGS21533443. This document shows that Ford was comparing the DPS6 transmission to Volkswagen's DCT (Dual Clutch) transmission recall in an effort to deflect media attention. This document relates to categories 1, 2, 5 & 6 outlined in ¶2 to this Declaration, supra. A true and correct copy of VGS21533438-VGS21533443 is attached hereto as **Exhibit 37**.

24. Ford produced in this MDL 2814 proceeding a January 2009 email string, with bates numbering designation VGS5-00021665-VGS5-00021669. This document shows that Johann Kirschhoffer shared a Daimler Trucks recall of 2,426 Thomas Built Buses, in which the automatic transmission control module (vim) located between the frame rails near the front axle and outside the transmission control module cover could become corroded due to water and road spray intrusion, causing

DECLARATION OF MICHAEL D. RESNICK

the starter motor to engage unexpectedly or the backup lights to operate intermittently. Kirschhoffer reminded his colleagues how severity levels assigned on the FMEA related to field actions later: "From the Campaign Prevention team and connecting to the CP DD2 I would like to share with you the attached information about a campaign/field service Action, concerning a TCU exposed to splash water and corrosion similar to the MAM on the DPS6. The Failure Modes affecting the Back Up Light and Cranking leading to 'Unexpected Vehicle Movement' or Traffic Irritation are affected. This is effecting item 2.1.2) - Back Up Light Function - from the Electrical FMEA and item 2.4) concerning the Mechanical FMEA, failure modes leading to the back up light electrical malfunction. This an additional awareness item with respect to the YC classifications isolated under items 2.1.2 and 2.4!" This document relates to categories 1, 2, 5 & 6 outlined in ¶2 to this Declaration, supra. A true and correct copy of VGS5-00021665-VGS5-00021669 is attached hereto as **Exhibit 38**.

25.    Ford produced in this MDL 2814 proceeding a comparison between Volkswagen's failed DSG dual clutch transmission and Ford's DPS6 dual clutch transmission, with bates numbering designation VGS5-00033129-VGS5-00033135. This document shows that there are uncanny similarities between Volkswagen's failed DSG transmission and Ford's DPS6. This document relates to categories 1, 2, 5 & 6 outlined in ¶2 to this Declaration, supra. A true and correct copy of VGS5-00033129-VGS5-00033135 is attached hereto as **Exhibit 39**.

26.    Ford produced in this MDL 2814 proceeding a October 3, 2008 "Severity 10 TCU Connector Not Error Proofed" report by Ford's Greg Goodall, with bates numbering designation VGS5-00037754-VGS5-00037766. This document shows that Ford chose to accede to Getrag's position and rated an unintended neutral as an 8 SEV, "Loss of primary function, vehicle inoperable, does not affect safe vehicle operation." The only exceptions to this lowered ranking were failures with effects that led to a loss of engine braking and a loss of reverse lamp function, both of which

would violate Federal Motor Vehicle Safety Standards (FMVSS) 102 and 108 respectively. An example was a failure of the connector to the Throttle Control Unit and a failure of a connector within the Powertrain Control Module. This document relates to categories 1, 2, 3, 4, 5 & 6 outlined in ¶2 to this Declaration, supra. A true and correct copy of VGS5-00037754-VGS5-00037766 is attached hereto as **Exhibit 40**.

27.    Ford produced in this MDL 2814 proceeding an August 2008 email string, with bates numbering designation VGS5-0018100-VGS5-0018113. This document shows that Ford engineers noted that "An engine stall event is rated as SEV 8, however when the vehicle is at low vehicle speeds…The PCM design has introduced countermeasures in power redundancy to keep the engine alive as such in case of an intermittent contact triggering PCM resets. An 'Engine Stall' event occurring at higher vehicle speeds has been rated also as 'SEV 8' in the past, however the OGC team has evidence that this event is customer safety critical and should be rated as a SEV 10 event loosing [sic] power entirely" The email chain addressing Ford's rationale for determining the severity rank assigned to stall conditions outlined the Office of general Counsel's position: The OGC team clearly stated that the Failure Rate Increase (this relates to robustness of the product) over Life with respect to the Occurance [sic] and the increase in population is the critical path. The higher the Occurance [sic] Rate is the higher the likely hood [sic] of a Neutral Event associated dangerous driving operation will be and with this the Severity and the risk. The Office of General Counsel also expressed concerns that "with the new architecture in mass production on the US market, having in mind that the 'Neutral State' is the transmission architecture driven 'fail safe?' state." "We are intending to follow the OGC recommendation and consider the 'Unintended Neutral' Event as a SEV 10 item." This document relates to categories 1, 2, 5 & 6 outlined in ¶2 to this Declaration, supra. A true and correct copy of VGS5-0018100-VGS5-0018113 is attached hereto as **Exhibit 44**.

DECLARATION OF MICHAEL D. RESNICK

28.    Ford produced in this MDL 2814 proceeding a "DPS6 Quality Issue - European Perspective" summary, with bates numbering designation VGS5-00324037-VGS5-00324038. This document shows that in a statement intended for the European press about the leaking input shaft seals, Ford stated: "Is this a safety issue for customers? No. Our team has investigated every report. After an exhaustive engineering evaluation, we have identified the concern as a shift-quality issue, and not safety related." This document relates to categories 1, 2, 5 & 6 outlined in ¶2 to this Declaration, supra. A true and correct copy of VGS5-00324037-VGS5-00324038 is attached hereto as **Exhibit 45**.

29.    Ford produced in this MDL 2814 proceeding an October 13, 2014 email from Ford's Bennie Fowler, with bates numbering designation VGS5-00342577. This document states: "[t]eam we will need your help to improve our fourth quarter performance. As you can see from the value stream every one is getting rich off of the dps6. This has cost us 3 dollars per share in stock price. I have assigned a person to work full time on getting the salvage complete. Can I get a full time persons to help with the other mark up opportunities." This document relates to categories 1 & 2 outlined in ¶2 to this Declaration, supra. A true and correct copy of VGS5-00342577 is attached hereto as **Exhibit 46**.

30.    Ford produced in this MDL 2814 proceeding a series of Ford Motor Company Customer Relationship Narratives regarding Safety/Accidents, with bates numbering designation VGS3 036632; VGS3 036704; VGS3 037551; VGS3 036557. This document contains but a mere sampling of the thousands of safety-related complaints Ford has received in respect of the DPS6 Transmission, for example: "05:44:02 pm -cust says: cust was in an accident because when pushed accelerator the vehicle did not engage..-had reported this problem to the dealr previously and they had advsd was a characteristic of the vehicle..1. Date of the accident aprrox nov 12, 2012." "3000 MILES ..—cust alleging the buck transmission caused daughter to have accident ..--cust says dlr has told him ford has told him there is no fix at this time. I

1  understand that he had a concern with the veh stalling on him - cust adv that he was

2  almost in an accident -" "transmission stutters, lurch forward, riding smoother, does

3  through turn, cruise, no pattern to it.. almost resists shifting, then forces it when it

4  shifts.. --no particular gear.. --has almost gotten into accidents due to these issues,

5  THIS IS NOT NORMAL." This document relates to categories 1, 2, 5 & 6 outlined

6  in ¶2 to this Declaration, supra. A true and correct copy of VGS3 036632; VGS3

7  036704; VGS3 037551; VGS3 036557 is attached hereto as **Exhibit 49**.

8       31.    Ford produced in this MDL 2814 proceeding a November 2014

9  presentation by Ford to NHTSA, with bates numbering designation VGS5-00365439-

10  VGS5-00365464. This document shows that in November 2014, Ford made a

11  presentation to NHTSA in which it addressed (1) the solder cracks on the ATIC chips

12  in the MAM, (2) transmission shift quality, (3) rollback, (4) the shudder problem and

13  (5) the leaking input shaft seals. Ford did not mention any threats to safety, nor include

14  information about crashes and injuries caused by the loss of motive power and other

15  transmission defects. Ford worked assiduously to avoid fulfilling its recall

16  responsibilities, by persuading NHTSA that drivers who experienced a loss of motive

17  power due to the solder crack issue in the MAM could quickly recover. This document

18  relates to categories 1, 2, 5 & 6 outlined in ¶2 to this Declaration, supra. A true and

19  correct copy of VGS5-00365439-VGS5-00365464 is attached hereto as **Exhibit 50**.

20       32.    Ford produced in this MDL 2814 proceeding an excerpt of multiple

21  Fiesta and Focus Automatic Transmission Allegations, with bates numbering

22  designation VGS5-00365697. This document demonstrates that in 2011, Ford began

23  to accumulate numerous field reports that vehicles with DPS6 transmission suffered

24  from a variety of safety-related conditions. One May 2013 claim for a single-vehicle

25  crash of a 2011 Fiesta involved a death: "Transmission stalled and caused an accident.

26  Her son was going around a corner at 60 mph when it happened. The son died on

27  impact. We requested additional information, but received no response." This

28  document relates to categories 1, 2, 5 & 6 outlined in ¶2 to this Declaration, supra. A

true and correct copy of VGS5-00365697 is attached hereto as **Exhibit 51**.

33.     Ford produced in this MDL 2814 proceeding a November 2014  email string, with bates numbering designation VGS5-00366836-VGS5-00366837. This document shows that in November 2014, the NHTSA initiated a "review" related to DPS6 transmission defects. This document relates to categories 1, 2, 5 & 6 outlined in ¶2 to this Declaration, supra. A true and correct copy of VGS5-00366836-VGS5-00366837 is attached hereto as **Exhibit 53**.

34.     Ford produced in this MDL 2814 proceeding a June 15, 2007 "Ford SEV Classification" chart, with bates numbering designation VGS7-0058850-VGS7-0058852. This document shows that Ford engineer, Dave Garrett, a Campaign Prevention Specialist opined to the Ford/Getrag team that "In practice, I urge engineers to increase the FMEA severity to 10, for any failure mode that has caused a previous Safety or Emission related recall." This document relates to categories 1, 2, 3, 4, 5 & 6 outlined in ¶2 to this Declaration, supra. A true and correct copy of VGS7-0058850-VGS7-0058852 is attached hereto as **Exhibit 55**.

35.     Ford produced in this MDL 2814 proceeding a Ford "white paper" to outline the MAM failure problem, with bates numbering designation VGS7-0059304. This document shows that Ford officials prepared a "white paper" to outline the MAM failure problem: "Ford vehicles equipped with DPS6 transmission may experience a loss of motive power due to an issue with the DPS6 MAM. Approximately 2.1M global vehicles have been produced with potential for this concern. A Permanent Corrective Action (PCA) has been identified and will be in production by March 2015. Purchasing is working with the MAM supplier to increase production capacity for additional service parts supply." This document relates to categories 1, 2, 5 & 6 outlined in ¶2 to this Declaration, supra. A true and correct copy of VGS7-0059304 is attached hereto as **Exhibit 56**.

36.     Ford produced in this MDL 2814 proceeding a January 29, 2010 email, with bates numbering designation VGS7-0076353-VGS7-0076355. This document

shows that Ford first learned of the MAM solder issue in January 2010, when vibration and rapid change of temperature testing found pin failures and suspected solder failures: "Parts are being prepared for in depth solder joint investigation." This document relates to categories 1, 2, 5 & 6 outlined in ¶2 to this Declaration, supra. A true and correct copy of VGS7-0076353-VGS7-0076355 is attached hereto as **Exhibit 57**.

37.     Ford produced in this MDL 2814 proceeding an October 2012 email string, with bates numbering designation VGS7-0100851-VGS7-0100853. This document states: "[t]here is no fix at this time for Shudder issues, we have a task force working on the issue but they haven't identified any fixes at this time. Right now all of the parts that have been looked at and tested haven't led us to the root cause as to why we're seen a higher number of shudder issues for the months of May, June, and July." "How is a relearn helping the customer at 1161 kms? Also note the other 3 claims under 200kms, how would a relearn help these customers? Clearly the dealer is not fixing the issue and doing the right thing for the customer?" This document relates to categories 1 & 2 outlined in ¶2 to this Declaration, supra. A true and correct copy of VGS7-0100851-VGS7-0100853 is attached hereto as **Exhibit 59**.

38.     Ford produced in this MDL 2814 proceeding a March 2013 email string, with bates numbering designation VGS7-0105017-VGS7-0105021. This document shows that Ford engineers were monitoring the Ford dealer blogs on the "Tech to Tech DPS6" web-thread. Such dealer tech comments include: Mike Davidson Ford: "Im tired of looking like the bad guy for repairing all these DPS6 transmissions. When truthfully fords the bad guy here. Lets be honest Ford produced a horrible product and we trans guys get the wrath of it. My warranty clerk thinks Im insane and its like pulling teeth to get paid for all the work we have to do on these things. The Input shaft seals are only good for about 1 OK miles at best. And by replacing them as well as the clutch the cars only going to return again and again and again. I do 4 or 5 a week on average. I personally think I know more about these transmissions then Hotline

and the engineers combined. And I would love to know how Ford intends to Fix this." "Personally I think this is wonderful we now have trans work for life! I was turning 50-60 hours untill the clutches went on back order. Now im down to like 30. Personally Its not my problem if the 126 report goes up due to ford mas producing a defective fault." Tuttle Click's Capistrano Ford: "I send em all down the road .... change the line to internal no 126 no CVP. Ocassional reflash relearn if they shudder bad enough. 7000F 7000FDC for 1.2 and it will lower your 126. Educate the advisors and service management. 9 out of 10 go away and never return. I will let these go to the point where the FSE has to come out and tell the customer its normal. No way this pos trans is going to affect my 126 or cvp. Oh and the burnish works well also once you figure out how to do it take away 90% of the shudder. Only ones that get fixed are the leakers and here 1 out of 25 are actually leaking." Rice Ford Lincoln Inc.: "I struggle to sleep!" This document relates to categories 1 & 2 outlined in ¶2 to this Declaration, supra. A true and correct copy of VGS7-0105017-VGS7-0105021 is attached hereto as **Exhibit 60**.

39.     Ford produced in this MDL 2814 proceeding a December 2012 email string, with bates numbering designation VGS7-0106203-VGS7-0106205. This document shows that Ford engineers had no fix to the shudder issue plaguing Fiesta vehicles: "I share your concern in potential exposure but at the same time - the data indicates concerns and we have no fix." This document relates to categories 1 & 2 outlined in ¶2 to this Declaration, supra. A true and correct copy of VGS7-0106203-VGS7-0106205 is attached hereto as **Exhibit 61**.

40.     Ford produced in this MDL 2814 proceeding a January 2015  email string, with bates numbering designation VGS7-0121405-VGS7-0121405. This document states: "[g]uys we have a group of Texas Mechanics that I visited ( at the direction of your bosses) last year and I told them we were working on a new material - Code named * Smoothasbabydupa*. I also said it should be on test until end of January. I don't need another state in the lower 48 that I can't go to without looking

over my shoulder .... (after high school spring break, FLA politely asked me to take my beer pong equipment and leave the state). Gary please tell me clutch is on track and shudder has been eliminated for good - no more kicking the can down the road & no more excuses "it's the leak- its negative damped-it's the coefficient-tech used too much grease* .... Don't sugar coat it. Maybe we need to set up a one/one with LuK and make all of their company cars be focus's.  REPLY: "The bad news is that you'll forever be known as a liar in the great state of Texas. The potential good news is that Florida may let you back in by spring break 2016." This document relates to categories 1 & 2 outlined in ¶2 to this Declaration, supra. A true and correct copy of VGS7-0121405-VGS7-0121405 is attached hereto as **Exhibit 62**.

41.    Ford produced in this MDL 2814 proceeding a statement intended for the Chinese press, with bates numbering designation VGS7-0130891-VGS7-0130894. This document shows that in a statement intended for the Chinese press Ford stated: "Is this a safety issue? Have you received any reports of injuries or accidents related to this issue? [PD] No." This document relates to categories 1, 2, 5 & 6 outlined in ¶2 to this Declaration, supra. A true and correct copy of VGS7-0130891-VGS7-0130894 is attached hereto as **Exhibit 66**.

42.    Ford produced in this MDL 2814 proceeding an April 2013 email string, with bates numbering designation VGS7-0162749-VGS7-0162751. This document states: "we drove a vehicle that had a sling shot affect during slight power on down shifts .... what do you do for that one??? tell customer its normal and they wasted their time bringing it in, perform the IDS routines and adaptive drive and see if that helps or slap a TCM or a clutch into it - or both. These are the situations we need deeper diagnostics." This document relates to categories 1, 2, 5 & 6 outlined in ¶2 to this Declaration, supra. A true and correct copy of VGS7-0162749-VGS7-0162751 is attached hereto as **Exhibit 68**.

43.    Ford produced in this MDL 2814 proceeding an excerpt of the November 21, 2016 Deposition of Christopher Kwasniewicz, with bates numbering designation

VGS7-182422-VGS7-182369. This document shows that despite the evidence provided in this Declaration, Mr. Kwasniewicz testified under oath on November 21, 2016 that he did not recall ever seeing or reading any customer complaints about feeling unsafe, and that Ford could never duplicate any stalling or "sling-shot forward" issues. This document relates to categories 1, 2, 5 & 6 outlined in ¶2 to this Declaration, supra. A true and correct copy of VGS7-182422-VGS7-182369 is attached hereto as **Exhibit 71**.

44.     Ford produced in this MDL 2814 proceeding a January 2015 email string, with bates numbering designation VSG7-0163883. This document shows that Ford engineers Shawn McClain and Jeremiah Cannon discussed a Field Service Action related to the MAM defect and noted that solder cracks on ACT 91 were a safety hazard: "Not sure 106 DTC's should be included as they don't have the safety issue the 91 does ... as they maintain ASM 3 speed." This document relates to categories 1, 2, 5 & 6 outlined in ¶2 to this Declaration, supra. A true and correct copy of VSG7-0163883 is attached hereto as **Exhibit 72**.

45.     Attached hereto as **Exhibit A** is a true and correct copy of emails exchanged between counsel for the CLR Plaintiffs, and counsel for Ford, on or about February 12, 2019.

I declare under penalty of perjury under the laws of California and the United States of America that the foregoing is true and correct.

Executed this 26th day of February, 2019 at Beverly Hills, California.


/s/ Michael D. Resnick
MICHAEL D. RESNICK

DECLARATION OF MICHAEL D. RESNICK

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

<u>ATTESTATION PURSUANT TO LOCAL RULE 5-4.3.4(a)(2)(i)</u>

I, Michael D. Resnick, am the ECF User whose identification and password are being used to file this document. In compliance with Civil Local Rule 5-4.3.4(a)(2)(i), I hereby attest that all signatories have concurred in this filing.

Executed on February 26, 2019.

By: <u>/s/ Michael D. Resnick</u>

Michael D. Resnick

DECLARATION OF MICHAEL D. RESNICK

PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

At the time of service, I was over 18 years of age and not a party to this action. I am employed in the County of Los Angeles, State of California. My business address is 153 ½ North Arnaz Drive, Beverly Hills, CA 90211.

     On February 26, 2019, I served true copies of the following document(s) described as

**DECLARATION OF MICHAEL D. RESNICK**

on the interested parties in this action as follows:

SERVICE LIST

MDL #2814

Case No. 2:18-ML-02814 AB (FFMx)

Paul R. Kiesel, State Bar No. 119854
kiesel@kiesel.law
Jeffrey A. Koncius, State Bar No. 189803
koncius@kiesel.law
Nicole Ramirez, State Bar No. 279017
ramirez@kiesel.law
KIESEL LAW LLP
8648 Wilshire Boulevard
Beverly Hills, California 90211-2910
Tel:   310-854-4444
Fax:   310-854-0812
Lead/Liaison Counsel for Plaintiffs

Steve Mikhov, State Bar No. 224676
stevenm@knightlaw.com
Russell Higgins, State Bar No. 226124
russellh@knightlaw.com
KNIGHT LAW GROUP LLP
1801 Century Park East, Suite 2300
Los Angeles, CA  90067
Tel: 310-552-4444
Fax: 310-552-7973
Attorneys for Knight Law Group Plaintiffs
Payam Shahian, State Bar No. 228406

PROOF OF SERVICE

pshahian@slpattorney.com
Rowena Santos, State Bar No. 210185
rsantos@slapattorney.com
STRATEGIC LEGAL PRACTICES, APC
1840 Century Park East, Suite 430
Los Angeles, CA 90067
Tel: 310-929-4900
Fax: 310-943-3838
Attorneys for SLP Plaintiffs

Stephen H. Dye, State Bar No. 104385
sdye@schnader.com
Richard J. May, State Bar No. 234684
rmay@schnader.com
SCHNADER HARRISON SEGAL & LEWIS LLP
650 California Street, 19th Floor
San Francisco, CA  94108-2736
Tel: 415-365-6700
Fax: 415-364-6785
Attorneys for Ford Motor Company

H. Paul Efstratis, Esq., State Bar No. 242373
Paul.efstratis@leclairryan.com
Kristina O. Lambert, Esq., State Bar No. 290403
kristina.lambert@leclairryan.com
Taylor F. Sullivan, Esq., State Bar No. 297014
Taylor.sullivan@leclairryan.com
LECLAIRRYAN, LLP
44 Montgomery Street Suite 3100
San Francisco, CA 94104
TELEPHONE: 415.391.7111
FAX: 415.391.8766
Attorneys for Defendant Ford Motor Company

John M. Thomas, State Bar No. 266842
jthomas@dykema.com
DYKEMA GOSSETT PLLC
2723 South State Street, Suite 400
Ann Arbor, MI  48104
Tel:    734-214-7613
Fax:    734-214-7696

---

PROOF OF SERVICE

Attorneys for Ford Motor Company in MDL #2814 Cases

Amir Nassihi, State Bar No. 235936
anassihi@shb.com
SHOOK HARDY BACON
One Montgomery, Suite 2700
San Francisco, CA  94104-4505
Tel:    415-544-1900
Fax:    415-391-0281
Attorneys for Ford Motor Company in MDL #2814 Cases

Spencer P. Hugret, State Bar No. 240424
shugret@gordonrees.com
Molly J. Mrowka (SBN 190133)
mmrowka@grsm.com
GORDON REES SCULLY MANSUKHANI LLP
Embarcadero Center West
275 Batter Street, Suite 2000
San Francisco, CA 94111
Tel:    415-986-5900
Fax:    415-986-8054
Attorneys for Ford Motor Company in MDL #2814 Cases

[X]    (BY E-FILE) The above document was served on the interested party named above by electronic means via E-file.

[ ]    (BY MAIL) The envelope was mailed with postage thereon fully prepaid. As follows: I am "readily familiar" with this office's practice of collecting and processing correspondence for mailing. Under that practice it would be deposited with U.S. Postal Service on that same day with postage thereon fully prepaid at Los Angeles, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

[ ]    (BY PERSONAL SERVICE) I caused to be delivered such envelope by hand to the addressee.

[X]    (FEDERAL) I declare that I am a member of the Bar of this Court.

      Executed on February 26, 2019, at Los Angeles, CA.


                              /s/ Michael D. Resnick

---

PROOF OF SERVICE