# EXHIBIT 3



**Ford Motor Company of Australia Limited**
A.B.N. 30 004 116 223

Go Further

11 March 2016

Caitlin Arnold
Assistant Investigations Officer, Operational Policy Section
Vehicle Safety Standards
Department of Infrastructure and Regional Development
GPO Box 594, CANBERRA, ACT 2601

Dear Ms Arnold,

<u>**RE: MY 2010-2014 Ford Focus and Fiesta Transmission Complaints**</u>

I refer to your email of 12th February 2016 in relation to complaints received from customers over their MY 2010-2014 Ford Focus or Ford Fiesta transmission.

Ford Australia takes its responsibilities under the Australian Consumer Law and voluntary Recall Code of Practice very seriously.

We have conducted an internal review, and would like to reply to your questions as follows:

**Q:     COULD YOU PLEASE PROVIDE SOME BACKGROUND ON HOW FORD'S DUAL CLUTCH TRANSMISSION OPERATES AND HOW IT IS DIFFERENT TO MANUAL OR AUTOMATIC TRANSMISSION.**

The 6-Speed Dry Dual-Clutch PowerShift Automatic Transmission (the "PowerShift transmission") was designed for global application in multiple front wheel drive vehicles, including 2010-2014 Focus and Fiesta vehicles sold in Australia. Power and Torque from the engine is managed via a dry dual-clutch assembly. The transmission is designed to engage two gears simultaneously and finalise the shift by the application and release of the active clutches.

The first clutch is coupled to a Gear Shaft with the odd gear set (1st, 3rd, 5th gears). The second clutch is coupled to the even gear set (2nd, 4th, 6th & Reverse gears). This can be pictorially represented as follows:



Page | 1

Locked Bag 32000
Burnley North, Victoria 3121   |   ford.com.au



**Ford Motor Company of Australia Limited**
A.B.N. 30 004 116 223

where,

| Item | Description |
|---|---|
| 1 | Engine |
| 2 | Dry double clutch |
| 3 | Output shaft B - 3rd gear, 4th gear and reverse gear |
| 4 | Input shaft A - 1st gear, 3rd gear and 5th gear |
| 5 | Input shaft B - 2nd gear, 4th gear, 6th gear and reverse gear |
| 6 | Output shaft A - 1st gear, 2nd gear, 5th gear and 6th gear |

Gear selection is managed through the use of electric shift motors as depicted below. This assembly assumes the task of automating gear shift management.



where,

| Item | Description |
|---|---|
| 1 | Electric shift motors integrated within the Transmission Control Module (TCM) |
| 2 | Gear selector drum B with spur gear. Controls the selector forks for 2nd/6th gear and 4th/Reverse gear |
| 3 | Double spur gear 1 |
| 4 | Double spur gear 2 |
| 5 | Gear selector drum A with spur gear. Controls the selector forks for 1st/5th gear as well as 3rd gear |

Page | 2



**Ford Motor Company of Australia Limited**
A.B.N. 30 004 116 223

Customers may experience any of the following attributes or characteristics with the PowerShift transmission, all of which are considered part of normal operation:

- A slight vibration/shudder under light acceleration at slow speeds or during a coast down, as the transmission upshifts or downshifts;

- Firm gear shifting under aggressive acceleration; and

- A slight audible rattle, particularly when operated within an enclosed area (eg. carpark).

It is important to note that these characteristics by themselves are not an indication of any problem with the transmission.

Q:   IS FORD AWARE OF THE ATTACHED COMPLAINTS? IF SO, CAN YOU PROVIDE A SUMMARY OF YOUR VIEW IN EACH MATTER?

Ford Australia's Customer Relationship Centre (CRC) is aware of reports related to each of the seven vehicles. Before responding in respect of each of the concerns you have provided, however, we would first like to provide some additional information about the PowerShift transmission and some specific quality issues we have identified with it.

The PowerShift transmission was first introduced to Ford vehicles in Australia in July 2010 when fitted to the Fiesta. The lead Ford engineering activity for the development and ongoing monitoring of this transmission is Ford Motor Company ("Ford US"). As part of our normal business processes, Ford US and its various global subsidiaries continually monitor the field performance attributes of Ford vehicles.

**Specific Quality Issues Which Have Been Identified With the PowerShift Transmission**

Since the launch of the PowerShift transmission, Ford customers have reported several concerns with the operation of the transmission. These reports typically included the following symptoms:

- Excessive transmission clutch shudder on light acceleration;

- Intermittent no start;

- Lack of power (normally the result of a loss of odd or even gears); and

- Intermittent concerns of loss of transmission engagement while driving.

Following receipt of these reports, Ford US carried out extensive analysis of the field operation of the PowerShift transmission. This analysis included:

- Lab analysis;

- Review of verbatim customer reports;

- Engineering and customer vehicle drives;

- Customer interview;

- Warranty data analysis; and

Page | 3

Locked Bag 32000
Burnley North, Victoria 3121   |   ford.com.au

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER                                                                                                                FORD DPS6-SAC 00021951



- Testing of transmission and transmission components returned after vehicle repair.

Ford US's analysis identified causes for each of the reported symptoms. Design improvements have been implemented to address each of these symptoms in production and repair procedures for vehicles experiencing the symptoms have been developed and implemented through the Ford Dealer network.

The extensive analysis undertaken by Ford US has also shown that these symptoms are usually progressive in nature and the driver will notice symptoms indicating that service is required.

A description and causes for each of these issues, and the service actions undertaken by Ford to address them, follows:

## Excessive Transmission Clutch Shudder

**Cause & symptoms: Transmission Input Shaft Seal Leak**

Some 2010-2013 Fiesta vehicles and 2011-2013 Focus vehicles may exhibit excessive transmission clutch shudder on light acceleration. This issue may be due to fluid contamination of the clutch friction surface caused by leaking input shaft seals. Affected vehicles may or may not exhibit transmission fluid leaking from the transmission housing.

A leaking input shaft seal may initially result in an excessive clutch shudder, primarily on take-off in first gear or the first- to- second gear shift. It may also be present during take-off in reverse. The excessive shudder condition will progressively deteriorate and it will become obvious to the driver that the vehicle needs to be assessed.

**Service:** Ford US has issued Technical Service Bulletins (TSB) to its Dealers globally to enable them to identify and repair vehicles affected by a leaking input shaft seal. Ford has also released an extended warranty which applies to the input shaft seals, clutch and transmission software calibration on potentially affected vehicles (5 years or 160,000 kilometres from the vehicle's warranty commencement date, whichever occurs first). Any transmission issues caused by a leaking input shaft seal after the expiry of the extended warranty will continue to be assessed by Ford Australia on a case by case basis to ensure compliance with the consumer guarantees contained in the Australian Consumer Law.

**Production:** PowerShift transmissions with improved input shaft seals have been available on vehicles built for the Australian market from August 23, 2013 (Focus) and from August 30, 2013 (Fiesta).

## Transmission Control Module (TCM) Symptoms

Each PowerShift transmission control module contains two types of "Automotive Technology Integrated Circuit" (ATIC) chips. One ATIC 91 chip and four ATIC 106 chips are contained in each transmission module.

The ATIC 91 chip controls the power to the TCM and the ATIC 106 chips control clutch and gear selection within the transmission.

Page | 4

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER                                    FORD DPS6-SAC 00021952

**Ford Motor Company of Australia Limited**
A.B.N. 30 004 116 223



Go Further

**ATIC 91 Issues**

**Cause and symptoms:** In some 2010-2015 Fiesta and 2011-2015 Focus vehicles equipped with a PowerShift transmission, the ATIC 91 chip may develop a progressive solder crack which can lead to an intermittent loss of communication and transmission function. The loss of communication can initially last for milliseconds and gradually increase in duration over a period of time. As the duration increases symptoms of delayed or harsh shift will become more obvious to the driver. Over time, if the vehicle continues to be operated with this condition, the condition could eventually cause a no start condition, an inability to shift out of Park, an inability to take off from a stop, or a loss of motive power while driving, and may be accompanied by one or more warning lights or messages.

Following these symptoms, communication and transmission function is typically restored within a few minutes. The warning lights or messages may stay on after restart and re-engagement. Should the vehicle lose transmission function while driving, the power steering, power brakes, electrical function and vehicle restraint systems are unaffected.

If the vehicle continues to be operated in this condition the solder crack will continue to propagate and the duration of communication loss may eventually increase resulting in progressively longer duration of loss of mobility. A vehicle that is not serviced with this condition may eventually experience permanent communication loss resulting in inability to regain transmission function and the car will not start.

The investigation undertaken by Ford US found that multiple symptoms consistently precede complete loss of mobility caused by an ATIC 91 chip failure.

**Service:** Ford has issued a Technical Service Bulletin to its Dealers globally to enable them to diagnose and repair vehicles affected by the ATIC 91 quality issue. Ford has also developed a revised software calibration for the TCM in potentially affected vehicles to provide an earlier detection and warning of electrical circuit malfunction of the TCM prior to experiencing some of the symptoms described. Updating the vehicle software will help ensure the vehicle operator is alerted to potential issues with the TCM prior to experiencing operational concerns. The validation testing of the revised software strategy indicates it should provide approximately three months of overt warning to the driver. The warnings the driver will receive are a combination of the following:

- Disabling 5th and 6th gears - all vehicles

- Transmission fault message in the display – all vehicles

- Check engine light and/or service wrench symbol – vehicle dependant

Ford has issued a Field Service Action to alert Dealers to the availability of the revised software and is currently in the process of preparing to write to customers to request them to bring their vehicles to a Ford dealer to have the software update performed free of charge.

Ford has also released an extended warranty which applies to the TCM on potentially affected vehicles (10 years or 240,000 kilometres from the vehicle's warranty commencement date, whichever occurs first). Any transmission issues caused by an ATIC 91 failure after the expiry of the extended warranty will continue to be assessed by Ford Australia on a case by case basis to ensure compliance with the consumer guarantees contained in the Australian Consumer Law.

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

FORD DPS6-SAC 00021953



**Ford Motor Company of Australia Limited**
A.B.N. 30 004 116 223

**Production:** New TCMs with improved ATIC 91 chips have been available on vehicles built for the Australian market from February 6, 2015 (Fiesta) and from February 14, 2015 (Focus).

**ATIC 106 Chip Issues**

**Cause and symptoms:** Similar to the ATIC 91 chip, the ATIC 106 chip may develop a progressive solder crack. Because the function of the ATIC 106 chips is to control the clutch and gear selection of the transmission, as the solder crack propagates, clutch and gear selection performance will begin to deteriorate. Over time, if the issue is not addressed, the solder crack propagation can result in the loss of odd or even gears which may be perceived as a "lack of power". If this occurs, the driver will experience an obvious change in the performance of the vehicle as gear changes will occur at different engine speeds compared to what the driver is used to. These symptoms will usually be accompanied by a Check Engine malfunction indicator light.

**Service:** The actions listed under "Service" and the extended warranty described above in respect of the ATIC 91 chip failure, are equally applicable to ATIC 106 chip failures.

**Production:** New TCMs with improved ATIC 106 chips have been available on Fiesta vehicles built for the Australian market from January/February 2016. Focus vehicles built for the Australian market since July 2015 do not have the ATIC 106 chips, as those vehicles do not contain PowerShift transmissions.

**Summary of Ford's Views in Relation to the Complaints Provided**

The table below records the symptoms reported to the Department by each of the seven customers that have lodged complaints.

| Customer | TCM | | TCM and/or CLUTCH | | | Unrelated Symptoms |
|---|---|---|---|---|---|---|
| | Lack of Power | No Start | Shudder | Gear Engagement | Poor Accel. | |
| Gibbons | | | X | X | X | |
| Kelly | | | X | X | | |
| Oldham | X | X | X | X | | |
| Webb | | | X | | | X |
| Donaldson | X | | X | | | |
| Smith | X | | X | | | |
| Zammit | | | X | | | X |

Page | 6

Locked Bag 32000
Burnley North, Victoria 3121 | ford.com.au

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER                           FORD DPS6-SAC 00021954



**Ford Motor Company of Australia Limited**
A.B.N. 30 004 116 223

Ford Australia has reviewed its records in relation to each customer and in summary, Ford Australia's views are as follows:

**Nicole Gibbons**

The symptoms reported by Nicole Gibbons of "excess transmission shudder" and the vehicle "dropping out of gear", are consistent with the symptoms associated with the PowerShift transmission quality issues described above and which Ford has observed globally.

Ford Australia has paid for repairs to Ms Gibbons' vehicle including the replacement of the vehicle's transmission input shaft seals and clutch and the replacement of the vehicle's TCM to address these concerns. Despite these repairs, Ms Gibbons remained dissatisfied with what we consider to be the normal operation of the transmission. Accordingly, Ford Australia arranged to changeover Ms Gibbons' vehicle for a new vehicle as a customer satisfaction measure.

**Celeste Kelly**

The symptoms reported by Celeste Kelly of "shudders" and the "clutch slipping" and "gears not selecting properly" are consistent with the symptoms associated with the PowerShift transmission quality issues described above and which Ford has observed globally. .

Ford Australia paid for repairs to Ms Kelly's vehicle including the replacement of the transmission input shaft seals and clutch to address these concerns. Despite these repairs, Ms Kelly remained dissatisfied with what we consider to be the normal operation of the transmission. Accordingly, Ford Australia arranged to changeover Ms Kelly's vehicle for a new vehicle as a customer satisfaction measure.

**Christine Oldham**

The symptoms reported by Christine Oldham of "shuddering and jerking as if missing a gear change", "transmission totally fails", "lack of power" and "cannot select gear when turn engine on" are consistent with the symptoms associated with the PowerShift transmission quality issues described above and which Ford has observed globally..

Ford Australia paid for repairs to Ms Oldham's vehicle including the replacement of the transmission input shaft seals and clutch and the vehicle's TCM to address these concerns. Despite these repairs, Ms Oldham remains dissatisfied with what we consider to be the normal operation of the transmission. Accordingly, Ford Australia is in discussions with Ms Oldham about changing her vehicle over for a new vehicle as a customer satisfaction measure.

**Joel Webb**

Mr Webb has reported two separate symptoms, one of which relates to the PowerShift transmission and one of which does not. Ford Australia's records indicate that the steering related issues were addressed in 2012 when a wheel alignment was paid for by Ford and a new set of 4 tyres was supplied to Mr Webb by the tyre supplier (Michelin). Ford Australia did not receive any warranty claim regarding the replacement tyres and no further similar concerns regarding the steering have been reported to Ford Australia since those actions were undertaken.

The symptoms reported by Mr Webb of "shakes severely daily when idling" are consistent with the symptoms associated with the PowerShift transmission quality issues described above and which Ford has observed globally.

Page | 7

Locked Bag 32000
Burnley North, Victoria 3121 | ford.com.au

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

FORD DPS6-SAC 00021955



Ford Motor Company of Australia Limited
A.B.N. 30 004 116 223

Go Further

Ford Australia paid for repairs to Mr Webb's vehicle including the reprogramming of the TCM software to address these concerns.  Ford understands that Mr Webb has sold the vehicle and Ford has subsequently paid for the replacement of the TCM in the vehicle.

**Rhianna Donaldson**

The symptom reported by Rhianna Donaldson of "shuddering" is consistent with the symptoms associated with the PowerShift Transmission quality issues described above, which Ford has observed globally.  Ford Australia has paid for repairs to Ms Donaldson's vehicle including the replacement of the transmission input shaft seals and clutch and the vehicle's TCM to address these concerns.

Regarding Ms Donaldson's report that the vehicle "lost power when traveling at high speeds on the freeway" and "there were no warnings or alerts", Ford Australia notes that on 20 January 2016 an authorised Ford Dealer installed the revised software calibration for the TCM in Ms Donaldson's vehicle.  As explained above, this software is designed to help ensure that the vehicle operator is alerted to potential issues with the TCM prior to experiencing operational concerns.  The warnings that are designed to have been received by the operator of Ms Donaldson's vehicle are:

- Disabling 5th and 6th gears

- Transmission fault message in the display

- Check engine light and/or service wrench symbol

The Ford Dealer which subsequently repaired the vehicle has reported to Ford Australia that when Ms Donaldson's vehicle presented for repairs after this incident, the Transmission Malfunction Indictor Light (MIL) was on in her vehicle.  Further, there were four diagnostic trouble codes detected in Ms Donaldson's vehicle after the incident.  The revised software calibration for the TCM is designed to provide all of the above warnings if any of these trouble codes are present.

Accordingly, based on the information provided in the complaint, Ford Australia believes that Ms Donaldson's description of the car losing power at highway speed on 23 January 2016 is consistent with the 5th and 6th gears on the vehicle being disabled by the revised software calibration, as part of its strategy to alert her to an issue with the TCM.

**Brooke Smith**

The symptoms reported by Brooke Smith of "shuddering" and "loss of power" are consistent with the symptoms associated with the PowerShift transmission quality issues described above, which Ford has observed globally.

In October 2015, Ford paid for the installation of the TCM software upgrade described above on Ms Smith's vehicle and subsequently, after the warnings that this upgrade is designed to provide occurred, Ford paid for the replacement of the TCM in Ms Smith's vehicle.

Ms Smith's description that, in January 2016, her vehicle lurched forward from take-off and struck the vehicle in front of her is not consistent with Ford's global experience as maintaining an appropriate distance from the vehicle in front and proper application of the vehicle braking system should be sufficient to prevent this from occurring.

Page | 8

Locked Bag 32000
Burnley North, Victoria 3121 | ford.com.au

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER                                    FORD DPS6-SAC 00021956



**Ford Motor Company of Australia Limited**
A.B.N. 30 004 116 223

Ford Australia is also in discussions with Ms Smith about changing her vehicle over for a new vehicle as a customer satisfaction measure.

**Maria Zammit**

The symptoms reported by Maria Zammit of "shuddering" and "rattling" are consistent with the symptoms associated with the PowerShift transmission quality issues described above, which Ford has observed globally. Ford has paid for repairs to Ms Zammit's vehicle including the replacement of the input shaft seals and clutch and the TCM software upgrade to address these concerns.

In relation to Ms Zammit's description of a "loss of power" at 80 km/hour, Ford's investigations have concluded that this report was not related to an issue with the PowerShift transmission. The diagnosis and repair undertaken by the authorised Ford Dealer has revealed that this issue was related to an issue with the throttle body and accelerator pedal assembly which was then replaced by the Dealer.

Ford is also in discussions with Ms Zammit about changing her vehicle over for a new vehicle as a customer satisfaction measure.

Q: **HAVE YOU RECEIVED SIMILAR COMPLAINTS OVER THE PAST FOUR YEARS IN REGARDS TO THE MODELS? IF SO, HOW MANY COMPLAINTS HAVE YOU RECEIVED AND HOW HAVE THEY BEEN HANDLED?**

We have reviewed the database of our Customer Relationship Centre (CRC) to identify reports related to the PowerShift transmission. From 1 January 2014 to 29 February 2016, we identified reports on 3,030 individual vehicles fitted with the transmission. Of those reports, 947 cases are currently open. While not all reports contain symptoms similar to the seven reports provided, this number most closely reflects the data you have requested. Prior to 1 January 2014, we are not able to separately extract the data relating specifically to the PowerShift transmission.

Each of the reports received have been managed on a case by case basis. This includes working with our Dealer network to diagnose and repair (if relevant) the reported vehicle issue using the workshop manual and technical information referred to above.

Q: **THE COMPLAINTS RECEIVED BY THE DEPARTMENT INDICATE THAT THE ISSUES EXPERIENCED BY DRIVERS POSE A SAFETY HAZARD TO ROAD USERS. I WOULD APPRECIATE YOUR VIEW ON THIS.**
Q: **IS FORD AWARE OF ANY REPORTED SAFETY INCIDENTS ATTRIBUTED TO THE DUAL CLUTCH TRANSMISSIONS IN FOCUS OR FIESTAS?**

As you can see from our responses above, Ford has thoroughly evaluated the PowerShift transmission performance to understand and address customer concerns.

Those actions have included analysing field reports, driving report vehicles, evaluating returned transmissions, and testing various transmissions and components. Based on these actions, our assessment is that the PowerShift transmission has not demonstrated a pattern of safety-related failures. The vast majority of reports relate to shudder that will not progress to more significant symptoms.

Ford's investigation has also identified a small number of reports related to other symptoms that are progressive in nature such as delayed or harsh shifting, and loss of shifting into certain gears. These conditions are noticeable and result in customers seeking service. If customers do not seek service for these

Page | 9

Locked Bag 32000
Burnley North, Victoria 3121   |   ford.com.au

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER                           FORD DPS6-SAC 00021957



**Ford Motor Company of Australia Limited**
A.B.N. 30 004 116 223

noticeable conditions, some of the failure modes can progress over time to cause more sustained symptoms including loss of transmission function, no start conditions, and potentially a loss of motive power.

Even in those instances where symptoms are allowed to progress, the vehicle remains controllable.  While customers may be concerned that these failure modes could potentially progress to a loss of control, Ford's substantial global field experience and testing and analysis show that this is not the case.

Ford's global experience with this issue is consistent with what has been experienced in Australia.  Despite a large number of customer contacts being received in relation to the PowerShift transmission, Ford Australia has not received any reports of injuries and only one report of a minor accident.  That report, from customer Brooke Smith, has been addressed in detail above.

For all of these reasons, Ford does not consider that the issues reported by drivers in relation to the PowerShift transmission pose a safety hazard to road users.

**CONCLUSION**

In summary, Ford has conducted extensive analyses of data relating to the PowerShift transmission.  Based on these evaluations, Ford has implemented a series of service actions and production changes to address the issues identified, and believes that these are effective and appropriate to address them.

We hope this clarifies our position on this matter.  Should you wish to discuss further, please do not hesitate to contact me as per my details below.

Yours sincerely,

*[signature: Mark Cruse]*

Mark Cruse
Service Engineering Manager
Ford Customer Service Division
Ford Motor Company of Australia Ltd
Tel: 03 8301 2910
Email: mcruse@ford.com