# **EXHIBIT 6**

**EXHIBIT 6-1**

**From:** Renneker, Craig (C.M.) <crenneke@ford.com>
**Sent:** Tuesday, September 6, 2016 6:52 AM
**To:** Nichols, Gary (G.S.) <gnicho14@ford.com>
**Subject:** RE: Hey, Bob... (Rich Truett email on 2015 DPS6 Focus)

Gary;
Yes – this is a concern (TREAD Act), which is why we need to follow the FCSD "VIP Ticket" process.  Please call Paul S. directly to coordinate.

Thanks
Craig

---

**From:** Nichols, Gary (G.S.)
**Sent:** Tuesday, September 06, 2016 6:49 AM
**To:** Renneker, Craig (C.M.)
**Subject:** RE: Hey, Bob... (Rich Truett email on 2015 DPS6 Focus)

I'm a little rusty on my Sarbanes-Oxley. I remember something about dealing directly with the public on an alleged defect. Any insight?

Gary Nichols
Engineering Supervisor
DPS6 Systems and Quality
Phone: (313) 805-3888
E-mail: gnicho14@ford.com

---

**From:** Renneker, Craig (C.M.)
**Sent:** Tuesday, September 06, 2016 6:38 AM
**To:** Nichols, Gary (G.S.)
**Subject:** RE: Hey, Bob... (Rich Truett email on 2015 DPS6 Focus)

Gary;
Yes – please stay mindful of the FCSD special "VIP ticket" process.   I ran afoul of that once by moving ahead of FCSD on a customer vehicle.

Craig

---

**From:** Nichols, Gary (G.S.)
**Sent:** Friday, September 02, 2016 4:33 PM
**To:** Renneker, Craig (C.M.)
**Subject:** Re: Hey, Bob... (Rich Truett email on 2015 DPS6 Focus)

Are you okay with me taking a look at this one? I'll need to make direct contact with the customer, obviously.

Sent from my iPhone
On Sep 2, 2016, at 2:27 PM, Renneker, Craig (C.M.) <crenneke@ford.com> wrote:

> Paul;
> This may be a good test case for the new 8040 clutch material.  They are just now flowing into dealer stocks.
>
> Gary: Heads up...
>
> **Craig Renneker**
> Chief Engineer – Front-wheel-drive A/T & D/L Systems
> Transmission & Driveline Engineering
> Ford Motor Company

**From:** Seredynski, Paul (P.)
**Sent:** Friday, September 02, 2016 9:57 AM
**To:** Fascetti, Robert (R.J.)
**Cc:** Krishnaswami, Ramasunder (.); Renneker, Craig (C.M.)
**Subject:** RE: Hey, Bob... (Rich Truett email on 2015 DPS6 Focus)

Bob,

I'll follow up with Rich, and get our FCSD team involved to open a VIP ticket.

Cheers..

Paul Seredynski | Global Performance & Powertrain Communications Manager | Ford Motor Company | p. (313) 390-5192 | m. (313) 400-5883 | pseredyn@ford.com

**From:** Richard Truett [mailto:RTruett@crain.com]
**Sent:** Friday, September 02, 2016 8:38 AM
**To:** Fascetti, Robert (R.J.)
**Cc:** Seredynski, Paul (P.)
**Subject:** Hey, Bob...

Bob:

Sometimes, I dread opening the e-mail...

I wanted you to see the note below from a Detroit public school teacher, Albert Stokes, who is having trouble with the Powershift transmission in his Focus, and can't get it fixed at the dealer.
I am writing, not as a reporter who is going to write anything, -- I am not -- but as the former PR guy for Powertrain who promoted the Powershift – and as someone who knows it can be a fine gearbox.
http://www.autonews.com/article/20160105/BLOG06/301059997/ford-gets-the-powershift-dual-clutch-transmission-right-but-is-it-too-

I just want to steer him to you in the hopes that maybe someone from Powertrain can take a look at his car and figure out what's wrong. His contact info is below.

Meanwhile: I thought you about you quite a bit this summer and hope that you are back to 100 percent.

Hope to catch up with you soon,

RT


**From:** Albert Stokes [mailto:treblasekots@hotmail.com]
**Sent:** Thursday, September 01, 2016 8:37 PM
**To:** Richard Truett <RTruett@crain.com>
**Subject:** An Automotive Abomination

Yes, those are harsh words Mr. Truett . But I had hoped to give you some idea of my utter frustration and contempt for the Ford Motor Company for what they did. The company placed on the market, for their customer's anguish and distress, an unproven component called, 'Power-shift Transmission'.


I am in possession of a 2014 Ford Focus. I purchased it used from Royal Oak Ford in March of this year. I was in need of a new vehicle. I travel quite a distance to my teaching job in the southwest area Detroit. My

prior vehicle, a 2007 Ford Focus, gave me good service. But it had 125k miles on it, and was in need of costly repairs. I seemed practical to buy a new car. The advertised vehicle in the attachment file, **2014 ford focus** caught my eye on a Friday night. I purchased the car that Saturday morning.

The car was not new. But was loaded! It has a premium radio, heated leather seats, heated outside mirrors, premium wheels, sun roof, everything. And to boot, it only had 8k miles on it. Good deal, right? Wrong!! It is my belief that the previous driver dump the car after driving it a while. The car has already been back to the dealer for warranty work on the transmission. I was told that the software had been adjusted, and that everything was within specifications. Furthermore, in a moment of honesty, the service tech told me that the car was never going to shift smoothly as I wished it to. The jerking and stalling during acceleration was emblematic of the transmission.

Well, I'm at 16k miles, and the jerking and stalling at low speeds has gotten worse. With all of the problems that the Detroit Public Schools is experiencing, I am going to add to the district's problems by missing a morning session of school. I've got to take this piece of excrement back to the dealer and get the same old song and dance.

It would give me pleasure, and would amuse me greatly, to place this vehicle in your hands for a day, half a day, two hours, one hour, 20 minutes, to allow you to drive this abomination, and determine whether I exaggerate. And as an added treat, I'll buy you lunch, or dinner at the eatery of your choice.

Respectfully,
stokes
248.761.7516

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

FORD DPS6-SAC 00038322