# **EXHIBIT 8**

| | |
|---|---|
| From: | Menapace, Colin (C.) <cmenapac@ford.com> |
| Sent: | Tuesday, November 29, 2016 1:47 PM |
| To: | Santos, Ricardo V (R.V.) <rsant183@ford.com>; Graves, Jonathan (J.) <JGRAVE39@ford.com>; Dias, Alexandre (A.O.) <adias10@ford.com>; Anzilotti, Alan (A.) <aanzilot@ford.com>; Passador, Denis (D.C.) <dpassado@ford.com> |
| Cc: | Cannon, Jeremiah (J.) <jcannon3@ford.com>; Nichols, Gary (G.S.) <gnicho14@ford.com>; Tyahla, Mark (M.A.) <mtyahla@ford.com>; Previato, Thomaz Henriq (T.H.) <tpreviat@ford.com>; Sellmer, Lisias (L.S.) <lsellmer@ford.com>; Oliveira, Debora (D.D.) <dolive91@ford.com> |
| Subject: | RE: QSF do Fiesta - info |

Ricardo,

No, TCM reflashes/updates have no impact on this delayed crank failure. The reflash will not cause the delay start to occur.

Thanks,

Colin Menapace
Transmission Driveline Engineering
Ford Motor Company
734-417-0876
cmenapac@ford.com

---

**From:** Santos, Ricardo V (R.V.)
**Sent:** Tuesday, November 29, 2016 1:44 PM
**To:** Menapace, Colin (C.) <cmenapac@ford.com>; Graves, Jonathan (J.) <JGRAVE39@ford.com>; Dias, Alexandre (A.O.) <adias10@ford.com>; Anzilotti, Alan (A.) <aanzilot@ford.com>; Passador, Denis (D.C.) <dpassado@ford.com>
**Cc:** Cannon, Jeremiah (J.) <jcannon3@ford.com>; Nichols, Gary (G.S.) <gnicho14@ford.com>; Tyahla, Mark (M.A.) <mtyahla@ford.com>; Previato, Thomaz Henriq (T.H.) <tpreviat@ford.com>; Sellmer, Lisias (L.S.) <lsellmer@ford.com>; Oliveira, Debora (D.D.) <dolive91@ford.com>
**Subject:** RE: QSF do Fiesta - info

Hi Colin and Gary, thanks for the explanation.

Has this issue any correlation with TCM reflashes/updates?

Gary: The threshold was informed by FCSD team here in FSA. They are cc'don this note.

Alexandre, Denis: could you please clarify the most updated status of this issue on your systems? Sorry if it's a stupid question (maybe it's only on system, common for FNA and FSA). ☺

Thank you!

*Ricardo Vaz dos Santos Júnior*
**Gas Calibration & PCCN OPD Supervisor**
**FSA-PCCN (Powertrain Controls, Calibration and NVH)**
Phone: +55 (15) 3205-9835
**Ford Motor Company Brazil**

---

**From:** Menapace, Colin (C.)
**Sent:** Tuesday, November 29, 2016 4:36 PM
**To:** Santos, Ricardo V (R.V.) <rsant183@ford.com>; Graves, Jonathan (J.) <JGRAVE39@ford.com>
**Cc:** Cannon, Jeremiah (J.) <jcannon3@ford.com>; Nichols, Gary (G.S.) <gnicho14@ford.com>; Tyahla, Mark (M.A.) <mtyahla@ford.com>
**Subject:** RE: QSF do Fiesta - info

Hi Ricardo,

We have identified that the issue follows the clutch actuator lever component inside the transmission.

The buy-back transmission and the NOK actuator are currently with Getrag for additional ABA swaps and root cause confirmation. After Getrag completes thei transmission testing they will give the NOK actuator to LUK for component level root cause analysis.

We are currently considering two service fix options: 1) replace the actuator hardware when the issue occurs, or 2) update the LUK software and calibrations to change a limit in the software.

For option 1, we would need the techs to replace both actuators since they don't currently have a tool in IDS to identify which actuator is causing the delay.

For option 2, there would be no material cost, but it would take more time to implement since software and cal validation/release would be required.

I will keep you updated on our root cause findings. Please let me know if you have any additional questions.

Thanks,

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

FORD DPS6-SAC 00045387

Colin Menapace
Transmission Driveline Engineering
Ford Motor Company
734-417-0876
cmenapac@ford.com

---

**From:** Nichols, Gary (G.S.)
**Sent:** Tuesday, November 29, 2016 1:18 PM
**To:** Tyahla, Mark (M.A.) <mtyahla@ford.com>; Santos, Ricardo V (R.V.) <rsant183@ford.com>; Menapace, Colin (C.) <cmenapac@ford.com>; Graves, Jonathan (J.) <JGRAVE39@ford.com>
**Subject:** RE: QSF do Fiesta - info

Ricardo,

My team has been leading the investigation. Please explain the status to QSF threshold – the chart has 77% but you state 92%.

Colin, please reply with status and next steps on the investigation.


Gary Nichols
Engineering Supervisor
DPS6 Systems and Quality
Phone: (313) 805-3888
E-mail: gnicho14@ford.com

---

**From:** Tyahla, Mark (M.A.)
**Sent:** Tuesday, November 29, 2016 1:05 PM
**To:** Santos, Ricardo V (R.V.); Nichols, Gary (G.S.)
**Subject:** RE: QSF do Fiesta - info

I think Gary Nichols's team is leading the investigation.

Mark A. Tyahla
TDE VFG Lead/QB Rep
TDE Auto Trans Service Engineering Supervisor
Cell Phone  313-805-9488
Fax No. 734-523-3910

---

**From:** Santos, Ricardo V (R.V.)
**Sent:** Tuesday, November 29, 2016 1:04 PM
**To:** Cannon, Jeremiah (J.); Tyahla, Mark (M.A.); Brandt, Andrew (D.)
**Cc:** Proetti, Rafael (R.F.); Anzilotti, Alan (A.); Canato, Decio (D.A.); Junior, Jose (J.L.); Previato, Thomaz Henriq (T.H.); Dias, Alexandre (A.O.); Passador, Denis (D.C.); Sellmer, Lisias (L.S.)
**Subject:** RE: QSF do Fiesta - info

Team, I really would like your support on clarifying the potential QSF below.

Could you please help?

Thank you!


*Ricardo Vaz dos Santos Júnior*
**Gas Calibration & PCCN OPD Supervisor**
**FSA-PCCN (Powertrain Controls, Calibration and NVH)**
Phone: +55 (15) 3205-9835
**Ford Motor Company Brazil**

---

**From:** Santos, Ricardo V (R.V.)
**Sent:** Monday, November 28, 2016 5:44 PM
**To:** Cannon, Jeremiah (J.) <jcannon3@ford.com>; Tyahla, Mark (M.A.) <mtyahla@ford.com>; Brandt, Andrew (D.) <abrandt1@ford.com>
**Cc:** Proetti, Rafael (R.F.) <rproett1@ford.com>; Anzilotti, Alan (A.) <aanzilot@ford.com>; Canato, Decio (D.A.) <dcanato@ford.com>; Junior, Jose (J.L.) <jjunio36@ford.com>; Previato, Thomaz Henriq (T.H.) <tpreviat@ford.com>; Dias, Alexandre (A.O.) <adias10@ford.com>; Passador, Denis (D.C.) <dpassado@ford.com>
**Subject:** RE: QSF do Fiesta - info
**Importance:** High

Mark, Jeremiah, Andrew, good afternoon.

There is an emerging item for Fiesta at 92% threshold, as per the description below:

| Car | | FIESTA | 2013-2016 | 02620160006- Key or button - Delayed Crank To Start | NA SA | AGRYGLAK JCANNON3 ABRANDT1 | CC: Ignition key, or push to start button, engine crank is delayed by 1-3 seconds CA: Unknown SC: Unknown PC: NA post production concern ST: Oct/21  Timing/resolution plan established On-going vehicle testing for root cause determination | 5/Aug/2016 | 30 | 3 | 13 | 10 | 775 | | RED GREEN | RED GREEN | Esta sh Veri Roc Cau |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| P | | | | | | | | | | | | | | | | | |
| O | | | | | | | | | | | | | | | | | |
| : | | | | | | | | | | | | | | | | | |

Do you know more details about this? Who leads the investigation? Is the root cause already known?

Sorry for so many questions, but I´ve been questioned by upper management if this affects or not FSA versions, but has been hard to get details so far.

Thank you for your attention on this matter.

*Ricardo Vaz dos Santos Júnior*
**Gas Calibration & PCCN OPD Supervisor**
**FSA-PCCN (P**owertrain **C**ontrols, **C**alibration and **N**VH**)**
Phone: +55 (15) 3205-9835
**Ford Motor Company Brazil**

---

**From:** Passador, Denis (D.C.)
**Sent:** Monday, November 28, 2016 3:08 PM
**To:** Santos, Ricardo V (R.V.) <rsant183@ford.com>; Dias, Alexandre (A.O.) <adias10@ford.com>
**Cc:** Proetti, Rafael (R.F.) <rproett1@ford.com>; Anzilotti, Alan (A.) <aanzilot@ford.com>; Canato, Decio (D.A.) <dcanato@ford.com>; Junior, Jose (J.L.) <jjunio36@ford.com>; Previato, Thomaz Henriq (T.H.) <tpreviat@ford.com>
**Subject:** RE: QSF do Fiesta - info

Ricardo, boa tarde!

Não sei mensurar o risco, nossa região está afetada pois temos um caso em que a reclamação do cliente bate com a descrição do problema. Segundo FNA o problema pode ocorrer nos veículos após a recalibração do módulo TCM.

Sim, as pessoas que lideram a investigação são o Adam e o Jeremiah, eles com certeza podem nos fornecer maiores detalhes da investigação.

Para monitorar os report de campo para América do sul eu sou o responsável, já na américa do norte o responsável é Andrew Brandt (ABRANDT1).

Att,
*Denis Passador*
**Ford South America Operations**
**SA Region PCE Leader**
[Fiesta/Mustang/Explorer/Expedition/F150]
✉ dpassado@ford.com
☎ +55 11 4174-9198
Ford Motor Company Brazil

---

**From:** Santos, Ricardo V (R.V.)
**Sent:** segunda-feira, 28 de novembro de 2016 14:58
**To:** Passador, Denis (D.C.) <dpassado@ford.com>; Dias, Alexandre (A.O.) <adias10@ford.com>
**Cc:** Proetti, Rafael (R.F.) <rproett1@ford.com>; Anzilotti, Alan (A.) <aanzilot@ford.com>; Canato, Decio (D.A.) <dcanato@ford.com>; Junior, Jose (J.L.) <jjunio36@ford.com>; Previato, Thomaz Henriq (T.H.) <tpreviat@ford.com>
**Subject:** RE: QSF do Fiesta - info

Denis a pergunta que a Diretoria de PD está fazendo é:

- Existe risco de termos esse problema aqui na América do Sul?
- Quem lidera este item (investigação): entendi da nota que as pessoas envolvidas são:
  Adam Gryglak (AGRYGLAK) e Jeremiah Cannon (JCANNON3)

Estou preocupado pois as perguntas estão vindo e não fica claro quem está olhando, já que aqui em FSA, não vi nenhuma reclamação além daquela onde havia problema na TCM que você nos enviou.

Obrigado!

*Ricardo Vaz dos Santos Júnior*
**Gas Calibration & PCCN OPD Supervisor**
**FSA-PCCN (P**owertrain **C**ontrols, **C**alibration and **N**VH**)**
Phone: +55 (15) 3205-9835
**Ford Motor Company Brazil**

**From:** Passador, Denis (D.C.)
**Sent:** Monday, November 28, 2016 2:30 PM
**To:** Santos, Ricardo V (R.V.) <rsant183@ford.com>; Dias, Alexandre (A.O.) <adias10@ford.com>
**Cc:** Proetti, Rafael (R.F.) <rproett1@ford.com>; Anzilotti, Alan (A.) <aanzilot@ford.com>; Canato, Decio (D.A.) <dcanato@ford.com>; Junior, Jose (J.L.) <jjunio36@ford.com>; Previato, Thomaz Henriq (T.H.) <tpreviat@ford.com>
**Subject:** RE: QSF do Fiesta - info

Ricardo, boa tarde!

Os contatos descritos no concern são:

Adam Gryglak (AGRYGLAK)
Jeremiah Cannon (JCANNON3)

O último status descrito:

Nov/21:Vehicle root cause verification and solution/development testing. No new reports.

Não tenho acesso aos detalhes das ações que estão sendo desenvolvidas mas posso solicitar em caso de necessidade. O Concern está em 92% sendo necessário somente mais 1 report para que o concern mude de emerging para QSF.

Fico a disposição.

Att,

***Denis Passador***
**Ford South America Operations**
**SA Region PCE Leader**
[Fiesta/Mustang/Explorer/Expedition/F150]
✉ dpassado@ford.com
☎ +55 11 4174-9198
Ford Motor Company Brazil

---

**From:** Santos, Ricardo V (R.V.)
**Sent:** segunda-feira, 28 de novembro de 2016 12:49
**To:** Dias, Alexandre (A.O.) <adias10@ford.com>; Passador, Denis (D.C.) <dpassado@ford.com>
**Cc:** Proetti, Rafael (R.F.) <rproett1@ford.com>; Anzilotti, Alan (A.) <aanzilot@ford.com>; Canato, Decio (D.A.) <dcanato@ford.com>; Junior, Jose (J.L.) <jjunio36@ford.com>; Previato, Thomaz Henriq (T.H.) <tpreviat@ford.com>
**Subject:** RE: QSF do Fiesta - info
**Importance:** High

Pessoal, boa tarde!

Sobre este Emerging:

1- Poderiam informar quem do time global está trabalhando e poderia nos informar exatamente do que se trata e quais aplicações estão potencialmente afetadas?

Obrigado!

***Ricardo Vaz dos Santos Júnior***
**Gas Calibration & PCCN OPD Supervisor**
**FSA-PCCN (Powertrain Controls, Calibration and NVH)**
Phone: +55 (15) 3205-9835
**Ford Motor Company Brazil**

---

**From:** Dias, Alexandre (A.O.)
**Sent:** Tuesday, November 01, 2016 10:47 AM
**To:** Previato, Thomaz Henriq (T.H.) <tpreviat@ford.com>; Passador, Denis (D.C.) <dpassado@ford.com>; Santos, Ricardo V (R.V.) <rsant183@ford.com>
**Cc:** Proetti, Rafael (R.F.) <rproett1@ford.com>; Anzilotti, Alan (A.) <aanzilot@ford.com>
**Subject:** RE: QSF do Fiesta - info

Olá Pessoal, bom dia.

Thomaz, o status do item continua como Emerging, Hoje com 92% do Threshold.

Quanto a nomenclatura, o item foi aberto, e está sendo liderado pelo time Global. Desta forma, não tenho total certeza sobre a possibilidade de mudança. Tentarei falar com ele sobre esta solicitação.

Atenciosamente,

*Alexandre Dias*
*Concern ID&R / TWAS (autos) Coordinator – SA Region*
*Black Belt Certified*
*FCSD Service Engineering*
Phone: +55-11-4174-4106
       +55-11-4174-8776
e-mail: adias10@ford.com
"Eu Tenho, Eu Cuido - Revisão Preço Fixo Ford seu Carro novo por mais Tempo"

STRICTLY CONFIDENTIAL. The contents of this email and any attachments are strictly confidential and property of Ford Motor Company Brasil Ltda. They may not be used or disclosed by someone who is not a named recipient. If you have received this email in error please notify the sender by replying to this email inserting the word "misdirected" as the message.

ESTRITAMENTE CONFIDENCIAL. O conteúdo deste email e quaisquer anexos ao mesmo são estritamente confidenciais e de propriedade da Ford Motor Company Brasil Ltda. Não podem ser abertos ou revelados a alguém que não seja o destinatário desta mensagem. Se você recebeu este email erroneamente, por favor avise o remetente respondendo este email e inserindo as palavras "destinatário errado" como mensagem.

---

**From:** Previato, Thomaz Henriq (T.H.)
**Sent:** segunda-feira, 31 de outubro de 2016 07:23
**To:** Passador, Denis (D.C.); Santos, Ricardo V (R.V.)
**Cc:** Proetti, Rafael (R.F.); Dias, Alexandre (A.O.); Anzilotti, Alan (A.)
**Subject:** RE: QSF do Fiesta - info

Denis / Alan, poderia verificar por favor se este item ainda ficará como Emerging?
Se sim, poderia por favor colocar na descrição Fiesta 4 portas? (somente para nossa orientação)

Valeu!

Thomaz Henrique de Melo Previato
*Powertrain Resident Engineer / PVT Supervisor*

**6 Sigma Master Black Belt**
Phone: 55 11 4174.8942
*email: tpreviat@ford.com*

*The information contained herein is Ford PROPRIETARY and may include Ford CONFIDENTIAL information as defined in Ford's Global Information Standard II. Reproduction of this document, disclosure of the information and use for any purpose other than the conduct of business with Ford is expressly prohibited. If the reader of the message is not the intended recipient, or the Agent responsible for delivering the e-mail and attachment to the intended recipient, you are hereby notified that dissemination, distribution or copying of this communication is prohibited. In this circumstance please reply to this e-mail and highlight the error.*

---

**From:** Passador, Denis (D.C.)
**Sent:** Wednesday, October 26, 2016 11:31 AM
**To:** Santos, Ricardo V (R.V.); Previato, Thomaz Henriq (T.H.)
**Cc:** Proetti, Rafael (R.F.); Dias, Alexandre (A.O.); Anzilotti, Alan (A.)
**Subject:** RE: QSF do Fiesta - info

Ricardo, bom dia!

Segue o report da reclamação de campo (vide anexo), o input foi feito pelo dealer ao Hotline no dia 15 de setembro relatando retardo na partida. O hotline orientou alguns passos da literatura ao dealer, o mesmo determinou que o chamado estava completo (o que nos diz que o veículo foi reparado).

O veículo reclamado foi um Fiesta 4 portas produzido no México, a reclamação partiu de São José do Rio Preto.

Fico a disposição
**Denis Passador**
Ford South America Operations
**SA Region PCE Leader**
[Fiesta/Mustang/Explorer/Expedition/F150]
✉ dpassado@ford.com
☎ +55 11 4174-9198
Ford Motor Company Brazil

---

**From:** Santos, Ricardo V (R.V.)
**Sent:** quarta-feira, 26 de outubro de 2016 11:24
**To:** Passador, Denis (D.C.) <dpassado@ford.com>; Previato, Thomaz Henriq (T.H.) <tpreviat@ford.com>
**Cc:** Proetti, Rafael (R.F.) <rproett1@ford.com>; Dias, Alexandre (A.O.) <adias10@ford.com>; Anzilotti, Alan (A.) <aanzilot@ford.com>
**Subject:** RE: QSF do Fiesta - info

Onde está o veículo? Quem está analisando?

Podemos ajudar no diagnóstico?

Obrigado!

*Ricardo Vaz dos Santos Júnior*
**Gas Calibration & PCCN OPD Supervisor**
**FSA-PCCN (Powertrain Controls, Calibration and NVH)**
Phone: +55 (15) 3205-9835
**Ford Motor Company Brazil**

---

**From:** Passador, Denis (D.C.)
**Sent:** Wednesday, October 26, 2016 11:23 AM
**To:** Previato, Thomaz Henriq (T.H.) <tpreviat@ford.com>
**Cc:** Proetti, Rafael (R.F.) <rproett1@ford.com>; Santos, Ricardo V (R.V.) <rsant183@ford.com>; Dias, Alexandre (A.O.) <adias10@ford.com>; Anzilotti, Alan (A.) <aanzilot@ford.com>
**Subject:** RE: QSF do Fiesta - info

Eles estão analisando um veículo de recompra (buyback) e até o último status estão verificando o root cause. Como nosso mercado teve somente uma reclamação, não sei até onde podemos auxiliar no diagnóstico. Estou monitorando esse issue, caso haja uma crescente, informo FNA e todos aqui em nosso mercado.

Att,
*Denis Passador*
**Ford South America Operations**
**SA Region PCE Leader**
[Fiesta/Mustang/Explorer/Expedition/F150]
✉ dpassado@ford.com
☎ +55 11 4174-9198
Ford Motor Company Brazil

---

**From:** Previato, Thomaz Henriq (T.H.)
**Sent:** quarta-feira, 26 de outubro de 2016 11:12
**To:** Passador, Denis (D.C.) <dpassado@ford.com>
**Cc:** Proetti, Rafael (R.F.) <rproett1@ford.com>; Santos, Ricardo V (R.V.) <rsant183@ford.com>; Dias, Alexandre (A.O.) <adias10@ford.com>; Anzilotti, Alan (A.) <aanzilot@ford.com>
**Subject:** RE: QSF do Fiesta - info

Isso é novidade para mim . . . podemos ajudar de alguma forma?


Thomaz Henrique de Melo Previato
*Powertrain Resident Engineer / PVT Supervisor*

**6 Sigma Master Black Belt**
Phone: 55 11 4174.8942
*email: tpreviat@ford.com*

*The information contained herein is Ford PROPRIETARY and may include Ford CONFIDENTIAL information as defined in Ford's Global Information Standard II. Reproduction of this document, disclosure of the information and use for any purpose other than the conduct of business with Ford is expressly prohibited. If the reader of the message is not the intended recipient, or the Agent responsible for delivering the e-mail and attachment to the intended recipient, you are hereby notified that dissemination, distribution or copying of this communication is prohibited. In this circumstance please reply to this e-mail and highlight the error.*

---

**From:** Passador, Denis (D.C.)
**Sent:** Wednesday, October 26, 2016 11:10 AM
**To:** Previato, Thomaz Henriq (T.H.)
**Cc:** Proetti, Rafael (R.F.); Santos, Ricardo V (R.V.); Dias, Alexandre (A.O.); Anzilotti, Alan (A.)
**Subject:** RE: QSF do Fiesta - info

Thomaz, bom dia!

Essa questão foi levantada pela Débora a algumas semanas atrás (vide e-mail anexo), América do Sul está afetada por termos uma reclamação de campo.

FNA que está liderando o Emerging QSF, seremos avisados qdo a solução estiver disponível para serviços e produção.

Fico a disposição.

Att,
*Denis Passador*
**Ford South America Operations**
**SA Region PCE Leader**
[Fiesta/Mustang/Explorer/Expedition/F150]

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

FORD DPS6-SAC 00045392

✉ dpassado@ford.com
☎ +55 11 4174-9198
Ford Motor Company Brazil

---

**From:** Previato, Thomaz Henriq (T.H.)
**Sent:** quarta-feira, 26 de outubro de 2016 10:46
**To:** Anzilotti, Alan (A.) <aanzilot@ford.com>; Passador, Denis (D.C.) <dpassado@ford.com>
**Cc:** Proetti, Rafael (R.F.) <rproett1@ford.com>; Santos, Ricardo V (R.V.) <rsant183@ford.com>
**Subject:** QSF do Fiesta - info

Pessoal de FCSD, fui pego de surpresa no FQR do Enio Gomes em função deste item.
Vcs sabem do que se trata?

| Car | | FIESTA | 2013-2016 | 02620160006-Key or button - Delayed Crank To Start | NA SA | A GRYGLAK JCANNON3 ABRANDT1 | CC: Ignition key or push to start button, engine crank is delayed by 1-3 seconds CA: Unknown SC: Unknown PC: NA post production concern ST: Oct/21 Timing/resolution plan established On-going vehicle testing for root cause determination | 5/Aug/2016 | 80 | 3 | 13 | 10 | 775 | | red GREEN | red GREEN | Esta sh Ver Ro Cau |

Thomaz Henrique de Melo Previato
*Powertrain Resident Engineer / PVT Supervisor*

**6 Sigma Master Black Belt**
Phone: 55 11 4174.8942
email: *tpreviat@ford.com*

*The information contained herein is Ford PROPRIETARY and may include Ford CONFIDENTIAL information as defined in Ford's Global Information Standard II. Reproduction of this document, disclosure of the information and use for any purpose other than the conduct of business with Ford is expressly prohibited. If the reader of the message is not the intended recipient, or the Agent responsible for delivering the e-mail and attachment to the intended recipient, you are hereby notified that dissemination, distribution or copying of this communication is prohibited. In this circumstance please reply to this e-mail and highlight the error.*

‹   ›