**EXHIBIT 9**

| | |
|---|---|
| **From:** | Renneker, Craig (C.M.) <crenneke@ford.com> |
| **Sent:** | Wednesday, May 24, 2017 1:02 PM |
| **To:** | Rozanski, John (J.P.) <jrozansk@ford.com>; Cannon, Jeremiah (J.) <jcannon3@ford.com> |
| **Cc:** | Graves, Jonathan (J.) <JGRAVE39@ford.com>; Adamczyk, David (D.W.) <dadamcz1@ford.com>; Overla, Gregory (G.J.) <goverla@ford.com> |
| **Subject:** | RE: Replacing transmission on out-of-warranty vehicle for engineering feedback |

Guys;
Thanks.  Please don't pull the trigger on this yet.  I've had 5 notes back/forth between me and the FCSD Director.  I want to take care of this, but need to do it EXACTLY the right way.  I hope to be able to give clear direction yet today.  They have another funding mechanism that may be a better path as this has senior executive attention.

Craig

**From:** Rozanski, John (J.P.)
**Sent:** Wednesday, May 24, 2017 12:50 PM
**To:** Cannon, Jeremiah (J.)
**Cc:** Renneker, Craig (C.M.); Graves, Jonathan (J.); Adamczyk, David (D.W.); Overla, Gregory (G.J.)
**Subject:** Re: Replacing transmission on out-of-warranty vehicle for engineering feedback

   One day turn around in most cases

Sent from my iPhone
On May 24, 2017, at 12:44 PM, Cannon, Jeremiah (J.) <jcannon3@ford.com> wrote:

> Folks- I don't think we need any OK, this is customer pay and we are paying the bill & parts – or providing the parts
>
> Bill Brown will do it for 6 hours labor – I have a clutch No warranty here.   (might as well do at ATNPC)
>
> If we also pay for clutch & labor 2 year unlimited mileage. Best route for the customer
>
> **Jeremiah Cannon**
> **Ford  Automatic Transmission**
> **Service Engineering**
> 313-805-8905
> W311F

**From:** Renneker, Craig (C.M.)
**Sent:** Wednesday, May 24, 2017 10:19 AM
**To:** Graves, Jonathan (J.) <JGRAVE39@ford.com>; Rozanski, John (J.P.) <jrozansk@ford.com>; Adamczyk, David (D.W.) <dadamcz1@ford.com>
**Cc:** Cannon, Jeremiah (J.) <jcannon3@ford.com>; Overla, Gregory (G.J.) <goverla@ford.com>
**Subject:** RE: Replacing transmission on out-of-warranty vehicle for engineering feedback

Jonathan;
I expect we will go down this path.  Just hold up until I get my last "OK GO" not from the FCSD Director and instructions for the Goodwill process.

Craig

**From:** Graves, Jonathan (J.)
**Sent:** Wednesday, May 24, 2017 10:02 AM
**To:** Renneker, Craig (C.M.); Rozanski, John (J.P.); Adamczyk, David (D.W.)
**Cc:** Cannon, Jeremiah (J.); Overla, Gregory (G.J.)
**Subject:** RE: Replacing transmission on out-of-warranty vehicle for engineering feedback

The customers 1st clutch was replaced under the clutch FSA 14M01 on November 23, 2015 with 80244 miles. This would mean that her replacement clutch had a 12/12 warranty period that has now expired.

We will need to follow the procedure for using engineering $ on the FAB card for this replacement.

Thanks,

Jon Graves
DPS6 Transmission Systems
Cell: 313.580.1617

---

**From:** Renneker, Craig (C.M.)
**Sent:** Wednesday, May 24, 2017 9:38 AM
**To:** Rozanski, John (J.P.); Adamczyk, David (D.W.)
**Cc:** Graves, Jonathan (J.); Cannon, Jeremiah (J.); Overla, Gregory (G.J.)
**Subject:** RE: Replacing transmission on out-of-warranty vehicle for engineering feedback

Guys;
I imagine that the vehicle would need to exceed our judder threshold to be replaced again, right?

Craig

---

**From:** Rozanski, John (J.P.)
**Sent:** Wednesday, May 24, 2017 9:24 AM
**To:** Adamczyk, David (D.W.)
**Cc:** Graves, Jonathan (J.); Cannon, Jeremiah (J.); Renneker, Craig (C.M.); Overla, Gregory (G.J.)
**Subject:** Re: Replacing transmission on out-of-warranty vehicle for engineering feedback

Here is how I understand the Clutch warranty on this vehicle if the Customer had a clutch done on the Program it carries a 12 / 12 warranty parts and Labor if the Customer paid for the clutch replacement it is 2 year unlimited. Jerry what are your thoughts?  I will call Varsity and let the team know what they say.

Sent from my iPhone
On May 24, 2017, at 8:48 AM, Adamczyk, David (D.W.) <dadamcz1@ford.com> wrote:

> Jon,
>
> This is exactly what you mentioned yesterday and thought that the replaced clutch should be eligible again for replacement. Can we look at the vin and get the precise date and mileage of the replacement?
>
> **David W. Adamczyk**
> Manager ULT/EP Systems
>   Livonia PEDM
>   313-805-8806 (cell)
> dadamcz1@ford.com

---

**From:** Renneker, Craig (C.M.)
**Sent:** Wednesday, May 24, 2017 8:41 AM
**To:** Adamczyk, David (D.W.); Cannon, Jeremiah (J.)
**Subject:** FW: Replacing transmission on out-of-warranty vehicle for engineering feedback

> FYI – note Mike's comment about her 8080 service part having its own 24-month warranty.   Does this sound familiar to you?
>
> Craig

---

**From:** Renneker, Craig (C.M.)
**Sent:** Wednesday, May 24, 2017 8:40 AM
**To:** Berardi, Michael (M.A.)

Cc: David Adamczyk (dadamcz1@ford.com) **EXHIBIT 9-3**
Subject: RE: Replacing transmission on out-of-warranty vehicle for engineering feedback
Case 2:18-ml-02814-AB-FFM Document 199-5 Filed 02/26/19 Page 4 of 4 Page ID #:6369

Mike;
She has an 8080 clutch installed at 80k miles. Replacing hers with an 8040 will give us a "picky customer" datapoint to check the efficacy of the new material. Are you saying that the 8080 clutch replaced under the FSA ITSELF has a 2 year/24 month warranty that would cover the full cost (parts and labor) to give her a new 8040? She is specifically complaining about the judder, but believes that there is nothing else the dealer can do.

If the warranty does NOT cover her, do we have an approved procedure for an engineering investigation to replace her clutch/trans with engineering $? I'm mindful of TREAD act...

**Craig Renneker**
Chief Engineer – Front-wheel-drive A/T & D/L Systems
Transmission & Driveline Engineering
Ford Motor Company
Phone: 248-345-1180

---

**From:** Berardi, Michael (M.A.)
**Sent:** Wednesday, May 24, 2017 8:05 AM
**To:** Renneker, Craig (C.M.)
**Subject:** Re: Replacing transmission on out-of-warranty vehicle for engineering feedback

Actually she may be in warranty as I think we have 2 year/24 month warranty for Service Parts. Are you sure she had a new 8040 put in last year and already has 24,000 miles on it?

Sent from my IPad

Mike Berardi
Global Director
Service Engineering Operations
Ford Customer Service Division
On May 23, 2017, at 2:05 PM, Renneker, Craig (C.M.) <crenneke@ford.com> wrote:

> Mike;
> Barb Samardzich put us in contact with a customer with a high-mileage Ford Focus with a juddery clutch. She had her clutch replaced at 80,000 miles and has 104,000 miles today, still complaining about the clutch. This would be an opportunity for us to get specific feedback from a picky customer on the efficacy of the new 8040 clutch material. As she is outside the warranty period, the current FSA does not apply.
>
> Our team is willing to fund the work to get the clutch back for analysis and to get feedback from the customer.
>
> Can you advise me on how we could proceed with this within our existing guidelines?
>
> **Craig Renneker**
> Chief Engineer – Front-wheel-drive A/T & D/L Systems
> Transmission & Driveline Engineering
> Ford Motor Company
> Phone: 248-345-1180