# EXHIBIT 11

| | |
|---|---|
| **From:** | Graves, Jonathan (J.) <JGRAVE39@ford.com> |
| **Sent:** | Friday, March 10, 2017 3:30 PM |
| **To:** | Overla, Gregory (G.J.) <goverla@ford.com> |
| **Subject:** | FW: MAM DTC fault code effect on customer |

**EXHIBIT 11-1**

---

FYI. Matt is going to Australia next Friday to work with the team in AP to prepare for a governmental review of the effectiveness of 15B22. I told him any communication with the govt. should be routed through us because the AUS team does not have the experience or technical knowledge of the overt software. We'll talk Monday.

Thanks,

Jon Graves
DPS6 Transmission Systems
Cell: 313.580.1617

---

**From:** Fyie, Matthew (M.L.)
**Sent:** Friday, March 10, 2017 2:55 PM
**To:** Graves, Jonathan (J.)
**Subject:** FW: MAM DTC fault code effect on customer

Jonathan – I talked to you and Gary at the end of last year about this a little bit to get myself up to speed.  Are you available Monday to have a quick conversation about this?  I can explain why this is being done and what we're hoping to determine.  Let me know if that works for you and if I can check your calendar to schedule a quick 15-minute phone call.

Thanks!

## Matt Fyie

Design Analysis Engineering
Cell: 313-805-8992
mfyie@ford.com

---

**From:** Cruse, Mark (M.)
**Sent:** Thursday, March 09, 2017 7:27 PM
**To:** Czubek, Mariusz (M.) <mczubek2@ford.com>; Fenech, Michael (A.J.) <mfenech1@ford.com>; Fyie, Matthew (M.L.) <mfyie@ford.com>
**Subject:** RE: MAM DTC fault code effect on customer

Hi Matt, do you know Jonathon and if you do could you have a chat to him about our efforts to demonstrate the success of the 15B22 cal.

regards,
Cruser

---

**From:** Graves, Jonathan (J.)
**Sent:** Friday, 10 March 2017 1:37 AM
**To:** Czubek, Mariusz (M.)
**Cc:** Overla, Gregory (G.J.)
**Subject:** RE: MAM DTC fault code effect on customer

Hi Mariusz,

15B22 was released to satisfy NHTSA recall requirements and updates each vehicle to Overt Software for early detection of solder cracks.

P0606 is the only code that intentionally degrades vehicle function by disabling 5th and 6th gear to encourage the customer to contact a dealer as soon as possible. All other loss of function would be a consequence of the hardware failure mode and would vary depending on what the exact failure was.

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

Pardon my asking again, but what do you hope to gain with this analysis? I'm not sure this is value added work and I would like to ascertain your intended outcome before we move forward any further.

Thanks,

Jon Graves
DPS6 Transmission Systems
Cell: 313.580.1617

---

**From:** Czubek, Mariusz (M.)
**Sent:** Wednesday, March 08, 2017 6:34 PM
**To:** Graves, Jonathan (J.)
**Cc:** Munson, Wendy (W.); Nichols, Gary (G.S.); Fenech, Michael (A.J.); Cruse, Mark (M.); Overla, Gregory (G.J.)
**Subject:** RE: MAM DTC fault code effect on customer

Hi Jonathan,

We are trying to have a view of 15B22 MAM Reflash effectiveness.

Customer's car is re-flashed with new software (at 15B22) to introduce early MIL warning light to come up and hopefully prevent them "getting stuck"
MIL comes up due to various codes.
We wanted to understand what did it mean when any of these codes came up.  What sort of degradation of a function would have been noticed by the customer?
We would then try to search through our data and knowing the codes history detected, we could tell what customer found.

I hope this helps,
Thank You
Kind Regards,
Mariusz Czubek
Ford AP Warranty Spend Reduction Group – FSA & RSA Projects

---

**From:** Graves, Jonathan (J.)
**Sent:** Thursday, 9 March 2017 12:44 AM
**To:** Czubek, Mariusz (M.)
**Cc:** Munson, Wendy (W.); Nichols, Gary (G.S.); Fenech, Michael (A.J.); Cruse, Mark (M.); Overla, Gregory (G.J.)
**Subject:** RE: MAM DTC fault code effect on customer

Mariusz,

Gary has moved to another group, Greg Overla is the new DPS6 Systems supervisor.

What is the background on this? These look like the DTCs from the 14M02 FSA.

Thanks,

Jon Graves
DPS6 Transmission Systems
Cell: 313.580.1617

---

**From:** Czubek, Mariusz (M.)
**Sent:** Tuesday, March 07, 2017 8:36 PM
**To:** Graves, Jonathan (J.)
**Cc:** Munson, Wendy (W.); Nichols, Gary (G.S.); Fenech, Michael (A.J.); Cruse, Mark (M.)
**Subject:** MAM DTC fault code effect on customer

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

Hi Team,

Your urgent assistance is required.

Need to understand which MAM DTC's listed below, cause the following concerns

- Intermittent no start
- Intermittent loss of transmission engagement while driving (transmission neutralises)
- Intermittent loss of power (limp home mode – loss of performance)
- Message centre message "Hill Start Assist is Not Available" or "Parking Aid Malfunction/Service is Required"
- The transmission PRNDL/S gear selection indicator on the instrument cluster flashes.

DTC's in question are;
U0100, U0101, U1013, P0606, P0805, P087A, P090B, P090C, P0901, P0902, P2831, P2832, P2835, P2836, P2837, P285C, P285D, P285E, P2861, 2862.

For clarity could you please insert the DTC's into all applicable columns in the table below.

| No Start | Loss of drive | Limp home | No HSA or PA | PRNDL/S Flashing |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

Thanks,

Kind regards,

Mariusz Czubek
Ford AP Warranty Spend Reduction Group – FSA & RSA Projects