# EXHIBIT 12

CASE NUMBER: CAS-2817616-L9Z2D4     STATUS: Resolved
OPEN: 07-16-2013      CLOSED: 07-31-2013      BUS UNIT NAME: CRC
RESPONSEAMN: Tier 1 Inbound      COMMUNICATIO: Phone      INQ CODE: n/a
CASECLASSLV1234: Vehicle Concern | FIN Assist Request | CLP / Lincoln Loyalty Criteria | Has been to Dealer
DEALER NAME: Bob Thomas Ford, Inc.
PA CODE: 03691      DLR SALES CD: 13200      REGION: N1      ZONE: A02

VIN: 1FADP3K23DL148652     MODEL YEAR: 2013     MODEL: FOCUS     MILEAGE: 498
BODY STYLE: P3K - SE 5DR HATCH

LAST NAME  MIDDLE  FIRST:  | |
ADDRESS:
CITY  STATE  ZIP:  NORTH HAVEN |  | 06473
HOME PHONE:

SYMPTOMS: Driving Performance | Hesitates/Stumble | Acceleration | Always

ANALYSTNAME: Carrie Porhammer      OPENANALYSTI: Tishana Taylor

ACTIONS: 07-16-2013 03:52:39 pm Transfer / Escalate 07-18-2013 01:01:07 pm CLOSE CASE 07-18-2013 07:58:02 pm F/U to see if Cust has had new Diag done at another Dlr. 07-18-2013 07:58:33 pm F/U to see if Cust has had new Diag done at another Dlr. 07-18-2013 12:59:28 pm Transfer / Escalate 07-26-2013 02:21:05 pm F/U to see if Cust has had new Diag done at another Dlr. 07-30-2013 05:14:18 pm CALL From - REDACTED 07-31-2013 07:47:42 pm Case Resolution 07-31-2013 07:48:06 pm Close Case

COMMENTS: 07-16-2013 03:53:51 pm CUST SAYS:..---------------------------------------------- ..*BROUGHT A CAR NINE DAYS AGO ..*IN LOW SPEED THE VEH MAKES A GARGLING SOUND ..*THE VEH BUCKS IN BETWEEN FIRST AND SECOND GEAR ..*WENT FOR A RIDE WITH THE TRANSMISSION MAN AT THE DLR AND WAS TOLD THAT THIS VEH IS WORKING UNDER NORMAL OPERATING CONDITIONS ..*THE CUST LOVES HIS VEH BUT JUST WANTS IT TO RUN PROPERLY ..*CUST DID NOT LIKE THE ANSWER THE DLR GAVE SO THE DLR TOLD HIM TO CALL CRC ..*THEY DID NOT HOOK THE VEH UP TO ANY MACHINES ..*CUST FEELS LIKE IF THE VEH IS NOT FIXED THEN HE DOES NOT WANT THE VEH ..CRC SAYS:..----------------------------------------------..*I will escalate your case/request to the Service Manager at your dealership. The Service Manager will work with their assigned Ford Customer Service Manager to ensure that all resources available through Ford Motor Company are utilized to assist you.  You can expect a call from the Service Manager at your dealership or from the Ford Regional Customer Service Manager within 4 business days.  We encourage you to stay in touch with your Service Manager for updates regarding your case.  The case number that I have established for you today is CAS-2817616-L9Z2D4. 07-18-2013 01:01:26 pm CUSTOMER BOUGHT A FOCUS WITH THE POERSHIFT TRANSMISSION AND DOES NOT LIKE THE "NORMAL CHARACTERISTICS" OF PERFORMANCE / WANTS TO SPEAK TO A MANGER 07-18-2013 07:47:46 pm Sup OBC to Cust- Cust not happy with veh. Veh bucks and has issues since 300 miles. Will take to another Dlr and have diag done. Cust expressed that he is worried about this being a normal operating characteristic and that he does not like this characteristic. Cust will take veh to another Dlr. ACOM asked Cust if he would like assistance getting appointment, Cust declined. ACOM gave direct contact info and will follow up with Cust 7/26. Cust advised to CB if he needs assistance. 07-18-2013 12:46:25 pm 2013 FORD FOCUS..498 MILES ..WSD 7/6/2013 ....OBC to SM JOHN ADVISED THE VEHICLEIS OPERATING AS DESIGNED / AUTOMATIC MANUAL TRANSMISSION SHIFT  // OBC TO REDACTED / REDACTED ADVISED TO CALL CELLPHONE REDACTED /  CSM CALLED CUSTOMER WHO ADVISED THAT HE DID NOT PURCHASE A MANUAL TRANSMISSION AND IF HE WANTED ONE THAT'S WHAT HE WOULD HAVE BOUGHT / CUSTOMER TRADED IN A PERFECTLY GOOD AUTOMATICE TRANSMISSION FOR THIS VEHICLE AND IT DID NOT DRIVE LIKE IT DOES NOW THE FIRST 300 MILES / CUSTOMER WANTS TO KNOW WHAT FOR D IS GOING TO DO ABOUT HIS SITUATION / CSM ADVISED SINCE THE VEHICLE IS OPERATING AS DESIGNED AND THERE IS NO MANUFACTURING DEFECT THERE IS NOTHING MORE SHE CAN DO FOR HIM / CSM OFFERED A 2ND OPINION BUT IF IT IS DETERMINED THERE IS NOTHING MORE GOING ON THEN THERE IS NOTHING CSM CAN DO ABOUT THE CONCERN / CUSTOMER WANTS HIS CALL ESCALATED TO A MANGER / CUSTOMER WANTS TO KNOW IF HE IS ECSPECTED  TO WAIT UNTIL THERE IS A CLASS ACTION SUIT TO SUE FORD / CSM CANNOT COMMENT OR GIVE LEGAL ADVICE ../ CUSTOMER ASKED CSM TO ESCALATE HIS CALL TO THE NEXT LEVEL 07-26-2013 02:18:30 pm CSM REDACTED CALLED CUSTOMER AT REDACTED / LEFT VM ADVISING CSM IS F/U TO SEE IF THE CUSTOMER TOOK THE VEHICLE FOR A 2ND OPINION AND IF HE NEEDS ANY FURTHER ASSISTANCE / SETTING F/U 7/31 07-30-2013 05:27:29 pm -OTHER DAY TRANSMISSION DIDN'T CATCH AS PULLING OUT into traffic AND ALMOST GOT INTO AN ACCIDENT...-S/A NOTICED TWO PLUGS THAT WERE LOOSE TIGHTENED THEM BUT DID NOT FEEL A DIFFERENCE..-S/A NOTICED NOISE AND BUCK AS WELL....-wants to put in request to speak with COM again. ..-speaking with a lawyer and attorney general 07-30-2013 05:35:08 pm csm jackie called mr sudac at his cellphone REDACTED / customer took the vheicle to Bob Thomas Ford / customer has a focus and the dlr advised this is normal characteristic for the vehicle / customer has contacted his lawyer and the attorney general / customer does not want the vehicle anymore / csm advised that she ther eo assist with getting the vehicle repaired / csm wants to speak to the dlrshp to see what their opinion is and will have COM Carrie call him back / customer thanked csm 07-30-2013 05:46:38 pm CSM SPOKE TO S/A MATT AT BOB THOMAS FORD (203) 281-7500  WHO ADVISED THAT THEY FOUND 2 SSMS AND THEY CKD BOTH / COULD NOT VERIFY ANY OF HIS ISSUES TODAY / THEY FOUND 2 SSM AND NEITHER WERE A PROBLEM / 1180 MILES ON VEHICLE / CUSTOMER HAS NOT HIT THE BREAK-IN PERIOD FOR THE VEHICLE AND THEY ADVISED THE

CASE NUMBER: CAS-2819013-Q2M0P7        STATUS: Resolved
OPEN: 07-16-2013        CLOSED: 07-26-2013        BUS UNIT NAME: CRC
RESPONSETEAMN: Tier 1 Email        COMMUNICATIO: Email        INQ CODE: n/a
CASECLASSLV1234: Vehicle Concern | Repair Assistance | CCT Criteria |
DEALER NAME: Frank Jackson Sandy Springs Ford
PA CODE: 07815        DLR SALES CD: 21002        REGION: S1        ZONE: A05

VIN: 1FADP3F24DL161064        MODEL YEAR: 2013        MODEL: FOCUS        MILEAGE: 10719
BODY STYLE: P3F - SE 4DR SEDAN

LAST NAME MIDDLE FIRST:  |  |
ADDRESS:
CITY STATE ZIP:  SANDY SPRINGS | GA | 30350
HOME PHONE:

SYMPTOMS: Driving Performance | Hesitates/Stumble | Acceleration | OTHER

ANALYSTNAME: Jody Brown        OPENANALYSTI: crmapppool DI

ACTIONS: 07-16-2013 06:11:20 pm Vehicle Service Issues 07-16-2013 11:52:30 pm Ford Motor Company CRM:02851000000525 07-16-2013 11:53:49 pm Transfer / Escalate 07-17-2013 04:18:13 am Re: Ford Motor Company CRM:02851000000525 07-18-2013 01:10:52 pm ████████, veh to dlr? 07-22-2013 12:57:18 pm Did cust take veh back to dlr for test drive? 07-26-2013 03:29:48 pm Close Case 07-26-2013 03:30:03 pm Case Resolution

COMMENTS: 07-16-2013 11:52:12 pm CAS-2819013-Q2M0P7.-HAS TAKEN VEH BACK TO DLR 4X SINCE DRIVEN OFF THE LOT..-HAS ISSUE WITH ACCELERATION..-VEH SHUTTERS AFTER A STOP AND BEGIN TO ACCELERATE..-VEH WOULD NOT ACCELERATE WHEN IT SUPPOSE TO..-HAPPENED 3 X..-HESITATES WHEN A/C IS ON AND WOULD NOT FUNCTION PROPERLY..-DLR SAID HAS NOT PROBLEMS EVERY TIME IT IS CHECKED.-ONE INCIDENT ALMOST CAUSED AN ACCIDENT..-WOULD LIKE TRANS AND ENGINE LOOKED AT TO PINPOINT MALFUNCTIONS ..-WOULD LIKE TO KNOW IF THERE ARE RECALLS....FRANK JACKSON SANDY SPRINGS FORD..7555 ROSWELL ROAD..ATLANTA, GA 30350..(770) 677-0700 ..07815....C/W:..REDACTED ████████████ REDACTED ████████████..========================..PHRASEOLOGY::I WILL ESCALATE YOUR CASE/REQUEST TO OUR FORD REGIONAL CUSTOMER SERVICE MANAGER WHO WORKS DAILY WITH YOUR DEALERSHIPS MANAGEMENT TEAM (HIS/HER NAME IS..).  THE FORD REGIONAL CUSTOMER SERVICE MANAGER HAS ACCESS TO ALL FORD RESOURCES AND WILL USE THESE RESOURCES TO ASSIST YOU AND YOUR DEALERSHIP REGARDING YOUR SITUATION.  THE FORD REGIONAL CUSTOMER SERVICE MANAGER WILL RECEIVE THE INFORMATION YOU HAVE JUST PROVIDED ME AND WILL DO A THOROUGH REVIEW ON YOUR BEHALF.  YOU CAN EXPECT A PHONE CALL FROM YOUR CUSTOMER SERVICE MANAGER WITHIN 2 BUSINESS DAYS.   THE CASE NUMBER THAT I HAVE ESTABLISHED FOR YOU TODAY IS CAS-XXXXXXX.....========================..CRC ADVISED:..-SENT CUST EMAIL ADVISING RECALL (VEHICLE NOT INVOLVED IN CAMPAIGN) SRT AND PHRASEOLOGY ABOVE 07-18-2013 01:10:39 pm Called dlr, spoke to Karen. Veh was last at dlr on May 16th.  IDS diag passed, no problems found. I advised that cust called us and is still having some concerns. Will have cust go back to dlr to have veh test driven by the shop foreman with cust along for the ride. Then let her drive veh so he can see her driving habits.....Left VM for cust advising that Id like her to take veh back to dlr to have veh test driven by the shop foreman with her along for the ride. Then she should drive veh so he can see her driving habits.....Next attempt to reach cust set for 7/19 and she should ask for Karen at the dealership. 07-22-2013 12:57:21 pm OBC to cust. Left another VM asking cust  to take veh back to dlr for a test drive with shop foreman.  FU on 7/26 to see if she took veh back. 07-26-2013 03:29:07 pm ===== CSM MADE OBC TO DLR ==== SPOKE TO RALPH SM === ADVISED THAT THE VEH HAS NOT BEEN BROUGHT IN === THEY HAVE NOT SEEN THE VEH SINCE MAY 2013 ===== ........===== CSM CLOSING CASE === CSUT WAS LMS TO BRING THE VEH IN === CUST HAS NOT BROUGHT THE VEH IN ......==== CASE CLOSED ================
[end CAS-2819013-Q2M0P7]

CASE NUMBER: CAS-2841578-P2T2Q6        STATUS: Resolved
OPEN: 07-19-2013        CLOSED: 07-19-2013        BUS UNIT NAME: CRC
RESPONSTEAMN: Tier 1 Inbound        COMMUNICATIO: Phone        INQ CODE: n/a
CASECLASSLV1234: Vehicle Concern | Legal | Alleged Accident | Not Portal
DEALER NAME: Joe Rizza Ford, Inc.
PA CODE: 01571        DLR SALES CD: 41030        REGION: G1        ZONE: A04

VIN: 1FAHP3M26CL111074        MODEL YEAR: 2012        MODEL: FOCUS        MILEAGE: 6663
BODY STYLE: P3M - SEL 5DR HATCH

LAST NAME  MIDDLE  FIRST:  |  |
ADDRESS:
CITY  STATE  ZIP:  FOREST PARK | IL | 60130
HOME PHONE:

SYMPTOMS: Driving Performance | Hesitates/Stumble | Acceleration | OTHER

ANALYSTNAME: Renata Murray        OPENANALYSTI: Renata Murray

ACTIONS: 07-19-2013 10:15:20 pm CALL From - T1683#1 07-19-2013 10:48:16 pm Close Case 07-19-2013 10:48:26 pm Case Resolution

COMMENTS: 07-19-2013 10:48:24 pm ****CUST SAYS****..-CUST CALLED IN STATING HER VEH WAS IN AN ACCIDENT ..-CUST STATES SHE HAD TAKEN HER VEH IN FOR A CONCERN WITH VEH ACCELERATING HARD FROM A STOP..-CUST STATES WHEN SHE WAS AT A COMPLETE STOP THE VEH WOULD HESITATE TO ACCELERATE AND THEN JERK FORWARD..-CUST STATES SHE WENT TO THE DLRSHP FOR THIS CONCERN AND WHEN SHE GOT THERE THE DLR ADVISED HER SHE WAS DUE FOR A FREE OIL CHANGE..-CUST STATES SHE LEFT THE DLRSHP AND WAS STILL HAVING THE SAME CONCNERN..-CUST STATES ON THE MORNING OF 7/7/2013 ABOUT 6AM IN THE MORNING THE VEH CONCERN CAUSED HER TO HIT 2 PARKED CARS..-CUST STATES SHE CALLED THE DLRSHP AND TOLD THEM WHAT HAPPED AND THEY ADVISED HE THEY HAD FORGOTTEN TO ADDRESS THE CONCERN ..-CUST STATES SHE HAS AN APPOINTMENT WITH THE DLRSHP NEXT WEEK TO CHECK THE VEH ....1. Were any injuries sustained?..-CUST STATES SHE HAD A LIGHT WHIPLASH INJURY....            i. Please provide the first and last name of all injured parties.....2. What are you seeking from Ford Motor Company? ....        ii.  Compensation/Financial Reimbursement....            iii.  Not Sure (customer unsure of what they want from FMC)..-CUST STATES SHE IS NOT SURE JUST WANTED TO ADVISED US OF THE CONCERN AND WANTS THE VEH CHECKED FOR SAFETY ....            iv.  Nothing  called Ford to advise us of the accident/fire/.  If this is the answer and no injuries were sustained, an OGC legal case should not be run.  Follow the Feedback/Product/Negative or Positive case classification path. ....3. What was the date of the accident?..-CUST STATES 7/7/2013 AT ABOUT 6AM ....4. What product defect is alleged to have caused the accident?..-CUST STATE THE VEH ACCELERATION CONCERN CAUSED THE ACCIDENT    ....5. What is the City and State where the accident occurred?..-CUST STATES FORREST PARK, IL....6. Was a police report filed?..-CUST STATES YES ....7. If a police report was filed, what were the findings?..-CUST STATES SHE ADVISED THE POLICE OFFICER OF WHAT HAPPENED AND STATES SHE WAS GIVEN A CITATION ....8. What is the police report number and in what city/county was the report filed?..-CUST STATES THE POLICE REPORT NUMBER IS  EA021125 FORREST PARK, IL COOK COUNTY ....9. Has customer filed a claim with their Insurance Company (Y/N)?..-CUST STATES YES ....10. If a claim has been filed with the insurance company, what is the status of the claim?..-CUST STATES THE CLAIM NUMBER IS 201376335.-CUST STATES SHE HAD TO PAY DEDUCTIBLE AND VEH WAS REPAIRED ....11. Is the vehicle repairable?..-CUST STATES VEH WAS REPAIRED ....12. What is the name and address of customer's attorney (if named)?....13. At what mailing address would you like our Office of General Council to send your written response to? (agent must document full address here)..<span style="background:black;color:white">REDACTED</span> ██████████..****CRC ADVISED****..I will forward your information to Ford's Office of the General Counsel. You should receive a written response within 15 Days business days to your concern.
[end CAS-2841578-P2T2Q6]

**CASE NUMBER:  CAS-2890923-M9J8R5      STATUS:  Resolved**
**OPEN:  07-30-2013       CLOSED: 07-30-2013       BUS UNIT NAME: CRC**
**RESPONSTEAMN: Correspondence        COMMUNICATIO: Survey       INQ CODE: n/a**
**CASECLASSLV1234: Owner Communication | Survey | Customer Viewpoint | Service Comments**
**DEALER NAME: Ford of Ocala, Inc.**
**PA CODE: 02865       DLR SALES CD: 24500       REGION: S3       ZONE: A04**

**VIN: 1FADP3K20DL141996      MODEL YEAR: 2013      MODEL: FOCUS      MILEAGE:**
**BODY STYLE: P3K - SE 5DR HATCH**

**LAST NAME  MIDDLE  FIRST:   |  |**
**ADDRESS:**
**CITY  STATE  ZIP:   OCALA | FL | 34482**
**HOME PHONE:**

**SYMPTOMS: Start/Run/Move | Moving | Downshift Quality | OTHER**

**ANALYSTNAME: Marie Glaou          OPENANALYSTI: ford prdload1**

**ACTIONS: 07-30-2013 05:44:24 pm Close Case 07-30-2013 05:44:24 pm Case Resolution 07-30-2013 05:54:51 am Case Resolution**
**08-07-2013 05:21:25 pm CALL From - T10413#1**

**COMMENTS: 07-30-2013 05:39:16 pm SERVICE SURVEY 7/25/2013 ***CUST SAYS***..-DLR TOLD HER THE PROBLEM HE IS HAVING WITH**
**HIS VEH IS NORMAL..-NEARLY CAUSED AN ACCIDENT AFTER LEAVING DLRSHIP..-THE CAUSE WAS A SHIFTING DOWN WHEN**
**CHANGING LANES ON THE FREEWAY....***************CRC ADVISED**************...-SENT A CALL CRC FEEDBACK LETTER..-NEXT CRC:**
**PLEASE REVIEW THE CUSTOMER'S CONCERNS = ADVICE/ASSIST ACCORDINGLY 07-30-2013 05:44:04 pm   07-30-2013 05:54:52 am**
**08-07-2013 06:34:22 pm ----CUST SAYS----..*CUST CALLING IN ABOUT CASE ..*TO GET ANY MORE INFO ..*JUST WANTED TO MAKE**
**SURE WE GOT EVERYTHING DOCUMENTED ..----CRC SAYS-----..*ADVISED CUST HIS FEEDBACK WAS DOCUMENTED**
**[end CAS-2890923-M9J8R5]**

CASE NUMBER: CAS-2911435-G6X0R7          STATUS: Resolved
OPEN: 08-02-2013          CLOSED: 09-17-2013          BUS UNIT NAME: CRC
RESPONSTEAMN: Tier 1 Email          COMMUNICATIO: Email          INQ CODE: n/a
CASECLASSLV1234: Vehicle Concern | Buyback Request | Non-California Vehicle | CCT Criteria
DEALER NAME: Kings Ford Inc
PA CODE: 01970          DLR SALES CD: 47016          REGION: G3          ZONE: A01

VIN: 1FAHP3F21CL233838          MODEL YEAR: 2012          MODEL: FOCUS          MILEAGE: 34322
BODY STYLE: P3F - SE 4DR SEDAN

LAST NAME MIDDLE FIRST:  |  |
ADDRESS:
CITY STATE ZIP:  LIBERTY TWP |  | 45011
HOME PHONE:

SYMPTOMS: Start/Run/Move | Fluids | Transmission | OTHER

ANALYSTNAME: James Willard          OPENANALYSTI: crmapppool DI

ACTIONS: 08-02-2013 04:47:09 am Vehicle Service Issues 08-03-2013 10:46:51 pm Ford Motor Company CRM:02690000001983 08-03-2013 10:49:03 pm Transfer / Escalate 08-05-2013 02:45:13 pm Schedule Follow-Up 08-08-2013 06:03:47 pm Schedule Follow-Up 08-12-2013 06:13:05 pm Schedule Follow-Up 08-14-2013 03:31:41 pm Schedule Follow-Up 08-15-2013 07:21:39 pm Schedule Follow-Up 08-26-2013 06:45:43 pm Schedule Follow-Up 08-30-2013 02:15:07 pm Schedule Follow-Up 09-06-2013 03:34:40 pm Schedule Follow-Up 09-12-2013 01:57:58 am Re: Ford Motor Company CRM:02690000001983 09-17-2013 02:04:24 pm Close Case 09-17-2013 02:07:24 pm Case Resolution

COMMENTS: 08-03-2013 10:46:36 pm CAS-2911435-G6X0R7..****..CUST SAYS:..- VEH HAS BEEN TO THE DLRSHP SEVERAL TIMES FOR TRANSMISSION ISSUES AND RECALL ISSUE..- BROUGHT VEH HOME TODAY FROM A DIFFERENT FORD SERVICE DEPT..- SEEKING BUYBACK FOR THE VEH..***********..DLR INFO:..Kings Ford Inc...9555 Kings Automall Road..Cincinnati, OH 45249..(888) 495-4647 ..****..CRC ADVISED:..- MODIFIED PHRASEOLOGY..- ESCALATED TO CCT FOR MULTIPLE REPAIRS 08-05-2013 02:45:09 pm 2012 FOCUS, 34,322 MILES, 2.0L I4 DI TIVCT Petrol 160PS, WARRANTY START DATE: 26-NOVEMBER-2011..USA 2012 BASIC MAINT 24/30K-GAS 7.5K-$42 REIMB..1 MAJOR REPAIR (CLUTCH PAK)..LTV 62..OBC TO DEALER SPOKE WITH ED== VEHICLE HAS NOT BEEN IN SINCE APRIL== OBC TO CUSTOMER==LEFT V/M MESSAGE WITH CONTACT INFORMATION==SET F/U 8/7 08-08-2013 06:03:15 pm OBC TO CUSTOMER LEFT V/M MESSAGE WITH CONTACT INFORMATION ==SET F/U 8/9 08-12-2013 06:12:14 pm OBC TO CUSTOMER  WRONG NUMBER == CALLED DEALER FOR  CORRECT NUMBER REDACTED == OBC TO CUSTOMER LEFT V/M MESSAGE WITH CONTACT INFORMATION ==SET F/U 8/13 08-14-2013 03:30:13 pm OBC TO CUSTOMER LEFT V/M MESSAGE WITH CONTACT INFORMATION ==SET F/U 8/15 08-15-2013 07:21:10 pm 2012 FOCUS, 34,322 MILES, 2.0L I4 DI TIVCT Petrol 160PS, WARRANTY START DATE: 26-NOVEMBER-2011..USA 2012 BASIC MAINT 24/30K-GAS 7.5K-$42 REIMB..1 MAJOR REPAIR (CLUTCH PAK)..LTV 62..OBC TO CUSTOMER == STILL DOING THE SAME THING == RPMS WILL GO UP BUT CAR WOULD NOT GO== SAID STALLS AND HESSITATES== HAPPENS OFTEN == EVERY DAY== OBC TO KINGS FORD == SPOKE WITH ED ASKED IF CUSTOMER CAN COME IN AND DROP OFF DRIVE HER VEHICLE FOR A COUPLE OF DAYS== ADVISED THAT FMC WILL PAY FOR A RENTAL FOR A COUPLE OF DAYS == OBC TO CUSTOMER ADVISED TO DROP OFF VEHICLE ON TUES 8/20 == ASK FOR ED== SET F/U 8/23 08-26-2013 06:43:47 pm OBC TO DEALER LEFT V/M MESSAGE FOR AN UPDATE ON CASE==SET F/U 8/29 08-30-2013 02:15:00 pm OBC TO DEALER SPOKE WITH ED SAID THE VEHICLE IS RUNNING NORMAL == OBC TO CUSTOMER SAID DOES NOT AGREE == DOES NOT  FEEL SAFE IN THE VEHICLE== ADVISED TO BRING TO THE DEALER TO RIDE WITH S/M == OBC TO DEALER WHILE CUSTOMER IS ON THE PHONE SPOKE WITH S/M MATT SAID WOULD BE HAPPY TO RIDE WITH THE CUSTOMER TODAY IF SHE LIKE == IF NOT TODAY TO CALL AND SET SOMETHING UP== SPOKE WITH CUSTOMER AND ADVISED == CUSTOMER SAID SHE CANNOT COME IN TODAY BUT WILL SET SOMETHING UP NEXT FRIDAY== SET F/U 9/6 09-06-2013 03:33:00 pm  OBC DLR SPOKE TO MATT S/M SAID THAT CUST HAS NOT COME IN YET. ..**OBC CUST  HAS NOT BEEN TO DLR  FEELS LIKE SHE IS WASTING HER TIME. FEELS LIKE SHE IS ALWAYS ALMOST IN AN ACCIDENT.  HOPING TO BE OFF NEXT FRIDAY AND MAY BRING IT IN THEN. ADV THAT SHE WORK WITH MATT AND ASK ALL THE QUESTIONS SHE HAS ABOUT THE VEHICLE, ASK FOR DRIVING HINTS AND TO HAVE THE TRANSMISSION EXPLAINED TO HER AGAIN. F/U 9/17 09-17-2013 02:04:56 pm IBC FROM DEALER SPOKE WITH S/M MATT SAID CUSTOMER HAS NOT COME BACK  OR CALLED == CLOSING CASE UNTIL CUSTOMER RETURNS
[end CAS-2911435-G6X0R7]

CASE NUMBER: CAS-2914500-T1P6V4        STATUS: Resolved
OPEN: 08-02-2013        CLOSED: 08-15-2013        BUS UNIT NAME: CRC
RESPONSEAMN: Tier 1 Inbound        COMMUNICATIO: Phone        INQ CODE: n/a
CASECLASSLV1234: Vehicle Concern | Buyback Request | Non-California Vehicle | CCT Criteria
DEALER NAME: Marshal Mize Ford Inc
PA CODE: 00387        DLR SALES CD: 21201        REGION: S1        ZONE: A04

VIN: 1FADP3E23DL330718        MODEL YEAR: 2013        MODEL: FOCUS        MILEAGE: 2850
BODY STYLE: P3E - S 4DR SEDAN

LAST NAME  MIDDLE  FIRST:  | |
ADDRESS:
CITY  STATE  ZIP:  SODDY DAISY | | 37379
HOME PHONE:

SYMPTOMS: Driving Performance | Engine Surge | Cruise/ Steady Speed | Intermittent

ANALYSTNAME: Tracy Tate        OPENANALYSTI: Stephanie Colo

ACTIONS: 08-02-2013 03:42:38 pm CALL From - REDACTED 08-02-2013 04:01:34 pm Transfer / Escalate 08-06-2013 07:26:39 pm 08/08,
REVIEW THL, F/U WITH S/M, CUST F/U ON 08/09 08-06-2013 12:47:20 pm 08/06 08-08-2013 05:31:55 pm 08/09 F/U WITH S/M RE: FSE AND
CUST 08-08-2013 06:00:46 pm 08/15 08-15-2013 07:02:15 pm Close Case 08-15-2013 07:02:35 pm Case Resolution

COMMENTS: 08-02-2013 04:00:31 pm LTV: 63..ESP: 72/100000 PREMIUMCARE W/ROADSIDE ..===..**ISSUES**..EVEN THOUGH THIS IS
THE FIRST TIME I HAVE TAKEN VEH IN FOR THIS REPAIR I HAVE MENTIONED IT TO THE DLRSHP SEVERAL TIMES BUT THEY WOULD
NOT EVEN LOOK AT VEH UNTIL IT HAD  2500..PROBLEM STARTED RIGHT AFTER I PURCHASED BUT THEY SAID I HAD TO HAVE A
BREAK IN PERIOD..VEH HESITATES AT ACCELERATION..AND WHEN YOU DO ACCELERATE AND PUT SOME FORCE INTO THE ENGINE
IT WOULD SURGE..THIS HAS CAUSE ME TO ALMOST HAVE AT LEAST ONE MAJOR ACCIDENT..THERE IS ALSO A GRINDING NOISE
FROM THE DRIVERS FRONT END..ALSO THE VEH WILL ROLL BACK WHEN YOUR AT A STOP WHEN ON AN INCLINE..THERE ALSO A
CLICKING NOISE..ALL THIS EXCEPT THE HESITATIONS IS INTERMITTENT..SOMETIMES WHEN IDLING AT STOP LIGHT OR SIGN IT
FEELS LIKE IT'S GOING TO DIE..I DIDN'T PURCHASE A VEH THAT HAS CHARACTERISTICS OF A MANUAL VEH I WAS NEVER MADE
AWARE OF THESE THINGS..NOW I HAVE A FEAR OF DRIVING THE VEH..THE VEH WILL HAVE TO DO A SOFTWARE UPDATE WHICH
TECH TOLD ME THERE WILL NEED TO BE ANOTHER BREAK IN PERIOD..IF WE HAVE TWO DIFFERENT PEOPLE DRIVING VEH SO VEH
THEN HAS TO REPROGRAM TO THE DRIVER OF THE TIME..VEH AT DLRSHP..WANTS BUYBACK AND CONSIDERATION FOR EXTRA
EXPENSES THAT THIS HAS CAUSED ME....=======..**DLR**..Marshal Mize Ford, Inc...5348 Hwy 153..Chattanooga, TN 37343..(423)
875-2023       ....=====..**CRC ADV**..I will escalate your case/request to our Ford Regional Customer Service Manager who works daily
with your dealerships management team Tracy.  The Ford Regional Customer Service Manager has access to all Ford resources and will
use these resources to assist you and your dealership regarding your situation.  The Ford Regional Customer Service Manager will
receive the information you have just provided me and will do a thorough review on your behalf. You can expect a phone call from your
Customer Service Manager within 2 business days.   The case number that I have established for you today is
CAS-2914500-T1P6V4....Ford's commitment is to honor the new vehicle limited warranty this does not guarantee that Ford will buyback
your vehicle.....BEST CONTACT NUMBER: REDACTED 08-06-2013 05:54:13 pm CSM TRACY 77780 = CSM OB TO S/M = P0507, WAS
CLEARED, ASKED TO REDRIVE, HAS NOT COME BACK, NOW THL WANTS TO RUN EVAP TEST BUT VEHICLE HAS TOO MUCH FUEL
FOR THE TEST, NEEDS TO BE 75 PERCENT, S/M WILL PERFORM SMOKE TEST, CSM OB TO CUST AT REDACTED = CSM ADVISED
CUST OF CASE NOTES = CUST STATES OVER THE WEEKEND, SOMETIMES WHEN TURNING STEERING WHEEL, SEEMS TO BE A NOISE
SIMILIAR TO WHEN POWER STEERING FLUID IS LOW = CUST STATES TOOK IN ON FRIDAY, AND SCHEDULED FOR VEHICLE TO COME
IIN TODAY FOR A SOFTWARE UPDATE= CUSTOMER MENTIONED THE NOISE FROM THE STEERING ALSO = CUST STATES HAS
CONCERNS WHEN THEY PURCHASED THE VEHICLE, CUST WAS NOT AWARE OF HOW THE TRANS PERFORMED, STATES NEVER
DISCLOSED TO HIM DURING PURCHASE, HESITATION/ACCEL IS THE NUMBER ONE CONCERN FOR THE CUSTOMER = CUST STATES
HE WAS TOLD THAT THERE WILL ALSO BE A RELEARN PROCESS AFTER THIS VISIT = CUST STATES WAS TOLD ABOUT A RELEARN
PROCESS = WORRIED ABOUT WEAR AND TEAR ON TRANS AS WELL AS PRESENT CONCERNS = LOVES THE VEHICLE ONCE IT GETS
OVER 40 MPH = CUST STATES TIER ONE MENTIONED A BUYBACK PROGRAM = CUSTOMER IS IN A DODGE AVENGER RENTL
=THROUGH ENTERPRISE, NEEDS SOMETHING SMALLER = CSM TO F/U WITH S/M ON 08/08, WITH CUST -08/09 08-06-2013 12:46:51 pm
CSM TRACY 77780 = 2013 FOCUS = 1FADP3E23DL330718 = 2850 MILES = ORIGINAL = HAS ESP PREM = WSD 05/27/2013 = 2013 FOCUS =
MARSHALL MIZE SELLING DEALER = NON AWS = 08-08-2013 05:32:30 pm CSM TRACY 77780 -  IB FROM S/M = STATES A FSE WILL BE
OUT TO SEE VEHICLE ON 08/09 = CSM OB TO CUST AT REDACTED STATES DEALER SPOKE WITH CUST ON 08/08 = CUST STATES
S/A SPOKE WITH CUST AND SAID THE DLR HAD A SPECIALIST TECH THAT WORKS ON FOCUS = THOUGHT MAYBE THEY FELT A
HESITATION OR SLIPPAGE = CUST BELIEVES VEHICLE WILL ONLY PERFORM THE CONCERN WHEN VEHICLE ON THE ROAD FOR A
WHILE  AND HAS TIME TO WARM UP OR GET HOT = CUSTOMER STATES THAT HE WAS NOT AWARE THAT HE BOUGHT A VEHICLE
WITH THIS TYPE OF TRANSMISSION = CUST WANTS TO SHOW FSE WHAT HE IS FEELING IN THE VEHICLE, BUT CSM ADVISED IN
MOST INSTANCES THE FSE LIKES TO HAVE AN UNBIASED REVIEW OF THE VEHICLE BASED ON THE DEALERSHIP DIAG= CSM TO F/U

**CASE NUMBER: CAS-2941891-P5D3R5      STATUS: Resolved**
**OPEN: 08-07-2013       CLOSED: 08-07-2013       BUS UNIT NAME: CRC**
**RESPONSTEAMN: Tier 1 Inbound      COMMUNICATIO: Phone      INQ CODE: n/a**
**CASECLASSLV1234: Vehicle Concern | Legal | Alleged Accident | Not Portal**
**DEALER NAME:**
**PA CODE:      DLR SALES CD:      REGION:      ZONE:**

**VIN: 1FADP3F29DL118887      MODEL YEAR: 2013      MODEL: FOCUS      MILEAGE: 3300**
**BODY STYLE: P3F - SE 4DR SEDAN**

**LAST NAME  MIDDLE  FIRST:  | |**
**ADDRESS:**
**CITY  STATE  ZIP:  ROANOKE | | 24014**
**HOME PHONE:**

**SYMPTOMS: Driving Performance | Engine Surge | At Idle | OTHER**

**ANALYSTNAME: Seth Cassie      OPENANALYSTI: Seth Cassie**

**ACTIONS: 08-07-2013 08:52:59 pm Close Case 08-07-2013 08:54:18 pm Case Resolution**

**COMMENTS: 08-07-2013 08:53:34 pm ---cust says---..I was sitting in a parking lot with the engine running but the car was in park. my sister was getting out of the car and it lurched forward and the door broke her finger. I need FMC to buy this car off of me because I can't drive a car that moves on it's own.....1. Were any injuries sustained?..yes samantha curtis..          i.  Please provide the first and last name of all injured parties.....2. What are you seeking from Ford Motor Company? ....          ii.  Compensation/Financial Reimbursement....          ....3. What was the date of the accident?..8/4/2013..4. What product defect is alleged to have caused the accident? car lurched forward causing finger to be broken....5. What is the City and State where the accident occurred?..vinton, va..6. Was a police report filed?..no..7. If a police report was filed, what were the findings?....8. What is the police report number and in what city/county was the report filed?....9. Has customer filed a claim with their Insurance Company (Y/N)?..no..10. If a claim has been filed with the insurance company, what is the status of the claim?....11. Is the vehicle repairable?..no damage to car..12. What is the name and address of customer's attorney (if named)?....13. At what mailing address would you like our Office of General Council to send your written response to? (agent must document full address here** REDACTED **....--crc advised---..I will forward your information to Ford's Office of the General Counsel. You should receive a written response within 15 Days business days to your concern.**
**[end CAS-2941891-P5D3R5]**

CASE NUMBER: CAS-2942623-V4S2S9        STATUS: Active
OPEN: 08-07-2013        CLOSED: 08-29-2013        BUS UNIT NAME: MSS360
RESPONSETEAMN: Tier 1 Inbound        COMMUNICATIO: Phone        INQ CODE: n/a
CASECLASSLV1234: Vehicle Concern | FIN Assistance Request | CCT Criteria |
DEALER NAME: Cavenaugh Ford Lincoln, LLC
PA CODE: 10667        DLR SALES CD: 22630        REGION: C3        ZONE: A01

VIN: 1FAHP3K25CL444286        MODEL YEAR: 2012        MODEL: FOCUS        MILEAGE: 11697
BODY STYLE: P3K - SE 5DR HATCH

LAST NAME  MIDDLE  FIRST:   |  |
ADDRESS:
CITY  STATE  ZIP:   JONESBORO | AR | 72401
HOME PHONE:

SYMPTOMS: Start/Run/Move | Moving | Engagement Issues | Forward

ANALYSTNAME: Anne Stewart        OPENANALYSTI: Karen Camm

ACTIONS: 08-07-2013 10:49:27 pm CALL From - REDACTED08-07-2013 11:09:51 pm Transfer / Escalate 08-09-2013 10:11:09 pm CALL From - T6224#1 08-13-2013 11:41:41 pm CALL From - REDACTED08-13-2013 11:52:30 pm Document Missed Follow-Up 08-15-2013 10:19:10 pm CALL From REDACTED08-15-2013 10:32:33 pm Document Missed Follow-Up 08-22-2013 07:48:16 pm Schedule Follow-Up 08-22-2013 07:48:32 pm Schedule Follow-Up 08-29-2013 03:19:48 pm Case Resolution 08-29-2013 03:20:07 pm Close Case 09-17-2013 06:11:55 pm CALL From - T9639#1 09-17-2013 06:29:46 pm Re-Open Case 09-17-2013 06:31:35 pm Document Missed Follow-Up 09-24-2013 06:27:24 pm CALL From REDACTED 09-24-2013 06:35:26 pm Transfer / Escalate 09-26-2013 06:22:33 pm Schedule Follow-Up 10-01-2013 06:04:21 pm Schedule Follow-Up 10-02-2013 05:03:02 pm Schedule Follow-Up

COMMENTS: 08-07-2013 11:08:14 pm 1FAHP3K25CL444286....2012 focus..11,697....REDACTED.ltv 69..WARRANTY START DATE: 14-JULY-2012....cust:..**calling to get assistance in respect of having a rep come to dealership to assist dlrshp** ..This has been the fourth time she has had to go to dlrshp to take pics and they are too blurry every time...-No complaints on dlrshp or service dept. .....-brought my veh in for service and dlr is having trouble getting pictures to FMC...-Since I have owned the car she has had a trans/clutch issue...-Sputtering and seemed like it was going to stall out..-Because of clutch issue the veh rocked and then veh had paint issues. ..-Door handle paint is almost fading, defect in paint on front door handles. ....dlr:10667..-Cavenaugh Ford Lincoln, LLC..2000 East Highland Dr...Jonesboro, AR 72401..(870) 972-8000 ......crc:..REDACTED       ....I will escalate your case/request to our Ford Regional Customer Service Manager who works daily with your dealerships management team (his/her name is Tiffani Shackelford 53783).  The Ford Regional Customer Service Manager has access to all Ford resources and will use these resources to assist you and your dealership regarding your situation.  The Ford Regional Customer Service Manager will receive the information you have just provided me and will do a thorough review on your behalf. You can expect a phone call from your Customer Service Manager within 2 business days.   The case number that I have established for you today is CAS-2942623-V4S2S9.....**nice customer** 08-13-2013 11:52:20 pm CUST CALLED IS WANTING TO SPEAK WITH CSM BECAUSE SHE HAS NOT SPOKE TO ANYONE REGARDING THIS CONCERN SINCE HER INITIAL CALL INTO THE CRC ......CRC ADVISED THAT YOUR CSM WAS NOT AVAILABLE AND TO EXPECT A F/U CALL IN 2 BUSINESS DAYS 08-15-2013 10:31:42 pm --CUST STATES SHE HAS NOT BEEN CONTACTED BY ANYONE AT FORD IN REGARDS TO HER CASE..--CUST STATES SHE IS VERY DISAPPOINTED AS THIS IS HER FIRST EVER NEW CAR PURCHASE AND SHE WENT WITH FORD BECAUSE OF OUR PRODUCT QUALITY AND REPUTATION FOR SERVICE AND SUPPORT AFTER THE SALE..--CUST STATES SHE HAS MADE SEVERAL ATTEMPTS TO REACH CSM WITH NO SUCCESS..--CUST REQUESTING FOLLOW UP PHONE CALL FROM THE ASSIGNED CSM OR ANYONE ELSE WHO CAN ADDRESS HER CONCERNS..--DOC MISSED FOLLOW UP AND SENT EMAIL TO TL BRIAN H 08-15-2013 10:35:15 pm TL Brian --- message sent to COM adv of cust's request to speak to CSM 08-19-2013 08:48:57 pm CSM Rachel  x 77794 assisting   region ---- reviewed case ----..--Yr/model/ gas/ diesel -------- 2012 focus ..--Wsd------- 7-14-2012..--Miles------ 11697..--Ltv---------69 ...--ESP-------- no esp ..--Related Aws ------- no related aws ..--Hotline contacted for this concern---- not hotline ..--Tsb/ssm for this concern ----- 13-4-5...--obc to customer  lvm advised on who I was and reason for my call  a dvised that csm will try again tomorrow  ......customer complaint s....-brought my veh in for service and dlr is having trouble getting pictures to FMC...-Since I have owned the car she has had a trans/clutch issue...-Sputtering and seemed like it was going to stall out..-Because of clutch issue the veh rocked and then veh had paint issues. ..-Door handle paint is almost fading, defect in paint on front door handles. 08-22-2013 07:47:52 pm csm Rachel x 77794  ibc message from customer advising that she works until 5 pm central time or 6 pm eastern time and needs some one to call her  at 6 pm or after // csm made obc to customer  lvm REDACTED. to advise her that I will see if we can locate a csm that is here after 6pm eastern time to followup with her 08-23-2013 11:39:55 pm Assisting Csm / Rachel 77794  __obc cust @ REDACTED I need to remind you that your case 2942623 is being recorded for training and quality purposes and at the end of this conversation you will be given the opportunity to take a 2 question survey on my phone call with you today __ csm confirms veh information __ csm asks what is going on with the veh __ cust says Ive been having problems with the transmission since I bought it and no one told me that I needed to use the emergency brake when parking and later they told me to put the car in neutral, put on the emergency brake and then turn the car off __ I took the car in and they repaired the door handles and now there are scratches and chips

in the door handles and they were denied by ford __ I also have a clutch on back order __ cust says Ive never heard from ████ and ████ has been leaving me voice mails __ also when I was putting it in park and it jerked and I hid a concrete barricade and it got damaged and ford turned it down because it is considered an accident, this is my first new car and my first ford __ each time it take it into the dlr I tell them about the weird noises I am hearing and they are telling me it is normal __ the dlrshp has been great and have taken very good care of me __ csm advised I will send Rachel an email of suggestions to address your concerns and I will f/u with you on 8/28, if I cant f/u with you then Jeff my late shift team mate will call you __ cust thanks csm for calling offers survey __ email to Rachel with information Rachel will work the case and I will relay information to the customer 09-17-2013 06:29:06 pm - FILED CASE 2 MONTHS AGO.- IN LAST 3 WEEKS LAFT MESSAGE WITH CSM'S SUPERVISOR.- SEEKING TO GET AN ANSWER.----- CRC ADVISED -----..- ADVISED CUST WILL ESCALATE TO MANAGEMENT..- ADVISED CUST THEY'LL GET A CALL BACK HOPEFULLY TODAY IF NOT TOMORROW AT THE LATEST..- PER CUST CALL BETWEEN 2PM AND 3PM EST 09-24-2013 06:39:58 pm **CUST. SAYS**.-HAS BEEN TRYING TO REACH WHICHEVER CSM THAT IS OVER THE FORD DLR ON THIS CASE SINCE IT WAS OPENED ON 8/7..-ISSUES STILL NEED TO BE REPAIRED AND SHE CALLED LAST WEEK REQUESTING A CSM TO CALL CUST. AND AT THAT TIME CRC AGENT SENT A CSM WILL CALL CUST. WITHIN 2 BUS. DAYS..-STILL HASN'T RECEIVED A PHONE CALL FROM CSM 1 WEEK AFTER....**CRC ADV**..---I HAVE RE-ESCALATED CASE TO TIER 2 SINCE CASE WAS STILL UNDER "TIER 1"---..-ADV HER THAT CASE WAS IMPRORPERLY TRANSFERRED TO GET A CSM TO CALL YOU..-I HAVE RE-ESCALATED THE CASE TO THE APPROPRIATE DEPT. TO GET A CSM TO CALL YOU..-CSM: ANNE WILL CALL YOU IN 2 BUS. DAYS BY 9/26 TO BEST ASSIST YOU..PLS WAIT TO HEAR FROM HER..=AFTER PHONE CALL WAS DONE, I GOT CONFIRMATION FROM CSM-ANNE THAT SHE WILL CALL CUST. WITHIN 2 BUS. DAYS= 09-26-2013 06:20:18 pm obc to dlr sw sa - clutch ordered for her car - waiting on parts - focus waiting on parts and seal - waiting on seal - she was wanting help with paint job - denied by ford - on emergency order - tried to do everything to make her happy - she is in her own vehicle - doesn't drive bad enough - ......obc to cust ████REDACTED████ - left message with contact info ext 77739 - will f/u 10/1 09-30-2013 07:49:32 pm email : ████REDACTED████ provided by jessica via voicemail. 10-01-2013 06:04:59 pm email sent to customer - will f/u 10/2 for customer response. due to the fact she needs to be contacted after 5 pm est - email is the best form of communication for us. 10-02-2013 05:00:13 pm   10-02-2013 05:01:47 pm sent a response to customer's email - advising I would review her concerns and have a response by 10/4 2013 10-02-2013 05:02:07 pm Anne-....Thank you so much for taking the time to email me. I had it on my agenda to phone you at lunch today and did and left you a monster of a voice mail!! I appreciate you taking the time to contact the dealership here to inquire about the parts to repair my vehicle. That however, has never been the issue. I understand the parts are on and have been on national back order. I have not had any issue with that as I understand that the dealership is working on their customers behalf to do what they can.....The issue that I have is at the time of discovering the issue with the clutch, I brought the vehicle in also for some faded spots in the paint on the two front door handles. When I picked up the vehicle that afternoon, the faded spots were gone but there were scratches in the paint and chips in the paint of the door handles that were not there when the vehicle arrived. I am absolutely saddened that the dealership just did not take it upon themselves to rectify this issue as they always have in the past but they said they would need to contact Ford. That was the beginning of July. =(....In addition, I have always complained and inquired about the transmission/clutch as the shifting of this vehicle and the rock of the vehicle when parked was always troublesome. Every time the dealership has had this car, I have complained about the rock when the car is in park and the shifting. They always told me there was "nothing wrong" and clearly, due to the faulty clutch, I was not too far off my for my concerns. In one month of owning my very first new vehicle, I parked the vehicle and it rocked so much it struck a concrete parking barricade. I immediately brought it to the shop and explained that there was something clearly wrong with this vehicle because it rocked foward so much!! They re-set the transmission (or so I was told they did) and they sent me on my merry way telling me there was nothing they could do as there was "nothing wrong with the vehicle". Clearly this is not the case as I am not awaiting parts on national back order.... ....After that, I would bring the vehicle in for regular maintenance like oil changes, tire rotations, etc. and also had an interior detail done. With any and all services, EVERY TIME I requested the vehicle be checked because of a horrible rock after the car was placed in park and the shifting being "off"...It was the best way I could describe it. Each time, I was sent away with the vehicle teh same and no solution. It was not until March of this year (I purchased the vehicle in July of last year) that a Ford technician I know in FLORIDA, not the person who sold me the vehicle and not my "home" service department, explained to me to put the vehicle in NEUTRAL, apply the PARKING BREAK and THEN put the vehicle in park to avoid the dramatic rock of the vehicle. Since then, I have been doing this and that truly does subside the rock the car has after being placed in park however this was never anything ever expressed to me prior to this and this is obviously after damage has occurred to my first newly owned vehicle. ....The dealership explained to me that there was issues with this vehicle type transmission and such because it is "new technology" but unless Ford would "approve" it, there was nothing they could do. Now I know they are working on the parts and that is all they feel they can do and I feel this dealership and service department want to do everything to provide excellent customer service to their customers however their hands are tied it seems and now it seems all I have been getting is the run around for months. ......Please understand, I work in customer service so I am one of the more patient people out there. However, I am disheartened when given expectations that are never followed through on. It took THREE visits to the dealership to take pictures of the vehicle because they kept being told the pictures were not quality enough. After a month, I hearing nothing, I called the dealership several times to never have my calls returned. After three messages over the course of a week, I explained to the person taking messages that I was upset and she offered to have the service manager call me. When that did not occur by 5pm that day, I left work early to dart over to the dealership to figure out why I had not heard from anyone still. Willie, the service manager was there, met with me, and looked SHOCKED when I told him I had called. With this, he looked up my information and saw where Ford had denied what was submitted because the pictures were not clear. He took pictures again, called me the next day and told me that Ford again denied the request. I inquired as to why and he said there was not a reason given. With this, I began calling Ford and was assigned to Tiffany. After 2 weeks, Tiffany NEVER called me back...not ONE attempt was made! I called again and was referred to another "supervisor" and promised a call within two days. Rachel, did call, but because of my schedule, requested a colleague call me and she do the "work". A Judy called and spoke to me, told me she would be reporting back

to [REDACTED] and I would be called back with a week. That was August 26th that promise was left unfulfilled and here we are now, almost a month later and still no resolve but escalating up or laterally..... I am not sure what exactly Ford can or will do for me as a customer but I sure know what I would provide one of my customers who had experienced such inconvenience and flat out falling through the cracks as I have. I am not asking for a new vehicle. I am not asking my vehicle be paid for. I am asking that my vehicle be repaired fully from the issues that have been caused from a faulty clutch/transmissions and from dealership error. ....Anne, please know this was my first NEW vehicle. I selected Ford for a reason. I am proud to be part of the Ford family but I am starting to feel very much like the black sheep or ugly step sister with how I have been treated. If this was any other product...it would have already been returned for full refund at this point but this is my car...my baby...and I am sickened it has come to this simply to correct simple issues. I proudly wear my friend's dealership shirt that on the back states "FORD--BUILT WITHOUT YOUR TAX DOLLARS". I was PROUD to wear that shirt and drive that tax dollar free vehicle but now I am questioning my decision........Again, let me stress that I adore this service department at Cavanaugh Ford in Jonesboro! They always have taken care of me and I feel they always will! In fact, I feel they feel like they are bound and unable to provide service because of Ford corporate. I feel if given the okay, they would provide the services necessary and requested. ....Please let me know what else needs to be done to get these issues rectified as soon as they can be. 10-03-2013 09:01:42 pm obc to dlr - willie - advised that ogc form needs to be filled out and submitted for customer's concerns - emailed sm the step to take to get this form and submit properly. ....customer was communicated with to advise that case has been forwarded to OGC.
[end CAS-2942623-V4S2S9]

CASE NUMBER: CAS-2949417-Y3W0L4        STATUS: Resolved
OPEN: 08-08-2013        CLOSED: 08-16-2013        BUS UNIT NAME: CRC
RESPONSETEAMN: Tier 1 Email        COMMUNICATIO: Email        INQ CODE: n/a
CASECLASSLV1234: Vehicle Concern | Repair Assistance | CCT Criteria |
DEALER NAME: Parks Ford of Wesley Chapel
PA CODE: 04994        DLR SALES CD: 24486        REGION: S3        ZONE: A05

VIN: 3FADP4BJXDM143878        MODEL YEAR: 2013        MODEL: FIESTA        MILEAGE: 4240
BODY STYLE: P4B - SE 4-DR SEDAN

LAST NAME  MIDDLE  FIRST:  | |
ADDRESS:
CITY  STATE  ZIP:   TAMPA | FL | 33647
HOME PHONE:

SYMPTOMS: Driving Performance | Engine Surge | Acceleration | OTHER

ANALYSTNAME: Autumn Lewis        OPENANALYSTI: crmapppool DI

ACTIONS: 08-08-2013 10:57:07 pm Technical Inquiry 08-09-2013 08:03:26 pm Ford Motor Company CRM:02851000000685 08-09-2013 08:08:18 pm Transfer / Escalate 08-12-2013 06:57:19 pm Schedule Follow-Up 08-16-2013 04:44:08 pm Close Case 08-16-2013 04:44:36 pm Case Resolution

COMMENTS: 08-09-2013 07:54:09 pm CAS-2949417-Y3W0L4..-HAD SCARY INCIDENT WITH VEH..-WHEN PULLED INTO PARKING SPACE, PUT VEH IN REVERSE (FOOT STILL ON BRAKE), VEH JUMPED FORWARD OVER THE BUMPER STOP TWICE..-CUST US NOW SCARED TO DRIVE VEH ..-WILL TAKE TO DLR TO CHECK AGAIN..-FELT THAT THE TRANS IS AN ACCIDENT WAITING TO HAPPEN..-VEH ROLLS BACK ON SLIGHTEST INCLINE AND NEEDS FOOR ON THE BREAK AND ONE OF THE GAS AT A STOPLIGHT ..-FELT FMC NEEDS TO RECALL THE VEH.-DLR SAID IT WAS NORMAL TO HEAR ALL THE NOISE ON A BRAND NEW VEH.-WILL BE TAKING VEH TO A NEW DLR SINCE CUST MOVED TO A NEW PLAVE..-REQUEST TO FIZ VEH OR BUYBACK..-WILL ALSO REPORT TRANS SURGE TO NHTSA....PARKS FORD OF WESLEY CHAPEL..28739 STATE ROAD 54..WESLEY CHAPEL, FL 33543..(813) 907-7800 ..04994..===========..PHRASEOLOGY:..I WILL ESCALATE YOUR CASE/REQUEST TO OUR FORD REGIONAL CUSTOMER SERVICE MANAGER WHO WORKS DAILY WITH YOUR DEALERSHIPS MANAGEMENT TEAM (HIS/HER NAME IS..).  THE FORD REGIONAL CUSTOMER SERVICE MANAGER HAS ACCESS TO ALL FORD RESOURCES AND WILL USE THESE RESOURCES TO ASSIST YOU AND YOUR DEALERSHIP REGARDING YOUR SITUATION.  THE FORD REGIONAL CUSTOMER SERVICE MANAGER WILL RECEIVE THE INFORMATION YOU HAVE JUST PROVIDED ME AND WILL DO A THOROUGH REVIEW ON YOUR BEHALF. YOU CAN EXPECT A PHONE CALL FROM YOUR CUSTOMER SERVICE MANAGER WITHIN 2 BUSINESS DAYS.   THE CASE NUMBER THAT I HAVE ESTABLISHED FOR YOU TODAY IS CAS-XXXXXXX..===========..CRC ADVISED:..-SENT CUST EMAIL ADVISING PHRASEOLOGY ABOVE AND FEEDBACK NEGATIVE VEHICLE SRT (OPTION #2) SRT 08-09-2013 08:09:56 pm **ADDITIONAL NOTES FOR CASE # CAS-2949417-Y3W0L4..**SEE RELATED CASE# CAS-2954632-R6F2C2 08-12-2013 06:56:01 pm Csm Autumn x777632013 ford fiesta  no related claims in AWS-LTV 54-Tech hotline not contacted Original owner -OBC to dealer  and spoke to S/A Brent and he advised that the vehicle was at the dealership Friday of last week08-09-2013 and she put the vehicle in reverse and the vehicle jumped forward and the dealer test drove the vehicle and ran for codes and dealer could not duplicate the customer concern . Dealer test drove vehicle for almost 2 hours and could not duplicate concern.  According to esource book incline degrees for hill assist is 5 degrees .  OBC to customer @ REDACTED and no answer  and csm advised that will follow up on 08-16-2013 08-16-2013 04:42:18 pm csm Autumn x77763csm returning call to customer @ REDACTED and was able to reach . Customer advised that if she puts the vehicle in reverse it doesnt go into reverse and it lunges forward. Dealer could not duplicate the concern. CSM explained the hill assist is a characteristic of the vehicle.. When the customer pulls into a parking space and backs up right away.  Customer has had the vehicle into several dealerships. Customer advised that she will file a complaint with the NHTSA and  file with the state of FL .  customer disconnected phone call . cms closing case.
[end CAS-2949417-Y3W0L4]

CASE NUMBER: CAS-2959960-C5R9G3      STATUS: Resolved
OPEN: 08-11-2013        CLOSED: 08-20-2013        BUS UNIT NAME: CRC
RESPONSETEAMN: Tier 1 Email        COMMUNICATIO: Email        INQ CODE: n/a
CASECLASSLV1234: Vehicle Concern | Repair Assistance | CCT Criteria |
DEALER NAME: O'Meara Ford Center Inc
PA CODE: 03294        DLR SALES CD: 56003        REGION: W4        ZONE: A01

VIN: 1FAHP3F28CL313430      MODEL YEAR: 2012      MODEL: FOCUS      MILEAGE: 29003
BODY STYLE: P3F - SE 4DR SEDAN

LAST NAME  MIDDLE  FIRST:   |  |
ADDRESS:
CITY  STATE  ZIP:   NORTHGLENN | CO | 80233
HOME PHONE:

SYMPTOMS: Start/Run/Move | Moving | Engagement Issues | OTHER

ANALYSTNAME: Brent Bradford        OPENANALYSTI: crmapppool DI

ACTIONS: 08-11-2013 03:07:07 pm Vehicle Service Issues 08-12-2013 12:23:24 am Ford Motor Company CRM:01358000000615 08-12-2013 12:23:37 am Transfer / Escalate 08-13-2013 09:04:06 pm Check on status of repairs, contact customer 08-16-2013 08:17:32 pm confirm delivery of veh 08-20-2013 09:37:56 pm Confirm delivery of vehicle 08-20-2013 10:17:49 pm close case 08-20-2013 10:17:49 pm Case Resolution 12-16-2013 07:59:19 pm CALL From - T13475#1

COMMENTS: 08-12-2013 12:14:01 am CAS-2959960-C5R9G3....- TRANS ISSUE..- HAVE HAD VEH LOOKED AT 3 TIMES AND AGAIN LAST NIGHT..- TRANS ENGAGED THEN DISENGAGED AND ABOUT TO CAUSE AN ACCIDENT.- VEH ONLY HAS 29000 MILES..- ON VACATION THE LOW TIRE AIR PRESSURE WENT ON AND THE VALVE STEM WERE NOT ACCESSIBLE..- SELLING DLR LOOKED THE VEH TWICE THIS JUNE THE MOST RECENT DUE TO TRANS LIGHT WENT ON..- DLR DIAGNOSED AS A COMPUTER UPDATE ON THE TRANS..- 2 DAYS AFTER THE TRANS LIGHT WENT ON AGAIN..- WENT TO OMEARA FORD TRANS ISNT FIXED..- CUST SEEKING EXPLANATION TO WHAT IS GOING ON WITH THE VEH..- WOUOLD LIKE A REPLACEMENT VEH THAT IS FUNCTIONAL AND TRUSTWORTHY.....CUST DELEGATE...████████ ████████ REDACTED....O'Meara Ford Center Inc..400 W. 104th Ave...Northglenn, CO 80234..(800) 644-6072 ..------..Note to CSR: Use classification if customer is requesting assistance with repair only for Multiple Repairs, 10 days out of service, Unable to duplicate concern, Customer perceives two or more repair attempts. No LTV required..... I will escalate your case/request to our Ford Regional Customer Service Manager who works daily with your dealerships management team (his/her name is..).  The Ford Regional Customer Service Manager has access to all Ford resources and will use these resources to assist you and your dealership regarding your situation.  The Ford Regional Customer Service Manager will receive the information you have just provided me and will do a thorough review on your behalf. You can expect a phone call from your Customer Service Manager within 2 business days.   The case number that I have established for you today is CAS-XXXXXXX.....- SENT EMAIL TO CUST ADVISING ABOVE..- TRANSFERRING CASE TO CCT 08-13-2013 08:36:19 pm OBC to dlrshp - spoke with s/a Mark - ....The veh is not currently with the dlrshp. They found some shift rail issues inside the transmission, they performed the repairs, drove around, verified that it was normal. ....If there are further concerns, they will need to bring the vehicle back in. 08-13-2013 08:51:32 pm OBC to customer - ....About a month an a half ago the transmission light came on, and the transmission disengaged and reingaged while driving over 50 mph. ....This last Saturday, coming home, the transmission disengaged again and did not reengage. ....Customer states that he has an ESP, but is surprised to find that it was not a Ford ESP. ....CSM offered to apply a PremiumCare - customer was happy about that. ....Customer stated that he will bring his vehicle back to O'Meara tomorrow. 08-14-2013 03:51:11 pm ESP submitted to RAV 08-16-2013 08:11:23 pm OBC to dlrshp - the TCM is being replaced today, driving it tomorrow, cust should take delivery on Monday. s/a states customer was contacted. 08-20-2013 08:10:20 pm OBC to dlrshp - l/m with s/a Mark -....Spoke with s/m Tom - Offen has been notified that the vehicle is done, but have not picked it up. [end CAS-2959960-C5R9G3]

VGS 000666

CASE NUMBER: CAS-2977244-C2F8C6      STATUS: Resolved
OPEN: 08-14-2013        CLOSED: 08-16-2013      BUS UNIT NAME: CRC
RESPONSEAMN: Tier 1 Inbound      COMMUNICATIO: Phone      INQ CODE: n/a
CASECLASSLV1234: Vehicle Concern | Buyback Request | Non-California Vehicle | CCT Criteria
DEALER NAME: Ray Haskell Ford Lincoln
PA CODE: 07251      DLR SALES CD: 11607      REGION: A1      ZONE: A10

VIN: 1FAHP3F24CL306961      MODEL YEAR: 2012      MODEL: FOCUS      MILEAGE: 13000
BODY STYLE: P3F - SE 4DR SEDAN

LAST NAME  MIDDLE  FIRST:  |  |
ADDRESS:
CITY  STATE  ZIP:  WEST HARTFORD | CT | 06119
HOME PHONE:

SYMPTOMS: Stop/Steer/Ride | Stopping | Performance/Effectiveness | OTHER

ANALYSTNAME: Jacqueline Mullen      OPENANALYSTI: Amanda Schluessell

ACTIONS: 08-14-2013 12:59:11 pm Transfer / Escalate 08-15-2013 06:05:21 pm call customer 08-16-2013 01:04:16 pm Close Case
08-16-2013 01:04:43 pm Case Resolution

COMMENTS: 08-14-2013 12:56:05 pm CUSTOMER INFO:....NAME - REDACTED..PHONE - REDACTED.BEST TIME: -
MORNINGS..ZIPCODE - 04957..*********************..VEHICLE INFO:....MLG - 13000..LOCATION - AT DLR..VIN -
1FAHP3F24CL306961..YR/MOD - 2012 FOCUS..*********************..DEALER INFO....- Ray Haskell Ford Lincoln..801 Kennedy Memorial
Drive..Oakland, ME 04963..(207) 873-7193 ....DEALER SAYS:..-..*********************..CUSTOMER SAYS:....- VEH ROLLS BACK ON HILLS.-
FIRST NEW CAR.- BEEN A NIGHTMARE SINCE PURCHASE.- ACCIDENT PRONE.- DISABLED AND CAN NOT DEAL WITH VEH.- WANTS
MONEY BACK.- CONTACTED ATTORNEY GEN.- DLR REPLACING CLUTCH.- DLR DROPPED SOMETHING THRU WINDSHIELD ..- ITS A
LEMON.- TAKEN TO DLR SEVERAL TIMES....SYMPTOMS: .- ROLLS BACK ....LENGTH: - SINCE PURCHASE..DIAGNOSIS: -
TRANSMISSION CABLE..*********************..CUST SEEKING:....- BUYBACK..*********************..CSR ADVISED:....- I will escalate your
case/request to our Ford Regional Customer Service Manager who works daily with your dealerships management team (his/her name is
Jacqueline Mullen).  The Ford Regional Customer Service Manager has access to all Ford resources and will use these resources to
assist you and your dealership regarding your situation.  The Ford Regional Customer Service Manager will receive the information you
have just provided me and will do a thorough review on your behalf. You can expect a phone call from your Customer Service Manager
within 2 business days.   The case number that I have established for you today is CAS-2977244-C2F8C6 08-15-2013 05:51:23 pm CSM
JACKIE x77709 REVIEWED CASE..  2012 Ford  Focus..- WSD  12/31/11.- VEHICLE MILEAGE :  13,000..- GAS..- LTV  n/s..- AWS  not
related.- ESP  24/25k Premium Maint (M&W)..- HOTLINE CONTACTS   not related.- SSMS  32331/32321......CSM Jackie spoke to SM Brett
Vehicle has been in 3 time s// May 10th  state inspection / July 9th @ 11,900 oil change / July 30th clutch & seal replacement / returned for
repair last Monday / Dlrship damaged the windshield and replaced it // obc to Cecile at - 207-612-0007 / left msg with case no and contact
info / avised csm will call tomorrow 08-16-2013 12:52:26 pm CSM JACKIE x77709 REVIEWED CASE..  2012 Ford  Focus..- WSD
12/31/11..- VEHICLE MILEAGE :  13,000..- GAS..- LTV  n/s..- AWS  not related..- ESP  24/25k Premium Maint (M&W)..- HOTLINE CONTACTS
 not related.- SSMS  32331/32321....Vehicle has been in 3 time s// May 10th  state inspection / July 9th @ 11,900 oil change / July 30th
clutch & seal replacement / returned for repair Monday / Dlrship damaged the windshield and replaced it 08-16-2013 12:59:52 pm OBC TO
REDACTED/ CSM ADVISED THAT FMC WILL NOT BB HER AS IT IS OPERATING AS DESIGNED / CUSTOMER DOES NOT FEEL THIS
IS NORMAL FOR A NEW VEHICLE / CUSTOMER WILL CONTACT HER ATTORNEY GENERAL / CUSOTMER DOES NOT HAVE ANY
CONFIDENCE IN THIS VEHICLE / CSM APOLOGIZED TO THE CUSTOMER FOR HER INCONVENIENCE AND ADVISED HTAT SHE DOES
NOT HAVE ANY ASSISTANCE FOR HER / CUSTOMER WILL SEE WHAT THE ATTORNEY GENERAL WILL SAY
[end CAS-2977244-C2F8C6]

VGS 000725

CASE NUMBER: CAS-2983177-D8M7W0      STATUS: Resolved 6388
OPEN: 08-15-2013      CLOSED: 08-23-2013      BUS UNIT NAME: CRC
RESPONSETEAMN: Tier 1 Email      COMMUNICATIO: Email      INQ CODE: n/a
CASECLASSLV1234: Vehicle Concern | Repair Assistance | CCT Criteria |
DEALER NAME: Perry Ford of National City
PA CODE: 09149      DLR SALES CD: 71082      REGION: W1      ZONE: A02

VIN: 1FAHP3F20CL392172      MODEL YEAR: 2012      MODEL: FOCUS      MILEAGE: 17300
BODY STYLE: P3F - SE 4DR SEDAN

LAST NAME  MIDDLE  FIRST:  |  |
ADDRESS:
CITY  STATE  ZIP:  SAN DIEGO |  | 92105
HOME PHONE:

SYMPTOMS: Start/Run/Move | Fluids | Transmission | OTHER

ANALYSTNAME: ford prdload1      OPENANALYSTI: crmapppool DI

ACTIONS: 08-15-2013 02:53:28 am Vehicle Sales Issues 08-15-2013 05:00:04 pm Ford Motor Company CRM:07237000000794 08-15-2013 05:07:27 pm Transfer / Escalate 08-16-2013 08:31:53 pm call customer 08-21-2013 07:59:07 pm call customer 08-21-2013 08:00:04 pm call customer 08-23-2013 09:39:26 pm Close Case 08-23-2013 09:40:12 pm Case Resolution

COMMENTS: 08-15-2013 05:03:18 pm CAS-2983177-D8M7W0..1FAHP3F20CL392172....CUST SAYS:..*FORD FOCUS 2012 ..*BOUGHT THE CAR MORE THAN 5 TIMES ALREADY..*TRANSMISSION ISSUE..*HAVE BEEN ABOUT TO HAVE A CAR ACCIDENT SEVERAL TIMES ..*NOT REPARABLE..*PLS GET MY CAR FIX....CRC ADV:..I will escalate your case/request to our Ford Regional Customer Service Manager who works daily with your dealerships management team.  The Ford Regional Customer Service Manager has access to all Ford resources and will use these resources to assist you and your dealership regarding your situation.  The Ford Regional Customer Service Manager will receive the information you have just provided me and will do a thorough review on your behalf. You can expect a phone call from your Customer Service Manager within 2 business days. 08-15-2013 10:42:12 pm one AWS claim in spet 2012 for transmission concern..hotlien cntact in sept 2012.... WARRANTY START DATE: 27-MAY-2012 ..NO ESP on veh..LTV of 64 08-16-2013 08:29:41 pm ███████ ███████....OBC to customer ....VM was in spanish ===== left a vm ....provided role and reason for call..case number and contact number 08-21-2013 07:57:56 pm REDACTED....OBC to customer ....VM was in spanish ===== left a vm ....provided role and reason for call..case number and contact number 08-23-2013 09:37:59 pm 3rd and final attemtp to reach customer....unable to connect with customer ==== csm lesley will reopen case if customer makes to choice to contact....left a vm for the customer..advised of call back number for csm lesley..advised if he requires a diag on his veh that his local dealer is in the best position to assist him efficiently and make any necesaary repairs
[end CAS-2983177-D8M7W0]

VGS 000750

CASE NUMBER:  CAS-3022683-H2D2H8      STATUS: Resolved
OPEN:  08-21-2013        CLOSED: 08-21-2013        BUS UNIT NAME: CRC
RESPONSTEAMN: Tier 2 CCT        COMMUNICATIO: Web Portal        INQ CODE: n/a
CASECLASSLV1234: Dealer - Vehicle Concern | Legal | Request For Consumer Affairs Review |
DEALER NAME: Rob Sight Ford
PA CODE: 12805        DLR SALES CD: 53006        REGION: C4        ZONE: A01

VIN: 1FAHP3M20CL386083      MODEL YEAR: 2012      MODEL: FOCUS      MILEAGE: 16000
BODY STYLE: P3M - SEL 5DR HATCH

LAST NAME  MIDDLE  FIRST:   |  |
ADDRESS:
CITY  STATE  ZIP:   TONGANOXIE | KS | 66086
HOME PHONE:

SYMPTOMS: Start/Run/Move | Moving | No  Movement | OTHER

ANALYSTNAME: James Hayward        OPENANALYSTI: CRM Admin Team

ACTIONS: 04-15-2014 02:36:05 pm CALL From - REDACTED 04-15-2014 03:18:01 pm CALL From - REDACTED 04-15-2014 03:20:05 pm
CALL To - REDACTED 08-21-2013 04:29:33 pm Close Case 08-21-2013 04:29:44 pm Case Resolution

COMMENTS: 08-21-2013 02:26:47 pm "By BRUCE        GINTHER              " - Customer has had several visits at this dealer for a
trans concern. Vehicle revs and does not move when pulling into traffic and rolls back on a hill. Last customer complaint was that she
was making a left turn at stop light and when going to accelerate in front of an oncoming car the vehicle would not move for a second or
two. Customer is afraid of an accident...We have recently done the latest update on July 29 2013. Replaced clutch and reprogramed as
per hotline. The problem was verified on road test with customer prior to the last repair. What can we do?..Customer does not want
vehicle! Customer feels vehicle is dangerous for her driving habits in city driving environment. 08-21-2013 04:27:44 pm - OBC TO DLR -
SPOKE TO BRUCE S/M - ADVISED DLR OF WHERE TO DOCUMENT OGC CASE IN FMC DEALER - CASE CLOSED
[end CAS-3022683-H2D2H8]

CASE NUMBER: CAS-3030570-H8R7T2    STATUS: Resolved-6390
OPEN: 08-22-2013        CLOSED: 08-22-2013        BUS UNIT NAME: CRC
RESPONSETEAMN: Tier 1 Inbound        COMMUNICATIO: Phone        INQ CODE: n/a
CASECLASSLV1234: Vehicle Concern | Legal | Alleged Accident | Not Portal
DEALER NAME: Loveland Ford Lincoln, Inc.
PA CODE: 03168        DLR SALES CD: 56453        REGION: W4        ZONE: A10

VIN: 1FAHP3M24CL211044    MODEL YEAR: 2012    MODEL: FOCUS    MILEAGE: 40000
BODY STYLE: P3M - SEL 5DR HATCH

LAST NAME  MIDDLE  FIRST:  |  |
ADDRESS:
CITY  STATE  ZIP:   HUDSON | CO | 80642
HOME PHONE:

SYMPTOMS: Driving Performance | Hesitates/Stumble | Acceleration | Intermittent

ANALYSTNAME: Lauren Layton        OPENANALYSTI: Lauren Layton

ACTIONS: 08-22-2013 03:35:41 pm Close Case 08-22-2013 03:35:51 pm Case Resolution 09-18-2013 10:31:47 pm CALL From - REDACTED

COMMENTS: 08-22-2013 03:31:32 pm VIN: 1FAHP3M24CL211044..YR/MODEL:  2012 FOCUS..MILES: 40000....WARRANTY START DATE: 19-AUGUST-2011 ..LTV: N/S CPO..RECALLS: N..ESP: 0968 - USA 2012 84/100,000 CPO POWERTRAINCARE WTY W/ROADSIDE, 0968 - USA 2013 12/12,000 CPO USED PREMIUMCARE WARRANTY ..CSP: N..PART NUMBER: N....CALLER: REDACTED REDACTED ....BEST CONTACT #: REDACTED CELL..BEST TIME: ANYTIME....**CUST SAYS**..WHERE IS THE VEH LOCATED?: AT DLRSHP..-BEEN IN DLRSHP MULTIPLE REPAIRS..-NEW TRANSMISSION, HEATER WAS BROKEN, WINDSHIELD WIPERS ASSY NEEDED TO BE REPLACED..-ENGINE CUTS OUT, HESITATES WHEN ACCELERATION..-DLRSHP ORDERED PARTS..-STILL WAITING FOR PARTS, NOT IN A LOANER VEH..-LOOKING FOR FIN ASSIST WITH TIRE POPPED BECAUSE OF VEH STALLED AND MADE CUST HIT THE SIDE OF THE CURB..-HESITATES THEN SENDS VEH FLYING WHICH MADE HER HIT THE CURB..-TIRE IS $200....1. Were any injuries sustained?..-NO....2. What are you seeking from Ford Motor Company? ....-WANTS VEH REPAIRED AND TIRE PAID FOR....3. What was the date of the accident?..-8/15/13 AT NIGHT....4. What product defect is alleged to have caused the accident? VEH STUMBLED, HESITATED AND THEN SENT THE VEH FLYING WHICH CAUSE THE TIRE TO RUN INTO THE CURB AND POP....5. What is the City and State where the accident occurred? 2110 O ST, GREELEY, CO....6. Was a police report filed? NO....7. If a police report was filed, what were the findings? N....8. What is the police report number and in what city/county was the report filed? N....9. Has customer filed a claim with their Insurance Company (Y/N)? N....10. If a claim has been filed with the insurance company, what is the status of the claim? N....11. Is the vehicle repairable? YES....12. What is the name and address of customer's attorney (if named)? N/A....13. At what mailing address would you like our Office of General Counsel to send your written response to? (agent must document full address here).... REDACTED
REDACTED REDACTED REDACTED REDACTED REDACTED ......**CRC ADVISED**..-I will forward your information to Ford's Office of the General Counsel. You should receive a written response within 15 Days business days to your concern.....**DLRSHP INFORMATION**..-Loveland Ford Lincoln, Inc...999 East Eisenhower Blvd..Loveland, CO 80537..(970) 667-2220 ..-S/A JAMES     ....OBC TO DLR: S/A JAMES: HAD VEH IN SEVERAL TIMES TO REPROGRAM PROCEDURE..-PARTS ARE ON NATIONAL BACKORDER SO CUST TOOK VEH..-8/15/13 WHEN SHE BROUGHT IT IN AND TOOK IT BACK BECAUSE PARTS ARE ON NATIONAL BACKORDER..-NONE OF THE LOCAL RENTAL AGENCIES HAD A RENTAL VEH YESTERDAY..P&A: 03168..CSM: Tara Dew
[end CAS-3030570-H8R7T2]

CASE NUMBER: CAS-3057758-Q8F6J5         STATUS: Resolved
OPEN: 08-26-2013         CLOSED: 09-18-2013         BUS UNIT NAME: CRC
RESPONSTEAMN: Tier 1 Inbound         COMMUNICATIO: Phone         INQ CODE: n/a
CASECLASSLV1234: Vehicle Concern | Buyback Request | Non-California Vehicle | CCT Criteria
DEALER NAME: J.C. Lewis Ford, LLC
PA CODE: 04927         DLR SALES CD: 21209         REGION: S1         ZONE: A03

VIN: 1FADP3F26DL198584     MODEL YEAR: 2013     MODEL: FOCUS     MILEAGE: 12896
BODY STYLE: P3F - SE 4DR SEDAN

LAST NAME  MIDDLE  FIRST:   |  |
ADDRESS:
CITY  STATE  ZIP:   EDEN | GA | 31307
HOME PHONE:

SYMPTOMS: Start/Run/Move | Moving | Engagement Issues | Forward

ANALYSTNAME: Autumn Lewis         OPENANALYSTI: Maureen Donnelly

ACTIONS: 08-26-2013 08:46:41 pm Transfer / Escalate 08-28-2013 08:24:02 pm customer F/U 8/30 08-30-2013 08:28:30 pm Schedule
Follow-Up 09-05-2013 06:39:13 pm Schedule Follow-Up 09-11-2013 04:04:50 pm Schedule Follow-Up 09-18-2013 07:22:34 pm Case
Resolution 09-18-2013 07:22:58 pm Close Case

COMMENTS: 08-26-2013 08:46:30 pm CUST WANTS TO MAKE COMPLAINT ON VEH- STATES MANY PAST CONCERNS PAST 2012
FOCUS..CUST GOT RID OF 2012 FOR THIS 2013- ..CUST STATES THERE IS SAME ISSUE WITH TRANS ON THIS VEH..THE RPMS REV UP
BUT VEH WONT MOVE FOR A WHILE ..THE ENGINE LIGHT CAME ON- TOOK TO DLR- THEY SAID THEY DID A SOFTWARE UPDATE
..CUST STATES VEH IS STILL HESITATING--..CUST STATES SHE WANTS SOMEONE TO KNOW THERE IS SOMETHING WRONG WITH ALL
THESE TRANSMISSIONS..CUST STATES SHE FEELS SHE IS GOING TO BE IN AN ACCIDENT WITH THIS VEH..CUST DOESNT WANT THIS
VEH ANYMORE-- ..........O. C. Welch Ford Lincoln, Inc...4920 Independence Blvd..Hardeeville, SC 29927..(843) 288-0100 ......I will escalate
your case/request to our Ford Regional Customer Service Manager who works daily with your dealerships management team (his/her
name isAUTUMN..).  The Ford Regional Customer Service Manager has access to all Ford resources and will use these resources to
assist you and your dealership regarding your situation. The Ford Regional Customer Service Manager will receive the information you
have just provided me and will do a thorough review on your behalf. You can expect a phone call from your Customer Service Manager
within 2 business days.    The case number that I have established for you today is CAS-3057758-Q8F6J5.--BEST # IS
████████....Ford's commitment is to honor the new vehicle limited warranty this does not guarantee that Ford will buyback your
vehicle. 08-28-2013 08:13:40 pm CSM Breanne  x 77736 assisting CSM Autumn - researching and reviewing case  original owner -  VIN
1FADP3F26DL198584 -2013 Focus  mileage 12,000 - WSD 12/17/2012 - OASIS one repair for interior moulding- no ESP - no NHL reports
08-28-2013 08:16:31 pm CSM Breanne x 77736 OBC to O.C. Welch Ford @ (843) 288-0100- Sa Micky - CSM reviewed case status - cust
came in for check engine light 8/22 - PCM recalibration - no mention of hesitation or transmission concern in RO 08-28-2013 08:20:33 pm
CSM Breanne x 77736 OBC to ████████ @ ████████ - CSM advised of case # CAS-3057758 & veh 2013 Focus  NA-VM -LM
CSM reviewed case status - CSM left message with contact # and set F/U 8/30 08-30-2013 08:26:45 pm Csm Autumn x77763OBC to
customers @ ████████ AND no answer and csm will follow up non 09-05-2013 09-05-2013 06:38:17 pm Csm Autumn x77763OBC to
customer @ ████████ and no answer and csm advised that will follow up on 09-11-2013 09-09-2013 03:28:28 pm Csm Autumn
x77763OBC to dealer and spoke to S/M  Rick and he advised that  customer was in on 08-22-2013 for  check engine light   Dealer  found
code P2832 and performed TSB 13-4-6- reprogram Pcm and TCM 09-11-2013 04:01:16 pm csm Autumn x77763 OBC to  customers @ ██
███████  and was able to reach -  Customer advised that she had the same issue with her 2012 as well -  Customer took it back so many
times and the dealer traded her out of it . Customer advised that sometimes the vehicle wont go. Customer was almost hit
advised that the concern is intermittent - Customer wanted the dealer to get into a smaller used car. Customer is in less of a car and she
is upset about that  payments are also higher - Customer had to pull over on the side of the road. The check engine light came on and
when  Customer advised that every time you mash the gas the vehicle hesitates - Customer has not gone on a test drive with the vehicle.
Customer would like ford to take the car back and would like his down payment back  csm explained that we would not be replacing or
repurchasing the vehicle at this time . csm explained that if the dealership has advised that the vehicle is operating as designed . csm
explained that we would need to get the vehicle back into a ford dealership .  Customer advised that they will not do anything and csm
advised that csm advised that if the vehicle is not at the dealership csm cannot recommend  an repairs .  Customer advised that she
would be willing to take the vehicle into JC lewis  on  Friday possible. OBc to JC lewis Ford and   Spoke to S/M Calvin and he advised that
next Tuesday would be the earliest @ 8:00 am .  Customer advised that  she would take that  appointment and she could come in 9:00 am
 csm  advised that will follow up on 09-18-2013@████████csm emailed JClewis 09-18-2013 07:20:51 pm Csm Autumn x77763OBC to
dealer and spoke to S/M Calvin and he advised that the concern was operating as designed - OBC to customer @ ████████ and was
able to reach . csm advised that the vehicle is operating as designed and that ford should start using a new transmission  and dealer told
her they were changing it .  csm explained that fmc would not be buying the vehicle back at this time . csm closing case . 09-18-2013
07:21:47 pm

CASE NUMBER:  CAS-3083765-M0C4R1        STATUS: Resolved
OPEN: 08-29-2013        CLOSED: 08-29-2013        BUS UNIT NAME: CRC
RESPONSTEAMN: Tier 1 Inbound        COMMUNICATIO: Phone        INQ CODE: n/a
CASECLASSLV1234: Vehicle Concern | Legal | Alleged Accident | Not Portal
DEALER NAME: Theodore Robins Ford
PA CODE: 05508        DLR SALES CD: 71095        REGION: W1        ZONE: A03

VIN: 3FADP4BJ1CM146182    MODEL YEAR: 2012    MODEL: FIESTA    MILEAGE: 13
BODY STYLE: P4B - SE 4-DR SEDAN

LAST NAME  MIDDLE  FIRST:   |  |
ADDRESS:
CITY  STATE  ZIP:   TUSTIN | CA | 92780
HOME PHONE:

SYMPTOMS: Driving Performance | Engine Surge | Cruise/ Steady Speed | Intermittent

ANALYSTNAME: Fernando Marrero        OPENANALYSTI: Fernando Marrero

ACTIONS: 03-03-2014 10:15:17 pm CALL From - T13481#1 08-29-2013 07:14:26 pm Case Resolution 08-29-2013 07:14:38 pm Close Case

COMMENTS: 08-29-2013 07:13:35 pm *SPANISH CALL*..*ACCIDENT*....1. Were any injuries sustained?..YES:..<span style="background:black">REDACTED</span>.. <span style="background:black">REDACTED</span>, SPOUSE....2. What are you seeking from Ford Motor Company? ..WANTS FUNDS PAID BY INSURANCE COMPANY PAID TO INSURSANCE COMPANY: $5,000 DOLLARS ....3. What was the date of the accident?..JULY 8/2013....4. What product defect is alleged to have caused the accident?..VEH SURGED AND VEHICLE FAILED TO BRAKE, IMPACTING A WALL. ....5. What is the City and State where the accident occurred?..ORANGE, CA....6. Was a police report filed?..NO....7. If a police report was filed, what were the findings?..N/A....8. What is the police report number and in what city/county was the report filed?..N/A....9. Has customer filed a claim with their Insurance Company (Y/N)?..YES..10. If a claim has been filed with the insurance company, what is the status of the claim?..INSURANCE CLAIM PAID=5,000 DOLLARS....11. Is the vehicle repairable?..VEHICLE HAS BEEN REPAIRED....12. What is the name and address of customer's attorney (if named)?..N/A....13. At what mailing address would you like our Office of General Counsel to send your written response to? (agent must document full address here)..<span style="background:black">REDACTED</span> 09-05-2013 06:12:32 pm *UPDATING CASE AS PER TL AMBER*..*SPANISH CALL*..*OBC TO CUSTOMER*..*CRC*..ADVISED CUST TO CONTACT INSURANCE COMPANY AND ADVISED INSURANCE CO TO SUBROGATE FMC IF THEY DEEM THAT FORD IS AT FAULT. ..-ADVISED OGC INFO FOR SUBROGATION....*CUST STATES*..CUST RESTATING HER CONCERNS AND STATES SHE WANTED FMC TO REVIEW THE CASE..-CUST WILL DESIST FROM HER CASE WITH FORD AND WILL CONTACT INSURANCE CO
[end CAS-3083765-M0C4R1]

CASE NUMBER: CAS-3087552-C4K4J7      STATUS: Resolved
OPEN: 08-30-2013      CLOSED: 09-25-2013      BUS UNIT NAME: CRC
RESPONSTEAMN: Social Media      COMMUNICATIO: Phone      INQ CODE: n/a
CASECLASSLV1234: Vehicle Concern | FIN Assist Request | CLP / Lincoln Loyalty Criteria | Has been to Dealer
DEALER NAME: Bill Jarrett Ford, Inc.
PA CODE: 04993      DLR SALES CD: 24406      REGION: S3      ZONE: A02

VIN: 1FAHP3M27CL408242      MODEL YEAR: 2012      MODEL: FOCUS      MILEAGE: 339
BODY STYLE: P3M - SEL 5DR HATCH

LAST NAME  MIDDLE  FIRST:  | |
ADDRESS:
CITY  STATE  ZIP:  SEBRING | FL | 33872
HOME PHONE:

SYMPTOMS: Start/Run/Move | Fluids | Transmission | OTHER

ANALYSTNAME: Heather Maas      OPENANALYSTI: Eric Wright

ACTIONS: 08-30-2013 12:41:49 pm Transfer / Escalate 08-30-2013 12:45:38 pm Transfer / Escalate 09-04-2013 08:34:55 pm 9/5 CUST INITIAL 09-05-2013 06:59:11 pm 9/11 CASE/DLR/CUST F/U 09-19-2013 03:57:44 pm 9/23 DLR CODE FOR VEH PAYMENT 09-25-2013 12:28:37 pm CLP Remedy 09-25-2013 12:33:51 pm Close Case 09-25-2013 12:33:52 pm Case Resolution

COMMENTS: 08-30-2013 12:40:23 pm ***Social Media - Facebook....***Customer drives a 2012 Focus with transmission issues. Mileage is 33k. The vehicle has been to the dealership.....***Please call the customer. I've informed them you'll be contacting them.....***Conversation below.....Conversation started August 23....8:23am..Eric At Ford..NOTES:We have been having an issue with our 2012 Focus SEL 5 door. The car was not taken out of dealer transport mode for 11k miles and has had numerous electrical issues and more transmission problems to boot. We have had the clutch replaced and it still does things that are not listed on the generic sheet the service department gives out to explain the quirkiness of the transmission. A few weeks ago I was pulling out of a parking lot in Orlando Fl and the car just stopped, I had to turn the car off and restart, The technician said its my fault for driving with 2 feet, are you serious? Ford designs a car that will just stop working, and not to mention I was not driving with both feet. Today I was passing on a two lane road and the car just stopped going, thankfully there is a flight data recorder type thing hooked up which only works sporatic and it took a recording. Dreading to see what the dealership says I did wrong again. Needless to say I am fed up with the car and the lemon law will cost me almost $7k out of pocket. We are die hard ford owners but this nonsense has to stop....Eric.  We dropped the car off this morning for the 14th time since May 29th 2012. Mileage is close to 33k miles. We are having some pretty serious concerns with safety of this vehicle. May I send the requested information to you after hearing from the service manager or representative ?....Eric we will let you know what happens this time to repair shop....Hi Eric, ..We have not made any headway at this point on the focus issues. Is there anyone we can call about the information we are being given from the dealer and see if it would be a waste of time to even have corporate get involved? This car is not safe and we are getting a serious run around now since May 2012. Any assistance with this matter is greatly appreciated...Thank you..REDACTED & Albert McNorton....Bill Jarrett ford avon park fl  vin# 1FAHP3M27CL408242. Approx 32,500 miles. Young REDACTED Albert REDACTED..This is a problem since may 2012. We would like to know where to go from here..Thank you Eric 09-04-2013 08:15:40 pm CSM HRACIK XT 77771..CASE REVIEW....ALBERT MCNORTON == CAS-3087552 == 1FAHP3M27CL408242....== 2012 FOCUS..== 33K..== 93/ WSD 5.31.2012..== PREMIUMCARE..== 12M02 FSA..== AWS ..== NHL ....== CSM OBC TO DLR S/D TIM..== VEHICLE IS AT DEALER FOR ABOUT A WEEK AND A HALF NOW..== GM HAS OFFERED HIM FIGURES TO TRADE OUT AND REVIEWED USAGE FEES IF THE VEHICLE WERE TO GO LEMON LAW IN ORDER TO ASSIST THE CUSOTMER WITHOUT HAVING TO FILE LEMON LAW..== NEW RECORDER HAS ARRIVED AT THE DEALERSHIP AND THE CUSTOMER IS SUPPOSED TO PICK UP TODAY TO RECORD THE EVENTS THAT THE DEALER HAS NOT DUPLICATED..== S/D TIM WILL ADVISE THE CUSTOMER FORD HAS CONTACTED HIM AND WILL LET MR REDACTED (FRIEND OF OWNER) THAT HE WILL BE CONTACTED THRUSDAY....== FLU W CUST 9/5/2013 BY 5 PM 09-05-2013 05:21:27 pm CSM HRACIK XT 77771..== OBC TO CUSTOMER @ REDACTED..== SPOKE REDACTED..== THE PROBLEM IS THAT THE CAR WAS PURCHASED THE DAY HE BOUGHT IT..== IT LEFT HIM STRANDED 150 MILES FROM HOME..== THEN A BUNCH OF OTHER THINGS HAD TO BE DONE ..== THEN AGAIN AT 5000 MILES, MORE PROBLEMS..== CUSTOMER ADVISED THAT HE WAS TOLD HE IS FEELING THE CHARACTERISTICS OF THE CAR..== THERE HAVE BEEN ELECTRICAL PROBLEMS..== RECENLTY WHEN PULLING INTO AN 8 LANE HIGHWAY, THE CAR JUST STOPPED AND HE HAD TO CUT THE IGNITION AND RESTART WITH TRAFFIC COMING UP ON HIM..== CUSTOMER STATED HE IS A DIE HARD FORD FAN..== CUSTOMER WAS ATTEMPTING TO PASS A TRUCK ON A 2 LANE HIGHWAY AND THE CAR FELL ON ITS FACE AND COULD HAVE BEEN A BAD ACCIDENT..== YES A DATA RECORDER HAS BEEN  INSTALLED AND DIDNT WORK..== ANOTHER DATA RECORDER HAS BEEN INSTALLED....== WHY DOES THE CAR SAY IT HAS A REAR VIEW CAMERA AND IT DOESNT..== WHY DOES THE CAR NOT HOLD THE PROGRAMS OF THE TRANSMISSION..== CUSTOMER FEELS THEY ARE GETTING NO WHERE WITH THE DEALER AND STILL HAVE A BAD CAR..== INTERIOR LIGHTS STILL NOT WORKING ..== REAR VIEW CAMERA CONCERN EVEN THOUGH THEY DO NOT HAVE ONE..== CUSTOMER FEELS THEY HAVE DONE EVERYHTING THEY AHVE BEEN ASKED AND EXPECTS FORD TO FIX THIS PROBLEM....== CUSTOMER FEELS THAT THIS CAR HAS BEEN A LEMON SINCE NEW AND SHOULDNT HAVE TO PAY A DIME TO GET OUT OF THIS CAR..== CSM ADVISED THAT I WILL CONTACT THE DEALER

CASE NUMBER: CAS-3110996-Q9Z8X4     STATUS: Resolved 6394
OPEN: 09-04-2013     CLOSED: 09-12-2013     BUS UNIT NAME: CRC
RESPONSETEAMN: Tier 1 Inbound     COMMUNICATIO: Phone     INQ CODE: n/a
CASECLASSLV1234: Vehicle Concern | Buyback Request | Non-California Vehicle | CCT Criteria
DEALER NAME: Beach Ford Lincoln, Inc.
PA CODE: 00871     DLR SALES CD: 21239     REGION: S2     ZONE: A02

VIN: 1FADP3K21DL299912     MODEL YEAR: 2013     MODEL: FOCUS     MILEAGE: 7000
BODY STYLE: P3K - SE 5DR HATCH

LAST NAME  MIDDLE  FIRST:   |  |
ADDRESS:
CITY  STATE  ZIP:   MYRTLE BEACH | SC | 29588
HOME PHONE:

SYMPTOMS: Driving Performance | Hesitates/Stumble | Acceleration | Intermittent

ANALYSTNAME: Breanne Killen     OPENANALYSTI: Aaron Conte

ACTIONS: 09-04-2013 04:32:34 pm CALL From - REDACTED 09-04-2013 04:51:09 pm Transfer / Escalate 09-06-2013 03:41:59 pm Beach
Ford --- Check if ESP is on vehicle --- then CLOSE case 09-12-2013 12:10:50 pm Case Resolution 09-12-2013 12:13:01 pm Close Case

COMMENTS: 09-04-2013 04:50:23 pm **CUST. SAYS**.-VEH IS HAVING A HESITATION ISSUE AS IT HESITATES TO GET UP TO SPEED
WHILE PRESSING ON GAS PEDAL.-ALSO, WHILE VEH IS COASTING OR WHILE SHE IS PRESSING ON GAS PEDAL THE VEH SORT OF
LUNGES FORWARD ON ITS OWN AS WELL.-ON 7/5/13 DLR REPROGRAMMED THE PCM TO TRY TO RESOLVE THESE ISSUES.-BUT,
SAME ISSUES ARE PERSISTING AND VEH WAS BROUGHT TO DLR LAST NIGHT FOR RE-OCCURRING ISSUES.-RIGHT NOW DLR HAS
TRANSMISSION AND CLUTCH OUT OF THE VEH CURRENTLY HAVING VEH DIAGNOSED.-SEEKS BUYBACK ON VEH B/C SHE DOESN'T
WANT VEH BACK SINCE SHE CANNOT TRUST VEH ANYMORE B/C THERE WAS A NEAR MISS ACCIDENT WHILE DRIVING VEH LAST
NIGHT....**DLR INFO**..Beach Ford Lincoln, Inc...851 Jason Boulevard..Myrtle Beach, SC 29577..(843) 626-3666....**CRC ADV**..I will
escalate your case/request to our Ford Regional Customer Service Manager who works daily with your dealerships management team
(her name is Breanne).  The Ford Regional Customer Service Manager has access to all Ford resources and will use these resources to
assist you and your dealership regarding your situation. You can expect a phone call from your Customer Service Manager within 2
business days by 9/6.  Ford's commitment is to honor the new vehicle limited warranty this does not guarantee that Ford will buyback
your vehicle.  The case number that I have established for you today is CAS-3110996-Q9Z8X4 09-05-2013 04:45:36 pm Initial Case
Contact: HIGH..(All appropriate resources have been already reviewed including OASIS, CUDL Historics, Tech Hotline, AWS, and Current
Mileage)..CAS-3110996 - Bethany Perry  2013 Focus   7,000 Miles..VIN: 1FADP3K21DL299912..WSD: 04/09/13..ESP: None listed..Warranty
Claims: 07/05/13 - Engine hesitates and relearned/reprogrammed PCM..Outstanding Field Service Actions: None listed..Hotline:   None
listed..Customers Initial Concerns: Vehicle has been reprogramed and customer seeking buyback of vehicle. Vehicle is at DLR and they
are diagnosing the vehicle. 09-05-2013 04:54:44 pm OBC to DLR, CSM JBranne4 left message for Joe, S/M, on behalf of Breanne, ext
77736. 09-06-2013 03:39:39 pm OBC to Customer, CSM JBranne4 spoke ....-Reprogrammed on 07/15/13.-Took vehicle back a week ago,
and was repaired this week -- had a leak, replaced the clutch, still thinks there is a problem with the way it drives.....CSM advised that the
vehicle has an automatic manual transmission, and does resemble the manual shifting experience. ....Customer stated she was not aware
of that when she purchased the vehicle. CSM apologized for frustrations and concerns.....Current Mileage: 9,028....CSM advised not
buying back vehicle but can place Premium Care ESP on vehicle for aggravation.....CSM UPLOADED ESP.......CSM advised if any future
concerns, and once vehicle is at the DLR and they verified a concern to please call 800-392-3673. ....CSM is closing case, once ESP is
listed on vehicle. 09-12-2013 12:10:19 pm Premium ESP showing in OASIS - CSM closing case
[end CAS-3110996-Q9Z8X4]

CASE NUMBER: CAS-3114176-H6X9T8 STATUS: Resolved
OPEN: 09-04-2013 CLOSED: 09-06-2013 BUS UNIT NAME: CRC
RESPONSETEAMN: Tier 1 Inbound COMMUNICATIO: Phone INQ CODE: n/a
CASECLASSLV1234: Vehicle Concern | Buyback Request | Non-California Vehicle | CCT Criteria
DEALER NAME: Ken Garff St. George Ford Lincoln
PA CODE: 07969 DLR SALES CD: 56571 REGION: W4 ZONE: A02

VIN: 3FADP4EJ0DM177355 MODEL YEAR: 2013 MODEL: FIESTA MILEAGE: 1500
BODY STYLE: P4E - SE 5-DR HATCHBACK

LAST NAME MIDDLE FIRST: | |
ADDRESS:
CITY STATE ZIP: WASHINGTON | | 84780
HOME PHONE:

SYMPTOMS: Driving Performance | Hesitates/Stumble | Cruise/ Steady Speed | Always

ANALYSTNAME: Brent Bradford OPENANALYSTI: Damaris Rodriguez

ACTIONS: 09-04-2013 09:28:55 pm Transfer / Escalate 09-06-2013 09:47:02 pm close case 09-06-2013 09:47:03 pm Case Resolution

COMMENTS: 09-04-2013 09:30:20 pm ***.REDACTED/SPOUSE..3fadp4ej0dm177355..LTV - 57..1500 miles.. ..***CUSTOMER
SAYS;..**just got in may2013 TOO MANY ISSUES..***problem with vehicle not getting enough gas and hesitates..***keep taking into dlr
..(3-4 times)..***almost got into accident twice already ..***battery replaced and backup camera had to be fixed already..**again vehicle just
into dlr for hesitation...***vehicle overshifts gears ..***CUSTOMER seeking buyback from ford just wants down payment back and take
back loan....***Ken Garff St. George Ford Lincoln..145 W. Hilton Drive..Saint George, UT 84770..(888) 925-8899       ..***..advised;..***..I will
escalate your case/request to our Ford Regional Customer Service Manager who works daily with your dealerships management team.
The Ford Regional Customer Service Manager has access to all Ford resources and will use these resources to assist you and your
dealership regarding your situation. The Ford Regional Customer Service Manager will receive the information you have just provided
me and will do a thorough review on your behalf. You can expect a phone call from your Customer Service Manager within 2 business
days.   The case number that I have established for you today is CAS-3114176H6X9T8....Ford's commitment is to honor the new vehicle
limited warranty this does not guarantee that Ford will buyback your vehicle.....****CUSTOMER PREFERS TO BE CALLED AFTER 2PM
MOUNTAIN TIME..@REDACTED 09-06-2013 09:21:49 pm OBC to dlrshp - ....There's a aftermarket backup camera that had a draw.
....There was a recalibration done on the transmission. ....These are the only repair attemps that have been performed. 09-06-2013
09:26:41 pm OBC to customer -....Customer believes that they fall within the state lemon law. Customer states that this is a safety
concern. ....Customer states that she will be sending her information to the department of consumer protection. ....Customer says that
the vehicle was down for eight days. ....Customer states that there are several repair attempts that were not submitted to Ford. CSM
speculated that the dealership may have reset the adaptive learning on the transmission, and not submitted to warranty. Customer
percieves this as a repair attempt. ....Customer said this is the first Ford that that she's purchased, and that she will not purchase
another. Customer says there's a noise in the engine. ....CSM recommended that the vehicle be brought back in to the dealership to have
the latest calibration performed, which is specifically designed to alleviate this concern. ....Cust said she would be seeking an arbitratino
through the Better Business Bureau.
[end CAS-3114176-H6X9T8]

CASE NUMBER: CAS-3227916-B1W0B2        STATUS: Resolved
OPEN: 09-17-2013        CLOSED: 09-17-2013        BUS UNIT NAME: CRC
RESPONSETEAMN: Tier 1 Inbound        COMMUNICATIO: Phone        INQ CODE: n/a
CASECLASSLV1234: Vehicle Concern | Legal | Alleged Accident | Not Portal
DEALER NAME: Magarino Ford, L.L.C.
PA CODE: 01662        DLR SALES CD: 13510        REGION: N1        ZONE: A09

VIN: 1FAHP3F23CL419414        MODEL YEAR: 2012        MODEL: FOCUS        MILEAGE: 33000
BODY STYLE: P3F - SE 4DR SEDAN

LAST NAME  MIDDLE  FIRST:   |  |
ADDRESS:
CITY  STATE  ZIP:   VERNON | NJ | 07462
HOME PHONE:

SYMPTOMS: Start/Run/Move | Moving | Engagement Issues | OTHER

ANALYSTNAME: Mitzi Canard        OPENANALYSTI: Mitzi Canard

ACTIONS: 09-17-2013 08:23:52 pm Case Resolution 09-17-2013 08:26:04 pm Close Case

COMMENTS: 09-17-2013 08:22:52 pm CUST SAYS: ..-VIN: 1FAHP3F23CL419414..-MILEAGE: 33000..REDACTED BEST CONTACT
NUMBER ANYTIME..MOTHER WILL BE DELEGATE....TRANS SHIFT ENGAGEMENT..DOWN SHIFTING WITHOUT BEING MANUALLY
ENGAGED..CALLED DLR..TOLD TO BRING IN BEFORE 6..CUST WORKS TILL AFTER 630..RENTAL NEEDS TO BE PAID FOR IN ORDER
TO GET RENTAL AND BE THERE BEFORE 6..LAST THURS WAS IN ACCIDENT AND CAR WAS TOTALED....FILED COMPLAINT WITH
NTHSA....-CRC ADVISED:..I will forward your information to Ford's Office of the General Counsel. You should receive a written response
within 15 Days business days to your concern.......-Accidents ....1. Were any injuries sustained? UNSURE PERSON IN OTHER CAR
TRANSPORTED TO HOSP....- Please provide the first and last name of all injured parties. UNKNOWN AS OF YET ....2. What are you
seeking from Ford Motor Company? REPLACEMENT VEH....- Compensation/Financial Reimbursement - Proceed with opening a OGC
Legal Case ....3. What was the date of the accident?  9/12/2013..4. What product defect is alleged to have caused the accident?
TRANSMISSION....5. What is the City and State where the accident occurred? RIVERDALE NJ....6. Was a police report filed? YES ....7. If a
police report was filed, what were the findings? UNKNOWN REPORT NOT RECEIVED CUST STATES NO SKID MARKS ....8. What is the
police report number and in what city and county was the report filed?..RIVERDALE POLICE DEPT....9. Has the customer filed a claim
with their Insurance Company? (Yes )....10. If a claim has been filed with the insurance company, what is the status of the claim?
PENDING....11. Is the vehicle repairable? NO....12. What is the name and address of customer's attorney? NOT MENTIONED ....13. What
mailing address would you like our Office of General Council to send your written response to? (You must ..document the full address in
the case Notes) ....REDACTED
[end CAS-3227916-B1W0B2]

CASE NUMBER: CAS-3231408-N6L5H4       STATUS: Resolved
OPEN: 09-18-2013       CLOSED: 10-09-2013       BUS UNIT NAME: CRC
RESPONSETEAMN: Tier 1 Inbound       COMMUNICATIO: Phone       INQ CODE: n/a
CASECLASSLV1234: Vehicle Concern | Repair Assistance | CCT Criteria (Time/Miles) |
DEALER NAME: Empire Ford Lincoln
PA CODE: 01969       DLR SALES CD: 47400       REGION: A1       ZONE: B07

VIN: 1FADP3K21DL105959       MODEL YEAR: 2013       MODEL: FOCUS       MILEAGE: 11000
BODY STYLE: P3K - SE 5DR HATCH

LAST NAME  MIDDLE  FIRST:   |  |
ADDRESS:
CITY  STATE  ZIP:  BRISTOL | VA | 24201
HOME PHONE:

SYMPTOMS: Driving Performance | Engine Surge | Cruise/ Steady Speed | Always

ANALYSTNAME: Carrie Porhammer       OPENANALYSTI: Caliscia Bell

ACTIONS: 09-18-2013 01:16:26 pm Transfer / Escalate 09-20-2013 03:17:02 pm Schedule Follow-Up 09-26-2013 03:45:18 pm Schedule Follow-Up 09-26-2013 03:46:40 pm Schedule Follow-Up 10-02-2013 01:46:53 pm Parts SME Assistance Request 10-02-2013 01:47:27 pm Parts SME Assistance Request Assignment for Case - CAS-3231408-N6L5H4 CRM:00008000004694 10-02-2013 02:21:14 pm Schedule Follow-Up 10-09-2013 01:25:03 pm Case Resolution 10-09-2013 01:26:51 pm Close Case

COMMENTS: 09-18-2013 01:15:10 pm MAJOR SAFETY ISSUE WITH VEH..VEH IS AT DLRSHIP..TRYING TO FIX VEH..3 TIMES..WEEK AGO 13 FOCUS..PULLING OUT AND THE CAR WOULDN'T ENGAGE CORRECTLY..LUNGES..SLIPS..REV..ALMOST IN ACCIDENT BECAUSE COULDN'T GET OUT THE WAY IN TIME..KNOWN ISSUE..ATTEMPT TO REPAIR VEH..REPLACING CLUTCHES AND TRANSMISSION..WOULD LIKE TO HAVE ANOTHER FORD VEH IF REPAIRS AREN'T SUFFICIENT..STATED NO LONGER FEELS SAFE AND NOT ASKING TO HAVE VEH BOUGHT BACK SEEKING TO HAVE VEH REPLACED..***********************************..DEALERSHIP..Empire Ford Lincoln..106 Jonesboro Road..Abingdon, VA 24212..(276) 628-2127***********************************....CRC ADVISED....*Carrie Porhammer....*I will escalate your case/request to our Ford Regional Customer Service Manager who works daily with your dealerships management team (his/her name is*Carrie Porhammer. The Ford Regional Customer Service Manager has access to all Ford resources and will use these resources to assist you and your dealership regarding your situation.  The Ford Regional Customer Service Manager will receive the information you have just provided me and will do a thorough review on your behalf. You can expect a phone call from your Customer Service Manager within 2 business days.   The case number that I have established for you today is CAS-3231408....*....* REDACTED REDACTED REDACTED REDACTED REDACTED 09-20-2013 02:55:26 pm LTV 48- WSD 9/22/12- No recalls- no ESP- No Wty repairs for concern- No HL Contacts....OBC to Dlr- SA Tonya advised that veh is at dlr. Clutch parts are not in yet. Veh is being worked on. Parts are on backorder. Transferred to PM Charlie advised PN ae8z7048b and ae8z7052c- will submit a PACO tkt and CB with number. 09-20-2013 03:15:01 pm OBC to Cust- ACOM advised cust that veh was being worked on at dlr and parts were on backorder and concern will be resolved. Cust is very concerned that veh is not safe. ACOM advised that veh will be repaired. Cust advised that once the veh is repaired he will trade it in to a new veh. Cust requested trade assist. ACOM advised that there were no trade in assistance programs with the exception of an X-Plan. Cust advised that he already had access to X-Plan. ACOM advised cust that FMC will continue to follow repairs and assist as much as possible with back ordered parts. Cust understood. ACOM advised cust of f/u 9/26 09-26-2013 03:40:32 pm OBC to Dlr- SA Tonya advised that veh is at dlr and parts are still on backorder. Transferred to PM Jerry advised that PACO tk#4764729. ....OBC to Cust-ACOM advised cust that seals are on backorder and that case is being followed. Cust appreciated call. ACOM advised 10/2 F/U. 10-02-2013 01:44:51 pm Etracker # 12219975  and # 12219978 submitted. Part Escalation done. 10-02-2013 02:21:02 pm OBC to Cust- Left VM with case and contact info. Updated cust on backorder status. F/U 10/9 10-02-2013 03:52:34 pm Orders for the transmission seals are shipping within 14-17 day of order. 10-02-2013 03:53:09 pm Parts SME Review:..Orders for the transmission seals are shipping within 14-17 day of order. 10-07-2013 08:55:06 pm Confirmed part arrival VIA FedEx#559886540927, signed for by C Morefield on 10/3/13 10-07-2013 08:55:52 pm Confirmed part arrival VIA FedEx#559886540927, signed for by C Morefield on 10/3/13 10-09-2013 01:24:28 pm OBC to Dlr- SA Tanya advised that repairs are done and veh is with cust and cust is satisfied. NFAR- Close case.
[end CAS-3231408-N6L5H4]

CASE NUMBER: CAS-3253078-M3W9D9       STATUS: Resolved
OPEN: 09-21-2013       CLOSED: 09-21-2013       BUS UNIT NAME: CRC
RESPONSETEAMN: Tier 1 Inbound       COMMUNICATIO: Phone       INQ CODE: n/a
CASECLASSLV1234: Vehicle Concern | Legal | Alleged Accident | Not Portal
DEALER NAME: Rhinebeck Ford, Inc.
PA CODE: 03043       DLR SALES CD: 13543       REGION: N1       ZONE: A09

VIN: 1FAHP3K25CL113336       MODEL YEAR: 2012       MODEL: FOCUS       MILEAGE: 10002
BODY STYLE: P3K - SE 5DR HATCH

LAST NAME  MIDDLE  FIRST:  |  |
ADDRESS:
CITY  STATE  ZIP:  LAGRANGEVILLE | NY | 12540
HOME PHONE:

SYMPTOMS: Start/Run/Move | Moving | Engagement Issues | Forward

ANALYSTNAME: Judy Rizzo       OPENANALYSTI: Judy Rizzo

ACTIONS: 09-21-2013 04:40:45 pm Close Case 09-21-2013 04:42:39 pm Case Resolution

COMMENTS: 09-21-2013 04:40:09 pm ████ REDACTED YEAR / MAKE / MODEL:..2012  FORD  FOCUS..... REDACTED ...LTV:
37..VIN   1FAHP3K25CL113336 ..MILES: 30,000..VEH is at Ryanback ford ....Rhinebeck Ford, Inc...3667 Route 9G..Rhinebeck, NY
12572.. REDACTED   ....******CUSTOMER WANTS HER VEHICLE INSPECTED FOR A MECHANICAL PROBLEM..THAT CAUSED THIS
ACCIDENT.  sHE FELT THE CAR PULLING TOO HARD TOO FAST, THEN HIT THE CAR IN FRONT OF HER****....1. Were any injuries
sustained? ..**NO INJURIES**......2. What are you seeking from Ford Motor Company?..**I would like to know if there was a defective
mechanical part or operation that caused my accident. ..**An investigation into the vehicle....3. What was the date of the
accident?..**9/20/13**....4. What product defect is alleged to have caused the accident?..**some sort of computer or electronic malfunction
that caused the veh to jerk forward so fast that the next thing I knew I was into the other car. ** ....5. What is the City and State where the
accident occurred?..**Hopewell Junction, NY, in Dutchess County**....6. Was a police report filed?..**Yes**....7. If a police report was filed,
what were the findings?..**Customer does not know of findings at this time**....8. What is the police report number and in what city and
county was the report filed?..#13399AC  Hopewell Junction , Dutchess County , part of East Fishkill Town Police Dept. ..9. Has the
customer filed a claim with their Insurance Company? **yes**..**YES**..10. If a claim has been filed with the insurance company, what is
the status of the claim?..**claim status is pending**..11. Is the vehicle repairable?..**YES** damage to bumper, but how do I know if it will
happen again ???..12. What is the name and address of customer's attorney? (only if the customer mentions they have sought one)....13.
What mailing address would you like our Office of General Council to send your written response to? (You must ....** Tina Giannatasio..
37 Reserve Way ..  La Grangeville NY 12540....crc advised: ....I will forward your information to Ford's Office of the General Counsel. You
should receive a written response within 15 Days business days to your concern.
[end CAS-3253078-M3W9D9]

CASE NUMBER: CAS-3262318-X1L8R7        STATUS: Resolved
OPEN: 09-23-2013        CLOSED: 10-02-2013        BUS UNIT NAME: CRC
RESPONSTEAMN: Tier 1 Inbound        COMMUNICATIO: Phone        INQ CODE: n/a
CASECLASSLV1234: Vehicle Concern | Buyback Request | California Vehicle | 12 Model Years or Newer
DEALER NAME: Michael Stead's Hilltop Ford
PA CODE: 00669        DLR SALES CD: 72016        REGION: W2        ZONE: A10

VIN: 1FADP3N29DL222569        MODEL YEAR: 2013        MODEL: FOCUS        MILEAGE: 7600
BODY STYLE: P3N - TITANIUM 5-DR HATCH

LAST NAME  MIDDLE  FIRST:  |  |
ADDRESS:
CITY  STATE  ZIP:  PINOLE |  | 94564
HOME PHONE:

SYMPTOMS: Driving Performance | Hesitates/Stumble | Acceleration | Always

ANALYSTSNAME: Zachary Reichert        OPENANALYSTI: Reggie Beeks

ACTIONS: 09-23-2013 09:15:01 pm Transfer / Escalate 09-24-2013 05:16:27 pm Move to CCT. 09-24-2013 05:17:03 pm Dlr Rpt- Heather Mekosh 09-26-2013 06:30:47 pm Transfer / Escalate-RES 09-26-2013 06:31:21 pm RES-J-Heather Mekosh 09-26-2013 09:55:55 pm Transfer to CCT. 09-27-2013 01:22:31 pm Transfer / Escalate 09-30-2013 10:13:07 pm Schedule Follow-Up 10-02-2013 10:33:01 pm Case Resolution 10-02-2013 10:33:43 pm Close Case

COMMENTS: 09-23-2013 09:14:23 pm VIN: 1FADP3N29DL222569..MAKE/MODEL/YR: 2013 FOCUS..MILES: 7,600......NAME: REDACTED REDACTED..ADDR: REDACTED ..PHONE: REDACTED (C)..EMAIL:......**CUST SAYS**..-VEH STALLS WHILE ACCELERATION AND ALMOST HAD ACCIDENT..-VEH WILL RED LINE ON THE RPM AND VEH IS NOT MOVING; IT'S NOT ACCELERATING..-VEH HAS BEEN TO DLR 4 TIMES AND CANNNOT DUPLICATE VEH; THE DLRSHP IS SAYING IT'S NORMAL..-THE NAVIGATION OPERATION IS INACCURATE; THE MILAGE DISPLAY IS INACCURATE..-RADIO SYSTEM GET DEAD SPOTS FOR 15 MINUTES..-MYTOUCH DOESN'T WORK MOST OF THE TIME..-CUST WANTS FORD TO BUYBACK THE VEH........**CRC ADV**..Your request will be investigated by a specialist here at the Customer Relationship Center to see if the vehicle meets the State of California's lemon law guidelines for replacement. If your vehicle does not qualify, you will receive a call from a Customer Service Manager within 10 business days to assist you with your repair needs and a letter from Ford stating that your vehicle does not qualify. If your vehicle qualifies for replacement, you will receive an offer letter in approximately 15 business days from the Reacquired Vehicle Program Headquarters. The letter will provide instructions regarding documents and information necessary to complete the process, including the original sales contract, current loan or lease documents, and current mileage to determine usage fees. If you do not receive a communication from Ford Motor Company within 15 business days, please call (insert CSM's name) at 866-631-3788 (insert 5-digit extension).  Reference the following case number CAS-3262318 so they can further investigate your concern.......**DLR INFO***..Michael Stead's Hilltop Ford..3280 Auto Plaza..Richmond, CA 94806..(510) 222-4444 ..DAVID-S/M 09-24-2013 05:15:49 pm -EMAILED DEALER REPORT REQUEST TO MICHAEL STEAD'S HILLTOP FORD 09-26-2013 06:28:34 pm -RECEIVED DEALER REPORT FROM MICHAEL STEAD HILLTOP FORD 09-26-2013 06:28:43 pm After review, at this time, it appears this vehicle does not meet the requirements for repurchase / replacement; transferred to RES for review 09-26-2013 09:55:21 pm Reviewed.  Concur with previous vehicle assessment. 09-27-2013 01:20:15 pm SUBMITTED RAV FOR HANDLING 09-30-2013 10:11:14 pm -OBC TO CUST -N/A -LEFT VM -F/U 10/7/13 09-30-2013 10:40:55 pm -IBC FROM CUST -CSM ADV THAT WE WILL NOT BE REPURBHASING/REPLACING VEH AT THIS TIME AS PER CALIFORNIA LEMON LAWCUST ADV THAT SHE FEELS LIKE SHE IS GOING TO GET INTO AN ACCIDENT -CUST ADV THAT SHES BEEN IN 5 TIMES AND THAT SHES NOT GETTING GOOD CUSTOMER SERVICE -CUST ADV THAT SHE COULD DROP VEH OFF TOMM MORNING -CUST IS UPSET THAT SHE WAS NEVER DISCLOSED THAT VEHICLE HAS AN AUTOMATIC CLUTCH WHEN SHE WAS SOLD THE VEH -CUST ADV THAT SHE WOULD BRING VEH 09-30-2013 11:08:06 pm -OBC TO S/M DAVE -DLR ADV THAT CUST MAY NOT HAVE THE NEWEST UPDATE -DLR ADV HE WOULD TEST DRIVE VEH WITH CUST IF NEED BE -CSM ADV HE WOULD GIVE CUST 7 DAYS RENTAL IF NEED BE -F/U 10/7/13 10-02-2013 10:27:17 pm -CUST WENT ON TEST DRIVE WITH DLR IN  HER VEH AND IN LIKE VEH -THERE WAS NPF AND LIKE VEH DROVE IDENTICAL TO CUST VEH -CASE CLOSED [end CAS-3262318-X1L8R7]

CASE NUMBER: CAS-3263161-N1Y0D9      STATUS: Resolved :6400
OPEN: 09-23-2013       CLOSED: 09-30-2013      BUS UNIT NAME: CRC
RESPONSEAMN: Tier 1 Inbound      COMMUNICATIO: Phone      INQ CODE: n/a
CASECLASSLV1234: Vehicle Concern | Repair Assistance | CCT Criteria |
DEALER NAME: HAWK FORD of OAK LAWN
PA CODE: 07183      DLR SALES CD: 41001      REGION: G1      ZONE: A04

VIN: 3FADP4BJ7BM221692      MODEL YEAR: 2011      MODEL: FIESTA      MILEAGE: 33600
BODY STYLE: P4B - SE 4-DR SEDAN

LAST NAME  MIDDLE  FIRST:   | |
ADDRESS:
CITY  STATE  ZIP:   CHICAGO | IL | 60629
HOME PHONE:

SYMPTOMS: Driving Performance | Hesitates/Stumble | Acceleration | Intermittent

ANALYSTNAME: Linda Gallion      OPENANALYSTI: Christopher Garcia

ACTIONS: 09-23-2013 11:51:16 pm CALL From - REDACTED 09-24-2013 08:12:47 pm REDACTED - F/U 09-24-2013 12:05:05 am Transfer / Escalate 09-30-2013 12:22:57 pm Close Case 09-30-2013 12:23:11 pm Case Resolution

COMMENTS: 09-24-2013 08:12:30 pm CSM Linda x77704  wsd 06-28-11  mileage 33600  LTV 63  60/60 Extra Care  no open recalls  dlr adv that they have not seen this veh in a while for this concern  csm made obc to cust at 773-710-0354 lm on vm adv cust of who I am and the reason for my call -- csm to try cust again on 9-25-13 09-24-2013 12:04:28 am ***CUST SAYS***....-REDACTED REDACTED ..BEST CONTACT NUMBER ..REDACTED......-VIN: 3FADP4BJ7BM221692..-MODEL/YEAR: 2011 FIESTA ..-MILEAGE: 33600....1. WHAT IS THE VEH DOING? ..-VEHICLE IS HESITATING AND STUMBLES ..-VEHICLE IS SHAKING ..-DEALERSHIP TOLD CUSTOMER ITS ALL UPDATE THERE IS NOTHING THEY CAN DO FOR CUSTOMER ..-VEHICLE IS NOT DRIVING RIGHT ..-TRANSMISSION HAS BEEN FIXED ..-OCTOBER 2012 TRANSMISSION WAS REPAIRED ..-HIGHWAY TRAFFIC WHILE WAITING TAKE OFF IN VEHICLE AND IT SHAKES INTO GEARS AND HESITATING ..-CUST SAYS THIS IS VERY DANGEROUS COULD CAUSE AN ACCIDENT ..-CUSTOMER IS CRYING BECAUSE OF ALL THE ISSUES WITH VEHICLE ..2. WHERE IS THE VEH? ..-WITH CUSTOMER ..3. NOTICED WHEN ISSUE FIRST STARTED?..-AFTER BUYING VEHICLE ..4. HAS THE VEH BEEN TO THE DLRSHP? ..-YES ..5. HOW MUCH IS THE REPAIR? ..-N/A..6. CUST IS SEEKING?..-CUSTOMER JUST WANTS VEHICLE FIXED CORRECT ....***DLRSHP INFO:..  ..HAWK FORD of OAK LAWN..6100 W. 95th Street..Oak Lawn, IL 60453..(708) 599-6000     .. ..P&A: ....***CRC ADVISED***....-I will escalate your case/request to our Ford Regional Customer Service Manager who works daily with your dealerships management team (his/her name is..).  The Ford Regional Customer Service Manager has access to all Ford resources and will use these resources to assist you and your dealership regarding your situation. The Ford Regional Customer Service Manager will receive the information you have just provided me and will do a thorough review on your behalf. You can expect a phone call from your Customer Service Manager within 2 business days.   The case number that I have established for you today is CAS-3263161-N1Y0D9. 09-26-2013 03:24:23 pm CSM Linda x77704  csm made obc to cust at REDACTED lm on vm adv cust of who I am and the reason for my call  csm provided my contact info and case number - csm to try cust again on 9-27-13 09-27-2013 08:12:44 pm CSM Linda x 77704  csm made obc to cust at REDACTED csm adv cust that the call is recorded  csm reviewed cust concern and that the veh has a harsh shift but the dlr says thats the way it is  csm adv cust that if the dlr adv them the concern is normal there is no repair the I can recommend  csm offered cust 3/45 Limited Maintenance plan for inconvenience  cust accepted offer but needs to contact me with her current mileage  csm to monitor case for message from cust  csm setting f/u for 10-2-13 09-30-2013 12:22:30 pm CSM Linda x77704  csm received call from cust  current mileage is 33824 csm to upload maint plan on veh cust should receive info in the mail in 4 weeks  no further action required at this time case closed
[end CAS-3263161-N1Y0D9]

VGS 001610

CASE NUMBER:  CAS-3274247-M5F0B7        STATUS: Resolved · 6401
OPEN:  09-25-2013        CLOSED: 09-25-2013        BUS UNIT NAME: CRC
RESPONSETEAMN: Tier 1 Inbound        COMMUNICATIO: Phone        INQ CODE: n/a
CASECLASSLV1234: Vehicle Concern | Warranty Coverage | |
DEALER NAME: Fairlane Ford Sales, Inc.
PA CODE: 03050        DLR SALES CD: 48020        REGION: G2        ZONE: A03

VIN: 1FADP3F27DL289461        MODEL YEAR: 2013        MODEL: FOCUS        MILEAGE: 3600
BODY STYLE: P3F - SE 4DR SEDAN

LAST NAME  MIDDLE  FIRST:   | |
ADDRESS:
CITY  STATE  ZIP:   DETROIT | MI | 48228
HOME PHONE:

SYMPTOMS: Driving Performance | Engine Surge | Acceleration | Intermittent

ANALYSTNAME: Pam Arvik        OPENANALYSTI: Pam Arvik

ACTIONS: 09-25-2013 03:14:31 pm Close Case 09-25-2013 03:15:39 pm Case Resolution

COMMENTS: 09-25-2013 03:12:09 pm CUST SAYS-..-just leased a new focus..-having a surging concern on acceleration ..-vehicle catches him off guard..-like it is  between gears and does not know which way to go..-has not been to the dealer yet..-cust wants concern documented ..-in case he gets into an accident ..-he will make a dlr appointment....CRC ADV- We recommend your service/repair be performed by a Ford/Lincoln Mercury dealership.....DLR INFO-    ..   Fairlane Ford..14585 Michigan Ave...Dearborn, MI 48126..(888) 999-FORD
[end CAS-3274247-M5F0B7]

VGS 001660

CASE NUMBER: CAS-3278631-K5T7N2      STATUS: Resolved-6402
OPEN: 09-26-2013      CLOSED: 09-26-2013      BUS UNIT NAME: CRC
RESPONSTEAMN: Tier 1 Inbound      COMMUNICATIO: Phone      INQ CODE: n/a
CASECLASSLV1234: Vehicle Concern | Repair Assistance | No repair / Warranty Denied | Normal Operating Characteristics
DEALER NAME: R C Bliss Inc
PA CODE: 09319      DLR SALES CD: 58613      REGION: A1      ZONE: B13

VIN: 1FADP3F21DL184270      MODEL YEAR: 2013      MODEL: FOCUS      MILEAGE: 17950
BODY STYLE: P3F - SE 4DR SEDAN

LAST NAME  MIDDLE  FIRST:  |  |
ADDRESS:
CITY  STATE  ZIP:  Lonsdale | MN | 55046
HOME PHONE:

SYMPTOMS: Start/Run/Move | Moving | Upshift Quality | Intermittent

ANALYSTNAME: Leslie Woods      OPENANALYSTI: Leslie Woods

ACTIONS: 09-26-2013 02:09:00 pm CALL From - T10223#1 09-26-2013 05:49:52 pm CALL From - T12221#1 09-26-2013 12:12:36 am Close Case 09-26-2013 12:12:44 am Case Resolution

COMMENTS: 09-26-2013 03:45:36 pm CAS-3278705-Z7M2V5....-PLEASE SEE RELATED CASES CAS-3278631-K5T7N2 AND CAS-3280844-T9M8K0.-BOUGHT THIS VEH IN JANUARY 2013 NEW COLLEGE GRADUATE VEH WAS THE FIRST NEW VEH THAT HAVE PURCHASED.-THOUGHT BY CHOOSING FORD WAS MAKING A GOOD DECISION.-CURRENTLY REGRET DECISION VEH CURRENTLY IS A SAFETY ISSUE..-WAS ALMOST IN AN ACCIDENT BECAUSE VEH HAD STALLED.-DUE TO THE INACTION OF FMC FILING A COMPLAINT WITH NHTSA AS WELL AS BBB.- WILL NOT BE BUYING FROM FORD EVER AGAIN..-SHE IS A NURSE THAT DRIVES ONE HUNDRED MILES TO WORK ROUND TRIP..-NEED A RELIABLE VEH THOUGHT BUYING BRAND NEW FROM AN AMERICAN MADE COMPANY WAS THE WAY TO GO..-VEH IS BROKEN SOMEHOW OR SOMEWAY AND NEED SOMEONE TO HELP CAN GET IT FIXED.-VEH DOES NOT OPERATE PROPERLY HAVE HAD THE VEH TO THE DLRSHP MULTIPLE TIMES.-TODAY WAS THE MOST RECENT VISIT MADE WORKED ON VEH FOR TWO HOURS.-RETRAINED TRANSMISSION FOR THE SECOND TIME DOES NOT KNOW WHY THEY DID THIS WHEN TRANSMISSION HAS NOTHING WRONG WITH IT..-REFUSE TO FURTHER INSPECT VEH STATING THAT IT IS RUNNING APPROPRIATELY ACCORDING TO FORD.- WANT SOMEONE TO ACKNOWLEDGE THE FACT THAT THIS VEH DOES NOT OPERATE PROPERLY..-TRIED CALLING CUSTOMER CARE THIS EVENING AND THE REPRE WAS VERY UNPROFESSIONAL..-TOLD HER NOTHING COULD BE DONE AND THAT SHOULD TRY TO TAKE IT TO A DIFFERENT DLRSHP  DO NOT SEE THE POINT IN TAKING IT SOMEWHERE ELSE ..-THE CUSTOMER CARE REPRESENTATIVE WAS LAUGHING AT FRUSTRATION OVER THE PHONE.-VERY DISPLEASED WITH EXPERIENCE WITH FORD....DEALER..R C BLISS INC..901 LYNDALE AVE N..FARIBAULT, MN 55021..(507) 334-6478....*CRC ADVISED.-DID NOT CREATE CASE FOR NEGATIVE CRC FEEDBACK AS PER DOCUMENTATION OF LESLIE WOODS MADE 9/25/2013 AT 8:12PM # CAS-3278631-K5T7N2.-SUPPORT PREVIOUS DOCUMENTATION OF SETH CASIE MADE 9/26/2013 AT 10:27AM #CAS-3280844-T9M8K0.-ADVISED FOLLOW-UP SET.-UPDATED CUSTS PROFILE 09-26-2013 12:12:34 am -CUST SAYS*..2013 FOCUS FROM JANUARY..TAKEN TO DLR MULTIPLE TIMES FOR TRANSMISSION ISSUES..RETRAINED IT A FEW TIMES..THE PROBLEM STILL PERSISTS..WANTS IT FIXED....SHUTTERS WHILE SHIFTING AND HESITATES TO GO..DLR STATES IT'S THE TRAILER HITCHING THAT THE TRANSMISSION DOES AND HOW IT WORKS, THE VEHICLE IS SUPPOSED TO DRIVE LIKE A MANUAL TRANSMISSION ..CUST STATES SHE HAS DRIVEN MANUAL TRANSMISSIONS AND IT DID NOT DRIVE LIKE THAT....DLR R.C. BLIFF, MN....According to your Dealerships assessment your vehicle is operating within Ford specifications.  Your local Ford/Lincoln dealership has factory-trained technicians, the most current engineering service information, and the specialized equipment required to resolve your vehicle concerns. ..We concur with the Dealership assessment.  If you require further explanation or the condition changes, please speak with your Service Manager...PER T/L TOMMY - SUPPORT DLR ....CUST WAS VERY RUDE DID NOT STAY ON THE LINE FOR HER TO TAKE CASE# CASE INFORMATION CUST JUST KEPT TELLING ME I WILL GIVE HER A DIFFERENT ANSWER, WANTED TO SPEAK TO SUPERVISOR ADVISED IT WOULD BE TOMORROW, CUST COULDN'T BELIEVE THERE WAS NO SUPERVISOR AVAILABLE, ADVISED AFTER 8 NONE AVAILABLE ON PHONES. CUST DISCONNECTED CALL.
[end CAS-3278631-K5T7N2]

**CASE NUMBER:** CAS-3286906-R9C5T3      **STATUS:** Resolved **-6403**
**OPEN:** 09-27-2013      **CLOSED:** 10-08-2013      **BUS UNIT NAME:** CRC
**RESPONSTEAMN:** Tier 1 Inbound      **COMMUNICATIO:** Phone      **INQ CODE:** n/a
**CASECLASSLV1234:** Vehicle Concern | Buyback Request | Non-California Vehicle | CCT Criteria
**DEALER NAME:** Avis Ford, Inc.
**PA CODE:** 02750      **DLR SALES CD:** 48028      **REGION:** G2      **ZONE:** A02

**VIN:** 3FADP4BJ5DM199940      **MODEL YEAR:** 2013      **MODEL:** FIESTA      **MILEAGE:** 5000
**BODY STYLE:** P4B - SE 4-DR SEDAN

**LAST NAME  MIDDLE  FIRST:** | |
**ADDRESS:**
**CITY  STATE  ZIP:** DETROIT | | 48208
**HOME PHONE:**

**SYMPTOMS:** Driving Performance | Hesitates/Stumble | Acceleration | Intermittent

**ANALYSTNAME:** Paul Szubielski      **OPENANALYSTI:** Jennifer Miranda

**ACTIONS:** 09-27-2013 12:58:43 pm Transfer / Escalate 09-30-2013 03:25:35 pm Schedule Follow-Up 09-30-2013 05:20:00 pm CALL From - T13073#1 10-08-2013 07:24:38 pm Case Resolution 10-08-2013 07:27:19 pm Close Case

**COMMENTS:** 09-27-2013 01:06:05 pm   09-27-2013 01:07:19 pm ***REFRENCE PREVIOUS NOTE****..-CUST WOULD LIKE A RENTAL VEH WHILE HER VEH IS AT DLR BEING DIAGNOSED 09-27-2013 01:24:47 pm CUST: ..~WANTS RENTAL ..~DLR WONT GIVE RENTAL....CRC ADVISED:..~OBC DLR - RENTAL SERVICE MANAGER SAID THAT ALL RENTALS WERE BEING USED.~ADVISED CUST THAT CSM IS WORKING WITH DLR..~RIGHT NOW ANY RENTAL EXPENSES WOULD BE OUT OF POCKET..~RENTAL EXPENSES HAVE A POSSIBILITY OF REIMBURSEMENT DEPENDING ON CASE..~WAIT FOR CONTACT FROM CSM ABOUT CASE DETAILS 09-27-2013 12:56:09 pm *****CUST SAYS*****..-VEH WILL NOT ACCELERATE HAD TO PULL OVER TO SIDE OF THE ROAD..ALMOST CAUSED AN ACCIDENT..-DOES NOT WANT THE VEH ANYMORE ..-DLR STATES MILEAGE ON VEH IS 7000..BUT THE CAR IS READING 5000 MILES....***DLR INFO****..Avis Ford Inc..29200 Telegraph Rd...Southfield, MI 48034..(248) 355-7500....***CRC ADVISED***....I will escalate your case/request to our Ford Regional Customer Service Manager who works daily with your dealerships management team (his/her name is Paul Szubielski has access to all Ford resources and will use these resources to assist you and your dealership regarding your situation.  The Ford Regional Customer Service Manager will receive the information you have just provided me and will do a thorough review on your behalf. You can expect a phone call from your Customer Service Manager within 2 business days.   The case number that I have established for you today is CAS-3286906-R9C5T3. 09-30-2013 03:20:10 pm LTV : 54  Original ..WSD 4/10/2013..Miles : 5500..ESP: no ESP..AWS: 2 transmission related repairs....OBC to John S/M ..Vehicle is being towed in ..Not there yet....Csm Will cover up to 3 days rental at this time for diag if needed. 09-30-2013 03:23:54 pm obc to customer - REDACTED..LVM for customer to call back. ..F/U 10/03/13 10-08-2013 07:23:41 pm IBC from Dealer S/M John ..RO 594651  Line 9..Approval M017H  P11..Close case [end CAS-3286906-R9C5T3]

**CASE NUMBER:** CAS-3297425-C7P0D7     **STATUS:** Resolved #:6404
**OPEN:** 09-30-2013     **CLOSED:** 09-30-2013     **BUS UNIT NAME:** CRC
**RESPONSETEAMN:** Tier 1 Inbound     **COMMUNICATIO:** Phone     **INQ CODE:** n/a
**CASECLASSLV1234:** Vehicle Concern | Legal | Insurance Company Settlement | Not Portal
**DEALER NAME:** Chestatee Ford
**PA CODE:** 07618     **DLR SALES CD:** 21450     **REGION:** S1     **ZONE:** A04

**VIN:** 1FADP3K27DL198633     **MODEL YEAR:** 2013     **MODEL:** FOCUS     **MILEAGE:** 20000
**BODY STYLE:** P3K - SE 5DR HATCH

**LAST NAME  MIDDLE  FIRST:** | |
**ADDRESS:**
**CITY  STATE  ZIP:**  DAHLONEGA | GA | 30533
**HOME PHONE:**

**SYMPTOMS:** Driving Performance | Engine Surge | At Idle | Always

**ANALYSTNAME:** Aaron Conte     **OPENANALYSTI:** Aaron Conte

**ACTIONS:** 09-30-2013 04:23:33 pm Close Case 09-30-2013 04:23:56 pm Case Resolution

**COMMENTS:** 09-30-2013 02:11:43 pm **CUST. SAYS**.-WHILE PRESSING ON GAS TO SPEED UP FROM A STOP, VEH WOULD HESITATE TO SPEED UP.-SOMETIMES THE CAR ROLLS BACK 3 OR 4 FEET WHEN FIRST PRESSING ON GAS PEDAL FROM A STOP.-ALSO, VEH WOULD ALSO LUNGE FORWARD ABOUT 4 OR 5 FEET ON ITS OWN WHILE FOOT IS ON BRAKE.-HAS HAD SEVERAL REPAIR ATTEMPTS W/ DLR: ..Chestatee Ford..44 Lumpkin County Parkway..Dahlonega, GA 30533..(706) 864-6504.-ISSUES ARE STILL ON GOING AND YESTERDAY VEH HAD AN ACCIDENT B/C OF IT LUNGING FORWARD ON ITS OWN....1. Were any injuries sustained? ..-NO..2. What are you seeking from Ford Motor Company?..- Compensation/Financial Reimbursement b/c Ford dlr never fixed issue fully after multiple attempts..3. What was the date of the accident?..9/29/13..4. What product defect is alleged to have caused the accident?..-WHILE STOPPED AT THE LIGHT AND WHILE HAVING HER FOOT APPLIED ON THE BRAKE, THE VEH LUNGED FORWARD ON ITS OWN 4 OR 5 FEET WHILE NOT PRESSING ON THE GAS AND HER VEH HIT THE VEH IN FRONT OF HER....5. What is the City and State where the accident occurred?..-LUMPKIN COUNTY....6. Was a police report filed?..-YES....7. If a police report was filed, what were the findings?..-JUST THAT THE CUST. DRIVING VEH HIT THE CAR IN FRONT AND THAT IT WAS THE CUST.'S FAULT....8. What is the police report number and in what city and county was the report filed?..-13-09-323 @ LUMPKIN COUNTY....9. Has the customer filed a claim with their Insurance Company? (Yes or No)..-YES....10. If a claim has been filed with the insurance company, what is the status of the claim?..-STILL PENDING....11. Is the vehicle repairable?..-YES, A MECHANIC SAID ITS REPAIRABLE FOR $1300 ....13. What mailing address would you like our Office of General Council to send your written response to? (You must ..document the full address in the case Notes) ..REDACTED....**CRC ADV**..Your insurance company has the right to pursue claims for reimbursement against Ford. If they do pursue a claim against Ford, reimbursement of the deductible will be between you and your insurance company.
[end CAS-3297425-C7P0D7]

CASE NUMBER: CAS-3362122-D2R6F1        STATUS: Resolved #:6405
OPEN: 10-11-2013        CLOSED: 10-11-2013        BUS UNIT NAME: CRC
RESPONSETEAMN: Tier 1 Inbound        COMMUNICATIO: Phone        INQ CODE: n/a
CASECLASSLV1234: Vehicle Concern | Legal | Alleged Accident | Not Portal
DEALER NAME: Ellsworth Ford, Inc.
PA CODE: 08766        DLR SALES CD: 58408        REGION: A1        ZONE: B13

VIN: 3FADP4BJ3BM175391        MODEL YEAR: 2011        MODEL: FIESTA        MILEAGE: 59900
BODY STYLE: P4B - SE 4-DR SEDAN

LAST NAME  MIDDLE  FIRST:  |  |
ADDRESS:
CITY  STATE  ZIP:   NELSON | WI | 54756
HOME PHONE:

SYMPTOMS: Start/Run/Move | Moving | Engagement Issues | Forward

ANALYSTNAME: Stephanie Colo        OPENANALYSTI: Stephanie Colo

ACTIONS: 10-11-2013 04:09:49 pm Close Case 10-11-2013 04:13:06 pm Case Resolution

COMMENTS: 10-11-2013 04:06:20 pm **ISSUES**..LEAVING WORK LAST SATURDY ..PUT VEH IN DRIVE AND IT WENT INTO
REVERSE..BECAUSE OF THIS VEH HIT A DECK AND DID DAMAGE TO THE VEH IN TERMS OF $4400..TRANSMISSION HAS BEEN A
PROBLEM SINCE PURCHASE AND HAS BEEN REPLACED ONCE ALREADY..HAVE HAD THIS ISSUE BEFORE WHEN VEH HAS BEEN PUT
INTO DRIVE AND IT WOULD GO IN REVERSE INSTEAD..DOESN'T SEEM LIKE ANYTHING DONE TO VEH WILL CORRECT THE
PROBLEM..WHAT I'M MORE WORRIED ABOUT IS HITTING SOMEONE NOT SOMETHING LIKE THIS TIME....1. Were any injuries
sustained?  NONE..- Please provide the first and last name of all injured parties...2. What are you seeking from Ford Motor Company?..TO
HAVE VEH REPLACED, BOUGHT BACK OR COVERED FOR REPAIRS....3. What was the date of the accident? OCT 5TH 2013..4. What
product defect is alleged to have caused the accident? TRANSMISSION NOT RESPONDING PROPERLY..5. What is the City and State
where the accident occurred? PEPIN WI ..6. Was a police report filed? NO..7. If a police report was filed, what were the findings?..8. What
is the police report number and in what city and county was the report filed?..9. Has the customer filed a claim with their Insurance
Company? NO..10. If a claim has been filed with the insurance company, what is the status of the claim?..11. Is the vehicle repairable?
YES..12. What is the name and address of customer's attorney? (only if the customer mentions they have sought one)..13. What mailing
address would you like our Office of General Council to send your written response to? (You must ..document the full address in the case
Notes) ..N 404 LINCOLN STREET..NELSON WI 54756....=======..**DLR**..Ellsworth Ford, Inc...424 West Industrial Road..Ellsworth, WI
54011.. REDACTED         ..========..**CRC ADV**..I will forward your information to Ford's Office of the General Counsel. You should
receive a written response within 15 Days business days to your concern.
[end CAS-3362122-D2R6F1]