# **EXHIBIT 14**

| | |
|---|---|
| **From:** | Gilewski, David (G.) |
| **Sent:** | Thursday, March 08, 2012 12:17 PM |
| **To:** | Centlivre, James (J.C.); Ramirez, Mauricio (M.R.); McClain, Shawn (S.M.) |
| **Subject:** | RE: V48 - Report Summary(s) from a GCQIS Query Disposition |
| **Attachments:** | RE: Using IDS to retrieve TEAM data PIDs; Using Gen Diag to retrieve TEAM Data.doc |

The dealer tech or FSE needs to contact FSCD hot line and request the code of the day for the IDS to access special functions to pull TEAM
Here is the process and a contact Dennis Schwecke that can get you started.

David G. Gilewski
Transmission OBDII Calibration
ATO , Cube M146A
(313)-805-8535

---

**From:** Centlivre, James (J.C.)
**Sent:** Thursday, March 08, 2012 12:08 PM
**To:** Gilewski, David (G.)
**Subject:** FW: V48 - Report Summary(s) from a GCQIS Query Disposition

Dave,
Can you provide some details on how to get TEAM data pulled via IDS session.  Thanks.

Jim Centlivre
DPS6 Transmission Calibration
(313) 805-8913

---

**From:** Ramirez, Mauricio (M.R.)
**Sent:** Thursday, March 08, 2012 12:00 PM
**To:** McClain, Shawn (S.M.); Oldani, Patrick (P.E.); Lajiness, Vince (V.); Centlivre, James (J.C.); McDonagh, Scot (S.M.)
**Subject:** RE: V48 - Report Summary(s) from a GCQIS Query Disposition

last I knew you could not get Team with IDS, but maybe something changed...

Scot, do you know if this can be done?

Mauricio Ramirez

Produced Subject to a Confidential Protective Order    VGS20001606



CSAP PVT Powertrain Supervisor
Cel. (01152 1) 55 26853656

Of. 55 13347036

Ford: 943-7036

---

**From:** McClain, Shawn (S.M.)
**Sent:** Thursday, March 08, 2012 11:58 AM
**To:** Ramirez, Mauricio (M.R.); Oldani, Patrick (P.E.); Lajiness, Vince (V.); Centlivre, James (J.C.)
**Subject:** RE: V48 - Report Summary(s) from a GCQIS Query Disposition

Mauricio,

Is it possible to get Team Data for this particular vehicle to see what the system has attempted in the background??

Shawn M. McClain
DPS6 Current Model Supervisor
smcclai1@ford.com
(313) 805-9275

---

**From:** Ramirez, Mauricio (M.R.)
**Sent:** Thursday, March 08, 2012 11:56 AM
**To:** Oldani, Patrick (P.E.); McClain, Shawn (S.M.); Lajiness, Vince (V.)
**Subject:** FW: V48 - Report Summary(s) from a GCQIS Query Disposition

Different from what we are investigating at plants.. but nonetheless...
maybe you want to investigate further while the car is there...

**Attachments :** 0

| | | | |
|---|---|---|---|
| **Report# :** | CCGEY011 NHL | **Received:** | 03/07/2012 |
| **CCRG/EPRC:** | **Reviewed Status:** | **Date:** | |
| **Vehicle:** | 2012,FIESTA (NA) ,SE ,4 DOOR ,SEDAN | **Build Date:** | 11/25/2011 |

Produced Subject to a Confidential Protective Order

VGS20001607

,3FADP4BJ6CM149675

| | | | | | | |
|---|---|---|---|---|---|---|
| Odometer : | 1,609 M | Engine: | 1.6L SIGMA | Calibration: | CCH1A10A |
| Transmission: | 6SP PS195 | Axle: | | A/C: | YES |
| Dealer: | USA 06634 University Ford, Inc. | | | Phone#: | (919) 682-9171 |
| City: | Durham | State: | North Caroli | Country : | USA |
| Originator: | JAMES HUNT | | | | |
| Symptom Status: | 4 42 5 56 ST/RN/MV,MOVING,NO ENGAGE,REVERSE | | | | |
| VFG: | V48 GOOD AUTOMATIC TRANSMISSION | | | | |
| Additional Symptom: | LOSS OF REVERSE | | | | |
| Fix: | Causal Component : | | -- | | |
| Condition Code: | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| Hotliner: | BMEERS1 | Phone: | 000 317-9346 | Regn Cd: | S2 Charlotte |
| Engineering: | | Phone: | | TAR: | |
| Dlr Contact: | JAMES HUNT | Phone: | 919 815-7519 | Title Cde: | T |

**DTCs:**
KOEO:
KOEC:P0700 P2837
KOER:

**Comments:**

REPAIR  03/07/2012 03:07PM BRIAN MEERS MSS - FCSD - TECH SVC HOTLINE
WEB FORM DATA - CONCERN:ENGINE LIGHT ON, NO REVERSE DIAGNOSTICS: EEC TEST-P0700, P2837. PINPOINT TEST B PER SHOP MANUAL. ALL FUSEA GOOD. ALL POWER TO TCM GOOD PER PPT. REPLACED TCM PER STEP B6. PROGRAMMED TCM AND ATTEMTED TO PERFORM ADDAPTIVE LEARN. STILL NO REVERSE AND SEEMS TO BE MISSING 2ND, 4TH, AND 6TH GEARS AS WELL. VEHICLE SHIFTED HARD BEFORE REPAIR ATTEMPT, BUT NOT SURE IF WAS MISSING GEARS. PARTS REPLACED:TCM TECH QUESTION:ANY OTHER DIAGNOSTIC AVENUE ASIDE FROM SERVICE MANUAL PPT?

RECOMM  03/07/2012 03:07PM BRIAN MEERS MSS - FCSD - TECH SVC HOTLINE
JAMES, SECOND, FOURTH, SIXTH AND REVERSE GEARS ALL OPERATE OFF OF CLUTCH B. THEY ARE UNRELATED INSIDE OF THE TRANSMISSION THOUGH. THIS CONCERN IS CURRENTLY BEING INVESTIGATED BY ENGINEERING. AT THIS TIME IT APPEARS A BASE ELECTRICAL SYSTEM CONCERN IS THE ROOT CAUSE OF THE LOSS OF REVERSE. PLEASE LOAD TEST THE BATTERY USING THE GR1-190

Produced Subject to a Confidential Protective Order                                                          VGS20001608

|  | |
|---|---|
| | TESTER AND CHARGE IT OR REPLACE IT AS NEEDED. SINCE THIS TRANSMISSION IS A MANUAL TRANSMISSION THAT IS SIMPLY SHIFTED ELECTRONICALLY, ELECTRICAL SYSTEM PERFORMANCE IS CRITICAL TO THE OPERATION OF THE TRANSMISSION. ONCE THE BATTERY IS CHARGED OR REPLACED, PERFORM ALL ADAPTIVE LEARN PROCEDURES AND ROAD TEST THE VEHICLE TO ENSURE IT OPERATES CORRECTLY. IF CHARGING OR REPLACING THE BATTERY DOES NOT ALLOW THE ADAPTIVE LEARN PROCEDURES TO COMPLETE, PLEASE SWITCH CLUTCH MOTOR 1 AND 2 TO SEE IF THE CONCERN FOLLOWS. IF IT DOES, REPLACE THE MOTOR AND RETEST. IF THE CONCERN REMAINS ON CLUTCH B, RECOMMEND SWITCHING THE TCM FROM A KNOWN GOOD VEHICLE TO THIS CAR. IF THIS RESOLVES THE CONCERN, REPLACE THE TCM. |
| **REPAIR** | 03/07/2012 04:18PM JAMES HUGG MSS - FCSD - TECH SVC HOTLINE<br>HAVE TESTED BATTERY,GOOD. SWAPPED CLUTCH MOTORS 1 & 2. PROBLEM STILL<br>WITH REV,2,4,6 GEARS. TCM HAS BEEN REPLACED WITH NEW. ANY MORE IDEAS? |
| **RECOMM** | 03/07/2012 04:18PM JAMES HUGG MSS - FCSD - TECH SVC HOTLINE<br>JAMES, RECOMMEND PERFORMING A LOAD TEST OF THE WIRES THAT GO FROM THE CLUTCH SHIFT MOTORS TO THE TCM. THE USE OF A HEADLAMP OR SIMILAR LOAD WILL WORK FINE. IF THE WIRING PASSES THE LOAD TEST, RECOMMEND REPLACEMENT OF THE CLUTCH. |

Mauricio Ramirez



CSAP PVT Powertrain Supervisor
Cel.  (01152 1) 55 26853656

Of. 55 13347036

Ford: 943-7036

---

**From:** JMONTAN4
**Sent:** Thursday, March 08, 2012 3:34 AM

4

**To:** MRAMIR19
**Subject:** V48 - Report Summary(s) from a GCQIS Query Disposition

This email contains 8 report summary(s).

**Attachments :** 0

| | | | | | |
|---|---|---|---|---|---|
| **Report# :** | CCGCK003 NHL | | | **Received Date:** | 03/07/2012 |
| **CCRG/EPRC:** | | **Reviewed Status:** | | | |
| **Vehicle:** | 2012,FIESTA (NA) ,SE ,4 DOOR ,SEDAN ,3FADP4BJ7CM146378 | | | **Build Date:** | 11/03/2011 |
| **Odometer :** | 5,369 M | **Engine:** | 1.6L SIGMA | **Calibration:** | CCH1A10A |
| **Transmission:** | 6SP PS195 | **Axle:** | | **A/C:** | YES |
| **Dealer:** | USA 01691 Long-Lewis Ford Lincoln | | | **Phone#:** | (256) 386-7800 |
| **City:** | Muscle Shoals | **State:** | Alabama | **Country :** | USA |
| **Originator:** | LEE THOMPSON | | | | |
| **Symptom:** | 4 42 Z 00 ST/RN/MV,MOVING,NOT LISTED,UNKNOWN | | | | |
| **Status:** | | | | | |
| **VFG:** | V48 GOOD AUTOMATIC TRANSMISSION | | | | |
| **Additional Symptom:** | CHATTER IN 2,4,6. | | | | |
| **Fix:** | **Causal Component :** | | -- | | |
| **Condition Code:** | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| **Hotliner:** | IUSHIN | **Phone:** | 313 317-9353 | **Regn Cd:** | S1 Atlanta |
| **Engineering:** | | **Phone:** | | **TAR:** | |
| **Dlr Contact:** | LEE THOMPSON | **Phone:** | 256 386-7800 | **Title Cde:** | T |

**DTCs:**
KOEO:
KOEC:
KOER:

**Comments :**

REPAIR    03/07/2012 09:33AM IVAN USHIN MSS - FCSD - TECH SVC HOTLINE TECHNICIAN: LEE THOMPSON EMAIL: LORCTHOMP3@AOL.COM P&A CODE: 01691 VIN: 3FADP4BJ7CM146378 ODOMETER: 5369 VEHICLE: 2012 FIESTA ENGINE: 1.6L TIVCT PFI 115HP TRANSMISSION: 6 SPD AUTO GFT PS195 RO#: 526344 CONCERN: SHUDDER, CHADDER, AND VIBRATION IN 2, 4, 6 TH GEARS DTC: NONE MODULE: NONE DIAGNOSTICS PERFORMED: TEST DRIVE, SELF TESTS, OASIS , VERIFY CONCERN PARTS REPLACED: NONE INITIAL QUESTION: I FOUND NO TSBS ON THIS VEHICLE, I HEARD FROM AN

5

Produced Subject to a Confidential Protective Order                                                                                                    VGS20001610

FSE THAT THERE WERE CONSERNS WITH THE CLUTCH, DO YOU HAVE ANY INFO, AND DO I NEED APPROVAL TO GO INTO THE TRANS IF THE CLUTCH IS OK?

**RECOMM** 03/07/2012 09:33AM IVAN USHIN MSS - FCSD - TECH SVC HOTLINE

LEE, WE RECOMMEND YOU PROCEED WITH USING THE WSM AND DIAGNOSE BY SYMPTOM. YOU MAY FIND THIS IN SECTION 307-11 AUTOMATIC SHIFTING MANUAL
TRANSMISSION/TRANSAXLE - DIAGNOSIS AND TESTING - DIAGNOSIS BY SYMPTOM. THE BEING RELATED COMPONENTS TO THE CONCERN, THE CLUTCH AND/OR THE 2ND INPUT SHAFT WOULD BE SUSPECT. YOU DO NOT NEED APPROVAL FOR TRANSMISSION DISASSEMBLY. THE DPS6 TRANSMISSIONS ARE FULLY SERVICEABLE. FOR MORE INFORMATION WE RECOMMEND YOU VIEW THE DPS6
CHARACTERISTIC NOISES AND OPERATION LINK.

---

**Attachments :** 0

| | | | |
|---|---|---|---|
| **Report# :** | CCGCM001 FSATH | **Received:** | 03/07/2012 |
| **CCRG/EPRC:** | **Reviewed Status:** | **Date:** | |
| **Vehicle:** | 2011,FIESTA (NA) ,SE ,4 DOOR ,SEDAN ,3FAKP4BK6BM123155 | **Build Date:** | 08/02/2010 |
| **Odometer :** | 11,445 M | **Engine:** 1.6L FFV | **Calibration:** |
| **Transmission:** | 5SP IB5 | **Axle:** | **A/C:** YES |
| **Dealer:** | BRA 01133 SZ SUPER AUTOSHOW | **Phone#:** | (550) 492-1022 |
| **City:** | LAGES | **Country :** | BRA |
| **Originator:** | ANDRE MANTOVANI | | |
| **Symptom:** | 4 42 5 56 ST/RN/MV,MOVING,NO ENGAGE,REVERSE | | |
| **Status:** | | | |
| **VFG:** | V48 GOOD AUTOMATIC TRANSMISSION | | |
| **Additional Symptom:** | 442556 | | |
| **Fix:** | **Causal Component :** -- | | |
| **Condition Code:** | | | |
| **Region Code:** 01 | **Region Name:** Regional 01 PORTO ALEGRE | | |

**DTCs:**
KOEO:
KOEC:
KOER:

Produced Subject to a Confidential Protective Order                                    VGS20001611

**Comments:**

**CONCER**  03/07/2012 09:27AM ANDRE MANTOVANI FAO - FSA - FORD OF BRAZIL
REVERSE GEAR DISENGAGES IN ACCELERATING

**REPAIR**  03/07/2012 09:27AM ANDRE MANTOVANI FAO - FSA - FORD OF BRAZIL
REPLACE OF INTERMEDIATE REVERSE GEAR, THE SYNCHRONIZER GEARS 1ST AND
2ND GEAR (MOTOR ROCAM AND SIGMA) PN: YS4R/7141/DA PN: 96WT/7124/AC

---

**Attachments :** 0

| | | | |
|---|---|---|---|
| **Report# :** | CCGCK010 NHL | **Received Date:** | 03/07/2012 |
| **CCRG/EPRC:** | **Reviewed Status:** | | |
| **Vehicle:** | 2011,FIESTA (NA) ,SE ,5 DOOR ,HATCH ,3FADP4EJ1BM228973 | **Build Date:** | 06/02/2011 |
| **Odometer :** | 26,980 M    **Engine:** 1.6L SIGMA | **Calibration:** | BCH1A10A |
| **Transmission:** | 6SP PS195    **Axle:** | **A/C:** | YES |
| **Dealer:** | USA 05426 Antelope Valley Ford Lincoln | **Phone#:** | (661) 949-6935 |
| **City:** | Lancaster    **State:** California | **Country :** | USA |
| **Originator:** | JOSE LOPEZ | | |
| **Symptom:** | 4 42 4 00 ST/RN/MV,MOVING,ENGAGE QUALITY ,UNKNOWN | | |
| **Status:** | | | |
| **VFG:** | V48 GOOD AUTOMATIC TRANSMISSION | | |
| **Additional Symptom:** | BELLHOUSING LEAK | | |
| **Fix:** | **Causal Component :** -- | | |
| **Condition Code:** | | | |

| **Hotliner:** IUSHIN | **Phone:** 313 317-9353 | **Regn Cd:** W1 Los Angeles |
|---|---|---|
| **Engineering:** | **Phone:** | **TAR:** |
| **Dlr Contact:** JOSE LOPEZ | **Phone:** 000 000-0000 | **Title Cde:** T |

**DTCs:**
KOEO:
KOEC:
KOER:

**Comments :**

Produced Subject to a Confidential Protective Order                                                                                                                    VGS20001612

| | |
|---|---|
| REPAIR | 03/07/2012 01:29PM IVAN USHIN MSS - FCSD - TECH SVC HOTLINE<br>WEB FORM DATA - CONCERN:VUBRATES IN REVERSE ON ACCEL WHEN COLD, SHUDDERS FROM STOP IN FORWARD, DIAGNOSTICS: IDS HOOK UP NO CODES SYSTEM PASS, ROAD TEST, RAN OASIS INSPECT TRANS FOR LEAKS AS PER SSM # 21920 FOUND TRANS LEAKING FROM CLUTCH HOUSING AREA PARTS REPLACED:NONE TECH QUESTION:IS THERE ANY KNOWN REPAIRS FOR THIS CONCERN |
| RECOMM | 03/07/2012 01:29PM IVAN USHIN MSS - FCSD - TECH SVC HOTLINE<br>JOSE, PLEASE VERIFY IF THE CONTAMINATION IS CAUSED BY TRANSMISSION FLUID OR ENGINE OIL. TO ISOLATE THIS CONCERN, ADD UV DYE TO THE ENGINE AND LET THE ENGINE RUN TO ALLOW THE DYE TO CYCLE. AFTER LETTING THE DYE CYCLE, REMOVE THE TRANSMISSION AND USE A UV LIGHT TO VIEW ANY FOR ANY LEAKS. IF NO UV DYE IS PRESENT, THEN THIS WOULD INDICATE A CONCERN WITH THE TRANSMISSION INPUT SEAL(S). IF THE SOURCE OF THE LEAK IS FROM THE TRANSMISSION INPUT SEALS, THEN WE RECOMMEND YOU USE <=""> HREF='HTTP://WWW.FORDTECHSERVICE.DEALERCONNECTION.COM/VDIRS/SPUBS/ANUM Q.ASP?FLAVOR=DEALERS&SZARTICLE=11-6-8' TARGET='_BLANK'>TSB 11-6-8 AS A REFERENCE FOR REPAIR. DO NOT CLAIM THE TSB DUE TO THE VEHICLE BEING OUT OF BUILD DATE. IF THE UV DYE IS VISIBLE, THEN THIS WOULD INDICATE A CONCERN WITH THE REAR MAIN SEAL AND REPLACEMENT WOULD BE REQUIRED ALONG WITH REPLACEMENT OF THE CLUTCH ASSEMBLY DUE TO CLUTCH CONTAMINATION. |

Attachments : 0

| | | | |
|---|---|---|---|
| Report# :<br>CCRG/EPRC: | CCGEP003 NHL<br>Reviewed Status: | Received:<br>Date: | 03/07/2012 |
| Vehicle: | 2012,FIESTA (NA) ,SES ,5 DOOR ,HATCH ,3FADP4FJ7CM135066 | Build Date: | 10/15/2011 |
| Odometer : | 142 M | Engine: 1.6L SIGMA | Calibration: CCH1A10A |
| Transmission: | 6SP PS195 | Axle: | A/C: YES |
| Dealer: | USA 07846 Rodeo Ford, Inc. | Phone#: | (623) 298-3900 |
| City:<br>Originator:<br>Symptom:<br>Status: | Goodyear<br>STEVE ELDRIDGE<br>4 42 7 39 ST/RN/MV,MOVING,UPSHIFT QUAL,INTERMITTENT | State: Arizona | Country : USA |

Produced Subject to a Confidential Protective Order

VGS20001613

| | |
|---|---|
| **VFG:** | V48 GOOD AUTOMATIC TRANSMISSION |
| **Additional Symptom:** | HARSH SHIFTING AT TIMES. |
| **Fix:** | **Causal Component :** -- |
| **Condition Code:** | |

| | | | | | |
|---|---|---|---|---|---|
| **Hotliner:** | MMCKAY2 | **Phone:** | 000 317-4281 | **Regn Cd:** | W3 Phoenix |
| **Engineering:** | | **Phone:** | | **TAR:** | |
| **Dlr Contact:** | STEVE ELDRIDGE | **Phone:** | 000 000-0000 | **Title Cde:** | T |

**DTCs:**
KOEO:
KOEC:
KOER:

**Comments :**

| | |
|---|---|
| REPAIR | 03/07/2012 11:55AM MICHAEL MCKAY MSS - FCSD - TECH SVC HOTLINE
WEB FORM DATA - CONCERN:HARSH SHIFTING AT TIMES DIAGNOSTICS: EEC TEST, CHECKED FOR PCM UPDATE, PCM AND TCM UPDATE AVAILABLE BUT PROGRAM
FILE NOT FOUND ON THE FORD SITE. MANUALLY ENTERED CALIBRATION NUMBER
IN ON PTS AND FILE NOT FOUND PARTS REPLACED:NONE TECH
QUESTION:WHERE CAN I GET THESE CALIBRATION FILES FROM? FILE NAME: CA61-14C204-CD.VBF FILE NAME: CA6P-7J104-DA |
| RECOMM | 03/07/2012 11:55AM MICHAEL MCKAY MSS - FCSD - TECH SVC HOTLINE
STEVE, AT THIS TIME IT WOULD BE ADVISED THAT YOU ENSURE THE IDS IS AT THE LATEST RELEASE (77A.04). THEN PERFORM PCM PMI WITH IDS. THIS WILL CONFIGURE PCM AND TCM WITH THE LATEST CALIBRATIONS. AFTER THAT IS COMPLETED, RECOMMEND THAT YOU PERFORM THE LEARNING PROCEDURES FOR THE
SHIFT DRUMS, CLUTCH MOTORS, AND TRS SENSOR. THEN PERFORM AN ADAPTIVE
DRIVE CYCLE AND RETEST TO SEE IF CONCERN IS CORRECTED. |
| REPAIR | 03/07/2012 12:36PM MICHAEL MCKAY MSS - FCSD - TECH SVC HOTLINE
MY IDS IS AT LEVEL 77A.04 I ATTEMPTED THE PMI AND THE SAME MESSAGE CAME UP SO I STILL NEED TO FIGURE OUT HOW TO GET THE FILES ITS ASKING FOR, I HAVE TRIED ALL 3 OF OUR IDSS AND THEY ALL DO THE SAME THING AND ARE ALL AT THE SAME LEVEL |
| RECOMM | 03/07/2012 12:36PM MICHAEL MCKAY MSS - FCSD - TECH SVC HOTLINE
STEVE, AT THIS TIME YOU WILL WANT TO MANUALLY LOOK FOR UPDATES ON THE
IDS. THIS CAN BE DONE BY SELECTING THE TOOL BOX ON IDS AND THEN THE |

Produced Subject to a Confidential Protective Order

VGS20001614

POCKET KNIFE. ONCE THERE SELECT CHECK FOR UPDATES. CURRENTLY THERE IS
A NEW RELEASE 77A.05 AVAILABLE. THERE HAVE BEEN SOME ISSUES WITH
77A.04 CAUSING PROGRAMMING CONCERNS. AFTER THAT IS COMPLETED,
PERFORM ALL RELEARNS AND ADAPTIVE DRIVE CYCLE AND RETEST TRANS
OPERATION. THEN COMPARE THIS VEHICLE TO ANOTHER LIKE UNIT UNDER
THE SAME DRIVING CONDITIONS AS SOME SHIFT MAY APPEAR TO BE FIRM, DUE
TO THIS BEING AN AUTOMATICALLY SHIFTED MANUAL TRANS AND WILL HAVE MANY
OF THE NORMAL MANUAL TRANSMISSION CHARACTERISTICS AND SHIFT FEEL.

---

**Attachments :** 0

| | | | |
|---|---|---|---|
| **Report# :** | CCGGT003 NHL | **Received Date:** | 03/07/2012 |
| **CCRG/EPRC:** | **Reviewed Status:** | | |
| **Vehicle:** | 2011,FIESTA (NA) ,SE ,5 DOOR ,HATCH ,3FADP4EJXBM204753 | **Build Date:** | 03/22/2011 |
| **Odometer :** 30,112 M | **Engine:** 1.6L SIGMA | **Calibration:** | BCH1A10A |
| **Transmission:** 6SP PS195 | **Axle:** | **A/C:** | YES |
| **Dealer:** | USA 07410 Day Ford | **Phone#:** | (412) 242-9900 |
| **City:** Monroeville | **State:** Pennsylvania | **Country :** | USA |
| **Originator:** | ED STOVER | | |
| **Symptom:** | 4 42 5 00 ST/RN/MV,MOVING,NO ENGAGE,UNKNOWN | | |
| **Status:** | | | |
| **VFG:** | V48 GOOD AUTOMATIC TRANSMISSION | | |
| **Additional Symptom:** | NO ENGAGE | | |
| **Fix:** | **Causal Component :** -- | | |
| **Condition Code:** | | | |

| | | |
|---|---|---|
| **Hotliner:** JBRIMMEL | **Phone:** 313 317-9335 | **Regn Cd:** G4 Pittsburgh |
| **Engineering:** | **Phone:** | **TAR:** |
| **Dlr Contact:** ED STOVER | **Phone:** 412 856-0600 | **Title Cde:** T |

**DTCs:**
KOEO:
KOEC:
KOER:
**Comments**

Produced Subject to a Confidential Protective Order                                                       VGS20001615

:

| | |
|---|---|
| REPAIR | 03/07/2012 07:24PM JOHN BRIMMELL MSS - FCSD - TECH SVC HOTLINE DATA FROM PRIOR APPROVAL REQUEST FORM:PLEASE DESCRIBE CUSTOMERS CONCERN: NO FOWARD OR REVERSE MOVEMENT.CHECK ENGINE LIGHT ON. PLEASE LIST ANY RECENT REPAIR ATTEMPTS NONE. DESCRIBE DIAGNOSTIC PROCEDURES COMPLETED AND THE RESULTS: KOEO TEST STORED CODE P0315. METAL PARTICLES IN OIL.DISASEMBLE AND INSPECTION.INNER INPUT SHAFT BENT.CLUTCH ASSEMBLY FRICTION MATERIAL THRUOUT BELL HOUSING AREA. BENT INNER INPUT SHAFT CAUSED DAMAGE TO BOTH GEAR ASSEMBLIES PUTTING METAL SHAVINGS THRUOUT UNIT AND INTO BEARING ASSEMBLYS.FLYWHEEL IS DAMAGED HITTING CRANKSAHFT SENSOR. PLEASE LIST PART THAT WAS ROOT CAUSE OF FAILURE: CLUTCH ASSEMBLY AND INNER INPUT SHAFT. LIST MAJOR COMPONENTS NEEDED FOR REPAIR:COMPLETE CLUTCH ASSEMBLY AND TRANSMISSION ASSEMBLY. REPAIR ESTIMATE - LABOR: REPAIR ESTIMATE - TOTAL: VEHICLE/COMPONENT ABUSE: MODIFICATIONS: LACK OF MAINTENANCE: PROVIDE ANY DETAILS NECESSARY: IN ORDER TO PROPERLY REPAIR THIS VEHICLE,REPLACEMENT OF TRANSMISSION ASSEMBLY WILL BE NEEDED.THIS COMPANY DEPENDS ON THERE VEHICLES TO FUNCTION CORRECTLY TO PROVIDE CUSTOMER SATISFACTION REPLACEMENT WOULD BE A RELIABLE REPAIR. RO#: 248819RO DATE:2/20/2012WARRANTY TYPE:BUMPER TO BUMPERSPW MILEAGE: SPW INSTALL DATE: |
| RECOMM | 03/07/2012 07:24PM JOHN BRIMMELL MSS - FCSD - TECH SVC HOTLINE ORDER A NEW TRANSMISSION THROUGH PARTS. APPROVAL CODE PAA1X |
| ADD-ON | 03/07/2012 07:24PM JOHN BRIMMELL MSS - FCSD - TECH SVC HOTLINE P&A CODE: 07410 _____ USA NAME: DAY FORD PROBLEM EFFECTIVE LIMIT PANEL EFF DATE EXP DATE AMOUNT PANEL DESCRIPTION ----- ---------- ---------- -------- -------------------------------------- PA9 2012/02/01 2012/12/31 0.00 2012 WARRANTY PRIOR APPROVAL PROGRAM - PA8 2012/02/01 2012/12/31 0.00 2012 WARRANTY PRIOR APPROVAL PROGRAM - PA7 2012/02/01 2012/12/31 0.00 2012 WARRANTY PRIOR APPROVAL PROGRAM - E25 2012/01/01 2012/06/30 1499.99 ESP-ESP/ESC REPAIRS OF $1500 PA6 2011/01/03 2012/01/31 0.00 PRIOR APPROVAL REQUIREMENT - GAS ENGINE E24 2010/07/01 2011/12/31 1199.99 ESP-ESP/ESC REPAIRS OF $1200 N73 2006/01/01 9999/12/31 0.00 BATTERY REVIEW PANEL (GR1-190) |

Produced Subject to a Confidential Protective Order

VGS20001616

**Attachments :** 0

| | | | |
|---|---|---|---|
| **Report# :** | CCGCA014 NHL | **Received Date:** | 03/07/2012 |
| **CCRG/EPRC:** | **Reviewed Status:** | | |
| **Vehicle:** | 2011,FIESTA (NA) ,SES ,5 DOOR ,HATCH ,3FADP4FJ9BM120535 | **Build Date:** | 07/22/2010 |
| **Odometer :** | 2,979 M   **Engine:** 1.6L SIGMA | **Calibration:** | BCH1A10A |
| **Transmission:** | 6SP PS195   **Axle:** | **A/C:** | YES |
| **Dealer:** | CAN B6152 Kingland Ford Sales Ltd. | **Phone#:** | (867) 874-7700 |
| **City:** | Hay River   **Province** Northwest Te | **Country :** | CAN |
| **Originator:** | JOHN SPOELDER | | |
| **Symptom:** | 4 42 5 55 ST/RN/MV,MOVING,NO ENGAGE,FORWARD | | |
| **Status:** | | | |
| **VFG:** | V48 GOOD AUTOMATIC TRANSMISSION | | |
| **Additional Symptom:** | INTERM NO FORWARD ENGAGEMENT | | |
| **Fix:** | **Causal Component :** -- | | |
| **Condition Code:** | | | |

| | | | | | |
|---|---|---|---|---|---|
| **Hotliner:** JSTOUT20 | **Phone:** 313 317-9134 | **Regn Cd:** 06 06 FCSD REGION-CANADA | | | |
| **Engineering:** | | **Phone:** | | **TAR:** | |
| **Dlr Contact:** JOHN SPOELDER | | **Phone:** 000 000-0000 | | **Title Cde:** T | |

**DTCs:**
KOEO:
KOEC:
KOER:

**Comments :**

REPAIR   03/07/2012 04:16PM JOSHUA STOUT MSS - FCSD - TECH SVC HOTLINE
WEB FORM DATA - CONCERN:NO ENGAUGEMENT INTO DRIVE REVERSE OPERATES
NORMALLY. DIAGNOSTICS: UNABLE TO VERIFY ENGAUGED INTO DRIVE.
CHECKED FOR CODES NONE FOUND. CHECKED OASIS FOR TSB/SSM FOUND 2 TSBS
11-5-23 AND 11-5-24 PARTS REPLACED:NONE TECH QUESTION:SHOULD I
PERFORM BOTH TSB 11-5-23 AND 11-5-24 OR JUST PERFORM THE ONE TSB AND
HAVE CUSTOMER TRY TO SEE IF PROBLEM IS STILL PRESENT

RECOMM   03/07/2012 04:16PM JOSHUA STOUT MSS - FCSD - TECH SVC HOTLINE

Produced Subject to a Confidential Protective Order                                                                 VGS20001617

JOHN, AS BOTH TSB 11-5-23 AND TSB 11-5-24 APPLY TO THE VEHICLE, RECOMMEND THAT YOU PERFORM BOTH TSBS AT THIS TIME. CHECK THE BATTERY
AND CHARGING SYSTEM, REPAIR ANY CONNECTION ISSUES AS NECESSARY AND RETEST. LOAD TEST THE BATTERY USING THE GR1-190 BATTERY CHARGER STATION -- IF THE BATTERY FAILS LOAD TESTING, REPLACE IT, PERFORM THE (3) LEARNING ROUTINES AND DRIVE CYCLE AND RETEST OPERATION. IF AFTER THE CHARGING SYSTEM IS CORRECTED IF THE CLUTCH WILL NOT PASS CLUTCH LEARNING, INSPECTION OF THE CLUTCH WILL BE REQUIRED.

Attachments : 0

| | | | | |
|---|---|---|---|---|
| **Report# :** | CCGEY011 NHL | | **Received Date:** | 03/07/2012 |
| **CCRG/EPRC:** | | **Reviewed Status:** | | |
| **Vehicle:** | 2012,FIESTA (NA) ,SE ,4 DOOR ,SEDAN ,3FADP4BJ6CM149675 | | **Build Date:** | 11/25/2011 |
| **Odometer :** | 1,609 M | **Engine:** 1.6L SIGMA | **Calibration:** | CCH1A10A |
| **Transmission:** | 6SP PS195 | **Axle:** | **A/C:** | YES |
| **Dealer:** | USA 06634 University Ford, Inc. | | **Phone#:** | (919) 682-9171 |
| **City:** | Durham | **State:** North Caroli | **Country :** | USA |
| **Originator:** | JAMES HUNT | | | |
| **Symptom:** | 4 42 5 56 ST/RN/MV,MOVING,NO ENGAGE,REVERSE | | | |
| **Status:** | | | | |
| **VFG:** | V48 GOOD AUTOMATIC TRANSMISSION | | | |
| **Additional Symptom:** | LOSS OF REVERSE | | | |
| **Fix:** | **Causal Component :** | | -- | |
| **Condition Code:** | | | | |

| | | | |
|---|---|---|---|
| **Hotliner:** BMEERS1 | **Phone:** 000 317-9346 | **Regn Cd:** S2 Charlotte | |
| **Engineering:** | **Phone:** | **TAR:** | |
| **Dlr Contact:** JAMES HUNT | **Phone:** 919 815-7519 | **Title Cde:** T | |

**DTCs:**
KOEO:
KOEC:P0700 P2837
KOER:

13

Produced Subject to a Confidential Protective Order

VGS20001618

| | |
|---|---|
| **Comments :** | |
| REPAIR | 03/07/2012 03:07PM BRIAN MEERS MSS - FCSD - TECH SVC HOTLINE<br>WEB FORM DATA - CONCERN:ENGINE LIGHT ON, NO REVERSE DIAGNOSTICS: EEC TEST-P0700, P2837. PINPOINT TEST B PER SHOP MANUAL. ALL FUSEA GOOD. ALL POWER TO TCM GOOD PER PPT. REPLACED TCM PER STEP B6. PROGRAMMED TCM AND ATTEMTED TO PERFORM ADDAPTIVE LEARN. STILL NO REVERSE AND SEEMS TO BE MISSING 2ND, 4TH, AND 6TH GEARS AS WELL. VEHICLE SHIFTED HARD BEFORE REPAIR ATTEMPT, BUT NOT SURE IF WAS MISSING GEARS. PARTS REPLACED:TCM TECH QUESTION:ANY OTHER DIAGNOSTIC AVENUE ASIDE FROM SERVICE MANUAL PPT? |
| **RECOMM** | **03/07/2012 03:07PM BRIAN MEERS MSS - FCSD - TECH SVC HOTLINE**<br>JAMES, SECOND, FOURTH, SIXTH AND REVERSE GEARS ALL OPERATE OFF OF CLUTCH B. THEY ARE UNRELATED INSIDE OF THE TRANSMISSION THOUGH. THIS CONCERN IS CURRENTLY BEING INVESTIGATED BY ENGINEERING. AT THIS TIME IT APPEARS A BASE ELECTRICAL SYSTEM CONCERN IS THE ROOT CAUSE OF THE LOSS OF REVERSE. PLEASE LOAD TEST THE BATTERY USING THE GR1-190 TESTER AND CHARGE IT OR REPLACE IT AS NEEDED. SINCE THIS TRANSMISSION IS A MANUAL TRANSMISSION THAT IS SIMPLY SHIFTED ELECTRONICALLY, ELECTRICAL SYSTEM PERFORMANCE IS CRITICAL TO THE OPERATION OF THE TRANSMISSION. ONCE THE BATTERY IS CHARGED OR REPLACED, PERFORM ALL ADAPTIVE LEARN PROCEDURES AND ROAD TEST THE VEHICLE TO ENSURE IT OPERATES CORRECTLY. IF CHARGING OR REPLACING THE BATTERY DOES NOT ALLOW THE ADAPTIVE LEARN PROCEDURES TO COMPLETE, PLEASE SWITCH CLUTCH<br>MOTOR 1 AND 2 TO SEE IF THE CONCERN FOLLOWS. IF IT DOES, REPLACE THE MOTOR AND RETEST. IF THE CONCERN REMAINS ON CLUTCH B, RECOMMEND SWITCHING THE TCM FROM A KNOWN GOOD VEHICLE TO THIS CAR. IF THIS RESOLVES THE CONCERN, REPLACE THE TCM. |
| REPAIR | **03/07/2012 04:18PM JAMES HUGG MSS - FCSD - TECH SVC HOTLINE**<br>HAVE TESTED BATTERY,GOOD. SWAPPED CLUTCH MOTORS 1 & 2. PROBLEM STILL<br>WITH REV,2,4,6 GEARS. TCM HAS BEEN REPLACED WITH NEW. ANY MORE IDEAS? |
| **RECOMM** | **03/07/2012 04:18PM JAMES HUGG MSS - FCSD - TECH SVC HOTLINE**<br>JAMES, RECOMMEND PERFORMING A LOAD TEST OF THE WIRES THAT GO FROM THE CLUTCH SHIFT MOTORS TO THE TCM. THE USE OF A HEADLAMP OR SIMILAR LOAD WILL WORK FINE. IF THE WIRING PASSES THE LOAD TEST, RECOMMEND REPLACEMENT OF THE CLUTCH. |

**Attachments :** 0

Produced Subject to a Confidential Protective Order

VGS20001619

| | | | |
|---|---|---|---|
| Report# : | CCGEA011 NHL | Received Date: | 03/07/2012 |
| CCRG/EPRC: | Reviewed Status: | | |
| Vehicle: | 2011,FIESTA (NA) ,SE ,5 DOOR ,HATCH ,3FADP4EJ1BM147200 | Build Date: | 10/06/2010 |
| Odometer : | 9,164 M | Engine: 1.6L SIGMA | Calibration: BCH1A10A |
| Transmission: | 6SP PS195 | Axle: | A/C: YES |
| Dealer: | USA 01394 Coccia Ford Lincoln | Phone#: | (570) 823-8888 |
| City: | Wilkes-Barre | State: Pennsylvania | Country : USA |
| Originator: | GEORGE GEIGES | | |
| Symptom: | 4 42 5 55 ST/RN/MV,MOVING,NO ENGAGE,FORWARD | | |
| Status: | | | |
| VFG: | V48 GOOD AUTOMATIC TRANSMISSION | | |
| Additional Symptom: | LOST ENGAGEMENT | | |
| Fix: | Causal Component : | -- | |
| Condition Code: | | | |

| | | | | | |
|---|---|---|---|---|---|
| Hotliner: | JMCALL13 | Phone: | 313 317-7075 | Regn Cd: | N3 Philadelphia |
| Engineering: | | Phone: | | TAR: | |
| Dlr Contact: | GEORGE GEIGES | Phone: | 000 000-0000 | Title Cde: | SM |

**DTCs:**
KOEO:
KOEC:
KOER:

**Comments :**

REPAIR  03/07/2012 04:01PM JOSEPH MCALLISTER MSS - FCSD - TECH SVC HOTLINE
WEB FORM DATA - CONCERN:CUSTOMER STATES WHEN PULLING AWAY FROM STOP
SIGN VEHICLE WOULD NOT MOVE. CUSTOMER STATES TACH WENT TO 6500
RPM. DIAGNOSTICS: PERFORMED TSB 11-9-2 ON 2/14/12, CLAIM
#085540 PARTS REPLACED:NONE TECH QUESTION:VEHICLE HAS RETURNED
WITH CUSTOMER CLAIMING SAME ISSUE EXISTS. CUSTOMER REFUSES TO DRIVE
VEHICLE. LAST INCIDENT ALMOST CAUSED ACCIDENT. YOUNG DRIVER HAS NO
CONFIDENCE IN VEHICLE. ON LAST VISIT CAR WAS DRIVEN OVER 100 MILES
WITHOUT A MALFUNCTION. VEHICLE WAS DRIVEN 18 MILES TODAY AND DID NOT
MALFUNCTION. REQUESTING TECHNICAL ASSISTANCE FROM SERVICE ENGINEER.

RECOMM  03/07/2012 04:01PM JOSEPH MCALLISTER MSS - FCSD - TECH SVC HOTLINE
GEORGE, FSE INVOLVEMENT WILL NOT BE POSSIBLE AT THIS TIME SINCE THE

15

CONCERN HAS YET TO BE DUPLICATED AT THE DEALERSHIP. IT WOULD BE ADVISED TO CHECK THE BATTERY AND CHARGING SYSTEM TO VERIFY NO ISSUES
ARE PRESENT. THESE VEHICLES AND THE TCM ARE VERY SENSITIVE TO VOLTAGE
DROPS AND DRAW A HIGH AMP LOAD. IF NO ISSUES ARE PRESENT WITH THE BATTERY, UPDATE THE VEHICLE TO THE LATEST LEVEL AND THEN PERFORM THE
THREE RELEARNS AND DRIVE CYCLE FOR THE TRANSMISSION. ROAD TEST AND TRY TO DUPLICATE THE CUSTOMERS CONCERN. IF THE CONCERN CAN NOT BE DUPLICATED, THE VEHICLE SHOULD BE RELEASED BACK TO THE CUSTOMER.

Produced Subject to a Confidential Protective Order

VGS20001621