**EXHIBIT 15**

| | |
|---|---|
| **From:** | Lempke, David (D.A.) |
| **Sent:** | Monday, May 09, 2011 12:55 PM |
| **To:** | Hamm, Tom (T.R.); Aversa, Piero (P.) |
| **Cc:** | Goodall, Greg (G.A.) |
| **Subject:** | FW: Report Summary for the CQIS Report#BEFAK003 |
| **Importance:** | High |

Tom...make the call down there ASAP....find out more details......Ford Safety Office wants to get involved.
Dave

---

**From:** Goodall, Greg (G.A.)
**Sent:** Monday, May 09, 2011 10:57 AM
**To:** Lempke, David (D.A.)
**Cc:** Hamm, Tom (T.R.)
**Subject:** RE: Report Summary for the CQIS Report#BEFAK003

I'd think that we want this one back pretty quick. We haven't really seen any clutch issues in the field at this point other than a single failure a few months ago. Not good.

Greg Goodall
**Externally Purchased Transmissions**
**DPS6 System Engineer**
**313-805-9109**

---

**From:** Querio, Jennifer (J.)
**Sent:** Monday, May 09, 2011 10:29 AM
**To:** Ramirez, Mauricio (M.R.); Lempke, David (D.A.); Goodall, Greg (G.A.); Christensen, Kris (K.S.)
**Subject:** FW: Report Summary for the CQIS Report#BEFAK003

FYI...

---

**From:** JQUERIO@ford.com [mailto:JQUERIO@ford.com]
**Sent:** Monday, May 09, 2011 10:28 AM
**To:** Querio, Jennifer (J.)
**Subject:** Report Summary for the CQIS Report#BEFAK003

Moves forward in reverse gear.

Attachments : 0

Report# :      BEFAK003 NHL                                    Received:     05/06/2011

1

Produced by Ford Subject to          the Protective Order in Vargas                    VGS20039682
Produced by Ford Subject to Highly Confidential Protective Order

| | | | | | |
|---|---|---|---|---|---|
| **CCRG/EPRC:** | S | **Reviewed Status:** | | **Date:** | 05/09/2011 |
| **Vehicle:** | 2011,FIESTA (NA),SE ,SEDAN ,3FADP4BJ1BM189368 | | | **Build Date:** | 02/15/2011 |
| **Odometer :** | 1,494 M | **Engine:** | 1.6L SIGMA | **Calibration:** | |
| **Transmission:** | 6SP PS195 | **Axle:** | | **A/C:** | YES |
| **Dealer:** | USA 11208 Hempstead Ford Lincoln Mercury | | | **Phone#:** | (516) 483-7200 |
| **City:** | Hempstead | **State:** | New York | **Country :** | USA |
| **Originator:** | JOHN LAZARRO | | | | |
| **Symptom:** | 5 03 1 52 DRVLIN,A/T ENGAGEMENT,NO ENGAGEMENT,NO REVERSE | | | | |
| **Status:** | | | | | |
| **VFG:** | V48 GOOD AUTOMATIC TRANSMISSION | | | | |
| **Additional Symptom:** | MOVES FORWARD IN REVERSE | | | | |
| **Fix:** | **Causal Component :** | | | | |
| **Condition Code:** | | | | | |

| | | | |
|---|---|---|---|
| **Hotliner:** KGOULDI4 | **Phone:** 000 317-9382 | **Regn Cd:** N1 New York | |
| **Engineering:** | **Phone:** | **TAR:** | |
| **Dlr Contact:** JOHN LAZARRO | **Phone:** 631 838-4925 | **Title Cde:** T | |

**DTCs:**
KOEO:
KOEC:P0700 P074B P0283 P0287
KOER:

**Comments :**

| | |
|---|---|
| REPAIR | 05/06/2011 08:17AM KYLE GOULDING MSS - FCSD - TECH SVC HOTLINE WEB FORM DATA - CONCERN: CUSTOMER STATES TOWED IN FOR TRANNY CONCERN DIAGNOSTICS: PULLED CODES PARTS REPLACED:: NONE TECH QUESTION: REPROGRAMED PCM/TCM USING LATEST LEVEL 72.04 CAR GOING FOWARD IN REVERSE TRANNY MAKING BANGING NOISES . IS THIS SHIFT MOTOR ISSUES |
| **RECOMM** | **05/06/2011 08:17AM KYLE GOULDING MSS - FCSD - TECH SVC HOTLINE** JOHN, WHEN REVERSE IS ENGAGED, THE TRANSMISSION WILL ALSO BE SHIFTED INTO 1ST, BUT THE CLUTCH CONTROLLING 1ST GEAR WILL BE DISENGAGED. IF THE VEHICLE IS MOVING FORWARD IN REVERSE, VERIFY THE SHIFTER CABLE ADJUSTMENT, USE THE IDS TO PERFORM THE TRS, SHIFT DRUM AND CLUTCH ADAPTIVE LEARNING PROCEDURES AND RETEST. IF THE CONCERN IS STILL PRESENT, REPLACEMENT OF THE TRANSMISSION ASSEMBLY WOULD BE RECOMMENDED AT THIS TIME AS THE TRANSMISSION IS NOT YET FULLY |

Produced by Ford Subject to       the Protective Order in Vargas       VGS20039683
Produced by Ford Subject to Highly Confidential Protective Order

SERVICEABLE. IF THE CONCERN IS NO LONGER PRESENT, USE THE GR1-190 BATTERY CHARGER TO LOAD TEST THE VEHICLE'S BATTERY AND CHARGING SYSTEM. INSPECT THE BATTERY CABLE AND VEHICLE GROUND CONNECTIONS FOR
THE CORRECT INSTALLATION AND CONDITION. NOTE THAT DUE TO THE DESIGN OF THIS VEHICLE AND TCM, THE CORRECT SYSTEM VOLTAGE IS VITAL IN ENSURING CORRECT VEHICLE OPERATION. IF THE VOLTAGE FALLS, VARIOUS SHIFT CONCERNS MAY RESULT. IF YOU WOULD LIKE TO DISCUSS THIS CONCERN IN GREATER DETAIL, PLEASE UPDATE YOUR FORM WITH YOUR FINDINGS
AND RESUBMIT OR CALL FORD TECHNICAL HOTLINE USING THE RED CONTACTID FOUND AT THE TOP OF THIS FORM. THANK YOU.

Produced by Ford Subject to           the Protective Order in Vargas                    VGS20039684
Produced by Ford Subject to Highly Confidential Protective Order