# **EXHIBIT 16**

| | |
|---|---|
| **From:** | Hamm, Tom (T.R.) |
| **Sent:** | Tuesday, May 10, 2011 10:56 AM |
| **To:** | Koulakjian, Robert (J.) |
| **Subject:** | RE: Vehicle located at Hampstead, NY. |

*Thanks Bob*

*Tom Hamm*
*Engineering Purchased Transmissions Department*
*DPS6 System Testing Engineer*
*Ph # (313)-805-9135*

---

**From:** Koulakjian, Robert (J.)
**Sent:** Tuesday, May 10, 2011 10:55 AM
**To:** Hamm, Tom (T.R.)
**Subject:** Re: Vehicle located at Hampstead, NY.

Of course. Calling now.

**From:** Hamm, Tom (T.R.)
**Sent:** Tuesday, May 10, 2011 10:53 AM
**To:** Koulakjian, Robert (J.)
**Subject:** RE: Vehicle located at Hampstead, NY.

*Bob,*
   *Sure as long as they don't pull the transmission before that, can you at least call the dealer and have them hold off on the swap until you look at this one. I wouldn't be asking if it wasn't a safety issue.*

*Tom Hamm*
*Engineering Purchased Transmissions Department*
*DPS6 System Testing Engineer*
*Ph # (313)-805-9135*

---

**From:** Koulakjian, Robert (J.)
**Sent:** Tuesday, May 10, 2011 10:43 AM
**To:** Hamm, Tom (T.R.)
**Subject:** Re: Vehicle located at Hampstead, NY.

It would be thursday. Is that ok?

1

Produced by Ford Subject to                the Protective Order in Vargas                VGS20039744
Produced by Ford Subject to Highly Confidential Protective Order

**From**: Hamm, Tom (T.R.)
**Sent**: Tuesday, May 10, 2011 10:21 AM
**To**: Koulakjian, Robert (J.)
**Subject**: Vehicle located at Hampstead, NY.

Bob,
   This note is a follow up to the voice mail, would it be possible for you to look at this vehicle before the dealer ship pulls the transmission?

<<Report Summary for the CQIS Report#BEFAK003>>
Thanks for the help Bob.


Tom Hamm
Engineering Purchased Transmissions Department
DPS6 System Testing Engineer
Ph # (313)-805-9135

2

Produced by Ford Subject to          the Protective Order in Vargas          VGS20039745
Produced by Ford Subject to Highly Confidential Protective Order