**EXHIBIT 17**

| | |
|---|---|
| From: | Hamm, Tom (T.R.) |
| Sent: | Thursday, May 12, 2011 6:14 AM |
| To: | Goodall, Greg (G.A.); Cannon, Jeremiah (J.); Lempke, David (D.A.) |
| Subject: | RE: Are you in agreement on this ? |

*We better fix the pick portion of the IDS tool before this goes out, if we don't were asking for trouble. We have already seen 2 vehicles that have had the wrong calibration flashed into the MAM, AE8P-7J104-CF with a RCF clutch.*

*RCF AE8P-7J104-AL*

*8080 AE8P-7J104-CF*

*I'm not sure you now want to tell people that this is a manual transmissions considering Ford sold it as a auto transmission, I've got to believe this could be used against Ford in a lawsuit. (False Advertising)*

*Tom Hamm*
*Engineering Purchased Transmissions Department*
*DPS6 System Testing Engineer*
*Ph # (313)-805-9135*

| | |
|---|---|
| From: | Goodall, Greg (G.A.) |
| Sent: | Wednesday, May 11, 2011 3:09 PM |
| To: | Cannon, Jeremiah (J.); Hamm, Tom (T.R.); Lempke, David (D.A.) |
| Subject: | RE: Are you in agreement on this ? |

TSB was published this week…cal has been out there since 23Mar.  Do you not agree with the verbiage in the TSB?

*Greg Goodall*

**Externally Purchased Transmissions**
**DPS6 System Engineer**
**313-805-9109**

| | |
|---|---|
| From: | Cannon, Jeremiah (J.) |
| Sent: | Wednesday, May 11, 2011 2:49 PM |
| To: | Goodall, Greg (G.A.); Hamm, Tom (T.R.); Lempke, David (D.A.) |
| Subject: | Are you in agreement on this ? |

<< File: enUSA_art006-2011-1560.pdf >>

Is this a go ? Calibration has already been out there (R16) -

1

Produced by Ford Subject to           the Protective Order in Vargas           VGS20039860
**Produced by Ford Subject to Highly Confidential Protective Order**