**EXHIBIT 18**

| | |
|---|---|
| **From:** | Lempke, David (D.A.) |
| **Sent:** | Monday, September 26, 2011 10:11 AM |
| **To:** | Hamm, Tom (T.R.) |
| **Subject:** | FW: 2012 Focus Transmission Issues |

What's latest TSB# for Fiesta and the new cal release?
Dave

---

**From:** Charles Baldree [mailto:cbaldree@suddenlink.net]
**Sent:** Tuesday, September 20, 2011 9:46 PM
**To:** Lempke, David (D.A.)
**Subject:** 2012 Focus Transmission Issues

Hello David

Just thought I would provide some feedback, and find out when the new TSB will be out. I am still having problems with my transmission (shuttering, hesitating, whining noise, etc) but this week a couple of new ones surfaced. I experienced it twice. Both time I think the car was probably in about third gear when the transmission seemed to go in "free fall. It simply stopped working. After a few seconds, the transmission kicked back in with a loud thump and shutter. The loss of power could have been serious in on-coming traffic.

The original TSB helped with the shift points, but I am really hoping the second TSB will fix the remaining problems. I was looking at all the posts on Focus Fanatics and believe me there are many, many 2012 Focus owners who are up in arms over the Getrag transmission. I think if Ford doesn't do something quick there will be a revolt. Owners are so mad they are bad mouthing the product something furious. Also, some of them think there is a serious safety issue with the transmission and plan to contact the appropriate government authority to demand a recall. Other owners are asking for the Company to provide an extended warranty on the transmission.

Boy, what a mess - and too bad because other than the transmission the new Focus is great. I know that from my own experience the transmission problems are serious. If left unchecked it will probably stunt Focus sales and could well bring a lot of unwanted publicity.

I am trying to hold off doing anything, hoping that the new TSB will be adequate to calm me and the natives (customers) down.

I would appreciate getting an update from you.

Charles Baldree
252-756-1408

Produced by Ford Subject to the Protective Order in Vargas    VGS20044739
Produced by Ford Subject to Highly Confidential Protective Order