# EXHIBIT 19

## 6-Sigma Center Survey Request Form

**A Survey solicits employees for their opinion and/or experience with products, features, and functions to ensure teams are designing vehicles for our customers that are competitive and innovative.**

| REQUESTER INFORMATION | |
|---|---|
| Date of Request: 7-18-2013 | |
| Team Requesting Survey:  TGW Task Force – Focus & Fiesta DPS6 | |
| Requesters Name: Joe Borneo and Robin Buseck | |
| CDS ID:  jborneo, rbuseck | Telephone Number:  call Robin 313-805-7623 |
| Employee that will be the official holder of Summary Data and/or **T**ransportation **R**ecall **E**nhancement, **A**ccountability, and **D**ocumentation (TREAD) reporting: | |
| CDS ID:  jborneo | Telephone Number:  313-805-8869 |

### OBJECTIVE (Check all that apply)

| ☐ Black Belt Project | ☐ Warranty(R/1000, CPU) | ☒ GQRS Results (TGW/Cust. Sat.) |
|---|---|---|
| ☐ New Feature | ☐ Other (please explain)_____ | |

Please describe the details of your objective:
To ask questions about customer satisfaction with the Fiesta and Focus automatic transmission operation, like the GQRS questions, to better understand the GQRS customer verbatims – what the customers like and dislike. Attached GQRS engine & transmission questions at end.

### CRITERIA

| Proposed Survey Date: August or September 2013 | |
|---|---|
| Target Vehicle Line(s):  Focus & Fiesta | Target Model Year(s):  2013 |

Region Distributed:
☒ Southeastern Michigan    ☐ United States    ☐ Management Lease (US Only)
☐ North America (includes Canada and Mexico)    ☐ Global (NA, FOE, APA, FoSA)
☐ Other (Please identify region)_____

### PROCESS

| Schedule meeting with requestor to review survey process and proposed questions |
|---|
| Send survey questions to Automotive Safety Office (ASO) to obtain approval (if necessary) |
| Create/send draft SharePoint survey and invitation to requestor for testing, review, and approval |
| Cascade final survey to pre-selected regions via bulk mail (NOTE: Survey will remain active for 5-7 days, during this time the requestor can monitor results) |
| Summarize results and send to requestor within two business days of survey close |
| Send requestor the 6-Sigma Customer Satisfaction Survey AND Closure Process Survey |

Date Revised:  January 11, 2013

Produced Subject to a Confidential Protective Order                                        VGS20130916

---

**REQUESTER RESPONSIBILITIES**

---

*By returning this form the team contact person is committing to be held responsible for the following items:*

- *Completing the Closure Process survey that identifies improvements your team has accomplished or implemented (TGWs, Customer Satisfaction improvements, Warranty savings, BSAQ Projects, etc.)*

- *Retaining all data from the survey for 10 years in accordance with GLOBAL INFORMATION STANDARD 1 (GIS1) Item Number 07.23 - Marketing Research - Ad Hoc Studies -- Ad hoc studies are those studies which are requested on an as needed basis. They are typically independent and are not completed on an ongoing basis or interval.*

- *Office of General Counsel (OGC) and/or Automotive Safety Office (ASO) may request to obtain all information regarding any Ford Motor Company vehicle in response to National Highway Traffic Safety Administration (NHTSA) inquiries.*

- *If data is TREAD (Transportation Recall Enhancement, Accountability, and Documentation) reportable, a minimum of one (1) team member must be certified in GCQIS and have a valid RACF ID.*

  *In the United States there is a government regulation called "TREAD Act". This Act was passed to ensure that NHTSA would have adequate information to determine if a motor vehicle, child restraint, or tire had a safety defect. This could be: Dissatisfaction or unsatisfactory performance with a product, any actual or potential defect in a product, or any event caused by an actual or alleged defect in a product. Based on this regulation, the questions/open text boxes must be reviewed with ASO to ensure compliance with TREAD Act.*

- *All TREAD reportable data collected must be recorded in GCQIS for quarterly NHTSA submission.*

**\*\*Please Note\*\*   Additional follow-up or contact with survey respondents is only permitted if a respondent gives permission.  This should be coordinated through 6-Sigma Team.**

Please complete and return via e-mail to Lori Kartmann (lkartman) and Debbie Harbin (dharbin).

Page 2 of 2

Date Revised:  January 11, 2013

Produced Subject to a Confidential Protective Order

VGS20130917

GQRS Questions for Engine and Transmission:

| Engine/Transmission | 1st startup of the day | Other startups | While idling | While accelerating | At steady speeds | While decelerating |
|---|---|---|---|---|---|---|
| Engine does not start | ☐ | ☐ | | | | |
| Engine turns over too long before starting | ☐ | ☐ | | | | |
| Unusual engine noise | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
| Engine hesitates/surges/runs rough | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
| Engine runs, then dies/stalls | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

Engine idle troubles ➤ ☐ Too fast ......... ☐ Too slow ......... ☐ 1st start of day ....... ☐ Other startups

Exhaust system troubles ➤ ☐ Unusual noise ... ☐ Unusual odor .... ☐ Excessive smoke ...... ☐ Rust/corrosion

Performance/engine power & pickup troubles ➤ ☐ From stop ....... ☐ While passing.... ☐ With air conditioning on

☐ Engine overheats      ☐ Fuel door/cap operation trouble      ☐ Fluid leaks – Specify color/type: _____

☐ Slow fuel tank fill/spitback      ☐ Excessive fuel consumption      ☐ Excessive oil consumption

## Transmission

Unusual transmission noises ➤ ☐ While driving ....... ☐ While shifting ...... ☐ While starting/accelerating from a stop

**Automatic Only**

Shift lever difficult to move from ➤ ☐ Park ...... ☐ Reverse ......... ☐ Neutral ......... ☐ Drive

Shift trouble — From park ➤ ☐ Rough/jerks ........ ☐ Takes too long to complete

While driving ➤ ☐ Too early .. ☐ Too late ... ☐ Too often ☐ Rough/jerks ☐ Takes too long to complete

**Manual Only**

Clutch pedal troubles ➤ ☐ Too much effort .. ☐ Engagement not smooth ... ☐ Chatters/vibrates ... ☐ Slips

Difficult to change gears ➤ ☐ 1st/2nd ............ ☐ Reverse ............ ☐ All

Gear shift lever ➤ ☐ Poor location...... ☐ Squeaks/rattles

☐ Gear grinds when shifting

**4WD/AWD**      ☐ Engage/disengage 4WD Low      ☐ 4WD improper shift between 2WD & 4WD      ☐ Binds/jerks/vibrates when turning

☐ Paddle/shifting buttons broken/not working      ☐ Other Engine, Transmission or 4WD/AWD troubles (describe below)

➤ Please describe in detail all Engine, Transmission or 4WD/AWD troubles you have experienced:

| Engine and Transmission | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 |
|---|---|---|---|---|---|---|---|---|---|---|
| Driving range between fill-ups | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
| Acceleration performance from stop | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
| Acceleration performance when passing above 45 mph | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
| Sound of engine/exhaust during rapid acceleration | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
| Smoothness of transmission | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
| Operating of gear shift lever | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
| Clutch operation (if applicable) | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

Date Revised:  January 11, 2013

Produced Subject to a Confidential Protective Order

VGS20130918