# **EXHIBIT 21**

| | |
|---|---|
| **From:** | Richardson, Jay (J.A.) |
| **Sent:** | Monday, August 13, 2012 10:48 AM |
| **To:** | Oldani, Patrick (P.E.) |
| **Cc:** | Pline, Roger (A.); Lajiness, Vince (V.); Burke, Karen (K.E.); Bennett, Michael (M.A.); Levine, Eric (E.S.) |
| **Subject:** | DPS6 NG MAM Paper |
| **Attachments:** | DPS6 NG MAM.ppt |
| **Categories:** | Red Category |

Pat,
Attached is the latest draft of the paper. The costs are laid out on slide 3. We are looking at $1.5M in Engineering cost against what we have laid out as a $0.67/unit cost. Just looking at how it has been laid out some simple analysis would show there is no business case to do this. To add to this, Karen and Mike are pointing out that the why the contract is written to implement the enhancements will result in a cost up situation which make this case to do this at all a negative TARR.

As written this paper should not go forward today. We could not recommend that Brian approve this let alone going to the customer.

This being said, Roger has passed on that this is a Safety issue. If that is true then this is a must do regardless of business case. The paper needs to clearly point out this issue.


*Jay Richardson*

6F15/DPS6/MPS6/FN Transmission Planning
Powertrain Strategy & Business Office
Phone (734)266-1282 Fax (734) 458-0655

1

Produced Subject to a Confidential Protective Order

VGS20149430