# EXHIBIT 22

| | |
|---|---|
| **From:** | Thompson, Mark (M.T.) |
| **Sent:** | Wednesday, January 22, 2014 7:15 AM |
| **To:** | Lister, Scott (S.P.); Wroblewski, Ted (T.) |
| **Cc:** | Smith, Fiona (F.K.); Allie, Abdul (A.D.); Bandoske, Pete (P.F.); McClain, Shawn (S.M.); Mullen, Gareth (G.); Last, Sarah (S.); Szymanski, Joerg (J.); Pline, Roger (A.) |
| **Subject:** | RE: Israel White Alert for Stall |

Scott,

In regards to your questions regarding the TCM's I recommend the following but have a few questions also.

1. To update the status of the White Alert I would recommend contacting Fiona Smith as she should be able to properly direct you on that matter.

2. Do you know where the dedicated task force is working on the issue? If it is in the United States then I would ask that the TCM's be sent back to me and I can direct them to the group if they need more units.

3. Until we get the results of the TCM testing then I would say your teams involvement would be minimal. Once we have that information the team will probably be involved in cascading and tracking the results.

*Mark Thompson*
*Ford Motor Company*
MTHOMP15@Ford.com
Ph. 313-33-71845

---

**From:** Lister, Scott (S.P.)
**Sent:** Wednesday, January 22, 2014 6:15 AM
**To:** Thompson, Mark (M.T.); Wroblewski, Ted (T.)
**Cc:** Smith, Fiona (F.K.); Allie, Abdul (A.D.); Bandoske, Pete (P.F.); McClain, Shawn (S.M.); Mullen, Gareth (G.); Last, Sarah (S.); Szymanski, Joerg (J.); Pline, Roger (A.); Lister, Scott (S.P.)
**Subject:** FW: Israel White Alert for Stall

Mark/Ted,
We reviewed the returned TCM's at Getrag Bari last week and all were confirmed to be MAM Gen 1.3

Getrag advised they have been told NOT to investigate further on this generation TCM (I believe as no further samples are needed).
I understand there is a dedicated task force working on this issue.

1. Can you please advise how we can feed the status of the investigation into this white alert.
2. What Getrag Bari should do with these returned TCM's
3. What level of involvement my team need to have in the investigation....

| P.N. | VIN | Concern Description | MAM |
|---|---|---|---|

1

Produced Subject to a Confidential Protective Order

VGS20207472

| | | | Gen. |
|---|---|---|---|
| 73000 | WF0LXXGCBLBP33836 | vehicle stall while driving | 1.3 |
| 65200 | WF0LXXGCBLCS86409 | engine would not start. No DTCs | 1.3 |
| 73000 | WF0MXXGCBMBU50959 | engine would not start. DTCs P0707, P0607 | 1.3 |
| 73000 | WF0MXXGCBMBU51203 | engine would not start. No DTCs | 1.3 |
| 65200 | WF0MXXGCBMBU44555 | vehicle stall while driving | 1.3 |
| 73000 | WF0MXXGCBMBT06564 | vehicle stall while driving | 1.3 |
| 65200 | WF0MXXGCBMBJ32391 | vehicle stall while driving | 1.3 |

Thanks, Scott.

**From:** Wroblewski, Ted (T.)
**Sent:** 09 December 2013 16:38
**To:** McClain, Shawn (S.M.)
**Cc:** Lister, Scott (S.P.)
**Subject:** RE: Israel White Alert for Stall

Shawn,

2012 Focus, VIN  WF0MXXGCBMBJ32377 does not sound consistent with blown fuse.
The DTC's P0607, P06B3 are consistent with an internal TCM issue.
If replacing the TCM solved issue, the TCM should be sent for analysis.

If this is a Bari built trans (T1L0A 1709110000029447), the TCM should go to Bari then Conti.
If GTM built trans, to GTC in Sterling Heights then Conti.

Can TCM still be retrieved from Dealer?

Regards,
Ted Wroblewski
DPS6 Transmission Systems
734.523.6241

**From:** McClain, Shawn (S.M.)
**Sent:** Monday, December 09, 2013 10:42 AM
**To:** Wroblewski, Ted (T.)
**Cc:** Lister, Scott (S.P.)
**Subject:** RE: Israel White Alert for Stall

Ted,

Could you take a quick look at this?  Is this similar to the "blow fuse" issue we've seen w/ the TCM?

*Shawn M. McClain*
DPS6 Current Model Supervisor
smcclai1@ford.com
(313) 805-9275

2

Produced Subject to a Confidential Protective Order

VGS20207473

**From:** Lister, Scott (S.P.)
**Sent:** Monday, December 09, 2013 7:11 AM
**To:** McClain, Shawn (S.M.)
**Subject:** FW: Israel White Alert for Stall

Shawn,
Is this an issue that has been seen elsewhere?

Scott Lister
Automatic Transmission Engineering
Ford of Europe

Sent with Good (www.good.com)

-----Original Message-----
**From:** Smith, Fiona (F.K.)
**Sent:** Monday, December 09, 2013 07:03 AM Eastern Standard Time
**To:** Lister, Scott (S.P.)
**Subject:** FW: Israel White Alert for Stall

Hi,

Can your team investigate this and confirm if it is a known issue/root cause, please?

**Regards,**
**Fiona Smith** (CEng MIMechE, MSc)
**Critical Concerns Manager**
**Rm:  15/GB-D06**
**Phone: +44 1268 404015 (ext) or 8738-4015 (int)**
**Mobile:  +44 7500 224 260 (ext) or 8712-4260 (int)**

Confidentiality Note: This electronic message contains information which may be confidential, legally privileged or otherwise protected from disclosure. This information is intended for the use of the addressee only. If you are not the intended recipient, you are hereby notified that any disclosure, copying, printing or any other use of, or any action in reliance on, the contents of this electronic message is strictly prohibited. If you have received this communication in error, please notify the sender by telephone at the number noted above and destroy the original message.

Ford Motor Company Ltd.
Registered in England: No. 235446
Registered Office: Eagle Way BRENTWOOD Essex CM13 3BW

**From:** Thompson, Mark (M.T.)
**Sent:** 05 December 2013 15:19
**To:** Hahn, Uwe (U.); Smith, Fiona (F.K.); Sagoo, Gian (GS.); Oates, Gary (G.A.); King, Rowland (R.S.); Duff, Ray (R.F.); Darney, Simon (S.); Monecke, Joerg (J.); Wickenheiser, Francis (F.J.); Cadagin, Ed (E.J.); Johnson, Dennis R (.); Tuneff, Mark (M.S.)
**Cc:** Hayward, Jo (J.); Winkel, Hubert (H.); Foehmer, Peter (P.); Lopez Pascual, Jose Antoni (J.); Davis, Glenn (G.); Allie,

3

Abdul (A.D.); Bandoske, Pete (P.F.); Lien, Rob (R.L.); Lissy, Marco (M.)
**Subject:** Israel White Alert for Stall

<u>**WHITE ALERT - REPORT OF POSSIBLE SAFETY OR REGULATORY CONCERN - CONFIDENTIAL**</u>
MARKET: Israel ...............ALERT NUMBER: Israel 11/13
NEW ALERT OR FOLLOW-UP REPORT: NEW ALERT DATE OF THIS REPORT: Dec. 4, 2013
SUBJECT: 2013 – C346 Focus Stall Hard to Start
**DATA:**
MODEL: 2012 C346 Focus
VIN: WF0MXXGCBMBJ32377
SYSTEM: Powertrain calibration
SPECIFICATION: - ENGINE SIZE: 1.6L VCT-TIC PFI  FUEL TYPE: Petrol
- MANUAL/AUTOMATIC: 6 SPD AUTO TRANS DCPS BODY TYPE: C/FF - 4 DOOR SEDAN
- Any Extra Equipment or other relevant specification, such as ABS? .
BUILD DATE: Sept. 27, 2011
SALE DATE: Feb. 23, 2012
INCIDENT DATE: GCR received Oct. 8, 2013
TIME IN SERVICE: 8 months
MILEAGE: 26162 Kilometers
CUSTOMER NAME: Unknown
REPAIRING DEALER NAME: Delek Motor Company
- Dealer Code: WOB34
- Town: Nir Zvi
PART NAME: PART NUMBER: Powertrain calibration
FINIS: ANY SUPPLIER CODES:
WHERE ARE THE PARTS? N/A
SHIPPING DETAILS: NAME of COURIER: N/A.....................  AIRWAY BILL NUMBER: N/A
DATE SHIPPED: N/A
**INCIDENT REPORT:**
CUSTOMER STATEMENT:
Engine stall during driving hard to re-start. DTC's P0607 P06B3 P0884
DEALER STATEMENT:

Engine stall while driving and hard to start IDS test identified

faults code which lead to TCM replacement technician performed

transmission  learning and still there is intermediate starting

concerns  and after the engine started the "D" sign in the IC is

flashing  we replaced the transmission control module and the problem

solved.

HAS THE VEHICLE BEEN REPAIRED YET? Yes

ACCIDENT ALLEGED?: Yes / No No
INJURY ALLEGED?: Yes / No No
HAS LEGAL ACTION BEEN THREATENED AGAINST FORD OR THE DEALER?: Yes / No Unknown
ESSENTIAL INFORMATION ON AIRBAG CONCERNS:
- WAS SEAT BELT BEING WORN AT THE TIME?
- WHAT FLASH-SEQUENCE IS NOW GIVEN AT KEY-ON?
- WHAT DID THE VEHICLE HIT AND AT WHAT ANGLE?

4

VGS20207475

- DESCRIBE ANY STRUCTURAL DAMAGE TO VEHICLE:

Number of similar cases reported previously by this market: 4- DLCLO298, DLCLO280, DJHK7230, DJHK7229

Note: GCR report number DJHK7228

*Mark Thompson*
Product Concern Engineer

Export and Growth
MTHOMP15@Ford.com
Ph. 313-33-71845



5

Produced Subject to a Confidential Protective Order

VGS20207476