**EXHIBIT 26**



Transmission Driveline Engineering (TDE)

# Severity 10 TCU Connector Not Error Proofed

Greg Goodall

TDE

10/3/08

Produced Subject to a Confidential Protective Order

VGS20346048

## Problem Statement


Transmission Driveline Engineering (TDE)

- DPS6 architecture is such that a loss of power to the TCU will default to an open clutch neutral state (referred to as loss of transmission function in DFMEA)
    - Typical A/T will default to a limp-home mode (ex: 3rd gear with open converter for engine braking)

- Concurrence from TDE Chief Engineer that general loss of function is reduced from SEV 10 to SEV 8 with exception of items that result in violation of a FMVSS requirement:
    - Loss engine braking (FMVSS 102) = SEV 10 (consistent with 6FMid and 6R140 DFMEA)
    - Loss of reverse lamp function (FMVSS 108) = SEV 10 (under further investigation to reduce severity)

- Items are rated Severity 10 because no mechanism exists for customer warning prior to failure (reference slides 9 and 10 of this deck).

- Severity 10 rating is supported by OCG, Vehicle Safety Office, and Quality Technical Specialists.

- Since an improper connection of the vehicle engine harness to the TCU will result in a loss of function related to violation of FMVSS requirement for engine braking (and potentially reverse lamps), this connection is rated a severity 10.

- VO procedure requires that SEV=10 items must have attribute data collected in assembly to verify the operation is complete. There is no such system in place for this connection at this time. The team has developed a list of proposals.

- Transmission System FMEA is not yet updated to include the severity 10 rating for loss of engine braking

Produced Subject to a Confidential Protective Order

VGS20346049

## Potential Solutions

 Transmission Driveline Engineering (TDE)

- **Design Side**
  - Develop new connector (long term solution – not containable for Job 1)
    - Etracker # 7131790 raised.
    - Working with Jeff Stroven to find alternative connector with positive attribute feedback
    - Scott Hura champion
  - End item bracket to protect connector from opening after assembly (see slide 4).
    - Enabler for attribute data (DC gun for bolt/nut secure)
    - Greg Goodall champion
  - CPA for vision system
    - Deemed not feasible by Jeff Stroven

- **Process Side**
  - Vision system (see slide 5)
    - Initial meeting occurred week 37.  Supplier has sample parts to work with.
  - Specialty tooling (see slide 5)
    - Initial discussion with Belknap occurred week 37.  VO owes follow up info.

Produced Subject to a Confidential Protective Order                                                                                         VGS20346050

## Potential Solutions


Transmission Driveline Engineering (TDE)

### Design Solution



End item bracket installed over connectors after installation:

- Prevent connector handles from opening up if not properly latched.

- Provides a source of attribute data for VO to verify operation is complete (DC tool for fastening bracket to processor)

<u>Cost/Timing **Estimates**</u>
*Based on soft quotes*
Piece price $1.60 each (w/ studs/nuts)
+ $0.11 VO labor
Tooling= $ 100,000 for bracket
+ $20,000 for VO tooling
Timing= 14 weeks for bracket

\* Assumes steel bracket.  Other materials can be investigated for savings

Produced Subject to a Confidential Protective Order                                           VGS20346051

## Potential Solutions



Transmission Driveline Engineering (TDE)

### Process Solutions

**Vision system**

Estimated $70,000 investment

Capability is in question due to color scheme of parts and "swing" of chain line. More work with system supplier is required.

**Belknap DC "Clamp Force" Tool**
Would be an invention.
VO has low confidence in the solution.
Would still be require visual inspection.
Detection would still only be 7

Produced Subject to a Confidential Protective Order

VGS20346052



# Supporting Slides

Produced Subject to a Confidential Protective Order

VGS20346053

# FMVSS


Transmission Driveline Engineering (TDE)

- The National Highway Traffic Safety Administration has a legislative mandate under Title 49 of the United States Code, Chapter 301, Motor Vehicle Safety, to issue **Federal Motor Vehicle Safety Standards (FMVSS) and Regulations to which manufacturers of motor vehicle and equipment items must conform and certify compliance.**

- Full list of standards and regulations can be found at: http://www.fmvss.com/

## DFMEA Severity Ratings


Ford — Transmission Driveline Engineering (TDE)

Design Severity Rating Table

| Effect | Criteria: Severity of Effect | Ranking |
|---|---|---|
| Hazardous without warning | Very high Severity ranking when a potential Failure Mode affects safe vehicle operation and/or involves noncompliance with government regulation without warning. | 10 |
| Hazardous with warning | Very high Severity ranking when a potential Failure Mode affects safe vehicle operation and/or involves noncompliance with government regulation with warning. | 9 |
| Very high | Vehicle/item inoperable (loss of primary function). | 8 |
| High | Vehicle/item operable but at a reduced level of performance. Customer very dissatisfied. | 7 |
| Moderate | Vehicle/item operable but comfort/convenience item(s) inoperable. Customer dissatisfied. | 6 |
| Low | Vehicle/item operable but comfort/convenience item(s) operable at a reduced level of performance. Customer somewhat dissatisfied. | 5 |
| Very low | Fit and finish/squeak and rattle item does not conform. Defect noticed by most customers (greater than 75%). | 4 |
| Minor | Fit and finish/squeak and rattle item does not conform. Defect noticed by 50 percent of customers. | 3 |
| Very minor | Fit and finish/squeak and rattle item does not conform. Defect noticed by discriminating customers (less than 25 percent). | 2 |
| None | No discernible effect. | 1 |

Key words: …when a potential failure mode affects safe vehicle operation and/or involves noncompliance with a government regulation…

Produced Subject to a Confidential Protective Order        VGS20346055

# PFMEA Severity Ratings



Transmission Driveline Engineering (TDE)

| Suggested PFMEA **Severity** Evaluation Criteria | | | | Suggested PFMEA **Occurrence** Evaluation Criteria | | | Suggested PFMEA **Detection** Evaluation Criteria | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Effect | Criteria: Severity of Effect: This ranking results when a potential failure mode results in a final customer and/or manufacturing/assembly plant defect. The final customer should always be considered first. If both occur, use the higher of the two severities. | | Ranking | Probability of Failure | Likely Failure Rates | Ranking | Detection | Criteria | A | B | C | Suggested Range of Detection Methods | Ranking |
| | Customer Effect | Manufacturing/Assembly Effect | | | | | | | | | | | |
| Hazardous without Warning | Very high severity ranking when a potential failure mode affects safe vehicle operation and/or involves noncompliance with government regulation without warning. | Or may endanger operator (machine or assembly) without warning. | 10 | Very High: Persistent failures | ≥ 100 per thousand pieces | 10 | Almost Impossible | Absolute certainty of non-detection. | | | X | Cannot detect or is not checked. | 10 |
| Hazardous with Warning | Very high severity ranking when a potential failure mode affects safe vehicle operation and/or involves noncompliance with government regulation with warning. | Or may endanger operator (machine or assembly) with warning. | 9 | | 50 per thousand pieces | 9 | Very Remote | Controls will probably not detect. | | | X | Control is achieved with indirect or random checks only. | 9 |
| Very High | Vehicle/item inoperable (loss of primary function). | Or 100% of product may have to be scrapped, or vehicle/item repaired in repair department with a repair time greater than one hour. | 8 | High: Frequent failures | 20 per thousand pieces | 8 | Remote | Controls have poor chance of detection. | | | X | Control is achieved with visual inspection only. | 8 |
| High | Vehicle/item operable but at a reduced level of performance. Customer very dissatisfied. | Or product may have to be sorted and a portion (less than 100%) scrapped, or vehicle/item repaired in repair department with a repair time between half an hour and an hour. | 7 | | 10 per thousand pieces | 7 | Very Low | Controls have poor chance of detection. | | | X | Control is achieved with double visual inspection only. | 7 |
| Moderate | Vehicle/item operable but comfort/convenience item(s) inoperable. Customer dissatisfied. | Or a portion (less than 100%) of the product may have to be scrapped with no sorting or vehicle/item repaired in repair department with a repair time less than half an hour. | 6 | Moderate: Occasional failures | 5 per thousand pieces | 6 | Low | Controls may detect. | X | X | | Control is achieved with charting methods, such as SPC (Statistical Process Control). | 6 |
| Low | Vehicle/item operable but comfort/convenience item(s) operable at a reduced level of performance. Customer somewhat dissatisfied. | Or 100% of product may have to be reworked, or vehicle/item repaired off-line but does not go to repair department. | 5 | | 2 per thousand pieces | 5 | Moderate | Controls may detect. | | X | X | Control is based on variable gauging after parts have left the station, OR Go/No Go gauging performed on 100% of the parts after parts have left the station. | 5 |
| Very Low | Fit & finish/squeak & rattle item does not conform. Defect noticed by most customers (greater than 75%). | Or the product may have to be sorted, with no scrap, and a portion (less than 100%) reworked. | 4 | | 1 per thousand pieces | 4 | Moderately High | Controls have a good chance to detect. | | X | X | Error detection in subsequent operations, OR gauging performed on setup and first-piece check (for setup causes only). | 4 |
| Minor | Fit & finish/squeak & rattle item does not conform. Defect noticed by 50% of customers. | Or a portion (less than 100%) of the product may have to be reworked, with no scrap, on-line but out-of-station. | 3 | Low: Relatively few failures | 0.5 per thousand pieces | 3 | High | Controls have a good chance to detect. | | X | X | Error detection in-station, OR error detection in subsequent operations by multiple layers of acceptance: supply, select, install, verify. Can not accept discrepant part. | 3 |
| Very Minor | Fit & finish/squeak & rattle item does not conform. Defect noticed by discriminating customers (less than 25%). | Or a portion (less than 100%) of the product may have to be reworked, with no scrap, on-line but in-station. | 2 | | 0.1 per thousand pieces | 2 | Very High | Controls almost certain to detect. | | X | X | Error detection in-station (automatic gauging with automatic stop feature). Can not pass discrepant part. | 2 |
| None | No discernible effect. | Or slight inconvenience to operation or operator, or no effect. | 1 | Remote: Failure is unlikely | ≤ 0.01 per thousand pieces | 1 | Very High | Controls certain to detect. | X | | | Discrepant parts can not be made because item has been error proofed by process/ product design. | 1 |

Inspection Types: A = Error Proofed · B = Gauging · C = Manual Inspection

Provided by Jeremy Rogers 8/8/08 as the standards VO is using for B299N PFMEA's.

Produced Subject to a Confidential Protective Order

VGS20346056

*FMVSS Part 571, Standard 102* 

## 571.102 Standard No. 102; Transmission shift lever sequence, starter interlock, and transmission braking effect.

S1. *Purpose and scope.* This standard specifies the requirements for the transmission shift lever sequence, a starter interlock, and for a braking effect of automatic transmissions, to reduce the likelihood of shifting errors, starter engagement with vehicle in drive position, and to provide supplemental braking at speeds below 40 kilometers per hour.

S3.1.2 *Transmission braking effect.* In vehicles having more than one forward transmission gear ratio, one forward drive position shall provide a greater degree of engine braking than the highest speed transmission ratio at vehicle speeds below 40 kilometers per hour.

Produced Subject to a Confidential Protective Order                                            VGS20346057

*Transmission FMEA Benchmark* 

- # 6R140
  - Requirement: Provides negative torque flow capability from driveline to engine for coast braking in each gear
  - FM: Does not provide negative torque flow
  - Severity 10

Produced Subject to a Confidential Protective Order                                                                     VGS20346058

*Transcription FMEA Benchmark* 

- **6F Mid**
  - Requirement: Provides top gear negative torque flow capability (from driveline to engine) for coast braking torque flow
  - FM: Does not provide coast braking
  - Severity 10 due to government safety regulation (trailer tow in hilly terrain)

Produced Subject to a Confidential Protective Order                                    VGS20346059