# EXHIBIT 27

| | |
|---|---|
| From: | Kirchhoffer, Johann (J.)</o=ford/ou=fordeu1/cn=recipients/cn=jkirchho> |
| Date: | Wed Feb 20 2008 05:48:38 EST |
| To: | Wickenheiser, Francis (F.J.) </o=ford/ou=fordna1/cn=recipients/cn=fwickenh> |
| Cc: | Risch, John (J.J.) </o=ford/ou=fordna1/cn=recipients/cn=jrisch> |
| Bcc: | Blank |
| Subject: | RE: AudiVOQ.xls |
| Attachments: | |

Hi Francis
This info is very helpful with respect to 'Unintended Neutral'. This exactly the same event we are trying to avoid occuring at the customer. As a benchmark to be cascaded to the team - very helpful. It reinforces the effort to keep the SEV=10 and drive the detection on manufacturing level =1 to avoid this happening - much appreciated.

In the discussion last Friday there was also mentioned from Jay that ECT data would probabay alos be a good benchmark. From whom could I get some data from the US market.
Jay mentioned also that there were some issues with engine stalls also safety related. This data would help as well

Do you know any contact at US PTAE who could answer questions with respect to FEMEA SEV rating evaluation on ECT and powerloss on engines in general?

Please advise
Thanks
Regards
Hennes

Johann Kirchhoffer
Powershift Fwd Model Quality Spvr
Ext.:49-221-90-32192 Fax: -31243
("Quality means that the Customer is coming back and not the Product"- Herrmann Tietz, Founder of 'Hertie' Salehouse Chain)

Ford-Werke GmbH
Henry-Ford-Strasse 1, 50735 Köln
Sitz der Gesellschaft:Köln
Registergericht Köln, HRB 54183
Vorsitzender des Aufsichtsrats:Albert Caspers
Geschäftsführung: Bernhard Mattes(Vorsitzender), Doris Adam, Werner Harbers, Dr. Herman H. Hollmann, Rainer Ludwig, Dr. Wolfgang Schneider, Jürgen Stackmann

---

From: Wickenheiser, Francis (F.J.)
Sent:Freitag, 15. Februar 2008 20:11
To:Kirchhoffer, Johann (J.)
Cc:Wickenheiser, Francis (F.J.); Risch, John (J.J.)
Subject:FW: AudiVOQ.xls

Hello Johann,

We have identified some information which may relate to competitive Electro-hydraulic Clutch Actuation

Produced Subject to a Confidential Protective Order

VGS20386981

systems - your activity is in a better position to determine that. Note that the VOQs are grouped and highlited by model year

Please feel free to contact me or John Risch if you have any questions about this data.

Thank You,
Joe Wickenheiser
Automotive Safety Office
Small Car External Investigations and
TREAD Reporting Manager
*313/84-54221   * 313/59-42268
**fwickenh@ford.com

---

From: Risch, John (J.J.)
Sent: Friday, February 15, 2008 12:48 PM
To: Wickenheiser, Francis (F.J.)
Subject: RE: AudiVOQ.xls

Joe,

Attached is the requested VOQ information for the Audi TT (MY 2004-2008), Audi A6 (2001-2008), Audi A8 (2001-2008). In addition, there were no NHTSA investigations on any of these vehicles, however there was 1 safety recall (see information below):
 << File: Audi A8 A6 TT.xls >>


Report Date : February 15, 2008 at 12:45 PM
SEARCH TYPE : VEHICLE
Make : AUDI
Model : TT 3.2
Top of Form 1
Make : AUDI Model : TT 3.2Year : 2004
Manufacturer : VOLKSWAGEN OF AMERICA, INCMfr's Report Date : DEC 19, 2003
NHTSA CAMPAIGN ID Number : 04V007000 N/ANHTSA Action Number: N/A
Component: POWER TRAIN:CLUTCH ASSEMBLY
Potential Number Of Units Affected : 145
Summary:
 << OLE Object: Picture (Metafile) >> ON CERTAIN PASSENGER VEHICLES WITH DIRECT SHIFT GEARBOX, DURING THE PRODUCTION OF THE GEARBOX, A SEAM AT THE CLUTCH WAS NOT WELDED TO SPECIFICATIONS. THIS COULD LEAD TO DEGRADED PERFORMANCE OF THE CLUTCH INSIDE THE GEARBOX.
Consequence:
 << OLE Object: Picture (Metafile) >> THE CLUTCH COULD LOSE ITS ABILITY TO PROVIDE INPUT TORQUE TO THE TRANSMISSION WITHOUT PRIOR WARNING, WHICH COULD ALLOW THE VEHICLE TO ROLL, INCREASING THE RISK OF A CRASH.
Remedy:
 << OLE Object: Picture (Metafile) >> DEALERS WILL REPLACE THE CLUTCH. OWNER NOTIFICATION BEGAN ON APRIL 30, 2004. OWNERS SHOULD CONTACT AUDI AT 1-800-822-2834.
Notes:
 << OLE Object: Picture (Metafile) >> VWOA RECAL NO. JA. CUSTOMERS CAN ALSO CONTACT THE NATIONAL HIGHWAY TRAFFIC SAFETY ADMINISTRATION¿S AUTO SAFETY HOTLINE AT 1-888-DASH-2-DOT (1-888-327-4236).

Produced Subject to a Confidential Protective Order                                                                                          VGS20386982

Bottom of Form 1

John J. Risch
TREAD Analysis and Reporting
Automotive Safety Office
Fairlane Plaza South, Suite 500
Dearborn, MI 48126
Phone: 313-594-3174, Fax: 313-594-2268
Email: jrisch@ford.com

From: Wickenheiser, Francis (F.J.)
Sent: Friday, February 15, 2008 9:20 AM
To: Risch, John (J.J.)
Subject: AudiVOQ.xls

Sample - the one I was working on for a while
<< File: AudiVOQ.xls >>

Produced Subject to a Confidential Protective Order

VGS20386983