**EXHIBIT 29**

10th March 2014

Mihir Kotecha
Chief Executive Officer, Getrag
Getrag Innovations Center
Hermann Hagenmeyer Strasse
74199 Untergruppenbach
Germany

Mihir,

After considerable technical analysis into the DPS6 seal leak concerns, Ford has determined that the appropriate remedy for affected vehicles is to initiate two separate customer satisfaction actions aimed at maintaining confidence in vehicles equipped with DPS6 transmissions built prior to the incorporation of the shaft seal material change in 2013. The two actions are as follows:

1. Proactive seal repair of 856K DPS6 equipped vehicles
2. Extended warranty for 1.4M DPS6 equipped vehicles (including vehicles campaigned for the proactive seal repair)

The initiation of these actions along with the corresponding customer notification is pending completion of a robust service part supply plan. Getrag's support of this plan is recognized, and I ask for your team's continued help as we work to finalize the details.

At this time, we are forecasting that these actions alone will cost us over $650M through the 2019 calendar year in addition to our normal warranty coverage. Further, Ford has a considerable amount of technical data that points to full Getrag responsibility based on the robustness of the design to inherent noise factors.

In consideration of these extraordinary actions and the resulting costs, I would like to schedule a face-to-face meeting within the next week to discuss the next steps to both implementing the actions and the plan for Getrag to reimburse Ford. Please contact my office, and we can arrange the meeting details.

In closing, I want to emphasize that this difficult decision was made in the best interests of our collective customers for the DPS6. Moving forward, we need to execute these repairs efficiently and effectively. I look forward to working with your team to proactively address the open supply and commercial issues.

Yours sincerely


Alan Draper
Global Director, Powertrain Installation Purchasing
Ford Motor Company

cc:     Burt Jordan
        Bernd Eckl
        Charles Gray

Produced Subject to a Confidential Protective Order

VGS20415045