**EXHIBIT 33**

| | |
|---|---|
| From: | Waldman, Allyson (A.A.)</o=ford/ou=fordna1/cn=recipients/cn=awaldman> |
| Date: | Thu Mar 20 2014 17:17:18 EDT |
| To: | Chong, Keith (K.B.) </o=ford/ou=fordna1/cn=recipients/cn=kchong>; Miller, Thomas (T.E.) </o=ford/ou=fordna1/cn=recipients/cn=tmiller7> |
| Cc: | Blank |
| Bcc: | Blank |
| Subject: | FW: DPS6 Getrag Status Update |
| Attachments: | |

FYI (I know you are aware, but thought I should pass on).

-----Original Message-----
From: Myers, Bryan (Bryan D.)
Sent: Thursday, March 20, 2014 5:03 PM
To: Waldman, Allyson (A.A.)
Subject: Fw: DPS6 Getrag Status Update

Please make sure that the team is aware of this so that the expectation is adequately communicated to Getrag.

Thanks

Bryan

----- Original Message -----
From: Watters, Lyle (L.A.)
Sent: Thu Mar 20 16:06:16 2014
To: Myers, Bryan (Bryan D.)
Subject: RE: DPS6 Getrag Status Update

Thanks, Bryan. We all know what should happen, but unless the issue is addressed directly, Ford will absorb 25% by default, I believe


Lyle
------ Original Message ------
From: Myers, Bryan (Bryan D.)
Sent: Thursday, March 20, 2014 at 8:29 PM
To: Watters, Lyle (L.A.)
Subject: DPS6 Getrag Status Update

Lyle,

See below following our conversation on DPS6 reimbursement.


Thanks

Bryan

Produced Subject to a Confidential Protective Order

VGS21355122

-----Original Message-----
From: Waldman, Allyson (A.A.)
Sent: Thursday, March 20, 2014 2:55 PM
To: Myers, Bryan (Bryan D.)
Subject: FW: DPS6 Getrag Status Update

Hi Bryan,

Email below from Tom miller addresses Lyle's concern on whether or not we should "gross-up" the ask to Getrag on the DPS6. Our position is that since the cause of the failure is design, and Getrag 100% owns the design, the $ we receive will all stay with Ford. If it is determined that a manufacturing "issue" caused the problem, then we would need to share. No one believes that is the case.

As an FYI, Getrag owns 100% of Bari, so no GFT "tail" there.

Allyson

-----Original Message-----
From: Chong, Keith (K.B.)
Sent: Thursday, March 20, 2014 9:41 AM
To: Waldman, Allyson (A.A.)
Subject: FW: DPS6 Getrag Status Update

Allyson,
Per our discussion. Alan Draper had the same question for Tom. See below Tom's response, which is consistent with what I told you.

Keith B. Chong
E-mail: kchong@ford.com
Phone: 313-845-0656
-----Original Message-----
From: Miller, Thomas (T.E.)
Sent: Thursday, March 20, 2014 9:40 AM
To: Chong, Keith (K.B.)
Subject: FW: DPS6 Getrag Status Update

As discussed.

Tom Miller,
Senior Purchasing Manager, Global PTI Purchasing 1-313-390-5352; Mobile 1-313-414-7186;


-----Original Message-----
From: Miller, Thomas (T.E.)
Sent: Thursday, March 20, 2014 9:18 AM
To: Draper, Alan (A.E.)
Subject: RE: DPS6 Getrag Status Update

Alan,
Ford's 25% ownership stake in Irapuato was discussed over the course of several meetings last December. There was recognition that although Ford does

Produced Subject to a Confidential Protective Order
VGS21355123

have the imputed stake in Irapuato, our involvement is one focused only on manufacturing of the DPS6, not the design. Getrag, the parent, owns the design and Ford is not allowed to even have the component drawings for the DPS6.

As Ford believe strongly this is a design failure, Getrag should reimburse Ford for 100%.

The reality of the settlement may reflect something different, but we need to be clear where the responsibility for the concern lies.

As far as Barb's other concerns regarding Project Satellite, these linkages were also discussed at the same time. Kevin Reynolds and I are staying tied together as we recognize that a settlement on DPS6 may pull in other areas of the overall GFT relationship.

Tom Miller,
Senior Purchasing Manager, Global PTI Purchasing 1-313-390-5352; Mobile 1-313-414-7186;

-----Original Message-----
From: Draper, Alan (A.E.)
Sent: Thursday, March 20, 2014 8:45 AM
To: Miller, Thomas (T.E.)
Subject: FW: DPS6 Getrag Status Update

Tom, Let's discuss the implications of this on costs to Ford. Many Thanks.


Regards,
Alan Draper
Director – Global Powertrain Installations Purchasing adraper@ford.com
Mail-Drop; GB15-1C-A01-A External Dial:+ 44 1268 405191 Internal Dial; 8738-5191
Mobile: + 49(0)162 216 6011 internal :8719-6011 One Ford




-----Original Message-----
From: Turner, Amanda (A.)
Sent: Donnerstag, 20. März 2014 13:42
To: Draper, Alan (A.E.)
Subject: RE: DPS6 Getrag Status Update

As discussed, GFT own 50% of Getrag Americas which includes Irapuato plant (ie Ford own 25%).



Regards,
AmandaTurner

Ford Motor Company Limited
Senior Purchasing Manager

Produced Subject to a Confidential Protective Order

VGS21355124

Purchased Engines and Transmissions
+44-1268-405168 | internal 8-7385168
aturner5@ford.com | GB 15/1B-F01

"The information herein is FORD PROPRIETARY information and may include FORD CONFIDENTIAL information as defined in Ford's Global Information Standard II. Reproduction of this document, disclosure of the information, and use for any purpose other than the conduct of business with Ford is expressly prohibited."


-----Original Message-----
From: Draper, Alan (A.E.)
Sent: Thursday, March 20, 2014 12:35
To: Turner, Amanda (A.)
Subject: FW: DPS6 Getrag Status Update



Regards,
Alan Draper
Director – Global Powertrain Installations Purchasing adraper@ford.com
Mail-Drop; GB15-1C-A01-A External Dial:+ 44 1268 405191 Internal Dial; 8738-5191
Mobile: + 49(0)162 216 6011 internal :8719-6011 One Ford


-08:00 (UTC) Dublin, Edinburgh, Lisbon,
London.
Where: Stephen's Office - Dunton


Barb,
Do you want to join in this meeting? Update on theGetrag DPS6 discussions-- Please let me know and we will organise. Many thanks,

Alan Draper

-----Original Appointment-----
From: Spencer, Stephanie (S.) On Behalf Of Draper, Alan (A.E.)
Sent: Mittwoch, 19. März 2014 14:39
To: Draper, Alan (A.E.); Odell, Stephen (S.T.); Puetz, Werner (W.); Jordan, Burt (B.R.)
Subject: DPS6 Getrag Status Update
When: Freitag, 21. März 2014 07:30-08:00 (UTC) Dublin, Edinburgh, Lisbon, London.
Where: Stephen's Office - Dunton

Produced Subject to a Confidential Protective Order

VGS21355125