**EXHIBIT 34**

  

**Ford Motor Company Limited**

Dunton Technical Centre
Laindon BASILDON Essex SS15 6EE

Telephone: Basildon (01268) 40 . . . .
Fax:        Basildon (01268) 40 . . . .
Mailing Reference: . . . . . . . .

17th April 2014

Mihir Kotecha
Chief Executive Officer, Getrag
Getrag Innovations Center
Hermann Hagenmeyer Strasse
74199 Untergruppenbach
Germany

Mihir,

Thank you for your March 25, 2014 and April 7, 2014 responses on the customer service actions for the DPS6 seal leak concerns. I appreciate Getrag's supply commitment for the service parts necessary to fulfil the plan for fixing customer vehicles.

Addressing your concerns about Ford's "simple conclusion," we have already shared with Getrag a significant amount of evidence that drives this conclusion. A customer service action of this magnitude cannot be undertaken without supporting data, and in fact, most or all of this information has been discussed and agreed with your team.

Nonetheless, we would like to address the factors you have highlighted in both of your communications to further clarify Ford's position that Getrag is fully responsible for the cost of these actions.

1. System Integration:

Ford acknowledges that we performed the software calibration work on the DPS6 as was agreed to in the original Multi-Year Agreement (MYA). The MYA reflects this by restricting Getrag from warranty responsibility for the software calibration. Getrag does, however, have warranty responsibility for the entirety of the DPS6 hardware where the root cause for the seal leak resides.

After mutual review of the causal factors, there is simply no evidence to support Getrag's assertion that the calibration caused the seal leaks. Ford's conclusion is based on:

- No Ford calibrations have ever exceeded Getrag's maximum clutch temperature requirements
- Getrag has full responsibility for the seal design, and the field failures and seal lip wear are due to improper material selection and insufficient lubrication at the seal lip.
- Getrag's own management report of April 8, 2013 reinforced material selection and lubrication as the root cause. (Exhibit #1)

April 17, 2014

Registered in England: No. 235446 Registered Office: Eagle Way BRENTWOOD Essex CM13 3BW
Authorised and Regulated by the Financial Services Authority

Additionally, the calibration influence you reference in your April 7, 2014 email is not borne out by a review of the warranty data.

- The data you reference in your email include all warranty claims having greater than $0 material cost. Ford has continually shared with your team the need to isolate the analysis based upon claims only for seal leaks.
- Specific to the data provided for 1.6L Fiesta, it is not possible to make the conclusion that the calibration changes drove seals to leak. Per Exhibit #2, using only seal leak claims, you can see that there is not direct correlation between the incorporation of calibrations R07 and R20/10 and the change in repair frequency. There are changes in repair frequency, but they are not aligned to the calibration changes. It should also be noted that calibrations for the Fiesta were signed off by Getrag and fully met the CHBOR.
- Further note Exhibit #3 which overlays seal leak R/1000 pre and post the incorporation of the R22 calibration on the Focus using the original seal design. The R/1000 trend lines are identical showing that the calibration had no influence.

2. Testing, Validation and Release

Again, Ford acknowledges that we perform system level testing on our powertrains during our vehicle development. This is a standard part of our new model engineering process. For clarification, this testing is aimed at proving system level robustness, and not meant to exercise all noise factors related to each individual component or subcomponent (in this case, the internal seals in the DPS6 transmissions).

For the DPS6 seals, component level robustness is the sole responsibility of Getrag. Ford paid Getrag $60M in upfront ED&T to support this analysis. Getrag maintains the design and release ownership of the seals for production, not Ford. Getrag's responsibility was to ensure the seals were fit for the intended customer usage in the vehicle over time.

In your April 7, 2014 correspondence you claim that the input shaft seals conformed to Ford design standards. To be clear, prior to production the Ford design standards were only discussed in the context of the differential seals due to the system interface with the halfshafts. Ford and Getrag teams did not assess the input shaft seals as these were internal to the transmission, and therefore, Getrag's sole responsibility.

The table you reference in your April 7, 2014 correspondence is not a comprehensive list of Ford design standards. It is simply a cross-reference of seal materials to potential application parameters. In fact, after the launch of the Fiesta in 2010 and in response to warranty claims for input shaft seal leaks, Getrag provided their assessment (Exhibit #4) of the input shaft seals against the Ford design standards. Your analysis makes clear that the input shaft seals did not meet the Ford design standards.

Therefore, the lack of seal failures in Ford's initial powertrain durability testing is not tacit acceptance of the robustness of the Getrag seal design. Rather, the field failures in customer vehicles are evidence of inadequate component testing by Getrag. In any event, the results of testing do not absolve Getrag of its warranty obligations and service action liability under the MYA. Working at a "point in time" is not the agreed to standard.

April 17, 2014

Produced Subject to a Confidential Protective Order

VGS21355205

3. System Specification

Consistent with the MYA requirement that the DPS6 transmission meet specification and be "free from defects in design to the extent furnished by the Supplier... and ... be suitable for intended use by the Buyer," Ford does not believe that transmissions with an increasing rate of seal failures over time meet our specifications, are free from defects, or are suitable for their intended use.

As noted above, the seal design and release was the sole responsibility of Getrag to manage.

4. Customer Satisfaction

While Ford and Getrag have jointly addressed a number of different concerns (launch, judder, shudder, etc.) with the DPS6 transmission, the sole reason for these customer service actions in question are the seal leaks associated with the improper seal material selection and insufficient lubrication of the DPS6 hardware. The goal is to proactively protect our customers who are at risk from future seal failures.

Analysis by Getrag of returned clutches in the North American market have shown that approximately 55% of these clutches are contaminated with transmission oil due to seal leaks. Outside of North America, the percentages of transmission oil contaminated clutches is even higher – as much as 75% in China, for example.

In our respective analyses of the seal failure rates over time, we have both utilized the industry standard "hazard" methodology to predict future failures. Correcting for noise from other factors like calibration, we have independently confirmed failure rates within 1% - 6%.

We have been able to isolate the impact of the seal failures that drive the need to perform the customer service actions independent of other concerns with the transmission.

5. Returned Hardware Analysis

Per the discussion above, 55% - 75% is a significant level of clutches contaminated with transmission oil to warrant the customer service actions to address the seal failure mode. Since the intent of the customer service action is to proactively prevent customer transmissions from leaking, it is possible that some customers will not yet have experienced the concern. We feel this is the correct step to protect our customers and our brand.

Note that the joint Ford and Getrag teams are aware of the potential for engine oil contamination, but this has proven to be less than 5% of the returns and had already been eliminated from the aforementioned figures.

Also note that a number of workstreams are already in place between our teams to address other failure modes outside of the customer service actions for the seal leaks, so the full spectrum of customer concerns has always been a joint priority.

6. Reliable Applications

With respect to a Getrag "integration parameter," not only has Getrag never identified such a parameter in any technical discussion with Ford, but it is also not at all clear what the relevance of such a parameter would be to the matter at issue.

April 17, 2014

Produced Subject to a Confidential Protective Order

VGS21355206

Without detailed knowledge of your other customer's application, it is impossible for Ford to evaluate your statements on seal robustness. We believe there would there would be universal alignment among all OEM's that a dry clutch transmission application would require robust seal design independent of vehicle application.

In the end, Ford's decision to initiate the seal customer service actions is driven only by the performance of the Getrag designed DPS6 transmission in Ford vehicles and its impact on Ford customers.

7. Warranty Period

Ford warranty periods also vary according to market between 24 and 60 months. However, the probability of seal failures beyond the warranty period as evidenced by our respective hazard analyses highlights the need to take extraordinary actions for the sake of our customers and our reputations.

As we have discussed previously, it is time for Getrag to provide a settlement offer to Ford. In consideration of financial constraints you have identified in our previous conversations, Getrag needs to reimburse Ford commensurate with your clear responsibility in this matter. Given the ongoing conversations we have had, I would expect a response by April 25, 2014.

Ford and Getrag have enjoyed a strong partnership over the past 15 years. We need to arrive at a mutually beneficial solution quickly as we move forward.

Yours sincerely

*on behalf of*

Alan Draper
Global Director, Powertrain Installation Purchasing
Ford Motor Company

cc: Burt Jordan
    Bernd Eckl
    Charles Gray

April 17, 2014

Produced Subject to a Confidential Protective Order

VGS21355207