# **EXHIBIT 37**

| | |
|---|---|
| **From:** | Sun, Bao (B.) |
| **Sent:** | Thursday, March 21, 2013 9:45 AM |
| **To:** | Renneker, Craig (C.M.); Kwasniewicz, Chris (C.L.) |
| **Cc:** | Krishnaswami, Ramasunder (.); Vahratian, Adam (A.J.); Ye, Wei (W.); Kwasniewicz, Chris (C.L.) |
| **Subject:** | FW: Volkswagen China Recall May Cost More Than $600 Million |
| **Attachments:** | VW DSG.jpg |

Craig, please see the attached in Chinese. Ye Wei translated this.
Ye Wei, please have your engineer keep watching this daily for media response ..... Keep us updated for any development.
Thanks. Bao

**From:** Ye, Wei (W.)
**Sent:** 2013年3月21日 21:40
**To:** Sun, Bao (B.)
**Subject:** 转发: Volkswagen China Recall May Cost More Than $600 Million

Bao,
This is not the same stick valve issue VW had for wet-DCT.
Please check attached picture for detail.
Here is the translation for No.1 and No. 2 for the root cause.

1. Why Volkswagen recall the 7-speed DSG?
Only in extreme cases, a malfunction of electronics in the gearbox or inadequate pressure may result in the loss of power: when the above cases occur, the most important vehicle systems such as steering, braking and other functions will not be affected. If the car is moving in the event of a power interruption, the driver is able to keep the car handling and to stop the with car safe driving.

2. Specific reasons for the occurrence of the problem?
Sulfur element and the inorganic heat stabilizer of plastic components in the transmission oil can damage the metal surface, as well as result in electrolytic corrosion in the case of hot and humid in outdoor situation. The Conductive particles will form in the circuit between the mechanical and electrical control unit thus result to further short circuit.

Thanks!

发件人: Sun, Bao (B.)
发送时间: 2013年3月21日 20:29
收件人: Ye, Wei (W.)
主题: FW: Volkswagen China Recall May Cost More Than $600 Million



Sent with Good (www.good.com)


-----Original Message-----

1

Produced Subject to a Confidential Protective Order

VGS21533438

From: Renneker, Craig (C.M.)
Sent: Thursday, March 21, 2013 07:20 AM Eastern Standard Time
To: Sun, Bao (B.); Vahratian, Adam (A.J.)
Cc: Kwasniewicz, Chris (C.L.); Krishnaswami, Ramasunder (.)
Subject: FW: Volkswagen China Recall May Cost More Than $600 Million

Bao/Adam;
Are you getting any details on this recall on your end? Is this the same sticky-valve issue they had on their wet-clutch DCT initially? In the attached note, it states 7-speed, which would imply that the problem is with their dry DCT. Kwas is checking with Getrag, but any light you can shed would be appreciated. There are lots of notes flying looking for answers and risk assessment compared to DPS6!


**Craig Renneker**
Chief Engineer - Pre-Program & Component Engineering
Transmission & Driveline Engineering
Ford Motor Company
Phone: 313-805-9388


---

**From:** Filipe, David (D.J.)
**Sent:** Thursday, March 21, 2013 6:08 AM
**To:** Pittel, Kimberly (K.L.); Renneker, Craig (C.M.); Yuhasz, Philip (P.D.)
**Cc:** Wolfe, Brian (B.C.)
**Subject:** RE: Volkswagen China Recall May Cost More Than $600 Million

I reviewed our DPS6 quality metrics yesterday for C346 China which has been in production for 12 months.

We are in pretty good shape for TGWs, R's, and CPU so I expect us to stay out of the spotlight.

We are also trying to get the specifics of the VW issue for relative comparison.

**David Filipe**
Director, Transmission & Driveline Engineering
Ford Motor Company
Office: 734-523-0130
Mobile: 313-949-6179
Administrative Assistant.: Christine Kloth

---

**From:** Pittel, Kimberly (K.L.)
**Sent:** Thursday, March 21, 2013 05:32
**To:** Filipe, David (D.J.); Renneker, Craig (C.M.); Yuhasz, Philip (P.D.)
**Subject:** FW: Volkswagen China Recall May Cost More Than $600 Million

Any chance this could happen to us? Just checking to see if we should request some prevent actions from Getrag.


Regards,

**Kimberly L. Pittel**
Executive Director, Purchasing STA

Produced Subject to a Confidential Protective Order                                                        VGS21533439

Phone: (313) 24-82643
FBPII, Room A029A
Admin: Karen Pilon

**From:** Draper, Alan (A.E.)
**Sent:** Wednesday, March 20, 2013 8:18 AM
**To:** Pittel, Kimberly (K.L.); Cooper, Keith (K.R.); Wellman, Jeff (J.W.)
**Cc:** Behrendt, Birgit (B.A.); Myers, Bryan (Bryan D.); Brown, Tony (Thomas K.); Cook, David (D.L.); Adamski, Kristina (K.A.)
**Subject:** FW: Volkswagen China Recall May Cost More Than $600 Million

Kim, Keith, Jeff,

For information.
This is a significant recall for VW. It is an In-House design produced in China. The concern looks to be around calibration and durability. No Ford supplier implications. The system is a dry clutch one, similar in concept to the Getrag DPS6 system.

Regards,
Alan Draper
Vice President, Purchasing, Ford of Europe


**From:** Herrmann, Gunnar (G.)
**Sent:** Mittwoch, 20. März 2013 12:53
**To:** Odell, Stephen (S.T.); Samardzich, Barb (B.J.); Watters, Lyle (L.A.); Wood, Jeffery (J.C.); Truby, Mark (M.); de Waard, Roelant (R.C.); Draper, Alan (A.E.)
**Subject:** FW: Volkswagen China Recall May Cost More Than $600 Million


# Volkswagen China Recall May Cost More Than $600 Million

By Bloomberg News - Mar 20, 2013 2:13 PM GMT

Volkswagen AG (VOW) recalled a record number of vehicles in China to replace defective gearboxes that may result in the loss of acceleration, in a move that may cost Europe's largest carmaker more than $600 million.

The recall of 384,181 vehicles, conducted by Volkswagen and its joint ventures, include the Golf, Magotan, Sagitar and Audi A3, China's quality inspector said on its website. While Volkswagen declined to comment on the financial toll, research firm LMC Automotive estimated the replacements will cost between 3,000 yuan ($483) to 10,000 yuan per vehicle.

Visitors view a Volkswagen Golf automobile as part of the Auto Guangzhou 2009 Exhibition in Guangzhou on Nov. 24, 2009.

3

Produced Subject to a Confidential Protective Order                                                                                   VGS21533440

Visitors view a Volkswagen Golf automobile as part of the Auto Guangzhou 2009 Exhibition in Guangzhou on Nov. 24, 2009. Source: China Photos/Getty Images

The move is a blow for Volkswagen, which counts China as its biggest market, as the company sets out to become the world's largest automaker by 2018. The recall comes less than a week after state broadcaster China Central Television featured Volkswagen customers in China complaining about abnormal vibrations, loss of power and sudden acceleration in cars equipped with the company's proprietary gearbox technology.

"It's always reputationally damaging to have to deal with an issue that plays out in the public's eyes," said Bill Russo, president of auto consultancy Synergistics Ltd. "Will they take a hit? Of course. The issue is how can they recover from that and how quickly can they recover."

21 Models

The company is recalling vehicles with the seven-speed variety of its direct-shift gearboxes, bearing the cost for replacing defective equipment and upgrading the software, it said in an e-mail statement. LMC estimates Volkswagen sold about 680,000 vehicles equipped with the potentially faulty DSG gearboxes.

"There have been no injuries or accidents reported due to the DSG gearbox problem, as far as we know," Volkswagen China spokesman Christoph Ludewig said.

The recall covers 21 types of vehicles including versions of the Scirocco, Bora, Touran, Octavia, Passat vehicles produced as far back as 2008 and as recently as this month, according to the state inspector's statement.

For Volkswagen, which sold 4 of China's top 10 selling cars last year, complaints about its gearbox system in China aren't new. In May, the Wolfsburg, Germany-based carmaker agreed to extend the warranty for the transmission technology to 10 years, compared with the standard warranty of two years, to address consumer concerns.

China's quality inspector said it began investigating complaints related to faulty Volkswagen gearboxes in March 2012. Two months later, the company extended its warranty for the transmission system after several rounds of talks with the regulator, according to the statement.

Safety Threat

A malfunction of electronics in the gearbox or inadequate pressure may result in the loss of power, presenting a safety threat, according to the regulator. Last May, Volkswagen spokesman Harthmuth Hoffmann said that the reported problems -- noise, vibrations and failure to start in hot and humid weather -- were "absolutely not a safety issue."

Volkswagen said today that although an electronic malfunction or a lack of oil pressure may result in a power interruption, steering and braking functions wouldn't be affected. That means that even if the car loses power on the road, the driver would be able to safely stop the car, it said.

China's quality regulator said it interviewed more than 3,000 consumers, received more than 10,000 reports of faultiness, conducted 12 spot checks and held 7 hearings with automotive experts before concluding that the Volkswagen gearboxes were defective and posed a safety concern.

Produced Subject to a Confidential Protective Order

VGS21533441

New Laws

The move also comes after China introduced recall laws this year giving the watchdog broader powers to order investigations and impose fines on companies that fail to call back faulty products in a timely manner. The nation's legislature approved plans last week to expand the authority of the food and drug regulator amid growing public discontent over quality and safety.

Volkswagen and its ventures sold 2.81 million vehicles in China last year, second only to General Motors Co. (GM) among foreign automakers. The German company and its Chinese partners generated operating profit of 3.7 billion euros ($4.8 billion) last year, up by 1.1 billion euros from the previous year.

Other German automakers have also faced scrutiny in the past week from CCTV, which said it found asphalt in China-made models of cars made by Volkswagen's Audi, Bayerische Motoren Werke AG's BMW and Daimler AG (DAI)'s Mercedes-Benz.

Asphalt Audis

Samples taken from vehicles showed traces of asphalt, a road-paving material also used for reducing vibrations, CCTV reported. Owners reported a pungent smell in their cars and physical symptoms such as dizziness and swollen fingers, according to the CCTV report.

Representatives from all three companies said they have started investigations. Audi China spokesman Martin Kuehl said Audi has the same "strict standards" for all of its parts globally, while Daimler spokesman Senol Bayrak said all its vehicles manufactured in China use only imported NVH damping materials that comply with existing regulations.

The three German luxury brands command about 74 percent of China's luxury segment, according to estimates from researcher IHS Global Insight.

While the report might not significantly affect total luxury car sales, it could push Chinese consumers toward choosing imported models of luxury marques over models manufactured in China, according to John Zeng, Shanghai-based managing director at LMC Automotive. Tata Motors Ltd. (TTMT)'s Jaguar Land Rover and Zhejiang Geely Holding Group Co.'s Volvo Cars may benefit since they focus on imports, he said.

"People will choose the import models, because they realize that on quality levels, the import models are very different from locally-made ones," Zeng said.

To contact Bloomberg News staff for this story: Alexandra Ho in Shanghai at aho113@bloomberg.net; Tian Ying in Beijing at ytian@bloomberg.net

March 18, 2013, 11:14 PM

*Gunnar Herrmann*
Vice President Quality Ford of Europe
Tel: 870-13361 *** D-NA/112 *** NA, 1st-floor *** Externally Tel: +49-221-90-13361 ***

Ford of Europe GmbH, Henry-Ford-Strasse 1, D-50735 Koeln
Sitz der Gesellschaft: Koeln, Registergericht Koeln, HRB 32148

Geschaeftsfuehrung: Nicholas Caton, Roelant De Waard, Alan Draper, Jeffery Wood, Stephen Odell, Gunnar Herrmann, Lyle Watters, Barb Samardzich, Dr Wolfgang Schneider, Mark Truby

5

Produced Subject to a Confidential Protective Order

VGS21533442

"The information contained herein is FORD PROPRIETARY and may include FORD CONFIDENTIAL information as defined in Ford's Global Information Standard II. Reproduction of this document, disclosure of the information, and use for any purpose other than the conduct business with Ford is expressly prohibited."

"The information contained herein is FORD PROPRIETARY and may include FORD CONFIDENTIAL information as defined in Ford's Global Information Standard II. Reproduction of this document, disclosure of the information, and use for any purpose other than the conduct business with Ford is expressly prohibited."

Produced Subject to a Confidential Protective Order                                                                                                           VGS21533443