**EXHIBIT 38**

EXHIBIT 38-1

| | |
|---|---|
| From: | Kirchhoffer, Johann (J.) </o=ford/ou=fordeu1/cn=recipients/cn=jkirchho> |
| Sent: | Wed Jan 21 2009 06:06:31 EST |
| To: | Kirchhoffer, Johann (J.) </o=ford/ou=fordeu1/cn=recipients/cn=jkirchho>;Ludwig, Michael <michael.ludwig@getrag.de>;Emmanuel.Barajas-Cortes@continental-corporation.com <emmanuel.barajas-cortes@continental-corporation.com>;Andritsis, Jerry <jerry.andritsis@getrag.de>;Hura, Scott (B.S.) </o=ford/ou=fordna1/cn=recipients/cn=shura>;Kailash.Saini@getrag.de <kailash.saini@getrag.de>;Hathaway, Rich (R.R.) </o=ford/ou=fordna1/cn=recipients/cn=rhathawa>;Juergen.Kuffer@continental-corporation.com <juergen.kuffer@continental-corporation.com>;Hettich, Ralf <ralf.hettich@getrag.de>;Dieter.Krause@continental-corporation.com <dieter.krause@continental-corporation.com>;Cristian.Mos@continental-corporation.com <cristian.mos@continental-corporation.com>;Thomas.Maier@continental-corporation.com <thomas.maier@continental-corporation.com>;Jean.Daniel.Ackermann@continental-corporation.com <jean.daniel.ackermann@continental-corporation.com>;Roland Bechtold <roland.bechtold@getrag.de>;Kroell, Torsten (T.) </o=ford/ou=fordeu1/cn=recipients/cn=tkroell>;Szewczyk, Gregory <gregory.szewczyk@getrag.de>;Kaddouh, Ibrahim <ibrahim.kaddouh@getrag.de> |
| CC: | Soehner, Heiko <heiko.soehner@getrag.de>;Aversa, Piero (P.) </o=ford/ou=fordna1/cn=recipients/cn=paversa>;Haran, Ed (E.W.) </o=ford/ou=fordna1/cn=recipients/cn=eharan>;Davidson, Eileen (E.A.) </o=ford/ou=fordna1/cn=recipients/cn=edavids2>;DeVincent, Ernie <ernie.devincent@getrag.de>;Seufert, Martin <martin.seufert@getrag.de>;Plotkin, Charlie (C.W.) </o=ford/ou=fordna1/cn=recipients/cn=cplotkin>;Seufert, Martin <martin.seufert@getrag.de>;Hettich, Ralf <ralf.hettich@getrag.de>;Taal, Martin (M.) </o=ford/ou=fordeu1/cn=recipients/cn=mtaal> |
| Subject: | RE: MAM - Interface FMEA Summary + SEV Reduction Process (YC Reduction Process) - Reclassified for 'Loss of Drive' |
| Attachments: | |
| Importance: | Normal |
| Priority: | Normal |
| Sensitivity: | None |

Dear All
From the Campaign Prevention team and connecting to the CP DD2 I would like to share with you the attached information about a campaign/field service action, concedrning a TCU exposed to splash water and corrosion similar to the MAM on the DPS6. The Failure Modes affecting the Back Up Light and Cranking leading to 'Unexpected Vehicle Movement' or Traffic Irritation afre affected.

This is effecting item 2.1.2) - Back Up Light Function - from the Electrical FMEA and item 2.4) concerning the Mechanical FMEA , failure modes leading to the back up light electrical malfunction.
This an additional awareness item with respect to the YC classifications isolated under items 2.1.2 and 2.4!
Best Regards
Hennes
=========================================================================================================
Vehicle Make / Model: Model Year(s):
THOMAS BUILT BUSES / SAF-T-LINER HDX 2003-2006

Manufacturer: DAIMLER TRUCKS NORTH AMERICA Mfr's Report Date: JAN 08, 2009
NHTSA CAMPAIGN ID Number: 09V011000 N/A
NHTSA Action Number: N/A

Component: POWER TRAIN:AUTOMATIC TRANSMISSION:CONTROL MODULE (TCM, PCM)
Potential Number of Units Affected: 2426
Summary:
DAIMLER TRUCKS IS RECALLING 2,426 THOMAS BUILT BUSES MY 2003 THROUGH 2006 SAF-T-LINER HDX SCHOOL AND NON SCHOOL BUSES MANUFACTURED BETWEEN APRIL 1, 2002 THROUGH AUGUST 30, 2005. THE AUTOMATIC TRANSMISSION CONTROL MODULE (VIM) LOCATED BETWEEN THE FRAME RAILS NEAR THE FRONT AXLE AND OUTSIDE THE TRANSMISSION CONTROL MODULE COVER MAY BECOME CORRODED DUE TO WATER AND ROAD SPRAY INTRUSION. VIM CORROSION MAY CAUSE THE STARTER MOTOR TO ENGAGE UNEXPECTEDLY OR THE BACKUP LIGHTS TO OPERATE INTERMITTENTLY.
Consequence:
UNEXPECTED STARTER ENGAGEMENT OR INTERMITTENT BACKUP LIGHT OPERATION MAY LEAD TO A VEHICLE CRASH OR PERSONAL INJURY.
Remedy:
DAIMLER TRUCKS WILL NOTIFY OWNERS AND REPAIRS WILL BE PERFORMED BY THOMAS BUILT BUSES DEALERSHIPS AND DIRECT WARRANTY CUSTOMERS FREE OF CHARGE. THE RECALL IS EXPECTED TO BEGIN ON OR ABOUT MARCH 6, 2009. OWNERS MAY CONTACT DAIMLER TRUCKS TOLL-FREE AT 1-800-547-0712.
Notes:
DAIMLER TRUCKS' RECALL NO. FL-544
=========================================================================================================


Johann Kirchhoffer
Powershift Fwd Model Quality Spvr
Ext.:49-221-90-32192 Fax: -31243
("Quality means that the Customer is coming back and not the Product"- Herrmann Tietz, Founder of 'Hertie' Salehouse Chain)

Ford-Werke GmbH
Henry-Ford-Straße 1
50735 Köln
Sitz der Gesellschaft: Köln
Registergericht Köln;HRB 54183
Vorsitzender des Aufsichtsrats: John Fleming
Geschäftsführung: Bernhard Mattes (Vorsitzender), Doris Adam, Werner Harbers, Dr. Hermann H. Hollmann, Dr. Franz-Josef Laermann, Rainer Ludwig, Dr. Wolfgang Schneider, Jürgen Stackmann

Produced Subject to a Confidential Protective Order

VGS5-00021665

From: Kirchhoffer, Johann (J.)
Sent: Montag, 3. November 2008 08:14
To: Kirchhoffer, Johann (J.); 'Ludwig, Michael'; 'Emmanuel.Barajas-Cortes@continental-corporation.com'; 'Andritsis, Jerry'; Hura, Scott (B.S.); 'Kailash.Saini@getrag.de'; 'Soehner, Heiko'; Hathaway, Rich (R.R.); 'Juergen.Kuffer@continental-corporation.com'; 'Hettich, Ralf'; 'Dieter.Krause@continental-corporation.com'; 'Cristian.Mos@continental-corporation.com'; 'Thomas.Maier@continental-corporation.com'; 'Jean.Daniel.Ackermann@continental-corporation.com'; 'DeVincent, Ernie'; 'Roland Bechtold'; Kroell, Torsten (T.); 'Szewczyk, Gregory'
Cc: 'Soehner, Heiko'; Aversa, Piero (P.); Haran, Ed (E.W.); Davidson, Eileen (E.A.); 'DeVincent, Ernie'; Zuenskes, Martin (M.P.); 'Seufert, Martin'; 'Thomas Marx'; Plotkin, Charlie (C.W.); 'Seufert, Martin'
Subject: RE: MAM - Interface FMEA Summary + SEV Reduction Process (YC Reduction Process) - Reclassified for 'Loss of Drive'

Dear All
Attached please find the updated version of the Electrical and ATIC/RPS Interface FMEA. There is a minor update done. Under the Ford Effect Column we changed the SEV for 'no engine braking' from SEV 7 to SEV 8. There is no effect on the anlaysis below. The Mechnaical Interface FMEA is not affected.
Best Regards
Hennes
<< File: 2008-06-27_250DKG-ATIC106_AS5134_FM_Reclassified_03112008_All_Programs.xls >> << File: MAM_ElectricalInterface_03112008_B299N_C346.xls >>

Johann Kirchhoffer
Powershift Fwd Model Quality Spvr
Ext.:49-221-90-32192 Fax: -31243
("Quality means that the Customer is coming back and not the Product"- Herrmann Tietz, Founder of 'Hertie' Salehouse Chain)

Ford-Werke GmbH
Henry-Ford-Strasse 1, 50735 Köln
Sitz der Gesellschaft:Köln
Registergericht Köln, HRB 54183
Vorsitzender des Aufsichtsrats:Albert Caspers
Geschäftsführung: Bernhard Mattes(Vorsitzender), Doris Adam, Werner Harbers, Dr. Herman H.Hollmann, Rainer Ludwig, Dr. Wolfgang Schneider, Jürgen Stackmann


From: Kirchhoffer, Johann (J.)
Sent: Freitag, 24. Oktober 2008 09:18
To: Kirchhoffer, Johann (J.); 'Ludwig, Michael'; 'Emmanuel.Barajas-Cortes@continental-corporation.com'; 'Andritsis, Jerry'; Hura, Scott (B.S.); 'Kailash.Saini@getrag.de'; 'Soehner, Heiko'; Hathaway, Rich (R.R.); 'Juergen.Kuffer@continental-corporation.com'; 'Hettich, Ralf'; 'Dieter.Krause@continental-corporation.com'; 'Cristian.Mos@continental-corporation.com'; 'Thomas.Maier@continental-corporation.com'; 'Jean.Daniel.Ackermann@continental-corporation.com'; 'DeVincent, Ernie'; 'Roland Bechtold'; Kroell, Torsten (T.); Szewczyk, Gregory
Cc: 'Soehner, Heiko'; Aversa, Piero (P.); Haran, Ed (E.W.); Davidson, Eileen (E.A.); 'DeVincent, Ernie'; Zuenskes, Martin (M.P.); 'Seufert, Martin'; 'Thomas Marx'; Plotkin, Charlie (C.W.); 'Seufert, Martin'
Subject: RE: MAM - Interface FMEA Summary + SEV Reduction Process (YC Reduction Process) - Reclassified for 'Loss of Drive'

Dear All
Attached please find the SEV reduction results including the SEV reclassification of 'Loss of Drive' to SEV=8. The following summary is leaning on the initial summary and outlines the changes on every item. The items not listed remain unchanged:

1.5) Master Documentation
Attached please find the revised Master documentations for the electrical/ATIC/RPS and the mechanical Interface
<< File: MAM_ElectricalInterface_24102008_B299N_C346.xls >> Electrical
Please note that the Power Relay Interface is reflected as a draft only_ will be handled with a separate session

<< File: 2008-06-27_250DKG-ATIC106_AS5134_FM_Reclassified_12102008_All_Programs.xls >> ATIC/RPS
<< File: 250DKG-FMEA-Linkage MAM Mechanik_12102008.xls >> Mechanical

2) SEV Reduction Results

2.1) MAM Electrical Interface FMEA
2.1.1) Interface FMEA - YC's without countermeasures
In total 81 critical Failure Modes have been analysed. Please see also the attache documentaion.
<< OLE Object: Picture (Enhanced Metafile) >>
2.1.2) Interface FMEA - YC's with countermeasures
<< OLE Object: Picture (Enhanced Metafile) >>
There are a total of 3 potential YC's remaining. Please see the attached .pdf File effecting FMVSS items:
<< File: MAM_ElectricalInterface_12102008_B299N_C346_SEV9 items.pdf >>
- Back Up Light - open load/always power
- Park Lock Function - always ground

Potential SC's
- All 'Loss of Power' Items where no redundancy could be applied are rated to SEV 8 - with post warning.
- On all Failure modes with 'Loss of Drive' and redundnacy applied, the SEV = 7 with IP warning
- On all Failure modes with FMEM actions applied AND leading to 'Loss of Drive' as an FMEM action (TRS Failures) the SEV=8 with pre-warning
- 1 item with SEV 8 - potential SEV=10 - is the Capacitor Overload Test result where a potential thermal event has taken place - needs further verification

2.2) ATIC/Mosfets Interface FMEA

In total 47 Failure Modes have been analysed
2.2.1) Without countermeasures 1 FM is classified to SEV 10
2.2.1) With Countermeasures applied there are no 10 remaining
<< OLE Object: Picture (Enhanced Metafile) >>

Potential SC's
- Monitoring Unit not operational - SEV 8 with post warning
- temperture pending switch off of all BLDC'c (The Occurance here is pending on Overheating the transmisssion within a high temp enviornment and driving GL40 or Trailer Towing - Fan control is here the countemeasure which need to be explored more in detail when this is required, if any to keep the MAM cooled down. This implies that Ford has fully access to all of the 4 MAM tempreture sensor information) - SEV 8 with pre-warning
- SEV 7 items are related to 'Loss of Drive' with redundnacy applied

Important: The team has concluded that a cross communication between the Clutch 1 and the Clutch 2 ATIC can be excluded due to their far different posiiton within the power board

2.3) RPS (Rotor Position Sensor) Interface FMEA
In total 12 Failure Modes have been analysed
2.3.1) Without Countermeasures all 12 FM's are classified with SEV 8 assiocated to 'Loss of Drive'
2.3.2) With Countermeasures all 12 FM's are reclassified to SEV=7 taking redundnacy under consideration

2.4) Mechanical FMEA
Please note that the effects on the MAM cavity FM's are the resulting FM's from the electrical Interface/ATIC/RPS FMEA's analysis with countermeasures applied

In total 18 FM have been evaluated:
SEV Classification without Countermeasures:

<< OLE Object: Picture (Enhanced Metafile) >>
SEV Classification with Countermeasures:
<< OLE Object: Picture (Enhanced Metafile) >>

2.4.2) With Countermeasures applied 6 FM are remaining with a YC classification:
- 1 item effecting Government Regulation with respect to material
- the remaining 5 items are effecting the connector design and the MAM cavity - connecting to the FMVSS - SEV 9 classification as an effect to a mechanical issue. Please see attached extraction:
<< File: MAM_ElectricalInterface_12102008_B299N_C346_SEV9 items.pdf >>

Conti Software items and Next Steps are unchanged. Please cascade this information into the D_P-FMEA's.Please feel free to discuss any issue or disagreement with this summary. Thanks!
Best Regards
Hennes


Johann Kirchhoffer
Powershift Fwd Model Quality Spvr
Ext.:49-221-90-32192 Fax: -31243
("Quality means that the Customer is coming back and not the Product"- Herrmann Tietz, Founder of 'Hertie' Salehouse Chain)

Ford-Werke GmbH
Henry-Ford-Strasse 1, 50735 Köln
Sitz der Gesellschaft:Köln
Registergericht Köln, HRB 54183
Vorsitzender des Aufsichtsrats:Albert Caspers
Geschäftsführung: Bernhard Mattes(Vorsitzender), Doris Adam, Werner Harbers, Dr. Herman H.Hollmann, Rainer Ludwig, Dr. Wolfgang Schneider, Jürgen Stackmann


_____
From: Kirchhoffer, Johann (J.)
Sent: Montag, 15. September 2008 23:43
To: Kirchhoffer, Johann (J.); 'Ludwig, Michael'; Kripli, Paul; 'Andritsis, Jerry'; Hura, Scott (B.S.); 'Kailash.Saini@getrag.de'; 'Soehner, Heiko'; Hathaway, Rich (R.R.); 'Juergen.Kuffer@continental-corporation.com'; Hettich, Ralf; 'Dieter.Krause@continental-corporation.com'; 'Guenter.Hoetzl@continental-corporation.com'; Aversa, Piero (P.); Haran, Ed (E.W.); 'Emmanuel.Barajas-Cortes@continental-corporation.com'; Davidson, Eileen (E.A.); Cristian.Mos@continental-corporation.com; 'Thomas.Maier@continental-corporation.com'; 'Jean.Daniel.Ackermann@continental-corporation.com'; 'DeVincent, Ernie'; Zuenskes, Martin (M.P.); Seufert, Martin; 'Thomas Marx'; 'Roland Bechtold'; Wozniak, Kenneth (K.P.); Plotkin, Charlie (C.W.)
Subject: MAM - Interface FMEA Summary + SEV Reduction Process (YC Reduction Process)

Dear All
The following summarises the the MAM Interface FMEA effort as such and the assiocated SEV reduction process.

1) Overview
1.1) Interface FMEA Boundary
The MAM interface FMEA has beec conducted within the following process:
1.1.1 Electrical Part
- All input and output interfaces have been considered
- The ATIC's and the RPS (Rotor Position Sensor) have been considered separately

- The lectrical Interface FMEA includes the PCB's - power and logic
1.1.2 Mechanical Part
- The mechanical FMEA included the MAM Cavitiy,BLDC's,Connector Systems and MAM Bolts
1.1.3) Interfaces/Vehicle Enviornment
- The Transmission Connector/Vehicle Connector Interface/Sealing Sysem and the bolt Connection have been considered
- The interface FMEA covers B299N and C346N at this point. The follow up programs will be evaluated as a next step
- The power up relay is also included - It is important that the SEV classification will be cascaded to the team responsible for the pwer up system

1.2) BLDC Failure Modes
There has been a lot of discussions how the BLDC motor do fail if one phases resp. 1 comutation signal has been lost. Finally the team came to the conclusion that the BLDC will always loss torque and never remain on a constant high torque or even increase torque, hence all Effects concerning 'Tie Up' and assiocated to 'Unexpected Vehicle Movement are invalid and have been extracted out of the documentation

1.3) SEV Reduction Process
- The pre-analysis phase of the Interface FMEA has been strictly developed without Countermeasures
- Conti Detection/Diagnostics have been applied for Failure Mode detection
- In 90% of the cases the FORD FMEM control strategy is responsible in managing the assiocated Failure Modes
- In case the Failure Mode has been detected and appropiorate FMEM action replacing the Failure Mode and the Failure Mode NOT eccaping to the customer at the same time, the new SEV can be used for further development activities
- The SEV reduces classification is then cascaded intot the D-FMEA/P-FMEA and to the subsequent Tier 2 supplier FMEA's. These SEV classification is then establishing the potential SC#s and CC#s to be analysed
- Hence, this is not a SEV reduction on the System Level, but the attempt to reduce the number of YC's

1.4) Diagnostics/FMEM Requirements
In order to make the SEV Reduction process a valid one and driving vehicle safety and cost control at the same time the following requirements are mandatory for the FMEM/Diagnostics System.The FMEM/Diagnostics System must work with an OCC=1 since we are reducing potential YC's:
- This implies that the Conti/Ford diagnostics Software is complete and is functioning with 100% reliability
- Active and Passive opening of the Clutch System under all ambient/operating temperatures
- Block Detection/Self Opening within LuK control Strategy
- Sufficient enough duration of detection
- Taking full advantage of the transmission redundancy
- Hill Lauch Assist is full functional and supporting the DPS6 in case of a Failure Event
- It has to ensured that from the synchroniser control aspect the synchronisation is always - 100% reliable to 100% engaged - in order to avoid gear jump outs
… and more

1.5) Master Documentation
Attached please find the lates documentation with the entire content described above
<< File: 2008-06-27_250DKG-ATIC106_AS5134_FM_Compl_15092008.xls >> << File: 250DKG-FMEA-Linkage MAM Mechanik_13092008.xls >> << File: 2008-04-16_250DKG-electrical-FMEA-Linkage_13092008.xls >>
2) SEV Reduction Results

2.1) MAM Electrical Interface FMEA
2.1.1) Interface FMEA - YC's without countermeasures
In total 81 critical Failure Modes have been analysed. Please see also the attache documentaion.
<< OLE Object: Picture (Enhanced Metafile) >>

2.1.2) Interface FMEA - YC's with countermeasures
<< OLE Object: Picture (Enhanced Metafile) >>
There are a total of 16 YC's remaining. 2 items are out of the scope of the MAM. Please see the attached .pdf File effecting:
<< File: DPS6_MAM_YCs_Electrical.pdf >>
- Power to all BLDC's - only the circuit up to the Star Point (including Capacitor Issue)
- Power Supply to the Logical Unit
- Common Ground to the PCB's
- CAN Signal Interface
- Shift Lock in P only - FMVSS
- Back Up Light - FMVSS
- TRS Sensor Signals
- TRS Power Supply
- TRS Ground Supply

2.2) ATIC/Mosfets Interface FMEA
In total 47 Failure Modes have been analysed
2.2.1) Without countermeasures all of the 47 FM's are classified to SEV 10 items
2.2.1) With Countermeasures applied there are only 2 FM with SEV 10 remaining:
- Monitoring Unit not operational
- temperture pending switch off of all BLDC'c (The Occurance here is pending on Overheating the transmisssion within a high temp enviornment and driving GL40 or Trailer Towing - Fan control is here the countemeasure which need to be explored more in detail when this is required, if any to keep the MAM cooled down. This implies that Ford has fully access to all of the 4 MAM tempreture sensor information)

Important: The team has concluded that a cross communication between the Clutch 1 and the Clutch 2 ATIC can be excluded due to their far different posiiton within the power board

2.3) RPS (Rotor Position Sensor) Interface FMEA
In total 12 Failure Modes have been analysed
2.3.1) Without Countermeasures all 12 FM's are classified with SEV 10

2.3.2) With Countermeasures none are remaining

2.4) Mechanical FMEA
In total 16 FM have been considered

<< File: DPS6_MAM Hardware Interface FMEA_16092008.pdf >>
2.4.1) 11 of the 16 FM have been classified with SEV10 - without Countermeasure
2.4.2) With Countermeasures applied 9 FM are remaining with SEV 10 classification;
- 1 item effecting the handling of the MAM in the vehicle assy line - Ford responsibility
- 1 item effecting Government Regulation with respect to material
- the remaining items are effecting the connector design and the MAM cavity - please note that the effects on the MAM cavity FM's are the resulting FM's from the electrical Interface/ATIC/RPS FMEA's analysis with countermeasures applied

3) Diagnostics Enhancement - Conti Side
3.1) Interface FMEA
<< File: MAM_DPS6_Diagnostics Enhancement_Interface.pdf >>
Please find the items from the Conti Detection side to be clarified and further developed with the Ford Diagnostic Team:
- Most important is the fact that no Diagnostics for ISS2 are implemented into the Conti Diagnostic Software - this is a must - For to request Conti for implementation
- Proposal to be developed from Conti on the 'Wake Up Input' and the 'Ignition Run Start' input

3.2) ATIC Interface
<< File: 2008-06-27_250DKG-ATIC106_Diagnostics.pdf >>
- Ford needs to be notified for every FM detected - Conti to develop and inform Ford
- Temperture out of range failure is not detectable neither with Ford nor with Conti
- The 4 temperature sensors MUST be more robust with respect to temp. Resistance than the ATIC itself - Conti to check
- Electrical Failure on the TEMP sensore detectable ? - Conti to clarify

3.3) RPS Module
- All the Failure modes are detectable - Conti to ensure that Ford Software is notified

4) Next Steps
- Conti to cascade SEV classification into the D/P-FMEA
- Conti to investigate the P-FMEA impact
- Ford to establish jointly with Getrag a Rel. And Robustness Plan for the FMEM Conrtol System
- Conti to follow up on the open items with respect to Detection enhancement

Regards
Hennes

Johann Kirchhoffer
Powershift Fwd Model Quality Spvr
Ext.:49-221-90-32192 Fax: -31923
("Quality means that the Customer is coming back and not the Product"- Herrmann Tietz, Founder of 'Hertie' Salehouse Chain)

Ford-Werke GmbH
Henry-Ford-Strasse 1, 50735 Köln
Sitz der Gesellschaft:Köln
Registergericht Köln, HRB 54183
Vorsitzender des Aufsichtsrats:Albert Caspers
Geschäftsführung: Bernhard Mattes(Vorsitzender), Doris Adam, Werner Harbers, Dr. Herman H.Hollmann, Rainer Ludwig, Dr. Wolfgang Schneider, Jürgen Stackmann

Produced Subject to a Confidential Protective Order

VGS5-00021669