**EXHIBIT 39**

## Three customer complains from internet news 

| Engine type | Purchased month | Verbatim |
|---|---|---|
| 2.0L | May-13 | After one month usage, there are noise in car everywhere, the thing worry the owner most is the transmission abnormal noise; there are harsh "Kar kar kar" noise whenever it's shifting. |
| Unknown | Feb-13 | In low speed, there are abnormal noise "Kala Kala"; currently, the Dealer is repairing this issues |
| 2.0L | Sep-12 | When the mileage is 11000km on Jun. 2013 , there was abnormal noise, mainly during acceleration and upshift to 2nd, 3rd, 4th; there was 2~6 times "Kar kar kar" abnormal noise. On Jul. 1st, I went to the dealer for repair. The dealer's technician just press the acceleration pedal and told me that there was no problem. After that, I found that there was still noise and even more severe. So I went to dealer again on Jul. 18th, the dealer judged it as "transmission noise; I reflected it to Chang'an Ford, and got feedback on Jul. 24th that it's normal working noise. |

The above internet information (News on Aug. 1st) can be found:
http://auto.jrj.com.cn/2013/08/01143115618945.shtml

1

Produced Subject to a Confidential Protective Order

VGS5-00033129

### More comments from this internet news 

- The New Focus AT is surprising similar as VW's DSG (exposed on Mar. 15 2013 in CCTV), the insider says that there are design defects for dual-clutch transmission;
- Based on insider analysis, the New Focus abnormal noise is related its dry dual-clutch design. The reporter consults to the car expert, the expert says "the dry dual clutch transmission has very little oil, so the inside resistance is very low, the gear efficiency is high; car equipped with dry dual-clutch transmission has very low fuel consumption. for example, the weight of New Focus is higher than Japanese car brand, while the fuel consumption is lower. of course, the dry dual-clutch transmission's advantage also lead to its disadvantage: due to low oil volume, the heat can't be conducted outside during gear rotating, which will lead to transmission failure easily." this expert also explains that " during dual-clutch transmission development, the car company will consider problem in cost perspective, if vehicle use dry dual-clutch transmission, per transmission can save 5-6 liters transmission oil. the market price of transmission oil is 130RMB per liter, so it can save 700RMB per transmission. for one company with 1 million volume yearly, it can save 70million RMB per year, which is attractive for every car company.
- During the investigation, the exposed New Focus transmission is almost similar as the former VW's DQ200 transmission. Coincidently, New Focus and VW share the same core module of transmission and the supplier is LuK.
- Currently, for the transmission abnormal noise, the Chang'an Ford's official reply is "Clutch abnormal noise is normal, it doesn't impact safe driving.

2

Produced Subject to a Confidential Protective Order

VGS5-00033130



Produced Subject to a Confidential Protective Order

VGS5-00033131

## C346 CQ DPS6 abnormal noise—Quarter TGW

| | | TGW per 1000 | | | |
| --- | --- | --- | --- | --- | --- |
| | | AX-FOCUS (C346) (APA-CHONGQING II) | | | |
| | | 2012Q3 | 2012 Q4 | 2013Q1 | 2013Q2 |
| V49 - POWERTRAIN GOOD SOUND AND NVH | N11 - UNUSUAL ENGINE NOISE AT IDLE/STARTUP | 23 | 8 | 17 | 22 |
| | N12 - UNUSUAL ENGINE NOISE WHILE DRIVING | 9 | 6 | 6 | 0 |
| | N18 - UNUSUAL TRANSMISSION NOISES | 12 | 11 | 0 | 11 |
| | N20 - VEHICLE VIBRATES EXCESSIVELY AT IDLE | 3 | 8 | 0 | 11 |
| | **Total V49 - POWERTRAIN GOOD SOUND AND NVH** | **46** | **33** | **23** | **45** |

4

Produced Subject to a Confidential Protective Order

VGS5-00033132

### C346 CQ DPS6 abnormal noise--Verbs



**2012 N18 AT Verbs**

- The detailed problem is the same exceptional noise of my vehicle as the noise of a manual shifted vehicle. –2.0L
- The detailed problem is noisy shifting from the first to the second gear. This happens when the car is cold, warming up or hot.—1.6L
- The detailed problem is exceptional noise when shifting. This happens when the car is cold or hot. It happens intermittently. When this occurred, the speed was 20. This happens when at steady speed. I first noticed it after driving more than 1,000 kilometers.—1.6L
- Exceptional noise from the transmission shift when shifting. The detailed problem is exceptional noise when shifting at low speed. This happens when the car is cold, warming up or hot. The noise is very obvious when the vehicle is hot. It happens all the time. When the speed was 30-40, the noise was very obvious. This happens when accelerating. I first noticed it after driving about 3,000 kilometers. –1.6L
- The detailed problem is exceptional transmission noise. It happens intermittently. The typical conditions I drive in are city road. The noise can be heard but it is hard to describe. I first noticed it three months after delivery.—1.6L

5

Produced Subject to a Confidential Protective Order     VGS5-00033133

# C346 CQ DPS6 abnormal noise--Verbs



**2012 N18 AT Verbs**

- The detailed problem is exceptional transmission noise. It happens intermittently. The typical conditions I drive in are city road. The noise can be heard but it is hard to describe. I first noticed it three months after delivery. –1.6L

- The detailed problem is exceptional noise from the transmission when driving. It happens intermittently. The typical conditions I drive in are city road or express highway. When this occurred, the speed was 1-40. I first noticed it more than one week after delivery—1.6L

- The detailed problem is abnormal noise when I shift gear. When it happens, the car is hot. It happens all the time. I frequently drive on slopes. When it happens, the speed is 30-40, at 2-3 gear or when I shift from higher gear to lower gear. When I first noticed it, I just get the car. –1.6L

- The detailed problem is too loud noise and vibration of the vehicle when shifting. It is particularly noisy when shifting gear under automatic transmission. I first noticed it after driving about 2,000 kilometers.—1.6L

6

Produced Subject to a Confidential Protective Order　　　　　　　　　　　　　　　　　　　　　　　　　VGS5-00033134

**C346 CQ DPS6 abnormal noise--Verbs** 

**2013 N18 AT Verbs:**
- The detailed problem is exceptional noise when the transmission is in the neutral shift. There is no noise when the transmission is in the forward shift. It happens all the time. I first noticed it the first day after delivery—2.0L
- There is exceptional noise from the transmission as long as the speed is low. This happens when the car is cold or hot. It happens all the time. It happens whenever the speed is low. When this occurs, the speed is 20-30 and the transmission is in the forward gear. This happens when starting the vehicle. I first noticed it more than 1,000 kilometers driven after delivery—1.6L

7

Produced Subject to a Confidential Protective Order

VGS5-00033135