**EXHIBIT 40**



Produced Subject to a Confidential Protective Order

1

VGS5-00037754

## Problem Statement

 Transmission Driveline Engineering (TDE)

- DPS6 architecture is such that a loss of power to the TCU will default to an open clutch neutral state (referred to as loss of transmission function in DFMEA)
  - Typical A/T will default to a limp-home mode (ex: 3rd gear with open converter for engine braking)

- Concurrence from TDE Chief Engineer that general loss of function is reduced from SEV 10 to SEV 8 with exception of items that result in violation of a FMVSS requirement:
  - Loss engine braking (FMVSS 102) = SEV 10 (consistent with 6FMid and 6R140 DFMEA)
  - Loss of reverse lamp function (FMVSS 108) = SEV 10 (under further investigation to reduce severity)

- Items are rated Severity 10 because no mechanism exists for customer warning prior to failure (reference slides 9 and 10 of this deck).

- Severity 10 rating is supported by OCG, Vehicle Safety Office, and Quality Technical Specialists.

- Since an improper connection of the vehicle engine harness to the TCU will result in a loss of function related to violation of FMVSS requirement for engine braking (and potentially reverse lamps), this connection is rated a severity 10.

- VO procedure requires that SEV=10 items must have attribute data collected in assembly to verify the operation is complete. There is no such system in place for this connection at this time. The team has developed a list of proposals.

- Transmission System FMEA is not yet updated to include the severity 10 rating for loss of engine braking

2

Produced Subject to a Confidential Protective Order

VGS5-00037755

## Potential Solutions  Transmission Driveline Engineering (TDE)

- Design Side
  - Develop new connector (long term solution – not containable for Job 1)
    - Etracker # 7131790 raised.
    - Working with Jeff Stroven to find alternative connector with positive attribute feedback
    - Scott Hura champion
  - End item bracket to protect connector from opening after assembly (see slide 4).
    - Enabler for attribute data (DC gun for bolt/nut secure)
    - Greg Goodall champion
  - CPA for vision system
    - Deemed not feasible by Jeff Stroven

- Process Side
  - Vision system (see slide 5)
    - Initial meeting occurred week 37. Supplier has sample parts to work with.
  - Specialty tooling (see slide 6)
    - Initial discussion with Belknap occurred week 37. VO owes follow up info.

3

Produced Subject to a Confidential Protective Order

VGS5-00037756

## Potential Solutions


Transmission Driveline Engineering (TDE)

### Design Solution



End item bracket installed over connectors after installation:

- Prevent connector handles from opening up if not properly latched.

- Provides a source of attribute data for VO to verify operation is complete (DC tool for fastening bracket to processor)

<u>Cost/Timing Estimates</u>
*Based on soft quotes*
Piece price $1.60 each
(+ VO labor)
Tooling= $ 100,000 for bracket
VO tooling costs
Timing= 14 weeks

4

Produced Subject to a Confidential Protective Order                                                                                                                                                     VGS5-00037757



Produced Subject to a Confidential Protective Order                    VGS5-00037758



Produced Subject to a Confidential Protective Order

VGS5-00037759



Produced Subject to a Confidential Protective Order

VGS5-00037760

*FMVSS*  Transmission Driveline Engineering (TDE)

- The National Highway Traffic Safety Administration has a legislative mandate under Title 49 of the United States Code, Chapter 301, Motor Vehicle Safety, to issue **Federal Motor Vehicle Safety Standards (FMVSS) and Regulations to which manufacturers of motor vehicle and equipment items must conform and certify compliance.**

- Full list of standards and regulations can be found at: http://www.fmvss.com/

8

Produced Subject to a Confidential Protective Order

VGS5-00037761



Produced Subject to a Confidential Protective Order



FMVSS Part 571, Standard 102  Transmission Driveline Engineering (TDE)

**571.102 Standard No. 102; Transmission shift lever sequence, starter interlock, and transmission braking effect.**

S1. *Purpose and scope.* This standard specifies the requirements for the transmission shift lever sequence, a starter interlock, and for a braking effect of automatic transmissions, to reduce the likelihood of shifting errors, starter engagement with vehicle in drive position, and to provide supplemental braking at speeds below 40 kilometers per hour.

S3.1.2 *Transmission braking effect.* In vehicles having more than one forward transmission gear ratio, one forward drive position shall provide a greater degree of engine braking than the highest speed transmission ratio at vehicle speeds below 40 kilometers per hour.

11

Produced Subject to a Confidential Protective Order

VGS5-00037764

*Transmission FMEA Benchmark*  Transmission Driveline Engineering (TDE)

- 6R140
  - Requirement: Provides negative torque flow capability from driveline to engine for coast braking in each gear
  - FM: Does not provide negative torque flow
  - Severity 10

12

Produced Subject to a Confidential Protective Order

VGS5-00037765

## Transmission FMEA Benchmark 

- **6F Mid**
  - Requirement: Provides top gear negative torque flow capability (from driveline to engine) for coast braking torque flow
  - FM: Does not provide coast braking
  - Severity 10 due to government safety regulation (trailer tow in hilly terrain)

13

Produced Subject to a Confidential Protective Order

VGS5-00037766