**EXHIBIT 45**

### DPS6 Quality Issue – European Perspective

***Situation***: *The global DPS6 transmission issue potentially affects a limited volume of vehicles in Europe (primarily Focus with a small number of Fiestas and B-MAXs) equipped with the 1.6 Sigma engine (and the 1.6 and 2.0 Sigma in Russia). The potentially affected in Europe were built from March 2012 to August 2013, and include:*

- *39,410 vehicle in Europe*
- *38,500 vehicles in Russia.*

*Of these vehicles, 8,700 already have been repaired under warranty in Russia and Europe. Across Europe, we do not intend to put in place an extended warranty given that customer complaints to date have been dealt with efficiently under our warranty program.*

*In Israel, this issue potentially affects 17,000 vehicles (only Focus )and Focus has been placed on the leasing company "black list" as a result of this issue. We are considering an extended warranty program in Israel to repair trust due to the high percentage volume of affected vehicles in this market. In Israel, dealers will reach out to customers on a proactive basis to have their vehicles inspected and where required, repaired.*

**Europe Statement**:

- The issue concerning the DPS6 PowerShift dry clutch gearbox potentially affects a relatively small number of vehicles in Europe. As such, Ford of Europe will monitor the situation and will continue to give our customers full support in line with our warranty programs.

**Israel Statement**:

- The issue concerning the DPS6 PowerShift dry clutch gearbox has affected about 17,000 Focus vehicles in Israel. We have already repaired about 7,000 vehicles to date under warranty. In Israel dealers, will contact customers on a proactive basis to have their vehicles inspected and where required, repaired.

**Q&A:**

**Is Ford of Europe affected by the issues relating to the DPS6 gearbox that we have heard about in North America and beyond?** We can confirm that there are a relatively small number of vehicles that are potentially affected by this issue. The issue relates to Fiesta, Focus and B-MAX models with the combination of petrol powertrains and DSP6 dry clutch PowerShift gearbox that were built between March 2012 and August 2013.

**How many vehicles could potentially be affected?** About 40,000 in Western Europe and about 40,000 in Russia. The potentially affected in Europe were built from March 2012 to August 2013.

**What is the issue?** There is the potential for an internal transmission seal to leak over time, allowing oil to contaminate the clutch setup. If enough oil is in contact with the clutch over a long enough period of time, shift quality may become degraded.

**What will Ford of Europe do for customers of these vehicles?** The vehicles potentially affected are covered by the standard Ford warranty (Note: 2 or 3 years depending on local market regulations). Please note that 8,700 claims have already been received and repaired under warranty.

**How many complaints have you had to date?** We have already repaired 8,700 claims under warranty.

**Does this affect all automatic gearboxes on vehicles sold in Europe?** No. This only affects the DPS6 gearbox (known as the PowerShift dry clutch) and only on Focus some Fiesta and B-MAX with petrol powertrains (1.6-litre TiVCT and 1.0-litre EcoBoost).

**What about Focus vehicles with diesel engine and PowerShift transmission?** Those vehicles are equipped with an MPS6 wet clutch PowerShift transmission which is not affected at all.

**I have a PowerShift on my S-MAX. Does this affect me?** No.

Produced Subject to a Confidential Protective Order

VGS5-00324037

**Does this issue affect vehicles built with the PowerShift today?** No. We have worked with our supplier and all vehicles built from 2014MY onwards are not affected by this issue.

**Who is the supplier for the leaking seal?** We don't comment on supplier issues.

**Is this a supplier issue?** We don't comment on supplier issues.

**When did you discover the issue?** Ford recently concluded through analysis of warranty data that a proactive approach was required to address this issue.

**What is the recommended repair?** The repair will include replacement of the transmission shaft seals, and repair or replacement of the clutches as necessary.

**Will the supplier pay for or contribute to the cost of any warranty claims?** As part of our company policy we do not publicly discuss our business relationship with suppliers.

**How will this affect Ford of Europe's profitability?** Many of the vehicles affected in Europe have already been rectified. Therefore, we do not expect it to have a significant impact on Ford of Europe's financial results in 2014.

**Are dealers ready to handle customers coming to their dealerships?** We do not anticipate a rush of customers coming to Ford dealerships. The issue is confined to a small number of vehicles in Europe. Our dealers will have the necessary parts available to handle customer issues in most cases.

**Is Ford of Europe's decision not to extend the warranty of customers simply a way of avoiding additional cost?** No. We are confident that our existing warranty cover will ensure that our customers are not affected by this action. We have already addressed at least 40% of all affected vehicles and will work with our dealer partners to address further customer issues relating to DPS6 as appropriate.

**Is this a safety issue for customers?** No. Our team has investigated every report. After an exhaustive engineering evaluation, we have identified the concern as a shift-quality issue, and not safety related.

**Have there been any accidents or injuries related to this issue?** No, there have been no accidents or injuries related to this issue.

**Are there any early warning signs or symptoms a customer may notice in relation to this condition?** Some customers have reported a clearly exaggerated shudder when pulling away from a stop. In some cases an oil leak may be visible.

**Is it OK to drive the vehicle until it is fixed?** If you ever believe you are having an issue with your Ford product, you should contact your local dealer immediately to have it inspected.

Produced Subject to a Confidential Protective Order

VGS5-00324038