**EXHIBIT 46**

|            |                                                                                                              |
|------------|--------------------------------------------------------------------------------------------------------------|
| **From:**  | Fowler, Bennie (B.W.) <bfowler@ford.com>                                                                     |
| **Sent:**  | Monday, October 13, 2014 6:29 PM                                                                             |
| **To:**    | Jordan, Burt (B.R.) <bjordan7@ford.com>; Toney, Frederiek (.) <ftoney@ford.com>                              |
| **Subject:** | Fwd: DPS6 Clutch Reman 10-7-2014 V4.pptx                                                                   |
| **Attach:** | DPS6 Clutch Reman 10-7-2014 V4.pdf; ATT00001.htm                                                            |

Team we will need your help to improve our fourth quarter performance. As you can see from the value stream every one is getting rich off of the dps6.This has cost us 3 dollars per share in stock price. I have assigned a person to work full time on getting the salvage complete. Can I get a full time persons to help with the other mark up opportunities.


Begin forwarded message:

> **From:** "Gardner, Greg (G.D.)" <ggardne2@ford.com>
> **To:** "Fowler, Bennie (B.W.)" <bfowler@ford.com>
> **Subject: DPS6 Clutch Reman 10-7-2014 V4.pptx**

Produced Subject to a Confidential Protective Order

VGS5-00342577