# EXHIBIT 50



DISPOSE of Copies
(Black Stamped) By
RETAIN Record Copy
(Red Stamped) Thru:          2034

Schedule Number   16.11

**Steve M. Kenner, Global Director**
Automotive Safety Office
Sustainability, Environment & Safety Engineering

**Fairlane Plaza South, Suite 400**
330 Town Center Drive
Dearborn, MI 48126-2738

November 19, 2014

Mr. O. Kevin Vincent
Chief Counsel
National Highway Traffic Safety Administration
1200 New Jersey Avenue, S.E.
Room W41-227
Washington, DC 20590

Re:  Request for Confidential Treatment of Information Pertaining to a Recent WebEx Presentation.

Dear Mr. Vincent:

On November 12, 2014 Ford provided an overview via WebEx of specific information pertaining to DPS6 transmission warranty data and field return analysis in the context of the agency's recent questions concerning 2011 through 2015 model year Ford Focus and Fiesta vehicles. Subsequently, the Agency requested a copy of that presentation. Therefore, today, Ford Motor Company ("Ford") is submitting the presentation to the Office of Defects Investigations.

Ford has determined that this response, as set forth below, is confidential business information that should be accorded confidential treatment under Exemption 4 of the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552(b)(4), and NHTSA's regulations at 49 C.F.R. Part 512. Therefore, Ford is requesting confidential treatment of the information.

The information required by your regulations is set forth below.

**A.    Description of the Information (49 C.F.R. § 512.8(a))**

We are supplying two copies of the entire submission. Two compact discs containing copies of the documents are labeled "CONFIDENTIAL" and documents contained in the electronic files are marked "ENTIRE PAGE CONFIDENTIAL BUSINESS INFORMATION" in the top margin as appropriate. The confidential business information in the submission consists of root cause analysis, warranty and field return analysis, and test results information.

**B.    Confidentiality Standard (49 C.F.R. § 512.8(b))**

Because this information is being provided voluntarily, this submission is subject to the standard set forth in 49 C.F.R. 512.15(d).

Produced Subject to a Confidential Protective Order

C.   **Justification for Confidential Treatment (49 C.F.R. § 512.8(c))**

Voluntarily-submitted information should be accorded confidential treatment if it is the type of information that is not customarily disclosed by the submitter to the public. *E.g.*, 49 C.F.R. § 512.15(d); *Center for Auto Safety*, 244 F.3d at 147. Ford does not ever, much less customarily, disclose to the public the information for which confidential is sought. To the contrary, Ford's practice is to protect the confidentiality of such information, restricting its dissemination even within the company to those who need it in the performance of their employment-related duties.

D.   **Class Determination (49 C.F.R. § 512.8(d))**

The information is not subject to a class determination.

E.   **Duration For Which Confidential Treatment Is Sought (49 C.F.R. § 512.8(e))**

Ford requests that the information be accorded confidential treatment for a period of 10 years.

F.   **Contact Information (49 C.F.R. § 512.8(f))**

Please direct all written notices to me at Ford Motor Company, Suite 400, Fairlane Plaza South, 330 Town Center Drive, Dearborn, Michigan 48126. Please direct all non-written communication to Ms. Emily Frascaroli, Esq. in Ford's Office of the General Counsel who may be contacted by telephone at (313) 845-1376.

* * *

Ford is supplying two copies of the entire submission. A certificate in support of confidentiality executed on behalf of Ford is included as Attachment 1.

If you receive a request for disclosure of the information for which confidential treatment is being sought before you have completed your review of our request, Ford respectfully requests notification of the request(s) and an opportunity to provide further justification for the confidential treatment of this information, if warranted. In the event that the agency should conclude that all or part of the submitted information is not to be given confidential treatment, Ford asks the agency to provide reasonable notice prior to any contemplated disclosure in order that Ford may pursue such legal remedies as it may choose.

Sincerely,

*Steven M. Kenner*

Steven M. Kenner

Enclosures

2

VGS5-00365440

Attachment 1

## CERTIFICATE IN SUPPORT OF REQUEST
## FOR CONFIDENTIALITY

I, T. M. Fronckowiak, pursuant to the provisions of 49 CFR Part 512, state as follows:

1. I am Assistant Director, Global Automotive Safety Compliance, Automotive Safety Office, and I am authorized by Ford Motor Company ("Ford") to execute this certificate on its behalf;

2. The information attached to Ford's letter to NHTSA's Office of the Chief Counsel dated November 19, 2014, contains confidential and proprietary data and is submitted with the claim that it is entitled to confidential treatment under 5 U.S.C. §552(b)(4);

3. I hereby request that the information contained in the indicated documents be protected for a period of 10 years;

4. This certification is based on information provided by the responsible Ford personnel who have authority in the normal course of business to release the type of information for which a claim of confidentiality has been made to ascertain whether such information has ever been released outside Ford;

5. Based upon such inquiries, to the best of my knowledge, information and belief, the information for which Ford has claimed confidential treatment has never been released or become available outside Ford except as hereinafter specified:

   a. Portions of these documents may be shared with Ford suppliers with the expectation that they will be kept confidential.

   b. During the course of defending itself in litigation, Ford may have been, or may be required to produce such information subject to a protective order.

6. I make no representations beyond those contained in this certificate and, in particular, I make no representations as to whether this information may become available outside Ford because of unauthorized or inadvertent disclosure, except as stated in Paragraph 5; and

7. I certify under penalty of perjury that the foregoing is true and correct.


Executed on this the 19th day of November, 2014.


T. M. Fronckowiak

EXHIBIT 50-4

Produced Subject to a Confidential Protective Order

VGS5-0036544

ENTIRE PAGE BUSINESS CONFIDENTIAL  DPS6

## Attendees:

- ➢ Eric Britton – Senior Research Engineer
- ➢ David Ott – Internal Investigations Manager
- ➢ Todd Fronckowiak – Global Automotive Safety Compliance Assistant Director
- ➢ Chris Kwasniewicz – DPS6 Engineering Manager
- ➢ Shawn McClain – DPS6 Quality Supervisor

November 12, 2014

EXHIBIT 50-5

ENTIRE PAGE BUSINESS CONFIDENTIAL



Produced Subject to a Confidential Protective Order

# 2011-2015MY Fiesta and Focus DPS6 Transmission Update

November 12, 2014

VGS5-0036544

EXHIBIT 50-6

Produced Subject to a Confidential Protective Order

# Current DPS6 Service Actions

ENTIRE PAGE BUSINESS CONFIDENTIAL

 DPS6

## Customer Satisfaction Program 12B37 – Shift Quality

➢ May/June 2012

➢ 220,000 vehicles (80% repaired, 20% expired)

➢ Certain 2012 model year Focus vehicles

➢ Reason:   Transmission Shift Quality and Rollback

➢ Repair:  Reprogram the Powertrain Control Module, Transmission Control Module, and the Anti-Lock Brake System Module

VGS5-0036544

Produced Subject to a Confidential Protective Order

EXHIBIT 50-7

# Current DPS6 Service Actions

ENTIRE PAGE BUSINESS CONFIDENTIAL

 DPS6

## Customer Satisfaction Program 14M01 – Input Shaft Seal

➢ August 2014.  Extended Warranty seven (7) yrs/100K miles.

➢ 670,000 vehicles

➢ Certain 2011 through 2014 model year Fiesta vehicles and certain 2012 through 2014 model year Focus

➢ Reason:  Transmission Clutch Shudder / Transmission Input Shaft Seal Warranty Extension

➢ Repair:  Clean or replace the Clutch and Replace Both Input Shaft Seals. Seals.  Reprogram the Transmission Control Module

VGS5-0036445

3

Ford DPS6

ENTIRE PAGE BUSINESS CONFIDENTIAL

# Mechatronic Actuation Module (MAM)



Produced Subject to a Confidential Protective Order

Produced Subject to a Confidential Protective Order

VGS5-0036547

# DPS6 - ATIC 91 Investigation

ENTIRE PAGE BUSINESS CONFIDENTIAL

 DPS6

➤ May 2014 – Ford/NHTSA discussion regarding seal leak.

  – Ford identifies loss of mobility reports, initiates analysis.

➤ Investigation found reports pertain to MAM ATIC 91, failure mechanism indicates it is a progressive condition potentially leading to intermittent loss of communication, affecting transmission function.

➤ Analyses conducted:

  ➤ Lab Analysis

  ➤ Reports Analysis

  ➤ Engineering and Customer Vehicle Drives

  ➤ Customer Interviews

  ➤ Warranty Data Analysis

➤ Investigation found that multiple symptoms consistently precede complete loss of mobility

➤ Service parts availability issues

➤ November FRC discussion planned

➤ Overt Indication software being developed

5

Produced Subject to a Confidential Protective Order

# Issue Description

ENTIRE PAGE BUSINESS CONFIDENTIAL

 DPS6

---

## Description:

- Customer  complaints of "no starts", "loss of gears" & "loss of motion"

## Root Cause:



**Why?**  Solder Cracks at ATIC91 & ATIC106 lead to communication issues.

**Why?**   Solder  is cracking on multiple ATIC91 & ATIC106 pins

**Why?**   Extreme Grain Growth / Solder Aging

**Why?**  Thermal Cycling and Mechanical Strain

**Why?** Mismatched Coefficient Thermal of Expansion (CTE) between PCB and ATIC chips

Note:  Engine continues to run, power steering, power brake assist, electrical and restraint systems remain operational.

VGS5-0365448

EXHIBIT 50-11



# ATIC Locations

ENTIRE PAGE BUSINESS CONFIDENTIAL

DPS6



VGS5-00365449

**EXHIBIT 50-12**




## Lab Analysis

ENTIRE PAGE BUSINESS
CONFIDENTIAL

DPS6



QFP



QFN



ATIC chip

solder

PCB

crack

Ref. Elsevier article on Microelectronics Reliability
http://www.prognostics.umd.edu/calcepapers/08_Qi_No_Fault_Found_Intermittent_Failure.pdf

8

Produced Subject to a Confidential Protective Order

VGS5-00365450

EXHIBIT 50-13

Produced Subject to a Confidential Protective Order

# Reports Analysis – Owner Reports

ENTIRE PAGE BUSINESS CONFIDENTIAL

 DPS6

| **OWNER REPORT VERBATIMS FOR SUSPECTED ATIC 91 CONCERNS** |
|---|
| "TRANSMISSION WILL NOT COME OUT OF PARK AND THE ENGINE WILL NOT START" |
| "VEHICLE STOPS MOVING WHILE DRIVING THEN STARTS MOVING" |
| "NORMAL DRIVING TRANS WILL COME OUT OF GEAR WHILE STILL IN DRIVE NEUTRALIZES ON ITS OWN. NEED TO PULL OVER SHIFT TO PARK OR ANY OTHER GEAR AND VEHICLE GOES BACK INTO GEAR" |
| "CHECK ENGINE LIGHT CAME ON AND TRANS WENT INTO NEUTRAL AND QUIT MOVING TURN CAR OFF AND DROVE BACK NO PROBLEM" |
| "VEHICLE NEUTRALIZES AT LOW SPEEDS COMING TO A STOP VEHICLE WONT MOVE HAS TO TURN OFF ENGINE AND RESTART VEHICLE WORKS FINE AFTER" |
| "TRANSMISSION INTERMITTENTLY WILL GO TO NEUTRAL" |
| "VEHICLE NEUTRALS OUT COMING TO A STOP INTERMITENT.LOSES THROTTLE RESPONSE WHEN I TURN IT OFF AND TRY TO RESTART WONT CRANK INTERMITENT.WHEN IT RESTARTS IT ENGAGES BACK INTO GEAR OK" |

Allegations indicate "no start/no engagement" or "loss of motion"

VGS5-0036545

Produced Subject to a Confidential Protective Order

**EXHIBIT 50-14**

# Engineering Drive

### ENTIRE PAGE BUSINESS CONFIDENTIAL

 DPS6

## A field return MAM was installed on a Ford fleet vehicle

➢ **Customer's Allegation**: CUSTOMER STATES "THE CHECK ENGINE LIGHT IS ON AND THE VEHICLE DIED WHILE DRIVING SEVEN TIMES TODAY"

**Drive results:**

➢ Presoaked vehicle by idling the engine for 30 minutes. Drove 36 miles on parkway inducing downshifts.

➢ Event 1 – trans went to neutral at 40 mph (eng light). Coasted to a side street. Re-engaged after sitting for one to two minutes and moving the shift lever.

➢ Event 2 – Drove 3 more miles then turned into a parking lot. Trans went to neutral while driving in the parking lot. Stopped vehicle, shifted to Park, shifter then became locked in Park. After a few minutes was able to shift out of Park and re-engage trans.

➢ Event 3 – Driving in the same parking lot trans went to neutral (eng light, traction light, parking aid light). Re-engaged after a minute or so.

➢ Event 4 – Drove on the road for 1 mile, trans went to neutral, coasted to a parking lot. Shut engine off and waited 20 minutes without trying to restart.

➢ Event 5 – Started engine, engine light was still on. Drove on highway, trans was shifting in and out of neutral with no movement of the shift lever. This would occur even at the stop lights. Continued to drive to interstate.

➢ Event 6 – Drove 5 miles, entered the interstate. After several miles at 60 mph trans went to neutral (eng light, traction light, hill start assist), coasted to the shoulder, stayed in neutral. Shifted to Park, turned engine off, immediately restarted and re-engaged.

➢ Event 7 – Drove a couple more miles and exited the interstate. On the exit ramp trans went to neutral (eng light, parking aid malfunction, traction light), stayed in neutral. Shifted to Park, turned engine off, restarted and re-engaged. Drove back to the Ford parking lot.

Page 10

**Engineering drive of a Ford fleet vehicle with a field return MAM installed found mobility was consistently regained.**

VGS5-0036452

Produced Subject to a Confidential Protective Order

**EXHIBIT 50-15**

# Customer Interviews

ENTIRE PAGE BUSINESS CONFIDENTIAL

 DPS6

Ford interviewed 18 customers with a recent MAM replacements based on alleged loss of motive power:

| AWS Customer Comments | Customer Interview |
|---|---|
| Vehicle #1 - CUSTOMER STATES "WARNING LIGHTS COME ON DASH AND LOSES POWER" | Drive 1 - Went to neutral while driving. Tried to restart, did not restart, started on second try, within 1 minute.  Drove away.<br><br>Drive 2-5 - Same thing happened 1000' down the road.  Then three more times on that trip. |
| Vehicle #2 - CUSTOMER STATES "CHECK ENGINE LIGHT STAYS ON VEH SLOWED DOWN BY ITSELF- JUST REVVED UP- LIKE POPPED NEUTRAL" | Drive 1 - Went to neutral while driving on freeway, coasted to the side of the road. Restarted after 2 min.<br><br>Drive 2 - Drove another 25 miles went to neutral again, restarted after 5 min. |

The comments recorded in warranty (AWS) claims often do not mention that the customer was able to regain mobility.

11

VGS5-0036545?

Produced Subject to a Confidential Protective Order

# Customer Interviews

ENTIRE PAGE BUSINESS CONFIDENTIAL

 DPS6

Ford interviewed 18 customers with a recent MAM replacements based on alleged loss of motive power:

| AWS Customer Comments | Customer Interview |
|---|---|
| Vehicle #3 - "INTERMITTENT NO START AT TIMES THE TRACTION LIGHT HAS COME ON CUSTOMER DROVE TO WORK AND SHUT DOWN WHILE DRIVING 74 MPH ON HIGHWAY ENGINE REMAINED RUNNING BUT TRANS WOULD NOT PULL" | Drive 1 - Drove to store 2 miles away.  Did not start.<br><br>Drive 2 - 5 hours later husband started and drove to autozone. Did not start.<br><br>Drive 3 - Left overnight started next morning and drove towards dealer, neutralized after 20 miles, tried to restart did not start.  Towed. |
| Vehicle #4 - CUST STATE "CAR TRIES TO SHIFT TO NEUTRAL WHILE DRIVING OVER 50 MPH" | Drive 1 - Wife was driving not long maybe 5 minutes , went to neutral at 50 mph, coasted to shoulder, immediately restarted and drove away.<br><br>Drive 2 - Same thing happened again after driving a few more miles.  He loaded it on his trailer and towed to dealer. |
| Vehicle #5 - CUSTOMER STATES "ENGINE STALLED DRIVING 45 MPH,RESTARTED AFTER 15 MIN,BUT SHIFTING STRANGE,TOWED IN" | Drive 1 - On highway went to neutral coasted to shoulder, turned off engine and tried to restart, nothing, no crank, waited 15 min. started and reengaged.<br><br>Drive 2 - Second time it was kicking in and out of gear while driving home for the last 1/2 mile. |

VGS5-0036454

# Customer Interviews

ENTIRE PAGE BUSINESS CONFIDENTIAL

 DPS6

Produced Subject to a Confidential Protective Order

VGS5-0036545



**Time to Regain Motive Power**
(based on customer's characterizations)

- no re-engagement for 1.5 hours, re-engaged at 2 hours, 1
- did not try to re-engage, 1
- re-engagement with shifter movement within 0-1 minutes, 1
- re-engagement with key cycle within 0-1 minutes, 2
- no immediate re-engagement, did not try to re-engage later, 4
- re-engagement with shifter movement within 2-5 minutes, 2
- no immediate re-engagement, re-engaged with key cycle within 15 min, 1
- re-engagement with key cycle within 2-5 minutes, 6

Event Number
Count of Customer #

The majority of customers said they were able to regain mobility either immediately or within 5 minutes by moving the shift lever or cycling the key.

13

Produced Subject to a Confidential Protective Order

VGS5-00365456

**EXHIBIT 50-18**

# Field Hardware Analysis – Vehicle Testing

ENTIRE PAGE BUSINESS CONFIDENTIAL  DPS6

Field return MAMS were selected for vehicle testing as suspected ATIC 91 concerns based on customer allegations and DTC codes.



Analysis of field return MAMS found that mobility was typically regained, consistent with customer interviews and engineering root cause analysis.

Page 14

Produced Subject to a Confidential Protective Order

VGS5-0036545

# Field Hardware Analysis – Vehicle Testing (cont)

ENTIRE PAGE BUSINESS CONFIDENTIAL

 DPS6

## Find a Vehicle (FAV) drive evaluations of customer vehicles exhibiting ATIC 91 symptoms



Analysis of customer vehicles found that mobility was typically regained, consistent with customer interviews and engineering root cause analysis.

Page 15



Produced Subject to a Confidential Protective Order



Warranty Claims

ENTIRE PAGE BUSINESS
CONFIDENTIAL

DPS6



Investigation of specific loss of mobility (ATIC 91) concerns was launched in May 2014.

Produced Subject to a Confidential Protective Order

EXHIBIT 50-22

Produced Subject to a Confidential Protective Order

VGS5-00365460

# Warranty Claims – Repair Projection

ENTIRE PAGE BUSINESS CONFIDENTIAL

**Ford** DPS6

| | | | Repair Probability for Warranty Period - 5yr/60K miles | Repair Probability for 10yr/150K miles |
|---|---|---|---|---|
| **Build Dates** | **Model** | **Current Warranty R/1000** | | |
| July, 2010 through present | Weibull | 0.29% | 1.84% | 27.87% |

Table title: **Suspected ATIC 91 concern, key word search - "Loss of Motion" Analysis**

Projection supports conclusion that reports will increase with vehicle time in service.

**EXHIBIT 50-23**



DPS6

# VOQ Analysis

ENTIRE PAGE BUSINESS
CONFIDENTIAL

| ALLEGATION | VOQ COUNT |
|---|---|
| re-engaged without driver intervention | 6 |
| re-engaged after moving the shift lever | 5 |
| re-engaged with ignition cycle | 32 |
| re-engaged after trying for 10+ min. | 4 |
| customer did not state if they tried to re-engage | 46 |
| no immediate re-engagement | 18 |
| | 111 |

Consistent with Ford reports, customer comments in VOQs are sometimes unclear or incomplete regarding ability to regain mobility.

19

# VOQ Analysis

ENTIRE PAGE BUSINESS CONFIDENTIAL

 DPS6

| VOQ - CUSTOMER ALLEGATION | |
|---|---|
| EXAMPLE 1 | THE VEHICLE `POPPED` OUT OF GEAR AND BECAME UNRESPONSIVE TO THROTTLE.  IT TOOK THE VEHICLE ABOUT 20 SECONDS TO RECOVER.  THIS IS THE 4TH OCCURRENCE IN 6 WEEKS. |
| EXAMPLE 2 | TRANSMISSION STARTED SLIPPING THEN **COMPLETE LOSS OF FORWARD MOTION** WHILE IN TRAFFIC LANES.  DEALER SAYS THAT THIS IS COMMON AND THERE IS A TWO WEEK WAITING LIST FOR REPAIR |

Allegations often do not include or describe prior symptoms that had occurred.

Produced Subject to a Confidential Protective Order

VGS5-0635462

EXHIBIT 50-25

# Ford's Investigation Results ENTIRE PAGE BUSINESS CONFIDENTIAL

DPS6

Findings:

➢ Reports of mobility loss are related to progressive solder crack issue with ATIC 91 chip.

➢ Customer interviews and vehicle drives have found that mobility is typically regained at onset of symptoms.

➢ Permanent loss of mobility can occur if vehicle exhibiting symptoms is not repaired.

➢ Projections indicate increasing trend of reports as vehicle TIS increases.

➢ Repair parts availability issues have contributed to customer dissatisfaction.

➢ Engineering developing calibration that recognizes initiation of ATIC 91 issue and could mitigate loss of mobility characteristics.

Produced Subject to a Confidential Protective Order

VGS5-0365463

Produced Subject to a Confidential Protective Order

Ford Investigation       ENTIRE PAGE BUSINESS CONFIDENTIAL

 DPS6

# Next Steps

➢ Calibration

- Identifies early ATIC 91 symptoms

- Mitigates ATIC 91 loss of mobility characteristics

- Provides overt indication that service is required

VGS5-0065464