# EXHIBIT 51

2011 - Present Fiesta and 2012 - Present Focus Automatic Transmission Allegations

Matter Detail Review(with Morsl

Redacted for Personal Identifying Information

| Redacted for Personal Identifying Information | Dispute Number | Incident Date | Action Type | Final Disposition | Transmission Desc | Allegation | Serve/ Notice Date | VIN | Vehicle Model | Model Year | Notes |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Redacted for Personal Identifying Information | D041220 | 2011/07/23 | Claim | Settlement | 6 SPD AUTO TRANS GFT DPS6 | Trans - Miscellaneous/Undefined | 2011/07/26 | 3FADP4BJ1BM147444 | Fiesta | 2011 | Transmission fire after towing. Property damage only. |
| Redacted for Personal Identifying Information | D041757 | 2011/07/19 | Claim | Closed | 6 SPD AUTO TRANS GFT DPS6 | Trans - Miscellaneous/Undefined | 2011/08/11 | 3FADP4FJ7BM170012 | Fiesta | 2011 | Transmission fire after towing. Property damage only. |
| Redacted for Personal Identifying Information | D045625 | 2011/10/15 | Claim | Closed | 6 SPD AUTO TRANS DCPS | Trans - Miscellaneous/Undefined | 2011/11/23 | 1FAHP3N21CL236885 | Focus | 2012 | Transmission upshifts. Vehicle rolled back and hit another vehicle. Property damage only. |
| Redacted for Personal Identifying Information | D048816 | 2012/02/20 | Claim | Closed | 6 SPD AUTO TRANS DCPS | Trans - Miscellaneous/Undefined | 2012/03/01 | 1FAHP3F29CL187773 | Focus | 2012 | Transmission shift issues. Property damage only. |
| Redacted for Personal Identifying Information | D051682 | 2012/04/14 | Claim | Settlement | 6 SPD AUTO TRANS DCPS | Trans - Miscellaneous/Undefined | 2012/05/22 | 1FAHP3F28CL218981 | Focus | 2012 | Vehicle rolled. Property damage only. |
| Redacted for Personal Identifying Information | D051751 | 2012/05/17 | Claim | Closed | 6 SPD AUTO TRANS DCPS | Trans - Miscellaneous/Undefined | 2012/05/23 | 1FAHP3E24CL286969 | Focus | 2012 | PCM reprogram issue. Property and emotional stress issues. |
| Redacted for Personal Identifying Information | D051755 | | Claim | Closed | 6 SPD AUTO TRANS DCPS | Trans - Miscellaneous/Undefined | 2012/05/23 | 1FAHP3H21CL283040 | Focus | 2012 | Vehicle jumped forward and hit a building. Vehicle also rolled back. Property damage only. |
| Redacted for Personal Identifying Information | D051809 | 2012/05/22 | Claim | Closed | 6 SPD AUTO TRANS DCPS | Trans - Miscellaneous/Undefined | 2012/05/24 | 1FAHP3K21CL282320 | Focus | 2012 | Vehicle rolled back and hit a building. Jerky transmission. Property damage only. |
| Redacted for Personal Identifying Information | D051841 | 2012/01/28 | Claim | Settlement | 6 SPD AUTO TRANS DCPS | Trans - Miscellaneous/Undefined | 2012/05/25 | 1FAHP3K28CL127540 | Focus | 2012 | Vehicle rolled back. Property damage only. |
| Redacted for Personal Identifying Information | D051953 | 2011/08/26 | Claim | Settlement | 6 SPD AUTO TRANS DCPS | Trans - Miscellaneous/Undefined | 2012/05/29 | 1FAHP3H24CL118681 | Focus | 2012 | Transmission slips and delays and takes off. Property damage only. |
| Redacted for Personal Identifying Information | D052097 | 2012/05/21 | Claim | Closed | 6 SPD AUTO TRANS DCPS | Trans - Miscellaneous/Undefined | 2012/06/01 | 1FAHP3K26CL335822 | Focus | 2012 | Vehicle won't go into gear. Property damage only. |
| Redacted for Personal Identifying Information | D052263 | 2012/05/31 | Claim | Settlement | 6 SPD AUTO TRANS DCPS | Trans - Miscellaneous/Undefined | 2012/06/06 | 1FAHP3F2XCL150943 | Focus | 2012 | Vehicle rolled back. Property damage only. |
| Redacted for Personal Identifying Information | D052295 | 2012/04/08 | Claim | Closed | 6 SPD AUTO TRANS DCPS | Trans - Miscellaneous/Undefined | 2012/06/08 | 1FAHP3F25CL288731 | Focus | 2012 | PCM, TCM, and ABS modules issues. Power surge issues. Property damage only. |
| Redacted for Personal Identifying Information | D052480 | 2012/05/17 | Claim | Settlement | | | | | | | |

| | | | | |
|---|---|---|---|---|
| | 6 SPD AUTO TRANS DCPS | Trans - Miscellaneous/Undefined | 2012/06/13 | |
| | 1FAHP3N23CL272593 | Focus | 2012 | Vehicle rolled back. Transmission jerky. Property damage only. |
| Redacted for Personal Identifying Information | D052482 | 2012/03/17 | Claim | Settlement |
| | 6 SPD AUTO TRANS DCPS | Trans - Miscellaneous/Undefined | 2012/06/13 | |
| | 1FAHP3K23CL247049 | Focus | 2012 | Vehicle rolled back. Property damage only. |
| Redacted for Personal Identifying Information | D052757 | | Claim | Closed |
| | 6 SPD AUTO TRANS DCPS | Trans - Miscellaneous/Undefined | 2012/06/19 | |
| | 1FAHP3F24CL246728 | Focus | 2012 | Transmission jerks forward. Property damage only. |
| Redacted for Personal Identifying Information | D052862 | | Claim | Settlement |
| | 6 SPD AUTO TRANS DCPS | Trans - Miscellaneous/Undefined | 2012/06/21 | |
| | 1FAHP3K23CL188388 | Focus | 2012 | Transmission jerks forward. Property damage only. |
| Redacted for Personal Identifying Information | D052864 | 2012/04/26 | Claim | Settlement |
| | 6 SPD AUTO TRANS DCPS | Trans - Miscellaneous/Undefined | 2012/06/21 | |
| | 1FAHP3M29CL144859 | Focus | 2012 | Vehicle rolled back. Transmission delays and slips. Property damage only. |
| Redacted for Personal Identifying Information | D052865 | | Claim | Settlement |
| | 6 SPD AUTO TRANS DCPS | Trans - Miscellaneous/Undefined | 2012/06/21 | |
| | 1FAHP3E23CL220462 | Focus | 2012 | Vehicle jerks and lurches backwards. Property damage only. |
| Redacted for Personal Identifying Information | D053258 | 2012/02/22 | Claim | Settlement |
| | 6 SPD AUTO TRANS DCPS | Trans - Miscellaneous/Undefined | 2012/07/10 | |
| | 1FAHP3M27CL269990 | Focus | 2012 | Vehicle lurched backwards. Property damage only. |
| Redacted for Personal Identifying Information | D053299 | 2012/06/30 | Claim | Closed |
| | 6 SPD AUTO TRANS DCPS | Trans - Miscellaneous/Undefined | 2012/07/06 | |
| | 1FAHP3H28CL173487 | Focus | 2012 | Transmission jumped gears. Property damage only. |
| Redacted for Personal Identifying Information | D053401 | | Claim | Closed |
| | 6 SPD AUTO TRANS DCPS | Trans - Miscellaneous/Undefined | 2012/07/10 | |
| | 1FAHP3K24CL276074 | Focus | 2012 | Vehicle rolls back. Property damage only. |
| Redacted for Personal Identifying Information | D059602 | 2012/07/25 | Claim | Closed |
| | 6 SPD AUTO TRANS DCPS | Trans - Miscellaneous/Undefined | 2012/08/01 | |
| | 1FAHP3K28CL266972 | Focus | 2012 | Vehicle rolled back. Property damage only. |
| Redacted for Personal Identifying Information | D059869 | 2012/08/02 | Claim | Closed |
| | 6 SPD AUTO TRANS DCPS | Trans - Miscellaneous/Undefined | 2012/08/06 | |
| | 1FAHP3F29CL209447 | Focus | 2012 | Vehicle jumped forward. Property damage only. |
| Redacted for Personal Identifying Information | D060799 | 2012/08/31 | Claim | Closed |
| | 6 SPD AUTO TRANS DCPS | Trans - Miscellaneous/Undefined | 2012/09/04 | |
| | 1FAHP3F27CL444638 | Focus | 2012 | Vehicle lunged forward. Property damage only. |
| Redacted for Personal Identifying Information | D061372 | 2012/09/07 | Claim | Closed |
| | 6 SPD AUTO TRANS DCPS | Trans - Miscellaneous/Undefined | 2012/09/11 | |
| | 1FAHP3E27CL400222 | Focus | 2012 | Vehicle rolled back into a pole. Injuries to neck, shoulders and back. |
| Redacted for Personal Identifying Information | D061524 | 2012/06/04 | Claim | Closed |
| | 6 SPD AUTO TRANS DCPS | Trans - Miscellaneous/Undefined | 2012/09/20 | |
| | 1FAHP3F27CL259800 | Focus | 2012 | Vehicle rolled back and hit another vehicle. Property damage only. |
| Redacted for Personal Identifying Information | D063583 | | Claim | Closed |
| | 6 SPD AUTO TRANS DCPS | Trans - Miscellaneous/Undefined | 2012/10/30 | |
| | 1FAHP3F23CL452901 | Focus | 2012 | Transmission shifts hard. Neck injury. |
| Redacted for Personal Identifying Information | D063831 | 2012/10/19 | Claim | Closed |
| | 6 SPD AUTO TRANS DCPS | Trans - Miscellaneous/Undefined | 2012/11/01 | |
| | 1FAHP3K29CL124811 | Focus | 2012 | Subrogation. Transmission stutters. Rolls backwards on a hill. Transmission also bucks, jerks and surges. Greg West DAE. |
| Redacted for Personal Identifying Information | D064060 | 2012/11/09 | Claim | Closed |
| | 6 SPD AUTO TRANS DCPS | Trans - Miscellaneous/Undefined | 2012/11/12 | |
| | 1FAHP3K2XCL346256 | Focus | 2012 | Vehicle rolled back - 2 incidents. No damage. |
| Redacted for Personal Identifying Information | D065001 | 2012/11/04 | Claim | Closed |

       6 SPD AUTO TRANS GFT DPS6     Trans - Miscellaneous/Undefined     2012/12/07
       3FADP4EJ1BM229010  Fiesta   2011   Vehicle rolls back on hills.  Shifting erratic.  Property damage only.
Redacted for Personal Identifying Information   D065262    2012/11/12    Claim   Closed
       6 SPD AUTO TRANS GFT DPS6     Trans - Miscellaneous/Undefined     2012/12/13
       3FADP4FJXBM109091      Fiesta   2011   Transmission delays.  It won't engage and caused an accident.  Property damage and whiplash injuries.
Redacted for Personal Identifying Information   D065936       Claim   Closed   6 SPD AUTO TRANS GFT DPS6    Trans - Lever/Detent   2013/01/03   3FADP4EJ1CM160403
       Fiesta   2012   Vehicle ran over foot when she was cleaning off snow.  No property damage.  Injured foot.
Redacted for Personal Identifying Information   D078434    2013/03/25    Claim   Closed
       6 SPD AUTO TRANS DCPS     Trans - Miscellaneous/Undefined     2013/03/26
       1FADP3K20DL198876  Focus   2013   Vehicle bucked and hit a wall.  Property damage only.
Redacted for Personal Identifying Information   D079079    2013/04/08    Claim   Closed
       6 SPD AUTO TRANS DCPS     Trans - Miscellaneous/Undefined     2013/04/12
       1FAHP3H26CL342261  Focus   2012   Unintended acceleration, and then went backwards and hit a garage door.  Property damage only.
Redacted for Personal Identifying Information   D079101       Claim   Closed   6 SPD AUTO TRANS DCPS    Trans - Miscellaneous/Undefined     2013/04/15   1FAHP3K21CL422995
       Focus   2012   Accelerates, jerks and lurches backwards.  She hits people and scrapes vehicles.  Property damage only.
Redacted for Personal Identifying Information   D081613    2013/06/15    Claim   Closed
       6 SPD AUTO TRANS GFT DPS6     Trans - Miscellaneous/Undefined     2013/06/21
       3FADP4BJ1DM194993      Fiesta   2013   Vehicle jerked and hit a pillar.  Property damage only.
Redacted for Personal Identifying Information   ==D082421==    2013/05/25    Claim   Closed
       6 SPD AUTO TRANS GFT DPS6     Trans - Miscellaneous/Undefined     2013/07/10
       3FADP4BJ4BM148121  Fiesta   2011   Transmission stalled and caused an accident.   Her son was going around a corner at 60 mph when it happened.  The son died on impact.  We requested additional information, but received no response.
Redacted for Personal Identifying Information   D082640    2013/07/06    Claim   Closed
       6 SPD AUTO TRANS DCPS     Trans - Miscellaneous/Undefined     2013/07/15
       1FAHP3F28CL476143  Focus   2012   Vehicle rolled while in Park and hit a garage door.  Property damage only.
Redacted for Personal Identifying Information   D083946    2013/08/04    Claim   Closed
       6 SPD AUTO TRANS DCPS     Trans - Miscellaneous/Undefined     2013/08/08
       1FADP3F29DL118887  Focus   2013   Vehicle lurched while idling in Park.  No property damage.  Suffered injured finger while getting out of the vehicle and hit the door.
Redacted for Personal Identifying Information   D084369    2013/08/15    Claim   Settlement
       6 SPD AUTO TRANS DCPS     Trans - Miscellaneous/Undefined     2013/08/23
       1FAHP3M24CL211044  Focus   2012   Vehicle hesitates when accelerating.  Property damage only.
Redacted for Personal Identifying Information   D085146    2013/09/12    Claim   Open   6 SPD AUTO TRANS DCPS    Trans - Miscellaneous/Undefined     2013/09/18   1FAHP3F23CL419414
       Focus   2012   Transmission downshifting caused accident.  Property damage only.
Redacted for Personal Identifying Information   D085952    2012/08/23    Claim   Open   6 SPD AUTO TRANS DCPS    Trans - Miscellaneous/Undefined     2013/10/10   1FAHP3K25CL444286
       Focus   2012   Vehicle rolled while in Park and damaged a bumper.  Property damage only.
Redacted for Personal Identifying Information   D086019    2013/10/05    Claim   Open   6 SPD AUTO TRANS GFT DPS6    Trans - Miscellaneous/Undefined     2013/10/14
       3FADP4BJ3BM175391  Fiesta   2011   Vehicle went from Drive into Reverse and hit a deck.  Property damage only.
Redacted for Personal Identifying Information   D087233    2013/10/17    Claim   Open   6 SPD AUTO TRANS GFT DPS6    Trans - Lever/Detent   2013/11/19   3FADP4BJ4DM165648
       Fiesta   2013   Property damage only.  No additional information at this time.

Redacted for Personal Identifying Information

Redacted for Personal Identifying Information

Last opened by:	Administrator

VGS5-00365697

Produced Subject to a Confidential Protective Order