**EXHIBIT 53**

| | |
|---|---|
| **From:** | Britton, Eric (E.J.) <ebritton@ford.com> |
| **Sent:** | Tuesday, November 25, 2014 11:04 AM |
| **To:** | Ott, David (D.J.) <dott@ford.com> |
| **Subject:** | RE: DPS6 transmission review |

They are on vacation. What time do you have available Monday morning?

Eric Britton
Government Investigations
Tel. 313-323-2966
Fax: 313-594-2268




-----Original Message-----
From: Ott, David (D.J.)
Sent: Tuesday, November 25, 2014 10:20 AM
To: Britton, Eric (E.J.)
Subject: FW: DPS6 transmission review

Eric, see below. Can you please contact Chris and Shawn to see if they can support?

If they are on vacation, let's find a time early next week that we can recommend to NHTSA.

Dave

-----Original Message-----
From: Jeff.Quandt@dot.gov [mailto:Jeff.Quandt@dot.gov]
Sent: Tuesday, November 25, 2014 9:45 AM
To: Ott, David (D.J.)
Cc: Fronckowiak, Todd (T.M.)
Subject: DPS6 transmission review

Dave,

Let me know if Ford can support WebEx review next Wed afternoon (after 2pm) with ODI VCD (myself and Kareem Habib) & DAD (Greg Magno & Will Godfrey). We would like to cover technical review of MAM issue, but are more interested in review of field data and characteristics of complaints for solder cracking condition (speeds/driving conditions, failure rates/trends, progressive symptoms & restartability), but also some discussion of other problems addressed by field actions in the subject vehicles (shift quality service campaign and seal leak). For each issue, please provide synopsis of root cause, scope, rates and review of complaint/claim characteristics (basically how each issue is distinguishable from the others when reviewing consumer complaints). Please call if you need further clarification on agenda/topics.

Thanks,
Jeff Quandt
Chief, Vehicle Control Division
National Highway Traffic Safety Administration Office of Defects Investigation
NVS-213  Room W48-312

Produced Subject to a Confidential Protective Order

VGS5-00366836

1200 New Jersey Avenue, SE.
Washington D.C. 20590-0001
202.366.5207     desk
202.366.1767     fax

-----------------------------------------------------------
IMPORTANT WARNING: This email (and any attachments) is only intended for the use of the person or entity to which it is addressed, and may contain information that is privileged and confidential. You, the recipient, are obligated to maintain it in a safe, secure and confidential manner. Unauthorized redisclosure or failure to maintain confidentiality may subject you to federal and state penalties. If you are not the recipient, please immediately notify us by return email, and delete this message from your computer.

----------------------------------------

Produced Subject to a Confidential Protective Order                                                                                          VGS5-00366837