**EXHIBIT 55**

 **Ford Sev Classification** 

### Severity Ranking – Dave Garrett – Campaign Prevention Specialist

| Severity | | Occurrence in the Field | | | | |
|---|---|---|---|---|---|---|
| General definition | Ranking | Very Low | Low | Med | High | |
| No effect | 1 | No calls | No calls | No calls | No calls | |
| Fit/finish squeak noticed by discriminating customer | 2 | No calls | No calls | No calls | No calls | |
| Fit/finish/squeak noticed by average customer | 3 | No calls | No calls | No calls | No calls | |
| Fit/finish/squeak noticed by most customers | 4 | No calls | No calls | No calls | No calls | |
| Comfort or convenience item performance is reduced. | 5 | 3 | 3 | 2 | 1 | }  |
| Inoperable comfort or convenience items | 6 | 3 | 2 | 1 | 1 | "B/M/G/T" recalls |
| Vehicle primary function has reduced level perf. | 7 | 2 | 2 | 1 | 1 | |
| Loss of primary function | 8 | 1 | 1 | 1 | 1 | |
| Hazardous with warning & Government Req.(YC) | 9 | 1 | 1 | 1 | 1 | Emissions Safety |
| Hazardous without warning & Government Req. (YC) | 10 | 1 | 1 | 1 | 1 | |

Prepared on behalf of the Core/Getrag/Ford/LuK Team: J.Kirchhoffer

Jkirchho@ford.com;Ext::221-903-2192

*Confidential – Preliminary Draft*

15.06.2007

1

 **Ford Sev Classification** 

### 1. Definitions for Severity 10

I suggest starting with the Fresh Eye rating table from the Campaign Prevention process guide. Severities are shown in this table, with some brief explanations.

<u>Severity 10 items are items that could cause a:</u>

➢ "Hazardous (condition) without warning" or

➢ Designated by a "Government Requirement (regulation)".

In practice, I urge engineers to increase the FMEA severity to 10, for <u>any failure mode that has caused a previous Safety or Emission related recall</u>.

[ If you are interested in a description of the 1,2,3 ratings used in the table, they stand for the following:

> *Issue classification:*
>
> -**Class 1** - *Condition that in the judgment of the CPS could potentially result in a Field Service Action (safety, emissions, regulatory, and customer satisfaction).*
>
> -**Class 2** - *Condition that in the judgment of the CPS will potentially result in warranty costs / repairs or cause high customer irritation.*
>
> -**Class 3** - *Condition that in the judgment of the CPS would be more of a customer dislike or high mileage wear-out item (non-Safety). ]*

EXHIBIT 55-3

 **Ford Sev Classification** 

### 2. Definition of "Unexpected Vehicle Movement"

My definition of "Unexpected Vehicle Movement" includes the following systems / components:

- Shifter system (column / floor shifter, shift cable, shifter interlock cable, PRNDL graphic on column shifters, override for Brake-Shift Interlock system, key-removal solenoid, transmission brackets, fasteners)
- Park System (outer manual lever, rooter-comb, detent spring/roller, park rod, park gear, park abutment, park shaft, fasteners, critical case features / dimensions.
- Transmission Range Sensor (TRS)
- Main Control
- Powertrain or Transmission Control module
- Transmission internal wiring

Where there is:

- Inappropriate movement in Park or Neutral
- Selected shifter detent does not match transmission detent
- Vehicle starts in some gear other than Park or Neutral
- "Back-up" lights do not operate when Shifter/Transmission is in Reverse.

Prepared on behalf of the Core/Getrag/Ford/LuK Team: J.Kirchhoffer
Jkirchho@ford.com;Ext::221-903-2192

Confidential – Preliminary Draft
15.06.2007

3

Produced Subject to a Confidential Protective Order

VGS7-0058852