# **EXHIBIT 56**

CONFIDENTIAL

**Project Name**: Overt Detection and Early Warning of DPS6 Mechatronic Actuation Module (MAM) Issue.

**Objective**: Obtain approval for $1.5M project to test and confirm Overt Detection Strategy.

**Background**: Ford vehicles equipped with DPS6 transmission may experience a loss of motive power due to an issue with the DPS6 MAM. Approximately 2.1M global vehicles have been produced with potential for this concern. A Permanent Corrective Action (PCA) has been identified and will be in production by March 2015. Purchasing is working with the MAM supplier to increase production capacity for additional service parts supply.

**Proposal**: Develop and test a software strategy that provides early warning to the customer (Overt Detection) prior to a MAM concern that may result in the loss of motive power.

**Benefits**:
- **Faster Implementation** – Overt Detection is a software upload to the MAM (reflash) that can be performed at dealers and will be available before the hardware is.
- **Avoid Customer Dissatisfaction** – Overt Detection will warn customers of a pending MAM issue, prior to loss of motive power. This allows the customer to schedule MAM replacement at the dealer, prior to MAM concern that has the potential to leave them stranded.
- **Satisfy NHTSA** – Overt Detection is a pro-active action to protect our customers, which will more easily satisfy NHTSA's requirements.
- **Cost reduction** – Overt Detection will distribute the demand and cost of MAM replacements over a much longer period of time.

**Schedule**:

| | |
|---|---|
| Proposal Approval | Nov 7, 2014 |
| Acquire Vehicles | Dec 5, 2014 |
| In-Vehicle Testing | July 10, 2015 |
| Release Software for Service | August 7, 2015 |

**Proposal Details**: Purchase and instrument (6) Focus and (6) Fiesta vehicles equipped with DPS6 and Overt Detection. Accumulate 100k miles per vehicle and monitor vehicles for early warning of MAM issue and actual occurrence of MAM concern.

**Approvals**:

| | | Signature | Date |
|---|---|---|---|
| Bob Fascetti, VP Powertrain Eng | ◯ Approved ◯ Rejected | _____ | _____ |
| Bennie Fowler, Group Vice President | ◯ Approved ◯ Rejected | _____ | _____ |
| Mark Fields, President and CEO | ◯ Approved ◯ Rejected | _____ | _____ |

Return to Chris Kwasniewicz, DPS6 Transmission Manager, ckwasnie@ford.com.