**EXHIBIT 57**

| | |
|---|---|
| **From:** | Kaddouh, Ibrahim <Ibrahim.Kaddouh@getrag.de> |
| **Sent:** | Friday, January 29, 2010 2:23 PM |
| **To:** | Dieter.Krause@continental-corporation.com; Haran, Ed (E.W.) <eharan@ford.com>; Enrique.04Garcia@continental-corporation.com; frank.giskes@continental-corporation.com; Frank.Scheuring@continental-corporation.com; Goodall, Greg (G.A.) <ggoodall@ford.com>; Soehner, Heiko <Heiko.Soehner@getrag.de>; jens.royla@continental-corporation.com; Kirchhoffer, Johann (J.) <jkirchho@ford.com>; Saini, Kailash <Kailash.Saini@getrag.de>; Ludwig, Michael <Michael.Ludwig@getrag.de>; Aversa, Piero (P.) <paversa@ford.com>; Werner.Schambeck@continental-corporation.com; werner.spoerl@continental-corporation.com |
| **Cc:** | stephan.nohe@continental-corporation.com; matthias.wieczorek@continental-corporation.com; thomas.brandt@continental-corporation.com; Gerd.Auerswald@continental-corporation.com; peter.bertelshofer@continental-corporation.com; Martin.Bomber@continental-corporation.com; Lemieux, Joseph <Joseph.Lemieux@getrag.de>; DeVincent, Ernie <Ernie.DeVincent@getrag.de>; Herkert, Wolfram <Wolfram.Herkert@getrag.de>; Ochani, Kishore <Kishore.Ochani@getrag.de>; Coon, David <David.Coon@getrag.de>; Pugliese, Raymond <Raymond.Pugliese@getrag.de>; Hofmann, Michael <Michael.Hofmann@getrag.de>; Haran, Ed (E.W.) <eharan@ford.com>; Aversa, Piero (P.) <paversa@ford.com>; Gutmann, Kevin <Kevin.Gutmann@getrag.de>; Bollas, Stephen (S.M.) <sbollas@ford.com> |
| **Subject:** | GETRAG Summary for Janury 29,2010 Conti meeting : handout for todays 6DCT250 meeting |

Dear All,

Thank you for the meeting on January 29,2010. Below are captured points requesting prompt follow up .

- LC Module failure during vibration testing.

  - Press fit operation improved since January 12 in addition to Conti's expert at GDL . ( GETRAG still needs MSA/CPK data ). Operators visually 100% looking at pins for "NO BEND"
  - AVX process reviewed to ensure no bends happening from sub supplier also 8 d in progress ( Still PSW open ? )
  - Fatigue on pins witnessed . More analysis being done
  - Several options investigate: (2) LC module pin stacking , (3) fixation on cover with harder glue , (4) glue on press fit , (5) Combo 2,3
    - Request to send 5 parts from improved press fit process ( with one possible failure sample assembled on January 22,09 ) for Vibration to validate current press fit operation
    - Focus on all options (definitely 2,3,5 on priority ) - 5 parts each to be put on shaker
    - Need plan by Feb 01 on which parts can run in vibration utilizing all possible resources
  - Conti Experts and management are at GDL to review process
  - By Feb 01 , parts from all options should be produced and most of them already put on vibration testers

- Solder joints  (Rapid Change Of Temp (RCOT) testing) - ATIC 106

  - Open circuit with mechanical stress on the affected pin seen potentially due to stress from sides screws on PCB boards ( Solder process at GDL is qualified to spec  and being evaluated by experts)

Produced Subject to a Confidential Protective Order

VGS7-0076353

- TI confirmed part functionality ( Chips happened at Conti while sending ATIC 106 )
- TI not very well responding to sending reports on ATIC 91 ( Conti to escalate if report not sent by Feb 05 )
- Stress analysis in Regensburg on 2 parts not completed. Plan to get results by Tuesday Feb 02
- Strain gauge analysis in Guadalajara conducted on 3 samples . Measurements indicate the strain is within specifications. Request to see if test can be done at Higher temp ( ex: 60 C )
- PCB Board sub supplier fully PPAPED
- Process reviews with experts from Regensburg at GDL on going ( Operators has been asked to focus on ATIC chips during visual inspection )


- 85/85 testing - ATIC 106 (failure not reproduced - suspect solder )

  - Parts are being prepared for in depth solder joint investigation ( Cross sections on going  )
  - Test results needed by Feb 3 latest

- Next steps

  - Process review next week with Conti experts at GDL
  - Produced LC module samples and send to vibration asap
  - Identify all options to run vibration tests
  - Quarantine current 1700 pcs produced parts in warehouse and identify as PV suspects
  - Continue Daily follow ups with Conti / GETRAG
  - Follow-up meeting with Ford /GETRAG / Conti  FEB 05 ( All above actions must be identified and closed)


*Sincerely,*

**Ibrahim Kaddouh**
***SQE Manager ( GTC ) / EE***
***Getrag Global Purchasing***
**Mobile: 1.586.873.0933**
E-mail : **_ibrahim.kaddouh@getrag.de_**

---

**From:** Dieter.Krause@continental-corporation.com [mailto:Dieter.Krause@continental-corporation.com]
**Sent:** Friday, January 29, 2010 11:32 AM
**To:** eharan@ford.com; Enrique.04Garcia@continental-corporation.com; frank.giskes@continental-corporation.com; Frank.Scheuring@continental-corporation.com; ggoodall@ford.com; Soehner, Heiko; Kaddouh, Ibrahim; jens.royla@continental-corporation.com; jkirchho@ford.com; Saini, Kailash; Ludwig, Michael; paversa@ford.com; Werner.Schambeck@continental-corporation.com; werner.spoerl@continental-corporation.com
**Cc:** stephan.nohe@continental-corporation.com; matthias.wieczorek@continental-corporation.com; thomas.brandt@continental-corporation.com; Gerd.Auerswald@continental-corporation.com; peter.bertelshofer@continental-corporation.com; Martin.Bomber@continental-corporation.com
**Subject:** handout for todays 6DCT250 meeting


Dear all,

Produced Subject to a Confidential Protective Order                                                                                                                                                  VGS7-0076354

please find attached the slides presented in our todays meeting.

Mit den besten Gruessen / Best regards,

Dieter Krause
Project Manager
P TR EU PM

Continental Automotive GmbH
Siemensstrasse 12, 93055 Regensburg, Germany
Ein Unternehmen des Continental-Konzerns/A Company of the Continental Corporation

Telefon/Phone: +49 941 790-4966
Mobile: +49 170 7837463
Telefax: +49 941 790 99-4966
e-mail: Dieter.Krause@continental-corporation.com

Produced Subject to a Confidential Protective Order                                                                                     VGS7-0076355