# **EXHIBIT 59**

| | |
|---|---|
| **From:** | Hamm, Tom (T.R.) <thamm@ford.com> |
| **Sent:** | Tuesday, October 30, 2012 1:42 PM |
| **To:** | Sookchaiya, Somphong (Toh.) <ssookch1@ford.com>; Wright, Martin (M.) <mwrig155@ford.com>; McClain, Shawn (S.M.) <smcclai1@ford.com> |
| **Cc:** | Sterling, Timothy (T.J.) <tsterlin@ford.com> |
| **Subject:** | RE: Need help for DPS6 transmission relearn |

There is no fix at this time for Shudder issues, we have a task force working on the issue but they haven't identified any fixes at this time. Right now all of the parts that have been looked at and tested haven't led us to the root cause as to why we're seen a higher number of shudder issues for the months of May, June, and July. Next week Luk's bringing in new recommendations to resolve the issue. I'll keep you posted on what these recommendations are once they are presented to Getrag and Ford.


Thanks,

Tom Hamm
Outsourced Transmission Systems
DPS6 Program C346A & C346N
Cell Ph# (313)-805-9135

---

**From:** Sookchaiya, Somphong (Toh.)
**Sent:** Monday, October 29, 2012 8:24 PM
**To:** Wright, Martin (M.); Hamm, Tom (T.R.); McClain, Shawn (S.M.)
**Cc:** Sterling, Timothy (T.J.)
**Subject:** RE: Need help for DPS6 transmission relearn

Tom,

Do you have any idea for ICA and PCA for this issue? or Do you have BSAQ related to transmission relearn? FTM needs to link this issue to BSAQ.

Best Regards
Somphong S.

---

**From:** Wright, Martin (M.)
**Sent:** Tuesday, October 30, 2012 4:52 AM
**To:** Hamm, Tom (T.R.); McClain, Shawn (S.M.)
**Cc:** Sterling, Timothy (T.J.); Sookchaiya, Somphong (Toh.)
**Subject:** RE: Need help for DPS6 transmission relearn

Tom, can dealers in FNA claim for an adaptive relearns with vehicles shifting badly at low kms? How is a relearn helping the customer at 1161 kms?
Also note the other 3 claims under 200kms, how would a relearn help these customers?

Produced by Ford Subject to Protective Order in Brenes v. Ford                                                                                                       VGS7-0100851

Clearly the dealer is not fixing the issue and doing the right thing for the customer?
Shawn, I tried to use the master sheet to look up other claims for the same issues, what claim codes do dealers use, these claims are binned as re flash.
Regards

**Martin Wright**
*APA VFG Leader - Auto trans*
**Ford Motor Company of Australia**
Email: mwrig155@ford.com
Ph:    +61 3 5279 5120

*Feel the difference*

---

**From:** Hamm, Tom (T.R.)
**Sent:** Tuesday, 30 October 2012 2:09 AM
**To:** Sookchaiya, Somphong (Toh.)
**Cc:** Sterling, Timothy (T.J.); Wright, Martin (M.)
**Subject:** RE: Need help for DPS6 transmission relearn

Somphong,
          Yes, we see this in the North America market, I don't understand what you're asking me?

*Thanks,*

*Tom Hamm*
*Engineering Purchased Transmissions Department*
*DPS6 System Engineer*
*Ph # (313)-805-9135*
*Thamm@ford.com*

---

**From:** Sookchaiya, Somphong (Toh.)
**Sent:** Monday, October 29, 2012 12:25 AM
**To:** Hamm, Tom (T.R.)
**Cc:** Sterling, Timothy (T.J.); Wright, Martin (M.)
**Subject:** Need help for DPS6 transmission relearn

Hi Tom,

Currently we got ECB 4 claims about DPS6 harsh shift & Jerk but after dealership relearned the trans then problem gone.
These issues dealership claimed for labor cost about relearning trans without replace or repair part.
Now we don't know the root cause yet, data in my hand as below
1.Trans learning data (shift drum, touch point) from Getrag plant were OK
2. FTM doesn't perform trans relearn in Plant
3. We can check this symptom only at high speed test track. Unfortunately we cannot perform 100% check at this station.
Trans relearn method as attachment

Could you please advise.

Thank you & Best Regards,

Produced by Ford Subject to Protective Order in Brenes v. Ford                                                                                    VGS7-0100852

Somphong Sookchaiya [Toh]
---------------------------------------------------
PVT Engineer [Powertrain]
Ford Thailand Manufacturing
Tel. : +66 33 659859
Ford Net : 4611859

Produced by Ford Subject to Protective Order in Brenes v. Ford

VGS7-0100853