# EXHIBIT 60

| | |
|---|---|
| **From:** | Pline, Roger (A.) <rpline@ford.com> |
| **Sent:** | Tuesday, March 19, 2013 1:43 PM |
| **To:** | Kwasniewicz, Chris (C.L.) <ckwasnie@ford.com>; McClain, Shawn (S.M.) <smcclai1@ford.com> |
| **Cc:** | Kennedy, Kara (K.) <kkennedy@ford.com> |
| **Subject:** | FW: Tech to Tech DPS6 |

Comments from dealer blogs on our transmission

**Roger Pline**
DPS6 Transmission Systems Supervisor
Transmission Driveline Engineering
Ford Motor Company
226W ATO Building, Livonia, Michigan, USA
313.805.9362

"*If you want to feel great this year, be great this year.*"  - D. Crosby

---

**From:** Robarge, John (J.E.)
**Sent:** Tuesday, March 19, 2013 12:44 PM
**To:** Pline, Roger (A.); Wroblewski, Ted (T.)
**Subject:** FW: Tech to Tech DPS6

FYI:

---

**From:** Cannon, Jeremiah (J.)
**Sent:** Tuesday, March 19, 2013 12:12 PM
**To:** Hamm, Tom (T.R.); McClain, Shawn (S.M.); Robarge, John (J.E.)
**Subject:** Tech to Tech DPS6

Top of Form

John Mcglynn1
Advantage Ford Lincoln Sales, Fremont, OH
(419) 334-9751

Hello Ford, could you look into the flood of troubles we have with the manual automatic transmission and see if you could remove it from the total line on the 126. We went from 1 concern to 6 in the last 2 days and two more schd today, so far with all the free testing and swapping of the clutch motors, we have had to order and replace clutches, seals ect. I just got out of trouble with the 126 and now all this. Just think the 126 and the CSI both will take a very hard hit.

| | |
|---|---|
| | Didnt Volkswagon have a manual auto along time ago and it didnt work either. Please look into helping the dealers with this....<br>February 22, 2013 08:15:33 AM |
| Marshall Jones<br>Mike Davidson Ford<br>Jacksonville, FL<br>(904) 725-3060 | I agree. Im tired of looking like the bad guy for repairing all these DPS6 transmissions. When truthfully fords the bad guy here. Lets be honest Ford produced a horrible product and we trans guys get the wrath of it. My warranty clerk thinks Im insane and its like pulling teeth to get paid for all the work we have to do on these things. The Input shaft seals are only good for about 10K miles at best. And by replacing them as well as the clutch the cars only going to return again and again and again. I do 4 or 5 a week on average. I personally think I know more about these transmissions then Hotline and the engineers combined. And I would love to know how Ford intends to Fix this.<br><br>February 22, 2013 11:31:35 AM |
| TIMOTHY MCGAHARAN<br>Kistler Ford Sales, Inc.<br>Toledo, OH<br>(866) 597-3673 | just a tip, pack the lg trans seal trans pocket with a heavy grease ,and the seal spring pocket ,install lg seal. dont use red w brg grease not heavy enough..<br>February 24, 2013 01:17:11 PM |
| David Ramey<br>Harris Ford Lincoln<br>Lynnwood, WA<br>(425) 774-4141 | Performing TSB's should not effect your 126<br>February 27, 2013 04:48:18 PM |
| bill brugman<br>Two Rivers Ford Inc<br>Mount Juliet, TN<br>(615) 889-9215 | TSBs do effect 126 but they shouldnt..<br>February 27, 2013 05:02:16 PM |
| Jeffrey Smith<br>Rice Ford Lincoln Inc.<br>Warsaw, IN<br>(574) 267-8151 | Not a tech, but I agree John, this trans is blowing up my 126, and, like you, we have one in the shop now, and 2 more coming by the first of next week, and we're a small shop so one or two can have serious effects on the report. Between the multiple PTU leaks and this nightmare, I struggle to sleep!<br>February 28, 2013 01:04:49 PM |
| GARY BOOTH<br>AutoNation Ford South Fort Wor<br>Ft Worth, TX | ANY WARRANTY CLAIM AFFECTS THE 126<br>February 28, 2013 02:28:17 PM |

| | |
|---|---|
| (817) 535-3673 | |
| Ken Zieman<br>Tuttle Click's Capistrano Ford<br>San Juan Capistrano, CA<br>(949) 240-7000 | I send em all down the road....change the line to internal no 126 no CVP. Ocassional reflash relearn if they shudder bad enough. 7000F 7000FDC for 1.2 and it will lower your 126. Educate the advisors and service management. 9 out of 10 go away and never return. I will let these go to the point where the FSE has to come out and tell the customer its normal. No way this pos trans is going to affect my 126 or cvp. Oh and the burnish works well also once you figure out how to do it take away 90% of the shudder. Only ones that get fixed are the leakers and here 1 out of 25 are actually leaking.<br>February 28, 2013 11:32:17 PM |
| bill brugman<br>Two Rivers Ford Inc<br>Mount Juliet, TN<br>(615) 889-9215 | The sad fact about this is I now need secretary for the paper work and warranty up dates, forms and making phone calls. When I started in the late 80s most of all this didnt exist.<br>March 1, 2013 11:40:54 AM |
| JOSEPH POWERS<br>Alan Jay Ford Lincoln<br>Sebring, FL<br>(863) 385-0144 | Ken what is a burnish?<br>March 7, 2013 02:03:10 AM |
| Marshall Jones<br>Mike Davidson Ford<br>Jacksonville, FL<br>(904) 725-3060 | hes talking about burning the clutches in. Itll only work on the clutches if the seals arnt already leaking. I just verified 4 more leakers just yesterday. Guess all the ford shops around me follow Kens motto. Personally I think this is wonderful we now have trans work for life! I was turning 50-60 hours untill the clutches went on back order. Now im down to like 30. Personally Its not my problem if the 126 report goes up due to ford mas producing a defective fault. Im not guna let customers suffer with crappy shifting cars when it is my job to fix them.<br>March 7, 2013 07:57:31 AM |
| Jef Fetherolf<br>Bill Pierre Ford, Inc.<br>Seattle, WA<br>(206) 364-2200 | 126 not my problem either, i fix what comes thru the door for what it is within fords guidelines and their numbers are just that their numbers.some toyota engineers on the payroll could fix the problem lol<br>March 7, 2013 11:16:50 AM |
| THOMAS HUFF<br>Victor Ford Inc<br>Wauconda, IL<br>(847) 526-5541 | ken what is the burnish process<br>March 7, 2013 03:57:17 PM |
| GARY BOOTH | today there is approximately 2000 clutches on |

Produced by Ford Subject to Protective Order in Brenes v. Ford

VGS7-0105019

| | | |
|---|---|---|
| AutoNation Ford South Fort Wor<br>Ft Worth, TX<br>(817) 535-3673 | back order | March 9, 2013 12:43:32 AM |
| Marshall Jones<br>Mike Davidson Ford<br>Jacksonville, FL<br>(904) 725-3060 | Burning the clutches in. With the car running and in drive. Step on Both the Brake pedal and the gas pedal simutaneously like your doing a brake stand. Then take your foot of the brake while holding your gas pedal down still The car will rev up and start to move forward, then press the brake again while still holding the gas down. Do that a couple times to get some of the shudder out. | March 11, 2013 04:44:13 PM |
| Ken Zieman<br>Tuttle Click's Capistrano Ford<br>San Juan Capistrano, CA<br>(949) 240-7000 | here come the warranty police.... | March 11, 2013 06:12:03 PM |
| Kyle Campbell<br>Lakewood Fordland, Inc.<br>Lakewood, CO<br>(303) 232-2200 | I have a vibration issue after doing the tsb for input shaft seals i have done several of these and have not had any issues any suggestions ford should scrap this garbage and start over and have to buy the junk back | March 18, 2013 12:38:09 PM |
| Marshall Jones<br>Mike Davidson Ford<br>Jacksonville, FL<br>(904) 725-3060 | Did you line the clutch triangle mark up to the fly wheel? Also possibly the converter/clutch nuts are tightened unevenly. | March 18, 2013 03:24:48 PM |
| PAUL BURGERS<br>Boyer Ford Trucks Sioux Falls<br>Sioux Falls, SD<br>(605) 336-6100 | Jeffrey - I used to struggle with sleeping due to issues at work as well. Years of experience have taught me to show up, do the best job I am capable of doing, then go home and leave work at work where it belongs. All the tossing and turning while worrying about what is happening at the shop won't change a thing but it WILL make you old before your time! Just tell yourself that a year from now the thing that is keeping you awake at night will not matter a bit, it will just be part of history.<br>March 19, 2013 11:31:16 AM | |

Bottom of Form

Bottom of Form

**Jeremiah Cannon**
**Ford Automatic Transmission**
**Service Engineering**
313-805-8905
W315H

Produced by Ford Subject to Protective Order in Brenes v. Ford
VGS7-0105020

Produced by Ford Subject to Protective Order in Brenes v. Ford                    VGS7-0105021