**EXHIBIT 61**

| | |
|---|---|
| **From:** | Jakubik, Paul (P.C.) <pjakubik@ford.com> |
| **Sent:** | Wednesday, December 12, 2012 12:23 PM |
| **To:** | McClain, Shawn (S.M.) <smcclai1@ford.com>; Nichols, Steven (S.) <snicho19@ford.com>; Oldani, Patrick (P.E.) <poldani@ford.com>; Tyahla, Mark (M.A.) <mtyahla@ford.com> |
| **Cc:** | Cannon, Jeremiah (J.) <jcannon3@ford.com>; Jakubik, Paul (P.C.) <pjakubik@ford.com> |
| **Subject:** | RE: Concern Management System - Heads Up |

Team – Steve's 60 reports excluded any reports with leak concerns. We have numerous reports (hundreds) on Fiesta where a shudder was discovered but this group was only reports where a shudder complaint was made but no leak identified.

The TSB corrects the leak and applies adaptive drive after clutch replacement. I'm not sure our symptom fits exactly. We have Fiesta shudder / no leaks. What do we instruct dealers to do when there is no leak but a shudder exists?

I share your concern in potential exposure but at the same time – the data indicates concerns and we have no fix. It appears that Fiesta may benefit from an adaptive drive recommendations as well. Do we want to separate the issues by model?

---

**From:** McClain, Shawn (S.M.)
**Sent:** Wednesday, December 12, 2012 9:59 AM
**To:** Jakubik, Paul (P.C.); Nichols, Steven (S.); Oldani, Patrick (P.E.); Tyahla, Mark (M.A.)
**Cc:** Cannon, Jeremiah (J.)
**Subject:** RE: Concern Management System - Heads Up

It doesn't support Fiesta.

I went through the first 25 VINs...Fiesta issues are mainly hardware issues that are addressed by TSB 12 4 6 (Note: Zero were repaired with the Adaptive Drive Procedure). Since Fiesta is hardware issues already covered by existing TSB's, Adaptive Drive and evaluation would not benefit and in most instances would lead to repeat repair.

| | |
|---|---|
| Input Seal TSB | 16 |
| No AWS Claim | 4 |
| Hardware Including Input Seal | 3 |
| Clutch Hardware | 2 |

*Shawn M. McClain*
DPS6 Current Model Supervisor
smcclai1@ford.com
(313) 805-9275

---

**From:** Jakubik, Paul (P.C.)
**Sent:** Wednesday, December 12, 2012 8:32 AM

**To:** Nichols, Steven (S.); McClain, Shawn (S.M.); Oldani, Patrick (P.E.); Tyahla, Mark (M.A.)
**Cc:** Cannon, Jeremiah (J.); Jakubik, Paul (P.C.)
**Subject:** FW: Concern Management System - Heads Up

Team – It would appear that GCQIS data support this being opened for Fiesta and Focus. Are you in agreement. Please advise by cob Thursday. Thank You

---

**From:** Nichols, Steven (S.)
**Sent:** Tuesday, December 11, 2012 4:34 PM
**To:** Jakubik, Paul (P.C.)
**Cc:** Nichols, Steven (S.)
**Subject:** FW: Concern Management System - Heads Up

Paul,

From my understanding Jerry Cannon is currently working on a TSB to address Focus shudder at take-off concerns.

Is it possible to include 2011-2012 Fiesta? I found over 60 GCQIS reports with the similar shudder concern with Fiesta.

Attached are the GCQIS reports and VIN list.

What are your thoughts?

Steven Nichols
Commodity Concern Engineer
Ford Customer Service Division
Phone: (313) 322-0576
snicho19@ford.com

---

**From:** Jakubik, Paul (P.C.)
**Sent:** Monday, December 10, 2012 9:31 AM
**To:** Cannon, Jeremiah (J.); Tyahla, Mark (M.A.); Oldani, Patrick (P.E.); McClain, Shawn (S.M.)
**Cc:** Nichols, Steven (S.); Jakubik, Paul (P.C.)
**Subject:** Concern Management System - Heads Up

Team – We had an internal meeting this morning and as a result we are required to open up DPS6 concerns through the concern management system (Emerging / QSF Process).
Steve Nichols will be initiating a meeting this week with PCE's and PVT (as needed) to coordinate and define concerns by model and model years.

This will all be data driven based on GCQIS.   I suspect the concerns will be to shudder – primarily 2012 Focus (as per our data) however Fiesta data will also be analyzed. Steve will be sorting data with consideration to TSB 12-4-6 (leaks) so as not to include leak induced shudder as it is already addressed.

Asia Pacific is question at this point. The reports submitted are all  "clutch vibration" which I assume to be shudder.  I hope to have the Asia Pacific concerns included with whatever action is opened.

This is a heads up. I <u>suspect</u> that these issues may go QSF as soon as they are opened due to the volume (I don't know that for sure). I just don't want you to be blind-sided.

Produced by Ford Subject to Protective Order in Brenes v. Ford

VGS7-0106205