# EXHIBIT 62

| | |
|---|---|
| **From:** | Nichols, Gary (G.S.) <gnicho14@ford.com> |
| **Sent:** | Thursday, January 22, 2015 7:31 AM |
| **To:** | Cannon, Jeremiah (J.) <jcannon3@ford.com>; McClain, Shawn (S.M.) <smcclai1@ford.com>; Kwasniewicz, Chris (C.L.) <ckwasnie@ford.com> |
| **Subject:** | RE: 40/80 ready to ship out ? |

---

The bad news is that you'll forever be known as a liar in the great state of Texas. The potential good news is that Florida may let you back in by spring break 2016.

---

**From:** Cannon, Jeremiah (J.)
**Sent:** Wednesday, January 21, 2015 8:40 AM
**To:** Nichols, Gary (G.S.); McClain, Shawn (S.M.); Kwasniewicz, Chris (C.L.)
**Subject:** 40/80 ready to ship out ?

Guys we have a group of Texas Mechanics that I visited ( at the direction of your bosses)  last year and I told them we were working on a new material – Code named  * Smoothasbabydupa*

I also said it should be on test until end of January

I don't need another state in the lower 48 that I can't go to without looking over my shoulder ….( after high school spring break, FLA politely asked me to take my beer pong equipment and leave the state )

Gary please  tell me clutch is on track and shudder has been eliminated for good – no more kicking the can down the road & no more excuses "it's the leak- its negative damped-it's the coefficient-tech used too much grease*…. Don't sugar coat it

Maybe we need to set up a one/one with LuK and  make all of their company cars be focus's


Jeremiah Cannon
**Ford  Automatic Transmission**
**Service Engineering**
313-805-8905
W311F

Produced by Ford Subject to Protective Order in Brenes v. Ford

VGS7-0121405