# EXHIBIT 66

**Questions to be answered**

DPS6
- Why is the DPS6 transmission subject to so many customer complaints?
  [PD]:
  There is an issue with the internal component causes the leak result in shift quality. This is a global concern and China is seen the same rate as other regions.
  变速箱内部零件有问题引起漏油并最终导致换挡不平顺。中国市场在这个问题上和其他市场是一样的。
- What is the issue?
  [PD]
  It is about the oil leak from the input shaft seals. Customers will either find oil leak at the bottom of the transmissions, or have some launch judder and shift jerk due to the contamination of clutch plates brought by the oil.
  变速箱油通过输入轴油封渗漏出来，部分客户会看到变速箱底部有油迹，有些会导致离合器摩擦片被污染，引起变速箱起步或换档不平顺。
- Is the issue the same with VW's DSG?
  [PD:]
  No.
  问题不一样。
- Do you have a problem with oil leaks in the transmission? If yes, what is the cause? And what is the fix?
  [PD]
  是的。原因有：Yes, there are several root causes:
  1、输入轴油封材质耐磨性不足，导致油封早期磨损；
  Material wear resistant is not sufficient, will cause seal wear and tear
  2、输入轴外表面光洁度较差，磨损油封；
  Poor degree of finish for the outer surface of input shaft, caused the seal wear and tear
  3、变速箱装配卡簧时划伤输入轴（油封接合面）；
  Interface of input shaft( interface with seal) damaged during snap ring assembly
  4、变速箱装配油封时唇口被花键损伤；
  The lips of seal injured by spline of input shaft during transmission assembly
  5、变速箱泄漏检测标准偏低；
  Low inspect standard of transmission leakage test
  6、变速箱装配线工具磨损。
  Install tools of transmission assembly line was worn
  采取的相应措施包括：
  **措施内容 Content of Action**
  ➢ 改善输入轴内油封模具清洁度
  Improve the cleanness of inner seal mold
  ➢ 改善输入轴外油封模具清洁度
  Improve the cleanness of the outer seal mold
  ➢ 使用卡簧装配保护套，防止划伤密封面
  Adopt the protection cap for snap ring assembly, protect the seal surface from scratch
  ➢ 装配时使用一次性油封保护套

Last Updated: {  DATE \@ "MMMM d, yyyy"  } at {  DATE \@ "h:mm am/pm"  }

    Adopt one time use protection sleeve during seal assemble
- 提高外输入轴密封面光洁度

Enhance the degree of finish for the external input shaft surface
- 提高内输入轴密封面光洁度

Enhance the degree of finish for the hollow input shaft surface
- 提高变速箱泄漏检测规范

Enhance the transmission leakage inspection requirement
- 采用新材料的输入轴外油封

Adopt new robust material for the outer seal
- 采用新材料的输入轴内油封

Adopt new robust material for the inner seal
- 供应商更换磨损的装配工具

Supplier scrap worn assembly tool to use new tool

- Do you have a problem with shift quality in the transmission? If yes, what is the cause? And what is the fix?
  [PD]
  是的。问题是由于变速箱油封漏油引起的。原因和措施如上所述。
  Yes, it is caused by the oil leak. The root causes and the actions taken are as above.
- Are the leaking seals a global problem? What other markets are impacted?
  [PD]
  Yes, it is a global problem. All global markets are impacted.
  是的，这是个全球性的问题，福特全球的市场都受到了影响。
- Which vehicles in China use this transmission?
  [PD]
  New Focus (C346), Ecosport, New Fiesta (B299 MCA)
  新福克斯，翼博和新嘉年华。
- How many vehicles are potentially impacted by the leaky seals?
  [PD]
  Mar 2012 ~ Sept 2013, 254,452 vehicles are impacted.
  从 2012 年 3 月至 2013 年 9 月，一共有 254,452 辆车受到影响。
- Why haven't you recalled all vehicles with this transmission?
- Where is the transmission built? Which supplier is involved?
  [PD]
  The transmissions come from the Getrag transmission plants in Bari, Italy and Irapuato, Mexico.
  变速箱来自格特拉克(Getrag)在意大利的 Bari 和墨西哥的 Irapuato 变速箱工厂。
- Who is the supplier of the leaky seals? Is this the supplier's fault, a manufacturing issue, or a design issue?
  [PD]
  油封来自于 SKF 位于墨西哥的工厂。这是供应商(Getrag)的问题，应该说既是制造方面的问题，也是设计问题。
  The seal is from SKF and made in Mexico. It's the supplier (Getrag) fault, issue is both a manufacturing issue and a design issue.
- What is the process your dealers are using to address the leak?
  [PD]
  CAF has issued the TSB 13Q4/101 for this leak issue.
  长安福特针对这个问题发布了技术服务公告（TSB 13Q4/101）。

Last Updated: {  DATE \@ "MMMM d, yyyy"  } at {  DATE \@ "h:mm am/pm"  }

Produced Subject to a Confidential Protective Order

VGS7-0130892

- When did you implement this process?
  [PD]
  The TSB 13Q4 / 101 was issued in Oct. 28th 2013.
  该技术服务公告（TSB 13Q4/101）发布于 2013 年 10 月 28 号。
- Are you implementing this process in other markets?
  [PD]
  Yes, Ford also issued the TSB 13-9-4 for global markets.
  是的。福特也在全球市场发布了相关技术服务公告(TSB 13-9-4)。
- Does this fix the issue? If yes, why aren't you issuing a recall or customer service action?
  [PD]
  Yes, it fixes the issue.
  是的，可以解决问题。
- Do you expect to do a recall or customer action in the future?
- There are complaints still from people who have had their vehicles fixed. Why are the repairs failing?
  [PD]
  The majority of the complaints are repaired prior to the TSB released. We are investigating further robustness actions.
  大部分针对客户的抱怨进行的维修实际是在技术服务公告发布之前。我们还在继续研究更加完善的措施。
- Are vehicles with this issue safe to drive?
  [PD]
  Yes.
  是的。
- Is this a safety issue? Have you received any reports of injuries or accidents related to this issue?
  [PD]
  No.
  这不是个影响安全的问题。
- Is AQSIQ investigating the matter?
- What are you doing to address the complaints about shift quality?
  [PD]
  The shift quality complaints are actually mainly the issues caused by the input shaft seal leak. So the actions on the seal leak will address the complaints.
  关于换挡不平顺的抱怨实际是和油封漏油相关的，所以针对油封漏油的措施会解决换挡问题的抱怨。
- Isn't this transmission just fundamentally flawed and in need of replacement?
  [PD]
  No.
  不是。
- Shouldn't you stop manufacturing vehicles with the DPS6 transmission?
  [PD]
  No.
  不会。
- Why aren't you providing more detail about the issues with DPS6?
- You have been hearing from concerned customer since last summer.  Why is it taking so long for the company to do something about the DPS6?
  [PD]

Last Updated: {  DATE \@ "MMMM d, yyyy"  } at {  DATE \@ "h:mm am/pm"  }

  The company takes all measures to resolve the issues in an appropriate time frame.
  福特已经在适当的时间内尽可能采取措施解决问题。
- Will you offer any warranty extension or other compensation for owners who continue to have problems with leaks in this transmission? 对于长时间无法解决的漏油问题，能否延长保修期或做出相应的赔付？
- What are you going to do with oil leaks in the transmission if consumer's car exceeds the quality guarantee period? Will you extend the transmission quality guarantee period? 如果消费者的变速箱在过了质保的情况下漏油怎么处理？有没有考虑延长变速箱质保？

Last Updated: {  DATE \@ "MMMM d, yyyy"  } at {  DATE \@ "h:mm am/pm"  }

Produced Subject to a Confidential Protective Order

VGS7-0130894