# **EXHIBIT 68**

| | |
|---|---|
| **From:** | Rozanski, John (J.P.) <jrozansk@ford.com> |
| **Sent:** | Friday, April 5, 2013 1:09 PM |
| **To:** | Cannon, Jeremiah (J.) <jcannon3@ford.com>; Hamm, Tom (T.R.) <thamm@ford.com>; Borneo, Joseph (J.A.) <jborneo@ford.com>; Centlivre, James (J.C.) <jcentliv@ford.com>; Pline, Roger (A.) <rpline@ford.com> |
| **Cc:** | Robarge, John (J.E.) <jrobarg1@ford.com>; McClain, Shawn (S.M.) <smcclai1@ford.com>; Tyahla, Mark (M.A.) <mtyahla@ford.com> |
| **Subject:** | RE: AVL Data from Ford Fiesta/Focus |

I will let the Team know when I come across a Focus or Fiesta judder unit in the field.

I have put the word out I am looking for one.

Thanks

**From:** Cannon, Jeremiah (J.)
**Sent:** Thursday, April 04, 2013 12:55 PM
**To:** Hamm, Tom (T.R.); Borneo, Joseph (J.A.); Centlivre, James (J.C.); Pline, Roger (A.)
**Cc:** Robarge, John (J.E.); McClain, Shawn (S.M.); Rozanski, John (J.P.); Tyahla, Mark (M.A.)
**Subject:** RE: AVL Data from Ford Fiesta/Focus

John and I were at a dealer last week and invited the Getrag team to come along- to get some real world feel of tech issues – unfortunately the guy didn't have bring equipment with him - we drove a vehicle that had a sling shot affect during slight power on down shifts ....what do you do for that one ???  tell customer its normal and they wasted their time bringing it in, perform the IDS routines  and adaptive drive  and see if that helps or  slap a TCM or a clutch into it – or both. These are the situations we need deeper diagnostics

At this time John has been gathering up local info for us to sort and if we get one of interest – get them in on it.

Mainly interested in hard to diagnose issues and no DTC 's .....not really shudders as it appears he is interested in, repair on that one is an oil leak or a clutch at this point ( after a IDS routine and relearn is performed )

General shift quality issues currently result in a range of parts being swapped out .....as we need improved diagnosis in these areas and have a team assembled to hopefully  get/ make  this better

I would want to install our IDS before they hook anything up  - we can get him involved if all agree.....


**Jeremiah Cannon**
**Ford  Automatic Transmission**
**Service Engineering**
313-805-8905
W315H

**From:** Hamm, Tom (T.R.)
**Sent:** Thursday, April 04, 2013 11:35 AM
**To:** Borneo, Joseph (J.A.); Centlivre, James (J.C.); Pline, Roger (A.)

**Cc:** Cannon, Jeremiah (J.); Robarge, John (J.E.); McClain, Shawn (S.M.)
**Subject:** FW: AVL Data from Ford Fiesta/Focus


Has Getrag approached any of you regarding doing this?
Has this been approved by someone at Ford Motor Company for Getrag to do?

*Thanks,*

*Tom Hamm*
*Engineering Purchased Transmissions Department*
*DPS6 System Engineer*
*Ph # (313)-805-9135*
*Thamm@ford.com*

---

**From:** Hadad, Yousif [mailto:Yousif.Hadad@getrag.com]
**Sent:** Thursday, April 04, 2013 10:28 AM
**To:** Hamm, Tom (T.R.)
**Cc:** Lang, Tim; Hafemeister, Gary; Furnas, Randall; Johnson, David
**Subject:** AVL Data from Ford Fiesta/Focus

Good morning Tom,

How are you? After my TGW meeting this morning with my global team members, it was brought to my attention that we need to capture AVL data from a customer judder vehicle at a Ford Dealership. Preferably <u>one Fiesta</u> and <u>one Focus</u>. The good thing is that we have a mobile AVL Hardware equipment that only takes 10 Minutes to Install and 30 Minutes to adapt the system to the vehicle. If you do find any vehicle at a dealership in south east Michigan, can you please give me a call so that way I can immediately head out there to save time from holding the vehicle from the customer? I really appreciate your help and if you have any questions, please feel free to give me a call. Thank you.

Mit freundlichen Grüßen / Kind regards,

Yousif (Joe) Hadad

Transmission Test Engineer

GETRAG TRANSMISSION CORPORATION (GTC)
35533 Mound

Sterling Heights, Michigan 48310

USA


Office: 586-620-8540

Cell: 586-744-2299

Cell: 586-933-3156
yousif.hadad@getrag.com (formerly .de)

Member of GETRAG Corporate Group

www.getrag.com

Disclaimer:
As you are aware e-mails sent via internet can be recreated or manipulated by third parties. For this

Produced Subject to a Confidential Protective Order

VGS7-0162750

reason we do not send legally binding declarations via internet.
This email is confidential and intended solely for the use of the individual to whom it is addressed. If you are not the intended recipient, or a representative thereof, be advised that any use, dissemination, forwarding, printing, or copying of this email is strictly prohibited. If you have received this email in error please notify the sender.

........................................................................................................................................................................

Getrag Transmissions Corporation
35533 Mound Road
Sterling Heights, MI 48310 USA
***Disclaimer:***
*As you are aware emails sent via Internet can be recreated or manipulated by third parties. For this reason we do not send legally binding declarations via Internet.*
*This email is confidential and intended solely for the use of the individual to whom it is addressed. If you are not the intended recipient, or a representative thereof, be advised that any use, dissemination, forwarding, printing, or copying of this email is strictly prohibited. If you have received this email in error please notify the sender.*

Produced Subject to a Confidential Protective Order

VGS7-0162751