# EXHIBIT 71

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION

OMAR VARGAS, ROBERT BERTONE,
MICHELLE HARRIS, and SHARON
HEBERLING, individually, and
on behalf of a class of
similarly situated individuals,
           Plaintiffs,

v.                     Case No.:  2:12-cv-08388-AB-FFM

FORD MOTOR COMPANY,
           Defendant.
_____/
C-O-N-F-I-D-E-N-T-I-A-L
30(B)(6) DEPOSITION OF CHRISTOPHER KWASNIEWICZ

Taken by the Plaintiff on Monday, the 21st day of
November, 2016, at 39577 Woodward Avenue, Suite 300,
Bloomfield Hills, Michigan, commencing at 9:12 a.m.

APPEARANCES:

For the Plaintiffs:    TAREK H. ZOHDY (SBN 247775)
                         JORDAN LURIE (SBN 130013)
                         Capstone Law, APC
                         1840 Century Park East, Suite 450
                         Los Angeles, California  90067
                         (310) 556-4811

                         RUSSELL D. PAUL (PA71220)
                         Berger & Montague, P.C.
                         1622 Locust Street
                         Philadelphia, Pennsylvania  19103
                         (215) 875-3000

For the Defendant:    FRED J. FRESARD (P43694)
                         Dykema Gossett PLLC
                         39577 Woodward Avenue, Suite 300
                         Bloomfield Hills, Michigan 48304
                         (248) 203-0841

REPORTED BY:  Erin Stilman, CSR-3588, RPR-019261

CONFIDENTIAL        VGS7-182369

DEPOSITION OF CHRISTOPHER KWASNIEWICZ

```
 1   A.   Like a shake, it was a shudder.

 2   Q.   Were you aware of customer -- strike that.

 3             During the time in which you moved over

 4        to the DPS6 program was one of your duties to look at

 5        what customers were actually complaining of?

 6   A.   Yes, absolutely.

 7   Q.   Did you look at FCSD files?

 8   A.   Absolutely.

 9   Q.   And did you see -- FCSD stands for Ford --

10   A.   -- Customer Service Division.

11   Q.   Did you see where customers were complaining about

12        feeling unsafe?

13   A.   I don't recall seeing or actually reading they were

14        unsafe.  It was more about the customers complaining

15        about stutter/judder.

16   Q.   Okay.  Did you see instances in which customers stated

17        that their vehicles would stall in intersections?

18   A.   I read those.  We never could duplicate any of those.

19   Q.   Okay.  Did you read instances in which a customer

20        complained that their vehicle would hesitate in

21        intersections and then sling-shot forward?

22   A.   I read those.  We were never able to duplicate those.

23   Q.   Okay.  And those complaints however, could those be as

24        a result of this issue with the 8080 material?

25   A.   I can't comment on that unless I have the data in front
```

54

Platinum Reporters (310) 241-1450

CONFIDENTIAL                        VGS7-182422