**EXHIBIT 72**

| | |
|---|---|
| **From:** | McClain, Shawn (S.M.) <smcclai1@ford.com> |
| **Sent:** | Wednesday, January 14, 2015 10:04 AM |
| **To:** | Cannon, Jeremiah (J.) <jcannon3@ford.com> |
| **Subject:** | RE: FSA |

FSA covers extended warranty for 91 and 106

*Shawn M. McClain*
DPS6 Current Model Supervisor
smcclai1@ford.com
(313) 805-9275

---

**From:** Cannon, Jeremiah (J.)
**Sent:** Wednesday, January 14, 2015 9:33 AM
**To:** McClain, Shawn (S.M.)
**Subject:** RE: FSA

Not sure 106 DTC's should be included as they don't have the safety issue the 91 does ...as they maintain ASM 3 speed

---

**From:** Cannon, Jeremiah (J.)
**Sent:** Wednesday, January 14, 2015 9:06 AM
**To:** McClain, Shawn (S.M.)
**Subject:** FSA

Shawn all TCMs contain 1- ATIC 91 and 4- ATIC 106 chips

We implemented fixes for ATIC 91 already and in production – the fixes for 106 might not happen until April ....as of now I believe the failure mode symptoms are same for both.

But ATIC 106 from my understanding will NOT have a no forward motion issue as it will not neutral out ever  -  it has ASM 3 speed force

I am working with the TCM guys to verify I'm correctly understanding this ....at this time I think the FSA is OK but will find out if we have any exposure that won't get addressed