1 | Paul R. Kiesel (SBN 119854)
  | *kiesel@kiesel.law*
2 | Jeffrey A. Koncius (SBN 189803)
  | *koncius@kiesel.law*
3 | Stephanie M. Taft (SBN 311599)
  | *taft@kiesel.law*
4 | **KIESEL LAW LLP**
  | 8648 Wilshire Boulevard
5 | Beverly Hills, California 90211-2910
  | Tel:   310-854-4444
6 | Fax:   310-854-0812

7 | *Lead/Liaison Counsel for Plaintiffs*

8 | John M. Thomas (SBN 266842)           Amir Nassihi (SBN 235936)
  | *jthomas@dykema.com*                  *anassihi@shb.com*
9 | **DYKEMA GOSSETT PLLC**               **SHOOK HARDY BACON**
  | 2723 South State Street, Suite 400    One Montgomery, Suite 2700
10| Ann Arbor, MI  48104                  San Francisco, CA  94104-4505
  | Tel:   734-214-7613                   Tel:   415-544-1900
11| Fax:   734-214-7696                   Fax:   415-391-0281

12| Spencer P. Hugret (SBN 240424)
  | *shugret@gordonrees.com*
13| Molly J. Mrowka (SBN 190133)
  | *mmrowka@grsm.com*
14| **GORDON REES SCULLY MANSUKHANI LLP**
  | Embarcadero Center West
15| 275 Batter Street, Suite 2000
  | San Francisco, CA 94111
16| Tel:   415-986-5900
  | Fax:   415-986-8054

17|

18| *Lead Counsel for Defendant*
  | FORD MOTOR COMPANY

19|                    **UNITED STATES DISTRICT COURT**

20|                    **CENTRAL DISTRICT OF CALIFORNIA**

21| IN RE: FORD MOTOR CO. DPS6            **Case No. 2:18-ML-02814 AB (FFMx)**
22| POWERSHIFT TRANSMISSION
  | PRODUCTS LIABILITY                    Assigned to: Judge Andre Birotte, Jr.
23| LITIGATION                            Courtroom 7B

24|                                       **JOINT STIPULATION REGARDING**
  |                                       **AMENDED SCHEDULE FOR IDP**
25| THIS DOCUMENT RELATES                 **TRIAL CASES**
  | ONLY TO:
26|
  | *Brown, Christi v. Ford Motor*
27| *Company, et al.,* 2:18-cv-04190-AB-
  | FFM; *Pedante, Mark v. Ford Motor*
28| *Company*, 2:18-cv-04190-AB-

FFM; *Quintero Yvonne v. Ford Motor Company, et al.*, 2:18-cv-01912-AB-FFM; *Cannon, Mary v. Ford Motor Company, et al.* 2:18-cv-04817-AB-FFM

This Stipulation is entered by and between Plaintiffs and Defendant Ford Motor Company, by and through their respective counsel:

*Whereas*, this Court agreed to extend the discovery deadline to May 29, 2019, for all cases in the Initial Disposition Pool;

*Whereas*, this Court ordered the parties during the March 6, 2019 status conference to submit a stipulation and Proposed Order regarding the remaining deadlines for the four trial picks;

**IT IS HEREBY STIPULATED AND AGREED**, by and between Plaintiffs and Ford Motor Company that the following pre-trial schedule be adopted by the Court for the IDP trial cases:

| Event | Current Deadlines | Parties' Proposed Deadlines |
|---|---|---|
| Fact Discovery Cut-off (all IDP cases) | March 29, 2019 | May 29, 2019 |
| Plaintiffs' Expert Reports[1] (trial cases only) | April 26, 2019 | June 19, 2019 |
| Ford's Expert Reports (trial cases only) | May 22, 2019 | July 12, 2019 |
| Expert Discovery Cutoff (trial cases only) | July 10, 2019 | August 23, 2019 |
| Dispositive and Daubert Motions (trial cases only) | July 31, 2019 | September 4, 2019 |
| Oppositions to Dispositive and Daubert Motions (trial cases only) | August 30, 2019 | September 27, 2019 |

---

[1] The law firm of Consumer Legal Remedies, APC seeks a simultaneous expert report exchange among the parties and objects to Ford having a later deadline to submit said reports.

| Replies to Dispositive and Daubert Motions (trial cases only) | September 20, 2019 | October 11, 2019 |
|---|---|---|
| Hearing on Dispositive and Daubert Motions (trial cases only) | October 4, 2019 | October 25, 2019 |

**IT IS SO STIPULATED.**

Dated:  April 3, 2019                    **KIESEL LAW LLP**

By: */s/ Paul R. Kiesel*
Paul R. Kiesel
Jeffrey A. Koncius
Stephanie Taft

*Lead/Liaison Counsel for Plaintiffs*

Dated:  April 3, 2019                    **SHOOK HARDY & BACON, LLP**

By:  */s/ Amir Nassihi*
Amir Nassihi

**GORDON REES
SCULLY MANSUKHANI, LLP**
Spencer P. Hugret
Molly J. Mrowka

**DYKEMA GOSSETT PLLC**
John M. Thomas

*Lead Counsel for Defendant*
*FORD MOTOR COMPANY*

2

**ATTESTATION PURSUANT TO LOCAL RULE 5-4.3.4(a)(2)(i)**

I, Amir Nassihi, am the ECF User whose identification and password are being used to file this document.  In compliance with Civil Local Rule 5-4.3.4(a)(2)(i), I hereby attest that all signatories have concurred in this filing.

By: */s/ Amir Nassihi*