# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| Case No.: | ML 18-02814-AB (FFMx) | Date: | April 12, 2019 |
|---|---|---|---|

| Title: | In Re Ford Motor Co. DPS6 Powershift Transmission Products Liability Litigation |
|---|---|

Present: The Honorable **ANDRÉ BIROTTE JR., United States District Judge**

| Carla Badirian | Chia Mei Jui |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| Jeffrey A Koncius | Amir Nassihi |
| John Neil Gieleghem | Joan R Camagong |
| Allen-Michael Resnick | Steve Vieux |
| Paul R Kiesel | John Mark Thomas (Telephonic) |
| Stephanie Taft | Amy Patricia Maclear (Telephonic) |

**Proceedings:** CASE MANAGEMENT CONFERENCE;

1) PLAINTIFFS' MOTION TO REMAND TO STATE COURT AND AWARD OF COSTS AND EXPENSES RESULTING FROM REMOVAL as it relates to Wilbur Earl Hightower, Jr., et al., v.Ford Motor Company, et al., 2:18-cv-01048-AB-FFM [195];

2) PLAINTIFF'S MOTION TO REMAND TO STATE COURT AND AWARD OF COSTS AND EXPENSES RESULTING FROM REMOVAL as it relates to David B. Picton v. Ford Motor Company, 2:19-cv-01047-AB-FFM [196];

3) PLAINTIFF'S MOTION TO REMAND TO STATE COURT AND AWARD OF COSTS AND EXPENSES RESULTING

FROM REMOVAL as it relates to Tracy Matthews aka Tracy Matthew v. Ford Motor Company, et al., 2:19-cv-01046-AB-FFM [197]

The Courtroom Deputy Clerk distributes the Court's tentative rulings prior to the case being called.

The Court having carefully considered the papers and the evidence submitted by the parties, and having heard the oral argument of counsel, hereby takes the motions under submission.

Court and counsel confer.

The next Case Management Conference will be held on Wednesday, May 1, 2019 at 9:00 AM. The hearing time is advanced from 10:00 AM to 9:00 AM, on this same date, for the Motion for Order Clarifying the Role of Appointed Plaintiff Leadership (Dkt. No. 249)

IT IS SO ORDERED.