NOTE: CHANGES MADE BY THE COURT

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: FORD MOTOR CO. DPS6 POWERSHIFT TRANSMISSION PRODUCTS LIABILITY LITIGATION | Case No. **2:18-ML-02814-AB-FFM**<br><br>CV 19-01046 AB (FFMx)<br>CV 19-01047 AB (FFMx)<br>CV 19-01048 AB (FFMx) |
| **THIS DOCUMENT RELATES TO:**<br><br>*Tracy Matthews aka Tracy Matthew v. Ford Motor Company*, et al., 2:19-cv-01046-AB-FFM<br><br>*David B. Picton v. Ford Motor Company*, 2:19-cv-01047-AB-FFM<br><br>*Wilbur Earl Hightower, Jr., et al., v. Ford Motor Company, et al.*, 2:19-cv-01048-AB-FFM | [~~**PROPOSED**~~] ORDER AWARDING PLAINTIFFS THEIR FEES AND ~~COSTS~~ COSTS UPON REMAND |

ORDER GRANTING
PLAINTIFFS' MOTION TO REMAND

On April 16, 2019, the Court granted motions for remand filed in *Tracy Matthews aka Tracy Matthew v. Ford Motor Company*, et al., 2:19-cv-01046-AB-FFM; *David B. Picton v. Ford Motor Company*, 2:19-cv-01047-AB-FFM; and *Wilbur Earl Hightower, Jr., et al., v. Ford Motor Company, et al*., 2:19-cv-01048-AB-FFM, and ordered that Plaintiffs shall be awarded their fees and costs associated with their motions for remand.

It is therefore **ORDERED** that Plaintiffs are awarded their attorneys' fees and costs in the amount of $1,625.00, each, for a total of $4,875.00.

Attorneys' fees and costs shall be paid to Kiesel Law LLP.

DATED: May 08, 2019

HON. ANDRÉ BIROTTE JR.
Judge, United States District Court