GORDON REES SCULLY MANSUKHANI LLP
Spencer P. HUGRET (SBN 240424)
shugret@grsm.com
Molly J. Mrowka (SBN 190133)
mmrowka@grsm.com
Embarcadero Center West
275 Battery Street, Suite 2000
San Francisco, CA 94111
Telephone: (415) 986-5900
Facsimile: (415) 986-8054

DYKEMA GOSSETT PLLC
John M. Thomas (SBN 266842)
jthomas@dykema.com
2723 South State Street, Suite 400
Ann Arbor, MI 48104
Telephone: (734) 214-7613
Facsimile: (734) 214-7696

Attorneys for Defendant
FORD MOTOR COMPANY AND
EAGLE MOTORS INC., DBA,
PASO ROBLES FORD LINCOLN
*Additional counsel listed on signature page*

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: FORD MOTOR CO. DPS6 POWERSHIFT TRANSMISSION PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES ONLY TO:<br><br>*Hobart, Jeff v. Ford Motor Company, et al.*, 2:18-cv-01893-AB-FFM | Case No. 2:18-ML-02814-AB (FFMx)<br><br>Assigned to Hon. Andre Birotte, Jr. Courtroom:7B; Magistrate Fredrick F. Mumm<br><br>**ITEMIZATION OF FEES AND COSTS PER ORDER GRANTING IN PART FORD MOTOR COMPANY'S MOTION FOR SANCTIONS AGAINST PLAINTIFF'S COUNSEL** |

Pursuant to this Court's Order Granting in Part Ford Motor Company's Motion for Sanctions Against Plaintiff's Counsel [Doc. 284], Ford submits an Itemization of the Attorneys' Fees, Transportation Fees, and Court Reporter Fees incurred in conjunction with the February 13, 2019 deposition of Plaintiff Hobart, and the

1

ITEMIZATION OF FEES AND COSTS PER ORDER GRANTING IN PART FORD MOTOR COMPANY'S MOTION FOR SANCTIONS AGAINST PLAINTIFF'S COUNSEL

Attorneys' Fees incurred in the preparation of Ford's Motion for Sanctions for Attorney Misconduct Against Plaintiff's Counsel and documents supporting said Motion, attached as Exhibit A.

Dated: May 28, 2019

Respectfully submitted,

GORDON REES SCULLY MANSUKHANI, LLP

By: /s/ *Spencer P. Hugret*

Spencer P. Hugret
Molly J. Mrowka

DYKEMA GOSSETT PLLC
John M. Thomas

SHOOK, HARDY & BACON
Amir Nassihi

*Attorney for Defendants*

FORD MOTOR COMPANY

2

ITEMIZATION OF FEES AND COSTS PER ORDER GRANTING IN PART FORD MOTOR COMPANY'S MOTION FOR SANCTIONS AGAINST PLAINTIFF'S COUNSEL