# EXHIBIT A

# EXHIBIT A
## ITEMIZATION OF COSTS AND FEES INCURRED RE DEPOSITION OF PLAINTIFF JEFF HOBART, AND FEES RE MOTION FOR SANCTIONS FOR ATTORNEY MISCONDUCT

| Date | Time-keeper | Time | Amount | Narrative |
|---|---|---|---|---|
| 2/12/2019 | MJM[1] | 4.10 | 1,004.50 | Travel to San Luis Obispo, California for deposition of Plaintiff Jeff Hobart |
| 2/13/2019 | MJM | 4.00 | 980.00 | Local travel to deposition of Plaintiff Jeff Hobart and return travel to San Francisco, California |
| 2/13/2019 | MJM | 5.90 | 1,445.50 | Attend deposition of Plaintiff Jeff Hobart |
| 2/19/2019 | MJM | 3.80 | 931.00 | Draft detailed summary of objections and instructions not to answer to support motion for sanctions for attorney misconduct |
| 2/20/2019 | MJM | 1.60 | 392.00 | Commence research for support for, and draft Ford's notice of motion and motion, and memorandum of points and authorities in support of motion for sanctions for attorney misconduct |
| 3/2/2019 | MJM | 1.90 | 465.50 | Research support for, and draft memorandum of points and authorities in support of motion for sanctions for deposition misconduct |
| 3/4/2019 | MJM | 8.30 | 2,033.50 | Research support for, and draft memorandum of points and authorities in support of motion for sanctions for deposition misconduct |
| 3/5/2019 | MJM | 6.20 | 1,519.00 | Research support for, and draft memorandum of points and authorities in support of motion for sanctions for deposition misconduct |
| 3/6/2019 | MJM | 7.80 | 1,911.00 | Research support for, and revise memorandum of points and authorities in support of motion for sanctions for deposition misconduct |
| 3/7/2019 | MJM | 7.00 | 1,715.00 | Research support for, and revise memorandum of points and authorities in support of motion for sanctions for deposition misconduct |
| 3/8/2019 | MJM | 1.10 | 269.50 | Revise memorandum of points and authorities in support of motion for sanctions for deposition misconduct |
| 4/2/2019 | LN | 1.10 | 110.00 | Preparation of exhibits to support motion for sanctions for deposition misconduct and supporting documents |

---

[1] MJM = Molly J. Mrowka (Senior Counsel).  LN = Lara Nather (Paralegal)

1

| 4/3/2019 | MJM | 3.10 | 759.50 | Revise and finalize notice of motion and motion for sanctions for deposition misconduct, and supporting documents |
|---|---|---|---|---|
| 4/23/2019 | MJM | 0.30 | 73.50 | Review plaintiffs' opposition to Ford's motion for sanctions for attorney misconduct |
| 4/25/2019 | MJM | 0.50 | 122.50 | Research support for Ford's reply brief in support of motion for sanctions for attorney misconduct |
| 4/28/2019 | MJM | 4.90 | 1,200.50 | Draft Ford's reply brief in support of motion for sanctions for attorney misconduct |
| 4/29/2019 | MJM | 7.80 | 1,911.00 | Continue drafting Ford's reply brief in support of motion for sanctions for attorney misconduct |
| 4/30/2019 | MJM | 1.80 | 441.00 | Revise and finalize Ford's reply brief in support of motion for sanctions for attorney misconduct, and supporting documents |
| | | 71.2 | $17,284.50 | **TOTAL FEES**<br><br>**MJM = 70.1 at $245.00/hour (Senior Counsel rate)**<br><br>**LN = 1.1 at $100/hour (Paralegal rate)** |

## Costs Incurred Re Deposition of Plaintiff Jeff Hobart

| Date | Amount | Description | Narrative |
|---|---|---|---|
| 2/13/2019 | $272.60 | Out-of-Town Mileage (greater than 50 miles) | Mileage - 470.00 miles, Roundtrip mileage from San Francisco to San Luis Obispo, to attend the deposition of the Plaintiff Jeff Hobart (San Luis Obispo), |
| 2/13/2019 | $115.84 | Hotel | Lodging in San Luis Obispo to attend the deposition of the Plaintiff Jeff Hobart (San Luis Obispo), Hotel |
| 2/13/2019 | $1.39 | Local Mileage (50 miles or less) | Mileage - Local - 2.40 miles, Attend the deposition of the Plaintiff Jeff Hobart (San Luis Obispo) |
| 2/28/2019 | $1,239.00 | Court reporter fees & deposition transcript | Veritext invoice for Court Reporting Services and Deposition Transcript for deposition of Jeff Hobart |
| | $1,628.83 | | **TOTAL COSTS** |

2