Frank P. Kelly, III (SBN: 083473)
fkelly@shb.com
Amir M. Nassihi (SBN: 235936)
anassihi@shb.com
H. Grant Law (SBN: 144505)
hlaw@shb.com
SHOOK, HARDY & BACON L.L.P.
One Montgomery, Suite 2600
San Francisco, California 94104
Telephone:  415.544.1900
Facsimile:   415.391.0281

Liaison Counsel for Defendant
FORD MOTOR COMPANY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: FORD MOTOR CO. DPS6 POWERSHIFT TRANSMISSION PRODUCTS LIABILITY LITIGATION, <br><br> THIS DOCUMENTS RELATES TO: <br> **ALL CASES** | Case No. 2:18-ML-02814 AB (FFMx) <br><br> **NOTICE OF APPEARANCE** |

TO THE CLERK OF THE COURT AND ALL COUNSEL OF RECORD:

  PLEASE TAKE NOTICE that H. Grant Law, of the firm Shook, Hardy & Bacon L.L.P. hereby enters appearance on behalf of Defendant Ford Motor Company in this matter, and request that all pleadings, notices orders, correspondence and other papers in connection with this action be served upon the undersigned counsel at the address stated below:

H. GRANT LAW (SBN: 144505)<br>
SHOOK, HARDY & BACON L.L.P.<br>
One Montgomery, Suite 2600<br>
San Francisco, California 94104

Dated:  June 13, 2019

Respectfully submitted,
SHOOK HARDY & BACON L.L.P.

By:  /s/ *H. Grant Law*
   H. Grant Law

Liaison Counsel for Defendant
FORD MOTOR COMPANY