UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: FORD MOTOR CO. DPS6 POWERSHIFT TRANSMISSION PRODUCTS LIABILITY LITIGATION<br><br>THIS ORDER RELATES ONLY TO HOBART v. FORD, 2:18-cv-1893 AB (FFMx) | No. 2:18-ML-02814 AB (FFMx)<br><br>ORDER SETTING AMOUNT OF SANCTIONS AGAINST PLAINTIFF'S COUNSEL |

On May 13, 2019, the Court granted the motion of defendant Ford Motor Company ("Ford") for sanctions against plaintiff Jeff Hobart's counsel, The Knight Law Group, LLP ("Knight"). (Docket No. 284.) The Court ordered Knight to reimburse Ford for the attorneys' fees, transportation fees, and court reporter fees it incurred in connection with the February 13, 2019 deposition of Jeff Hobart and the attorneys' fees incurred in the preparation of the motion for sanctions. Ford's counsel was directed to file an itemization of the foregoing fees within 15 days; Knight was permitted to file a response to the itemization within five days thereafter.

On May 28, 2019, Ford filed its itemization. (Docket No. 309.) Knight elected not to file a response. After having reviewed Ford's itemization, the Court finds the fees and costs incurred by Ford to be reasonable and orders Knight to reimburse to

///

Ford $17,284.50 in attorneys' fees and $1,628.83 in costs for a total sum of $18,913.33. Knight is ordered to pay this amount to Ford within 30 days of the date of this order.

     IT IS SO ORDERED.

DATED: June 21, 2019

                                          /S/ FREDERICK F. MUMM
                                            FREDERICK F. MUMM
                                      United States Magistrate Judge