**KNIGHT LAW GROUP LLP**
Steve Mikhov (SBN 224676)
Russell Higgins (SBN 226124)
10250 Constellation Blvd., Suite 2500
Los Angeles, CA  90067
Tel:   310-552-2250
Fax:   310-552-7973

Attorneys for Plaintiffs,
YVONNE QUINTERO
and SALVADOR QUINTERO

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: FORD MOTOR CO. DPS6 POWERSHIFT TRANSMISSION PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>*Yvonne Quintero, et al. v. Ford Motor Company, et al.,* Case No. 2:18-cv-01912-AB-FFM | **Case No. 2:18-ML-02814 AB (FFMx)**<br><br>Assigned to: Judge Andre Birotte, Jr.<br>Courtroom 7B<br><br>**APPLICATION FOR AN ORDER TO FILE UNDER SEAL CERTAIN PORTIONS OF PLAINTIFFS' FIRST AMENDED COMPLAINTS UNDER SEAL** |

1 **TO THIS HONORABLE COURT, AND TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE** that Plaintiffs Yvonne Quintero and Salvador Quintero ("Plaintiffs") respectfully submit this application to file under seal certain portions of their respective First Amended Complaint, which references and quotes language from documents that have been designated by Defendant Ford Motor Company ("Ford") as "confidential" pursuant to a protective order signed by Judge Frederick F. Mumm in these actions on May 7, 2018. Such references are made in paragraphs in the First Amended Complaints as follows: 43-55; 57-69; 75-103; 114-125; 129-132.

Plaintiffs hereby request that the Court grant this application to file the above-referenced documents under seal.

DATED: June 21, 2019

Respectfully submitted,

**KNIGHT LAW GROUP**

By: /S/ Russell Higgins
Steve Mikhov
Russell Higgins
Attorneys for Plaintiffs,
Yvonne Quintero and
Salvador Quintero

**MEMORANDUM OF POINTS AND AUTHORITIES**

## I. INTRODUCTION

By this application, to file under seal certain portions of their respective First Amended Complaint, which reference and quote language from documents that have been designated by Defendant Ford Motor Company ("Ford") as "confidential" pursuant to a protective order signed by Judge Frederick F. Mumm in these actions on May 7, 2018 ("Order"). Such references are made in paragraphs in the First Amended Complaints as follows: 43-55; 57-69; 75-103; 114-125; 129-132. Declaration of Russell Higgins ("Higgins Decl."), ¶ 3. In an effort to comply with the terms set forth in the Order, Plaintiffs file the instant Application.

At the hearing on Ford's Motion for Judgment on the Pleadings, counsel for Plaintiffs indicated that they would be filing amended complaints that would contain references to documents produced and designated "confidential" by Ford. Higgins Decl., ¶ 4.

## II. "CONFIDENTIAL" DOCUMENTS REFERENCED IN THE FIRST AMENDED COMPLAINTS ARE RELEVANT TO PLAINTIFFS ALLEGATIONS

The documents referenced above are highly relevant to, and necessary to support, the allegations set forth in the First Amended Complaints. Indeed, they are relevant to and support Plaintiffs' fraud allegations in that they demonstrate the existence of various defects in the DPS6 transmission at issue in these proceedings, Ford's knowledge of the Defects, Ford's attempts to repair the defects, whether the defects posed safety issues and/or concerns for consumers and third parties, Ford's inability to repair the Defects to conform Defects to applicable warranties, Ford's fraudulent concealment of these matters from consumers, the general public, and state and federal regulatory agencies, including but not limited to the National Highway Traffic Safety Administration ("NHTSA"). Higgins Decl., ¶ 5.

///

///

## III. CONCLUSION

Plaintiffs hereby request that the Court grant this application to file the above-referenced documents under seal.

DATED: June 21, 2019

Respectfully submitted,

**KNIGHT LAW GROUP**

By: /s/ Russell Higgins

Steve Mikhov
Russell Higgins
Attorneys for Plaintiffs,
Yvonne Quintero and
Salvador Quintero