1  Amir Nassihi (SBN 235936)
   anassihi@shb.com
2  M. Kevin Underhill (SBN 208211)
   kunderhill@shb.com
3  Shook, Hardy & Bacon LLP
   One Montgomery, Suite 2600
4  San Francisco, California 94104
5  Tel: 415.544.1900 Fax: 415.391.0281

6  John M. Thomas (SBN 266842)
   jthomas@dykema.com
7  Dykema Gossett PLLC
   2723 South State Street, Suite 400
8  Ann Arbor, MI 48104
9  Tel: 734.214.7613 Fax: 734.214.7696

10 Spencer P. Hugret (SBN 240424)
   shugret@grsm.com
11 Gordon Rees Scully Mansukhani LLP
   Embarcadero Center West
12 275 Battery Street, Suite 2000
13 San Francisco, CA 94111
   Tel: 415.986.5900 Fax: 415.986.8054
14
15 Attorneys for Defendant
   Ford Motor Company

16
17                UNITED STATES DISTRICT COURT
                 CENTRAL DISTRICT OF CALIFORNIA
18                     WESTERN DIVISION

19
20 **IN RE: FORD MOTOR CO. DPS6**         Case No. 2:18-ML-02814 AB (FFMx)
   **POWERSHIFT TRANSMISSION**
21 **PRODUCTS LIABILITY**                 The Hon. André Birotte Jr.
   **LITIGATION**                         Courtroom 7B
22
23 **THIS DOCUMENT RELATES**               **FORD'S NOTICE OF MOTION TO**
   **ONLY TO:**                           **DISMISS THE FIRST AMENDED**
24                                        **COMPLAINT**
25 *Christi Brown v. Ford Motor Co.*      Date:     August 9, 2019
   Case No. 2:18-cv-04190                 Time:     10:00 a.m.
26                                        Courtroom: 7B
27
28

**TO THE COURT AND ALL PARTIES AND COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE** that on August 9, 2019 at 10:00 a.m., or as soon thereafter as the matter may be heard in the Courtroom of the Honorable André Birotte, Jr., sitting in the United States Courthouse, Courtroom 7B, 350 West First Street, Los Angeles, CA 90012, Defendant Ford Motor Company ("Ford") will and hereby does move this Court for an Order granting Ford's Motion to Dismiss Plaintiff's First Amended Complaint.

This Motion is made following the conference of counsel pursuant to L.R. 7-3, which took place on June 27, 2019 between Plaintiff's counsel and Ford's Lead Counsel.

This Motion is based on this Notice of Motion, the concurrently-filed Memorandum of Points and Authorities, the pleadings and papers on file in this action, and such oral and documentary evidence as may be presented at the hearing on this Motion.

Dated: July 9, 2019

Respectfully submitted,

SHOOK, HARDY & BACON LLP

By: /s/ *M. Kevin Underhill*

M. Kevin Underhill
Amir Nassihi

DYKEMA GOSSETT PLLC
John M. Thomas

GORDON REES SCULLY
MANSUKHANI LLP
Spencer P. Hugret

Attorneys for Defendant
Ford Motor Company