1  John M. Thomas (SBN 266842)
   *jthomas@dykema.com*
2  **DYKEMA GOSSETT PLLC**
   2723 South State Street, Suite 400
3  Ann Arbor, MI  48104
   Tel:   734-214-7613
4  Fax:  734-214-7696

5  Spencer P. Hugret (SBN 240424)
   *shugret@gordonrees.com*
6  **GORDON REES SCULLY MANSUKHANI LLP**
   Embarcadero Center West
7  275 Battery Street, Suite 2000
   San Francisco, CA 94111
8  Tel:   415-986-5900
   Fax:  415-986-8054
9

10 *Lead Counsel for Defendant*
   FORD MOTOR COMPANY
11

Frank P. Kelly III (SBN 83473)
*fkelly@shb.com*
**SHOOK HARDY BACON**
One Montgomery, Suite 2600
San Francisco, CA  94104-4505
Tel:   415-544-1900
Fax:  415-391-0281

12              **UNITED STATES DISTRICT COURT**

               **CENTRAL DISTRICT OF CALIFORNIA**
13

14 **IN RE: FORD MOTOR CO. DPS6**       No. 2:18-ML-02814-AB-FFM
   **POWERSHIFT      TRANSMISSION**
15 **PRODUCTS        LIABILITY**        Hon. André Birotte, Jr.
   **LITIGATION**                       Courtroom 7B
16

17 **THIS DOCUMENT RELATES ONLY**       <u>**DISCOVERY MATTER**</u>
   **TO:**
18 *Brown,    Christi    v.   Ford  Motor*   **FORD'S NOTICE OF MOTION AND**
   *Company, et al., 2:18-cv-04190- AB-*   **MOTION FOR SANCTIONS UNDER**
19 *FFM; Cannon, Mary v. Ford Motor*       **THIS COURT'S INHERENT POWERS**
   *Company,  et  al.,  2:18-cv-04817-AB-*  **AND/OR FRCP 37(d)**
20 *FFM; Einbund, John v. Ford Motor*
   *Company, et al., 2:18-cv-02901-AB-*
21 *FFM; Garza, Maria, et al. v. Ford*     MAGISTRATE: Hon. Frederick F. Mumm
   *Motor  Company,   et   al.,   2:18-cv-*  HEARING DATE: October 1, 2019
22 *02745-AB-FFM; Hernandez, Louie v.*     TIME: 10:00 am
   *Ford Motor Company, et al., 2:18-cv-*  COURTROOM: 580, 5th floor
23 *08736-AB-FFM; Hill, Connie v. Ford*
   *Motor   Company,   et   al.,   2:18-cv-*
24 *04409-AB-FFM; Holmstedt, Kendra v.*
   *Ford Motor Company, et al., 2:18-cv-*
25 *04328-AB-FFM; Mowrer, Patrick v.*
   *Ford Motor Company, et al., 2:18-cv-*
26 *04602-AB-FFM; Nichols, Jonathan v.*
27
28

*Ford Motor Company, et al., 2:18-cv-08733-AB-FFM; Pisarkiewicz, Christine, et al. Ford Motor Company, et al., 2:18-cv-04423-AB-FFM; Snyder, Holli v. Ford Motor Company, et al., 2:18-cv-04618-AB-FFM; Straw, Trent v. Ford Motor Company, et al., 2:18-cv-04425-AB-FFM; Sullivan, Deborah v. Ford Motor Company, et al., 2:18-cv-04622-AB-FFM; Valencia, Victor, et al. v. Ford Motor Company, 2:18-cv-02865-AB-FFM; Vanidestine, Scott, et al. v. Ford Motor Company, 2:18-cv-02618-AB-FFM*

**TO THE COURT AND ALL PARTIES AND COUNSEL OF RECORD:**

PLEASE TAKE NOTICE that on October 1, 2019 at 10:00 a.m., or as soon thereafter as the matter may be heard in the courtroom of the Honorable Frederick F. Mumm, sitting in the Roybal Federal Building and United States Courthouse, 255 E. Temple Street, Los Angeles, CA 90012 in Courtroom 580, Defendant Ford Motor Company, will and hereby does move this Court for dismissal of the following cases, pursuant to Federal Rule of Civil Procedure 37(d)(3) and/or this Court's inherent powers as a sanction for these Plaintiffs' failure to respond to Ford's interrogatories and requests for production, or in the alternative, that Plaintiffs in the following cases be precluded from presenting any evidence against Ford that should have been timely provided in response to Ford's written discovery requests.

- *Brown, Christi v. Ford Motor Company, et al.,* 2:18-cv-04190- AB-FFM
- *Cannon, Mary v. Ford Motor Company, et al.,* 2:18-cv-04817-AB-FFM
- *Einbund, John v. Ford Motor Company, et al.*, 2:18-cv-02901-AB-FFM[1]
- *Garza, Maria, et al. v. Ford Motor Company, et al.*, 2:18-cv-02745-AB-FFM
- *Hernandez, Louie v. Ford Motor Company, et al.*, 2:18-cv-08736-AB-FFM[2]
- *Hill, Connie v. Ford Motor Company, et al.*, 2:18-cv-04409-AB-FFM
- *Holmstedt, Kendra v. Ford Motor Company, et al.*, 2:18-cv-04328-AB-FFM
- *Mowrer, Patrick v. Ford Motor Company, et al.*, 2:18-cv-04602-AB-FFM
- *Nichols, Jonathan v. Ford Motor Company, et al.*, 2:18-cv-08733-AB-FFM
- *Pisarkiewicz, Christine, et al. Ford Motor Company, et al.*, 2:18-cv-04423-AB-FFM
- *Snyder, Holli v. Ford Motor Company, et al.*, 2:18-cv-04618-AB-FFM
- *Straw, Trent v. Ford Motor Company, et al.*, 2:18-cv-04425-AB-FFM
- *Sullivan, Deborah v. Ford Motor Company, et al.*, 2:18-cv-04622-AB-FFM

---

[1] Einbund is also subject to automatic dismissal for noncompliance with the prior stipulation regarding depositions.

[2] Hernandez is also separately subject to dismissal.

- *Valencia, Victor, et al. v. Ford Motor Company,* 2:18-cv-02865-AB-FFM
- *Vanidestine, Scott, et al. v. Ford Motor Company,* 2:18-cv-02618-AB-FFM

Ford engaged in extensive efforts to meet and confer with Plaintiffs. Despite these efforts, Plaintiffs would not engage in a meaningful conference of counsel pursuant to L.R. 7-3 and Federal Rule of Civil Procedure 37(d)(1)(B)(*See* Declaration of Frank P. Kelly, ¶¶ 24-42).

This motion is based upon this Notice of Motion, the accompanying Joint Stipulation, Declarations of Frank P. Kelly and Amir Nassihi and Exhibits thereto, filed herewith in this case; the Court's file in this matter, and on all evidence and arguments that may be presented at the hearing on this matter.

Dated: August 26, 2019                    Respectfully submitted,

                                          **SHOOK HARDY & BACON LLP**

                                          */s/ Frank P. Kelly*
                                          Frank P. Kelly III

                                          *Counsel for Defendant*
                                          FORD MOTOR COMPANY

**ATTESTATION STATEMENT**

Pursuant to Local Rule 5-4.3.4(a)(2)(i), I attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

Dated: August 26, 2019

**SHOOK HARDY & BACON LLP**

*/s/ Frank P. Kelly*
Frank P. Kelly III

*Counsel for Defendant*
FORD MOTOR COMPANY