**KNIGHT LAW GROUP LLP**
Steve Mikhov (SBN 224676)
stevemusfc@knightlaw.com
Russell Higgins (SBN 226124)
russellh@knightlaw.com
10250 Constellation Blvd., Suite 2500
Los Angeles, CA 90067
Telephone: (310) 552-2250
Fax: (310) 552-7973

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: FORD MOTOR CO. DPS6 POWERSHIFT TRANSMISSION PRODUCTS LIABILITY LITIGATION | Case No. 2:18-ML-02814-AB(FFMx)<br><br>**DECLARATION OF RUSSELL HIGGINS IN SUPPORT OF PLAINTIFF'S OPPOSITION TO FORD'S MOTION TO EXCLUDE PLAINTIFFS' EXPERT WITNESSES** |
| **THIS DOCUMENT RELATES ONLY TO:**<br><br>*Brown, Christi v. Ford Motor Company*, 2:18-cv-04190-AB-FFM<br><br>*Cannon, Mary v Ford Motor Company*, 2:18-cv-04817-AB-FFM<br><br>*Quintero, Yvonne, et al. v Ford Motor Company*, 2:18-cv-01912-AB-FFM<br><br>*Mark Pedante v. Ford Motor Company, et al.*, Case No. 2:17-cv-06656-AB-FFM | DATE: September 27, 2019<br>TIME: 10:00 a.m.<br>COURTROOM: 7B |

1

**DECLARATION OF RUSSELL HIGGINS ISO PLAINTIFFS' OPPOSITION TO FORD'S MOTION TO EXCLUDE PLAINTIFFS' EXPERT WITNESSES**

I, Russell Higgins, declare as follows:

1. I am an attorney admitted to practice before the United States District Court for the Central District of California, and an associate at Knight Law Group, LLP, counsel of record for Plaintiffs in the above-captioned *Pedante* and *Quintero* matters.

2. I have personal knowledge of the facts set forth herein and could testify competently if called upon to do so.

3. In both the *Quintero* and *Pedante* matters, Ford served written disclosures and reports of its eight (8) designated expert witnesses on July 24, 2019. Ford's expert witness disclosure attached reports but no other documents.

4. Ford's designated expert witnesses are the same in both cases: Carlyn Irwin; Christopher Kwasniewicz; David Harless; Matthew Fyie; Nathan Dorris; Robert Pascarella; Genevieve Nauhaus; and Robert Kuhn.

5. The report of Carlyn Irwin fails to include case numbers for any cases in which she previously testified, and includes little detail of her compensation. The report of Carlyn Irwin also states that she reserves the right to amend or update her report. Attached hereto as **Exhibit A**, *Excerpts of report of Carlyn Irwin*.

6. The report of Christopher Kwasniewicz fails to include a list of cases in which he previously testified, and does not include details of his compensation. Attached hereto as **Exhibit B**, *Excerpts of report of Christopher Kwasniewicz*.

7. The report of David Harless fails to include case numbers for any cases in which he previously testified, and includes little detail of his compensation. Attached hereto as **Exhibit C**, *Excerpts of report of David Harless*.

8. The report of Matthew Fyie only generally references documents he reviewed and relied upon, including "documents produced by Ford in discovery in this case." His report also reserves the right to supplement his report. Attached hereto as **Exhibit D**, *Excerpts of report of Matthew Fyie*.

1

**DECLARATION OF RUSSELL HIGGINS ISO PLAINTIFFS' OPPOSITION TO FORD'S MOTION TO EXCLUDE PLAINTIFFS' EXPERT WITNESSES**

9. The report of Robert Pascarella only generally and incompletely references documents he reviewed and relied upon. His report also reserves the right to supplement or modify his opinions. Attached hereto as **Exhibit E**, *Excerpts of report of Robert Pascarella*.

10. The report of Robert Kuhn provides little detail of his compensation, and states only that JP Research Inc. charges $300.00/hour for his "services." Attached hereto as **Exhibit F**, *Excerpts of report of Robert Kuhn*.

11. A demonstrative chart, for the Court's convenience, rebutting Ford's alleged deficiencies for each of Plaintiffs' experts is attached as **Exhibit G.**

12. Ford has not served any notices of deposition in either the *Pedante* or *Quintero* matters for any of Plaintiffs' designated expert witnesses. I am informed and believe, although I do not have personal knowledge of it, that this is equally true for the two cases represented by Consumer Legal Remedies ("CLR").

13. Ford has filed no motion(s) seeking any orders directing Plaintiffs' experts, or any of them, to provide any further information it believed to be deficient in any of their disclosures.

14. Ford filed the instant Motion to Exclude Experts on Friday, August 29, 2019, at 5:45 p.m. The following Monday was Labor Day. The following Tuesday (i.e., the next business day after filing the Motion) was September 3, the Court's scheduled expert discovery cutoff.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this declaration was executed this 6th day of September, 2019, in Los Angeles, California.

/s/ *Russell Higgins*_____
Russell Higgins

---

2
**DECLARATION OF RUSSELL HIGGINS ISO PLAINTIFFS' OPPOSITION TO FORD'S MOTION TO EXCLUDE PLAINTIFFS' EXPERT WITNESSES**