# EXHIBIT A

*Quintero, et al.*

*v.*

*Ford Motor Company, et al.*

Expert Report of Carlyn Irwin

Carlyn Irwin
Senior Advisor
Cornerstone Research

July 21, 2019

**I.      Qualifications**

1.      I am a senior advisor with Cornerstone Research, an economic and financial consulting firm specializing in commercial litigation.  As a litigation consultant, I have been retained on hundreds of matters to analyze financial, economic, and accounting issues, prepare valuations and damages claims, and conduct financial forensic analysis.  In doing so, I have worked on matters involving allegations of fraud, breach of contract, unfair business competition, and false advertising, as well as intellectual property disputes, including patents, copyrights, trademarks, and trade secrets.  In addition, I have been retained by clients to analyze data to reconstruct financial records, estimate profitability, assess the consistency and reliability of data, and/or evaluate the adherence to proper corporate procedures.  In certain of these matters, I have been retained as an expert witness.  I have provided expert witness testimony in federal and state courts, international arbitration, as well as other venues.

2.      Prior to joining Cornerstone Research, I was employed as a litigation consultant with the accounting firm of PricewaterhouseCoopers (formerly Price Waterhouse) from 1994 to 2002. From 1992 to 1994, I served as the assistant controller for a law firm where I was primarily responsible for, among other things, maintaining the general ledger, producing the firm's financial statements, and assisting the executive committee with strategic analyses.

3.      I hold a Bachelor of Arts degree from the University of California at Santa Barbara where I graduated with honors.  I have a Master of Business Administration from the University of Southern California.  I am also a Certified Public Accountant and a Certified Fraud Examiner, and I am Certified in Financial Forensics, Accredited in Business Valuation, and Certified in Entity and Intangible Valuations by the American Institute of Certified Public Accountants.  A current copy of my *curriculum vitae*, which also contains a list of my prior testimony over the past four years, is attached as **Appendix A**.

4.      With respect to this matter, Cornerstone Research shall be compensated at $750 per hour for my time spent in preparation and support of my opinions, and Cornerstone Research will also be compensated for my colleagues who worked on this matter under my direction.  Neither my compensation nor my colleagues' compensation is contingent or based on the content of my opinions or the outcome of this matter.

### III. Bases for Opinion

8. In conducting my analyses and forming my opinions, I have relied on information from sources reasonably relied upon by experts in my field. I have also relied upon my education and my own professional judgment and expertise. Specifically, I have relied on legal pleadings both in this matter and a separate matter (from which Dr. Luna recites plaintiffs' allegations contained therein) as well as other documents and guidelines such as those cited by Dr. Luna in the Luna Report. A list of materials that I have relied upon in connection with my work on this matter is attached as **Appendix B**.

### IV. Summary of Luna Report

9. In the Luna Report,[8] Dr. Luna states that she was asked to testify on issues in this matter including, but not limited to: (i) material problems discussed by and amongst Ford personnel, (ii) the timeliness of Ford's disclosure of material problems both to the public and Plaintiffs, (iii) corporate business culture, (iv) customs and practices, (v) industry standards of disclosing or omitting information that may be material, (vi) the materiality of such information, (vii) Ford's repeated non-disclosures, and (ix) risk management strategy.[9] Based on my review of the Luna Report, I have not seen any discussion or analysis for several of these areas of testimony.[10]

10. After setting forth her assignment, Dr. Luna includes a protracted recitation of certain selected background "facts,"[11] most of which appear to have been copied directly from Plaintiffs' Complaint in this matter as well as from complaints—in connection with *different* plaintiffs who purchased Ford vehicles equipped with a DPS6 transmission—which I understand have been

---

[8] As of the date of this report, Dr. Luna has not provided deposition testimony. As a result, additional information regarding her methodology, assumptions, and bases for her analyses in this matter may become available. I reserve the right to amend or update this report once such additional information is available.

[9] Luna Report, ¶ 6.

[10] For example, customs and practices, the materiality of disclosing or omitting information, and risk management strategy.

[11] Luna Report, ¶¶ 10–27.

- As shown in **Exhibit 3112**, the Adjusted EBITDA margin of 9.93% is higher than EBITDA margin (8.43%) because the former adds back warranty expense accruals (i.e., measures EBITDA prior to deducting warranty expenses).[76] Using the higher Adjusted EBITDA margin, I recalculated the profit Ford made on the vehicle at issue: $934 [9.93% margin * $9,409 invoice of vehicle at issue].

- Next, from this $934 figure, I deducted the warranty expenses incurred *specifically on the vehicle at issue*. Based on my review of the repair history of the vehicle at issue, I determined that Plaintiffs' warranty expenses amounted to $583.[77] After deducting Plaintiffs' specific warranty expenses from Adjusted EBITDA, Ford only made $351 [$934 - $583 = $351] on lease of the vehicle at issue (*see* **Exhibit 3112**).

42. The above calculation demonstrates that, specifically for lease of the vehicle at issue, Dr. Luna's calculated compensatory and punitive damages would be *26.8 and 241 times as high* as the profit (as measured by Adjusted EBITDA), respectively, that Ford earned on the vehicle at issue.[78]

Executed on July 21, 2019

_____
Carlyn Irwin

---

[76] As shown in **Exhibit 3110**, Ford's average EBITDA margin was 8.43%. As shown in **Exhibit 3112**, the Adjusted EBITDA (adding back warranty expense to measure Ford's pre-warranty EBITDA) margin was 9.93%.

[77] *See* Luna Report, Exhibit 21 at FMC-QUINTERO 000048.

[78] $9,409 (proposed compensatory award to Plaintiffs) divided by $351 (Ford's Adjusted EBITDA on vehicle) equals 26.8. $84,677 (proposed punitive award to Plaintiffs) divided by $351 (Ford's Adjusted EBITDA on vehicle) equals 241.0. *See* **Exhibit 3112**.

Appendix A

# CARLYN IRWIN, MBA, CPA/CFF/ABV/CEIV, CFE
## Senior Advisor

**Cornerstone Research**
633 West Fifth Street, 31st Floor • Los Angeles, CA  90071
213.553.2533 • fax 213.553.2699
cirwin@cornerstone.com

## ACADEMIC BACKGROUND

| | | |
|---|---|---|
| 1992 | **University of Southern California** | Los Angeles, California |
| | *M.B.A., Accounting and Finance* | |
| 1989 | **University of California, Santa Barbara** | Santa Barbara, California |
| | *B.A., Organizational Psychology, Cum Laude* | |

## RANGE OF EXPERIENCE

More than twenty-five years of litigation consulting and expert witness experience, including analyzing economic, financial, causation, and accounting issues in context of damages claims, valuing businesses, and conducting financial forensic analysis in a wide variety of commercial disputes.  Has experience in broad range of industries including real estate, medical devices, technology, entertainment, consumer products, and financial and professional services.  Has worked with clients and counsel throughout the litigation process during all phases of the litigation process.  Examples of testimony and casework experience include:

- Financial Forensic Analysis—Reconstructing financial records, tracing transactions through corporate reporting systems, and reviewing financial records (including tax returns) to assess consistency and reliability as part of corporate investigation as well as complex civil and criminal litigation involving white collar matters as well as allegations of fraudulent conveyances, breach of contract, money laundering, and fraud.  Has provided expert testimony regarding solvency, financial misstatements, fraudulent/preferential transfers, indications of fraudulent transactions and schemes, and misappropriation of assets.

- Contract and Tort Claims—Analyzing loss causation and damages issues and performing business valuations in breach of contract and tort causes of action, including breach of fiduciary duty, alter ego, Lanham Act violations, false advertising, and unfair business competition.  Has analyzed compensatory damages as well as claims for statutory and restitution or disgorgement damages.

- Intellectual Property Disputes—Addressing damages issues in patent, copyright, and trademark infringement as well as trade secret misappropriation disputes.  Specific expertise in estimating lost profits, unjust enrichment, and reasonable royalty damages, including analysis of loss causation and apportionment issues as well as the application of "Most Favored Licensee" clauses.

- Valuation Services – Providing opinions of value for businesses, intellectual property, and other intangible assets in the context of litigation, economic loss analyses, and partnership disputes.

**CARLYN IRWIN, MBA, CPA/CFF/ABV/CEIV, CFE**
**Senior Advisor**

**PROFESSIONAL ACCREDITATIONS**

- Certified Public Accountant (CPA), California, State Board of Accountancy, April 2001
- Certified in Financial Forensics (CFF), American Institute of Certified Public Accountants, July 2008 (inception of credential)
- Certified Fraud Examiner (CFE), Association of Certified Fraud Examiners, March 2011
- Accredited in Business Valuation (ABV), American Institute of Certified Public Accountants, August 2015
- Certified in Entity and Intangible Valuations (CEIV), American Institute of Certified Public Accountants, January 2018

**PROFESSIONAL AND BUSINESS HISTORY**

| | | |
|---|---|---|
| 2002–Present | **Cornerstone Research, Inc.**<br>*Senior Advisor (2015-present)*<br>*Principal (2002-2015)* | Los Angeles, California |
| 1994–2002 | **PricewaterhouseCoopers**<br>*Director (2000-2002)*<br>*Manager/Principal (1997-2000)*<br>*Senior Consultant (1994-1997)* | Los Angeles, California |
| 1992–1994 | **Mitchell Silberberg & Knupp**<br>*Assistant Controller* | Los Angeles, California |
| 1991–1992 | **University of Southern California School of Business**<br>*Professor's Assistant, Finance Department* | Los Angeles, California |

**TESTIMONY EXPERIENCE:**

- Testified in deposition (April 2019) and arbitration (July 2019) in a breach of sub-license matter involving patents for compact florescent light technology filed with the American Arbitration Association.  Analyzed the economic consequences of a "Most Favored Licensee" provision to amounts owed by licensee. (*Beacon Point Capital, LLC v. Philips Electronics North America Corporation*)

- Provided deposition testimony (June 2019) in a fraud and breach of fiduciary duty matter filed in the United States Bankruptcy Court, Central District of California, Riverside Division.  Affirmative analysis and testimony included assessing solvency of land development and home building operations, as well as evaluating the companies' compliance with debt covenants.  Rebuttal testimony addressed reasonableness of Trustee's experts' opinions regarding the valuations of the assets, methodology for consolidating intercompany transactions, and calculations of damages in the form of deepening insolvency, wasteful disbursements, and unjust enrichment.  *Richard K. Diamond, Chapter 7 Trustee v. Empire Partners, Inc. et al.*)

**CARLYN IRWIN, MBA, CPA/CFF/ABV/CEIV, CFE**
**Senior Advisor**

---

**TESTIMONY EXPERIENCE (CONTINUED)**

- Testified in deposition (May 2019) as part of proceedings related to a motion for preliminary injunction filed in the Circuit Court of Jackson County, Missouri Kansas City Division and in the Court of Chancery for the State of Delaware.  Analysis and opinions related to the ability to calculate damages assuming breach of contract, tortious interference, etc. and provide rebuttal analysis regarding opposing expert's opinions regarding irreparable harm.  (*Mountain West Series of Lockton Companies, LLC, et al. v. Alliant Insurance Services, Inc., and related matters*)

- Provided testimony in deposition (May 2019) in a matter involving claims of theft of trade secrets, tortious interference, and conspiracy filed in the Superior Court for the District of Columbia.  Analyzed damages and provided rebuttal opinions regarding opposing expert's calculations of lost profits, unjust enrichment, and reasonable royalties.  (*BGC Partners, Inc. et al. v. Avison Young (Canada) Inc., et al.*)

- Testified in deposition (October 2018) and arbitration (February 2019) in a matter involving claims of breach of contract, breach of confidentiality, and fraud, etc. filed before the Judicial Arbitration and Mediation Society in Los Angeles.  Estimated damages and provided rebuttal opinions regarding opposing expert's calculations of lost profits.  (*DAS Group Professionals, Inc. v. Tesla, Inc., and related counterclaims*)

- Provided deposition testimony (October 2018) in a breach of contract and fraud matter filed in the Superior Court of the State of California, County of Los Angeles.  Offered opinions regarding indicators of an allegedly fraudulent transaction and scheme, including related-party transactions, adequate disclosures, and potential economic benefit to defendants.  (*ITV Gurney Holdings, Inc., et al. v. Scott and Deirdre Gurney*)

- Provided deposition (September 2018) and arbitration testimony (December 2018) in a dispute alleging misappropriation of trade secrets, unfair trade practices, false advertising, and fraud filed before the Judicial Arbitration and Mediation Society in Los Angeles.  Testified regarding reasonableness of opposing expert's calculation of lost profits, valuation of trade secrets, and unjust enrichment.  (*Colorado Seasons, Inc., et al. v. Art Brand Studios, LLC, et al.*)

- Testified in deposition (June 2018) in a breach of contract, fraud, and trade secrets dispute filed in the Circuit Court of Jackson County, Missouri.  Reviewed and commented on opposing expert's analysis and opinions regarding lost profits and unjust enrichment.  (*Marathon Reprographics, Inc. v. J.E. Dunn Construction Company, et al.*)

- Provided deposition (May 2018) and arbitration (June 2018) testimony in a breach of partnership agreement and fraud matter filed before the American Arbitration Association.  Reviewed and commented on opposing expert's analysis and opinions regarding Claimants' treatment as partners for tax purposes.  (*Daniel Alexander, et al. v. Nicholas R. Halaris, et al.*)

**CARLYN IRWIN, MBA, CPA/CFF/ABV/CEIV, CFE**
**Senior Advisor**

**TESTIMONY EXPERIENCE (CONTINUED)**

- Testified in a series of matters (January 2018 – March 2019) for Ford Motor Company alleging fraud, negligence, and violation of the Song-Beverly Act against an automaker. Reviewed and commented on opposing expert's "fraud examination," analysis of indicia of fraud, other observations, and calculation of compensatory and punitive damages.
    - Deposition (March 2019):  *Corey McKinnon v. Ford Motor Company*, Superior Court of the State of California, County of Riverside
    - Deposition (March 2019):  *Evelia Arroyo v. Ford Motor Company,* Superior Court of the State of California, County of Riverside
    - Deposition (October 2018):  *Richard Melton v. Ford Motor Company,* Superior Court of California, County of San Diego
    - Deposition (August 2018):  *Richard R. Guinn v. Ford Motor Company,* Superior Court of California, County of Orange
    - Deposition (July 2018):  *Shelby Anderson, et al. v. Ford Motor Company*, Superior Court of California, County of San Joaquin
    - Deposition (April 2018):  *Timothy Berg v. Ford Motor Company*, Superior Court of California, County of Orange
    - Deposition (April 2018):  *Gary Skillman v. Ford Motor Company*, Superior Court of California, County of Orange
    - Deposition (April 2018):  *Mark Hemric, et al. v. Ford Motor Company*, Superior Court of California, County of Orange
    - Deposition (April 2018):  *Donna Watkins v. Ford Motor Company*, Superior Court of California, County of Orange
    - Deposition (April 2018):  *Cleveland Watts, et al. v. Ford Motor Company*, Superior Court of California, County of Orange
    - Deposition (April 2018):  *Marc Siegel v. Ford Motor Company*, Superior Court of California, County of Orange
    - Deposition (April 2018):  *Robert Brown, et al. v. Ford Motor Company*, Superior Court of California, County of Butte
    - Deposition (April 2018):  *Raul Berroteran II v. Ford Motor Company*, Superior Court of California, County of Los Angeles
    - Deposition (March 2018):  *Gregory Scott Misner, et al. v. Ford Motor Company*, Superior Court of California, County of Orange
    - Deposition (January 2018):  *Jeff Ettleman v. Ford Motor Company*, Superior Court of California, County of Riverside
- Testified at deposition (January 2018) in a breach of contract and misappropriation of trade secrets matter filed in the Eastern District of Virginia, Alexandria Division.  Analyzed and commented on opposing expert's estimation of damages under the DTSA and Virginia Uniform Trade Secrets Act.  (*Peraton, Inc. v. Raytheon Company*)

**CARLYN IRWIN, MBA, CPA/CFF/ABV/CEIV, CFE**
**Senior Advisor**

---

**TESTIMONY EXPERIENCE (CONTINUED)**

- Provided deposition testimony (October 2017) in a breach of contract and fiduciary duty case filed in the Northern District of California, San Jose Division. Reviewed and commented on opposing expert analysis of plaintiff's damages and underlying assumptions. Analyzed historical financial performance of business to assess reasonableness of projections. (*Kelly Brezoczky v. Domtar Corporation, et al.*)

- Testified at deposition (November 2016) in a breach of contract matter regarding the sales of marine distillate oil being arbitrated by JAMS. Calculated and testified regarding plaintiff's lost profits on sales of MDO and commented on opposing expert's damages calculations under counterclaim. (*Tesoro Marketing and Refining Company LLC v. Demenno-Kerdoon, et al.*)

- Provided deposition testimony (September 2016) in a breach of contract matter involving claims of fraudulent transfer filed in the Superior Court of California, County of Los Angeles. Reviewed and commented on opposing expert analysis of subject company's solvency and indications of alter ego for the company and its owners. Analyzed financial statements and tax returns to assess cash flow from operations, gains/losses on sale of real estate holdings, and amount and form of distributions. (*KeyBank National Association v. C. Frederick Wehba, et al.*)

- Testified at deposition (August 2016) in a fraud and racketeering case filed in the Central District of California, Southern Division. Valued a lighting distribution company and provided expert opinion regarding the terms of the sale of the company to a related entity. Also, reviewed and commented on opposing expert reports. (*Tatung Company, Ltd. v. Shu Tze Hsu, et al.*)

- Testified at deposition (August 2016) in a patent infringement matter filed in the Central District of California, Western Division. Provided expert opinion regarding a reasonable royalty for two patents related to computer forensics and digital intelligence devices. Also, reviewed and commented on opposing expert report. (*In re: MyKey Technology Inc. Patent Litigation*, on behalf of MyKey Technology, Inc.)

- Testified at deposition (August 2015) and International Arbitration (September 2015) in a breach of contract and tortious interference matter filed with the American Arbitration Association. Calculated and testified regarding plaintiff's economic damages from termination of exclusive agreement to distribute food products in the United Arab Emirates. Damages included lost profits, incremental expenses, and valuation of intangible assets as of the date of the termination. (*Al Maya Trading Establishment v. Global Export Marketing Co., Ltd.*)

- Testified at deposition (October 2014) and trial (April 2015) in a breach of contract matter filed in the Superior Court of California, County of San Diego. Conducted a forensic review of plaintiff's invoices and related documents and provided opinion regarding which invoices had been paid. Also estimated plaintiff's lost profits based on plaintiff's financial records as well as industry research. (*LCX.com LLC v. Vizio, Inc.*)