# EXHIBIT C

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **IN RE: FORD MOTOR CO. DPS6 POWERSHIFT TRANSMISSION PRODUCTS LIABILITY LITIGATION**<br><br>**THIS DOCUMENT RELATES ONLY TO:**<br><br>*Yvonne Quintero et al. v. Ford Motor Co.*<br>Case No. 2:17-cv-06656 | Case No. 2:18-ML-02814 AB (FFMx)<br><br>The Hon. André Birotte Jr.<br>Courtroom 7B<br><br>**EXPERT REPORT OF DAVID W. HARLESS, PH.D.** |

1. I, David W. Harless, am a Professor of Economics in the School of Business at Virginia Commonwealth University, Richmond, Virginia.  My research specialties are applied econometrics, health economics, and economic analysis of behavior under risk and uncertainty.  I have authored or co-authored more than 45 articles in academic journals, including *Accident Analysis and Prevention, American Economic Review, Econometrica, Health Care Management Review, Health* Economics, *Health Services Research, Medical Care*, and *Medical Care Research and Review*.  I have been a co-investigator on several research grants and I have received several awards for research.  Google Scholar lists nearly 3,000 citations to my research by other scholars.  Attached and marked as Exhibit 2901 to this report is my curriculum vitae.  My current billing rate is $250 per hour.  A list of depositions and court testimony in the past four years is attached as Exhibit 2902.  A list of articles I have published in the last 10 years is attached as Exhibit 2903.  A list of the materials I reviewed as part of my preparation for this report is attached as Exhibit 2967.

2. Plaintiffs allege that model year 2011-2016 Ford Fiesta vehicles and 2012-2016 model year Ford Focus vehicles have a "dangerously defective transmission"[1] and that such vehicles were "unmerchantable at the time of lease and unfit for its intended use, …" and that Ford Motor Company "misrepresented the vehicle's qualities at the time of lease, …"[2]  Plaintiffs claim that the defects and "nonconformities to warranty"  and "Ford and its agent's omissions and/or misrepresentations, …" caused a loss in value to his vehicle.[3]

---

[1] First Amended Complaint, Quintero et al. v. Ford, June 21, 2019, paragraph 1.
[2] Quintero v. Ford, paragraph 12.
[3] Quintero v. Ford, paragraphs 237 and 269.

## Exhibit 2902 Depositions and Court Testimony in the Last four years

- Expert Report of David W. Harless, Ph.D., and George E. Hoffer, Ph.D., in Angela Sanchez-Knutson et al. v. Ford Motor Company, United States District Court, Southern District of Florida. Deposition December 30, 2015.

- Expert Report of David W. Harless, Ph.D., and George E. Hoffer, Ph.D., in Tracy Sanborn and Louis Lucrezia, et al., v. Nissan North America, Inc., United States District Court Southern District of Florida. Deposition March 7, 2016.

- Expert Report of David W. Harless, Ph.D., and George E. Hoffer, Ph.D., in Caesar Contreras, et al., v. Nissan North America, Inc., Superior Court of the State of California, County of Los Angeles, Civil Division. Deposition June 30, 2016.

- Expert Report of David W. Harless, Ph.D., and George E. Hoffer, Ph.D., in William Philips, et al., vs. Ford Motor Company, United States District Court, Northern District of California, San Jose Division. Deposition October 14, 2016.

- Expert Report of David W. Harless, Ph.D., and George E. Hoffer, Ph.D., in David Faltermeier, et al., vs. FCA US LLC, United States District Court, Western District of Missouri. Deposition November 18, 2016.

- Declaration of David W. Harless and George E. Hoffer. in Joshua Rafofsky and Joshua Iron Wing, et al., v. Nissan North America, United States District Court, Central District of California. Deposition January 30-31, 2017.

- Expert Report of David W. Harless, Ph.D., and George E. Hoffer, Ph.D. in Charles Johnson et al., Tony Burnett et al., and Charles Burd et al., vs. Ford Motor Company. United States District Court for the Southern District of West Virginia, Huntington Division. Deposition September 22, 2017.

- Expert Report of David W. Harless, Ph.D., and George E. Hoffer, Ph.D. Brian Flynn and George and Kelly Brown on behalf of themselves and all others similarly situated, vs. FCA US LLC and Harman International Industries, Incorporated. Deposition October 2, 2017.

- Expert Report of David W. Harless, Ph.D. Laura Frances Hays, on behalf of herself and all others similarly situated, Plaintiff, vs. Nissan North America. United States District Court for the Western District of Missouri, Western Missouri. Deposition January 9, 2019.

I declare under penalty of perjury that the forgoing is true and correct.

Executed on July 22, 2019

_____
David W. Harless, Ph.D.