Allen-Michel D. Resnick (SBN 245215)
mresnick@clrattorney.com
Neil Gieleghem (SBN 107389)
ng@clrattorney.com
**CONSUMER LEGAL REMEDIES, APC**
The Resnick Building
331 North Beverly Drive, Suite 2
Beverly Hills, CA 90210
Telephone: (310) 213-1398
Facsimile: (213) 210-2196

Attorneys for CLR Plaintiffs

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

**IN RE: FORD MOTOR CO. DPS6 POWERSHIFT TRANSMISSION PRODUCTS LIABILITY LITIGATION**

**THIS DOCUMENT RELATES ONLY TO:**

*Brown, Christi v. Ford Motor Company, et al., 2:18-cv-04190- AB- FFM; Cannon, Mary v. Ford Motor Company, et al., 2:18-cv-04817-AB- FFM; Einbund, John v. Ford Motor Company, et al., 2:18-cv-02901-AB- FFM; Garza, Maria, et al. v. Ford Motor Company, et al., 2:18-cv- 02745-AB-FFM; Hernandez, Louie v. Ford Motor Company, et al., 2:18-cv- 08736-AB-FFM; Hill, Connie v. Ford Motor Company, et al., 2:18-cv- 04409-AB-FFM; Holmstedt, Kendra v. Ford Motor Company, et al., 2:18-cv- 04328-AB-FFM; Mowrer, Patrick v. Ford Motor Company, et al., 2:18-cv- 04602-AB-FFM; Nichols, Jonathan v. Ford Motor Company, et al., 2:18-cv-08733-AB-FFM; Pisarkiewicz, Christine, et al. Ford Motor Company, et al., 2:18-cv-04423-AB-FFM; Snyder, Holli v. Ford Motor Company, et al., 2:18-cv-04618-AB-FFM; Straw, Trent v. Ford Motor Company, et al., 2:18-cv-04425-AB-FFM; Sullivan, Deborah v. Ford Motor Company, et al., 2:18-cv-04622-AB-FFM; Valencia,*

**Case No. 2:18-ML-02814 AB (FFMx)**

*Assigned to: Hon. André Birotte, Jr.*
*Courtroom 7B*

*Magistrate Fredrick F. Mumm*
*Courtroom 580*

**CLR PLAINTIFFS' NOTICE OF SERVICE OF ATTORNEY SIGNATURES AND PARTY VERIFICATIONS OF SUPPLEMENTAL INTERROGATORY RESPONSES AS TO DISCOVERY RESPONSES AT ISSUE IN FORD'S MOTION FOR SANCTIONS UNDER THIS COURT'S INHERENT POWERS AND/OR FRCP 37(d)**

HEARING DATE: October 8, 2019
Time: 10:00 a.m.
Courtroom: 580, 5th Floor
Magistrate: Hon. Frederick F. Mumm

CONSUMER LEGAL REMEDIES, APC
THE RESNICK BUILDING
331 NORTH BEVERLY DRIVE, SUITE 2, BEVERLY HILLS, CA 90210

CONSUMER LEGAL REMEDIES, APC
THE RESNICK BUILDING
331 NORTH BEVERLY DRIVE, SUITE 2, BEVERLY HILLS, CA 90210

*Victor, et al. v. Ford Motor Company, 2:18-cv-02865-AB-FFM; Vanidestine, Scott, et al. v. Ford Motor Company, 2:18-cv-02618-AB-FFM*

CLR PLAINTIFFS' NOTICE OF SERVICE OF ATTORNEY SIGNATURES AND PARTY VERIFICATIONS OF SUPPLEMENTAL INTERROGATORY RESPONSES

CONSUMER LEGAL REMEDIES, APC
THE RESNICK BUILDING
331 NORTH BEVERLY DRIVE, SUITE 2, BEVERLY HILLS, CA 90210

TO THIS HONORABLE COURT, AND TO ALL PARTIES AND COUNSEL OF RECORD:

PLEASE TAKE NOTICE that, on or about October 9, 2019, the CLR Plaintiffs, whose discovery responses were/are at issue in the Motion for Sanctions Under This Court's Inherent Powers And/Or FCRP 37(d) (DKT #438), heard by the Court (Hon. Fredrick F. Mumm) on October 8, 2019, and taken under submission on that date, served on Ford with courtesy copies via email, Attorney Signatures And Party Verifications of the CLR Plaintiffs' Supplemental Interrogatory Responses in the form attached hereto as Exhibit A.

DATED: October 9, 2019

CONSUMER LEGAL REMEDIES, APC

/s/ *Allen-Michel D. Resnick*
Allen-Michel D. Resnick
Neil Gieleghem
Attorneys for CLR Plaintiffs

CONSUMER LEGAL REMEDIES, APC
THE RESNICK BUILDING
331 NORTH BEVERLY DRIVE, SUITE 2, BEVERLY HILLS, CA 90210

ATTESTATION PURSUANT TO LOCAL RULE 5-4.3.4(a)(2)(i)

I, Allen-Michel D. Resnick, am the ECF User whose identification and password are being used to file this document. In compliance with Civil Local Rule 5-4.3.4(a)(2)(i), I hereby attest that all signatories have concurred in this filing.

Executed on October 9, 2019.

By: /s/ *Allen-Michel D. Resnick*

Allen-Michel D. Resnick

PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

At the time of service, I was over 18 years of age and not a party to this action. I am employed in the County of Los Angeles, State of California. My business address is 331 North Beverly Drive, Suite 2, Beverly Hills, CA 90210.

On October 9, 2019, I served true copies of the following document(s) described as

**CLR PLAINTIFFS' NOTICE OF SERVICE OF ATTORNEY SIGNATURES AND PARTY VERIFICATIONS OF SUPPLEMENTAL INTERROGATORY RESPONSES AS TO DISCOVERY RESPONSES AT ISSUE IN FORD'S MOTION FOR SANCTIONS UNDER THIS COURT'S INHERENT POWERS AND/OR FRCP 37(d)**

on the interested parties in this action as follows:

SERVICE LIST
MDL #2814
Case No. 2:18-ML-02814 AB (FFMx)

Paul R. Kiesel, State Bar No. 119854
kiesel@kiesel.law
Jeffrey A. Koncius, State Bar No. 189803
koncius@kiesel.law
Nicole Ramirez, State Bar No. 279017
ramirez@kiesel.law
KIESEL LAW LLP
8648 Wilshire Boulevard
Beverly Hills, California 90211-2910
Tel: 310-854-4444
Fax: 310-854-0812
Lead/Liaison Counsel for Plaintiffs

Steve Mikhov, State Bar No. 224676
stevenm@knightlaw.com
Russell Higgins, State Bar No. 226124
russellh@knightlaw.com
KNIGHT LAW GROUP LLP
1801 Century Park East, Suite 2300
Los Angeles, CA 90067

Tel: 310-552-4444
Fax: 310-552-7973
Attorneys for Knight Law Group Plaintiffs
Payam Shahian, State Bar No. 228406
pshahian@slpattorney.com
Rowena Santos, State Bar No. 210185
rsantos@slapattorney.com
STRATEGIC LEGAL PRACTICES, APC
1840 Century Park East, Suite 430
Los Angeles, CA 90067
Tel: 310-929-4900
Fax: 310-943-3838
Attorneys for SLP Plaintiffs

Stephen H. Dye, State Bar No. 104385
sdye@schnader.com
Richard J. May, State Bar No. 234684
rmay@schnader.com
SCHNADER HARRISON SEGAL & LEWIS LLP
650 California Street, 19th Floor
San Francisco, CA 94108-2736
Tel: 415-365-6700
Fax: 415-364-6785
Attorneys for Ford Motor Company

H. Paul Efstratis, Esq., State Bar No. 242373
Paul.efstratis@lewisbrisbois.com
Lewis Brisbois Bisgaard & Smith LLP
333 Bush Street, Ste 1100
San Francisco, CA 94104-2875
Tel: 415-362-2580
Fax: 415-434-08882
Attorneys for Defendant Ford Motor Company

John M. Thomas, State Bar No. 266842
jthomas@dykema.com
DYKEMA GOSSETT PLLC
2723 South State Street, Suite 400
Ann Arbor, MI 48104
Tel: 734-214-7613
Fax: 734-214-7696

Attorneys for Ford Motor Company in MDL #2814 Cases

Amir Nassihi, State Bar No. 235936
anassihi@shb.com
SHOOK HARDY BACON
One Montgomery, Suite 2700
San Francisco, CA 94104-4505
Tel: 415-544-1900
Fax: 415-391-0281
Attorneys for Ford Motor Company in MDL #2814 Cases

Spencer P. Hugret, State Bar No. 240424
shugret@gordonrees.com
Molly J. Mrowka (SBN 190133)
mmrowka@grsm.com
GORDON REES SCULLY MANSUKHANI LLP
Embarcadero Center West
275 Batter Street, Suite 2000
San Francisco, CA 94111
Tel: 415-986-5900
Fax: 415-986-8054
Attorneys for Ford Motor Company in MDL #2814 Cases

[X] (BY E-FILE) The above document was served on the interested party named above by electronic means via E-file.

[ ] (BY MAIL) The envelope was mailed with postage thereon fully prepaid. As follows: I am "readily familiar" with this office's practice of collecting and processing correspondence for mailing. Under that practice it would be deposited with U.S. Postal Service on that same day with postage thereon fully prepaid at Los Angeles, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

[ ] (BY PERSONAL SERVICE) I caused to be delivered such envelope by hand to the addressee.

[X] (FEDERAL] I declare that I am a member of the Bar of this Court.

Executed on October 9, 2019, at Beverly Hills, CA.

/s/ *Allen-Michel D. Resnick*