UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| Case No. | ML18-2814 AB (FFMx) | Date | October 8, 2019 |
|---|---|---|---|
| Title | In Re Ford Motor Company DPS6 Powershift Transmission Products Liability Litigation | | |

| Present: The Honorable | Frederick F. Mumm, United States Magistrate Judge |
|---|---|

| James Munoz | CS 10/08/19 |
|---|---|
| Deputy Clerk | Court Smart / Recorder |

| Attorney Present for Plaintiff: | Attorneys Present for Defendant: |
|---|---|
| Neil Geileghem<br>Allen-Michael Resnick | Brittany Wilson<br>Amir Nassihi |

**Proceedings:** **DEFENDANT'S MOTION FOR SANCTIONS - 438**

Case called. Counsel make their appearance. Court hears argument.

Defendant's motion for sanctions is taken under submission as stated on the record.

:22
JM