1  Amir Nassihi (SBN 235936)
   anassihi@shb.com
2  M. Kevin Underhill (SBN 208211)
   kunderhill@shb.com
3  Shook, Hardy & Bacon LLP
4  One Montgomery, Suite 2600
   San Francisco, California 94104
5  Tel: 415.544.1900 Fax: 415.391.0281

6
   John M. Thomas (SBN 266842)
7  jthomas@dykema.com
   Dykema Gossett PLLC
8  2723 South State Street, Suite 400
   Ann Arbor, MI 48104
9  Tel: 734.214.7613 Fax: 734.214.7696

10
   Spencer P. Hugret (SBN 240424)
11 shugret@grsm.com
   Gordon Rees Scully Mansukhani LLP
12 Embarcadero Center West
   275 Battery Street, Suite 2000
13 San Francisco, CA 94111
14 Tel: 415.986.5900 Fax: 415.986.8054

15 Attorneys for Defendant
   Ford Motor Company
16

17                  UNITED STATES DISTRICT COURT
                   CENTRAL DISTRICT OF CALIFORNIA
18                        WESTERN DIVISION

19

| | |
|---|---|
| **IN RE: FORD MOTOR CO. DPS6 POWERSHIFT TRANSMISSION PRODUCTS LIABILITY LITIGATION** | Case No. 2:18-ML-02814 AB (FFMx) <br><br> Assigned to Hon. André Birotte Jr. Courtroom 7B |
| **THIS DOCUMENT RELATES ONLY TO:** <br><br> *Mark Pedante v. Ford Motor Co.* <br> Case No. 2:17-cv-06656 | **FORD'S NOTICE OF MOTION AND MOTION IN LIMINE TO EXCLUDE SPOLIATED EVIDENCE OF POST-LAWSUIT REPAIRS** <br><br> Date: October 24, 2019 <br> Time: 9:00 a.m. |

**TO THE COURT AND ALL PARTIES AND COUNSEL OF RECORD**

  **PLEASE TAKE NOTICE** that on October 24, 2019 at 9:00 a.m. or as soon thereafter as the matter may be heard in the Courtroom of the Honorable Andre Birotte, Jr., sitting in the United States Courthouse, Courtroom 7B, 350 West First Street, Los Angeles, CA 90012, Defendant Ford Motor Company will and hereby does move this Court for an Order granting Ford's Motion In Limine To Exclude Spoliated Evidence of Post-Lawsuit Repairs.

  This Motion is made following the conference of counsel pursuant to L.R. 7-3 which took place on October 8, 2019.

  This Motion is based on this Notice of Motion, the concurrently-filed Memorandum in Support and the exhibits attached thereto, the pleadings and papers on file in this action, and such oral and documentary evidence as may be presented at the hearing on this Motion.

October 11, 2019

Respectfully submitted,

DYKEMA GOSSETT PLLC

By: /s/ *John M. Thomas*
  John M. Thomas

  SHOOK, HARDY & BACON LLP
  M. Kevin Underhill
  Amir Nassihi

  GORDON REES SCULLY MANSUKHANI LLP
  Spencer P. Hugret

  Attorneys for Defendant
  Ford Motor Company