Frank P. Kelly, III (SBN 083473)
fkelly@shb.com
Amir Nassihi (SBN 235936)
anassihi@shb.com
M. Kevin Underhill (SBN 208211)
kunderhill@shb.com
Shook, Hardy & Bacon LLP
One Montgomery, Suite 2600
San Francisco, California 94104
Tel: 415.544.1900 Fax: 415.391.0281

John M. Thomas (SBN 266842)
jthomas@dykema.com
Dykema Gossett PLLC
2723 South State Street, Suite 400
Ann Arbor, MI 48104
Telephone: (734) 214-7613
Facsimile: (734) 214-7696

Spencer P. Hugret (SBN 240424)
shugret@grsm.com
Gordon Rees Scully Mansukhani, LLP
275 Battery Street, Suite 2000
San Francisco, CA 94111
Telephone: (415) 986-5900
Facsimile: (415) 986-8054

Attorneys for Defendant
Ford Motor Company

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION

| | |
|---|---|
| IN RE: FORD MOTOR CO. DPS6 POWERSHIFT TRANSMISSION PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES ONLY TO:<br><br>*MARK PEDANTE V. FORD MOTOR COMPANY,* Case No. 2:17-CV-06656-AB-FFM<br><br>_____<br>_____ | No. 2:18-ml-2814-AB (FFMx)<br><br>Assigned to the Hon. André Birotte, Jr. Courtroom 7B<br><br>**FORD'S NOTICE OF MOTION AND MOTION IN LIMINE NO. 4 TO PRECLUDE REFERENCES TO LITIGATION CONDUCT, AND OTHER IMPROPER TRIAL TACTICS**<br><br>Date:     October 24, 2019<br>Time:    9:00 a.m. |

**TO THE COURT AND ALL PARTIES AND COUNSEL OF RECORD:**

PLEASE TAKE NOTICE that on October 24, 2019 at 9:00 a.m., or as soon thereafter as the matter may be heard in the courtroom of the Honorable André Birotte Jr., sitting in the United States Courthouse, Courtroom 7B, 350 West First Street, Los Angeles, CA 90012, defendant Ford Motor Company will and hereby does move this Court for an Order granting Ford's Motion in Limine No. 4 to Preclude References to Litigation Conduct, and Other Improper Trial Tactics.

This Motion is made following the conference of counsel pursuant to L.R. 7-3, which took place on October 8, 2019.

This Motion is based on this Notice of Motion, the concurrently filed Memorandum of Points and Authorities, the Declaration of Amir Nassihi, the pleadings and papers on file in this action, and such oral and documentary evidence as may be presented at the hearing on this Motion.

October 11, 2019                              Respectfully submitted,

                                              SHOOK, HARDY & BACON LLP

                                              By: */s/ Frank Kelly*

                                              SHOOK, HARDY & BACON LLP
                                              Frank Kelly
                                              Amir Nassihi

                                              DYKEMA GOSSETT PLLC
                                              John M. Thomas

                                              GORDON REES SCULLY MANSUKHANI LLP
                                              Spencer P. Hugret

                                              Attorneys for Defendant
                                              Ford Motor Company