1
2
3
4
5
6
7
8

NOTE: CHANGES MADE BY THE COURT

9

# UNITED STATES DISTRICT COURT

10

## CENTRAL DISTRICT OF CALIFORNIA

11
12
13

**IN RE FORD MOTOR CO. DPS6 POWERSHIFT TRANSMISSION PRODUCTS LIABILITY LITIGATION**

**Case No. 2:18-ml-02814-AB-FFM**

Assigned to: Judge André Birotte, Jr.
Courtroom 7B

14
15
16

**[~~PROPOSED~~] ORDER GRANTING SECOND STIPULATION OF THE PARTIES RE PRE-TRIAL DEADLINES IN THE *PEDANTE* MATTER**

**THIS DOCUMENT RELATES TO:**

17
18

*Pedante v. Ford Motor Co.*,
2:17-cv-06656-AB-FFM

Action filed:      02/06/2018
First trial date:    11/05/2019

19
20
21

*Also applies to*
*Cannon v. Ford Motor Co.*,
2:18-cv-04817-AB-FFM

22
23
24
25
26
27
28

Pursuant to Stipulation, and for good cause shown, it is hereby ORDERED:

1. That the Final Pretrial Conference in the *Cannon* matter is continued from October 30, 2019 to November 13, 2019 at 9:00 am.

2. The Final Pretrial Conference in the *Pedante* matter is continued from October 24, 2019 to October 30, 2019 at 9:00 am.  The hearing on the motion for summary judgment in the *Pedante* matter remains on October 24, 2019 at 9:00 am.

3. The schedule for the exchange of, and objections to, certain pre-trial information and documents in the matter of *Pedante v. Ford Motor Company*, is as follows:

   Exchange Date:    October 15, 2019 [*This includes disclosure of trial exhibits, disclosure of trial witnesses, evidentiary matters, and deposition designations, proposed jury instructions, proposed verdict forms*]

   Objections Date:   October 23, 2019 [*This includes objections to proposed jury instructions and verdict forms, objections to deposition designations*]

4. The briefing schedule for Motions *in Limine* only (Dkt. Nos. 509, 511, 512, 520-525), in the *Pedante* matter is modified as follows:

   Meet/Confer:              October 9, 2019

   Exchange/Filing Date:   October 15, 2019 (15-page limit)

   Oppositions Date:        October 23, 2019 (15-page limit)

   Hearing date:            October 30, 2019 at 9:00 am

5. The schedule for remaining pre-trial filings in the matter of *Pedante v. Ford Motor Company*, is as follows:

   Filing Date:    October 28, 2019

   [*This includes memoranda of contentions of fact and law, witness lists, joint exhibit list, joint status report re settlement, Final*

1

*Pretrial Conference Order, Agreed and Disputed Jury Instructions, Joint and Disputed Proposed Verdict Form, Joint Proposed Statement of Case, Proposed Additional Voir Dire Questions]*

2

3

4

5   IT IS SO ORDERED.

6

Dated: October 17, 2019

7

_____ANDRÉ BIROTTE JR.

8   _____

U.S. DISTRICT COURT JUDGE

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28