UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| Case No.: | ML 18-02814-AB (FFMx) | Date: | October 24, 2019 |
|---|---|---|---|

| Title: | In Re Ford Motor Co. DPS6 Powershift Transmission Products Liability Litigation |
|---|---|

Present: The Honorable **ANDRÉ BIROTTE JR., United States District Judge**

| Carla Badirian | Chia Mei Jui |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| Paul R Kiesel | John Mark Thomas |
| Stephanie Michelle Taft | Spencer Peter Hugret |
| Russell W Higgins | Andrew Chang |
| Allen-Michael D Resnick | Amy Patricia Maclear (Telephonic) |
| John Neil Gieleghem | Douglas Lampe (Telephonic) |
| Radomir Roger Kirnos | Amir M Nassihi (Telephonic) |
| Daniel Tai (Telephonic) | Molly Mrowka (Telephonic) |
| | Samantha Burnett (Telephonic) |

**Proceedings:**

1) DEFENDANT FORD MOTOR COMPANY'S MOTION TO EXCLUDE PLAINTIFFS' EXPERT ANTHONY G. MICALE FROM TESTIFYING AT TRIAL, *as it relates to Mark Pedante v. Ford Motor Co.* [462];

2) DEFENDANT FORD MOTOR COMPANY'S MOTION TO EXCLUDE PLAINTIFFS' EXPERT DARRELL BLASJO FROM TESTIFYING AT TRIAL, *as it relates Pedante* [463];

3) FORD'S DAUBERT MOTION TO EXCLUDE TESTIMONY AND OPINIONS OF BARBARA LUNA AT TRIAL, *as it relates*

*to Pedante* [464];

4) DEFENDANT FORD MOTOR COMPANY'S MOTION TO
EXCLUDE TESTIMONY AND OPINIONS OF PLAINTIFF'S
EXPERT WITNESS, STEVEN R. MILLER [467];

5) FORD'S MOTION FOR SUMMARY JUDGMENT *as it relates
to Pedante* [470]

The Courtroom Deputy Clerk distributes the Court's tentative Order on the motion for summary judgment prior to the case being called.

The Court having carefully considered the papers and the evidence submitted by the parties, and having heard the oral argument of counsel, hereby takes the motions under submission.

Court and counsel confer. Defendant Ford Motor Company WITHDRAWS its Application for Leave to File Motions to Compel Arbitration and Set Briefing Schedules (Dkt. No. 569), and the Court DENIES Defendant's Ex Parte Motion to Continue Trial (Dkt. No. 543).

Within one week from today, Defendant shall notify Plaintiffs which cases they intend to file Motions to Compel Arbitration on. The Court sets the following briefing schedule:

Motion filing date: February 14, 2020
Opposition:        February 21, 2020
Reply:             February 26, 2020
Hearing:           March 4, 2020 at 9:00 a.m.

For the reasons stated on the record, the Court continues the Jury Trial in the *Mary Cannon* matter from November 19, 2019 to April 7, 2020 and continues the Jury Trial in the *Christi Brown* matter from January 7, 2020 to April 28, 2020. All other pending hearings and filing deadlines for these cases are vacated. Promptly after the sanctions issue is resolved, and depending on the resolution of that issue, the parties must meet and confer and file a Stipulation and Proposed Order proposing new dates for any outstanding hearings and deadlines vacated by this order. To ensure a clear record, the Stipulation shall also indicate for any already-filed motion the docket numbers of any of the papers already filed as to that motion.

CV-90 (12/02)                    **CIVIL MINUTES - GENERAL**                    Initials of Deputy Clerk CB