

On behalf of JULIO A. CASTILLO, Clerk of the District of Columbia Court of Appeals, the District of Columbia Bar does hereby certify that

*Robert S Peck*

was duly qualified and admitted on July 10, 1989 as an attorney and counselor entitled to practice before this Court; and is, on the date indicated below, an Active member in good standing of this Bar.

**In Testimony Whereof,
I have hereunto subscribed my
name and affixed the seal of this
Court at the City of
Washington, D.C., on
November 20, 2019.**

*Julio A. Castillo*

**JULIO A. CASTILLO
Clerk of the Court**

Issued By:
District of Columbia Bar Membership

For questions or concerns, please contact the D.C. Bar Membership Office at 202-626-3475 or email memberservices@dcbar.org.

# NEW YORK STATE UNIFIED COURT SYSTEM



**Attorney Search**

**Attorney Registration**

**Registered In-House Counsel Search**

**In-House Counsel Registration**

**Legal Consultant Registration**

**Resources**

**E-Courts**

**Contact Us**

## Attorney Detail
as of 12/03/2019

| | |
|---|---|
| **Registration Number:** | 1635333 |
| | **ROBERT S. PECK** |
| | CENTER FOR CONSTITUTIONAL LITIGATION, PC |
| | 455 MASSACHUSETTS AVE NW STE 152 |
| | WASHINGTON, DC 20001-2621 |
| | United States |
| | (202) 944-2874 |
| **E-mail Address:** | ROBERT.PECK@CCLFIRM.COM |
| **Date Admitted in NY:** | 05/21/1979 |
| **Appellate Division Department of Admission:** | 1 |
| **Law School:** | NEW YORK UNIV. SCHOOL OF LAW, 1978 |
| | YALE LAW SCHOOL |
| **Registration Status:** | Currently registered |
| **Next Registration:** | Dec 2020 |

**Disciplinary History:**

Suspended    **Effective Date:** 06/07/1999
             **End Date:** 09/22/2009

*Ordered by Appellate Division 1st Department*

**View Possible Court Decisions Imposing Discipline**

[Search Again]

**COURTS**

**LITIGANTS**

**ATTORNEYS**

**JURORS**

**JUDGES**

**CAREERS**

**SEARCH**

The Detail Report above contains information that has been provided by the attorney listed, with the exception of REGISTRATION STATUS, which is generated from the OCA database. Every effort is made to insure the information in the database is accurate and up-to-date.

The good standing of an attorney and/or any information regarding disciplinary actions must be confirmed with the appropriate Appellate Division Department. Information on how to contact the **Appellate Divisions** of the Supreme Court in New York is available at www.nycourts.gov/courts.

If the name of the attorney you are searching for does not appear, please try again with a different spelling. In addition, please be advised that attorneys listed in this database are listed by the name that corresponds to their name in the Appellate Division Admissions file. There are attorneys who currently use a name that differs from the name under which they were admitted. If you need additional information, please contact the NYS Office of Court Administration, Attorney Registration Unit at 212-428-2800 or attyreg@nycourts.gov.