Name and address:
KNIGHT LAW GROUP, LLP
Steve Mikhov (SBN 224676)
stevemusfc@knightlaw.com
10250 Constellation Blvd. Suite 2500
Los Angeles, CA 90067

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In Re Ford Motor Co. DPS6 Powershift Transmission Products Liability Litigation<br><br>v.<br><br>Plaintiff(s)<br><br>Defendant(s). | CASE NUMBER<br>2:18-ml-02814<br><br>**(PROPOSED) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE*** |

**The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by**

Peck, Robert S.
*Applicant's Name (Last Name, First Name & Middle Initial)*

(202)-944-2874        (646) 365-3382
*Telephone Number*     *Fax Number*

robert.peck@cclfirm.com
*E-Mail Address*

of

CENTER FOR CONSTITUTIONAL LITIGATION, P.C.
455 Massachusetts Avenue, N.W., Suite 152
Washington, DC 20001
*Firm/Agency Name & Address*

**for permission to appear and participate in this case on behalf of**

Knight Law Plaintiff(s)
*Name(s) of Party(ies) Represented*

[X] *Plaintiff(s)*  [ ] *Defendant(s)*  [ ] *Other:* _____

**and designating as Local Counsel**

Mikhov, Steve B.
*Designee's Name (Last Name, First Name & Middle Initial)*

224676        (310) 552-2250        (310) 552-7973
*Designee's Cal. Bar No.*  *Telephone Number*  *Fax Number*

stevemusfc@knightlaw.com
*E-Mail Address*

of

Knight Law Group, LLP
10250 Constellation Blvd., Suite 2500
Los Angeles, CA 90067
*Firm/Agency Name & Address*

**HEREBY ORDERS THAT the Application be:**

[ ] GRANTED.
[ ] DENIED:  [ ] for failure to pay the required fee.
            [ ] for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.
            [ ] for failure to complete Application: _____
            [ ] pursuant to L.R. 83-2.1.3.2: [ ] Applicant resides in California; [ ] previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.
            [ ] pursuant to L.R. 83-2.1.3.4; Local Counsel: [ ] is not member of Bar of this Court; [ ] does not maintain office in District.
            [ ] because _____

**IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid:** [ ] be refunded  [ ] not be refunded.

Dated _____                                              _____
                                                                    U.S. District Judge/U.S. Magistrate Judge

G–64 ORDER (5/16)   (PROPOSED) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE*   Page 1 of 1