Name and address:
KNIGHT LAW GROUP, LLP
Steve Mikhov (SBN 224676)
stevemusfc@knightlaw.com
10250 Constellation Blvd. Suite 2500
Los Angeles, CA 90067

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

In Re Ford Motor Co. DPS6 Powershift Transmission Products Liability Litigation

Plaintiff(s),

v.

Defendant(s).

CASE NUMBER

2:18-ml-02814

(~~PROPOSED~~) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE*

The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by

Peck, Robert S.
*Applicant's Name (Last Name, First Name & Middle Initial)*

(202)-944-2874
*Telephone Number*

(646) 365-3382
*Fax Number*

robert.peck@cclfirm.com
*E-Mail Address*

of CENTER FOR CONSTITUTIONAL LITIGATION, P.C.
455 Massachusetts Avenue, N.W., Suite 152
Washington, DC 20001
*Firm/Agency Name & Address*

for permission to appear and participate in this case on behalf of
Knight Law Plaintiff(s)

*Name(s) of Party(ies) Represented*

☒ Plaintiff(s)  ☐ Defendant(s)  ☐ Other: _____

and designating as Local Counsel

Mikhov, Steve B.
*Designee's Name (Last Name, First Name & Middle Initial)*

224676
*Designee's Cal. Bar No.*

(310) 552-2250
*Telephone Number*

(310) 552-7973
*Fax Number*

stevemusfc@knightlaw.com
*E-Mail Address*

of Knight Law Group, LLP
10250 Constellation Blvd., Suite 2500
Los Angeles, CA 90067
*Firm/Agency Name & Address*

**HEREBY ORDERS THAT the Application be:**

☒ GRANTED.
☐ DENIED: ☐ for failure to pay the required fee.
☐ for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.
☐ for failure to complete Application: _____
☐ pursuant to L.R. 83-2.1.3.2: ☐ Applicant resides in California; ☐ previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.
☐ pursuant to L.R. 83-2.1.3.4; Local Counsel: ☐ is not member of Bar of this Court; ☐ does not maintain office in District.
☐ because _____

IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid: ☐ be refunded ☐ not be refunded.

Dated    December 10, 2019

_____
U.S. District Judge/~~U.S. Magistrate Judge~~

G-64 ORDER (5/16)    (PROPOSED) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE*    Page 1 of 1