Frank Kelly (SBN 083473)
fkelly@shb.com
Andrew L. Chang (SBN 222309)
achang@shb.com
Shook, Hardy & Bacon LLP
One Montgomery, Suite 2600
San Francisco, California 94104
Tel: 415.544.1900 Fax: 415.391.0281

Spencer P. Hugret (SBN 240424)
shugret@grsm.com
Gordon Rees Scully Mansukhani LLP
Embarcadero Center West
275 Battery Street, Suite 2000
San Francisco, CA 94111
Tel: 415.986.5900 Fax: 415.986.8054

Attorneys for Defendant
Ford Motor Company

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| **IN RE: FORD MOTOR CO. DPS6 POWERSHIFT TRANSMISSION PRODUCTS LIABILITY LITIGATION**<br><br>**THIS DOCUMENT RELATES ONLY TO:**<br><br>*YVONNE QUINTERO and SALVADOR QUINTERO v. FORD MOTOR COMPANY, ET AL.*, Case no. 2:18-CV-01912-AB-FFM | No. 2:18-ml-2814-AB (FFMx)<br><br>Assigned to the Hon. André Birotte, Jr.<br><br>**DEFENDANT FORD MOTOR COMPANY'S NOTICE OF MOTION AND MOTION FOR JUDGMENT AS A MATTER OF LAW [FED. R. CIV. PROC. 50(A)]**<br><br>Hearing Date: December 16, 2019<br>Courtroom: 7B |

**TO THE COURT AND ALL PARTIES AND COUNSEL OF RECORD:**

PLEASE TAKE NOTICE that on December 17, 2019 at 8:30 a.m., or as soon thereafter as the matter may be heard in the courtroom of the Honorable André Birotte Jr., sitting in the United States Courthouse, Courtroom 7B, 350 West First Street, Los Angeles, CA 90012, defendant Ford Motor Company will and hereby does move this Court for an Order for Judgment as a matter of law in its favor and against Plaintiffs Salvador and Yvonne Quintero pursuant to Federal Rule of Civil Procedure 50(a).

This motion is made pursuant to Federal Rule of Civil 50 based on the grounds:

(1) That Ford is entitled to judgment as a matter of law as to Plaintiffs' First Cause of Action because Plaintiffs failed to present sufficient evidence that Ford was provided a reasonable number of opportunities to repair Plaintiffs' vehicle as required under California Civil Code Section 1793.2.

(2) That Plaintiffs are not entitled to civil penalties Plaintiffs failed to present sufficient evidence that Ford willfully violated the Song-Beverly Act, as required to award civil penalties under California Civil Code Section 1794(c).

(3) That Ford is entitled to judgment as a matter of law as to Plaintiffs' Second Cause of Action for breach of implied warranty because Plaintiffs failed to present sufficient evidence that their vehicle was not fit for its ordinary purpose as required to award an implied warranty claim under California Civil Code Section 1791.1.

(4) That Plaintiffs cannot claim revocation pursuant to their second cause of action because Plaintiffs failed to timely revoke acceptance of their vehicle as required to obtain relief for implied warranty under California Civil Code Section 1794(b).

This Motion is based on this Notice of Motion and Motion, the concurrently filed Memorandum of Points and Authorities, the Declaration of Andrew Chang, the pleadings and papers on file in this action, and such oral and documentary evidence

as may be presented at the hearing on this Motion.

December 16, 2019

Respectfully submitted,

SHOOK, HARDY & BACON LLP

By: */s/ Andrew Chang*

Attorneys for Defendant
FORD MOTOR COMPANY