UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE FORD MOTOR CO. DPS6 POWERSHIFT TRANSMISSION PRODUCTS LIABILITY LITIGATION<br><br>THIS ORDER RELATES ONLY TO: BROWN v. FORD, 2:18-cv-4190 AB (FFMx); CANNON v. FORD, 2:18-cv-4817 AB (FFMx); EINBUND v. FORD, 2:18-cv-2901 AB (FFMx); GARZA v. FORD, 2:18-cv-2745 AB (FFMx); HERNANDEZ v. FORD, 2:18-cv-8736 AB (FFMx); HILL v. FORD, 2:18-cv-4409 AB (FFMx); HOLMSTEDT v. FORD, 2:18-cv-4328 AB (FFMx); MOWRER v. FORD, 2:18-cv-4602 AB (FFMx); NICHOLS v. FORD, 2:18-cv-8733 AB (FFMx); PISARKIEWICZ v. FORD, 2:18-cv-4423 AB (FFMx); SNYDER v. FORD, 2:18-cv-4618 AB (FFMx); STRAW v. FORD, 2:18-cv-4425 AB (FFMx); SULLIVAN v. FORD, 2:18-cv-4622 AB (FFMx); VALENCIA v. FORD, 2:18-cv-2865 AB (FFMx); VANIDESTINE v. FORD, 2:18-cv-2618 AB (FFMx) | No. 2:18-ML-02814 AB (FFM)<br><br>ORDER ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the entire record in this action, the Report and Recommendation of United States Magistrate Judge ("Report") (Dkt. 549), the objections to the Report and the response to the objections. Good cause appearing, the Court concurs with and accepts the findings of fact, conclusions of law,

and recommendations contained in the Report after having made a de novo determination of the portions to which objections were directed.

IT IS ORDERED that judgment be entered dismissing with prejudice the following case numbers:

BROWN v. FORD, 2:18-cv-4190 AB (FFMx);
CANNON v. FORD, 2:18-cv-4817 AB (FFMx);
EINBUND v. FORD, 2:18-cv-2901 AB (FFMx);
GARZA v. FORD, 2:18-cv-2745 AB (FFMx);
HERNANDEZ v. FORD, 2:18-cv-8736 AB (FFMx);
HILL v. FORD, 2:18-cv-4409 AB (FFMx);
HOLMSTEDT v. FORD, 2:18-cv-4328 AB (FFMx);
MOWRER v. FORD, 2:18-cv-4602 AB (FFMx);
NICHOLS v. FORD, 2:18-cv-8733 AB (FFMx);
PISARKIEWICZ v. FORD, 2:18-cv-4423 AB (FFMx);
SNYDER v. FORD, 2:18-cv-4618 AB (FFMx);
STRAW v. FORD, 2:18-cv-4425 AB (FFMx);
SULLIVAN v. FORD, 2:18-cv-4622 AB (FFMx);
VALENCIA v. FORD, 2:18-cv-2865 AB (FFMx); and
VANIDESTINE v. FORD, 2:18-cv-2618 AB (FFMx).

DATED: December 26, 2019

ANDRÉ BIROTTE, JR.
UNITED STATES DISTRICT JUDGE