Frank Kelly (SBN 083473)
fkelly@shb.com
Andrew L. Chang (SBN 222309)
achang@shb.com
Shook, Hardy & Bacon LLP
One Montgomery, Suite 2600
San Francisco, California 94104
Tel: 415.544.1900 Fax: 415.391.0281

Spencer P. Hugret (SBN 240424)
shugret@grsm.com
Gordon Rees Scully Mansukhani LLP
Embarcadero Center West
275 Battery Street, Suite 2000
San Francisco, CA 94111
Tel: 415.986.5900 Fax: 415.986.8054

Attorneys for Defendant
Ford Motor Company

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| **IN RE: FORD MOTOR CO. DPS6 POWERSHIFT TRANSMISSION PRODUCTS LIABILITY LITIGATION**<br><br>**THIS DOCUMENT RELATES ONLY TO:**<br><br>*YVONNE QUINTERO and SALVADOR QUINTERO v. FORD MOTOR COMPANY,, Case no. 2:18-CV-01912-AB-FFM* | No. 2:18-ml-2814-AB (FFMx)<br><br>Assigned to the Hon. André Birotte, Jr.<br><br>**DEFENDANT FORD MOTOR COMPANY'S NOTICE OF MOTION AND MOTION FOR ORDER MODIFYING PLAINTIFFS' PROPOSED JUDGMENT OR, IN THE ALTERNATIVE, TO SET BENCH TRIAL ON FORD'S EQUITABLE DEFENSE**<br><br>Courtroom: 7B<br>Hearing Date/Time: To be Set by Court |

**TO THE COURT AND ALL PARTIES AND COUNSEL OF RECORD:**

PLEASE TAKE NOTICE that, pursuant to the Court's January 13, 2020 Order Granting Stipulation of the Parties to Set Briefing and Hearing Schedule Regarding Proposed Judgment, on a date to be set by the Court at its convenience, or as soon thereafter as the matter may be heard in the courtroom of the Honorable André Birotte Jr., sitting in the United States Courthouse, Courtroom 7B, 350 West First Street, Los Angeles, CA 90012, Defendant Ford Motor Company will and hereby does move this Court for an Order granting Ford's Motion for Order Modifying Plaintiffs' Proposed Judgment Or, in the Alternative, to Set Bench Trial on Ford's Equitable Defense, including that the Court:

1) Modify Plaintiffs' proposed judgment, pursuant to Ford's objections, to enter a judgment setting forth judgment in Plaintiffs' favor to their express-warranty claim and Plaintiffs' abandonment of their implied-warranty claim; or

2) Set a bench trial to resolve Ford's equitable defense to Plaintiffs' implied-warranty claim.

This Motion is made following the conference of counsel pursuant to L.R. 7-3, which took place on January 6 and 10, 2020.

This Motion is based on this Notice of Motion, the concurrently filed Memorandum of Points and Authorities, the Declaration of Andrew Chang, the pleadings and papers on file in this action, and such oral and documentary evidence as may be presented at the hearing on this Motion.

January 24, 2020                          Respectfully submitted,

                                          SHOOK, HARDY & BACON LLP
                                          By: */s/ Andrew L. Chang*

                                          Andrew L. Chang
                                          Attorneys for Defendant
                                          Ford Motor Company

4826-6352-5298 v1