KIESEL LAW LLP
Paul R. Kiesel (SBN 119854)
kiesel@kiesel.law
Jeffrey A. Koncius (SBN 189803)
koncius@kiesel.law
Stephanie M. Taft (SBN 311599)
taft@kiesel.law
8648 Wilshire Boulevard
Beverly Hills, California 90211-2910
Tel: 310-854-4444
*Lead/Liaison Counsel for Plaintiffs*

KNIGHT LAW GROUP LLP
Steve Mikhov (SBN 224676)
Roger Kirnos (SBN 283163)
10250 Constellation Blvd., Suite 2500
Los Angeles CA 90067
Telephone: (310) 552-2250

*Lead Counsel for Plaintiffs*

SHOOK HARDY BACON
Amir Nassihi (SBN 235936)
anassihi@shb.com
One Montgomery, Suite 2700
San Francisco, CA 94104-4505
Tel: 415-544-1900
*Lead Counsel for Defendant*
FORD MOTOR COMPANY

GORDON REES SCULLY
MANSUKHANI LLP
Spencer P. Hugret (SBN 240424)
shugret@gordonrees.com
Amy P. Maclear (SBN 215638)
amaclear@grsm.com
Embarcadero Center West
275 Battery Street, Suite 2000
San Francisco, CA 94111
Tel: 415-986-5900

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **IN RE: FORD MOTOR CO. DPS6 POWERSHIFT TRANSMISSION PRODUCTS LIABILITY LITIGATION**<br><br>THIS DOCUMENT RELATES TO:<br><br>ALL CASES_____ | **Case No. 2:18-ML-02814 AB (FFMx)**<br><br>Assigned to: Judge Andre Birotte, Jr.<br><br>**PLAINTIFFS' AND FORD MOTOR COMPANY'S JOINT STATEMENT RE: SECOND IDP TRIAL PICKS** |

TO THE COURT, THE PARTIES AND THEIR COUNSEL OF RECORD:

Pursuant to this Court's Order from the May 13, 2020 Status Conference, the Parties have selected their "trial picks" to proceed on November 3, 2020 and November 17, 2020.

**Plaintiffs' Trial Pick**

Plaintiffs select *Altamirano-Torres, Lorenzo v. FMC,* 2:17-cv-07338-AB-FFM (C.D. Cal.). Plaintiffs request that this case proceed first, on November 3, 2020, since Plaintiffs maintain the burden of proof for each case.

**Ford's Trial Pick**

Ford selects *Hobart v. FMC,* 2:18-cv-01893-AB-FFM (C.D. Cal.).

Ford proposes, for the reasons articulated above, that its trial pick should proceed to trial first on November 3, 2020. Ford Motor Company ("Ford") contends that Plaintiffs maintain the burden of proof in every case no matter what case is ultimately selected to proceed first to trial in the next wave of IDP trials. As such, Ford proposed a reasonable position that since Plaintiff selected the first trial in this MDL (*Mark Pedante v. Ford Motor Company,* 2:17-cv-06656) that Ford's IDP trial pick should proceed first in the next round of trial settings. However, Plaintiffs' counsel summarily rejected that proposed compromise maintaining since they have the burden of proof in each case, then their trial pick selections should proceed first (on November 3, 2020).

Dated: May 15, 2020                                         Respectfully Submitted,

                                                     **KIESEL LAW LLP**
                                                     /s/ Stephanie Taft_____
                                                     Paul R. Kiesel
                                                     Jeffrey A. Koncius
                                                     Stephanie M. Taft

| | | |
|---|---|---|
| 1 | | *Lead/Liaison Counsel for Plaintiffs* |
| 2 | Dated: May 15, 2020 | /s/ *Spencer P. Hugret* |
| 3 | | GORDON REES SCULLY MANSUKHANI |
| 4 | | Spencer Hugret |
| 5 | | |
| 6 | | SHOOK HARDY BACON<br>Amir Nassihi |
| 7 | | |
| 8 | | *Co-Lead Counsel for Defendant*<br>FORD MOTOR COMPANY |