# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: FORD MOTOR CO. DPS6 POWERSHIFT TRANSMISSION PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>**ALL CASES** | **Case No. 2:18-ML-02814 AB (FFMx)**<br><br>Assigned to: Judge Andre Birotte, Jr.<br>Courtroom 7B<br><br>**[PROPOSED] ORDER REGARDING INSTENSIVE SETTLEMENT PROGRAM** |

Pursuant to the Parties' Joint Status Report Regarding an Intensive Settlement Program submitted on June 3, 2020, the Court orders as follows:

Organized by Lead/Liaison Counsel for Plaintiffs, all parties in the individual actions pending in the MDL shall participate in the settlement process described herein. The participants shall use their best efforts and participate in good faith to resolve the cases during this process.

    A.    <u>First Stage: Formal Demands</u>

On or before **August 10, 2020**, counsel for plaintiffs in each case shall submit a formal settlement demand to counsel for Ford. Each demand must be in writing and must include the basis for the amount sought, and accompanied by a fact sheet signed by the individual plaintiff. Individual plaintiffs' counsel shall

confer with their clients for purposes of formulating the demands, and each demand shall be accompanied by a Plaintiff Fact Sheet.[1] The demands shall not be filed with the Court. To the extent the demands include sums related to extra compensatory/punitive damages, plaintiffs shall delineate those amounts so that, if feasible, settlements can be considered for the damages plaintiffs seek under their warranty claims.

Upon receiving each demand, counsel for Ford shall meet and confer with individual plaintiffs' counsel in an effort to resolve the cases.

B.  Second Stage: Informal Settlement Conference

For cases that are not resolved during the first stage of the settlement process, the Court will assign Settlement Master Honorable Gary Allen Feess (ret) to hold an informal settlement conference after **October 5, 2020**, to allow the parties to evaluate first stage formal demands, on a date to be determined by the Court. Participation in the settlement conference is required by individual plaintiffs' counsel, and counsel for Ford. The settlement conference will be followed immediately by individualized, informal, and confidential settlement conferences for each case or batches of cases at location(s) to be determined.

Counsel for each plaintiff shall be present in person (or remotely, by videoconference, if circumstances require) and must have full authority from their clients, who shall be readily available by videoconference or telephone. Counsel for Ford and any other relevant defendants shall also be present and must have full authority to resolve each plaintiff's case. Ford representatives shall also be readily available by videoconference or telephone if circumstances for a particular settlement

---

[1] The fact sheet shall be modeled after the fact sheet used for opt out plaintiffs in the *Volkswagen* MDL. See Judge Breyer's Pretrial Order No. 24 and accompanying Fact Sheet. More than 1200 cases resulted in the *Volkswagen* Intensive Settlement program.

conference require their participation.

Should attorney fees pose a hindrance to settlement, the Settlement Master shall be permitted to elicit demands and make offers directly to Parties, and communicate to Plaintiffs that they are free to accept a settlement offer without personal liability for attorney fees, which shall be determined solely by the Court. In the event such settlement is reached, the sums payable shall go to Plaintiffs without any amount of the settlement being applied to attorney fees. Any and all attorney fees (statutory and percentage contingency), shall be determined by the Court.

Similarly, if an alleged claim for extra compensatory/punitive damages is the primary obstacle to settlement, Ford and Plaintiffs shall be permitted to settle all economic damages claims (such as by way of buyback or cash and keep), and any extra compensatory/punitive damages claims shall remain to be litigated and challenged in the remaining proceedings.

### C. Third Stage: Formal Settlement Conference

Each case that does not resolve during the informal settlement conference shall be set for a formal settlement conference before a Magistrate Judge of this Court on a date to be set and continuing through completion. Counsel for Ford and the Lead/Liaison Counsel for Plaintiffs shall schedule the settlement conferences—subject to meeting and conferring with individual plaintiffs' counsel—for mutually convenient times, locations, and dates on a recurring basis. For each settlement conference, the parties themselves must appear and participate.

For the formal settlement conference process, counsel for the attendees shall each submit confidential statements. As part of this streamlined settlement conference process, the attendees may request to make opening presentations, but there shall be no live witness testimony or other presentations.

### D. Continued Stay of Proceedings

During this settlement process, all pretrial, discovery, motion practice, and related activity shall remain stayed for all cases subject to this Order.

The settlement process described in this Order is subject to amendment on good cause shown, if necessary, to address exigent circumstances in a particular case.

IT IS SO ORDERED.

                                      HON. ANDRÉ BIROTTE, JR.
                                      U.S. DISTRICT COURT JUDGE