Jessica Anvar, SBN 250610
Benjeman Beck, SBN 268617
Eleazar D. Kim, SBN 297876
**CONSUMER LAW EXPERTS, PC**
5757 West Century Boulevard, Suite 500
Los Angeles, California 90045
Telephone: (310) 442-1410
Fax: (877) 566-8828
*jessica@nolemon.com*
*ben@nolemon.com*
*eleazar@nolemon.com*

Attorneys for Plaintiffs

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

IN RE: FORD MOTOR CO. DPS6 POWERSHIFT TRANSMISSION PRODUCTS LIABILITY LITIGATION

THIS DOCUMENT RELATES TO:

*Amanda Sutton vs. Ford Motor Company, Case No. 2:20-cv-00407*

*Carmen Menjivar Guardado vs. Ford Motor Company and Hayward Ford, Inc., Case No. 2:20-cv-00716*

Case No.: 2:18-ML-02814 AB

**PLAINTIFFS' NOTICE OF OBJECTIONS TO DEFENDANT FORD MOTOR COMPANY'S INTENSIVE SETTLEMENT PROPOSAL**

As an initial matter, Plaintiffs in the above referenced matters have filed an Oppositions to Conditional Transfer Order Nos. 48 and 50 with the Judicial Panel on Multidistrict Litigation, objecting to the transfer of these cases as "tag-along actions" pursuant to Rule 7.4(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation (JPML). Plaintiffs maintain that their cases do not belong in MDL 2814 and is also awaiting rulings on motions for remand to state court.

Plaintiffs' counsel hereby specially appears without waiving the above pending legitimate oppositions and objections, to object to Defendant FORD MOTOR COMPANY's ("Ford") Intensive Settlement Proposal (Dkt. No. 790), and submits their Notice of Objection to Defendant's Intensive Settlement Proposal in order to preserve such objections to the Proposal in the chance that their cases do get transferred to MDL 2814. Plaintiffs' counsel was provided a copy of Ford's Proposal and agree with Lead/Liaison counsel for Plaintiffs' response that Ford's Proposal is not viable and completely inappropriate for all the reasons stated by Lead/Liaison counsel.

Plaintiffs object to Ford's Intensive Settlement Proposal in its entirety as it is purposefully designed to place Plaintiff at a disadvantage during settlement discussions and contains language that would severely prejudice Plaintiffs. For example, requiring Plaintiffs, and not Ford, to submit a signed fact sheet is oppressive and serves no legitimate purpose as it unnecessarily adds to the sufficient information readily available to Ford for it to fulfill its legal obligations to repurchase its defective vehicles under the Song-Beverly Warranty Act. Additionally, the Proposal wrongly insinuates that Plaintiffs' attorneys' fees will somehow hinder progress and focuses on placing pressures on Plaintiffs to accept Ford's settlement offers rather than creating a balance by placing an equal pressure on Ford to accept Plaintiffs' settlement demands and resolve attorneys' fees at the same time. As framed, the Proposal does not accurately reflect the history of Ford's unwillingness to settle cases and its preference to draw out the litigation

process of cases. If any party should be required to submit a signed fact sheet it should be Ford by laying out a timeline of its knowledge and investigations regarding the defects plaguing the subject vehicles with an admission as to whether there even exists a fix for them. Such a requirement would create transparency and promote equal negotiation powers by leveling the playing field in settlement discussions so that pressure is placed on Ford as well to settle sooner rather than later and resolve attorneys' fees together.

Plaintiffs counter-propose to meet and confer with Ford individually about a settlement protocol that would be more effective and places Plaintiffs in an equal position in settlement discussions as was further discussed in Lead/Liaison Plaintiffs' portion of the Joint Report Re: Settlement Proposal filed with the Court on June 3, 2020.

Dated: June 8, 2020

Respectfully submitted,

Consumer Law Experts, P.C.

By: */s/ Eleazar D. Kim*

Eleazar D. Kim
Attorneys for Plaintiffs

**CERTIFICATE OF SERVICE**

I hereby certify that on June 8, 2020, I filed the foregoing documents entitled **PLAINTIFFS' NOTICE OF OBJECTIONS TO DEFENDANT FORD MOTOR COMPANY'S INTENSIVE SETTLEMENT PROPOSAL** with the clerk of court using the CM/ECF system, which will send a notice of electronic filing to all counsel of record in this action.

By: /s/ Eleazar D. Kim
Eleazar D. Kim
Attorneys for Plaintiffs,
AMANDA SUTTON; and
CARMEN MENJIVAR GUARDADO