**KNIGHT LAW GROUP LLP**
Roger Kirnos (SBN 283163)
rogerk@knightlaw.com
Daniel Kalinowski (SBN 305087)
danielk@knightlaw.com
10250 Constellation Blvd., Suite 2400
Los Angeles, CA 90067
Telephone: (310) 552-2250
Fax: (310) 552-7973

Attorneys for Plaintiff,
Robert Bagwell

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **IN RE: FORD MOTOR CO. DPS6 POWERSHIFT TRANSMISSION PRODUCTS LIABILITY LITIGATION** | MDL No.: 2:18-ML-02814-AB (FFMx) |
| **THIS DOCUMENT RELATES ONLY TO:** | **NOTICE OF WITHDRAWAL OF PLAINTIFFS' *EX PARTE* APPLICATION FOR AN ORDER EXTENDING TIME TO FILE PLAINTIFF'S MOTIONS FOR ATTORNEYS' FEES, COSTS AND EXPENSES  [DKT NO. 894]** |
| *Robert Bagwell v. Ford Motor Company, et. al., 2:17-cv-06632-AB-FFMx* | *Assigned to the Honorable Judge* Andre Birotte Jr. |

-1-

NOTICE OF WITHDRAWAL

1   **PLEASE TAKE NOTICE THAT** Counsel for Plaintiff, Robert Bagwell

2   ("Plaintiff") hereby withdraws, without prejudice, its Ex Parte Application for an

3   Order Extending the Time to File Plaintiff's Motions for Attorneys' Fees, Costs and

4   Expenses (Dkt No. 894).

5   Plaintiff concurrently files a Joint Stipulation for an Order Extending Time to

6   File Plaintiff's Motion for Attorneys' Fees, Costs and Expenses to Forty-Five (45)

7   Days from Entry of the Court's Order on Fees and Costs in the Matter of *Pedante* v.

8   Ford Motor Company.

9

10   Dated: August 12, 2020               **KNIGHT LAW GROUP, LLP**

11

12                                         /s/ Roger Kirnos

13                                        Roger Kirnos (SBN 283163)
                                          Daniel Kalinowski (SBN 305087)
14                                        Attorneys for Plaintiff,
                                          ROBERT BAGWELL
15

16

17

18

19

20

21

22

23

24

25

26

27

28

-2-

NOTICE OF WITHDRAWAL