# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| IN RE: FORD MOTOR CO. DPS6 POWERSHIFT TRANSMISSION PRODUCTS LIABILITY LITIGATION | Case No. 2:18-ML-02814 AB (FFMx) <br><br> Case No. 2:18-CV-01912 AB (FFMx) <br><br> Assigned to Hon. André Birotte Jr. Courtroom 7B |
| **THIS DOCUMENT RELATES ONLY TO:** | **JUDGMENT** |
| *Quintero v. Ford Motor Co.*, Case No. 2:18-cv-01912-AB-FFM | |

In light of the Court's concurrently-issued Order granting Defendant Ford Motor Company's Renewed Motion for Judgment as a Matter of Law (Dkt. No. 794), the Court hereby **ENTERS JUDGMENT** in favor of Ford Motor Company as follows:

Judgment as a matter of law is granted in favor of Ford and against Plaintiffs as to Plaintiffs' breach of express warranty claim, as to the issue of civil penalties under California Civil Code § 1794(c), and as to Plaintiffs' breach of implied warranty claim under California Civil Code Section 1791.1 .

**IT IS SO ORDERED.**

Date: August 13, 2020

ANDRE BIROTTE JR.
U.S. DISTRICT COURT JUDGE