| | |
|---|---|
| Name | Hallen D. Rosner / Arlyn L. Escalante |
| Address | 10085 Carroll Canyon Road, Suite 100 |
| City, State, Zip | San Diego, California 92131 |
| Phone | (858) 348-1005 |
| Fax | (858) 348-1150 |
| E-Mail | hal@rbblawgroup.com / arlyn@rbblawgroup.com |

☐ FPD    ☐ Appointed    ☐ CJA    ☐ Pro Per    ☒ Retained

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

IN RE: FORD MOTOR CO. DPS6 POWERSHIFT
TRANSMISSION PRODUCTS LIABILITY

PLAINTIFF(S),

v.

THIS DOCUMENT RELATES ONLY TO:
Quintero v. Ford Motor Co.,
Case No. 2:18-cv-01912-AB-FFM

DEFENDANT(S).

CASE NUMBER:
2:18-ML-02814 AB (FFMx)
2:18-CV-01912 AB (FFMx)

**NOTICE OF APPEAL**

NOTICE IS HEREBY GIVEN that _Yvonne and Salvador Quintero_ hereby appeals to
*Name of Appellant*
the United States Court of Appeals for the Ninth Circuit from:

**Criminal Matter**

☐ Conviction only [F.R.Cr.P. 32(j)(1)(A)]
☐ Conviction and Sentence
☐ Sentence Only (18 U.S.C. 3742)
☐ Pursuant to F.R.Cr.P. 32(j)(2)
☐ Interlocutory Appeals
☐ Sentence imposed:

☐ Bail status:

**Civil Matter**

☒ Order (specify):
ORDER GRANTING FORD'S MOTION FOR JUDGMENT AS A MATTER OF LAW AND DENYING AS MOOT FORD'S MOTION FOR A NEW TRIAL

☒ Judgment (specify):
JUDGMENT ENTERED AUGUST 13, 2020

☐ Other (specify):

Imposed or Filed on _____.  Entered on the docket in this action on  AUGUST 13, 2020 .

A copy of said judgment or order is attached hereto.

| | |
|---|---|
| August 24, 2020 | /s/ Hallen D. Rosner |
| Date | Signature |
| | ☒ Appellant/ProSe    ☐ Counsel for Appellant    ☐ Deputy Clerk |

Note:    The Notice of Appeal shall contain the names of all parties to the judgment or order and the names and addresses of the attorneys for each party.  Also, if not electronically filed in a criminal case,  the Clerk shall be furnished a sufficient number of copies of the Notice of  Appeal to permit prompt compliance with the service requirements of FRAP 3(d).

## REPRESENTATION STATEMENT (FRAP 12(b))

Pursuant to Fed. R. App. P. 12(b) and Ninth Circuit Local Rule 3-2(b), Plaintiffs provide the following statement that identifies all parties to the action along with the names, addresses, and telephone numbers of the respective counsel:

Plaintiffs Yvonne and Salvador Quintero are represented by:

    Hallen D. Rosner, SBN 109740
    Arlyn L. Escalante, SBN 272645
    ROSNER, BARRY & BABBITT, LLP
    10085 Carroll Canyon Road, Suite 100
    San Diego, California 92131
    Telephone: (858) 348-1005
    hal@rbblawgroup.com
    arlyn@rbblawgroup.com

    Steve Mikhov, SBN 224676
    Roger Kirnos, SBN 283163
    KNIGHT LAW GROUP, LLP
    10250 Constellation Boulevard, #2500
    Los Angeles, California 90067
    Telephone: (310) 552-2250
    stevem@knightlaw.com
    rogerk@knightlaw.com

Defendant Ford Motor Company is represented by:

    Frank Kelly, SBN 083473
    Andrew L. Chang, SBN 222309
    SHOOK, HARDY & BACON LLP
    One Montgomery, Suite 2600
    San Francisco, California 94104
    Telephone: 415.544.1900
    fkelly@shb.com
    achang@shb.com

| | |
|---|---|
| Spencer P. Hugret, SBN 240424 | |
| GORDON REES SCULLY MANSUKHANI LLP | |
| Embarcadero Center West | |
| 275 Battery Street, Suite 2000 | |
| San Francisco, California 94111 | |
| Telephone: 415.986.5900 | |
| shugret@grsm.com | |

Dated: August 24, 2020                    ROSNER, BARRY & BABBITT, LLP

                                                    /s/ Hallen D. Rosner
                                           Hallen D. Rosner
                                           Arlyn L. Escalante
                                           Attorneys for Plaintiffs YVONNE and
                                           SALVADOR QUINTERO