**KNIGHT LAW GROUP LLP**
Russell Higgins (SBN 226124)
*russellh@knightlaw.com*
Roger Kirnos (SBN 283163)
*rogerk@knightlaw.com*
10250 Constellation Blvd., Suite 2500
Los Angeles, CA 90067
Telephone: (310) 552-2250

Attorneys for Plaintiffs

Amir M. Nassihi, SBN 235936
*anassihi@shb.com*
Andrew L. Chang, SBN 222309
*achang@shb.com*
**SHOOK, HARDY & BACON L.L.P.**
One Montgomery, Suite 2700
San Francisco, California 94104-4505
Tel: 415-544-1900
Fax: 415-391-0281

Spencer P. Hugret, SBN.240424
Amy Maclear, SBN 215638
Katherine P. Vilchez, SBN 212179
**GORDON REES SCULLY MANSUKHANI LLP**
275 Battery Street, Suite 2000
San Francisco, CA 94111
Telephone: (415) 986-5900
Facsimile: (415) 986-8054

Attorneys for Defendant

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **IN RE: FORD MOTOR CO. DPS6 POWERSHIFT TRANSMISSION PRODUCTS LIABILITY LITIGATION**<br><br>**THIS DOCUMENT RELATES ONLY TO:**<br><br>*All Cases* | MDL No.: 2:18-ML-02814-AB (FFMx)<br><br>**JOINT REPORT RE SETTLEMENT CONFERENCE**<br><br>*Assigned to the Honorable Judge* Andre Birotte Jr. |

-1-

At the Status Conference held before this Court on October 21, 2020, the Court ordered the parties to submit a joint report to inform the Court about their selection of judicial officers to preside over a settlement conference.

Parties have agreed to proceed with Magistrate Judge Pedro V. Castillo for settlement conference purposes in matters represented by Knight Law Group. Parties are working together on identifying potential dates to provide for consideration.

Dated: October 23, 2020  **KNIGHT LAW GROUP, LLP**

/s/ Roger Kirnos
Russell Higgins (SBN 226124)
Roger Kirnos (SBN 283163)
Attorneys for Plaintiffs

Dated: October 23, 2020  **SHOOK, HARDY & BACON L.L.P.**

/s/ Amir Nassihi
Amir M. Nassihi, SBN 235936
Andrew L. Chang, SBN 222309