| | |
|---|---|
| **KNIGHT LAW GROUP, LLP**<br>Steve Mikhov (SBN 224676)<br>*stevem@knightlaw.com*<br>Roger Kirnos (SBN 283163)<br>*rogerk@knightlaw.com*<br>10250 Constellation Blvd., Suite 2500<br>Los Angeles, California 90067<br>Telephone: (310) 552-2250<br>Fax: (310) 552-7973 | **THE ALTMAN LAW GROUP**<br>Bryan Charles Altman (SBN 122976)<br>*bryan@altmanlawgroup.net*<br>10250 Constellation Blvd., Suite 2500<br>Los Angeles, California 90067<br>Telephone: (310) 277-8481<br>Fax: (310) 277-8483 |

**BOUCHER LLP**
Raymond P. Boucher (SBN 115364)
*ray@boucher.la*
21600 Oxnard Street, Suite 600
Woodland Hills, CA 91367
Telephone: (818) 340-5400
Fax: (818) 340-5401

Attorneys for Plaintiffs,
SHARON FORT
ROBERT BAGWELL

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **IN RE: FORD MOTOR CO. DPS6 POWERSHIFT TRANSMISSION PRODUCTS LIABILITY LITIGATION**<br><br>**THIS DOCUMENT RELATES ONLY TO:**<br><br>*Fort, Sharon v. Ford Motor Company, et. al.*, 2:17-cv-06631-AB-FFM<br><br>*Bagwell, Robert v. Ford Motor Company, et. al.*, 2:17-cv-06632-AB-FFM | Case No.: 2:18-ML-02814-AB-FFM<br><br>**NOTICE OF ERRATA TO THE DECLARATION OF STEVE MIKHOV IN SUPPORT OF PLAINTIFFS' CONSOLIDATED MOTION FOR ATTORNEYS' FEES**<br><br>Judge: Hon. Andre Birotte, Jr. |

**TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that as a result of an inadvertent mistake, the caption page of the Declaration of Steve Mikhov in Support of Plaintiffs' Consolidated Motion for Attorneys' Fees (Document No. 955-4) erroneously (1) stated that it was related to the matter of *Pedante, Mark v. Ford Motor Company, et. Al., 2:17-cv-06656-AB-FFM*; (2) included firm information for Kiesel Law LLP at the top; (3) indicated that the firms were attorneys for Plaintiff Mark Pedante; (4) titled the document (additionally in the footer); and (5) references in the brackets under the title of the Declaration the incorrect documents which were filed concurrently with the declaration.

Plaintiffs thus concurrently file a corrected Declaration of Steve Mikhov in Support of Plaintiffs' Consolidated Motion for Attorneys' Fees that corrects the aforementioned deficiencies such that the caption indicates the Declaration is filed in the *Bagwell* and *Fort* matters and makes no other changes, including no substantive changes in the declaration itself.

Date: November 3, 2020

**KNIGHT LAW GROUP, LLP**

By: /s/Steve Mikhov______________
Steve Mikhov (SBN 224676)
Roger Kirnos (SBN 283163)
Attorneys For Plaintiffs,
**SHARON FORT**
**ROBERT BAGWELL**