# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In Re Ford Motor Co. DPS6 Powershift Transmission Products Liability Litigation<br><br>PLAINTIFF(S)<br>v.<br><br>DEFENDANT(S). | CASE NUMBER<br><br>2:18-ml-02814-AB-PVC<br><br>**RESPONSE BY THE COURT TO NOTICE TO FILER OF DEFICIENCIES IN ELECTRONICALLY FILED DOCUMENTS** |

In accordance with the Notice to Filer Of Deficiencies In Electronically Filed Documents

**REGARDING:**

| 11/2/2020 | 974 | Pro Hac Vice Application |
|---|---|---|
| Date Filed | Doc. No. | Title of Doc. |

**IT IS HEREBY ORDERED:**

☐ The document is accepted as filed
☑ The document is stricken ~~and counsel is ordered to file an amended or corrected document by~~ _____ .
☐ The hearing date has been rescheduled to _____ at _____
☑ Other

   Proposed Order not emailed to the chambers email address.

Clerk, U.S. District Court

Dated: 11/3/2020         By: C. Badirian
                             Deputy Clerk

cc: Assigned District Judge and/or Magistrate Judge