DAVID N. BARRY, ESQ. (SBN 219230)
**THE BARRY LAW FIRM**
11845 W. Olympic Blvd., Suite 1270
Los Angeles, CA 90064
Telephone: 310.684.5859
Facsimile: 310.862.4539

Attorneys for Plaintiff, VICTORIA SCALLA

SPENCER P. HUGRET, ESQ. (SBN 240424)
**GORDON REES SCULLY MANSUKHANI, LLP**
275 Battery Street, Suite 2000
San Francisco, CA 94111
Telephone: 415.986.5900
Fax: 415.986.8054

Attorneys for Defendant, FORD MOTOR COMPANY

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: FORD MOTOR CO. DPS6 POWERSHIFT TRANSMISSION PRODUCTS LIABILITY LITIGATION | Case No. 2:18-ml-02814-AB-PVC <br><br> **JOINT STIPULATION TO DISMISS CASE WITH PREJUDICE** |
| THIS DOCUMENT RELATES TO: Victoria Scalla v. Ford Motor Company, Central District of California, Case No. 2:20-cv-07899-AB-PVC | |

Plaintiff Victoria Scalla and Ford Motor Company by and through their respective counsel of record, hereby submit this Joint Stipulation to Dismiss with Prejudice as follows:

1. WHEREAS plaintiff intends to seek class member benefits under the arbitration program established by the Vargas settlement.

-1-

**JOINT STIPULATION TO DISMISS CASE WITH PREJUDICE**

1  **THEREFORE, IT IS HEREBY STIPULATED** by and between Plaintiff
2  and Defendant, by and through their attorneys of record, that the above entitled
3  matter be dismissed in its entirety with prejudice, with each party to the dismissal to
4  bear its own costs and fees, pursuant to Federal Rule of Civil Procedure
5  41(a)(1)(A)(ii). Plaintiff and Defendant mutually waive all demands for each's
6  costs and fees associated with this matter.

7
8  **IT IS SO STIPULATED.**

9  DATED: November 3, 2020          THE BARRY LAW FIRM
10
11                                  By:   /s/ *David N. Barry* ___
                                          David N. Barry
12                                        Attorney for Plaintiff,
                                          VICTORIA SCALLA
13

14 DATED: November 3, 2020          GORDON REES SCULLY
15                                  MANSUKHANI, LLP
16
17                                  By:   _/s/ *Spencer P. Hugret* _
                                          Spencer P. Hugret
18                                        Attorney for Defendant,
                                          FORD MOTOR COMPANY
19
20
21
22
23
24
25
26
27
28
-2-

**JOINT STIPULATION TO DISMISS CASE WITH PREJUDICE**

**CERTIFICATE OF SERVICE**

    I hereby certify that on November 3, 2020, I filed the foregoing document entitled **JOINT STIPULATION TO DISMISS CASE WITH PREJUDICE** with the clerk of court using the CM/ECF system, which will send a notice of electronic filing to all counsel of record in this action.

/s/ David N. Barry
David N. Barry
Attorney for Plaintiff,
VICTORIA SCALLA

**CERTIFICATE OF SERVICE**