UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| Case No.: | ML 18-02814-AB (FFMx) | Date: | December 1, 2020 |
|---|---|---|---|

**Title:** *In Re: Ford Motor Co. DPS6 Powershift Transmission Products Liability Lit.*

Present: The Honorable  **ANDRÉ BIROTTE JR., United States District Judge**

| Carla Badirian | N/A |
|---|---|
| Deputy Clerk | Court Reporter |

Attorney(s) Present for Plaintiff(s):  Attorney(s) Present for Defendant(s):

None Appearing  None Appearing

**Proceedings:** [In Chambers] ORDER RE: FILING GUIDELINES

To avoid unnecessarily expending Court resources and to ensure that future filings and the docket are more user-friendly, the Court **ORDERS** as follows:

1. Any Stipulation to Dismiss pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) **MUST** be filed in the individual case to be dismissed and need not be filed in the MDL. The face page of the Stipulation **MUST** be captioned with the individual case. Because stipulations to dismiss under Fed. R. Civ. P. 41(a)(1)(A)(ii) are self-executing, they need not include proposed orders. The Court will no longer process such unnecessary orders.

2. For any filing in the MDL that relates to a particular case, the docket entry text **MUST** indicate the case to which the filing pertains. This will assist the Court in locating filings for specific cases. *Compare* docket text of Dkt. No. 808 (helpfully indicating it pertains to *Quintero*), *with* docket text of Dkt. No. 795 (not indicating any case).

3. A **Word** version (not a PDF) of any proposed Order **MUST** be emailed to Chambers at AB_Chambers@cacd.uscourts.gov promptly, and not later than by noon the next business day after the filing.

IT IS SO ORDERED.