# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES – GENERAL

Case No.   ML 18-2814 AB (PVCx)                                   Date:  March 10, 2021

Title          In Re Ford Motor Co. DPS6 Powershift Transmission Products Liability Lit.

---

Present: The Honorable Pedro V. Castillo, United States Magistrate Judge

| Marlene Ramirez | Zoom 3/10/21 |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None | None |

**PROCEEDINGS:   [IN CHAMBERS] ORDER SETTING FURTHER PRE-MEDIATION VIDEO CONFERENCE**

On March 10, 2021, the Court held a pre-mediation video conference on this case. In order to finalize the process and procedures regarding settlement in this Multi-District Litigation matter, which involves a large number of Plaintiffs, the Court sets a further pre-mediation Video Conference for **Wednesday, March 31, 2021, at 1:30 p.m.**

The Video Conference will be held by Zoom, and counsel for the Knight Law Group Plaintiffs and Defendants are ordered to be present.  The Court Clerk will email instructions to counsel for joining the Video Conference.

IT IS SO ORDERED.

|  | 01:00 |
|---|---|
| **Initials of Preparer** | mr |