UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

Case No.   MDL 18-2814-AB-(PVCx):                              Date: June 14, 2021

Title        In Re Ford Motor Co. DPS6 Powershift Transmission Products Liability Litigation

Present: The Honorable:   PEDRO V. CASTILLO, U.S. MAGISTRATE JUDGE

| Ilene Bernal | Not Recorded/Zoom |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

Attorneys Present for Plaintiffs:          Attorneys Present for Defendant:

Roger Kirnos                                      Amir Nassihi
Steve Mikhov                                     Spencer Hugret

**Proceedings: [CHAMBERS] MINUTES RE: SETTLEMENT CONFERENCE**

   The Court held Day 1 of the settlement conference in these cases, hearing from counsel for Plaintiffs and counsel for Defendant. The Court conferred with the parties jointly and individually. The Court continues the settlement conference to tomorrow, June 15, 2021 at 9:30 a.m., as proceedings are ongoing. The Court thanks the parties for their participation and their collective efforts.

|  | 5:30 |
|---|---|
| **Initials of Preparer** | ib |