1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **IN RE: FORD MOTOR CO. DPS6 POWERSHIFT TRANSMISSION PRODUCTS LIABILITY LITIGATION** | Case No. 18-ML-02814 AB (PVCx) |
| THIS DOCUMENT RELATES TO: | [~~PROPOSED~~] ORDER GRANTING JOINT STIPULATION REGARDING ATTORNEYS' FEES IN *BAGWELL V. FORD* AND *FORT V. FORD* |
| *Fort, Sharon v. Ford Motor Company, et al.*, 2:17-cv-06631-AB-FFM; | |
| *Robert Bagwell v. Ford Motor Company, et al.*, 2:17-cv-06632-AB-FFMx; and, | |

//

//

//

//

      Pursuant to stipulation of the parties, IT IS SO ORDERED that Plaintiff's attorneys shall receive $77,996.24 (comprised of $59,787.00 for "case-specific" fees and $18,208.24[1] for "common-work" fees) for statutory attorney fees in the matter of *Bagwell v. Ford*, and $68,982.24 (comprised of $50,774.00 for "case-specific" fees and $18,208.24[2] for "common-work" fees) for statutory attorney fees in the matter of *Fort v. Ford*.  **IT IS SO ORDERED.**

Dated:  August 17, 2021

                                                 Honorable André Birotte Jr.

---

[1] This amount is composed of (1) $2,851.03 per case for the Altman Law Group; (2) $941.17 per case for Boucher LLP; and (3) $14,416.04 per case for Knight Law Group.

[2] This amount is composed of (1) $2,851.03 per case for the Altman Law Group; (2) $941.17 per case for Boucher LLP; and (3) $14,416.04 per case for Knight Law Group.