**EXHIBIT A**

1. Aguero, Francisco, CV 18-1934 AB (FFM)
2. Avila, Abraham, CV 18-1183 AB (FFM)
3. Bell, Michael D., CV 18-1752 AB (FFM)
4. Briars, Justin, CV 18-1896 AB (FFM)
5. Bustamante, Miguel Vinces, CV 18-2476 AB (FFM)
6. Crespo, Delia, CV 17-7297 AB (FFM)
7. Ayala, Javier, CV 18-8008 AB (FFM)
8. Franklin, Morgan, CV 18-1908 AB (FFM)
9. Gray, Stephen, CV 18-0510 AB (FFM)
10. Beltran, Juan P., CV 18-4906 AB (FFM)
11. Hiatt, Jean, CV 17-7321 AB (FFM)
12. Briggs, Nancy, CV 18-1009 AB (FFM)
13. Kane, Valerie M., CV 18-1047 AB (FFM)
14. Leutkenhoelter, Susan M., CV 18-2593 AB (FFM)
15. Malagon, Jean Mejia, CV 18-0998 AB (FFM)
16. Staton, Marvin P., CV 20-0139 AB (FFM)
17. McGinnis, Leonard C., CV 17-2047 AB (FFM)
18. Mercer, Darla Louise, CV 18-2600 AB (FFM)
19. Nguyen, Tuan, CV 18-1203 AB (FFM)
20. Peck, Christopher E., CV 18-1692 AB (FFM)
21. Ralph, A. Gallardo, CV 19-7963 AB (FFM)
22. Reyes, Liceth, CV 18-1996 AB (FFM)
23. Rodriguez, Javier, CV 18-1709 AB (FFM)
24. Rubio, Norma, CV 18-4878 AB (FFM)
25. Sarmina, Luis J. Lopez, CV 18-1862 AB (FFM)
26. Sotello, Lorrie Lee, CV 18-2591 AB (FFM)
27. Tikotzinski, Deetie C., CV 18-1927 AB (FFM)
28. Violante, Michael, CV 18-5309 AB (FFM)
29. Wright, Kenneth L., CV 17-1982 AB (FFM)
30. Alonso, Andrea, CV 17-6622 AB (FFM)