# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | CASE NUMBER: |
|---|---|
| LIAISON COUNSEL FOR PLAINTIFFS, et al.<br><br>Plaintiff(s),<br><br>v.<br><br>LIAISON COUNSEL FOR DEFENDANTS<br><br>Defendant(s). | 2:18–ml–02814–AB–PVC<br><br><br><br>**NOTICE TO FILER OF DEFICIENCIES IN ELECTRONICALLY FILED DOCUMENTS** |

**PLEASE TAKE NOTICE:**

The following problem(s) have been found with your electronically filed document:

Date Filed:    8/18/2021

Document Number(s):    1164

Title of Document(s):    Notice of Withdrawal of Counsel for Third Parties Raj Nair, Robert Fascetti, Bennie Fowler, and Alan Draper

**ERROR(S) WITH DOCUMENT:**

As there are no members of the attorney's firm, remaining to represent the parties, attorney Walker must obtain permission from the Court to withdraw. Lacking proposed order pursuant to Local Rule 52–4.1. Counsel may submit form G–01.

Other:

**Note:**   In response to this notice, the Court may: 1) order an amended or corrected document to be filed; 2) order the document stricken; or 3) take other action as the Court deems appropriate. You need not take any action in response to this notice unless and until the Court directs you to do so.

Clerk, U.S. District Court

Dated:  August 23, 2021       By:   /s/ *Grace Kami  grace_kami@cacd.uscourts.gov*
                                      Deputy Clerk

*cc: Assigned District Judge and/or Magistrate Judge*

G–112A(05/19) NOTICE TO FILER OF DEFICIENCIES IN ELECTRONICALLY FILED DOCUMENTS

**Please refer to the Court's website at www.cacd.uscourts.gov for Local Rules, General Orders, and applicable forms.**