**KNIGHT LAW GROUP LLP**
Roger Kirnos (SBN 283163)
rogerk@knightlaw.com
Maite Colon (SBN 322284)
maitec@knightlaw.com
10250 Constellation Blvd., Suite 2400
Los Angeles, CA 90067
Telephone: (310) 552-2250

Attorneys for Plaintiffs,

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: FORD MOTOR CO. DPS6 POWERSHIFT TRANSMISSION PRODUCTS LIABILITY LITIGATION | **Case No. 2:18-ml-02814-AB-PVC**<br><br>Assigned to: Judge Andre Birotte, Jr.<br>Courtroom 7B |
| THIS DOCUMENT RELATES TO:<br><br>*ALL KNIGHT LAW CASES* | **KNIGHT LAW GROUP PLAINTIFFS' STATUS REPORT RE: FORD'S PROPOSAL TO REPURCHASE ALL KNIGHT LAW GROUP PLAINTIFFS' VEHICLES**<br><br>Date: September 15, 2021<br>Time: 10:00 a.m.<br>Courtroom: 7B |

STATUS REPORT RE: FORD'S PROPOSAL TO REPURCHASE ALL KNIGHT LAW
GROUP PLAINTIFFS' VEHICLES

Plaintiffs' attorneys have reviewed and considered the suggestion by Ford to offer a buyback, without waiver of their right to pursue civil penalties, to each Knight Law client, which was offered publicly in the Ford's Status Conference Statement. (Dkt No. 1151). In response, and in a genuine effort to reach resolution of all matters, particularly in light of the substantial efforts and expenditures to be incurred by this Court's comments regarding the upcoming trial schedule for all remaining IDP cases, Knight Law countered with a settlement proposal to resolve *all* of the MDL matters that is consistent with the recent MDL settlement "framework." Ford rejected this proposal without a counter-offer.[1]

It appears then that Ford's overture to offer buybacks is borne out of a strategic plan not offered out of altruistic intent, nor intended to resolve the approximately 170 matters still pending. Plaintiffs would nevertheless be willing to accept the offer to repurchase their vehicles – assuming the parties agree on the amount of damages – if each of the following conditions are agreed to, which are intended to protect each plaintiff by eliminating any strategic use of Ford's overture:

1) Ford stipulates to exclude from trial any reference to the litigation payment, including but not limited to, any reference to or examination about the amount received or the conditions upon which it was received, or the current condition or possession status of the subject vehicle;

2) Ford stipulates that the amount received by a plaintiff shall be excluded from evidence and shall not affect a jury's determination of damages, other than to the extent that Ford may stipulate at trial to include the amount received as the damages on a verdict form (unless the amount is derived by compromised negotiations concerning the calculation of a repurchase);

---

[1] Plaintiffs' counsel notes that Ford's counsel has indicated they are in the process of reviewing the IDP cases and intend to make offers in those cases. The parties are also set to attend a Settlement Conference to discuss 30 Non-IDP cases with Judge Castillo on September 20 and 21.

1
STATUS REPORT RE: FORD'S PROPOSAL TO REPURCHASE ALL KNIGHT LAW GROUP PLAINTIFFS' VEHICLES

3) Ford shall not perform any inspections on the returned vehicles for litigation purposes nor introduce the lack of litigation inspection at trial;

4) In the event Ford performs an inspection of the returned vehicles for non-litigation purposes, such inspection shall not be used by any of Ford's experts as part of their respective opinions in any way;

5) Ford stipulates to the use of the following jury instruction on Ford's affirmative duty to promptly repurchase or replace a vehicle that qualifies for a repair: Plaintiff(s) has/have no obligation to make a request a repurchase or replacement of their vehicle. Instead, Ford Motor Company has an affirmative duty to promptly repurchase or replace a defective vehicle.;

6) Ford shall waive any arguments that a plaintiff's agreement to accept Ford's interim proposal of a buyback operates as an election of remedies;

7) Ford shall not file any motion for summary adjudication using the litigation payment as a basis for dismissing any claims or issues that plaintiffs have alleged;

8) Ford shall not contend that there has been an accord and satisfaction of any claims alleged in a plaintiff's action;

9) Ford will not assert that a settlement or judgment that does not exceed the amount paid for the surrender of the vehicle undermines a plaintiff's status as a prevailing party in the action;

10) The agreement shall in no way affect or be taken as a waiver of a plaintiff's right to continue to pursue their fraudulent inducement allegations.

Ford is considering which, if any, of the above conditions may be acceptable.

The foregoing conditions were provided to Ford by email on August 17, 2021. Ford is considering which, if any, conditions it may agree to.

DATED: August 27, 2021

Respectfully submitted,

**KNIGHT LAW GROUP, LLP**

By:    */s/* Roger Kirnos
      Roger Kirnos
      *Counsel for Knight Law Group Plaintiffs*