Paul R. Kiesel (SBN 119854)
  *kiesel@kiesel.law*
Stephanie M. Taft (SBN 311599)
  *taft@kiesel.law*
**KIESEL LAW LLP**
8648 Wilshire Boulevard
Beverly Hills, CA 90211-2910
Tel:   310-854-4444
Fax:   310-854-0812

*Lead/Liaison Counsel for Plaintiffs*

Spencer P. Hugret (SBN 240424)
  *shugret@grsm.com*
**GORDON REES SCULLY
MANSUKHANI LLP**
Embarcadero Center West
275 Battery Street, Suite 2000
San Francisco, CA 94111
Tel:   415-986-5900
Fax:   415-986-8054

Frank P. Kelly III (SBN 83473)
  *fkelly@shb.com*
Amir M. Nassihi (SBN 235936)
  *anassihi@shb.com*
Andrew L. Chang (SBN 222309)
  *achang@shb.com*
Amy P. Maclear (SBN 215638)
  *amaclear@shb.com*
**SHOOK HARDY & BACON L.L.P.**
555 Mission Street, Suite 2300
San Francisco, CA 94105
Tel:   415-544-1900
Fax:   415-391-0281

*Lead Counsel for Defendant*
Ford Motor Company

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: FORD MOTOR CO. DPS6 POWERSHIFT TRANSMISSION PRODUCTS LIABILITY LITIGATION | **Case No. 2:18-ml-02814-AB-PVC**<br><br>Assigned to: Judge Andre Birotte, Jr.<br>Courtroom 7B |
| THIS DOCUMENT RELATES TO:<br><br> *ALL IDP CASES* | **JOINT STATUS CONFERENCE REPORT**<br><br>Date:  September 15, 2021<br>Time: 10:00 a.m.<br>Courtroom: 7B |

1    The parties jointly request that the September 15, 2021 Status Conference be

2  vacated, and that the parties instead be permitted to schedule informal status

3  conferences with the Court related to certain issues outlined below, for which the

4  Court's guidance would be helpful.

5    **I.    Resolution Status**

6    KLG and Ford are moving forward with further settlement conferences with

7  Judge Castillo on September 20 and 21.

8    Ford also continues pursuing resolution efforts with other plaintiff attorneys,

9  including with numerous recently filed cases.

10    **II.    Fact Sheets**

11    The parties have made substantial progress on agreement on the contents of the

12  fact sheets and have also developed a proposed CMO to go alongside. The parties

13  expect to have the fact sheets finalized in the next several days, and anticipate

14  submitting the proposed CMO for this Court's review and signature within the next

15  several days as well.

16    Should there be any areas where agreement is not reached which is not

17  presently known at this time, nor anticipated, the parties would request a conference

18  with the Court to address those issues.

19    **III.    Court Ruling on Kiesel Law's Global Fee Motion**

20    The parties anticipate requesting a conference with this Court to discuss and

21  clarify the scope of this Court's order on Kiesel Law's global fee motion, which

22  necessarily implicates the common fee award to Knight Law, Altman Law and

23  ///

24  ///

25  ///

26  ///

27  ///

28  ///

1

1   Boucher Law as well. The parties will submit a request to the Court within the next

2   several weeks after completing meet and confer efforts and will propose dates for a

3   conference to discuss any issues related to this Court's prior fee motion Orders.

4   DATED: September 9, 2021           Respectfully submitted,

5                                      **KIESEL LAW LLP**

6

7                                      By:   */s/ Stephanie M. Taft*
                                             Paul R. Kiesel
8                                            Stephanie M. Taft

9                                      *Liaison Counsel for Plaintiffs*

10

11  DATED: September 9, 2021           Respectfully submitted,

12                                     **GORDON REES SCULLY MANSUKHANI,**
                                       **LLP**
13

14                                     By:   */s/ Spencer P. Hugret*
                                             Spencer P. Hugret
15

16                                     **SHOOK HARDY BACON L.L.P.**
                                       Frank P. Kelly III
17                                     Amir M. Nassihi
                                       Andrew L. Chang
18                                     Amy P. Maclear

19

20                                     *Co-Lead Counsel for Defendant*
                                       *Ford Motor Company*
21

22          <u>**ATTESTATION PURSUANT TO LOCAL RULE 5-4.3.4(a)(2)(i)**</u>

23          I, Spencer P. Hugret, am the ECF User whose identification and password are

24  being used to file this Joint Status Conference Report. In compliance with Civil Local

25  Rule 5-4.3.4(a)(2)(i), I hereby attest that all signatories have concurred in this filing.

26                                     By:  */s/ Spencer P. Hugret*
                                             *Spencer P. Hugret*
27

28                                            2

1
2

## CERTIFICATE OF SERVICE

3

*IN RE: FORD MOTOR CO. DPS6 POWERSHIFT TRANSMISSION*
*PRODUCTS LIABILITY LITIGATION*
*RE ALL IDP CASES*

4

USDC Central District of California Case No. 2:18-ml-02814 AB (PVCx)

5

6        I am a resident of the State of California, over the age of eighteen years, and
not a party to the within action. My business address is Gordon Rees Scully

7    Mansukhani, LLP 275 Battery Street, Suite 2000, San Francisco, CA 94111. On the
below-mentioned date, I served the within document:

8

9

## JOINT CONFERENCE STATUS REPORT

10

11        **BY CM/ECF NOTICE OF ELECTRONIC FILING:**  I electronically filed
the document(s) with the Clerk of the Court by using the CM/ECF system.

12   Participants in the case who are registered CM/ECF users will be served by the

13   CM/ECF system. Participants in the case who are not registered CM/ECF users will
be served by mail or by other means permitted by the court rules.

14

15        I declare under penalty of perjury under the laws of the United States of
America that the foregoing is true and correct. I declare that I am employed in the

16   office of a member of the bar of this Court at whose direction the service was made.

17

18        Executed on September 9, 2021 at San Francisco, California.

19                                                      */s/ Maria T. San Juan*
                                                          Maria T. San Juan

20

21

22

23

24

25

26

27

28

CERTIFICATE OF SERVICE
CASE NO. 2:18-ML-02814-AB-PVC