STEVE B. MIKHOV (SBN: 224676)
stevem@knightlaw.com
ROGER KIRNOS (SBN: 283163)
rogerk@knightlaw.com
KNIGHT LAW GROUP, LLP
1025 Constellation Blvd., Suite 2500
Los Angeles, CA 90067
Telephone: (310) 552-2250
Facsimile: (310) 552-7973

Attorneys for Plaintiff
RICARDO D. ARCEGA


SPENCER P. HUGRET (SBN: 240424)
shugret@grsm.com
GORDON REES SCULLY MANSUKHANI, LLP
275 Battery Street, Suite 2000
San Francisco, CA 94111
Telephone:   (415) 986-5900
Facsimile:   (415) 986-8054

Attorneys for Defendant
FORD MOTOR COMPANY

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **IN RE: FORD MOTOR CO. DPS6 POWERSHIFT TRANSMISSION PRODUCTS LIABILITY LITIGATION**<br><br>**THIS DOCUMENT RELATES ONLY TO:**<br><br>*Donna B. Abramson v. Ford*, Case No. 2:18-cv-01791-AB-FFM<br><br>*Carlos Acajabon v. Ford*, Case No. 2:18-cv-08016-AB-FFM<br><br>*Ricardo D. Arcega v. Ford*, Case No. 2:18-cv-01988-AB-FFM<br><br>*Steven Barrell v. Ford*, Case No. 2:18-cv-07978-AB-FFM | Case No. 2:18-ML-02814 AB (PVC)<br><br>Assigned to Hon. Andre Birotte Jr. Courtroom 7B<br><br>**JOINT NOTICE OF SETTLEMENT** |

1

JOINT NOTICE OF SETTLEMENT

| | |
|---|---|
| *Marta Connor et al v. Ford*, Case No. 2:18-cv-04858-AB-FFM | ) ) ) |
| *Francisco Flores v. Ford*, Case No. 2:18-cv-05561-AB-FFM | ) ) ) ) |
| *Robert S. Gibson v. Ford*, Case No. 2:17-cv-06644-AB-FFM | ) ) ) ) |
| *George O. Hermosillo v. Ford*, Case No. 2:17-cv-06651-AB-FFM | ) ) ) ) |
| *Timothy J. Hohm et al v. Ford*, Case No. 2-18-cv-05311-AB- FFM | ) ) ) ) |
| *Luis Meza v. Ford*, Case No. 2:19-cv-09248-AB-PVC | ) ) ) ) |
| *Andrew McCaffrey v. Ford*, Case No. 5:19-cv-00486-AB-FFM | ) ) ) ) |
| *Silvestre Padilla et al v. Ford*, Case No. 5:17-cv-02015-AB-FFM | ) ) ) ) ) |

2
JOINT NOTICE OF SETTLEMENT

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that Plaintiffs[1] and Defendant FORD MOTOR COMPANY (the "Parties"), jointly, write to advise this Court that the Parties have resolved the aforementioned matters following the Court's Settlement Conference. The Parties request that the Court vacate any upcoming hearings and deadlines while performance of the settlement terms are effectuated and finalized.

The Parties have so far spent considerable time since the Settlement Conference successfully reaching agreed upon terms of a written settlement and release agreement, which is being executed by the Parties and their attorneys. The Parties are also discussing parameters for the recovery of attorney's fees, costs and expenses in an attempt to streamline them in lieu of filing separate motions for each case.

Once all terms of the settlement are completed and payment is received by the Plaintiffs, which includes payment of their counsel's attorneys' fees, costs and expenses, the Parties shall file executed Joint Stipulation of Dismissals of the entire actions referenced in this document with prejudice.

Dated: September 14, 2021          KNIGHT LAW GROUP, LLP

                                    */s/ Steve B. Mikhov*_____
                                    Steve B. Mikhov
                                    Roger Kirnos
                                    *Attorneys for Plaintiff*
                                    RICARDO D. ARCEGA

Dated: September 14, 2021          GORDON REES SCULL MANSUKHANI, LLP

                                    */s/ Spencer P. Hugret*_____
                                    Spencer P. Hugret
                                    *Attorneys for Defendant*
                                    FORD MOTOR COMPANY

**ATTESTATION**

---

[1] "Plaintiffs" refers to those plaintiffs listed in this document's caption page.

I attest that concurrence in the filing of this document has been obtained from the other Signatory, which shall serve in lieu of their signature on the document.

Dated: September 14, 2021

/s/ Spencer P. Hugret
Spencer P. Hugret

**Gordon Rees Scully Mansukhani, LLP**
275 Battery Street, Suite 2000

1158020/61274170v.1

4
JOINT NOTICE OF SETTLEMENT