Frank P. Kelly III (SBN 83473)
  *fkelly@shb.com*
Amy Maclear (SBN 215638)
  *amaclear@shb.com*
Amir Nassihi (SBN 235936)
  *anassihi@shb.com*
**SHOOK HARDY BACON**
One Montgomery, Suite 2700
San Francisco, CA  94104-4505
Tel:   415-544-1900
Fax:   415-391-0281

Spencer P. Hugret (SBN 240424)
  *shugret@grsm.com*
**GORDON REES SCULLY
MANSUKHANI, LLP**
Embarcadero Center West
275 Batter Street, Suite 2000
San Francisco, CA 94111
Tel:   415-986-5900
Fax:   415-986-8054

*Co-Lead Counsel for Defendant*
FORD MOTOR COMPANY

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| *IN RE: FORD MOTOR CO. DPS6 POWERSHIFT TRANSMISSION PRODUCTS LIABILITY LITIGATION* | **Case No. 2:18-ML-02814 AB (PVCx)**<br><br>Assigned to: Judge Andre Birotte, Jr. Courtroom 7B |
| DOCUMENT RELATES ONLY TO:<br><br>*Mejia v. Ford Motor Co.*, 2:17-cv-06654<br>*Rule v. Ford Motor Co.*, 2:17-cv-7204<br>*Hogge v. Ford Motor Co.*, 2:17-cv-07256<br>*Ballesteros v. Ford Motor Co.*, 5:17-cv-02042<br>*Berry v. Ford Motor Co.*, 5:17-cv-02034<br>*Henry v. Ford Motor Co.*, 5:17-cv-02046<br>*Hernandez v. Ford Motor Co*., 5:17-cv-02045<br>*Zea v. Ford Motor Co.*, 2:18-cv-01831<br>*Inglese v. Ford Motor Co.*, 2:18-cv-02367 | **DEFENDANT FORD MOTOR COMPANY'S PROPOSED PRE-TRIAL SCHEDULE FOR THE MULTI-PLAINTIFF TRIAL IN REMAINING INITIAL DISPOSITION POOL CASES** |

1  TO THE COURT, THE PARTIES AND THEIR COUNSEL OF RECORD:

2        Below is Ford's proposed schedule for any multi-plaintiff trial in this matter.

3  Parties had a fundamental disagreement over certain key issues impacting the

4  schedule and multi-plaintiff trial. Accordingly, each side is submitting its own

5  proposed schedule. Parties are continuing to meet and confer and ask if they may have

6  until Wednesday, November 3 by 2:00 pm to either submit a proposed joint schedule,

7  or submit a short position statement in support of its proposed schedule (no more than

8  3 page statement for each side).

9                                    ***

10        **IT IS HEREBY ORDERED**, that the following pretrial dates[1] are hereby

11  adopted by the Court for the Multi Plaintiff Trial of the remaining nine Initial

12  Disposition Pool ("IDP") cases, identified in the caption above:

13

| Pre-trial Deadlines for all 9 IDP cases | |
|---|---|
| Plaintiff Expert Reports | **March 1, 2022** (*17 weeks before trial date*) |
| Ford's Expert Reports | **March 22, 2022** (*14 weeks before trial date*) |
| Last day to file dispositive motions[2] and *Daubert* briefs | **April 19, 2022** (*10 weeks before trial date*) |
| Deadline to file Motions in Limine | **May 3, 2022** (*8 weeks before trial date*) |
| Deadline to file Oppositions to Motions in Limine; deadline to exchange objections to exhibits, | **May 17, 2022** (*6 weeks before trial date*) |

[1] Ford agreed to a multi-plaintiff trial based on the understanding that an expert and pretrial schedule would be set given that fact discovery is closed and the deadline to amend the pleadings long ago passed.

[2] In Parties' conferral, Plaintiffs asked that Ford file any summary judgment motions, such as those challenging fraud claims, before expert reports. Ford agreed to do so with the agreement Plaintiffs provided that, if expert discovery demonstrates other grounds for summary judgment, Plaintiffs will consent to Ford seeking leave to bring a further summary judgment.

| | |
|---|---|
| deposition designations, proposed jury instructions, and verdict forms | |
| Deadline to exchange proposed exhibit lists, trial witness lists, deposition designations, proposed jury instructions, and proposed verdict forms | **May 24, 2022** (*5 weeks before trial date*) |
| Deadline to lodge disputed exhibits and deposition designations with the Court | **June 7, 2022** (*3 weeks before trial date*) |
| Deadline for pre-trial filings [*This includes memoranda of contentions of fact and law, witness lists, joint exhibit list, joint status report re settlement, Final Pretrial Conference Order, Agreed and Disputed Jury Instructions, Joint and Disputed Proposed Verdict Form, Joint Proposed Statement of Case, Proposed Additional Voir Dire Questions*] | **June 14, 2022** (*2 weeks before trial date*) |
| Hearing on parties' objections to exhibits and deposition designations; final pretrial conference; in limine hearing | **June 21, 2022** (*1 week before trial date*) |
| Consolidated Trial in the remaining nine IDP cases | **June 28, 2022** |

Dated: November 1, 2021

Respectfully submitted,

SHOOK, HARDY & BACON L.L.P.

By: */s/ Amir Nassihi*
      Frank P. Kelly
      Amir Nassihi
      Amy Maclear

      GORDON REES SCULLY MANSUKHANI LLP
      Spencer P. Hugret

      Attorneys for Defendant
      FORD MOTOR COMPANY

2