| | |
|---|---|
| KNIGHT LAW GROUP LLP<br>Steve Mikhov (SBN 224676)<br>Roger Kirnos (SBN 283163)<br>rogerk@knightlaw.com<br>Daniel Kalinowski (SBN 305087)<br>danielk@knightlaw.com<br>10250 Constellation Blvd., Suite 2500<br>Los Angeles CA 90067<br>Telephone: (310) 552-2250<br><br>*Lead Counsel for Plaintiffs* | SHOOK HARDY BACON<br>Amir Nassihi (SBN 235936)<br>anassihi@shb.com<br>One Montgomery, Suite 2700<br>San Francisco, CA 94104-4505<br>Tel: 415-544-1900<br><br>*Lead Counsel for Defendant*<br>FORD MOTOR COMPANY<br><br>GORDON REES SCULLY<br>MANSUKHANI LLP<br>Spencer P. Hugret (SBN 240424)<br>shugret@gordonrees.com<br>Amy P. Maclear (SBN 215638)<br>amaclear@grsm.com<br>Embarcadero Center West<br>275 Battery Street, Suite 2000<br>San Francisco, CA 94111<br>Tel: 415-986-5900 |

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **IN RE: FORD MOTOR CO. DPS6 POWERSHIFT TRANSMISSION PRODUCTS LIABILITY LITIGATION**<br><br>THIS DOCUMENT RELATES TO:<br><br>*Mejia v. Ford Motor Co.*,<br>2:17-cv-06654-AB-FFM<br><br>*Hogge v. Ford Motor Co.*,<br>2:17-cv-07256-AB-FFM<br><br>*Ballesteros v. Ford Motor Co.*,<br>5:17-cv-02042-AB-FFM | **Case No. 2:18-ML-02814 AB (FFMx)**<br><br>Assigned to: Judge Andre Birotte, Jr.<br><br>**JOINT STATEMENT REGARDING BRIEFING SCHEDULE AND HEARING DATES AS TO DISPOSITIVE MOTIONS AND *DAUBERT* MOTIONS** |

| | |
|---|---|
| 1 | *Berry v. Ford Motor Co.*, 5:17-cv-02034-AB-FFM_____ |
| 2 | |
| 3 | *Henry v. Ford Motor Co.*, 5:17-cv-02046-AB-FFM |
| 4 | |
| 5 | *Hernandez v. Ford Motor Co.*, 5:17-cv-02045-AB-FFM |
| 6 | |
| 7 | *Zea v. Ford Motor Co.*, 2:18-cv-01831-AB-FFM |
| 8 | |
| 9 | *Inglese v. Ford Motor Co.*, 2:18-cv-02367-AB-FFM____ |

TO THE COURT, THE PARTIES AND THEIR COUNSEL OF RECORD:

Plaintiffs[1] and Defendant Ford Motor Company ("Defendant" or "Ford") (collectively, the "Parties"), having met and conferred, submit the below briefing schedule and hearing dates regarding dispositive motions and *Daubert* motions.[2]

| Proposed Dispositive Motion Briefing Schedule and Hearing Date ||
|---|---|
| **Event** | **Proposed Dates** |
| Opening Briefs | 1/18/22 |
| Oppositions | 2/17/22 |
| Replies | 3/11/22 |
| Hearing | 3/18/22 |

| Proposed *Daubert* Motion Briefing Schedule and Hearing Date ||
|---|---|
| **Event** | **Proposed Dates** |
| Opening Briefs | 4/12/22 |
| Oppositions | 5/3/22 |
| Replies | 5/20/22 |
| Hearing | 6/3/22 |

---

[1] "Plaintiffs" refers to the plaintiffs in the actions listed in the caption page.

[2] The Parties continue to meet and confer regarding streamlining dispositive and *Daubert* motions, including staggering them or filing and opposing consolidated dispositive motions for multiple cases with the same or similar issues, and will submit a supplemental briefing schedule prior to the filing of the dispositive or Daubert motions.

| | | |
|---|---|---|
| 1 | Dated:  November 29, 2021 | Respectfully Submitted, |

**KNIGHT LAW GROUP LLP**
*/s/ Daniel Kalinowski*
Roger Kirnos (SBN 283163)
Daniel Kalinowski (SBN 305087)

*Lead/Liaison Counsel for Plaintiffs*

Dated:  November 29, 2021      */s/ Amir Nassihi*
GORDON REES SCULLY MANSUKHANI
Spencer Hugret

SHOOK HARDY BACON
Amir Nassihi

*Co-Lead Counsel for Defendant*
FORD MOTOR COMPANY