**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE: FORD MOTOR CO. DPS6 POWERSHIFT TRANSMISSION PRODUCTS LIABILITY LITIGATION | **Case No. 2:18-ML-02814 AB (PVC)**<br><br>Assigned to: Judge Andre Birotte, Jr.<br>Courtroom 7B<br><br>**[~~PROPOSED~~] ORDER REGARDING STIPULATED PROTOCOL FOR FEE MOTION** |
| THIS DOCUMENT RELATES ONLY TO:<br><br>*All Kazerouni Law Group Cases* | |

Pursuant to Stipulation, it is hereby ORDERED that:

1. At least 21 days before filing any fee motion or cost claim, Plaintiffs shall provide Ford with the billing records on which any permissible fee motion will be based and specify the entries for which compensation is and is not sought. These records may be redacted to prevent disclosure of material protected by the attorney-client privilege or work product doctrine. As to those redacted items, counsel shall describe the nature of the services with sufficient detail to allow opposing counsel to determine if the item is objectionable.

2. Plaintiff shall also inform Ford of the hourly rates that will be claimed for each lawyer, paralegal, or other timekeeper.

3. Plaintiff shall furnish evidence of the actual cost of any taxable or nontaxable expenses to be sought via motion

4. Plaintiff shall respond to any reasonable request for additional documentation or information.

5. By providing Ford with information about hours, billing rates, and nontaxable expenses, Plaintiff will not be deemed to make any admission or waive any argument about the relevance or effect of such information.

6. Following receipt of the billing records and costs receipts, Ford shall have 14 days to present Plaintiff with an offer to resolve the fee and costs claims without the need for a motion.

7. If the parties are unable to resolve the fee and costs claims, before filing a motion for attorneys' fees, counsel must meet and confer in person or by videoconference. If Ford's offer is insufficient to resolve the fee claim, Plaintiff may formally seek fees subject to any cap (if applicable) agreed to by the parties, except that Plaintiff may also at this point seek fees for any work conducted on briefing and arguing a fee motion and such fees shall be recoverable up to any cap in a fee claim if there is one, except that if Plaintiff recovers more than Ford's offer to resolve fees, the Plaintiff may also seek fees reasonably and actually incurred in proceeding with its fee motion.

8. If there is no agreement as to the fees and costs to be paid, Plaintiff may proceed with filing a motion. Ford shall have at least 14 days for any opposition brief. Plaintiff shall have 7 days for any reply brief.

9. The page limits that shall apply to the motion shall be 15 pages for the opening motion, 15 pages for the opposition, and 10 pages for the reply.

//
//
//
//
//

10. The Court commends the parties for their proposed approach to resolving the fees claims and expects that the parties will continue to use their best efforts to resolve the Plaintiffs' claims in their entirety.

**IT IS SO ORDERED**.

Dated: January 7, 2022

_____
HON. ANDRÉ BIROTTE, JR.
JUDGE, UNITED STATES DISTRICT COURT