# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| Case No.: ML 18-02814-AB (FFMx) | Date: January 19, 2022 |
|---|---|

| Title: | *In Re Ford Motor Co. DPS6 Powershift Transmission Products Liability Litigation* |
|---|---|

| Present: The Honorable | ANDRÉ BIROTTE JR., United States District Judge |
|---|---|

| Carla Badirian | N/A |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| None Appearing | None Appearing |

**Proceedings:**   [In Chambers] ORDER RE: STATUS CONFERENCE

As discussed at the Status Conference the Court orders as follows.

To facilitate resolution of the attorneys' fees demands in the approximately 30 outstanding settled Knight Law Group ("KLG") cases, beginning the week of January 18, 2022, the KLG Firm shall present to Ford its fee request for 10 of the settled cases. The request shall include the KLG Firm's billing records. Ford shall respond to those requests within 7 business days. The parties shall meet and confer on all disputes in an attempt to resolve them. The parties shall proceed in this manner for all of the settled cases. The Court urges the parties to use their best efforts to resolve these issues. To the extent any fee demands are not settled and there must be fee motions, the parties shall meet and confer on a briefing schedule (and shortened memoranda) and file an appropriate Stipulation and Proposed Order. In reliance on the parties' representations that additional deadlines for this process are unnecessary, the Court has not set any.

The deadline for filing dispositive motions in the IDP cases is **CONTINUED** one week to January 25, 2022. All other dates remain unchanged.

Regarding Mr. Kiesel's request for an informal status conference about the application of the Court's July 2021 Order on common fees, the Court **SETS** an informal conference with the Kiesel Firm and counsel for Ford on Wednesday, **February 2, 2022, at 5:30 p.m**.   In advance of the conference, the parties are **ORDERED** to meet and confer, and file by **January 25, 2022**, a single Joint Statement setting forth their positions on the disputed issues. Each side's position should be no more than 3 pages.

The Court **SETS** the next Status Conference for March 9, 2022, at 10:00 a.m.   The parties are **ORDERED** to file a Joint Status Report by March 4, 2022.

**IT IS SO ORDERED**.