ROGER KIRNOS (SBN 283163)
rogerk@knightlaw.com
CHRIS SWANSON (SBN 278413)
chriss@knightlaw.com
KNIGHT LAW GROUP, LLP
1025 Constellation Blvd., Suite 2500
Los Angeles, CA 90067
Telephone: (310) 552-2250
Facsimile: (310) 552-7973
Attorneys for Plaintiffs

Frank P. Kelly III (SBN 83473)
 *fkelly@shb.com*
Amy Maclear (SBN 215638)
 *amaclear@shb.com*
Amir Nassihi (SBN 235936)
 *anassihi@shb.com*
SHOOK HARDY BACON
555 Mission St, Suite 2300
San Francisco, CA 94105
Tel:   415-544-1900
Fax:   415-391-0281

SPENCER P. HUGRET (SBN: 240424)
shugret@grsm.com
GORDON REES SCULLY MANSUKHANI, LLP
275 Battery Street, Suite 2000
San Francisco, CA 94111
Telephone:  (415) 986-5900
Facsimile:   (415) 986-8054

Attorneys for Defendant,
FORD MOTOR COMPANY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **IN RE: FORD MOTOR CO. DPS6 POWERSHIFT TRANSMISSION PRODUCTS LIABILITY LITIGATION**<br><br>THIS DOCUMENT RELATES TO:<br><br>*Susanne M. Rule v. Ford, Case No. 2:17-cv-07204-AB-FFM* | CASE NO.: 2:18-ML-02814 AB (PVC)<br><br>Honorable Judge Andre Birotte<br><br>JOINT STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE |

-1-
JOINT STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE

|   |   |
|---|---|
| 1 | TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD: |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff, Susanne M. Rule, and Defendant Ford Motor Company (collectively "the Parties"), by and through their counsel of record, hereby stipulate and agree that this action shall be dismissed with prejudice. The Parties reached settlement of Plaintiff's claims in this case and all settlement checks have been issued. The parties have further agreed that each side shall bear their own fees and costs.

IT IS SO STIPULATED:

Dated: January 24, 2022

Respectfully Submitted,
**KNIGHT LAW GROUP, LLP**

*/s/ Roger Kirnos*
Roger Kirnos
Chris Swanson
Attorney for Plaintiff

Dated: January 24, 2022

**SHOOK HARDY & BACON LLP**
*/s/ Amir Nassihi*
Frank P. Kelly
Amir Nassihi

**GORDON REES SCULLY MANSUKHANI LLP**
Spencer P. Hugret
Attorneys for Defendant

-2-
JOINT STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE