1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **IN RE: FORD MOTOR CO. DPS6 POWERSHIFT TRANSMISSION PRODUCTS LIABILITY LITIGATION**<br><br>THIS DOCUMENT RELATES TO:<br><br>*Susanne M. Rule v. Ford, Case No. 2:17-cv-07204-AB-FFM* | **CASE NO** : 2:18-ML-02814 AB (PVC)<br><br>**[PROPOSED] ORDER GRANTING JOINT STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE**<br><br>Honorable Andre Birotte |

-1-

[PROPOSED] ORDER GRANTING JOINT STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE

**ORDER**

The Joint Stipulation is approved. The entire action is hereby dismissed with prejudice.

IT IS SO ORDERED.

DATED:_____, 2022            _____
                                                                HONORABLE ANDRE BIROTTE