# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LIAISON COUNSEL FOR PLAINTIFFS, et al.<br><br>Plaintiff(s),<br><br>v.<br><br>LIAISON COUNSEL FOR DEFENDANTS<br><br>Defendant(s). | CASE NUMBER:<br><br>2:18–ml–02814–AB–PVC<br><br><br><br>**NOTICE TO FILER OF DEFICIENCIES IN ELECTRONICALLY FILED DOCUMENTS** |

**PLEASE TAKE NOTICE:**

The following problem(s) have been found with your electronically filed document:

Date Filed:   __1/24/2022__

Document Number(s):   __1231__

Title of Document(s):   __Joint Stipulation and Proposed Order for Dismissal with Prejudice__

**ERROR(S) WITH DOCUMENT:**

The Stipulation should also be filed under the member civil case, CV 17–07204 AB (FFMx), in order to close that member case.

Other:

**Note:**   In response to this notice, the Court may: 1) order an amended or corrected document to be filed; 2) order the document stricken; or 3) take other action as the Court deems appropriate. You need not take any action in response to this notice unless and until the Court directs you to do so.

Clerk, U.S. District Court

Dated: __January 26, 2022__      By:  __/s/ Grace Kami  grace_kami@cacd.uscourts.gov__
                                        Deputy Clerk

*cc: Assigned District Judge and/or Magistrate Judge*

Please refer to the Court's website at www.cacd.uscourts.gov for Local Rules, General Orders, and applicable forms.

G–112A(05/19) NOTICE TO FILER OF DEFICIENCIES IN ELECTRONICALLY FILED DOCUMENTS