| | |
|---|---|
| 1 | Tionna Dolin (SBN 299010) |
| 2 | Email: tdolin@slpattorney.com<br>**Strategic Legal Practices, APC** |
| 3 | 1888 Century Park East, 19th Floor<br>Los Angeles, CA 90067 |
| 4 | Telephone: (310) 929-4900<br>Facsimile: (310) 943-3838 |
| 5 | Attorneys for Plaintiff, |
| 6 | IN RE: FORD MOTOR CO. DP26 POWERSHIFT TRANSMISSION PRODUCTS |

UNITED STATES DISTRICT COURT

USDC EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: FORD MOTOR CO. DP26 POWERSHIFT TRANSMISSION PRODUCTS,<br><br>    Plaintiff,<br><br>vs.<br><br>FORD MOTOR COMPANY, et al.,<br><br>    Defendants. | Case No. 2:18-ml-02814-AB-PVC<br><br>**NOTICE OF CHANGE OF ADDRESS** |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD

PLEASE TAKE NOTICE that, as of January 17, 2022, the attorney for Plaintiff, Strategic Legal Practices, APC., has changed his or her address for service of notices and documents and other contact information in the above-captioned action. The new address for Strategic Legal Practices, APC is as follows:

1
NOTICE OF CHANGE OF ADDRESS

1  **Address:**

2  **1888 Century Park East, 19th Floor**

3  **Los Angeles, CA 90067**

4

5  **emailservices@slpattorney.com**

6  All notices and documents regarding the action should be sent to the above address.

7

8  Dated: January 28, 2022              STRATEGIC LEGAL PRACTICES, APC

9

10                                      By: _____
                                            Tionna Dolin
11                                          Attorney for Plaintiff,
                                            IN RE: FORD MOTOR CO. DP26
12                                          POWERSHIFT TRANSMISSION PRODUCTS

# CERTIFICATE OF SERVICE

I, the undersigned, declare that I am over the age of 18 and am not a party to this action. I am employed in the City of Los Angeles, California; my business address is Strategic Legal Practices, A Professional Corporation at 1888 Century Park East, 19th Floor, Los Angeles, California 90067.

      On the date below, I served a copy of the foregoing document entitled:

**NOTICE OF CHANGE OF ADDRESS**

on the interested parties in said case as follows:

**Served Electronically Via the Court's CM/ECF System**

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. I declare that I am employed in the office of a member of the Bar of this Court, at whose direction the service was made. This declaration is executed in Los Angeles, California on January 28, 2022.

_____
Lydia Fuller