| | |
|---|---|
| KNIGHT LAW GROUP LLP<br>Steve Mikhov (SBN 224676)<br>Roger Kirnos (SBN 283163)<br>kirnosrk@knightlaw.com<br>Daniel Kalinowski (SBN 305087)<br>danielk@knightlaw.com<br>10250 Constellation Blvd., Suite 2500<br>Los Angeles CA 90067<br>Telephone: (310) 552-2250<br><br>*Lead Counsel for Plaintiffs* | SHOOK HARDY BACON<br>Amir Nassihi (SBN 235936)<br>anassihi@shb.com<br>Amy P. Maclear (SBN 215638)<br>amaclear@shb.com<br>One Montgomery, Suite 2700<br>San Francisco, CA 94104-4505<br>Tel: 415-544-1900<br><br>GORDON REES SCULLY<br>MANSUKHANI LLP<br>Spencer P. Hugret (SBN 240424)<br>shugret@gordonrees.com<br>Embarcadero Center West<br>275 Battery Street, Suite 2000<br>San Francisco, CA 94111<br>Tel: 415-986-5900<br><br>*Lead Counsel for Defendant*<br>FORD MOTOR COMPANY |

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **IN RE: FORD MOTOR CO. DPS6 POWERSHIFT TRANSMISSION PRODUCTS LIABILITY LITIGATION**<br><br>THIS DOCUMENT RELATES TO:<br><br>*IDP Cases* | **Case No. 2:18-ML-02814 AB (PVC)**<br><br>Assigned to: Judge Andre Birotte, Jr.<br><br>**JOINT REPORT RE NEXT SET OF IDP CASES** |

TO THE COURT, THE PARTIES AND THEIR COUNSEL OF RECORD:

Knight Law Group plaintiffs ("Plaintiffs") and Ford (the "Parties") submit this joint report regarding their picks for the next set of IDP cases and proposals regarding scheduling for them.

## I. IDP Case Picks

*Plaintiffs' IDP*

Plaintiffs select the following 6 cases for their IDP:

*Haro v. Ford*, Case No. 2:18-cv-04914-AB-FFM;

*Keating v. Ford*, Case No. 5:17-cv-02044-AB-FFM;

*Kennedy v. Ford*, Case No. 2:18-cv-00971-AB-FFM;

*Rodriguez v. Ford*, Case No. Case No. 2:18-cv-02424-AB-FFM;

*Rojas v. Ford*, Case No. 2:18-cv-00961-AB-FFM; and

*Schatzman v. Ford*, Case No. 2:18-cv-00975-AB-FFM.

*Ford's IDP*

Ford selects the following six cases to be included in the next IDP set:

1. *Bell, Michael D.* – Case No. 2:18-cv-01752-AB, Plaintiff's firm Knight Law Group; action removed 1/19/2018

2. *Henderson, Philip* – Case No. 2:18-cv-01748-AB, Plaintiff's firm Knight Law Group; action removed 1/25/2018

3. *Joe, Curtis T.* – Case No. 2:18-cv-02594-AB, Plaintiff's firm Knight Law Group; action removed 3/8/2018

4. *Martin, Charles E.* – Case No. 2:18-cv-01750-AB, Plaintiff's firm Knight Law Group; action removed 1/18/2018

5. *Mendieta, Vanessa Bendana* – Case No. 2:18-cv-07789-AB, Plaintiff's firm Knight Law Group; action removed 8/15/2018

6. *Garant, Michael J.* – Case No. 2:18-Cv-09126-AB, Plaintiff's Firm Knight Law Group; Action Removed 10/11/2018

## II. IDP Scheduling Order

Parties disagree on whether the schedule should allow a deadline to amend the pleadings. Ford asserts it should not and asks to address this issue at the upcoming status conference as Ford asserts that KLG plaintiffs had an opportunity to address amendments in 2019. Even if that were not the case, there should not be an additional deadline to add new Parties. Addition of new Parties is governed by Rule 16 and Rule 21, and Plaintiffs must filed a motion for leave that meets the applicable standards. Plaintiffs' proposed schedule is below, and Ford's is below that.

### *Plaintiffs' Proposal*

Plaintiffs propose the following schedule of pretrial and trial dates for Plaintiffs' IDP, which is based on this Court's Schedule of Pretrial and Trial Dates Worksheet found on its website.

| Event | Plaintiffs' Proposed Dates |
|---|---|
| Last Date to File Motion to Amend Pleadings/Add Parties | 7/15/2022 |
| Non-Expert Discovery Cut-Off | 10/21/2022 |
| Last Date to File Dispositive Motions in Plaintiffs' IDP Cases | 12/9/2022 |
| Expert Disclosure (Initial) | 10/21/22 |
| Expert Disclosure (Rebuttal) | 11/4/2022 |
| Expert Discovery Cut-Off | 12/2/2022 |
| Deadline to Complete Settlement Conference | 11/25/2022 |
| Trial Filings (first round)<br>• Motions in Limine, including *Daubert* challenges<br>• Memoranda of Contentions of Fact and Law | 1/27/2023 |

-3-
JOINT REPORT RE NEXT SET OF IDP CASES

| | |
|---|---|
| • Witness Lists<br>• Joint Exhibit List<br>• Joint Status Report re Settlement | |
| Trial Filings (second round)<br>• Oppositions to Motions in Limine<br>• Joint Proposed Final Pretrial Conference Order<br>• Joint/Agreed Proposed Jury Instructions<br>• Disputed Proposed Jury Instructions<br>• Joint Proposed Verdict Forms<br>• Joint Proposed Statement of the Case<br>• Proposed Additional Voir Dire Questions, if any | 2/3/2023 |
| Final Pretrial Conference, Hearing on Motions in Limine | 2/17/2023 |
| Jury Trial | 3/7/2023 |

For Ford's IDP, Plaintiffs' propose the same structure above for pretrial and trial dates but based off a different trial date. To the extent Ford wishes to file dispositive motions in its IDP, those dispositive motions should take place well before substantial work commences in Plaintiffs' IDP in an effort to save costs for both sides and, should any of Ford's IDP cases be dismissed in whole or in part, or resolve informally, then the Parties will be able to focus remaining resources on cases that will go to trial.

### ***Ford's Proposal***

Ford disagrees with Plaintiffs' proposal to reinstate another opportunity for Plaintiffs to amend the pleadings or add new Parties. In particular, to add new

Parties. The parties here are settled, have been for years, and there is no basis to try and develop new claims.

Ford also notes that Plaintiffs description of expert disclosures may be confusing. Ford's proposal below makes clear, consistent with all prior schedules in this MDL, that Plaintiffs would disclose expert reports and, after analyzing Plaintiffs submission in support of their burden, Ford would thereafter disclose expert reports.

***Ford's Proposed Schedule for Ford's IDP cases***

| Event | Plaintiffs' Proposed Dates |
|---|---|
| Case-specific Fact Discovery Cutoff:<br>• Limited to Plaintiff/primary driver depositions; case specific Ford deposition related to any pre-suit buyback request Plaintiff may have made; both sides conducting a vehicle inspection. | July 18, 2022 |
| Plaintiffs' Expert Disclosures | August 26, 2022 |
| Ford's Expert Disclosures: | September 26, 2022 |
| Expert discovery cut off | October 19, 2022 |
| Dispositive Motion Deadline: | October 26, 2022 |
| Rule 702/*Daubert* Motion Deadline: | November 22, 2022 |
| Deadline to Complete Settlement Conference/Mediation | November 29, 2022 |
| Trial Filings (first round)<br>• Motions in Limine, including *Daubert* challenges | January 17, 2023 |

| | |
|---|---|
| • Memoranda of Contentions of Fact and Law<br>• Witness Lists<br>• Joint Exhibit List<br>• Joint Status Report re Settlement | |
| Final Status Conference | January 23, 2023 |
| Trial | February 6, 2023: Two Week Trial for Ford's IDP cases. (Per plaintiffs' prior request, Ford had agreed that cases without fraud claims in them could be tried as multi plaintiff cases.) |

*Ford's Proposed Schedule for Plaintiffs' IDP cases*

| Event | Plaintiffs' Proposed Dates |
|---|---|
| Case-specific Fact Discovery Cutoff:<br>• Limited to Plaintiff/primary driver depositions; case specific Ford deposition related to any pre-suit buyback request Plaintiff may have made; both sides conducting a vehicle inspection. | August 18, 2022 |
| Plaintiffs' Expert Disclosures | September 26, 2022 |
| Ford's Expert Disclosures: | October 25, 2022 |
| Expert discovery cut off | November 18, 2022 |
| Dispositive Motion Deadline: | November 30, 2022 |

| Rule 702/*Daubert* Motion Deadline: | December 15, 2022 |
|---|---|
| Deadline to Complete Settlement Conference/Mediation | January 12, 2023 |
| Trial Filings (first round)<br>• Motions in Limine, including *Daubert* challenges<br>• Memoranda of Contentions of Fact and Law<br>• Witness Lists<br>• Joint Exhibit List<br>• Joint Status Report re Settlement | January 31, 2023 |
| Final Status Conference | February 20, 2023 |
| Trial | March 7, 2023: Two Week Trial for Ford's IDP cases. (Per plaintiffs' prior request, Ford had agreed that cases without fraud claims in them could be tried as multi plaintiff cases.) |

Dated: May 16, 2022                              Respectfully Submitted,

**KNIGHT LAW GROUP LLP**
*/s/Daniel Kalinowski*
Roger Kirnos (SBN 283163)
Daniel Kalinowski (SBN 305087)

*Lead/Liaison Counsel for Plaintiffs*

Dated: May 16, 2022                              */s/ Amir Nassihi*
GORDON REES SCULLY MANSUKHANI
Spencer Hugret

| | |
|---|---|
| 1 | SHOOK HARDY BACON |
| 2 | Amir Nassihi |
| 3 | *Co-Lead Counsel for Defendant* |
| 4 | FORD MOTOR COMPANY |

**ATTESTATION PURSUANT TO LOCAL RULE 5-4.3.4(a)(2)(i)**

I, Daniel Kalinowski, am the ECF User whose identification and password are being used to file this document. In compliance with Civil Local Rule 5-4.3.4(a)(2)(i), I hereby attest that all signatories have concurred in this filing.

By: */s/ Daniel Kalinowski*

Daniel Kalinowski