**KNIGHT LAW GROUP, LLP**
Roger Kirnos (SBN 283163)
rogerk@knightlaw.com
Daniel Kalinowski (SBN 305087)
danielk@knightlaw.com
10250 Constellation Blvd., Suite 2500
Los Angeles, California 90067
Telephone: (310) 552-2250
Fax: (310) 552-7973

**BOUCHER LLP**
Raymond P. Boucher (SBN 115364)
boucher@law.com
21600 Oxnard Street, Suite 600
Woodland Hills, CA 91367
Telephone: (818) 340-5400
Fax: (818) 340-5401

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **IN RE: FORD MOTOR CO. DPS6 POWERSHIFT TRANSMISSION PRODUCTS LIABILITY LITIGATION** | Case No.: 2:18-ml-02814-AB-FFM |
| **THIS DOCUMENT RELATES TO:** | **DECLARATION OF ROGER KIRNOS IN SUPPORT OF PLAINTIFFS' MOTION FOR ATTORNEY'S FEES** |
| *Berry v. Ford Motor Company, No. 5:17-cv-02304-AB-FFM* | [Filed concurrently with Plaintiffs' Notice of Motion and Motion for Attorneys' Fees; Memorandum in Support Thereof] |
| *Hernandez v. Ford Motor Company; 5:17-cv-02045-AB-FFM* | |
| *Hogge v. Ford Motor Company, 2:17-cv-07256-AB-FFM* | Date:  August 12, 2022 |
| *Perez v. Ford Motor Company, No. 5:17-cv-02042-AB-FFM* | Time: 10:00 a.m. Courtroom 7B |
| *Zea v. Ford Motor Company, No. 2:18-cv-01831-AB-FFM* | Judge: Honorable Andre Birotte, Jr. |

## <u>DECLARATION OF ROGER KIRNOS</u>

I, Roger Kirnos, declare as follows:

1.      I am an attorney at law duly licensed to practice before the courts of the State of California and attorney of record for Plaintiffs in the above-captioned matter. I am the Managing Partner of Knight Law Group, LLP ("Knight Law") and, as such, I have personal knowledge of the following facts.  If sworn as a witness, I could and would testify to them competently.

2.      For the reasons set forth herein and the moving papers filed concurrently with this declaration, Plaintiffs respectfully request that this Honorable Court award attorney's fees as follows:

Updated Attorney Fees for IDP Work Split Pro-Rata

| | |
|---|---|
| Knight Law Group: | $156,587.50 |
| Boucher: | $159,262.50 |
| Subtotal: | $315,850.00 |
| *1/11th:* | *$28,713.64* |

In sum, the lodestar requested for each of Plaintiffs' cases is $28,713.64. The total lodestar requested for all five of Plaintiffs' cases, the sum of Plaintiffs' request in this motion, is $143,568.18[1].  The figures are based upon a pro-rata portion of the work performed in each of the Plaintiffs' cases as part of the Initial Disposition Pool ("IDP") cases in this MDL.

3.      The total in lodestar fees requested by Plaintiffs' attorneys in this action, including the billing submitted by my firm and Boucher is $315,850.00. A true and correct copy of my firm's billing is attached hereto as **Exhibit A** totaling $156,587.50 for work incurred in furtherance of the IDP cases, which should be split by a denominator of 11.

4.      Prior to the filing of this motion, Mr. Kalinowski from my office met

[1] The Altman Law Group, associated counsel for Plaintiffs may be filing their own motion for attorney's fees, costs, and expenses

**DECLARATION OF ROGER KIRNOS IN SUPPORT OF PLAINTIFFS' MOTION FOR ATTORNEY'S FEES**

and conferred with Defendant Ford Motor Company's ("Defendant" or "Ford") counsel by phone and email starting on June 22, 2022 up until July 5, 2022. The parties were able to reach a resolution on Plaintiffs' case-specific attorney fees, costs and expenses but were unable to reach a resolution on updated and new attorney fees, costs and expenses for attorney work in furtherance of the IDP cases.

### Plaintiffs' Cases Before and After the MDL

5.    Edison and Christina Berry purchased their 2013 Ford Focus on January 30, 2012 for $29,175.00. They had almost a dozen transmission repairs in the span of 40,000 miles. Edison and Christina Berry called Ford's customer service and requested a repurchase of their defective Focus, but Ford denied their request. They filed the complaint in San Bernardino County Superior Court on September 5, 2017. Ford answered the complaint denying all liability. On October 4, 2017, Ford removed the case to Federal Court, and it was eventually transferred into this MDL. They settled their case for over 2.5 times the amount they purchased the Focus for in 2013. Ford at no point made any Rule 68s or any sort of written offers prior to the Rule 68 accepted by Plaintiffs here. A true and correct copy of the Rule 68 Offer is attached hereto as **Exhibit B**.

6.    Erick Hernandez and Jose M. Hernandez bought their 2014 Ford Fiesta on January 30, 2016 for $17,981.28. They had four (4) transmission repairs within around 40,000 miles. Erick Hernandez and Jose M. Hernandez called Ford's customer service and requested a repurchase of their defective Fiesta, but Ford denied their request. They filed the complaint in San Bernardino County Superior Court on September 6, 2017. Ford answered the complaint denying all liability. On October 4, 2017, Ford removed the case to Federal Court, and it was eventually transferred into this MDL. They settled their case for almost two times the amount they purchased the Fiesta for in 2016. Ford at no point made any Rule 68s or any sort of written offers prior to the Rule 68 accepted by Plaintiffs here. A true and correct copy of the Rule 68 Offer is attached hereto as **Exhibit C**.

**DECLARATION OF ROGER KIRNOS IN SUPPORT OF PLAINTIFFS' MOTION FOR ATTORNEY'S FEES**

7.     Bradford Hogge purchased a 2013 Ford Focus on April 20, 2013 for $24,898.40. The Focus experienced at least six (6) transmission repairs over the course of ownership. Bradford Hogge called Ford's customer service and requested a repurchase of their defective Focus, but Ford denied the request. Bradford Hogge filed the complaint in Ventura County Superior Court on September 7, 2017. Ford answered the complaint denying all liability. On October 2, 2017, Ford removed the case to Federal Court, and it was eventually transferred into this MDL. The case settled for almost two times the amount Bradford Hogge purchased the Focus for in 2013. Ford at no point made any Rule 68s or any sort of written offers prior to the Rule 68 accepted by Plaintiff here. A true and correct copy of the Rule 68 Offer is attached hereto as **Exhibit D.**

8.     Veronica Ballesteros Perez and Jose L. Perez purchased their 2014 Ford Focus on September 29, 2013 for $31,456.00. They had more than a dozen transmission repairs over the course of ownership. Veronica Ballesteros Perez and Jose L. Perez called Ford's customer service and requested a repurchase of their defective Focus, but Ford denied their request. They filed the complaint in San Bernardino County Superior Court on September 6, 2017. Ford answered the complaint denying all liability. On October 3, 2017, Ford removed the case to Federal Court, and it was eventually transferred into this MDL. They settled their case for almost 2.5 times the amount they purchased the Focus for in 2013. Ford at no point made any Rule 68s or any sort of written offers prior to the Rule 68 accepted by Plaintiffs here. A true and correct copy of the Rule 68 Offer is attached hereto as **Exhibit E.**

9.     Carlos Zea and Elsa Morales purchased their 2013 Ford Focus on October 3, 2015 for $24,321.12. They had six (6) transmission repairs within less than 30,000 miles. Carlos Zea and Elsa Morales called Ford's customer service and requested a repurchase of their defective Focus, but Ford denied their request. They filed the complaint in Los Angeles County Superior Court on January 21, 2018. Ford

DECLARATION OF ROGER KIRNOS IN SUPPORT OF PLAINTIFFS' MOTION FOR ATTORNEY'S FEES

answered the complaint denying all liability. On March 2, 2018, Ford removed the case to Federal Court, and it was eventually transferred into this MDL. Carlos Zea and Elsa Morales settled their case for more than two times the amount they purchased the Focus for in 2013. Ford at no point made any Rule 68s or any sort of written offers prior to the Rule 68 accepted by Plaintiffs here. A true and correct copy of the Rule 68 Offer is attached hereto as **Exhibit F.**

<u>**Work Performed For Plaintiffs' IDP Cases as Part of the MDL**</u>

10.     This MDL was created by court order at the request of Ford on February 6, 2018.  My firm began in earnest preparing for what we anticipated would be a huge battle with Ford.

11.     On July 22, 2021, this Court issued a ruling on Plaintiffs' counsel's attorneys' fees for attorney work performed in furtherance of the IDP. Order Granting Consolidated Motion for Attorneys' Fees, Dkt. No. 1153. In that Order, the Court made clear its approach to the lodestar analysis and determining prevailing party. *Id.* at ECF pp. 2-4, 6. The Court also set Plaintiffs' counsel reasonable hourly rates at up to $450. *Id.* at ECF p. 9-11. Lastly, the Court analyzed the hours reasonably expended on common work find the following: co-counsel, such as Boucher, was authorized to engage in common work for the MDL; Boucher fees in other cases was recoverable; work for fraud claims cannot practicably be apportioned; and work for authenticating documents was legitimate. *Id* at ECF pp. 7-9. Plaintiffs request reimbursement work performed in furtherance of the IDP since 2020 following the attorney fees subject to the Court's July 22, 2021 Order. Plaintiffs' fees request here is consistent with the Court's July 22, 2021 ruling and does not deviate from it. Plaintiffs request the same hourly rates as awarded previously by the Court and the work performed largely mirrors the kind of work the Court approved of in it Order.

///

///

**DECLARATION OF ROGER KIRNOS IN SUPPORT OF PLAINTIFFS' MOTION FOR ATTORNEY'S FEES**

12.     In Summer of 2020 and since the work performed by Plaintiffs' counsel that was subject to the Court's July 22, 2021 Order, my office and Boucher prepared for and deposed Ford apex witnesses, including Raj Nair, Bennie Fowler and Robert Fascetti. Given the amount of documents produced by Ford in this actions, millions of internal documents consisting or reports, memos and emails, Knight Law in conjunction with Boucher, reviewed and analyzed documents produced by Ford to use as exhibits during the depositions. These depositions occurred in late August 2020 and early September 2020, which required my office and Boucher to fly to Michigan for several days to conduct the depositions of these Ford apex witnesses. Preparing for and taking these depositions were necessary and reasonable in furtherance of this IDP, including the five cases subject to this motion. The parties also attended a status conference in August 2020.

13.     Following these depositions, the parties attended a mediation in September 2020 in an attempt to settle some of the cases pending in this MDL. Additionally, my office reviewed and analyzed the deposition transcripts of the Ford apex witnesses following their depositions in Michigan for use at trial or other legal proceedings. In October 2020, the parties prepared for and attended a status conference with the Court. In November and December 2020, my office prepared for and attended another status conference with this Court as well as met with MDL clients updating them on the status of their cases and the MDL in general.

14.     Work in furtherance of the IDP cases continued into 2021 with the parties attending settlement conference with Magistrate Castillo in March and April 2021. In June and July 2021, the parties attended status conferences with the Court. In September 2021, the parties again attended a status conference with the Court. Following this status conference, the parties met and conferred and prepared joint and unilateral filings with the Court regarding IDP pretrial and trial scheduling for the next round of cases to go to trial. Additionally, throughout 2021, my office continued to communicate with MDL clients regarding the status of their cases as well as work with

**DECLARATION OF ROGER KIRNOS IN SUPPORT OF PLAINTIFFS' MOTION FOR ATTORNEY'S FEES**

Ford to settle some MDL cases.

15.   In January 2022, the parties appeared at a status conference. In March 2022, the parties prepared and submitted a joint status conference report as well as crafted and filed dismissal documents, per the Court's Orders, for various cases that settled. Also in March 2022, the parties appeared at a status conference. In April 2022, the parties met and conferred and submitted to the Court their proposed procedures for selecting the next round of cases for the IDP.

### **The Firm's Fees Incurred in Litigating This Matter Are Reasonable Pursuant to the Lodestar Method**

16.   I am the Managing Partner at Knight Law Group, LLP.  I graduated in 2009 from Southwestern University School of Law in the top 10% with cum laude honors and received several academic based scholarships including the Dean's Merit Award.  While in law school, I was an oralist on the team that reached the semi-finals at the August A. Rendigs, Jr. National Products Liability Moot Court Competition.  I received the CALI Excellence Award for Real Estate Transactions. I received a certificate for completing the Alternative Dispute Resolution program in Hong Kong and Beijing through Pepperdine Law School's esteemed Strauss Institute for Dispute Resolution.   I was a judicial extern for then-Chief Judge Alexander Kozinski of the Ninth Circuit Court of Appeals and thereafter served as a judicial extern to Judge F. Gary Klausner of the United States District Court, Central District of California.  I received a B.A. in Economics with a minor in English from the University of California at Los Angeles, where I graduated with Provost Honors in 2000.  I also studied economics at the University of Westminster in London, England.  I was admitted to the California State Bar in 2012.  I am admitted to practice in each of the United States District Courts in California.

17.   I have been prosecuting consumers' claims under the Song-Beverly Act, and other consumer statutes such as the Consumer Legal Remedies Act ("CLRA) and the Automobile Sales Finance Act ("ASFA"), since 2013.  I joined

**DECLARATION OF ROGER KIRNOS IN SUPPORT OF PLAINTIFFS' MOTION FOR ATTORNEY'S FEES**

Knight Law Group in 2017 as a Partner at the firm. My professional focus has been to protect consumers from large-scale abuses by automobile manufacturers. I have been involved in the settlement of hundreds of cases over the years. I have been trial counsel in over 25 consumer-protection cases that have gone to jury verdict, and was one of the trial attorneys on the team that won a record verdict of $8.2M against Ford Motor Company, besting previous jury verdicts of $7.6M, $2.8M, and $1.6M. Three of these verdicts were in the Top 50 of all verdicts in California in the year they were rendered according to Top Verdicts, and were the #1, #2 and #5 top verdicts in the area of "Consumer Fraud, Deceptive Trade Practices, False Advertising, Fraudulent Concealment, Lemon Law" that year. In addition to litigating individual cases, I have been the lead attorney for Knight Law's clients in multiple federal Multi-District Litigation and state Judicial Counsel Coordinated Proceedings. I have represented clients in appeals and was personally and directly involved in authoring the briefing in at least 20 appeals, whether as appellant or respondent, including the following list of cases, which is not an exhaustive list of all appellate matters in which Knight Law Group was involved (Note: One asterisk (*) signifies an appeal brought as an Appellant, and two asterisks (**) signifies an appeal in which we were the Respondent):

<u>Published Opinions</u>

    a. *Warren v. Kia Motors America* (2018) 30 Cal.App.5th 24; San Bernardino County, Case No. CIVDS1414575; Fourth Appellate District, Case No. SCV254959*

    b. *Hanna v. Mercedes-Benz, USA* (2019) 36 Cal.App.5th 493; Los Angeles County, Case No. BC552038; Second Appellate District, Case No. B283776*

    c. *Patel v. Mercedes-Benz, USA* (2019) 43 Cal.App.5th 1007; Los Angeles County, Case No. BC580425; Second Appellate District, Case No. B293813*

**DECLARATION OF ROGER KIRNOS IN SUPPORT OF PLAINTIFFS' MOTION FOR ATTORNEY'S FEES**

d. *Berroteran v. Ford Motor Company* (2019) 41 Cal.App.5th 518 (*review granted* 2/11/20); Los Angeles County, Case No. B542525; Second Appellate District, Case No. B296639\*

e. *Berroteran v. Ford Motor Company* (2022) --- P.3d ----, 2022 WL 664719 Los Angeles County, Case No. B542525; California Supreme Court, Case No. S259522

f. *Reynolds v. Ford Motor Company* (2020) 47 Cal.App.5th 1105; Sonoma County Case No. SCV254959; First Appellate District, Case No. A154811\*\*

g. *Anderson v. Ford Motor Company* (2022) 74 Cal.App.5th 946, San Joaquin County, Case No. 39-2013-00299512-CU-BC-STK; Third Appellate District, Case No. C089603\*\*

h. *Niedermeier v. FCA US* (2020) 56 Cal.App.5th 1052 (*review granted* 2/20/21); Los Angeles County, Case No. BC638010; Second Appellate District, Case No. B293960\*\*

i. *Hernandez v. FCA US* (2020) 50 Cal.App.5th 329 Los Angeles County, Case No. BC668240; Second Appellate District, Case No. B296516\*

j. *Reck v. FCA US* (2021) 64 Cal.App.5th 682, Alameda County, Case No. RG16836069; First Appellate District, Case No. A157966\*

k. *Covert v. FCA US,* (2022) 73 Cal.App.5th 821, Los Angeles County, Case No.  BC629240, Second Appellate District, Case No. B293960\*\*

Unpublished Opinions / Pending Appeals

l. *Palombi v. FCA, US*, Solano County, Case No. FCS043387; First Appellate District, Case No. A156166\*

///

**DECLARATION OF ROGER KIRNOS IN SUPPORT OF PLAINTIFFS' MOTION FOR ATTORNEY'S FEES**

m. *Margeson v. Ford Motor Company*, Los Angeles County, Case No. BC552038; Second Appellate District, Case No. B283776**

n. *Cofield v. Kia Motors America*, Kern County, Case No. S-1500-CV283504; Fifth Appellate District, Case No. F074977**

o. *Myers v. Ford Motor Company*, Los Angeles County, Case No. BC638302; Second Appellate District, Case No. B297244**

p. *Cieslikowski v. FCA US* (2020) 809 Fed.Appx. 386; USDC Central Dist., Case No. 5:17-cv-00562; Ninth Circuit, Case No. 21-55874*

q. *Anderson v. Ford Motor Company*, San Joaquin County, Case No. STK-CV-UBC-20130007198; Third Appellate District, Case No. C089603**

r. *Bowser v. Ford Motor Company*, Riverside County, Case No. MCC1301631; Fourth Appellate District, Case No. E073609**

s. *Nolan v. Ford Motor Company*, Riverside County, Case No. RIC1307491; Fourth Appellate District, Case No. E073850**

t. *Brown v. Ford Motor Company,* Butte County, Case No. 160060; Third Appellate District, Case No. C088419**

u. *Coon v. Ford Motor Company*, Riverside County, Case No. MCC1300767; Fourth Appellate District, Case No. E073138**

v. *Rodriguez v. FCA US*, Riverside County, Case No. RIC1807727; Fourth Appellate District, Case No. E73766*

w. *Madrigal v. Hyundai Motor America*, Placer County, Case No. CV00338395; Third Appellate District, Case No. C090463**

x. *Figueroa v. FCA US*, Ventura County, Case No. 56-2018-00507038; Second Appellate District, Case No. B306275*

y. *Quintero v. Ford Motor Company*, USDC Central District, Case No. 2:18-cv-01912-AB-FFM; Ninth Circuit, Case No. 20-5583*

**DECLARATION OF ROGER KIRNOS IN SUPPORT OF PLAINTIFFS' MOTION FOR ATTORNEY'S FEES**

18.    In addition to the above published and unpublished opinions, my firm was also involved in numerous other notable unpublished appellate decisions such as:

<u>Notable Favorable Unpublished Opinions</u>

a. *Smart v. Ford Motor Company*, Butte County, Case No. 159509; Third Appellate District, Case No. C087422*

b. *Noflin v. Volkswagen Group of America*, Los Angeles County, Case No. BC575800; Second Appellate District, Case No. B275638*

c. *McCullough v. FCA US* San Diego County, Case No. 37-2015-00013501-CU-BC-CTL; Fourth Appellate District, Case No. D073330*

<u>Published opinions</u>:

d. *Etcheson v. FCA US* (2018) 30 Cal.App.5th 831*

e. *Morris v. Hyundai Motor America* (2019) 41 Cal.App.5th 24*

f. *Montoya v. Ford Motor Company* (2020) 46 Cal.App.5th 493**

g. *Santana v. FCA US* (2020) 56 Cal.App.5th 334*

19.    I am a member of, and have been a presenter at conferences, for the National Association of Consumer Affairs discussing topics including automotive fraud generally and best practices for pursuing and calculating damages to maximize consumers' recoveries.  I have also presented a Continuing Legal Education course addressing recent and upcoming changes in the area of the Song-Beverly Act and other consumers statutes such as the Consumer Legal Remedies Act by educating attorneys about recent appellate rulings and upcoming appellate issues to be decided. I am also actively involved with non-profit groups such as Consumers for Auto Reliability and Safety and professional organizations such as Consumer Attorneys of California where I sit on the organization's PAC Board.  I have also been voted by my peers as a Super Lawyer Rising Star each year since 2018.  I am a member of the Los Angeles County Bar Association and Beverly Hills Bar Association.  My billing rate is currently $500/hour and my initials are indicated in the billing as "RK."

**DECLARATION OF ROGER KIRNOS IN SUPPORT OF PLAINTIFFS' MOTION FOR ATTORNEY'S FEES**

1    For purposes of this case and given this Court's prior rulings in fee motions with
2    Knight Law, my billing rate for this matter is $375/hour.

3         20.    Chris Swanson is a Partner in my office.  Mr. Swanson graduated from
4    UCLA School of Law in 2011 where he distinguished himself academically. Mr.
5    Swanson has been an attorney at my firm since 2014.   His prior professional
6    experience includes individual and class action consumer protection law. Mr.
7    Swanson has been selected as a Rising Star by Super Lawyers from 2018 to 2020.
8    Mr. Swanson's billing rate for the purposes of this case and given this Court's prior
9    rulings in fee motions with Knight Law is $375/hour. Mr. Swanson's billing entries
10   are indicated by the initials "CS" in the billing statement exhibited to this
11   declaration.

12        21.    Daniel Kalinowski is an Associate with the firm and was admitted to
13   practice in 2015.  Mr. Kalinowski graduated from Chapman University School of
14   Law, and his hourly rate for the purposes of this case and given this Court's prior
15   rulings in fee motions with Knight Law is $250/hour. His prior professional
16   experience includes business litigation, real estate litigation, and employment
17   litigation. Mr. Kalinowski's billing entries are indicated by the initials "DK" in the
18   billing statement exhibited to this declaration.

19        22.    Greg Mohrman was a Senior Trial Attorney at Knight Law Group and
20   has been an attorney since 2009. A graduate of Southwestern Law School, he worked
21   as a Deputy District Attorney for Los Angeles County for 10 years, where he
22   conducted more than 80 trials and adjudications, as well as over a 1,000 preliminary
23   hearings. He was with Knight Law from July 2020 to February 2022, and his billing
24   rate for the purposes of this case and given this Court's prior rulings in fee motions
25   with Knight Law is $375/hour. Mr. Mohrman's billing entries are indicated by the
26   initials "GM" in the billing statement exhibited to this declaration.

27        23.    Lauren Ungs is a Partner in my office. Ms. Ungs has been employed by
28   the firm since July 12, 2012.  Ms. Ungs has been a member of the California bar and

**DECLARATION OF ROGER KIRNOS IN SUPPORT OF PLAINTIFFS' MOTION FOR ATTORNEY'S
FEES**

actively practicing law for over eleven years.  She graduated magna cum laude from Southwestern Law School in 2010.   She currently specializes in consumer law, lemon law, and contract law.  Prior to joining my firm, she worked for one year of practicing in the area of environmental law defense. Ms. Ungs' hourly rate for the purposes of this case and given this Court's prior rulings in fee motions with Knight Law is $375/hour. Ms. Ungs' entries are indicated by the initials "LAU" in the billing statement exhibited to this declaration.

24.     Maite Colón is an Associate in my office. Mrs. Colón graduated from the University of Puerto Rico School of Law in 2011 and was admitted to practice law in California in 2018. Mrs. Colón has been employed at my law firm since 2017. Prior to joining my firm, she worked at an international law firm gaining valuable experience in commercial transactional work and international law.  Mrs. Colón's hourly rate for the purposes of this case and given this Court's prior rulings in fee motions with Knight Law is $250/hour, and her billing entries are indicated by the initials "MC" in the billing statement exhibited to this declaration.

25.     Russell Higgins was an Associate and then a Partner with the firm and was admitted to practice in 2003.   Mr. Higgins graduated from Pepperdine University School of Law and his hourly rate for the purposes of this case and given this Court's prior rulings in fee motions with Knight Law is $375/hour.  Mr. Higgin's billing entries are indicated by the initials "RH" in the billing statement attached to this declaration.

26.     Zachary Powell is an associate at Knight Law Group, LLP. He received his undergraduate degree from the University of California, Berkeley and his law degree from the University of the Pacific, McGeorge School of Law. Mr. Powell was admitted to the Missouri Bar in 2013 and the California Bar in 2015. Mr. Powell's billing rate for the purposes of this case and given this Court's prior rulings in fee motions with Knight Law is $250/hour. Mr. Powell's billing entries are indicated by the initials "ZP" in the billing statement exhibited to this declaration.

DECLARATION OF ROGER KIRNOS IN SUPPORT OF PLAINTIFFS' MOTION FOR ATTORNEY'S FEES

27.    As always, Knight Law attempts to keep attorney's fees and costs down while providing vigorous and effective representation.

28.    All time billing entries were completed contemporaneously with each dated entry or near in time to the work performed. I have personally reviewed the billing entries to ensure that they appropriately reflect the time expended. I have removed or reduced any time I felt was excessive, duplicative, or otherwise unreasonable, or I have labeled the entry as a "no charge", as identified by the "N/C" in the invoice.  My firm does not bill clients for secretarial support staff time.

29.    Based on my review of the Court's July 22, 2021 Order Granting Consolidated Motion for Attorneys' Fees, the Court established up to $450/hour for Plaintiffs' counsel reasonably hourly rates. Order Granting Consolidated Motion for Attorneys' Fees, Dkt. No. 1153, ECF p. 10. Knight Law's hourly rates requested herein are consistent with the Court's July 22, 2021 determination on Knight Law's hourly rates.

30.    Typically, when my office files motions for attorneys' fees, we attach a survey of dozens of court orders to my declaration from the surrounding area with the hourly rates and amount awarded and whether the Court awarded a multiplier. Since this Court has already determined Knight Law's hourly rates as recent as 2021 and the fee request here does not deviate from that ruling, then my declaration for this motion does not attach the survey of court orders from the Los Angeles and Southern California area. Should the Court wish to refer to that survey, it is already in the record as the Declaration of Steve Mikhov in Support of the Consolidated Motion for Attorney's Fees, Costs and Expenses, Dkt. No. 976-1, ECF pp. 20-38.

31.    It is not uncommon for attorney's fees and costs to exceed the client's damages. The Legislature acknowledged such a circumstance, which is the reason behind the fee shifting provision of the Song-Beverly Act. Otherwise, consumers would be left without opportunity for redress when their damages were not enough for an attorney to take the case on a contingent fee or hourly rate basis. Such a result

**DECLARATION OF ROGER KIRNOS IN SUPPORT OF PLAINTIFFS' MOTION FOR ATTORNEY'S FEES**

occurs in large part because of dealerships' or vehicle manufacturers' refusal to adhere to statutory laws protecting consumers, resistance to honoring consumers' complaints, and generally playing games or simply abusing discovery procedures. For example, a manufacturer or distributer, such as Ford, could have avoided paying any attorney's fees and costs whatsoever had it admitted to its wrongdoing early on and honored Plaintiffs' presuit requests for repurchase of their defective vehicles. Instead, Defendant engaged in expensive litigation, and drove up fees and costs by, among other things, removing the case to Federal Court and holding out for several years of litigation before tendering any sort of written settlement offer.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on July 6, 2022, at Los Angeles, California.

/s/ Roger Kirnos
Roger Kirnos (SBN 283163)
Declarant

DECLARATION OF ROGER KIRNOS IN SUPPORT OF PLAINTIFFS' MOTION FOR ATTORNEY'S FEES

# EXHIBIT A

**FMC MDL**    Knight Law Group, LLP    **2:18-ml-02814-AB-FFM**
#:49080
Invoice

| Date | Attorney | Rate | Task | Time | FEE |
|------|----------|------|------|------|-----|
| 6/19/2020 | ZP | $250.00 | NHTSA keyword searches to establish documents that support further RFPs for NHTSA communications in line with federal ruling | 1.6 | $400.00 |
| 6/19/2020 | ZP | $250.00 | Edit master exhibit list with suggestions for concealment documents and quotes | 1.2 | $300.00 |
| 6/19/2020 | ZP | $250.00 | Executive employee review summaries input into Master Exhibit List with Boucher from BL; related to agency and exec knowledge of warranty spend and inability to fix/repair vehicles. | 1.5 | $375.00 |
| 6/22/2020 | RH | $375.00 | Review and evaluate MDL trial and IDP cases; prepare work up | 2.2 | $825.00 |
| 6/22/2020 | ZP | $250.00 | DPS6 RFG spreadsheet updates and information pulling for CU | 2.2 | $550.00 |
| 6/22/2020 | ZP | $250.00 | Pull warranty spend documents for spreadsheet | 1.2 | $300.00 |
| 6/23/2020 | ZP | $250.00 | Vehicle valuation research; dealer blogs, auction data, purpose vs. salvage value | 2.4 | $600.00 |
| 6/23/2020 | ZP | $250.00 | Pull 2017-2019 FoFi vehicle data from dealer and manufacturer websites for newest FoFis, search database of docs for reference to new tech or whether DPS6 was used | 1.6 | $400.00 |
| 6/24/2020 | RK | $375.00 | Meeting with Russ, Paul, Stephanie re settlement | 0.3 | $112.50 |
| 6/25/2020 | RK | $375.00 | Meeting with Ford's employees' attorney, Tracy Walker, re Apex depos with P. Kiesel, S. Taft and S. Hugret | 0.4 | $150.00 |
| 6/25/2020 | RK | $375.00 | Review and revise Response to Ford's Conditional Objection to award of costs; review and analyze and annotate Ford's cost memorandum in Hightower to support response | 1.2 | $450.00 |
| 6/25/2020 | ZP | $250.00 | Begin running VIN numbers to create an unbroken timeline of recalls on vehicles by build date using information on VINs for buyback vehicles | 1.3 | $325.00 |
| 6/26/2020 | ZP | $250.00 | VIN number look-ups and research into recalls we do not have record of for specific build dates for FoFi vehicles | 2.5 | $625.00 |
| 6/26/2020 | ZP | $250.00 | Research documents related to countering Ford expert's opinions on shudder and value | 1.4 | $350.00 |
| 6/29/2020 | ZP | $250.00 | Meeting re valuation and follow-up with CU | 1.1 | $275.00 |
| 6/29/2020 | ZP | $250.00 | Call with AM re documents | 0.2 | $50.00 |
| 6/29/2020 | ZP | $250.00 | Review valuation tactics and docs to prepare for meeting | 1.4 | $350.00 |

| Date | | | Description | | |
|---|---|---|---|---|---|
| 6/29/2020 | RK | $375.00 | Call with P. Kiesel and S. Taft re Apex witness depos / Ford's proposal | 0.2 | $75.00 |
| 6/30/2020 | ZP | $250.00 | Review trial documents requested for expert file | 1.6 | $400.00 |
| 6/30/2020 | ZP | $250.00 | Review submitted documents for valuation | 1.1 | $275.00 |
| 7/1/2020 | ZP | $250.00 | Trial team meeting. | 1.0 | $250.00 |
| 7/1/2020 | ZP | $250.00 | Review of EDV emails and correspondence with Ford employees while working at Getrag. | 1.1 | $275.00 |
| 7/1/2020 | RK | $375.00 | Meeting with attorneys re litigation strategy | 1.0 | $375.00 |
| 7/2/2020 | ZP | $250.00 | Call with NB of Boucher Law on splitting up tasks and exchanging research for NDC deposition project | 0.8 | $200.00 |
| 7/2/2020 | ZP | $250.00 | ILS research on NDC members interactions with Ford employees, engineers and social media division | 2.3 | $575.00 |
| 7/2/2020 | ZP | $250.00 | Identify documents to utilize in draft of Requests for Production of Documents to third party witnesses in National Dealer Council | 1.3 | $325.00 |
| 7/7/2020 | RK | $375.00 | Meeting with P. Kiesel and S. Taft and R. Higgins in preparation for status conference | 0.5 | $187.50 |
| 7/8/2020 | RK | $375.00 | Status Conference Hearing re settlement and apportionment (split with Quintero) | 1.2 | $450.00 |
| 7/8/2020 | RK | $375.00 | Meeting with attorneys re litigation strategy | 1.0 | $375.00 |
| 7/9/2020 | RK | $375.00 | Meeting with Steve and Maureen Summers re mediation | 0.5 | $187.50 |
| 7/10/2020 | ZP | $250.00 | Review previous RFPs for topics to use in Boucher Law RFPs to NDC members | 1.4 | $350.00 |
| 7/10/2020 | ZP | $250.00 | Email to NB at Boucher Law re: status of NDC templates | 0.2 | $50.00 |
| 7/10/2020 | ZP | $250.00 | Extract quotes from email strings with NDC members to categorize RFPs for each deponent | 1.3 | $325.00 |
| 7/13/2020 | ZP | $250.00 | NDC responsive document research; review approximately 30 documents for relevance in DPS6 cases and those referring to 6.0L interactions to determine chain of command in NDC | 1.1 | $275.00 |
| 7/13/2020 | ZP | $250.00 | Review previous RFPs in 6.0L cases and Boucher Law's template to form new RFPs for upcoming DPS6 depositions | 0.9 | $225.00 |
| 7/15/2020 | RK | $375.00 | Meeting with attorneys re strategy | 1.0 | $375.00 |
| 7/15/2020 | RK | $375.00 | Review Ford's proposed Status Conference Statement re settlement; draft Plaintiff's counsel's position; review notes and correspondence with M. Summers re same | 0.5 | $187.50 |

**Knight Law Group, LLP**
**Invoice**

| | | | | | |
|---|---|---|---|---|---|
| 7/15/2020 | RK | $375.00 | Communications with S. Hugret re revisions (multiple) | 0.2 | $75.00 |
| 7/15/2020 | RK | $375.00 | Review Status Conference Statement re settlement; communications with R. Higgins and S.Taft; revise agreement per M&C | 0.2 | $75.00 |
| 7/15/2020 | RH | $375.00 | MDL review draft status report re mediation scheduling and confer with co counsel re same; | 0.2 | $75.00 |
| 7/15/2020 | ZP | $250.00 | Trial team meeting | 1.1 | $275.00 |
| 7/15/2020 | ZP | $250.00 | Edit Plaintiffs' RFPs from NB Boucher Law for use in NDC Depos | 0.8 | $200.00 |
| 7/17/2020 | ZP | $250.00 | Edit standard RFPs from previous DPS6 depositions to send over to Boucher Law for NDC | 0.5 | $125.00 |
| 7/22/2020 | ZP | $250.00 | FoFi team meeting | 0.9 | $225.00 |
| 7/23/2020 | RH | $375.00 | Confer with SF re arrangements for attendance at upcoming status conference | 0.1 | $37.50 |
| 7/24/2020 | ZP | $250.00 | Update RFP suggestions with requests pertaining to documentation of line items in 126 and provision of customer survey data to FMC. | 1.1 | $275.00 |
| 7/27/2020 | RK | $375.00 | Meeting with Paul, S. Taft and R. Higgins re M&C with Ford | 0.6 | $225.00 |
| 7/27/2020 | RH | $375.00 | Meeting with FMC to confer on multiple issues; review and evaluate Altamirano MJOP & confer on scheduling; communications with FMC and PLLC re FMC absurd demand and "presumed consent" to record meeting; | 1.2 | $450.00 |
| 7/27/2020 | MC | $250.00 | ELR research | 4.9 | $1,225.00 |
| 7/27/2020 | ZP | $250.00 | Review all documents on Ray's top 100 list and pull those useful for apex depositions | 3.4 | $850.00 |
| 7/28/2020 | ZP | $250.00 | Cull high level presentations down to individual pages to introduce at deposition with reference to individual witness preparing or having each document prepared for them | 2.1 | $525.00 |
| 7/28/2020 | ZP | $250.00 | Read deposition transcripts of Tom Hamm, Chris Kwas and others for references to apex witnesses | 1.6 | $400.00 |
| 7/29/2020 | ZP | $250.00 | Apex deposition preparation and document identification to prepare BA/PK/RB for depositions | 2.2 | $550.00 |
| 7/30/2020 | RH | $375.00 | Prepare updated letter to stayed/non-IDP cases re status of litigation, comm with DR re same | 0.5 | $187.50 |

| | | | | | |
|---|---|---|---|---|---|
| 7/30/2020 | ZP | $250.00 | Reviewed documents, deposition transcripts, trial testimony and previous email chains to prepare document list for use in the apex deposition of Bennie Fowler. | 1.9 | $475.00 |
| 7/30/2020 | ZP | $250.00 | Continued preparation for deposition of Bennie Fowler by reviewing prior exhibit lists, trial and deposition testimony, and run searches in database | 2.8 | $700.00 |
| 7/31/2020 | ZP | $250.00 | Reviewed documents, deposition testimony, trial testimony and ran searches for documents relevant to use in deposition of Raj Nair. | 4.8 | $1,200.00 |
| 8/3/2020 | ZP | $250.00 | Review Robert Fascetti production documents in ILS and previously used hot docs | 3.4 | $850.00 |
| 8/3/2020 | ZP | $250.00 | Continued review of Robert Fascetti documents, download and cull down to first set of hot docs to prioritize for apex deposition | 2.9 | $725.00 |
| 8/4/2020 | ZP | $250.00 | Completed review of Fascetti apex depo docs and created pared down list of 29 documents to be reviewed by and used by trial counsel in preparation for Michigan deposition. | 4.4 | $1,100.00 |
| 8/5/2020 | RK | $375.00 | Conference with P. Kiesel, S. Taft, R. Higgins & B. Altman re Apex depos | 0.5 | $187.50 |
| 8/5/2020 | RH | $375.00 | Review and evaluate Duck firm status conference request with PLLC | 0.3 | $112.50 |
| 8/5/2020 | RH | $375.00 | Meeting with PLLC and trial counsel re scheduling and arrangements for "apex" depositions | 1.0 | $375.00 |
| 8/5/2020 | ZP | $250.00 | Review 55 Raj Nair custodian documents in ILS to prepare document list for trial team use in apex depo | 3.2 | $800.00 |
| 8/5/2020 | ZP | $250.00 | Continued review of Raj Nair custodian documents from ILS and compare to existing hot docs to prepare short list for use in apex deposition | 2.8 | $700.00 |
| 8/6/2020 | RH | $375.00 | Review and evaluate deposition notices for "apex witnesses" including cross-noticing issues | 0.7 | $262.50 |
| 8/6/2020 | ZP | $250.00 | Continued review of Raj Nair custodian documents to prepare document list for deposing attorneys to select from for 25 document short list | 4.5 | $1,125.00 |
| 8/6/2020 | ZP | $250.00 | Review all listed documents on Australia ruling and compared to hot docs list | 1.2 | $300.00 |

FMC MDL                              Knight Law Group, LLP                    2:18-ml-02814-AB-FFM
Invoice

| Date | | | | | |
|---|---|---|---|---|---|
| 8/7/2020 | RH | $375.00 | Review Central District COVID order, confer with PLLC and trial counsel about effect on trial scheduling in MDL | 0.3 | $112.50 |
| 8/7/2020 | ZP | $250.00 | Search for and download all 100+ documents from ILS listed in Australia motion to seal documents, found all attachments as well | 2.2 | $550.00 |
| 8/7/2020 | ZP | $250.00 | Reviewed all 80+ documents and all of their attachments, including numerous presentations to Ford BoD. | 6.3 | $1,575.00 |
| 8/7/2020 | ZP | $250.00 | Wrote up descriptions and email to FoFi team re: which to utilize in apex depos. | 1.8 | $450.00 |
| 8/8/2020 | ZP | $250.00 | Review documents used in Ford BoD meetings and tracked down related preparations made by Raj Nair, Bob Fascetti, Jim Baumbick and Bennie Fowler in advance of those meetings, including sourcing of information from lower ranked engineering teams | 3.2 | $800.00 |
| 8/8/2020 | ZP | $250.00 | Identify VOQ and warranty spend data documents, review for any relation to Raj Nair, Bennie Fowler and Bob Fascetti for use in their apex depositions | 2.7 | $675.00 |
| 8/10/2020 | ZP | $250.00 | Review documents to cull for Fascetti deposition | 5.3 | $1,325.00 |
| 8/10/2020 | ZP | $250.00 | Review documents to narrow down to 25 for Raj Nair deposition | 3.4 | $850.00 |
| 8/10/2020 | RK | $375.00 | Conference with P. Kiesel and S. Taft re Apex depo documents and notices | 0.4 | $150.00 |
| 8/10/2020 | RK | $375.00 | Meeting with P. Kiesel, S. Taft, Z. Powell, and R. Boucher re Ford's demand for remote depositions | 0.5 | $187.50 |
| 8/10/2020 | RK | $375.00 | Multiple email exchanges with attorneys regarding Ford's last minute attempt to block Apex depositions with a MPO | 0.7 | $262.50 |
| 8/11/2020 | RK | $375.00 | Review transcript of JCCP hearing re Ford's arguments against apportionment, annotate and draft email to P. Kiesel and S. Taft re analysis | 1.2 | $450.00 |
| 8/11/2020 | RK | $375.00 | Meeting with Steve, Paul, Bryan, Lauren and Stephanie re mediation | 1.4 | $525.00 |
| 8/11/2020 | RK | $375.00 | Conference with Paul, Stephanie, Bryan and Ray re Tracy Walker's proposal for Apex depos | 0.3 | $112.50 |
| 8/11/2020 | ZP | $250.00 | Meeting with FoFi team re Apex Depos | 0.3 | $75.00 |
| 8/11/2020 | ZP | $250.00 | Meeting with Paul Kiesel and Stephanie Taft re: Docs for Nair depo | 0.5 | $125.00 |
| 8/11/2020 | ZP | $250.00 | James Farley research for SBM | 0.8 | $200.00 |

| | | | | | |
|---|---|---|---|---|---|
| 8/11/2020 | ZP | $250.00 | Continue and complete Raj Nair deposition culling for final 25 documents, sent to RB for review/approval | 4.2 | $1,050.00 |
| 8/12/2020 | ZP | $250.00 | Meeting with FoFi team re upcoming depositions | 0.7 | $175.00 |
| 8/12/2020 | ZP | $250.00 | Cross-reference documents for apex depositions with occurrences of Jim Farley | 2.4 | $600.00 |
| 8/12/2020 | ZP | $250.00 | Begin narrowing field for Bennie Fowler deposition documents due by 8/18 | 3.7 | $925.00 |
| 8/12/2020 | RK | $375.00 | Meeting re litigation strategy | 0.7 | $262.50 |
| 8/12/2020 | RK | $375.00 | Conference with P. Kiesel and Ford's counsel and T. Walker re Apex depositions and trial scheduling | 0.6 | $225.00 |
| 8/12/2020 | RK | $375.00 | Follow up call with team re conference with Ford | 0.3 | $112.50 |
| 8/13/2020 | ZP | $250.00 | Begin review of ~1900 Bennie Fowler custodian documents | 3.5 | $875.00 |
| 8/13/2020 | ZP | $250.00 | Continued review of ~1900 Bennie Fowler documents, narrow search terms to DPS6 and 6F15 transmissions | 2.2 | $550.00 |
| 8/14/2020 | RH | $375.00 | Review issues for status conference report with PLLC and co-counsel | 0.2 | $75.00 |
| 8/14/2020 | ZP | $250.00 | Continued review of Bennie Fowler documents, use BoD and warranty analysis search terms to identify meeting prep and document drafts | 2.9 | $725.00 |
| 8/14/2020 | ZP | $250.00 | Continued review of Bennie Fowler documents, restrict search terms to Jim Farley, 2010 era documents, 2011 era documents and Jim VanSlamBrouck co-authored | 2.7 | $675.00 |
| 8/15/2020 | ZP | $250.00 | Continued review of Bennie Fowler documents until issue with ILS occurred | 2.2 | $550.00 |
| 8/16/2020 | ZP | $250.00 | Review documents utilized in Ambriz, Pedante and other Ford DPS6 trials to identify Bennie Fowler responsive documents | 3.6 | $900.00 |
| 8/17/2020 | ZP | $250.00 | Continued review of Bennie Fowler documents for upcoming apex deposition | 1.8 | $450.00 |
| 8/17/2020 | ZP | $250.00 | Continued review of Bennie Fowler documents to complete initial circulation of documents to team | 3.4 | $850.00 |
| 8/17/2020 | ZP | $250.00 | Circulate initial grouping of Bennie Fowler documents to team | 0.3 | $75.00 |
| 8/17/2020 | ZP | $250.00 | Locate all missing attachments for Bennie Fowler document list and added to folder | 1.3 | $325.00 |

| Date | Initials | Rate | Description | Hours | Amount |
|---|---|---|---|---|---|
| 8/17/2020 | RK | $375.00 | Review, revise and add to Joint Status Conference statement; legal research re case law | 0.9 | $337.50 |
| 8/18/2020 | ZP | $250.00 | Review deposition transcripts from trial to find Bennie Fowler references by Shawn McClain | 1.4 | $350.00 |
| 8/18/2020 | ZP | $250.00 | Compile final DropBox link for Bennie Fowler deposition and circulate with originating document starting Bates | 0.4 | $100.00 |
| 8/18/2020 | ZP | $250.00 | Continued review of further Bennie Fowler custodian documents and dupes for draft versions of PDFs | 2.4 | $600.00 |
| 8/18/2020 | ZP | $250.00 | Complete Bennie Fowler review and culling down to 26 originating documents; complete culling with PK and ST on Zoom | 3.6 | $900.00 |
| 8/19/2020 | RK | $375.00 | Ford litigation strategy meeting | 0.8 | $300.00 |
| 8/20/2020 | ZP | $250.00 | Research into Farley involvement based on Bennie Fowler and BOD documents; cross reference with individuals copied on the DPS6 Transmission Update and Lessons Learned documents, as well as testimony used at trial | 2.4 | $600.00 |
| 8/20/2020 | ZP | $250.00 | Research on impeachment documents for Fascetti based on presumed representations to be made on record | 1.7 | $425.00 |
| 8/21/2020 | ZP | $250.00 | Further work on researching potential impeachment documents for Raj Nair and Robert Fascetti based on pre-existing knowledge of FMC | 1.6 | $400.00 |
| 8/21/2020 | RH | $375.00 | Prepare for and attend MDL status conference (split with Altamarino MJOP hearing) | 1.7 | $637.50 |
| 8/22/2020 | ZP | $250.00 | Travel time to airport, flight to Detroit from SFO for apex witness depositions | 7.5 | $1,875.00 |
| 8/22/2020 | ZP | $250.00 | Print documents for Raj Nair deposition | 2.3 | $575.00 |
| 8/23/2020 | ZP | $250.00 | Printed and created exhibit binders for Fascetti deposition. | 3.2 | $800.00 |
| 8/23/2020 | ZP | $250.00 | Meet with BA to discuss deposition strategy | 1.0 | $250.00 |
| 8/23/2020 | ZP | $250.00 | Lined up further impeachment documents for apex witness depositions | 2.2 | $550.00 |
| 8/24/2020 | ZP | $250.00 | Meet with BA re deposition preparation | 0.8 | $200.00 |
| 8/24/2020 | ZP | $250.00 | Attend deposition of Fascetti in Detroit | 9.4 | $2,350.00 |
| 8/25/2020 | ZP | $250.00 | Prepare documents for CR and witness (For use at deposition) | 1.2 | $300.00 |
| 8/25/2020 | ZP | $250.00 | Appear for deposition of Raj Nair | 6.7 | $1,675.00 |
| 8/26/2020 | ZP | $250.00 | FoFi team meeting | 1.0 | $250.00 |
| 8/26/2020 | ZP | $250.00 | Review documents for Bennie Fowler upcoming deposition | 1.9 | $475.00 |

FMC MDL                                    Knight Law Group, LLP                        2:18-ml-02814-AB-FFM
Invoice

| Date | | | Description | | |
|---|---|---|---|---|---|
| 8/27/2020 | ZP | $250.00 | Review documents on Jim Farley associated with Bennie Fowler, Raj Nair, DPS6 generally, 6F15 replacement and BoD appearances | 1.5 | $375.00 |
| 8/28/2020 | ZP | $250.00 | Travel time from Detroit Westin to Florida, leaving Detroit apex depos | 5.0 | $1,250.00 |
| 8/28/2020 | ZP | $250.00 | Review exhibits for Bennie Fowler deposition and locate missing exhibits for BA and RB's offices | 1.4 | $350.00 |
| 8/31/2020 | ZP | $250.00 | Review all copies of DPS6 Transmission Update powerpoints and deduped for RB/BA | 2.1 | $525.00 |
| 8/31/2020 | ZP | $250.00 | Review Nair and Fascetti deposition transcripts and put together short list for SBM to use in mediation per LAU request | 1.4 | $350.00 |
| 8/31/2020 | RK | $375.00 | Review executive chart prepared by R. Boucher; review Ford policies and procedures re employee responsibilities in communications | 0.4 | $150.00 |
| 9/1/2020 | RK | $375.00 | Attend meeting with Partners re Ford mediation | 4.0 | $1,500.00 |
| 9/1/2020 | ZP | $250.00 | Reorganize exhibit binders for witness and court reporter for Bennie Fowler apex deposition | 1.5 | $375.00 |
| 9/1/2020 | ZP | $250.00 | Deposition of Bennie Fowler in Florida | 7.7 | $1,925.00 |
| 9/1/2020 | ZP | $250.00 | Debrief meeting with FoFi team after depo | 0.3 | $75.00 |
| 9/1/2020 | ZP | $250.00 | Continue pulling documents for RB to review over weekend for DPS6 related powerpoints | 1.7 | $425.00 |
| 9/1/2020 | ZP | $250.00 | Continue to review Nair and Fascetti deposition transcripts and put together short list for SBM to use in mediation per LAU request, complete and send | 1.3 | $325.00 |
| 9/2/2020 | ZP | $250.00 | Drive back to Orlando to car rental and there to home | 3.4 | $850.00 |
| 9/2/2020 | ZP | $250.00 | FoFi team meeting | 1.0 | $250.00 |
| 9/2/2020 | ZP | $250.00 | Read through transcript of Nair deposition and pull relevant documents for creating slides | 2.5 | $625.00 |
| 9/2/2020 | RK | $375.00 | Meeting with Steve, Lauren, Chris and Russ re preparation for mediation with Ford | 1.5 | $562.50 |
| 9/3/2020 | RK | $375.00 | Attend Mediation | 1.3 | $487.50 |
| 9/3/2020 | RK | $375.00 | Attend Mediation | 1.0 | $375.00 |
| 9/3/2020 | ZP | $250.00 | FoFi team meeting | 0.8 | $200.00 |
| 9/3/2020 | ZP | $250.00 | Work on slides for documents from depositions for SBM | 1.6 | $400.00 |
| 9/4/2020 | ZP | $250.00 | Identify and pull documents for RB's review to prepare for further depositions and trial narrative prep | 1.6 | $400.00 |
| 9/4/2020 | ZP | $250.00 | Emails to/from RB about missing documents | 0.2 | $50.00 |

| | | | | | |
|---|---|---|---|---|---|
| 9/4/2020 | ZP | $250.00 | Pull remaining identified documents for RB's review of fraud docs to build trial narrative and further deposition outlines | 0.3 | $75.00 |
| 9/4/2020 | ZP | $250.00 | Wrap up Nair initial slides, send to RK | 1.7 | $425.00 |
| 9/4/2020 | RK | $375.00 | Meeting re mediation | 1.9 | $712.50 |
| 9/4/2020 | RH | $375.00 | Confer with co-counsel re DPS6 exhibit numbers | 0.3 | $112.50 |
| 9/5/2020 | ZP | $250.00 | Identify, locate and pull documents for RB for trial prep/deposition prep | 1.2 | $300.00 |
| 9/8/2020 | ZP | $250.00 | Review Bennie Fowler deposition rough draft for useful testimony and foundation for documents | 1.4 | $350.00 |
| 9/8/2020 | ZP | $250.00 | Pull all documents for Bob Fascetti and Bennie Fowler depositions and separate based on foundation laid | 1.1 | $275.00 |
| 9/8/2020 | RK | $375.00 | Participate in mediation; review case files, discussions with team re demands | 4.0 | $1,500.00 |
| 9/9/2020 | RK | $375.00 | Review transcript from hearing on 8/21/20 | 0.7 | $262.50 |
| 9/9/2020 | ZP | $250.00 | Identify and locate documents RB requested from BOD/high level powerpoint presentations | 1.1 | $275.00 |
| 9/10/2020 | ZP | $250.00 | Review documents in ILS which FMC authenticated and stipulated to BR for in communication to Kiesel Law | 1.4 | $350.00 |
| 9/10/2020 | ZP | $250.00 | Continued review of documents for auth/stip to BR; download and write descriptions for portion of 450+ documents reviewed during this session | 1.7 | $425.00 |
| 9/11/2020 | ZP | $250.00 | Pull documents per FoFi meeting the previous day to compile Admit/Admit Auth/BR documents for RB's review before upcoming depositions | 2.1 | $525.00 |
| 9/11/2020 | ZP | $250.00 | Continue to pull documents per FoFi meeting the previous day to compile Admit/Admit Auth/BR documents for RB's review before upcoming depositions | 2.6 | $650.00 |
| 9/11/2020 | RK | $375.00 | Meeting re Mediation | 1.3 | $487.50 |
| 9/12/2020 | ZP | $250.00 | Continue pulling documents for RB from ILS on admit/admit Auth/BR records from FMC stipulation | 3.2 | $800.00 |
| 9/14/2020 | RH | $375.00 | Review/evaluate and legal research re Ford request for "OSC Re Applying Altamirano Order to All Cases Without Motions or Hearings" | 1.5 | $562.50 |
| 9/22/2020 | RK | $375.00 | Review and audit billing for Knight and Altman; review case files and docket | 5.3 | $1,987.50 |

**FMC MDL**

**Knight Law Group, LLP**
**Invoice**

**2:18-ml-02814-AB-FFM**

| Date | | | Description | | |
|---|---|---|---|---|---|
| 9/23/2020 | RK | $375.00 | Review draft of motion for common benefit fund | 1.2 | $450.00 |
| 10/1/2020 | RK | $375.00 | Draft Objections to Ford's Proposed Order re Supplemental Trial Calendar/Show Cause Order | 1.3 | $487.50 |
| 10/1/2020 | RK | $375.00 | Review notes and redlines of common benefit motion | 0.4 | $150.00 |
| 10/1/2020 | RH | $375.00 | Prepare objection to Ford's Proposed Order to circumvent due process regarding bellwether rulings; legal research | 1.0 | $375.00 |
| 10/2/2020 | RK | $375.00 | Conference with team re M&C with Ford re MJOP, etc. | 0.6 | $225.00 |
| 10/6/2020 | RK | $375.00 | Further audit to billing following revisions | 2.5 | $937.50 |
| 10/6/2020 | MC | $250.00 | Review docket re RK remand question for MAF- draft response internal email | 0.3 | $75.00 |
| 10/20/2020 | RK | $375.00 | Meeting with P. Kiesel, S. Taft and R. Higgins re preparation for status conference | 0.5 | $187.50 |
| 10/20/2020 | RK | $375.00 | Review status report in preparation of status conference; review and analyze MJOP order in Altamirano-Torres; review docket and Orders in Pedante re MJOP and MSA and Ford's reply re MJOP; legal research; review SDNY MDL order | 1.7 | $637.50 |
| 10/21/2020 | RK | $375.00 | Call with R. Higgins to prepare for hearing | 0.2 | $75.00 |
| 10/21/2020 | RK | $375.00 | Research re Judge Castillo; confer with R. Higgins and S. Taft | 0.3 | $112.50 |
| 11/5/2020 | RH | $375.00 | Review Nauhaus testimony and confer on strategy for depositions with co-counsel | 0.8 | $300.00 |
| 11/6/2020 | RK | $375.00 | Review and provide notes to S. Taft re Kiesel Law fee motion; call and emails with S. Taft re same; Zoom with Taft and Kiesel | 3.0 | $1,125.00 |
| 11/10/2020 | RH | $375.00 | Confer with DR and prepare info for meeting(s) with clients | 0.2 | $75.00 |
| 11/11/2020 | RH | $375.00 | Draft and evaluate response to FMC counsel re false "Vargas class settlement opt out" claims (multiple cases) | 0.2 | $75.00 |
| 11/12/2020 | MC | $250.00 | Email RH re MDL meeting for Spanish speaking clients | 0.2 | $50.00 |
| 11/12/2020 | ZP | $250.00 | Pull accident/injury documents and cross-referenced the Excel spreadsheet information for each of the four clients in the upcoming depositions | 2.7 | $675.00 |
| 11/17/2020 | RK | $375.00 | Review email correspondence b/w Ford and Liaison Counsel re stipulation for authenticity and hearsay; draft response to Ford's bogus claims | 0.3 | $112.50 |

| 11/17/2020 | MC | $250.00 | Call with RH re client call and MDL Mediation update | 0.6 | $150.00 |
|---|---|---|---|---|---|
| 11/17/2020 | MC | $250.00 | Meeting with DR re upcoming FMC Client meeting | 0.3 | $75.00 |
| 11/18/2020 | RH | $375.00 | Confer with staff re order for "deadline" for filing dismissals of supposedly barred cases | 0.2 | $75.00 |
| 11/18/2020 | MC | $250.00 | Call with DR re client questions for upcoming FMC MDL Client update | 0.4 | $100.00 |
| 11/19/2020 | MC | $250.00 | Prepare for and attend Call with Client re MDL update | 1.6 | $400.00 |
| 11/19/2020 | RH | $375.00 | Confer with DR, MC re preparation for zoom meeting with Spanish clients | 0.2 | $75.00 |
| 12/7/2020 | RH | $375.00 | Exchange emails with PLLC re upcoming status conference | 0.1 | $37.50 |
| 12/7/2020 | RH | $375.00 | Confer with RK re FMC request to limit entire settlement conference to two cases | 0.2 | $75.00 |
| 12/8/2020 | RK | $375.00 | Receive email from S. Taft re Status Conference; respond to same | 0.2 | $75.00 |
| 12/8/2020 | RK | $375.00 | Meeting with P. Kiesel and S. Taft re Status Conference | 0.3 | $112.50 |
| 12/8/2020 | RK | $375.00 | Attend Status Conference | 0.6 | $225.00 |
| 12/10/2020 | RH | $375.00 | Prepare for and attend multiple client meetings re status of stayed cases in MDL; comm's with attys, ALM, DR re same | 4.0 | $1,500.00 |
| 12/22/2020 | RK | $375.00 | Call with A. Nassihi re M&C re Daubert motions, scheduling settlement conference, fee motion | 0.4 | $150.00 |
| 1/4/2021 | RK | $375.00 | Call with R. Higgins re settlement structure | 0.2 | $75.00 |
| 1/4/2021 | RK | $375.00 | Meet and confer with A. Nassihi re Daubert/Fee Motions/Settlement Conference/trial continuance and deadlines | 1.3 | $487.50 |
| 1/15/2021 | ZP | $250.00 | Draft initial portion of declaration for MAF/Costs reply | 0.9 | $225.00 |
| 1/15/2021 | ZP | $250.00 | Complete review of depositions for responsive SBA-only material to be added to Exhibit A to declaration for MAF/Costs reply | 2.2 | $550.00 |
| 1/19/2021 | ZP | $250.00 | Finish review re applicable SBA questioning in DPS6 depos | 5.9 | $1,475.00 |
| 1/27/2021 | RK | $375.00 | Review and analyze Ford's Motion to Regulate fees, review declaration and RJN and all exhibits and transcripts | 2.2 | $825.00 |
| 1/30/2021 | RK | $375.00 | Continued review and edits of Opposition to Motion to Regulate | 3.9 | $1,462.50 |
| 1/31/2021 | RK | $375.00 | Complete revisions to Opp to Motion to Regulate, perform legal research re cases cited by Ford, review dockets of federal MDL cases | 4.7 | $1,762.50 |

**FMC MDL**

Knight Law Group, LLP

**2:18-ml-02814-AB-FFM**

Invoice

| | | | | | |
|---|---|---|---|---|---|
| 2/2/2021 | RK | $375.00 | Draft declaration to support Opposition to Motion to Regulate Fees | 0.4 | $150.00 |
| 2/3/2021 | GM | $375.00 | Ford Meeting Data dump | 1.1 | $412.50 |
| 2/19/2021 | RK | $375.00 | Review and analyze Ford Reply in Support of Motion to Regulate Fees and supporting papers | 0.6 | $225.00 |
| 3/2/2021 | RK | $375.00 | Review email from A. Nassihi re MDL settlement conference; respond to same re Ford's deceptive communications with clerk for Judge Castillo | 0.1 | $37.50 |
| 3/3/2021 | RK | $375.00 | Review email from A. Nasshi re scope of MDL; responded to the same | 0.2 | $75.00 |
| 3/3/2021 | RK | $375.00 | Review email from A. Nassihi re structure of MDL settlement conference; confer with S. Mikhov re same; respond to emails | 0.3 | $112.50 |
| 3/4/2021 | RK | $375.00 | Emails with clerk for Judge Castillo re settlement conference | 0.2 | $75.00 |
| 3/10/2021 | CS | $375.00 | Pre-settlement conference with settlement judge | 0.7 | $262.50 |
| 3/10/2021 | RK | $375.00 | Review summaries and charts in preparation for Settlement Conference | 0.8 | $300.00 |
| 3/10/2021 | RK | $375.00 | Attend Settlement Conference with S. Mikhov and C. Swanson | 0.9 | $337.50 |
| 3/10/2021 | RK | $375.00 | Call with S. Taft re Motion to Regulate | 0.2 | $75.00 |
| 3/11/2021 | RK | $375.00 | Review and redline proposed Notice of Errata; review prior filing of Opp to Motion to Regulate and new proposed Opp; email to S.Taft | 0.4 | $150.00 |
| 3/17/2021 | RK | $375.00 | Review Judge Castillo's standing order, annotate in preparation of meet and confer with Ford | 0.4 | $150.00 |
| 3/18/2021 | ALM | $350.00 | Read and review summary re results of settlement conference re all non-IDP cases | 0.1 | N/C |
| 3/18/2021 | RK | $375.00 | Drafted memo re results of Pre-Settlement Conference meeting; confer with C. Swanson re settlement conference structure | 0.5 | $187.50 |
| 3/19/2021 | RK | $375.00 | Prepare for meet and confer with Ford re settlement conference | 0.5 | $187.50 |
| 3/19/2021 | RK | $375.00 | Prepare for meet and confer with Ford re settlement conference and CMC statement | 0.2 | $75.00 |
| 3/19/2021 | RK | $375.00 | Meet and confer with Ford counsel | 0.4 | $150.00 |
| 3/23/2021 | RK | $375.00 | Call with Judge Castillo | 0.5 | $187.50 |
| 3/24/2021 | RK | $375.00 | Review summary/chart of settlement history of cases; review select client files and repair summaries | 0.5 | $187.50 |
| 3/31/2021 | RK | $375.00 | Attend Pre-Mediation Conference with Judge Castillo and Ford attorneys | 1.0 | $375.00 |

FMC MDL | Knight Law Group, LLP | 2:18-ml-02814-AB-FFM

Invoice

| Date | Atty | Rate | Description | Hours | Amount |
|---|---|---|---|---|---|
| 4/16/2021 | RK | $375.00 | Attend Pre-Settlement Conference | 0.8 | $300.00 |
| 4/16/2021 | RK | $375.00 | Draft memo re results of Pre-Settlement Conference | 0.3 | $112.50 |
| 4/27/2021 | RK | $375.00 | Call with Paul re MDL matters | 0.3 | $112.50 |
| 4/30/2021 | MC | $250.00 | MDL Meeting re appeal/remand | 1.4 | $350.00 |
| 5/2/2021 | RK | $375.00 | Email to A. Nassihi re M&C re settlement conference dates | 0.1 | $37.50 |
| 5/4/2021 | RK | $375.00 | M&C with Ford re various | 1.1 | $412.50 |
| 5/4/2021 | MC | $250.00 | MTR research | 2.1 | $525.00 |
| 5/6/2021 | GM | $375.00 | Meeting with clients re status of MDL | 2.2 | $825.00 |
| 5/6/2021 | MC | $250.00 | Client update call with RK/GM | 2.2 | $550.00 |
| 5/6/2021 | RK | $375.00 | Prepare for Conference with clients | 0.4 | $150.00 |
| 5/6/2021 | RK | $375.00 | Zoom Conferences with MDL clients | 2.2 | $825.00 |
| 5/10/2021 | MC | $250.00 | MTR Research | 3.6 | $900.00 |
| 5/10/2021 | RK | $375.00 | Review and analyze Research and analysis of remand | 0.5 | $187.50 |
| 5/11/2021 | RK | $375.00 | Call with A. Nassihi re Request for Status Conference | 0.2 | $75.00 |
| 5/11/2021 | ZP | $250.00 | Complete review of deposition transcripts for SBA related questioning and initial draft of notice of lodging | 2.7 | $675.00 |
| 5/11/2021 | ZP | $250.00 | Complete PDFing and separating out exhibits to be filed and documents to be lodged with court | 0.8 | $200.00 |
| 5/11/2021 | ZP | $250.00 | Edit documents/exhibits and separated by deposition | 0.4 | $100.00 |
| 5/11/2021 | ZP | $250.00 | Make final edits to notice of lodging before filing | 1.1 | $275.00 |
| 5/14/2021 | RK | $375.00 | Call with S. Taft re Ford's filing re objecting to status conference | 0.1 | $37.50 |
| 5/14/2021 | RK | $375.00 | Call with A. Nassihi re Ford's filing | 0.2 | $75.00 |
| 5/14/2021 | MC | $250.00 | Call with RK re remand motions | 0.3 | $75.00 |
| 5/19/2021 | MC | $250.00 | Call with RK re remand research | 0.4 | $100.00 |
| 6/3/2021 | MC | $250.00 | Draft Internal Remand Memo | 2.5 | $625.00 |
| 6/3/2021 | RK | $375.00 | Review draft of Joint Status Conference report, revised/augmented issues for discussion; confer with B. Altman and C. Urner re discovery | 0.9 | $337.50 |
| 6/4/2021 | RK | $375.00 | Review memo from M. Colon re analysis of potential remand motion; review and analyze legal authorities provided | 1.8 | $675.00 |
| 6/4/2021 | RK | $375.00 | Review draft of Settlement Conference brief | 0.3 | $112.50 |
| 6/4/2021 | RK | $375.00 | Call with M. Colon re analysis for remand motion | 0.3 | $112.50 |
| 6/4/2021 | RK | $375.00 | Attend meet and confer Zoom with S. Taft and Ford attorneys re upcoming Status Conference topics | 0.2 | $75.00 |

| | | | | | |
|---|---|---|---|---|---|
| 6/10/2021 | RK | $375.00 | Review and analyze Court's ruling on test motions for remand to ascertain approach for Joint Report; review cases cited in order | 1.3 | $487.50 |
| 6/11/2021 | MC | $250.00 | Call with RK re remand research | 0.4 | $100.00 |
| 6/11/2021 | RK | $375.00 | Emails with S. Taft re Joint Report (x2) | 0.4 | $150.00 |
| 6/11/2021 | RK | $375.00 | Call with M. Colon re remand analysis | 0.3 | $112.50 |
| 6/11/2021 | RK | $375.00 | Draft portions of Joint Report re fee motion protocol and motion for remand | 0.8 | $300.00 |
| 6/15/2021 | RK | $375.00 | Draft supplement report due to Ford's counsel's intentional misrepresentations to the Court | 1.0 | $375.00 |
| 6/21/2021 | RK | $375.00 | Review research and annotations of remand order in preparation for call with counsel | 0.4 | $150.00 |
| 6/21/2021 | RK | $375.00 | Meeting with outside counsel re analysis of remand | 0.8 | $300.00 |
| 6/21/2021 | MC | $250.00 | Call with RK re remand mtns research and update internal memo | 0.6 | $150.00 |
| 6/21/2021 | MC | $250.00 | Conference call with RK and outside counsel re 9th circuit rulings and motions for remand in the MDL | 1.1 | $275.00 |
| 6/22/2021 | RK | $375.00 | Call with S. Taft re Status Conference | 0.4 | $150.00 |
| 6/22/2021 | MC | $250.00 | MTR Research on AIC and 9th circuit AIC | 4.9 | $1,225.00 |
| 6/25/2021 | RK | $375.00 | Prepare for Status Conference | 0.2 | $75.00 |
| 6/25/2021 | RK | $375.00 | Attend Status Conference (split with Altamirano-Torres motions to exclude experts) | 1.0 | $375.00 |
| 6/25/2021 | RK | $375.00 | Draft memorandum re results of hearing | 0.5 | $187.50 |
| 6/29/2021 | RK | $375.00 | Legal research re remand authority, overlapped with damages and privity research | 1.3 | $487.50 |
| 6/29/2021 | RK | $375.00 | Receive email from S. Hugret in response to f/u on Release Agreement; respond to the same | 0.1 | $37.50 |
| 6/30/2021 | RK | $375.00 | Meet and confer with A. Nassihi and S. Hugret re release agreement | 0.2 | $75.00 |
| 7/9/2021 | RK | $375.00 | Review meet and confer history re production of safety/accident documents | 0.8 | $300.00 |
| 7/9/2021 | RK | $375.00 | Review Plaintiff's Status Report, add portions re discovery, review case files | 1.7 | $637.50 |
| 7/9/2021 | RK | $375.00 | Final look and additional revisions to Plaintiffs' Report for Status Conference | 0.3 | $112.50 |
| 7/12/2021 | MC | $250.00 | Internal correspondence re MTR draft | 0.5 | $125.00 |
| 7/14/2021 | RK | $375.00 | Call with A. Nassihi re settlement of MDL matters / fees | 0.2 | $75.00 |
| 7/16/2021 | MC | $250.00 | MTR Research | 1.1 | $275.00 |
| 7/23/2021 | MC | $250.00 | Confer with CS re damages issues for MTR | 0.5 | $125.00 |

**FMC MDL**

**Knight Law Group, LLP**
**Invoice**

**2:18-ml-02814-AB-FFM**

| | | | | | |
|---|---|---|---|---|---|
| 7/27/2021 | RK | $375.00 | Review and analyze ruling on fee motion to ascertain further fee request structures/protocols | 0.6 | $225.00 |
| 7/27/2021 | RK | $375.00 | Review and analyze ruling on Lead Liaison counsel | 0.7 | $262.50 |
| 7/28/2021 | RK | $375.00 | Review Status Conference statements, confer with S. Taft | 0.7 | $262.50 |
| 7/28/2021 | RK | $375.00 | Attend Status Conference | 2.2 | $825.00 |
| 7/28/2021 | MC | $250.00 | MDL Status Conference | 2.1 | $525.00 |
| 7/28/2021 | MC | $250.00 | Draft Outcome summary of MDL status conference/update file | 0.5 | $125.00 |
| 7/29/2021 | MC | $250.00 | Call with Roger discuss MDL results and next steps in terms of pending assignments | 0.3 | $75.00 |
| 8/2/2021 | RK | $375.00 | Meeting with S. Mikhov, C. Swanson and S. Wilson re Ford's buyback strategy | 0.4 | $150.00 |
| 8/2/2021 | RK | $375.00 | Review email from S. Taft to Plaintiff's attorneys; review Court's order from Status Conference | 0.1 | $37.50 |
| 8/2/2021 | RK | $375.00 | Confer with S. Taft re prevailing party research | 0.2 | $75.00 |
| 8/3/2021 | RK | $375.00 | Confer with M. Colon re tasks and strategy | 0.2 | $75.00 |
| 8/4/2021 | RK | $375.00 | Call with A. Nassihi re various MDL matters | 0.3 | $112.50 |
| 8/6/2021 | RK | $375.00 | Meet and confer with Ford counsel re proposal for settlement of all MDL cases | 0.1 | $37.50 |
| 8/6/2021 | RK | $375.00 | Emails with Ford counsels re settlement agreement, call with A. Nassihi | 0.2 | $75.00 |
| 8/6/2021 | RK | $375.00 | Call with S. Taft re meet and confer with Ford re common fees | 0.2 | $75.00 |
| 8/6/2021 | RK | $375.00 | Call with S. Taft re letter to Ford / meet and confer with Ford re attorney fees, draft email to S. Hugret and A. Nassihi with calculations for fees to initial M&C efforts | 0.5 | $187.50 |
| 8/10/2021 | RK | $375.00 | Meet and confer re Release Agreement | 0.8 | $300.00 |
| 8/11/2021 | RK | $375.00 | Conferral with M. Colon re MDL and Fact Sheets | 0.2 | $75.00 |
| 8/11/2021 | MC | $250.00 | Meeting with DR and client services team re client updates on MDL status | 0.8 | $200.00 |
| 8/13/2021 | RK | $375.00 | Multiple revisions and emails with Ford counsel re stipulation, call with S. Taft, call with A. Nassihi | 0.8 | $300.00 |
| 8/14/2021 | MC | $250.00 | Review Plaintiff Fact Sheet Draft | 0.4 | $100.00 |
| 8/16/2021 | RK | $375.00 | Draft email to Ford's counsel in response to proposal in Joint Statement to repurchase MDL plaintiff vehicles | 1.2 | $450.00 |
| 8/16/2021 | RK | $375.00 | Review and revise draft of PFS, review other case files | 1.0 | $375.00 |

FMC MDL

**Knight Law Group, LLP**
**Invoice**

2:18-ml-02814-AB-FFM

| | | | | | |
|---|---|---|---|---|---|
| 8/17/2021 | RK | $375.00 | Review and revise email to Ford re MDL buyback proposal | 0.5 | $187.50 |
| 8/17/2021 | RK | $375.00 | Call with A. Nassihi re M&C re settlement | 0.6 | $225.00 |
| 8/19/2021 | RK | $375.00 | Receive email from S. Taft re M&C date and time re Fact Sheets | 0.1 | $37.50 |
| 8/23/2021 | CS | $375.00 | Review and analyze Ford's proposed fact sheet; draft e-mail re deficiencies and objections | 0.3 | $112.50 |
| 8/23/2021 | LAU | $375.00 | Review and annotate objections on proposed plaintiff fact sheet. | 0.7 | $262.50 |
| 8/23/2021 | RK | $375.00 | Review Ford's proposed Plaintiff Fact Sheets; call with S. Taft re analysis | 0.5 | $187.50 |
| 8/23/2021 | RK | $375.00 | Meet and confer with S. Taft and Ford counsel re Fact Sheets | 0.5 | $187.50 |
| 8/24/2021 | RK | $375.00 | Review Ford's redlines to Release Agreement, drafted comments re revisions and email to Ford counsel | 0.2 | $75.00 |
| 8/24/2021 | RK | $375.00 | Meet and confer with Ford re release agreement / Wirth fees and general fee approach in settled cases | 1.2 | $450.00 |
| 8/24/2021 | RK | $375.00 | Review Ford's revision to Defendant's Fact Sheet, compared with initial proposal, revised list of categories, email to S. Taft re same | 0.6 | $225.00 |
| 8/25/2021 | RK | $375.00 | Meet and confer with Ford counsel and S. Taft re Fact Sheets | 1.0 | $375.00 |
| 8/25/2021 | RK | $375.00 | Receive email from S. Taft re inquiry into Ford's prior doc production; draft email to Z. Powell re same | 0.1 | $37.50 |
| 8/25/2021 | RK | $375.00 | Further meet and confer with Ford counsel re Fact Sheets; follow-up call with S. Taft | 0.7 | $262.50 |
| 8/25/2021 | RK | $375.00 | Additional M&C with Ford counsel and S. Taft re Facts Sheets; subsequent conference re trial scheduled for IDP plaintiffs | 1.8 | $675.00 |
| 8/26/2021 | RK | $375.00 | Emails with S. Hugret re finalized release agreement, emails with staff re same | 0.3 | $112.50 |
| 8/27/2021 | RK | $375.00 | Attend meet and confer with Ford counsel re Fact Sheets (ended early due to Ford); exchange several emails re same; call with S. Taft | 0.6 | $225.00 |
| 8/27/2021 | RK | $375.00 | Review and redline proposed Joint Statement re Trial Dates; call with M. Colon re results of research on Court's power to consolidate trial | 0.6 | $225.00 |
| 8/27/2021 | RK | $375.00 | Call with A. Nassihi to meet and confer re Joint Statement re Trial Dates and Fact Sheets | 0.5 | $187.50 |
| 8/27/2021 | RK | $375.00 | Call with A Nassihi re Joint Statement re trial dates | 0.4 | $150.00 |

FMC MDL          **Knight Law Group, LLP**          2:18-ml-02814-AB-FFM

**Invoice**

| Date | Initials | Rate | Description | Hours | Amount |
|---|---|---|---|---|---|
| 8/27/2021 | RK | $375.00 | Draft Status Report re Response to Ford's general buyback offer | 0.5 | $187.50 |
| 8/27/2021 | MC | $250.00 | Research project re Consolidation | 1.7 | $425.00 |
| 8/27/2021 | MC | $250.00 | Draft internal memo on consolidation of trials | 0.9 | $225.00 |
| 8/30/2021 | RK | $375.00 | Call with A. Nassihi re Fact Sheets | 0.2 | $75.00 |
| 8/31/2021 | MC | $250.00 | Start initial draft of mediation brief x 30 cases/review files/previous settlements | 1.2 | $300.00 |
| 9/9/2021 | RK | $375.00 | Call with A. Nassihi re Status Conference Statement | 0.3 | $112.50 |
| 9/13/2021 | MC | $250.00 | Review Order re status conference | 0.1 | $25.00 |
| 9/14/2021 | RK | $375.00 | Review email from S. Taft re fact sheets, respond to same | 0.2 | $75.00 |
| 9/14/2021 | RK | $375.00 | Call with S. Taft re Status Conference topics | 0.3 | $112.50 |
| 9/15/2021 | RK | $375.00 | Prepare for Status Conference, review reports previously submitted and notes from M&C discussions with Ford | 0.4 | $150.00 |
| 9/15/2021 | RK | $375.00 | Attend Status Conference | 0.8 | $300.00 |
| 9/15/2021 | MC | $250.00 | Attend Status Conference | 0.9 | $225.00 |
| 9/15/2021 | MC | $250.00 | Review minutes of status conference | 0.1 | $25.00 |
| 9/22/2021 | ZP | $250.00 | Review documents from DPS6 production to revise non-case specific portion of standard trial exhibit list | 2.2 | $550.00 |
| 9/22/2021 | ZP | $250.00 | Continue reviewing/revising non-case specific trial exhibit list for DPS6, focus on exhibits lacking foundation for culling and exhibits with deposition testimony supporting foundation | 2.4 | $600.00 |
| 9/22/2021 | ZP | $250.00 | Review deposition designations in DPS6 cases to add to Offer of Proof and Admissibility Brief on documents | 0.8 | $200.00 |
| 9/28/2021 | CS | $375.00 | Draft message to Amir N. re IDP joint trial report | 0.1 | $37.50 |
| 9/29/2021 | CS | $375.00 | Meeting with Amir N. and LAU re IDP trials | 0.3 | $112.50 |
| 9/29/2021 | CS | $375.00 | Meeting with LAU to prepare plan for MDL IDP trials | 0.5 | $187.50 |
| 9/29/2021 | MBR | $375.00 | Prepare analysis of procedural posture of informal hearing set for October 6; send to co-counsel | 0.7 | N/C |
| 10/20/2021 | MC | $250.00 | Call with CS re pending fee motions on MDL settled cases | 0.4 | $100.00 |
| 10/20/2021 | MC | $250.00 | Review settled cases/fee motion status | 0.4 | $100.00 |
| 10/25/2021 | MC | $250.00 | Internal correspondence re FMC MDL Client call this week | 0.3 | $75.00 |
| 10/27/2021 | RK | $375.00 | Call with C. Swanson re settlement discussions and Ford matters | 0.5 | $187.50 |
| 10/28/2021 | CS | $375.00 | Meeting with Amir N. re scheduling order for IDP cases | 0.2 | $75.00 |

FMC MDL | Knight Law Group, LLP | 2:18-ml-02814-AB-FFM

**Invoice**

| Date | Initials | Rate | Description | Hours | Amount |
|---|---|---|---|---|---|
| 10/28/2021 | RK | $375.00 | Attend meeting re further strategy/pre for briefing schedule prior to Ford meet and confer | 1.0 | $375.00 |
| 10/29/2021 | DK | $250.00 | Confer with MR re preparing joint stip and po re IDP trial schedule | 0.2 | $50.00 |
| 10/29/2021 | DK | $250.00 | Revise and draft proposed draft IDP pretrial and trial scheduling | 0.6 | $150.00 |
| 10/29/2021 | DK | $250.00 | Meeting with LU, CS, RK and SW re pretrial and trial deadlines and scheduling in advance of meet and confer with Ford and strategy re same | 0.4 | $100.00 |
| 10/29/2021 | DK | $250.00 | Zoom conference with opposing counsel re meet and confer on pretrial and trial deadlines and scheduling | 0.6 | $150.00 |
| 10/29/2021 | DK | $250.00 | Email correspondence to opposing counsel re proposed draft pretrial and trial scheduling | 0.1 | $25.00 |
| 10/29/2021 | CS | $375.00 | Conference call with defense counsels and RK, LAU, and DK re IDP cases | 0.5 | $187.50 |
| 10/29/2021 | CS | $375.00 | Preparation for conference call re IDP scheduling order; meeting with LAU, RK, SW, and DK re same | 0.6 | $225.00 |
| 10/29/2021 | CS | $375.00 | Call with Amir N. re IDP cases and MSJ scheduling | 0.4 | $150.00 |
| 10/29/2021 | MC | $250.00 | Update Call with Clients re FMC MDL (60+ clients) | 1.1 | $275.00 |
| 10/29/2021 | MC | $250.00 | Update call with FMC MDL clients for Spanish Speakers | 1.2 | $300.00 |
| 10/29/2021 | MC | $250.00 | Prep call with RK in anticipation of FMC Client update call | 0.3 | $75.00 |
| 10/29/2021 | MC | $250.00 | Prep for Client Update Call | 0.4 | $100.00 |
| 10/29/2021 | LAU | $375.00 | Meeting with defense counsel regarding proposed scheduling for upcoming consolidated trial and other outstanding issues. | 0.5 | $187.50 |
| 10/29/2021 | LAU | $375.00 | Internal meeting with R. Kirnos, DK, and CS re preparation for call with Ford's counsel re scheduling of DPS6. | 0.6 | $225.00 |
| 10/29/2021 | RK | $375.00 | Review draft of proposed scheduling order and revise, notate | 0.2 | $75.00 |
| 10/29/2021 | RK | $375.00 | Call with C. Swanson re scheduling order | 0.2 | $75.00 |
| 10/29/2021 | RK | $375.00 | Call with M. Colon in preparation of conference with MDL clients | 0.3 | $112.50 |
| 10/29/2021 | RK | $375.00 | Conference with MDL Clients | 1.0 | $375.00 |
| 10/29/2021 | RK | $375.00 | Meeting Ford attorneys re M&C re trial scheduling | 0.5 | $187.50 |
| 10/29/2021 | RK | $375.00 | Call with Amir re further discussions about trial scheduling | 0.3 | $112.50 |

| Date | Timekeeper | Rate | Description | Hours | Amount |
|---|---|---|---|---|---|
| 11/1/2021 | CS | $375.00 | Review Ford's proposed trial order schedule | 0.2 | $75.00 |
| 11/1/2021 | DK | $250.00 | Receive and review Ford's proposed pretrial scheduling order prior to zoom meet and confer | 0.2 | $50.00 |
| 11/1/2021 | DK | $250.00 | Zoom conference with opposing counsel re proposed pretrial and trial scheduling order | 0.5 | $125.00 |
| 11/1/2021 | DK | $250.00 | Meeting with CS and LU re Ford's proposed pretrial and trial scheduling order and strategy | 0.4 | $100.00 |
| 11/1/2021 | DK | $250.00 | Exchange email correspondence with opposing counsel re agreed upon preamble for parties' proposed pretrial/trial scheduling | 0.4 | $100.00 |
| 11/1/2021 | DK | $250.00 | Revise and draft Plaintiffs' unilateral proposed schedule of pre-trial dates and deadlines in light of parties' disagreement | 0.2 | $50.00 |
| 11/1/2021 | LAU | $375.00 | Review Ford's filing re scheduling order | 0.2 | $75.00 |
| 11/1/2021 | LAU | $375.00 | Participate in meet and confer call re multi plaintiff trial schedule | 0.5 | $187.50 |
| 11/2/2021 | DK | $250.00 | Review and analyze Ford's pretrial and trial scheduling statement | 0.1 | $25.00 |
| 11/2/2021 | DK | $250.00 | Strategy meeting with SM, RK, LU, CS re remaining IDP cases an | 0.5 | $125.00 |
| 11/2/2021 | RK | $375.00 | Meeting with attorney team re IDP strategy | 0.5 | $187.50 |
| 11/3/2021 | DK | $250.00 | Confer with CS re strategy and trial scheduling | 0.2 | $50.00 |
| 11/3/2021 | DK | $250.00 | Exchange email correspondence with opposing counsel re IDP trial scheduling | 0.3 | $75.00 |
| 11/3/2021 | CS | $375.00 | Call with Amir N. re scheduling order | 0.1 | $37.50 |
| 11/3/2021 | DK | $250.00 | Finalize joint stip re trial and trial deadlines prior to filing | 0.1 | $25.00 |
| 11/5/2021 | DK | $250.00 | Email correspondence with opposing counsel re proposed order re pretrial schedule | 0.1 | $25.00 |
| 11/5/2021 | DK | $250.00 | Prepare proposed order re pretrial schedule | 0.1 | $25.00 |
| 11/10/2021 | DK | $250.00 | Review CMO Order re Fact Sheets | 0.2 | $50.00 |
| 11/10/2021 | MBR | $375.00 | Receive and review case management order re parties' fact sheets | 0.2 | N/C |
| 11/15/2021 | MBR | $375.00 | Receive and review court order re stipulation to continue status conference; receive and review order re informal video conferences | 0.1 | N/C |
| 11/22/2021 | DK | $250.00 | Confer with CS, LU and RK re draft stip to set hearings and briefing on dispositive motions and Daubert motions | 0.2 | $50.00 |
| 11/22/2021 | DK | $250.00 | Email correspondence to opposing counsel re meet and confer as to briefing schedule and hearing date for IDP dispositive and Daubert motions | 0.1 | $25.00 |

Knight Law Group, LLP
**Invoice**

| Date | Initials | Rate | Description | Hours | Amount |
|---|---|---|---|---|---|
| 11/23/2021 | DK | $250.00 | Follow up email correspondence to opposing counsel re meet and confer as to briefing schedule and hearing date for IDP dispositive and Daubert motions | 0.1 | $25.00 |
| 11/23/2021 | DK | $250.00 | Confer with CS re briefing schedule stip re MSJs and Daubert motions and strategy | 0.2 | $50.00 |
| 11/24/2021 | DK | $250.00 | Exchange email correspondence with opposing counsel re briefing schedule and hearing dates for IDP cases | 0.4 | $100.00 |
| 11/24/2021 | DK | $250.00 | Multiple telephone conferences with opposing counsel re briefing schedule and hearings on MSJs and Daubert motions | 0.3 | $75.00 |
| 11/24/2021 | CS | $375.00 | Meeting with Amir N. re dispositive motion schedule | 0.2 | $75.00 |
| 11/24/2021 | CS | $375.00 | Meeting with Amir N. re IDP motion schedule | 0.2 | $75.00 |
| 11/24/2021 | CS | $375.00 | Call with Daniel K. re IDP motion schedule and stipulation; e-mail exchange re same | 0.3 | $112.50 |
| 11/29/2021 | DK | $250.00 | Exchange email correspondence with opposing counsel re stip and proposed order as to briefing and hearing schedule for dispotive and daubert motions | 0.4 | $100.00 |
| 11/29/2021 | DK | $250.00 | Prepare draft stip and proposed order as to briefing and hearing schedule for dispotive and daubert motions | 0.6 | $150.00 |
| 12/1/2021 | DK | $250.00 | Receive and review order granting briefing schedule and hearing dates | 0.1 | $25.00 |
| 12/6/2021 | RK | $375.00 | Call with Kazerouni Law firm re history of MDL | 0.4 | $150.00 |
| 12/8/2021 | MBR | $375.00 | Receive and review order granting briefing schedule and dates as to dispositive motions | 0.1 | N/C |
| 12/13/2021 | CS | $375.00 | Review ECF posting re joint stipulation to continue status conference | 0.1 | $37.50 |
| 12/17/2021 | CS | $375.00 | Meeting with Amir N. re Ford IDP cases / settlement | 0.1 | $37.50 |
| 1/4/2022 | RK | $375.00 | Meeting with Partners re strategies | 0.4 | $150.00 |
| 1/10/2022 | RK | $375.00 | Call with A. Nassihi re various Ford matters | 0.2 | $75.00 |
| 1/11/2022 | DK | $250.00 | Confer with RK re tomorrow's status conference, appearing, and strategy and topics for discussion | 0.3 | $75.00 |
| 1/11/2022 | RK | $375.00 | Meeting with P. Kiesel (and S. Taft) re topics for Status Conference | 0.8 | $300.00 |
| 1/11/2022 | RK | $375.00 | Call with C. Swanson re prepare for Status Conference | 0.5 | $187.50 |
| 1/12/2022 | CS | $375.00 | Meeting with Roger Kirnos in preparation for MDL status conference hearing | 0.4 | $150.00 |
| 1/12/2022 | DK | $250.00 | Appear at hearing re status conference | 1.3 | $325.00 |
| 1/12/2022 | DK | $250.00 | Confer with RK and CS in preparation for today's status conference | 0.4 | $100.00 |

**Knight Law Group, LLP**
**Invoice**

| | | | | | |
|---|---|---|---|---|---|
| 1/12/2022 | CS | $375.00 | Attend MDL status conference | 1.1 | $412.50 |
| 1/12/2022 | RK | $375.00 | Call with C. Swanson re Status Conference topics | 0.3 | $112.50 |
| 1/12/2022 | RK | $375.00 | Call with S. Taft and D. Goliath of Kazerouni re Status Conference | 0.3 | $112.50 |
| 1/12/2022 | RK | $375.00 | Call with C. Swanson and D. Kalinowski re Status Conference | 0.2 | $75.00 |
| 1/12/2022 | RK | $375.00 | Attend Status Conference | 1.3 | $487.50 |
| 1/19/2022 | DK | $250.00 | Exchange email correspondence with opposing counsel re recent order as to dismissing settled cases and procedure | 0.2 | $50.00 |
| 1/19/2022 | DK | $250.00 | Telephone conference with opposing counsel re recent order as to dismissing settled cases and procedure | 0.2 | $50.00 |
| 1/20/2022 | RK | $375.00 | Review email from D. Kalinowski re notes on M&C with Ford counsel re Court's order directing parties to dismiss settled cases, respond to emails | 0.2 | $75.00 |
| 1/20/2022 | CS | $375.00 | Strategy meeting with  RK re amending complaints; review legal research memo re same | 0.4 | $150.00 |
| 1/24/2022 | CS | $375.00 | Meeting with Roger Kirnos re strategy for IDP | 0.4 | $150.00 |
| 1/25/2022 | RK | $375.00 | Call with S. Taft and C. Swanson re Kiesel informal conference | 0.2 | $75.00 |
| 1/27/2022 | DK | $250.00 | Email correspondence to opposing counsel re meet and confer on dismissal process per court order | 0.1 | $25.00 |
| 1/28/2022 | DK | $250.00 | Exchange email correspondence with opposing counsel re settlement procedure | 0.2 | $50.00 |
| 1/31/2022 | RK | $375.00 | Call with A. Nassihi re MDL matters | 0.2 | $75.00 |
| 2/3/2022 | DK | $250.00 | Confer with CS re settled IDP cases, Ford's recent proposal and withdrawal notifying the court of settlement and waiver of costs and strategy | 0.2 | $50.00 |
| 2/14/2022 | RK | $375.00 | Emails to Ford counsel regarding stipulations for attorney fees (MSC 1 and 2) | 0.3 | $112.50 |
| 2/23/2022 | DK | $250.00 | Conduct legal research re seeking leave to amend factual allegations and factors considered in the 9th Circuit, and prepare template memorandum of points and authorities in support of motion for leave to amend words and phrases referring to irreparability | 4.7 | $1,175.00 |
| 2/23/2022 | DK | $250.00 | Confer with CS re amending complaint to address irreparability and inability to repair language and strategy | 0.4 | $100.00 |

**Invoice**

| | | | | | |
|---|---|---|---|---|---|
| 2/23/2022 | CS | $375.00 | Review and revise motion for leave to amend template; give further instructions to Daniel K. re same | 0.4 | $150.00 |
| 2/28/2022 | DK | $250.00 | Prepare draft template re redlined version of proposed amendments to complaint in conjunction with template motion for leave to amend certain allegations | 0.4 | $100.00 |
| 2/28/2022 | DK | $250.00 | Further prepare template motion for leave to amend certain allegations | 0.3 | $75.00 |
| 2/28/2022 | CS | $375.00 | Review and revise draft amended complaint | 0.8 | $300.00 |
| 3/1/2022 | DK | $250.00 | Confer with CS re expert disclosure and stipulating with defense counsel to continue deadlines and strategy | 0.4 | $100.00 |
| 3/1/2022 | CS | $375.00 | Meeting with Roger Kirnos re additional discovery strategy and amended complaints | 0.4 | $150.00 |
| 3/1/2022 | RK | $375.00 | Meeting with C. Swanson re MDL strategy and amended complaint | 0.4 | $150.00 |
| 3/1/2022 | RK | $375.00 | Receive email from S. Taft re continuing status conference, review text from A. Nassihi re continuing Status Conference, email to C. Swanson, call with C. Swanson (x2), respond to A. Nassihi, drafted email to S. Taft | 0.3 | $112.50 |
| 3/1/2022 | RK | $375.00 | Review email from S. Taft re stipulation to continue Status Conference, review stipulation, draft email to S. Taft | 0.2 | $75.00 |
| 3/2/2022 | RK | $375.00 | Emails with opposing counsel and S. Taft re stip to continue status conference, reviewed stipulation | 0.1 | $37.50 |
| 3/3/2022 | DK | $250.00 | Email correspondence to opposing counsel re stip, dec and po to continue expert deadlines | 0.1 | $25.00 |
| 3/4/2022 | DK | $250.00 | Email to opposing counsel re dismissal docs on various cases | 0.1 | $25.00 |
| 3/15/2022 | CS | $375.00 | Review Ford's settlement offers | 0.2 | $75.00 |
| 3/18/2022 | DK | $250.00 | Edit and draft joint draft status conference statement initially prepared by defense | 0.3 | $75.00 |
| 3/21/2022 | DK | $250.00 | Multiple telephone conferences with opposing counsel throughout day re joint status conference statement | 0.3 | $75.00 |
| 3/21/2022 | DK | $250.00 | Further draft and edit joint status conference report | 0.2 | $50.00 |
| 3/21/2022 | RK | $375.00 | Review and edit template for stip for dismissal, email to D. Kalinowski re same | 0.2 | $75.00 |
| 3/21/2022 | RK | $375.00 | Review chain of email communications amongst counsel re Status Conference Statement, email to S. Taft and D. Kalinowski re same | 0.2 | $75.00 |

| 3/21/2022 | RK | $375.00 | Call with C. Swanson re analysis of cases, discuss counter-offers and settlement strategy (MSC 3) | 0.5 | $187.50 |
|---|---|---|---|---|---|
| 3/21/2022 | RK | $375.00 | Review emails b/t S. Taft, D. Kalinowski and A. Nassihi re status conference statement, review draft of Statement, call with D. Kalinowski | 0.2 | $75.00 |
| 3/21/2022 | RK | $375.00 | Review final draft of Joint Status Report, email to staff to file in MDL | 0.1 | $37.50 |
| 3/21/2022 | CS | $375.00 | Review status conference report draft | 0.2 | $75.00 |
| 3/22/2022 | DK | $250.00 | Email correspondence with opposing counsel re dismissal language | 0.3 | $75.00 |
| 3/24/2022 | DK | $250.00 | Confer with CS re tomorrow's status conference hearing and strategy | 0.2 | $50.00 |
| 3/24/2022 | DK | $250.00 | Exchange email correspondence with opposing counsel re dismissal language | 0.3 | $75.00 |
| 3/24/2022 | PT | $375.00 | Legal research re motions to remand | 1.3 | N/C |
| 3/24/2022 | CS | $375.00 | Meeting with Roger Kirnos and Daniel K. re status conference strategy | 0.3 | $112.50 |
| 3/25/2022 | DK | $250.00 | Prepare for this morning's status conference including creating argument/discussion outline | 0.4 | $100.00 |
| 3/25/2022 | CS | $375.00 | Attend MDL status conference | 1.1 | $412.50 |
| 3/25/2022 | CS | $375.00 | Meeting with Roger Kirnos and Daniel Kalinowski to finalize strategy for status conference | 0.2 | $75.00 |
| 3/25/2022 | DK | $250.00 | Confer with RK and CS re this morning's status conference and strategy | 0.3 | $75.00 |
| 3/25/2022 | DK | $250.00 | Appear at hearing re status conference | 1.1 | $275.00 |
| 3/25/2022 | DK | $250.00 | Prepare post status conference report including appearances, argument, Court comments/guidance, disposition and orders and steps moving forward | 0.4 | $100.00 |
| 3/25/2022 | MM | $345.00 | Confer with CS regarding client decisions | 0.3 | N/C |
| 4/6/2022 | DK | $250.00 | Confer with CS, LU and RK re amending complaints, remand and strategy | 0.6 | $150.00 |
| 4/6/2022 | CS | $375.00 | Meeting with DK, LAU, and RK re amended complaint template | 0.7 | $262.50 |
| 4/6/2022 | RK | $375.00 | Meeting with attorneys re revisions to amending complaint | 0.7 | $262.50 |
| 4/15/2022 | DK | $250.00 | Confer with RK and CS re IDP cases to select for the pool and steps moving forward | 0.2 | $50.00 |
| 4/15/2022 | RK | $375.00 | Call with C. Swanson re amending complaint | 0.2 | $75.00 |
| 4/15/2022 | RK | $375.00 | Call with C. Swanson re case analysis for new IDP | 0.2 | $75.00 |

| 4/15/2022 | RK | $375.00 | Review redlined draft of proposed amendments to Amended Complaint template | 0.5 | $187.50 |
|---|---|---|---|---|---|
| 4/17/2022 | RK | $375.00 | Redline draft of Amended Complaint | 1.2 | $450.00 |
| 4/18/2022 | DK | $250.00 | Confer with RK re settlement notice/dismissal strategy in light of magistrate and district judge having conflicting orders and steps moving forward | 0.2 | $50.00 |
| 4/18/2022 | CS | $375.00 | Meeting with Roger Kirnos re MDL IDP selection strategy | 0.4 | $150.00 |
| 4/18/2022 | DK | $250.00 | Analyze remaining cases in advance of meet and confer with defense and in anticipation of selecting next round of cases for IDP | 0.6 | $150.00 |
| 4/18/2022 | CS | $375.00 | Meeting with Daniel K. and Roger K. re MDL IDP selection strategy | 0.5 | $187.50 |
| 4/18/2022 | DK | $250.00 | Meeting w/ CS and RK re strategy and steps moving forward as to meet and confer with opposing counsel re selecting next round of IDP cases and remand test cases | 0.5 | $125.00 |
| 4/18/2022 | DK | $250.00 | Meet and confer call re IDP case selection | 0.1 | $25.00 |
| 4/18/2022 | RK | $375.00 | Meeting with D. Kalinowski, C. Swanson re IDP selection process | 0.5 | $187.50 |
| 4/18/2022 | CS | $375.00 | Meeting with MDL team re IDP strategy/selection | 1.0 | $375.00 |
| 4/18/2022 | LAU | $375.00 | Internal strategy meeting regarding selection of IDP cases. | 1.0 | $375.00 |
| 4/19/2022 | DK | $250.00 | Continue analyzing remaining cases in advance of meet and confer with defense and in anticipation of selecting next round of cases for IDP | 2.1 | $525.00 |
| 4/19/2022 | DK | $250.00 | Meet and confer call re IDP case selection | 0.1 | $25.00 |
| 4/19/2022 | DK | $250.00 | Communicate with opposing counsel re meet and confer and selecting IDP cases | 0.3 | $75.00 |
| 4/20/2022 | CS | $375.00 | Strategy meeting with MDL team re IDP selection / next steps | 0.7 | $262.50 |
| 4/20/2022 | DK | $250.00 | Meeting w/ RK, CS, LU, BA, ZP re strategy and steps moving forward as to selecting next IDP cases and test remand cases | 0.7 | $175.00 |
| 4/20/2022 | RK | $375.00 | Meeting with team re analysis of cases for IDP selection | 0.5 | $187.50 |
| 4/21/2022 | DK | $250.00 | Draft email to opposing counsel re Proposed protocol to select IDP cases | 0.1 | $25.00 |
| 4/21/2022 | DK | $250.00 | Communicate with opposing counsel re meet and confer as to protocol for selecting next round of IDP cases | 0.1 | $25.00 |

FMC MDL

**Knight Law Group, LLP
Invoice**

2:18-ml-02814-AB-FFM

| | | | | | |
|---|---|---|---|---|---|
| 4/21/2022 | RK | $375.00 | Reviewed draft of email from D. Kalinowski to A. Nassihi re IDP selection, commented on changes | 0.1 | $37.50 |
| 4/21/2022 | RK | $375.00 | Review and analyze C. Swanson notes re MDL case facts to select cases for new IDP, review select case files for further analysis | 0.8 | $300.00 |
| 4/21/2022 | ZP | $250.00 | Draft email to opposing counsel re information related to Automotive Safety Office and custodians for email chains and documents resulting from search. | 1.8 | $450.00 |
| 4/22/2022 | DK | $250.00 | Telephone conference with opposing counsel re meet and confer on IDP protocol | 0.3 | $75.00 |
| 4/22/2022 | RK | $375.00 | Receive email from A. Nassihi re M&C re trial case selection, respond to the same | 0.1 | $37.50 |
| 4/25/2022 | CS | $375.00 | Meeting with LAU, RK, and DK re MDL litigation strategy and IDP selection meet and confers | 0.5 | $187.50 |
| 4/25/2022 | DK | $250.00 | Confer with RK, CS re LU re strategy as to remand and leave to amend as well as joint report due today | 0.4 | $100.00 |
| 4/25/2022 | DK | $250.00 | Zoom meeting with defense counsel re meet and confer on IDP protocol and today's joint submission to court | 0.4 | $100.00 |
| 4/25/2022 | LAU | $375.00 | Meeting regarding IDP selection. | 0.5 | $187.50 |
| 4/25/2022 | DK | $250.00 | Exchange email with opposing counsel re joint status report re IDP proposed case selection | 0.2 | $50.00 |
| 4/25/2022 | DK | $250.00 | Review, analyze and edit joint status report exchanged with opposing counsel prior to filing, and conferred with RK re same | 0.2 | $50.00 |
| 4/25/2022 | DK | $250.00 | Telephone conference with opposing counsel re joint status report re IDP case selection | 0.1 | $25.00 |
| 4/25/2022 | RK | $375.00 | Meeting with C. Swanson and L. Ungs re discussing MDL strategy and IDP selections | 0.5 | $187.50 |
| 4/25/2022 | RK | $375.00 | M&C Zoom with D. Kalinowski and Ford counsel re trial pick selections | 0.5 | $187.50 |
| 4/25/2022 | RK | $375.00 | Review Ford's proposed Joint Report, call with D. Kalinowski re revisions | 0.2 | $75.00 |
| 5/2/2022 | RK | $375.00 | Meeting with staff re update to clients re status of proceedings | 0.3 | $112.50 |
| 5/6/2022 | RK | $375.00 | Receive email from staff re fee motion organization, respond to same | 0.1 | $37.50 |
| 5/11/2022 | RK | $375.00 | Call with D. Kalinowski re Amended Complaint and Mtn for Remand status, emails | 0.7 | $262.50 |
| 5/12/2022 | RK | $375.00 | Call with D. Kalinowski re Joint Status Report | 0.3 | $112.50 |
| 5/12/2022 | RK | $375.00 | Review and edit plaintiffs' portion of Joint Status Report | 0.2 | $75.00 |

| 5/15/2022 | DK | $250.00 | Prepare draft joint report re IDP picks and proposed scheduling orders | 0.8 | $200.00 |
|---|---|---|---|---|---|
| 5/16/2022 | RK | $375.00 | Review and revise draft of Joint Status Report | 0.2 | $75.00 |
| 5/20/2022 | CS | $375.00 | Meeting with Roger Kirnos re MSC overall strategy | 0.2 | $75.00 |
| 5/23/2022 | DK | $250.00 | Draft email to opposing counsel re stipulation and proposed order extending fees and costs deadlines | 0.1 | $25.00 |
| 5/23/2022 | CS | $375.00 | Attend beginning of MSC | 0.4 | $150.00 |
| 5/23/2022 | DK | $250.00 | Zoom conference with opposing counsel re stipulations to extend deadlines to file fees and costs motions in various cases | 0.2 | $50.00 |
| 5/24/2022 | DK | $250.00 | Telephone correspondence with opposing counsel re stipulating to continues fees and costs request deadline | 0.1 | $25.00 |
| 5/26/2022 | DK | $250.00 | Telephone communications with opposing counsel re meet and confer on stipulation to continue various fees and costs deadline | 0.2 | $50.00 |
| 5/26/2022 | DK | $250.00 | Revise joint stipulation and proposed order to continue fee motion deadlines | 0.2 | $50.00 |
| 5/26/2022 | DK | $250.00 | Draft email to opposing counsel re stipulation to extend fees and costs request deadline | 0.1 | $25.00 |
| 6/3/2022 | DK | $250.00 | Confer with PT re further drafting and editing test motion for remand and distinguishing it from Court's 2018 remand ruling | 0.2 | $50.00 |
| 6/22/2022 | RK | $375.00 | Review and audit billing | 2.5 | $937.50 |
| 6/23/2022 | DK | $250.00 | Telephone conference with opposing counsel re fees, costs and expenses demand on various cases | 0.1 | $25.00 |
| 7/1/2022 | DK | $250.00 | Zoom meeting with defense counsel re outstanding fees, costs and expenses | 0.2 | $50.00 |
| 7/2/2022 | DK | $250.00 | Telephonic communications with opposing counsel re meet and confer on fees, costs and expenses | 0.2 | $50.00 |
| 7/3/2022 | DK | $250.00 | Telephonic communications with opposing counsel re outstanding fees, costs and expenses and extending deadlines to allow more time to meet and confer | 0.2 | $50.00 |
| 7/5/2022 | DK | $250.00 | Telephone conference with opposing counsel re outstanding common fees, costs and expenses | 0.2 | $50.00 |
| 7/6/2022 | DK | $250.00 | Draft Motion for Attorneys' Fees and supporting declarations | 6.5 | $1,625.00 |
| 7/6/2022 | DK | $250.00 | Draft Motion for Costs and Expenses and supporting declaration | 2.0 | $500.00 |
| TBD | DK | $250.00 | Review and analyze Def's Opposition to Motion for Attorneys' Fees (Anticipated) | 1.5 | $375.00 |

FMC MDL                               Knight Law Group, LLP                    2:18-ml-02814-AB-FFM
**Invoice**

| | | | | | |
|---|---|---|---|---|---|
| TBD | DK | $250.00 | Review and analyze Def's Opposition to Motion for Costs and Expenses (Anticipated) | 0.7 | $175.00 |
| TBD | DK | $250.00 | Draft Reply in Support of Motion for Attorneys' Fees (Anticipated) | 3.0 | $750.00 |
| TBD | DK | $250.00 | Draft Reply in Support of Motion for Costs and Expenses (Anticipated) | 1.5 | $375.00 |
| TBD | DK | $250.00 | Prepare for and attend hearing on Motions for Attorneys' Fees, Costs and Expenses (Telephonically) (Anticipated) | 1.0 | $250.00 |
| | | | Total Attorney Fees | 536.9 | $156,587.50 |

**Billing Rate Summary**

| Initials | Avg/Hr | Attorney/Staff | Hours | Amount |
|---|---|---|---|---|
| CS | $375.00 | Christopher Swanson | 15.1 | $5,662.50 |
| DK | $250.00 | Daniel Kalinowski | 46.9 | $11,725.00 |
| GM | $375.00 | Greg Mohrman | 3.3 | $1,237.50 |
| LAU | $375.00 | Lauren Ungs | 4.0 | $1,500.00 |
| MC | $250.00 | Maite Colon | 43.0 | $10,750.00 |
| RH | $375.00 | Russell Higgins | 17.1 | $6,412.50 |
| RK | $375.00 | Roger Kirnos | 139.4 | $52,275.00 |
| ZP | $250.00 | Zachary Powell | 268.1 | $67,025.00 |

# EXHIBIT B

1   Amir Nassihi (SBN 235936)
    anassihi@shb.com
2   Andrew L. Chang (SBN 222309)
    achang@shb.com
3   SHOOK, HARDY & BACON L.L.P.
    555 Mission Street, Suite 2300
4   San Francisco, CA 94105
    Tel: (415) 544-1900
5   Fax: (415) 391-0281

6   Attorney for Defendant
    FORD MOTOR COMPANY

7

8           **UNITED STATES DISTRICT COURT**

9           **CENTRAL DISTRICT OF CALIFORNIA**

10

11   **IN RE: FORD MOTOR CO. DPS6**      Case No.: 2:18-ML-02814-AB (FFMx)
    **POWERSHIFT TRANSMISSION**
12   **PRODUCTS LIABILITY**          Assigned to Hon. Andre Birotte, Jr.
    **LITIGATION**               Courtroom: 7B
13

14   **THIS DOCUMENT RELATES ONLY**   **OFFER OF JUDGMENT PURSUANT**
    **TO:**                    **TO FEDERAL RULE OF CIVIL**
15                           **PROCEDURE 68**
    *Berry, Edison T. and Christina Berry aka*
16   *Christin E. Berry v. Ford Motor*      Sup. Ct. Complaint: September 5, 2017
    *Company, et al., 5:17-cv-02034-AB-FFM*   Removal Date: October 4, 2017
17

18

19

20

21

22

23

24

25

26

27

28

**TO PLAINTIFFS AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE, that pursuant to the provisions of Federal Rules of Civil Procedure Rule 68, Defendant Ford Motor Company ("Ford"), on behalf of itself, hereby offers to allow judgment to be taken against it as follows:

1. Plaintiffs EDISON T. BERRY and CHRISTINA BERRY aka CHRISTIN E. BERRY ("Plaintiffs"), will surrender the 2013 Ford Focus, VIN 1FADP3K26DL204776 ("Subject Vehicle"), with clear title, free and clear of all liens and encumbrances, other than any outstanding loan amounts, which FORD will discharge by payment from the proceeds of the settlement that Plaintiffs accept pursuant to this offer. Plaintiffs will deliver the subject vehicle to FORD on a date, time and place mutually agreeable no later than 45 days after the Plaintiffs' counsel has accepted the Offer of Judgment.

2. Ford will pay Plaintiffs $78,228.00, inclusive of civil penalties, and incidental and consequential damages.  Plaintiffs may seek an award of Plaintiffs' costs (including reasonable attorneys' fees, if any) reasonably incurred in connection with this action and recoverable in this case **through the date on which this Offer is made**, in an amount to be determined by the Court.

3. Ford will waive all claims it may have for costs and fees in this action.

Dated: December 23, 2021          Respectfully Submitted,

SHOOK, HARDY & BACON L.L.P.

By: _____

          Amir Nassihi
          Andrew L. Chang

          Attorney for Defendant
          FORD MOTOR COMPANY

1

1        I hereby accept the above offer on the terms stated on behalf of Plaintiffs.

2

3                               KNIGHT LAW GROUP, LLP

4

5    Dated: __1/5/22_____           By: ___Knight Law Group by Marisa Melero___

6                                Steve Mikhov

7                                Attorney for Plaintiffs

8                                EDISON T. BERRY and CHRISTINA BERRY aka CHRISTIN E. BERRY

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

PROOF OF SERVICE

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**CERTIFICATE OF SERVICE**

The undersigned declares:  I am over the age of 18 years and not a party to the within action.  I am employed in the county where this service occurs.  My business address is 555 Mission Street, Suite 2300, San Francisco, California 94105; my facsimile number is (415) 391-0281.  On December 23, 2021, I served the following documents:

- **DEFENDANT FORD MOTOR COMPANY'S OFFER OF JUDGMENT PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 68**

on the interested parties named herein and in the manner indicated below:

| Parties | Representatives |
|---|---|
| *Plaintiffs*<br><br>EDISON T. BERRY and CHRISTINA BERRY aka CHRISTIN E. BERRY | Steve Mikhov, Esq.<br>**KNIGHT LAW GROUP, LLP**<br>10250 Constellation Boulevard, Suite 2500<br>Los Angeles, CA 90067<br>Tel:  (310) 552-2250<br>Fax: (310) 552-7973<br>SteveM@knightlaw.com<br>emailservice@knightlaw.com |

☒ (**FIRST CLASS U.S. MAIL**): I caused the document(s) listed above to be served by requesting that they be placed in a sealed envelope or package addressed to the persons listed on the Service List and placing the envelope(s) for collection and mailing following our ordinary business practices. I am readily familiar with this business' practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service in a sealed envelope with postage fully prepaid.

☒ **E-MAIL OR ELECTRONIC TRANSMISSION:** Based on a court order or an agreement of the parties to accept service by e-mail or electronic transmission, I caused the documents to be sent to the persons at the e-mail addresses listed above. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on **December 23, 2021**, in San Francisco, California.

_____
Christopher J. Martinez

1

CERTIFICATE OF SERVICE
CASE NO.: 2:18-ML-02814-AB (FFMx) (BERRY)

# EXHIBIT C

1  Amir Nassihi (SBN 235936)
   anassihi@shb.com
2  Andrew L. Chang (SBN 222309)
   achang@shb.com
3  SHOOK, HARDY & BACON L.L.P.
   555 Mission Street, Suite 2300
4  San Francisco, CA 94105
   Tel:  (415) 544-1900
5  Fax: (415) 391-0281

6  Attorney for Defendant
   FORD MOTOR COMPANY
7

8              **UNITED STATES DISTRICT COURT**

9            **CENTRAL DISTRICT OF CALIFORNIA**

10

11 **IN RE: FORD MOTOR CO. DPS6**          Case No.: 2:18-ML-02814-AB (FFMx)
   **POWERSHIFT TRANSMISSION**
12 **PRODUCTS LIABILITY**                  Assigned to Hon. Andre Birotte, Jr.
   **LITIGATION**                          Courtroom: 7B
13
   ─────────────────────────────
14 **THIS DOCUMENT RELATES ONLY**          **OFFER OF JUDGMENT PURSUANT**
   **TO:**                                 **TO FEDERAL RULE OF CIVIL**
15                                         **PROCEDURE 68**
   *Hernandez, Jose M. and Erick v. Ford*
16 *Motor Company, et al., 5:17-cv-02045-* Sup. Ct. Complaint: September 6, 2017
   *AB-FFM*                                Removal Date: October 4, 2017
17

18

19

20

21

22

23

24

25

26

27

28

**TO PLAINTIFFS AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE, that pursuant to the provisions of Federal Rules of Civil Procedure Rule 68, Defendant Ford Motor Company ("Ford"), on behalf of itself, hereby offers to allow judgment to be taken against it as follows:

1. Plaintiffs JOSE M. HERNANDEZ and ERICK HERNANDEZ ("Plaintiffs"), will surrender the 2014 Ford Fiesta, VIN 3FADP4BJXEM107769 ("Subject Vehicle"), with clear title, free and clear of all liens and encumbrances, other than any outstanding loan amounts, which FORD will discharge by payment from the proceeds of the settlement that Plaintiffs accept pursuant to this offer. Plaintiffs will deliver the subject vehicle to FORD on a date, time and place mutually agreeable no later than 45 days after the Plaintiffs' counsel has accepted the Offer of Judgment.

2. Ford will pay Plaintiffs $34,000.00, inclusive of civil penalties, and incidental and consequential damages.  Plaintiffs may seek an award of Plaintiffs' costs (including reasonable attorneys' fees, if any) reasonably incurred in connection with this action and recoverable in this case **through the date on which this Offer is made**, in an amount to be determined by the Court.

3. Ford will waive all claims it may have for costs and fees in this action.

Dated: January 4, 2022                    Respectfully Submitted,

SHOOK, HARDY & BACON L.L.P.

By: _____

Amir Nassihi
Andrew L. Chang

Attorney for Defendant
FORD MOTOR COMPANY

1        I hereby accept the above offer on the terms stated on behalf of Plaintiffs.

2

3                                    KNIGHT LAW GROUP, LLP

4

5    Dated: _____1/13/2022_____      By: _Knight Law Group by Marisa Melero_____
                                          Steve Mikhov

6                                         Attorney for Plaintiffs
                                          JOSE M. HERNANDEZ and ERICK
7                                         HERNANDEZ

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

PROOF OF SERVICE
(Code of Civil Procedure §1013a)

I am employed in the County of Los Angeles, State of California.  I am over the age of 18 years and not a party to the within action.  My business address is 10250 Constellation Blvd, Suite 2500, Los Angeles, CA 90067.

I served the foregoing document described as:

**NOTICE OF ACCEPTANCE OFOFFER OF JUDGMENT PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 68**

Said document was served on the interested parties in this action, by placing true copies thereof enclosed in sealed envelopes, with postage prepaid, addressed as follows:

Amir Nassihi, Esq.
Andrew L. Chang, Esq.
SHOOK, HARDY & BACON L.L.P.
555 Mission Street, Suite 2300
**Counsel for Defendant,**
**FORD MOTOR COMPANY**

XX   BY E-MAIL OR ELECTRONIC TRANSMISSION: Based on a court order or an agreement of the parties to accept service by e-mail or electronic transmission, I caused the documents to be sent to the persons at the e-mail addresses listed above.  I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on January 13, 2022 at Los Angeles, California.

VERA CORNEJO

-1-

PROOF OF SERVICE

# EXHIBIT D

1   Amir Nassihi (SBN 235936)
    anassihi@shb.com
2   Andrew L. Chang (SBN 222309)
    achang@shb.com
3   SHOOK, HARDY & BACON L.L.P.
    555 Mission Street, Suite 2300
4   San Francisco, CA 94105
    Tel: (415) 544-1900
5   Fax: (415) 391-0281

6   Attorney for Defendant
    FORD MOTOR COMPANY
7

8              UNITED STATES DISTRICT COURT

9             CENTRAL DISTRICT OF CALIFORNIA

10

11  **IN RE: FORD MOTOR CO. DPS6**          Case No.: 2:18-ML-02814-AB (FFMx)
    **POWERSHIFT TRANSMISSION**
12  **PRODUCTS LIABILITY**                  Assigned to Hon. Andre Birotte, Jr.
    **LITIGATION**                          Courtroom: 7B
13

14  **THIS DOCUMENT RELATES ONLY**          **OFFER OF JUDGMENT PURSUANT**
    **TO:**                                 **TO FEDERAL RULE OF CIVIL**
15                                          **PROCEDURE 68**
    *Hogge, Bradford v. Ford Motor*
16  *Company, et al., 2:17-cv-07256-AB-FFM* Sup. Ct. Complaint: September 1, 2017
                                            Removal Date: October 2, 2017
17

18

19

20

21

22

23

24

25

26

27

28

1    **TO PLAINTIFFS AND THEIR ATTORNEYS OF RECORD:**

2          PLEASE TAKE NOTICE, that pursuant to the provisions of Federal Rules of

3    Civil Procedure Rule 68, Defendant Ford Motor Company ("Ford"), on behalf of

4    itself, hereby offers to allow judgment to be taken against it as follows:

5        1.  Plaintiff BRADFORD HOGGE ("Plaintiff"), ~~will surrender the 2013 Ford~~

6            ~~Focus, VIN 1FADP3F21DL221995 ("Subject Vehicle"), with clear title, free~~

7            ~~and clear of all liens and encumbrances, other than any outstanding loan~~

8            ~~amounts, which FORD will discharge by payment from the proceeds of the~~

9            ~~settlement that Plaintiff accepts pursuant to this offer. Plaintiff will deliver the~~

10           ~~subject vehicle to FORD on a date, time and place mutually agreeable no later~~

11           ~~than 45 days after the Plaintiff's counsel has accepted the Offer of Judgment.~~ **$45,753.81**

12       2.  Ford will pay Plaintiff $~~52,365.81~~, inclusive of civil penalties, and incidental

13           and consequential damages.  Plaintiff may seek an award of Plaintiff's costs

14           (including reasonable attorneys' fees, if any) reasonably incurred in connection

15           with this action and recoverable in this case **through the date on which this**

16           **Offer is made**, in an amount to be determined by the Court.

17       3.  Ford will waive all claims it may have for costs and fees in this action.

18

19   Dated: December 23, 2021              Respectfully Submitted,

20                                         SHOOK, HARDY & BACON L.L.P.

21

22                                         By: _____

23                                              Amir Nassihi

24                                              Andrew L. Chang

25                                              Attorney for Defendant

26                                              FORD MOTOR COMPANY

27

28

I hereby accept the above offer on the terms stated on behalf of Plaintiffs.

KNIGHT LAW GROUP, LLP

Dated:  1/5/22

By:   Knight Law Group by Marisa Melero

Steve Mikhov          *acceptance applies to terms
                      of revised offer only

Attorney for Plaintiffs
~~VERONICA BALLESTEROS PEREZ~~
~~and JOSE L. PEREZ~~

**BRADFORD HOGGE**

PROOF OF SERVICE
(Code of Civil Procedure §1013a)

I am employed in the County of Los Angeles, State of California.  I am over the age of 18 years and not a party to the within action.  My business address is 10250 Constellation Blvd, Suite 2500, Los Angeles, CA 90067.

I served the foregoing document described as:

**NOTICE OF ACCEPTANCE OFOFFER OF JUDGMENT PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 68**

Said document was served on the interested parties in this action, by placing true copies thereof enclosed in sealed envelopes, with postage prepaid, addressed as follows:

Amir Nassihi, Esq.
Andrew L. Chang, Esq.
SHOOK, HARDY & BACON L.L.P.
555 Mission Street, Suite 2300
**Counsel for Defendant,**
**FORD MOTOR COMPANY**

XX    BY E-MAIL OR ELECTRONIC TRANSMISSION: Based on a court order or an agreement of the parties to accept service by e-mail or electronic transmission, I caused the documents to be sent to the persons at the e-mail addresses listed above.  I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on January 5, 2022 at Los Angeles, California.

VERA CORNEJO

-1-

# EXHIBIT E

1   Amir Nassihi (SBN 235936)
    anassihi@shb.com
2   Andrew L. Chang (SBN 222309)
    achang@shb.com
3   SHOOK, HARDY & BACON L.L.P.
    555 Mission Street, Suite 2300
4   San Francisco, CA 94105
    Tel: (415) 544-1900
5   Fax: (415) 391-0281

6   Attorney for Defendant
    FORD MOTOR COMPANY
7

8                  **UNITED STATES DISTRICT COURT**

9                 **CENTRAL DISTRICT OF CALIFORNIA**

10

11  **IN RE: FORD MOTOR CO. DPS6**            Case No.: 2:18-ML-02814-AB (FFMx)
    **POWERSHIFT TRANSMISSION**
12  **PRODUCTS LIABILITY**                     Assigned to Hon. Andre Birotte, Jr.
    **LITIGATION**                             Courtroom: 7B
13  ────────────────────────────────

14  **THIS DOCUMENT RELATES ONLY**            **OFFER OF JUDGMENT PURSUANT**
    **TO:**                                    **TO FEDERAL RULE OF CIVIL**
15                                             **PROCEDURE 68**
    *Perez, Veronica Ballesteros and Jose L.*
16  *v. Ford Motor Company, et al., 5:17-cv-*  Sup. Ct. Complaint: September 6, 2017
    *02042-AB-FFM*                             Removal Date: October 3, 2017
17

18

19

20

21

22

23

24

25

26

27

28

**TO PLAINTIFFS AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE, that pursuant to the provisions of Federal Rules of Civil Procedure Rule 68, Defendant Ford Motor Company ("Ford"), on behalf of itself, hereby offers to allow judgment to be taken against it as follows:

1. Plaintiffs VERONICA BALLESTEROS PEREZ and JOSE L. PEREZ ("Plaintiffs"), will surrender the 2014 Ford Focus, VIN 1FADP3F28EL131955 ("Subject Vehicle"), with clear title, free and clear of all liens and encumbrances, other than any outstanding loan amounts, which FORD will discharge by payment from the proceeds of the settlement that Plaintiffs accept pursuant to this offer. Plaintiffs will deliver the subject vehicle to FORD on a date, time and place mutually agreeable no later than 45 days after the Plaintiffs' counsel has accepted the Offer of Judgment.

2. Ford will pay Plaintiffs $76,025.58, inclusive of civil penalties, and incidental and consequential damages.  Plaintiffs may seek an award of Plaintiffs' costs (including reasonable attorneys' fees, if any) reasonably incurred in connection with this action and recoverable in this case **through the date on which this Offer is made**, in an amount to be determined by the Court.

3. Ford will waive all claims it may have for costs and fees in this action.

Dated: December 23, 2021                   Respectfully Submitted,

                                            SHOOK, HARDY & BACON L.L.P.


                                            By: _____
                                                 Amir Nassihi
                                                 Andrew L. Chang

                                                 Attorney for Defendant
                                                 FORD MOTOR COMPANY

1       I hereby accept the above offer on the terms stated on behalf of Plaintiffs.

2

3                      KNIGHT LAW GROUP, LLP

4

Dated: 1/5/22            By: Knight Law Group by Marisa Melero

5                       Steve Mikhov

6                      Attorney for Plaintiffs

7                      VERONICA BALLESTEROS PEREZ and JOSE L. PEREZ

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

PROOF OF SERVICE

(Code of Civil Procedure §1013a)

I am employed in the County of Los Angeles, State of California.  I am over the age of 18 years and not a party to the within action.  My business address is 10250 Constellation Blvd, Suite 2500, Los Angeles, CA 90067.

I served the foregoing document described as:

**NOTICE OF ACCEPTANCE OFOFFER OF JUDGMENT PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 68**

Said document was served on the interested parties in this action, by placing true copies thereof enclosed in sealed envelopes, with postage prepaid, addressed as follows:

Amir Nassihi, Esq.
Andrew L. Chang, Esq.
SHOOK, HARDY & BACON L.L.P.
555 Mission Street, Suite 2300
**Counsel for Defendant,**
**FORD MOTOR COMPANY**

XX   BY E-MAIL OR ELECTRONIC TRANSMISSION: Based on a court order or an agreement of the parties to accept service by e-mail or electronic transmission, I caused the documents to be sent to the persons at the e-mail addresses listed above.  I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on January 5, 2022 at Los Angeles, California.

VERA CORNEJO

-1-

PROOF OF SERVICE

# EXHIBIT F

1   Amir Nassihi (SBN 235936)
    anassihi@shb.com
2   Andrew L. Chang (SBN 222309)
    achang@shb.com
3   SHOOK, HARDY & BACON L.L.P.
    555 Mission Street, Suite 2300
4   San Francisco, CA 94105
    Tel:  (415) 544-1900
5   Fax: (415) 391-0281

6   Attorney for Defendant
    FORD MOTOR COMPANY
7

8                   **UNITED STATES DISTRICT COURT**

9                   **CENTRAL DISTRICT OF CALIFORNIA**

10

11  **IN RE: FORD MOTOR CO. DPS6**          Case No.: 2:18-ML-02814-AB (FFMx)
    **POWERSHIFT TRANSMISSION**
12  **PRODUCTS LIABILITY**                  Assigned to Hon. Andre Birotte, Jr.
    **LITIGATION**                          Courtroom: 7B
13
    ────────────────────────────
14  **THIS DOCUMENT RELATES ONLY**          **OFFER OF JUDGMENT PURSUANT**
    **TO:**                                 **TO FEDERAL RULE OF CIVIL**
15                                          **PROCEDURE 68**
    *Zea, Carlos and Elsa Morales v. Ford*
16  *Motor Company, et al., 2:18-cv-01831-* Sup. Ct. Complaint: September 6, 2017
    *AB-FFM*                                Removal Date: October 4, 2017
17

18

19

20

21

22

23

24

25

26

27

28

**TO PLAINTIFFS AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE, that pursuant to the provisions of Federal Rules of Civil Procedure Rule 68, Defendant Ford Motor Company ("Ford"), on behalf of itself, hereby offers to allow judgment to be taken against it as follows:

1. Plaintiffs CARLOS ZEA and ELSA MORALES ("Plaintiffs"), will surrender the 2013 Ford Focus, VIN 1FADP3F22DL343989 ("Subject Vehicle"), with clear title, free and clear of all liens and encumbrances, other than any outstanding loan amounts, which FORD will discharge by payment from the proceeds of the settlement that Plaintiffs accept pursuant to this offer. Plaintiffs will deliver the subject vehicle to FORD on a date, time and place mutually agreeable no later than 45 days after the Plaintiffs' counsel has accepted the Offer of Judgment.

2. Ford will pay Plaintiffs $60,000.00, inclusive of civil penalties, and incidental and consequential damages.  Plaintiffs may seek an award of Plaintiffs' costs (including reasonable attorneys' fees, if any) reasonably incurred in connection with this action and recoverable in this case **through the date on which this Offer is made**, in an amount to be determined by the Court.

3. Ford will waive all claims it may have for costs and fees in this action.


Dated: December 29, 2021          Respectfully Submitted,

                                  SHOOK, HARDY & BACON L.L.P.


                                  By: _____

                                      Amir Nassihi
                                      Andrew L. Chang

                                      Attorney for Defendant
                                      FORD MOTOR COMPANY

1    I hereby accept the above offer on the terms stated on behalf of Plaintiffs.

2                                    KNIGHT LAW GROUP, LLP

3

4
     Dated:   1/11/2022              By:  Knight Law Group by Marisa Melero
5                                         Steve Mikhov

6                                         Attorney for Plaintiffs
7                                         ~~VERONICA BALLESTEROS PEREZ~~
                                          ~~and JOSE L. PEREZ~~
8                                         Carlos Zea and Elsa Morales

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

PROOF OF SERVICE
(Code of Civil Procedure §1013a)

2

3    I am employed in the County of Los Angeles, State of California.  I am over the age of 18
years and not a party to the within action.  My business address is 10250 Constellation Blvd, Suite
2500, Los Angeles, CA 90067.

4

5    I served the foregoing document described as:

6    **NOTICE OF ACCEPTANCE OFOFFER OF JUDGMENT PURSUANT
TO FEDERAL RULE OF CIVIL PROCEDURE 68**

7

8    Said document was served on the interested parties in this action, by placing true copies
thereof enclosed in sealed envelopes, with postage prepaid, addressed as follows:

9

10   Amir Nassihi, Esq.
Andrew L. Chang, Esq.
SHOOK, HARDY & BACON L.L.P.
555 Mission Street, Suite 2300
**Counsel for Defendant,
FORD MOTOR COMPANY**

11

12

13

14

15   XX   BY E-MAIL OR ELECTRONIC TRANSMISSION: Based on a court order or an
agreement of the parties to accept service by e-mail or electronic transmission, I caused
the documents to be sent to the persons at the e-mail addresses listed above.  I did not
receive, within a reasonable time after the transmission, any electronic message or other
indication that the transmission was unsuccessful.

16

17

18

19   I declare under penalty of perjury under the laws of the State of California that the
foregoing is true and correct.

20

21   Executed on January 11, 2022 at Los Angeles, California.

22

23

24   VERA CORNEJO

25

26

27

28

-1-