**KNIGHT LAW GROUP LLP**
Roger Kirnos (SBN 283163)
kirnosrk@knightlaw.com
Daniel Kalinowski (SBN 305087)
danielk@knightlaw.com
10250 Constellation Blvd, Suite 2500
Los Angeles, CA 90067
Telephone: (310) 552-2250
Fax: (310) 552-7973

Attorneys for Plaintiff,
KAMISHA R. WARREN

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| IN RE: FORD MOTOR COMPANY DPS6 POWERSHIFT TRANSMISSION PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>*Kamisha Warren v. Ford Motor Company, et al.*, 2:18-cv-01885-AB-FFM | Case No.: 2:20-cv-05126<br><br>(Removed from Superior Court of California, County of Los Angeles, Case No. BC692208)<br><br>**PLAINTIFF'S NOTICE OF MOTION AND MOTION FOR REMAND TO SUPERIOR COURT OF CALIFORNIA**<br><br>*Assigned for All Purposes to the Honorable Andre Birotte, Jr.*<br><br>**Date: August 19, 2022**<br>**Time: 10:00 a.m.**<br>**Courtroom: 7B**<br><br>Action Filed: February 2, 2018<br>Trial Date: Not Set |
|---|---|

-1-

PLAINTIFF'S NOTICE OF MOTION AND MOTION FOR REMAND TO SUPERIOR COURT OF CALIFORNIA

**TO THE COURT AND ALL PARTIES AND COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE** that Plaintiff Kamisha R. Warren ("Plaintiff") hereby moves this Honorable Court for an order remanding the instant action to the Superior Court of California, County of Los Angeles. Plaintiff's motion is scheduled for hearing on August 19, 2022 10:00 a.m., in the United States District Court for the Central District of California, Courtroom 7B before the Honorable Andrew Birotte Jr. The Court is located at the United States District Courthouse, 350 West 1st Street, Los Angeles, CA 90012.

The factual basis for this motion is that the removal from state court was defective and improper. Defendant Ford Motor Company has failed to properly establish that this Court has jurisdiction over this matter.

This motion is made following the conference of counsel pursuant to Local Rule 7-3 held by zoom (see Declaration of Daniel Kalinowski in Support of Remand Motion, ¶ 3), and is based upon this notice of motion, the memorandum of points and authorities filed herewith, the declaration of Daniel Kalinowski, the court's file in this matter, and upon all evidence and arguments that may be presented at the hearing on this matter.

Dated: July 13, 2022               **KNIGHT LAW GROUP LLP**

                                    _/s/ Daniel Kalinowski_
                                    Roger Kirnos
                                    Daniel Kalinowski
                                    Attorneys for Plaintiff,
                                    KAMISHA R. WARREN