1  Eric D. Pearson, Esq.
2  Texas Bar No. 15690472
3  eric@hop-law.com
   Charles Miller, Esq.
4  California Bar No. 276523
5  charles@hop-law.com
   John W. Pate, Esq.
6  Texas Bar No. 24040092
7  john@hop-law.com
   **HEYGOOD, ORR & PEARSON**
8  6363 North State Highway 161, Suite 450
9  Irving, Texas 75038
   Telephone: (214) 237-9001
10 Facsimile: (214) 237-9002
11
12 Craig Patrick, Esq.
   California Bar No. 255849
13 craig@patricklaw.com
14 **PATRICK LAW FIRM, P.C.**
   6244 E. Lovers Ln.
15 Dallas, TX 75214
16 Telephone: (214) 390-3343
17
   Kenneth A. Stern, Esq.
18 Michigan Bar No. P30722
19 ken@sternlawonline.com
   STERN LAW, PLLC
20 41850 West Eleven Mile Road, Suite 121
21 Novi, MI  48375-1857
   Telephone: (248) 347-7315
22
23 Antranig Garibian, Esquire (DE Bar No. 4962)
24 **GARIBIAN LAW OFFICES, P.C.**
   1010 N. Bancroft Parkway, Suite 22
25 Wilmington, DE 19805
26 Tel. (302) 722-6885
   Email: ag@garibianlaw.com
27
28 **ATTORNEYS FOR PLAINTIFFS**

UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION – LOS ANGELES

| | |
|---|---|
| IN RE: FORD MOTOR CO. DPS6 POWERSHIFT TRANSMISSION PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates To:<br><br>*Ables, et al. v. Ford Motor Company,* CDCA Case No. 2:22-cv-04955-AB-PVC<br><br>*Samantha Jones, et al. v. Ford Motor Company,* CDCA Case No. 2:22-cv-04956-AB-PVC<br><br>*Aboites, et al. v. Ford Motor Company,* CDCA Case No. 2:22-cv-05036-AB-PVC<br><br>*Madison, et al. v. Ford Motor Company,* CDCA Case No. 2:22-cv-05037-AB-PVC<br><br>*Aaron, et al. v. Ford Motor Company,* CDCA Case No. 2:22-cv-04992-AB-PVC<br><br>*Cote, et al. v. Ford Motor Company,* CDCA Case No. 2:22-cv-04993-AB-PVC<br><br>*Higgins, et al. v. Ford Motor Company,* CDCA Case No. 2-22-cv-04994-AB-PVC | MDL Case No. 2:18-ml-2814-AB (PVCx)<br><br>**NOTICE OF DESIGNATION OF LEAD COUNSEL, ERIC D. PEARSON**<br><br>Honorable Andre Birotte Jr. |

1  *Mercurio, et al. v. Ford Motor Company,*  )
2  CDCA Case No. 2:22-cv-04997-AB-PVC  )
3  )
4  *Seal, et al. v. Ford Motor Company,* )
   CDCA Case No. 2:22-cv-04996-AB-PVC )
5  )
6  )
7  *Abernathy, et al. v. Ford Motor Company,* CDCA Case No. 2:22-cv-04999-AB-PVC )
8  )
9  )
10 *Greenier, et al. v. Ford Motor Company,* )
   CDCA Case No. 2:22-cv-05000-AB-PVC )
11 )
12 *Pemmie, et al. v. Ford Motor Company,* )
13 CDCA Case No. 2:22-cv-05001-AB-PVC )
14 *Abbott, et al. v. Ford Motor Company,* )
15 CDCA Case No. 2:22-cv-05002-AB-PVC )
16 )
17 *Gramont, et al. v. Ford Motor Company,* )
18 CDCA Case No. 2:22-cv-05004-AB-PVC )
19 )
20 *Catharine Nichols, et al. v. Ford Motor Company,* CDCA Case No. 2:22-cv-05007-AB-PVC )
21 )
22 )
23 *Abner, et al. v. Ford Motor Company,* )
   CDCA Case No. 2:22-cv-05005-AB-PVC )
24 )
25 )
26 *King, et al. v. Ford Motor Company,* )
   CDCA Case No. 2:22-cv-05008-AB-PVC )
27 )
28 )

| | |
|---|---|
| *Akers, et al. v. Ford Motor Company,* CDCA Case No. 2:22-cv-04957-AB-PVC | ) ) ) |
| *Matthew Jones, et al. v. Ford Motor Company,* CDCA Case No. 2:22-cv-04958-AB-PVC | ) ) ) ) |
| *Sarrah Adams, et al. v. Ford Motor Company,* CDCA Case No. 2:22-cv-04959-AB-PVC | ) ) ) ) |
| *Gregory, et al. v. Ford Motor Company,* CDCA Case No. 2:22-cv-04960-AB-PVC | ) ) ) ) |
| *Mourey, et al. v. Ford Motor Company,* CDCA Case No. 2:22-cv-04961-AB-PVC | ) ) ) ) |
| *Alequin, et al. v. Ford Motor Company,* CDCA Case No. 2:22-cv-04963-AB-PVC | ) ) ) ) |
| *Lehman, et al. v. Ford Motor Company,* CDCA Case No. 2:22-cv-04964-AB-PVC | ) ) ) ) |
| *Abee, et al. v. Ford Motor Company,* CDCA Case No. 2:22-cv-05009-AB-PVC | ) ) ) ) |
| *Forrest, et al. v. Ford Motor Company,* CDCA Case No. 2:22-cv-05010-AB-PVC | ) ) ) ) |
| *Monroe, et al. v. Ford Motor Company,* CDCA Case No. 2:22-cv-05022-AB-PVC | ) ) ) ) |

| | |
|---|---|
| *Ackermann, et al. v. Ford Motor Company*, CDCA Case No. 2:22-cv-04974-AB-PVC | ) ) ) ) |
| *Hall, et al. v. Ford Motor Company*, CDCA Case No. 2:22-cv-04975-AB-PVC | ) ) ) ) |
| *Dale Nichols, et al. v. Ford Motor Company*, CDCA Case No. 2:22-cv-04982-AB-PVC | ) ) ) ) |
| *Alfred Adams, et al. v. Ford Motor Company*, CDCA Case No. 2:22-cv-04984-AB-PVC | ) ) ) ) |
| *Hanus, et al. v. Ford Motor Company*, CDCA Case No. 2:22-cv-04985-AB-PVC | ) ) ) ) |
| *Patterson, et al. v. Ford Motor Company*, CDCA Case No. 2:22-cv-04986-AB-PVC | ) ) ) ) |
| *Christopher Adams, et al. v. Ford Motor Company*, CDCA Case No. 2:22-cv-04990-AB-PVC | ) ) ) ) |
| *Magliocchini, et al. v. Ford Motor Company*, CDCA Case No. 2:22-cv-04991-AB-PVC | ) ) ) ) |
| *Aaronhalt, et al. v. Ford Motor Company*, CDCA Case No. 2:22-cv-05025-AB-PVC | ) ) ) ) |
| *Daffern, et al. v. Ford Motor Company*, CDCA Case No. 2:22-cv-05027-AB-PVC | ) ) ) ) |

| | |
|---|---|
| *Hernandez, et al. v. Ford Motor Company*, CDCA Case No. 2:22-cv-05029-AB-PVC | ) ) ) ) |
| *Meadors, et al. v. Ford Motor Company*, CDCA Case No. 2:22-cv-05031-AB-PVC | ) ) ) ) |
| *Rosario, et al. v. Ford Motor Company*, CDCA Case No. 2:22-cv-05035-AB-PVC | ) ) ) ) |
| *Abell, et al. v. Ford Motor Company*, CDCA Case No. 2:22-cv-05038-AB-PVC | ) ) ) ) |
| *Hinkley, et al. v. Ford Motor Company*, CDCA Case No. 2:22-cv-05040-AB-PVC | ) ) ) ) |
| *Abramson, et al. v. Ford Motor Company*, CDCA Case No. 2:22-cv-05041-AB-PVC | ) ) ) ) |
| *Livingston, et al. v. Ford Motor Company*, CDCA Case No. 2:22-cv-05042-AB-PVC | ) ) ) ) |
| *Christina Adams, et al. v. Ford Motor Company*, CDCA Case No. 2:22-cv-05057-AB-PVC | ) ) ) ) |
| *Trenashia Jones, et al. v. Ford Motor Company*, CDCA Case No. 2:22-cv-05059-AB-PVC | ) ) ) ) |
| *Acly, et al. v. Ford Motor Company*, CDCA Case No. 2:22-cv-05043-AB-PVC | ) ) ) ) |

| | |
|---|---|
| 1 | *Acker, et al. v. Ford Motor Company,* CDCA Case No. 2:22-cv-05044-AB-PVC ) |
| 2 | ) |
| 3 | ) |
| 4 | *Agen, et al. v. Ford Motor Company,* CDCA Case No. 2:22-cv-05046-AB-PVC ) |
| 5 | ) |
| 6 | ) |
| 7 | *Aanenson, et al. v. Ford Motor Company,* CDCA Case No. 2:22-cv-05047-AB-PVC ) |
| 8 | ) |
| 9 | ) |
| 10 | *Ahlum, et al. v. Ford Motor Company,* CDCA Case No. 2:22-cv-04987-AB-PVC ) |
| 11 | ) |
| 12 | *Aguilar, et al. v. Ford Motor Company,* CDCA Case No. 2:22-cv-04988-AB-PVC ) |
| 13 | ) |
| 14 | ) |
| 15 | *Albright, et al. v. Ford Motor Company,* CDCA Case No. 2:22-cv-05060-AB-PVC ) |
| 16 | ) |
| 17 | ) |
| 18 | *Ameigh, et al. v. Ford Motor Company,* CDCA Case No. 2:22-cv-05048-AB-PVC ) |
| 19 | ) |
| 20 | ) |
| 21 | *Abaray, et al. v. Ford Motor Company,* CDCA Case No. 2:22-cv-05054-AB-PVC ) |
| 22 | ) |
| 23 | ) |
| 24 | *Jennifer Adams, et al. v. Ford Motor Company,* CDCA Case No. 2:22-cv-05056-AB-PVC ) |
| 25 | ) |
| 26 | ) |
| 27 | *Aitchison, et al. v. Ford Motor Company,* CDCA Case No. 2:22-cv-05049-AB-PVC ) |
| 28 | ) |

| | |
|---|---|
| *Andres, et al. v. Ford Motor Company,* CDCA Case No. 2:22-cv-04989-AB-PVC | ) ) ) |
| | ) |
| *Acosta, et al. v. Ford Motor Company,* CDCA Case No. 2:22-cv-05061-AB-PVC | ) ) ) |
| | ) |
| *Acton, et al. v. Ford Motor Company,* CDCA Case No. 2:22-cv-05055-AB-PVC | ) ) ) |

**TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:**

PLEASE TAKE NOTICE that the following attorney will serve as lead counsel and attorney in charge in the above numbered and entitled causes of action:

>Eric D. Pearson, Lead Counsel
>**HEYGOOD, ORR & PEARSON**
>6363 N. State Hwy 161, Suite 450
>Irving, TX 75038
>Tel: (214) 237-9001
>Fax: (214) 237-9002
>eric@hop-law.com

FURTHER, PLEASE TAKE NOTICE that the following attorney will serve solely as Delaware Local Counsel in the above numbered and entitled causes of action, and will not participate in this litigation unless or until the above numbered and entitled causes of action are transferred back to the U.S.D.C. District of Delaware after all MDL proceedings are finalized:

Antranig Garibian, Esquire (DE Bar No. 4962)
**GARIBIAN LAW OFFICES, P.C.**
**DELAWARE LOCAL COUNSEL**
1010 N. Bancroft Parkway, Suite 22
Wilmington, DE 19805
Tel. (302) 722-6885
Email: ag@garibianlaw.com

Please remove the attorney named above from the docket of this case. At least one member of the Bar of this Court will continue to serve as counsel of record for the parties indicated.

Dated: July 27, 2022.

Respectfully submitted,

*/s/ Eric D. Pearson*
Eric D. Pearson, Esq.
Texas Bar No. 15690472
eric@hop-law.com
Charles W. Miller, Esq.
California Bar No. 276523
charles@hop-law.com
John W. Pate, Esq.
Texas Bar No. 24040092
john@hop-law.com
**HEYGOOD, ORR & PEARSON**
6363 North State Highway 161, Suite 450
Irving, Texas 75038
Telephone: (214) 237-9001
Facsimile: (214) 237-9002

Craig Patrick, Esq.
California Bar No. 255849
craig@patricklaw.com
**PATRICK LAW FIRM, P.C.**
6244 E. Lovers Ln.
Dallas, TX 75214
Telephone: (214) 390-3343

Kenneth A. Stern, Esq.
Michigan Bar No. P30722
ken@sternlawonline.com
STERN LAW, PLLC
41850 West Eleven Mile Road, Suite 121
Novi, MI 48375-1857
Telephone: (248) 347-7315

Antranig Garibian, Esquire
DE Bar No. 4962
**GARIBIAN LAW OFFICES, P.C.**
**DELAWARE LOCAL COUNSEL**
1010 N. Bancroft Parkway, Suite 22
Wilmington, DE 19805
Tel. (302) 722-6885
Email: ag@garibianlaw.com

**ATTORNEYS FOR PLAINTIFFS**

**CERTIFICATE OF SERVICE**

I hereby certify that on the 27th day of July, 2022, I filed the foregoing from the Service List and a copy of has been served on all Parties required to be served by electronically filing with the Clerk of the Court of the U. S. District Court for the Central District of California, Western Division – Los Angeles, by using the CM/ECF system.

>                  */s/ Eric D. Pearson*
>                  Eric D. Pearson