Case: 2:18ml2814  Doc: 1359

FILED
CLERK, U.S. DISTRICT COURT

DEC 2 0 2022

CENTRAL DISTRICT OF CALIFORNIA
BY                           DEPUTY

returned mail

Steve  Vieux
Shook Hardy and Bacon LLP
One Montgomery   Suite 2600
San Francisco, CA 94104

CENTRAL DISTRICT OF CALIFORNIA
**OFFICE OF THE CLERK**
**255 EAST TEMPLE STREET, ROOM 180**
**LOS ANGELES, CALIFORNIA 90012**
———
**OFFICIAL BUSINESS**





-R-T-S- 941045125-1N    12/14/22

RETURN TO SENDER
UNABLE TO FORWARD
UNABLE TO FORWARD
RETURN TO SENDER