Amir Nassihi (SBN 235936)
anassihi@shb.com
Andrew L. Chang (SBN 222309)
achang@shb.com
SHOOK, HARDY & BACON L.L.P.
555 Mission Street, Suite 2300
San Francisco, CA 94105
Tel:  (415) 544-1900
Fax: (415) 391-0281

Spencer P. Hugret (SBN: 240424)
shugret@grsm.com
GORDON REES SCULLY MANSUKHANI LLP
275 Battery Street, Suite 2000
San Francisco, CA 94111
Tel: 415.875.3193
Fax: 415.986.8054

Attorneys for Defendant
FORD MOTOR COMPANY

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE: FORD MOTOR CO. DPS6 POWERSHIFT TRANSMISSION PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>*All Knight Law Group ("KLG") Cases* | **Case No. 2:18-ML-02814 AB (PVC)**<br><br>Assigned to: Judge Andre Birotte, Jr. Courtroom 7B<br><br>**FORD'S NOTICE OF MODIFICATION OF RELIEF SOUGHT IN FORD'S MOTION TO COMPEL KLG PLAINTIFFS' COMPLIANCE WITH CASE MANAGEMENT ORDER RE FACT SHEET & DISMISS CLAIMS  AT DKT. NO. 1397.** |

Ford Motor Company's Motion to Compel Compliance with the CMO Re Fact Sheets (Dkt. No. 1397) had requested an order directing compliance and a dismissal for Plaintiffs who failed to certify by January 26, 2023 that they would comply with the Fact Sheets CMO. Ford hereby withdraws without prejudice only the portion of that request wherein Ford sought dismissal for Plaintiffs who failed to provide a certification by January 26, 2023. Ford continues its motion as it relates to ordering immediate compliance with the CMO re Fact Sheets.

As for seeking any dismissal or other sanction in the future, Ford will for now make yet another attempt to secure KLG's cooperation.

Dated: January 27, 2023          Respectfully submitted,

SHOOK, HARDY & BACON LLP

By: */s/ Amir Nassihi*

Amir Nassihi
Andrew Chang

GORDON REES SCULLY MANSUKHANI LLP
Spencer P. Hugret

Attorneys for Defendant
FORD MOTOR COMPANY