KNIGHT LAW GROUP, LLP
Roger Kirnos (SBN 283163)
rogerk@knightlaw.com
Daniel Kalinowski (SBN 305087)
danielk@knightlaw.com
1025 Constellation Blvd., Suite 2500
Los Angeles, CA 90067
Telephone: (310) 552-2250
Facsimile: (310) 552-7973
Attorneys for Plaintiffs

Amy Maclear (SBN 215638)
  amaclear@shb.com
Amir Nassihi (SBN 235936)
  anassihi@shb.com
SHOOK HARDY BACON
One Montgomery, Suite 2700
San Francisco, CA 94104-4505
Tel:   415-544-1900
Fax:   415-391-0281

Attorneys for Defendant
FORD MOTOR COMPANY

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: FORD MOTOR CO. DPS6 POWERSHIFT TRANSMISSION PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>*Quintero v. Ford Motor Company*, No. 2:18-cv-01912-AB-FFM | Case No. 2:18-ML-02814 AB (PVC)<br><br>Assigned to Hon. Andre Birotte Jr. Courtroom 7B<br><br>**JOINT STATUS REPORT REGARDING PLAINTIFFS' ATTORNEY FEES, COSTS AND EXPENSES** |

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD, AND TO THE JUDGE OF THE UNITED STATES DISTRICT COURT:**

Per the Court's Order, the Parties jointly submit the instant status report regarding resolving Plaintiffs' attorney fees, costs and expenses as it relates to the matter of *Quintero v. Ford Motor Company*, No. 2:18-cv-01912-AB-FFM. The Parties have met and conferred but were unable to reach a resolution.

Dated: February 23, 2023        KNIGHT LAW GROUP, LLP

*/s/ Daniel Kalinowski*
Daniel Kalinowski
Attorneys for Plaintiffs

Dated: February 23, 2023        SHOOK, HARDY & BACON L.L.P

By: */s/ Amir Nassihi*
Amy Maclear
Amir Nassihi
Attorneys for Defendant