| | |
|---|---|
| 1 | Amir Nassihi (SBN: 235936) |
| 2 | anassihi@shb.com<br>Andrew L. Chang (SBN: 222309) |
| 3 | achang@shb.com<br>Nalani L. Crisologo (SBN: 313402) |
| 4 | ncrisologo@shb.com<br>SHOOK, HARDY & BACON LLP |
| 5 | 555 Mission Street, Suite 2300<br>San Francisco, California 94105 |
| 6 | Tel: 415.544.1900  Fax: 415.391.0281 |
| 7 | Spencer P. Hugret (SBN: 240424)<br>shugret@grsm.com |
| 8 | GORDON REES SCULLY MANSUKHANI LLP<br>275 Battery Street, Suite 2000 |
| 9 | San Francisco, CA 94111<br>Tel: 415.875.3193   Fax: 415.986.8054 |
| 10 | Attorneys for Defendants |
| 11 | FORD MOTOR COMPANY |

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **IN RE: FORD MOTOR CO. DPS6 POWERSHIFT TRANSMISSION PRODUCTS LIABILITY LITIGATION** | Case No. 2:18-ML-02814-AB-PVC<br><br>Assigned to the Hon. André Birotte, Jr.<br>Courtroom 7B |
| THIS DOCUMENT RELATES ONLY TO:<br><br>*Michael D. Bell v. Ford Motor Company*<br>2:18-cv-01752-AB-PVC | **FORD MOTOR COMPANY'S NOTICE OF WITHDRAWAL OF MOTION FOR SUMMARY JUDGMENT**<br><br>Date: June 16, 2023<br>Time: 10:00 a.m.<br>Dept.: Courtroom 7B |

1 **TO THE COURT AND ALL PARTIES AND COUNSEL OF RECORD:**

2     PLEASE TAKE NOTICE that, in light of the Parties' resolution of this case,
3 Ford Motor Company hereby withdraws its Motion for Summary Judgment in the *Bell*
4 matter (ECF 1469).

6 Date: June 6, 2023                              Respectfully Submitted

7                                                 SHOOK, HARDY & BACON L.L.P.

9                                                 By:      */s/ Amir Nassihi*
10                                                     AMIR NASSIHI
                                                       ANDREW CHANG
11                                                     NALANI CHRISOLOGO

12                                                     Attorneys for Defendant
                                                       FORD MOTOR COMPANY