DAVID N. BARRY (SBN 219230)
 e-mail: dbarry@mylemonrights.com
THE BARRY LAW FIRM
11845 W. Olympic Blvd., Suite 1270
Los Angeles, CA 90064
Telephone:  (310) 684-5859
Facsimile:  (310) 862-4539

Attorneys for Plaintiff
SUSAN ADDONA

SPENCER HUGRET, ESQ. (SBN 240424)
e-mail: shugret@grsm.com
GORDON REES SCULLY MANSUKHANI
275 Battery Street, Suite 2000
San Francisco, CA 94111
T: (415) 986-5900| F: (415) 986-8054

Attorneys for Defendant, FORD MOTOR COMPANY

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUSAN ADDONA, an individual,<br><br>Plaintiff,<br><br>v.<br><br>FORD MOTOR COMPANY, A Delaware Limited Liability Company; and DOES 1 through 20, inclusive,<br><br>Defendants. | Case No. 2:18-ML-02814-AB-FFM<br><br>(Removed from San Diego County Superior Court Case No. 37-2017-00042218-CU-BC-CTL)<br><br>**JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE** |

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

Plaintiff Susan Addona and Defendant FORD MOTOR COMPANY, by and through their respective counsel of record, hereby submit this Joint Stipulation to Dismiss with Prejudice as follows:

1

1. WHEREAS the parties agree that the matters in dispute between Plaintiff and Defendant have been resolved.

**THEREFORE, IT IS HEREBY STIPULATED** by and between Plaintiff and Defendant, by and through their attorneys of record, that the above-entitled matter may be dismissed in its entirety with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) in accordance with the terms of the parties' written settlement agreement.

Dated: August 11, 2023        **THE BARRY LAW FIRM**

By: */s/ David N. Barry*_____
    David Barry
    Attorneys for Plaintiff, SUSAN ADDONA

Dated: August 11, 2023        **GORDON REES SCULLY MANSUKHANI**

By: */s/ Spencer Hugret*_____
    Spencer Hugret
    Attorneys for Defendant, FORD MOTOR COMPANY

2

JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE

## **CERTIFICATE OF SERVICE**

I hereby certify that on August 11, 2023, I filed the foregoing document entitled **JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE** with the clerk of court using the CM/ECF system, which will send a notice of electronic filing to all counsel of record in this action.


*/s/ David N. Barry*

JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE