1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

9

CENTRAL DISTRICT OF CALIFORNIA

10

11  **IN RE FORD MOTOR CO. DPS6**         Case No. 2:18-ml-2814-AB (PVC)
    **POWERSHIFT TRANSMISSION**          Case No. 2:18-cv-07789-AB
12  **PRODUCTS LIABILITY**
    **LITIGATION**                        Assigned to the Honorable André Birotte
13                                        Jr.

14                                        [~~PROPOSED~~] JUDGMENT

    **THIS DOCUMENT RELATES**
15  **ONLY TO:**

16  *Mendieta, Vanessa Bendana and Pardo,*
    *Carlos v. Ford Motor Company, et al.,*
17  No. 2:18-cv-07789-AB

18

19          Judgment is entered as follows:

20

21          WHEREAS on April 20, 2023, Defendant Ford Motor Company filed a Motion

22  for Summary Judgment as to Plaintiffs' breach of express warranty claims, breach of

23  implied warranty claims, and fraud claims.

            WHEREAS on June 15, 2023, the Court determined it would rule on the
24
    Motion for Summary Judgment without oral argument.
25
            WHEREAS on August 30, 2023, the Court issued a minute order granting
26
    Ford's Motion for Summary Judgment in full as to all of Plaintiffs' claims.
27

28

WHEREFORE, IT IS HEREBY ORDERED, ADJUDGED AND DECREED:

1.  Judgment is entered in favor of Defendant Ford Motor Company on Plaintiffs Vanessa Bendana Mendieta's and Carlos Pardo's claims in this action in their entirety;

2.  Plaintiffs are entitled to recover nothing from Ford Motor Company;

3.  Ford Motor Company is the prevailing party; and

4.  Ford Motor Company is entitled to recover its costs of suit, pursuant to Fed. R. Civ. P. 54.

Dated: September 22, 2023

_____
Honorable André Birotte Jr.
United States District Court Judge

2

Case No. 2:18-cv-07789-AB (*MENDIETA*)