UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **IN RE: FORD MOTOR CO. DPS6 POWERSHIFT TRANSMISSION PRODUCTS LIABILITY LITIGATION**<br><br>THIS DOCUMENT RELATES ONLY TO:<br><br>*MONIQUE M. DANIEL and ROBIN NEUMANN v. Ford Motor Company, et al.,* Case No.: 2:18-cv-05617-AB-PD | Case No.: 2:18-ML-02814-AB (FFMx)<br><br>[~~PROPOSED~~] **ORDER ON STIPULATION REGARDING PLAINTIFFS' ATTORNEY'S FEES, COSTS AND EXPENSES** |

The Court **APPROVES** Plaintiffs MONIQUE M. DANIEL and ROBIN NEUMANN ("**Plaintiffs**") Stipulation for entry of an Order regarding Plaintiffs' attorney's fees, costs and expense and **ORDERS:**

(1) Defendant shall pay Plaintiffs $2,930.10 in full satisfaction of all claims for attorney's fees, costs and expenses in connection with this action.

(2) Defendant shall pay $2,930.10 to Plaintiffs within 60 days unless matters outside of the control of Defendant cause delay.

(3) Plaintiffs' Motion for Attorneys' Fees, Costs and Expenses [Dkt. No. 1635] and Plaintiff's Motion for Costs and Expenses Pursuant to Federal Rule of Civil Procedure 54(d) [Dkt. No. 1634] scheduled for hearing on November 1, 2024 at 10:00 a.m. are **<u>DENIED AS MOOT</u>**.

**IT IS SO ORDERED.**

Dated: September 25, 2024

Hon. André Birotte Jr.
U.S. District Court Judge

2